```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: CDX018044
Cashier ID: sq
Transaction Date: 04/08/2009
Payer Name: FULBRIGHT JAWORSKI
----------------------------------
CIVIL FILING FEE
 For: FULBRIGHT JAWORSKI
 Amount:         $350.00
----------------------------------
CREDIT CARD
 Amt Tendered: $350.00
----------------------------------
Total Due:     $350.00
Total Tendered: $350.00
Change Amt:    $0.00

09-CV-799

A fee of $45.00 will be assessed on
any returned check.
```