## SUMMONS IN A CIVIL ACTION

**United States District Court**
**for the District of Colorado**

Civil Action Number: 09-cv-00799-ZLW-KLM

GRANITE *SOUTHLANDS TOWN* CENTER, LLC

PLAINTIFF(S),

v.

ALBERTA TOWN CENTER, LLC and LAND TITLE GUARANTEE COMPANY

DEFENDANT(S).

**SUMMONS**

To the above named Defendant(s):

You are hereby summoned and required to serve upon

Osborne J. Dykes, III and Benjamin M. Vetter of Fulbright & Jaworski L.L.P.

plaintiff's attorney, whose address is:

370 17th Street, Suite 2150, Denver, CO 80202

AND FILE WITH THE CLERK OF THE COURT

an answer to the complaint which is herewith served upon you, within 20 days of service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Gregory C. Langham, Clerk

By: [signature]

Deputy Clerk

(Seal of the Court)

UNITED STATES DISTRICT COURT DISTRICT OF COLORADO

Date: April 15, 2009

Clerk, U.S. District Court, Room A-105 Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado 80294-3589

NOTE: This summons is issued pursuant to Rule 4 of the Federal Rules of Civil Procedure.