# RETURN OF SERVICE

Case No. 09CV00799ZLWKLM

STATE OF COLORADO )
) ss.
City & County of Denver )

I, Matthew M. VanderKaay, the affiant, being duly sworn, say: that I am over the age of eighteen years and am not a party to the within action; and that I have served ALBERTA TOWN CENTER, LLC, a true and correct copy of the within Summons in a Civil Action, together with Plaintiff's Original Complaint; Civil Cover Sheet; Instructions Regarding Notice of Availability of a United States Magistrate Judge to Exercise Jurisdiction Pursuant to 28 U.S.C. § 636(c), Fed.R.Civ.P. 73, and D.C.COLO.LCivR 72.2; Notice of Availability of a United States Magistrate Judge to Exercise Jurisdiction; Order of Reference Pursuant to 28 U.S.C. § 636(c), by leaving in the presence of PAM TRUJILLO personally, as Process Clerk to the Corporation Service Company, as Registered Agent to ALBERTA TOWN CENTER, LLC, on April 20, 2009, at 9:35 A.M., at 1560 Broadway, Unit 2090, City of Denver, County of Denver, State of Colorado. PAM TRUJILLO being over the age of eighteen years.

_____
Matthew M. VanderKaay
Private Process Server

Subscribed and sworn before me this April 20, 2009.
My commission expires on 06/03/09.

Helen B. Hays
Notary Public
438 Bannock Street
Denver, CO  80204