# RETURN OF SERVICE

Case No. 09CV00799ZLWKLM

STATE OF COLORADO   )
                    ) ss.
City & County of Denver )

I, Steven M. Mathewson, the affiant, being duly sworn, say: that I am over the age of eighteen years and am not a party to the within action; and that I have served LAND TITLE GUARANTEE COMPANY, a true and correct copy of the within Summons in a Civil Action, together with Plaintiff's Original Complaint; Civil Cover Sheet; Instructions Regarding Notice of Availability of a United States Magistrate Judge to Exercise Jurisdiction Pursuant to 28 U.S.C. § 636(c), Fed.R.Civ.P. 73, and D.C.COLO.LCivR 72.2; Notice of Availability of a United States Magistrate Judge to Exercise Jurisdiction; Order of Reference Pursuant to 28 U.S.C. § 636(c), by handing and delivering to TINA RUTHERFORD personally, who identified herself as Corporate Secretary to LAND TITLE GUARANTEE COMPANY, on April 20, 2009, at 9:47 A.M. o'clock, at 3033 East 1st Avenue, Unit 600, City of Denver, County of Denver, State of Colorado. TINA RUTHERFORD being over the age of eighteen years.

_Steve Mathewson_
Steven M. Mathewson
Private Process Server

Subscribed and sworn before me this April 20, 2009.
My commission expires on 06/03/09.

_Helen B. Hays_
Notary Public
438 Bannock Street
Denver, CO  80204