# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLORADO

Civil Action No. 09-CV-00799-ZLW-KLM

GRANITE SOUTHLANDS TOWN CENTER, LLC,

    Plaintiff,

v.

ALBERTA TOWN CENTER, LLC and
LAND TITLE GUARANTEE COMPANY,

    Defendants.

---

## LAND TITLE GUARANTEE COMPANY'S ANSWER

---

Defendant, Land Title Guarantee Company ("Land Title"), by and through their undersigned counsel, Robinson Waters & O'Dorisio, P.C., submits this Answer to Plaintiff's Complaint and states as follows:

### PARTIES

1.    Upon information and belief, Land Title admits the allegations contained in paragraph 1 of the Complaint.

2.    Upon information and belief, Land Title admits the allegations contained in paragraph 2 of the Complaint.

3.    Land Title admits the allegations contained in paragraph 3 of the Complaint.

### JURISDICTION AND VENUE

4.    Upon information and belief, Land Title admits the allegations contained in paragraph 4 of the Complaint.

5.    Land Title admits it is a resident of the State of Colorado.

6.  Upon information and belief, Land Title admits the allegations contained in paragraph 6 of the Complaint.

## FACTS

7.  Upon information and belief, Land Title admits the allegations contained in paragraph 7 of the Complaint.

8.  Land Title lacks sufficient information or knowledge to admit or deny the allegations contained in paragraph 8 of the Complaint and, therefore, denies the same.

9.  Land Title lacks sufficient information or knowledge to admit or deny the allegations contained in paragraph 9 of the Complaint and, therefore, denies the same.

10. Land Title lacks sufficient information or knowledge to admit or deny the allegations contained in paragraph 10 of the Complaint and, therefore, denies the same.

11. Land Title lacks sufficient information or knowledge to admit or deny the allegations contained in paragraph 11 of the Complaint and, therefore, denies the same.

12. Land Title lacks sufficient information or knowledge to admit or deny the allegations contained in paragraph 12 of the Complaint and, therefore, denies the same.

13. Land Title admits that it refused to release the Escrow Funds due to a dispute between the parties to the contract. Land Title lacks sufficient information or knowledge to admit or deny the remaining allegations contained in paragraph 13 of the Complaint and, therefore, denies the same.

## DECLARATORY JUDGMENT

14. Land Title lacks sufficient information or knowledge to admit or deny the allegations contained in paragraph 14 of the Complaint and, therefore, denies the same.

## ATTORNEYS' FEES AND COSTS

15.     Land Title lacks sufficient information or knowledge to admit or deny the allegations contained in paragraph 15 of the Complaint and, therefore, denies the same.

## AFFIRMATIVE DEFENSES

1.      Land Title refused to release the escrowed funds due to the competing claims of Plaintiff and Defendant, Alberta Town Center, LLC.

WHEREFORE, having fully answered Plaintiff's Complaint, Land Title respectfully requests that this Court enter judgment in favor of Land Title, award Land Title its attorneys fees and costs pursuant to the Escrow Agreement and any other relief that this Court deems just an proper.

DATED this 7th day of May 2009.

Respectfully submitted,

ROBINSON WATERS & O'DORISIO, P.C.


*s/ Kimberly A. Bruetsch*
Stephen L. Waters
Kimberly A. Bruetsch
1099 18th Street, Suite 2600
Denver, Colorado 80202
Telephone: 303-297-2600
Facsimile: 303-297-2750
swaters@rwolaw.com
kbruetsch@rwolaw.com
*Counsel for Land Title Guarantee Company*

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of May, 2009, a true and correct copy of the foregoing Land Title Guarantee Company's Answer was served via CM/ECF on the following:

Osborne J. Dykes, III, Esq.
Benjamin M. Vetter, Esq.
Fulbright & Jaworski LLP
370 Seventeenth Street, Suite 2150
Denver, Colorado 80202
jdykes@fulbright.com
bvetter@fulbright.com

Paul Trahan, Esq.
Fulbright & Jaworski LLP
600 Congress Avenue, Suite 2400
Austin, Texas 78701
ptrahan@fulbright.com

*s/ Kristi Kellow*