| | |
|---|---|
| COUNTY COURT, JEFFERSON COUNTY, STATE OF COLORADO<br>100 Jefferson County Parkway<br>Golden, Colorado  80401<br>(303) 271-6215 | |
| CONTINENTAL COLLECTION AGENCY,<br><br>Plaintiff,<br><br>v.<br><br>EMILIANA D. WEBB**,**<br><br>Defendant. | ▲ **COURT USE ONLY** ▲<br><br>Case Number:  08C62112<br>Div.:   T     Ctrm: |
| *Limited Representative*:<br>Elizabeth A. Starrs, #10914<br>Anna N. Martinez, #37756<br>STARRS MIHM & PULKRABEK LLP<br>707 Seventeenth St. Suite 2600<br>Denver, CO 80209<br>Tel. (303) 592-5900<br>Fax. (303) 592-5910<br>estarrs@starrslaw.com<br>anna.martinez@starrslaw.com | |
| **ENTRY OF APPEARANCE** | |

  Elizabeth A. Starrs, of the law firm Starrs Mihm & Pulkrabek, hereby enters her appearance on behalf of the Plaintiff, Emiliana Webb.


  Dated: May 12, 2009

STARRS MIHM & PULKRABEK, LLP


/s/Elizabeth A. Starrs
Elizabeth A. Starrs, #10914
Anna N. Martinez, #37756
Starrs Mihm & Pulkrabek LLP
707 Seventeenth St. Suite 2600
Denver, CO 80209
Tel. (303) 592-5900
Fax. (303) 592-5910
estarrs@starrslaw.com
anna.martinez@starrslaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this Tuesday, May 12, 2009, a true and correct copy of **ENTRY OF APPEARANCE** was deposited in the U.S. Mail, First Class postage pre-paid, and sent to the following address:

Nathan M. Twedt, Esq.
Continental Collection Agency
P.O. Box 24022
Denver, CO 80224-0022

/s/Lynn Nuckolls