## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO.:   09-CV-00799

GRANITE SOUTHLANDS TOWN CENER, LLC,
       Plaintiff,

v.

ALBERTA TOWN CENTER, LLC and LAND TITLE GUARANTEE COMPANY,
       Defendants.

_____

## ENTRY OF APPEARANCE
_____

       Elizabeth J. Hyatt, of the law firm Starrs Mihm & Pulkrabek, LLP, hereby enters her appearance on behalf of Defendant Alberta Town Center, LLC.

       Dated:  May 12, 2009.

Respectfully submitted,

                             */s/*Elizabeth J. Hyatt
                             Elizabeth A. Starrs
                             Elizabeth J. Hyatt
                             STARRS MIHM & PULKRABEK, LLP
                             707 Seventeenth Street, Suite 2600
                             Denver, CO 80202
                             (303) 592-5900 – Telephone
                             (303) 592-5910 – Facsimile
                             estarrs@starrslaw.com
                             ehyatt@starrslaw.com

                             COUNSEL FOR DEFENDANT ALBERTA
                             TOWN CENTER, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of May, 2009, a true and correct copy of the foregoing **ENTRY OF APPEARANCE** was filed with the Clerk of the Court using the *CM/ECF* system, which will send notification of such filing to the following email addresses:

Osborne J. Dykes, III
Benjamin M. Vetter
FULBRIGHT & JAWORSKI, LLP
370 Seventeenth Street, Suite 2150
Denver, CO 80202
jdykes@fulbright.com
better@fulbright.com


Stephen L. Waters
Kimberly A. Bruetsch
1099 18th Street, Suite 2600
Denver, CO 80202
swaters@rwolaw.com
kbruetsch@rwolaw.com

                                          */s/*Elizabeth J. Hyatt