UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLORADO

Civil Action No. 09-CV-00799-ZLW-KLM

GRANITE SOUTHLANDS TOWN CENTER, LLC,

    Plaintiff,

v.

ALBERTA TOWN CENTER, LLC and
LAND TITLE GUARANTEE COMPANY,

    Defendants.

---

**LAND TITLE GUARANTEE COMPANY'S
CORPORATE DISCLOSURE STATEMENT**

---

Pursuant to Fed.R.Civ.P. 7.1 and D.C.Colo.LCivR 7.4, Defendant Land Title Guarantee Company, states that there is no parent corporation or any publicly held corporation that owns 10% or more of the stock of Land Title Guarantee Company.

DATED this 13th day of May 2009.

    Respectfully submitted,

    ROBINSON WATERS & O'DORISIO, P.C.

    *s/ Kimberly A. Bruetsch*
    Stephen L. Waters
    Kimberly A. Bruetsch
    1099 18th Street, Suite 2600
    Denver, Colorado 80202
    Telephone: 303-297-2600
    Facsimile: 303-297-2750
    swaters@rwolaw.com
    kbruetsch@rwolaw.com
    *Counsel for Land Title Guarantee Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of May, 2009, a true and correct copy of the foregoing Land Title Guarantee Company's Corporate Disclosure Statement was served via CM/ECF on the following:

Osborne J. Dykes, III, Esq.
Benjamin M. Vetter, Esq.
Fulbright & Jaworski LLP
370 Seventeenth Street, Suite 2150
Denver, Colorado  80202
jdykes@fulbright.com
bvetter@fulbright.com

Paul Trahan, Esq.
Fulbright & Jaworski LLP
600 Congress Avenue, Suite 2400
Austin, Texas  78701
ptrahan@fulbright.com

Elizabeth A. Starrs, Esq.
Elizabeth J. Hyatt, Esq.
Starrs Mihm & Pulkrabek LLP
707 Seventeenth Street, Suite 2600
Denver, Colorado  80202
estarrs@starrslaw.com
ehyatt@starrslaw.com

s/Kristi Kellow