**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-CV-00799-ZLW-KLM

GRANITE SOUTHLANDS TOWN CENTER LLC,

    Plaintiff,

v.

ALBERTA TOWN CENTER, LLC and
LAND TITLE GUARANTEE COMPANY,

    Defendants.

---

**GRANITE SOUTHLANDS TOWN CENTER LLC'S
CORPORATE DISCLOSURE STATEMENT**

---

COMES NOW Plaintiff Granite Southlands Town Center LLC, governed thereby, and, pursuant to Fed. R. Civ. P. 7.1 and D.COLO.L.Civ.R. 7.4, states and discloses as follows with regard to corporate plaintiff:

Granite Southlands Town Center LLC is a Delaware limited liability company whose sole member is BlackRock Granite Property Fund, L.P., a Delaware limited partnership. BlackRock Granite Property Fund, LLC, a Delaware limited liability company, is the general partner of BlackRock Granite Property Fund, L.P.  BlackRock Granite Property Fund, Inc., a Maryland corporation, is the sole member of BlackRock Granite Property Fund, LLC.

Respectfully submitted this 13th day of May, 2009.

- 2 -

Respectfully submitted,

_/s/Osborne J. Dykes, III_____
OSBORNE J. DYKES, III
BENJAMIN M. VETTER
FULBRIGHT & JAWORSKI L.L.P.
370 Seventeenth Street, Suite 2150
Denver, CO  80202
(303) 801-2700 – Telephone
(303) 801-2777 – Facsimile
jdykes@fulbright.com
bvetter@fulbright.com

PAUL TRAHAN
FULBRIGHT & JAWORSKI L.L.P.
600 Congress Avenue, Suite 2400
Austin, TX  78701
(512) 474-5201 – Telephone
(512) 536-4598 – Facsimile
ptrahan@fulbright.com

**COUNSEL FOR PLAINTIFF**

- 3 -

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on the 13th day of May, 2009, I electronically filed the foregoing **GRANITE SOUTHLANDS TOWN CENTER LLC'S CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to attorneys for plaintiffs at the following e-mail addresses:

    Stephen L. Waters                            swaters@rwolaw.com
    Kimberly A. Bruetsch                      kbruetsch@rwolaw.com
    ROBINSON WATERS & O'DORISIO, P.C.
    1099 18th Street, Suite 2600
    Denver, CO 80202

    Elizabeth A. Starrs                             estarrs@starrslaw.com
    Elizabeth J. Hyatt                               ehyatt@starrslaw.com
    STARRS MIHM & PULKRABEK LLP
    707 17th Street, Suite 2600
    Denver, CO 80202

                                                          */s/ Osborne J. Dykes, III*