**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

CIVIL ACTION NO.:   09-CV-00799

GRANITE SOUTHLANDS TOWN CENER, LLC,
                    Plaintiff,

v.

ALBERTA TOWN CENTER, LLC and LAND TITLE GUARANTEE COMPANY,
                    Defendants.

_____

**ALBERTA TOWN CENTER, LLC'S DISCLOSURE STATEMENT**
_____

Defendant Alberta Town Center, LLC, through its undersigned counsel and

pursuant to Fed. R. Civ. P. 7.1 and D.COLO.L.Civ.R. 7.4, states the following:

Alberta Town Center, LLC does not have a parent entity nor does any publicly

held entity own ten percent or more of Alberta Town Center, LLC.

Respectfully submitted this 14th day of May, 2009,


                              */s/*Elizabeth J. Hyatt
                              Elizabeth A. Starrs
                              Elizabeth J. Hyatt
                              STARRS MIHM & PULKRABEK, LLP
                              707 Seventeenth Street, Suite 2600
                              Denver, CO 80202
                              (303) 592-5900 – Telephone
                              (303) 592-5910 – Facsimile
                              estarrs@starrslaw.com
                              ehyatt@starrslaw.com

                              COUNSEL FOR DEFENDANT ALBERTA
                              TOWN CENTER, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of May, 2009, a true and correct copy of the

foregoing **ALBERTA TOWN CENTER, LLC'S DISCLOSURE STATEMENT** was

filed with the Clerk of the Court using the *CM/ECF* system, which will send notification of such

filing to the following email addresses:


Osborne J. Dykes, III
Benjamin M. Vetter
FULBRIGHT & JAWORSKI, LLP
370 Seventeenth Street, Suite 2150
Denver, CO 80202
jdykes@fulbright.com
better@fulbright.com


Stephen L. Waters
Kimberly A. Bruetsch
1099 18th Street, Suite 2600
Denver, CO 80202
swaters@rwolaw.com
kbruetsch@rwolaw.com


*/s/*Elizabeth J. Hyatt