**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-CV-00799-ZLW-KLM

GRANITE SOUTHLANDS TOWN CENTER LLC,

    Plaintiff,

v.

ALBERTA TOWN CENTER, LLC and
LAND TITLE GUARANTEE COMPANY,

    Defendants.

**AGREED STIPULATION FOR EXTENSION OF TIME FOR
GRANITE SOUTHLANDS TOWN CENTER, LLC TO RESPOND
TO ALBERTA TOWN CENTER, LLC'S COUNTERCLAIM**

Plaintiff/counter-defendant Granite Southlands Town Center LLC ("Granite") and defendant/counter-plaintiff Alberta Town Center, LLC ("Alberta"), under D.C.COLO.LCivR 6.1, enter this agreed stipulation for an extension of time to respond to Alberta's Counterclaims (Dkt #7 at 4-8) (the "Counterclaims").

1. Counsel for Alberta has agreed to this extension of time.

2. No prejudice will result from this extension of time, which is sought to permit the parties to engage in further discussions about the subject of the dispute.

Pursuant to this Agreed Stipulation, Granite's answer to the Counterclaims will be due on or before June 12, 2009.

Respectfully submitted this 29th day of May, 2009.

        _/s/Osborne J. Dykes, III_____
        OSBORNE J. DYKES, III
        BENJAMIN M. VETTER
        FULBRIGHT & JAWORSKI L.L.P.
        370 Seventeenth Street, Suite 2150
        Denver, CO  80202
        (303) 801-2700 – Telephone
        (303) 801-2777 – Facsimile
        jdykes@fulbright.com
        bvetter@fulbright.com

        PAUL TRAHAN
        FULBRIGHT & JAWORSKI L.L.P.
        600 Congress Avenue, Suite 2400
        Austin, TX  78701
        (512) 474-5201 – Telephone
        (512) 536-4598 – Facsimile
        ptrahan@fulbright.com

        **COUNSEL FOR PLAINTIFF**

        */s/ Elizabeth A. Starrs*

        Elizabeth A. Starrs
        Elizabeth J. Hyatt
        STARRS MIHM & PULKRABEK LLP
        707 17th Street, Suite 2600
        Denver, CO 80202

        **COUNSEL FOR DEFENDANT ALBERTA TOWN CENTER, LLC**

- 3 -

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on the 29th day of May, 2009, I electronically filed the foregoing **Stipulated Extension of Time for Granite Southlands Town Center LLC to Respond to Alberta Town Center, LLC's Counterclaim** with the Clerk of Court using the CM/ECF system which will send notification of such filing to attorneys for plaintiffs at the following e-mail addresses:

| | |
|---|---|
| Stephen L. Waters | swaters@rwolaw.com |
| Kimberly A. Bruetsch | kbruetsch@rwolaw.com |
| ROBINSON WATERS & O'DORISIO, P.C. | |
| 1099 18th Street, Suite 2600 | |
| Denver, CO 80202 | |

| | |
|---|---|
| Elizabeth A. Starrs | estarrs@starrslaw.com |
| Elizabeth J. Hyatt | ehyatt@starrslaw.com |
| STARRS MIHM & PULKRABEK LLP | |
| 707 17th Street, Suite 2600 | |
| Denver, CO 80202 | |

/s/ Osborne J. Dykes, III