## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLORADO

Civil Action No. 09-CV-00799-ZLW-KLM

GRANITE SOUTHLANDS TOWN CENTER, LLC,

     Plaintiff,

v.

ALBERTA TOWN CENTER, LLC and
LAND TITLE GUARANTEE COMPANY,

     Defendants.

---

## UNOPPOSED MOTION TO RESCHEDULE
## SCHEDULING/PLANNING CONFERENCE

---

Defendant Land Title Guarantee Company ("Land Title") by and through its undersigned counsel, hereby submits its Unopposed Motion to Reschedule Scheduling/Planning Conference and states as follows.

*CERTIFICATE OF COMPLIANCE WITH D.C.Colo.L.CivR. 7.1A*

Pursuant to D.C.Colo.L.CivR. 7.1A, counsel for Land Title certifies that she has communicated with counsel for Plaintiff and counsel for Defendant Alberta Town Center before filing this Motion and has obtained dates convenient for all counsel.

1.     The scheduling/planning conference in this matter is currently scheduled for June 23, 2009 at 11:00 a.m.

2.     Counsel for Land Title is currently scheduled for a three day trial to the court beginning on June 22, 2009 in the District Court for the City and County of Denver, Case No. 2007-CV-8372, (Consolidated with Case Nos. 2007-CV-8821 and 2008-CV-11800) entitled

*Mark Pautler and Cheryl Pautler v. Senger's Inc., David Senger and Daniel Pautler and Daniel Pautler v. Sengers.* This matter has previously been reset for trial three times.

3.     Due to this scheduling conflict, counsel for Land Title contacted the other counsel in this matter and has been advised that all counsel would be available to reset the scheduling/planning conference to July 1, 2009 before 3:00 p.m. or July 6, 2009.

4.     Counsel for Land Title currently has a scheduling/planning conference before Magistrate Mix set for July 6, 2009 at 10:30 a.m. but is available at any time either before or after this setting.

Wherefore, due to the scheduling conflict of counsel for Land Title, it is requested that the scheduling/planning conference currently set for June 23, 2009, be reset to either July 1, 2009 before 3:00 p.m. or July 6, 2009 excluding the time around 10:30 a.m. at which time counsel for Land Title is currently set to appear before this Court at another scheduling/planning conference.

DATED this 2nd day of June, 2009.

Respectfully submitted,

ROBINSON WATERS & O'DORISIO, P.C.

*s/ Kimberly A. Bruetsch*
Stephen L. Waters
Kimberly A. Bruetsch
1099 18th Street, Suite 2600
Denver, Colorado  80202
Telephone:  303-297-2600
Facsimile;  303-297-2750
swaters@rwolaw.com
kbruetsch@rwolaw.com
*Counsel for Land Title Guarantee Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of June, 2009, a true and correct copy of the foregoing **UNOPPOSED MOTION TO RESCHEDULE SCHEDULING/PLANNING CONFERENCE** was served via CM/ECF on the following:

Osborne J. Dykes, III, Esq.
Benjamin M. Vetter, Esq.
Fulbright & Jaworski LLP
370 Seventeenth Street, Suite 2150
Denver, Colorado 80202
jdykes@fulbright.com
bvetter@fulbright.com

Paul Trahan, Esq.
Fulbright & Jaworski LLP
600 Congress Avenue, Suite 2400
Austin, Texas 78701
ptrahan@fulbright.com

Elizabeth A. Starrs, Esq.
Elizabeth J. Hyatt, Esq.
Starrs Mihm & Pulkrabek LLP
707 Seventeenth Street, Suite 2600
Denver, Colorado 80202
estarrs@starrslaw.com
ehyatt@starrslaw.com

*s/Kristi Kellow*