UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLORADO

Civil Action No. 09-CV-00799-ZLW-KLM

GRANITE SOUTHLANDS TOWN CENTER, LLC,

    Plaintiff,

v.

ALBERTA TOWN CENTER, LLC and
LAND TITLE GUARANTEE COMPANY,

    Defendants.

---

### ORDER RESETTING SCHEDULING/PLANNING CONFERENCE

---

THIS MATTER having come before the Court on Defendant Land Title Guarantee Company's Unopposed Motion to Reschedule Scheduling/Planning Conference, and the Court being duly advised in the premises, hereby GRANTS Land Title's Motion. The scheduling/planning conference is reset to July _____, 2009, beginning at _____ ___.m.

Dated this ____ day of June, 2009.

                                                      BY THE COURT:


                                                   _____
                                                 U.S. District Court Judge