**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-CV-00799-ZLW-KLM

GRANITE SOUTHLANDS TOWN CENTER LLC,

      Plaintiff,

v.

ALBERTA TOWN CENTER, LLC and
LAND TITLE GUARANTEE COMPANY,

      Defendants.

**UNOPPOSED MOTION FOR EXTENSION OF TIME
FOR JOINDER OF PARTIES AND AMENDMENT OF PLEADINGS**

Plaintiff/counter-defendant Granite Southlands Town Center LLC ("Granite"), under D.C.COLO.LCivR 6.1, files this unopposed motion for extension of time for joinder of parties and amendment of pleadings. In support of this motion, Granite states the following:

1. The July 6, 2009 Scheduling Order (Dkt. #21) fixes August 7, 2009 as the deadline for joinder of parties and amendment of pleadings.

2. Granite is investigating claims that may require amendment of pleadings and addition of parties, but desires more time to ascertain the appropriateness of bringing the claims as part of this litigation. Granite therefore contacted counsel for both Alberta Town Center, LLC ("Alberta") and Land Title Guarantee Company ("Land Title") and requested that they agree to an extension of time for the joinder of parties and amendment of pleadings, and they have so agreed.

3. Counsel for Alberta and Land Title do not oppose this motion to extend the deadline for joinder of parties and amendment of pleadings to and including August 21, 2009.

4. No prejudice will result from this extension of time.

WHEREFORE, Granite asks the Court to extend the deadline for joinder of parties and amendment of pleadings to and including August 21, 2009.

Respectfully submitted this 6th day of August, 2009.

       /s/Osborne J. Dykes, III          
OSBORNE J. DYKES, III
BENJAMIN M. VETTER
FULBRIGHT & JAWORSKI L.L.P.
370 Seventeenth Street, Suite 2150
Denver, CO  80202
(303) 801-2700 – Telephone
(303) 801-2777 – Facsimile
jdykes@fulbright.com
bvetter@fulbright.com

PAUL TRAHAN
FULBRIGHT & JAWORSKI L.L.P.
600 Congress Avenue, Suite 2400
Austin, TX  78701
(512) 474-5201 – Telephone
(512) 536-4598 – Facsimile
ptrahan@fulbright.com

**COUNSEL FOR PLAINTIFF**

- 3 -

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on the 6th day of August, 2009, I electronically filed the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME FOR JOINDER OF PARTIES AND AMENDMENT OF PLEADINGS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to attorneys for plaintiffs at the following e-mail addresses:

| | |
|---|---|
| Stephen L. Waters | swaters@rwolaw.com |
| Kimberly A. Bruetsch | kbruetsch@rwolaw.com |
| ROBINSON WATERS & O'DORISIO, P.C. | |
| 1099 18th Street, Suite 2600 | |
| Denver, CO 80202 | |
| | |
| Elizabeth A. Starrs | estarrs@starrslaw.com |
| Elizabeth J. Hyatt | ehyatt@starrslaw.com |
| STARRS MIHM & PULKRABEK LLP | |
| 707 17th Street, Suite 2600 | |
| Denver, CO 80202 | |

/s/ Osborne J. Dykes, III

85185538.1