**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-CV-00799-ZLW-KLM

GRANITE SOUTHLANDS TOWN CENTER LLC,

      Plaintiff,

v.

ALBERTA TOWN CENTER, LLC and
LAND TITLE GUARANTEE COMPANY,

      Defendants.

---

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME
FOR JOINDER OF PARTIES AND AMENDMENT OF PLEADINGS**

---

This matter is before the Court on Granite Southlands Town Center LLC's Unopposed Motion for Extension of Time for Joinder of Parties and Amendment of Pleadings.

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The deadline for joinder of parties and amendment of pleadings is hereby extended to August 21, 2009.

Dated _____, 2009.

                                                                                         _____

85186051.1