**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-CV-00799-ZLW-KLM

GRANITE SOUTHLANDS TOWN CENTER LLC,

    Plaintiff,

v.

ALBERTA TOWN CENTER, LLC and
LAND TITLE GUARANTEE COMPANY,

    Defendants.

---

**SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME
FOR JOINDER OF PARTIES AND AMENDMENT OF PLEADINGS**

---

Plaintiff/counter-defendant Granite Southlands Town Center LLC ("Granite"), under D.C.COLO.LCivR 6.1, files this second unopposed motion for extension of time for joinder of parties and amendment of pleadings. In support of this motion, Granite states the following:

1.    The July 6, 2009 Scheduling Order (Dkt. #21) fixed August 7, 2009 as the deadline for joinder of parties and amendment of pleadings.

2.    On August 6, 2009, Granite filed an Unopposed Motion for Extension of Time for Joinder of Parties and Amendment of Pleadings (Dkt. #22). Granite requested the extension because it was investigating claims and desired more time to ascertain the appropriateness of bringing the claims as part of this litigation. Counsel for Alberta Town Center, LLC ("Alberta") and Land Title Guarantee Company ("Land Title") did not oppose the motion. The Court granted the motion by order entered August 11, 2009 (Dkt. #24).

3. During the extension period, Alberta and Granite have begun to discuss settlement of the dispute and have been exploring the possibility of a settlement agreement.

4. In furtherance of the settlement discussions, and to prevent unnecessary expansion of the litigation, Granite requests a second extension of the deadline for amendment of pleadings and joinder of parties to and including September 4, 2009. Counsel for Granite contacted counsel for both Alberta and Land Title and requested that they agree to an extension of time for the joinder of parties and amendment of pleadings.

5. Counsel for Alberta and Land Title do not oppose this motion to extend the deadline for joinder of parties and amendment of pleadings to and including September 4, 2009.

6. No prejudice will result from this extension of time.

WHEREFORE, Granite asks the Court to extend the deadline for joinder of parties and amendment of pleadings to and including September 4, 2009.

Respectfully submitted this 21st day of August, 2009.

        /s/Osborne J. Dykes, III_____
OSBORNE J. DYKES, III
BENJAMIN M. VETTER
FULBRIGHT & JAWORSKI L.L.P.
370 Seventeenth Street, Suite 2150
Denver, CO  80202
Phone:  (303) 801-2700 / Fax:  (303) 801-2777
jdykes@fulbright.com
bvetter@fulbright.com

PAUL TRAHAN
FULBRIGHT & JAWORSKI L.L.P.
600 Congress Avenue, Suite 2400
Austin, TX  78701
Phone:  (512) 474-5201 / Fax:  (512) 536-4598
ptrahan@fulbright.com

**COUNSEL FOR PLAINTIFF**

- 3 -

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on the 21st day of August, 2009, I electronically filed the foregoing **SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME FOR JOINDER OF PARTIES AND AMENDMENT OF PLEADINGS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to attorneys for plaintiffs at the following e-mail addresses:

| | |
|---|---|
| Stephen L. Waters | swaters@rwolaw.com |
| Kimberly A. Bruetsch | kbruetsch@rwolaw.com |
| ROBINSON WATERS & O'DORISIO, P.C. | |
| 1099 18th Street, Suite 2600 | |
| Denver, CO 80202 | |
| | |
| Elizabeth A. Starrs | estarrs@starrslaw.com |
| Elizabeth J. Hyatt | ehyatt@starrslaw.com |
| STARRS MIHM & PULKRABEK LLP | |
| 707 17th Street, Suite 2600 | |
| Denver, CO 80202 | |

                                                    */s/ Osborne J. Dykes, III*