IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00799-ZLW-KLM

GRANITE SOUTHLANDS TOWN CENTER LLC,

     Plaintiff,

v.

ALBERTA TOWN CENTER, LLC, and
LAND TITLE GUARANTEE COMPANY,

     Defendants.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on Plaintiff's **Second Unopposed Motion for Extension of Time for Joinder of Parties and Amendment of Pleadings** [Docket No. 25; Filed August 21, 2009].

     IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The deadline for joinder of parties and amendment of pleadings is extended to **September 4, 2009**.

Dated:  August 21, 2009