IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kristen L. Mix

| | |
|---|---|
| **Civil Action No.: 09-cv-00799-ZLW-KLM** | FTR - Reporter Deck - Courtroom C-204 |
| | Byron G. Rogers United States Courthouse |
| **Date: September 02, 2009** | Courtroom Deputy, Debra Brown |

---

| | |
|---|---|
| **Granite Southlands Town Center, LLC** | Paul D. Trahan |
| **Plaintiff(s),** | |
| v. | |
| **Alberta Town Center, LLC** | Elizabeth Jeanelia Hyatt |
| **Land Title Guarantee Company** | Kimberly A. Bruetsch |
| **Defendant(s).** | |

---

## COURTROOM   MINUTES  /  MINUTE   ORDER

**TELEPHONIC DISCOVERY DISPUTE**

**Court in Session: 3:59 p.m.**

Court calls the case. Appearances of Counsel.
At issue is a dispute concerning the proposed language to be contained in the Protective Order.

Statement by Mr. Trahan.
Statements by Elizabeth Hyatt.

**Findings by the Court.**

**ORDERED:**   The parties shall confer about inclusion of the following language in paragraphs 2.1 and 5.1a of the proposed Protective Order : "Plaintiff's counsel shall immediately disclose in writing to defense counsel the names and contact information of all construction professionals to whom confidential information is disclosed".  After conferring, if the terms of the proposed Protective Order remain in dispute, either party may file a motion to address the disputed portions.

**Court in recess: 4:11 p.m.**
Total In-Court Time 0:12; hearing concluded