# EXHIBIT C



ENGINEERS
ARCHITECTS
MATERIALS SCIENTISTS

Wiss, Janney, Elstner Associates, Inc.
10881 West Asbury Avenue, Suite 110
Lakewood, Colorado 80227
720.962.8688 tel | 720.962.8488 fax
www.wje.com

November 19, 2008

Mr. Jose Inclan
Southlands Shopping Center
6155 South Main Street, Suite 260
Aurora, Colorado 80016

Re:  Proposal for Engineering Services
     The Shops at Southlands Mall
     Aurora, Colorado
     WJE No. 2008.5358.P

Dear Mr. Inclan:

At your request, Wiss, Janney, Elstner Associates, Inc. (WJE) is submitting this proposal to provide engineering services related to the evaluation and remediation of slab and foundation movements affecting the buildings at the Southlands Mall located in Aurora, Colorado.

## BACKGROUND

The Southlands complex consists of 14, one- or two-story buildings, including a movie theater, located on a large site with extensive plaza areas, landscaping and surface parking.

It is our understanding that the complex was constructed between 2004 and 2006. Soon after the construction of the project was completed, the property began to exhibit problems as a result of slab and foundation movements. These movements appear to have accelerated within the last year and continue to worsen.

The most pronounced distress appears to have developed within Building E and the movie theater. Signs of expansive soils and settlement of backfill material, and a combination of both, were evident during our brief site visit on November 17, 2008. It was apparent that differential foundation movements are causing damage in the second and ground levels, and backfill settlement is causing damage at the ground level.

## PROPOSED SCOPE OF SERVICES

*Phase I - Initial Evaluation*

During our November 17 visit, we discussed performing an initial evaluation of two buildings in an effort to provide you and the owners with an initial assessment of the problems affecting the Southlands complex. At your request, the movie theater will be evaluated separately. We envision the following scope of services.

- Review the original design and construction documents and geotechnical report. These original documents are often useful in determining the cause of problems that develop. This review is intended to allow us to become more familiar with the type and details of construction, and the construction materials used, in order to better understand the problems encountered. At this time,



we do not propose to perform a complete or in-depth review of the documents, or judge the competence of the original design. If design checks are made, they will be limited to those portions of the structure where problems have been encountered.

- Conduct a detailed examination of the existing conditions within the buildings and their facades. This examination will be concerned with locating and documenting cracks, signs of movement and distress, poor drainage, construction deficiencies, and items that are not in conformance with good industry practice. We will include potential problems that affect safety, durability, maintenance, or performance of the buildings. The surrounding site work will also be documented.

- Supervise or perform elevation surveys at selected points at specific time intervals. The first elevation survey would be used to determine the relative position of selected points, and as a baseline for future surveys. Subsequent surveys would be performed to monitor ongoing movements. A second survey would be performed 3 to 4 months after the first survey. Subsequent surveys would be performed on 6-month to 1-year intervals, depending on conditions that develop.

- Provide an initial list of defective or deficient conditions that may have contributed to the problems at the site.

- Provide general remedial recommendations for any conditions that we have identified that should be promptly addressed in order to mitigate damages.

- Provide general recommendations for long-term monitoring and further investigative efforts that might be prompted by the initial phase of our work, as described below.

*Phase II - In-Depth Evaluations*

Depending upon the findings from our Phase I efforts there may be a need for WJE to provide additional services. More specifically, the following services may be warranted:

- Extend the evaluation to the remaining buildings in the Southlands complex.

- Perform additional investigations of existing conditions. For example, discoveries made during our investigation may lead us to recommend exploratory excavations to determine the presence of voids under grade beams, expose underground drainage systems, or to recommend running a remotely operated camera down the length of buried sewer lines.

- Recommend an independent soils investigation. A geotechnical consultant would be retained by Southlands or WJE to retrieve soil borings and analyze the supporting soils.

- Provide general or detailed remedial recommendations to address existing problems and long term concerns.



Mr. Jose Inclan
Southlands Shopping Center
November 19, 2008
Page 3

- Attend meetings with various parties to discuss our findings and to work toward a resolution of these problems.

- Continue to monitor the condition of the property with elevation surveys and periodic condition assessments.

- Provide litigation support, if needed.

**WJE PERSONNEL and CAPABILITIES**

Professional qualifications of personnel likely to be involved with this project are attached. John Reins, Lee Farrell and Luis Estenssoro each have over 25 years of experience with building damage and distress caused by the local expansive soils and settlement of fill materials since the Denver office of WJE opened in 1982. The attached project files are examples of previous projects with similar problems.

WJE is uniquely qualified to assist you in this matter. While the primary experience of most structural engineering consulting firms is the design of new structures, we specialize in the evaluation and repair of existing structures, particularly with buildings of similar construction to Southlands'. We are in a good position to assist you and Southlands in selecting cost-effective options. I have also attached our company brochure for additional information.

**FEES and TERMS AND CONDITIONS**

We estimate that the scope of services outlined above under Phase I for Buildings E and F can be provided within a budget of $15,000 to $19,000. For the movie theater, we estimate an additional budget of $5,000 to $7,000.

At this point in time, budgets have not yet been developed for any of the Phase II services, which will become better defined after the completion of Phase I services. WJE's actual charges will be based upon our standard hourly rates:

| Professional Staff | | Professional Support Staff | |
|---|---|---|---|
| Principal | $225.00 | Senior Construction Specialist | $160.00 |
| Associate Principal | 185.00 | Senior Specialist | 105.00 |
| Senior Associate | 160.00 | Specialist | 95.00 |
| Associate III | 145.00 | Senior Technician | 85.00 |
| Associate II | 120.00 | Technician II | 70.00 |
| Associate I | 100.00 | Technician | 55.00 |

Our Standard Terms and Conditions, dated October 8, 2007, are part of this proposal and are attached for your review.

We are a certainly available to discuss this proposal in greater detail. If you concur with this proposal, please sign on the space provided below and return one copy, which will serve as our authorization to proceed.



Mr. Jose Inclan
Southlands Shopping Center
November 19, 2008
Page 4

Very truly yours,

**WISS, JANNEY, ELSTNER ASSOCIATES, INC.**

Luis F. Estenssoro, P.E.
Principal

**Authorization to Proceed with Work**

---

**WJE No. 2008.5358**

**For:** _____
                                    (Company)

_____          _____
     (Signature)                     (Printed Signature)


_____          _____
       (Title)                           (Date)