**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-CV-00799-ZLW-KLM

GRANITE SOUTHLANDS TOWN CENTER LLC,

    Plaintiff,

v.

ALBERTA TOWN CENTER, LLC,
LAND TITLE GUARANTEE COMPANY,

    Defendants.

---

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT
AND JOIN ADDITIONAL PARTIES**

---

Plaintiff/counter-defendant Granite Southlands Town Center LLC ("Granite") files this Motion for Leave to File First Amended Complaint and would respectfully show the court the following:

In the Scheduling Order (Dkt. #21) entered by the Court on July 6, 2009, the Court set August 7, 2009, as the deadline for amendment of pleadings. On August 6, 2009, Granite filed an Unopposed Motion for Extension of Time for Joinder of Parties and Amendment of Pleadings (Dkt. #22) because it required additional time to investigate potential claims and ascertain the appropriateness of bringing certain claims in this litigation. The Court granted the motion on August 11, 2009, extending the deadline to and including August 21, 2009. (Dkt. #24).

Between August 6, 2009 and August 21, 2009, Granite and defendant Alberta Town Center, LLC ("Alberta") began to discuss possible avenues to settle the dispute. To facilitate the

85231540.1

discussions and the prevent unnecessary expansion of the litigation, Granite filed a Second Unopposed Motion for Extension of Time for Joinder of Parties and Amendment of Pleadings (Dkt. #25), which the Court granted on August 21, 2009 (Dkt. #27). The deadline was extended to and including September 4, 2009.

Granite completed its investigation of additional claims appropriate for this litigation, and Granite and Alberta were unable to reach a mutually agreeable settlement. Thus, on September 4, 2009, Granite filed Plaintiffs' First Amended Complaint, joining additional parties and claims to the litigation. (Dkt. #29).

On Tuesday, September 08, 2009, the Court entered an order striking Granite's First Amended Complaint, filed September 4, 2009. (Dkt. #31). The Court also entered a docket notation instructing Granite to file a motion for leave to amend the complaint and join additional parties and to attach the First Amended Complaint to the motion. (Dkt. #30). In compliance with the Court's instructions, Granite submits this Motion for Leave to Amend Complaint and Join Additional Parties, attaching the First Amended Complaint as Exhibit A.

Under Fed. R. Civ. P. 15(2), the Court has "wide discretion to recognize a motion for leave to amend in the interest of a just, fair or early resolution of litigation." *Calderon v. Kan. Dept. of Soc & Rehab. Servs.*, 181 F.3d 1180, 1187 (10th Cir. 1999) (quotations omitted). Leave to amend should be refused only where amendment would prejudice the opposing party. *See United States v. Hougham*, 364 U.S. 310, 316 (1960). Amendment of the complaint at this stage in the litigation will not prejudice Alberta or defendant Land Title Guarantee Company ("Land Title"). Counsel for Alberta and Land Title has indicated they are not opposed to this motion.

WHEREFORE Plaintiff Granite Southlands Town Center LLC respectfully requests that the Court, pursuant to Fed. R. Civ. P. 15(2), grant its motion for leave to file its First Amended Complaint and all other and further relief to which Granite is entitled.

Respectfully submitted,

*/s/Osborne J. Dykes, III*
OSBORNE J. DYKES, III
BENJAMIN M. VETTER
FULBRIGHT & JAWORSKI L.L.P.
370 Seventeenth Street, Suite 2150
Denver, CO  80202
(303) 801-2700 – Telephone
(303) 801-2777 – Facsimile
jdykes@fulbright.com
bvetter@fulbright.com

PAUL TRAHAN
FULBRIGHT & JAWORSKI L.L.P.
600 Congress Avenue, Suite 2400
Austin, TX  78701
(512) 474-5201 – Telephone
(512) 536-4598 – Facsimile
ptrahan@fulbright.com

**COUNSEL FOR PLAINTIFF**

**CERTIFICATE OF CONFERENCE**

I hereby certify that the Granite consulted with counsel for Alberta and Land Title and they do not oppose this motion.

*/s/ Benjamin M. Vetter*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on the 9th day of September, 2009, I electronically filed the foregoing **PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to attorneys for the remaining parties at the following e-mail addresses:

| | |
|---|---|
| Stephen L. Waters | swaters@rwolaw.com |
| Kimberly A. Bruetsch | kbruetsch@rwolaw.com |
| ROBINSON WATERS & O'DORISIO, P.C. | |
| 1099 18th Street, Suite 2600 | |
| Denver, CO 80202 | |
| | |
| Elizabeth A. Starrs | estarrs@starrslaw.com |
| Elizabeth J. Hyatt | ehyatt@starrslaw.com |
| STARRS MIHM & PULKRABEK LLP | |
| 707 17th Street, Suite 2600 | |
| Denver, CO 80202 | |

*/s/ Benjamin M. Vetter*