# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-00799-ZLW-KLM

GRANITE SOUTHLANDS TOWN CENTER, LLC,

        Plaintiff

v.

ALBERTA TOWN CENTER, LLC,
LAND TITLE GUARANTEE COMPANY,
DONALD G. PROVOST,
ALLAN G. PROVOST,
and PETER M. CUDLIP,

        Defendants.

---

## ENTRY OF APPEARANCE AS COUNSEL FOR
## DEFENDANT PETER M. CUDLIP

---

        Stuart N. Bennett of the law firm of Lindquist & Vennum P.L.L.P. hereby enters his appearance as counsel on behalf of Defendant Peter M. Cudlip.

        DATED:   September 24, 2009.

                Respectfully submitted,

                *s/   Stuart N. Bennett*
                Stuart N. Bennett
                **LINDQUIST & VENNUM, P.L.L.P.**
                600 - 17th Street, Suite 1800 –South
                Denver, CO 80202
                Telephone:   (303) 573-5900
                Fax:   (303) 573-1956
                E-mail:   sbennett@lindquist.com
                Attorneys for Defendant Peter M. Cudlip

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | | |
|---|---|---|
| *Attorneys for Plaintiff & Counter Defendant Granite Southlands Town Center, LLC* | jdykes@fulbright.com<br>bvetter@fulbright.com | Osborne J. Dykes, III<br>Benjamin M. Vetter<br>Fulbright & Jaworski LLP<br>370 – 17th Street, Suite 2150<br>Denver, CO  80202 |
| *Attorneys for Plaintiff & Counter Defendant Granite Southlands Town Center, LLC* | ptrahan@fulbright.com | Paul Trahan<br>Fulbright & Jaworski LLP<br>600 Congress Avenue, Suite 2400<br>Austin, TX  78701 |
| *Defendant & Counter Claimant Alberta Town Center, LLC* | ehyatt@starrslaw.com<br>estarrs@starrslaw.com | Elizabeth Jeanelia Hyatt<br>Elizabeth A. Starrs<br>Starrs Mihm & Pulkrabek, LLP<br>707 – 17th Street, Suite 2600<br>Denver, CO   80202 |
| *Defendant Land Title Guarantee Company* | kbruetsch@rwolaw.com | Kimberly A. Bruetsch<br>Robinson, Waters & O'Dorisio PC<br>1099 – 18th Street, 26th Floor<br>Denver, CO   80202 |

And I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner indicated by the non-participant's name:    NONE

s/   Stuart N. Bennett
Stuart N. Bennett
Attorneys for Defendant Peter M. Cudlip
Lindquist & Vennum P.L.L.P.
600 - 17th Street, Suite 1800 –South
Denver, CO 80202
Telephone:    303-573-5900
Fax:             303-573-1956
E-mail:         sbennett@lindquist.com

Doc# 3092683\1