# RETURN OF SERVICE

Case No. 09-CV-00799-ZLW-KLM

STATE OF COLORADO      )
                       ) ss.
City & County of Denver )

I, Gerald Deadwyler, the affiant, being duly sworn, say: that I am over the age of eighteen years and am not a party to the within action; and that I have served PETER M. CUDLIP, a true and correct copy of the within Summons In A Civil Action, together with Plaintiff's First Amended Complaint, by handing and delivering to PETER M. CUDLIP personally, at 2000 South Colorado Boulevard, Annex Building, Unit 405, City of Denver, County of Denver, State of Colorado, on September 17, 2009 at 3:10 P.M.

_____
Gerald Deadwyler
Private Process Server

Subscribed and sworn before me on September 18, 2009.
My commission expires on 06-03-13.

_____
Helen B. Hays
Notary Public
438 Bannock Street
Denver, CO 80204