# RETURN OF SERVICE

Case No. 09-CV-00799-ZLW-KLM

STATE OF COLORADO )
                              ) ss.
City & County of Denver )

I, Gerald Deadwyler, the affiant, being duly sworn, say: that I am over the age of eighteen years and am not a party to the within action; and that I have served DONALD G. PROVOST, a true and correct copy of the within Summons In A Civil Action, together with Plaintiff's First Amended Complaint, by handing and delivering to DONALD G. PROVOST personally, at 8480 East Orchard Road, Unit 2400, City of Greenwood Village, County of Arapahoe, State of Colorado, on September 18, 2009 at 2:41 P.M.

_____
Gerald Deadwyler
Private Process Server

Subscribed and sworn before me on September 21, 2009.
My commission expires on 06-03-13.

_____
Notary Public
438 Bannock Street
Denver, CO 80204