## SUMMONS IN A CIVIL ACTION

### United States District Court
### for the District of Colorado

Civil Action Number: 09-CV-00799-ZLW-KLM

GRANITE SOUTHLANDS TOWN CENTER LLC

PLAINTIFF(S),

v.

ALBERTA TOWN CENTER, LLC,
LAND TITLE GUARANTEE COMPANY,
DONALD G. PROVOST, ALLAN G. PROVOST
AND PETER M. CUDLIP

DEFENDANT(S).

**SUMMONS**

To the above named Defendant(s): ALLAN G. PROVOST, 1208 Quail St., Lakewood, CO 80215

You are hereby summoned and required to serve upon FULBRIGHT & JAWORSKI L.L.P.

plaintiff's attorney, whose address is: Republic Plaza, 21st Floor, Suite 2150
370 Seventeenth Street
Denver, CO 80202

AND FILE WITH THE CLERK OF THE COURT

an answer to the complaint which is herewith served upon you, within __20__ days of service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Gregory C. Langham

By: _____
Deputy Clerk
(Seal of the Court)

Date: 9/16/09

Clerk, U.S. District Court, Room A-105 Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado 80294-3589

NOTE: This summons is issued pursuant to Rule 4 of the Federal Rules of Civil Procedure.