# RETURN OF SERVICE

Case No. 09CV00799ZLWKLM

STATE OF COLORADO )
) ss.
City & County of Denver )

I, Cameron A. Hegedus Jr., the affiant, being duly sworn, say: that I am over the age of eighteen years and am not a party to the within action; and that I have served ALAN G. PROVOST, a true and correct copy of the within Summons in a Civil Action, together with Plaintiff's First Amended Complaint, by handing and delivering to ALAN G. PROVOST personally, on September 18, 2009, at 10:33 A.M. o'clock, at 1208 Quail Street, City of Lakewood, County of Jefferson, State of Colorado.

Cameron A. Hegedus Jr.
Private Process Server

Subscribed and sworn before me this September 18, 2009.
My commission expires on 06/03/13.

Helen B. Hays
Notary Public
438 Bannock Street
Denver, CO  80204