IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO.: 09-CV-00799-ZLW-KLM

GRANITE SOUTHLANDS TOWN CENTER, LLC,
       Plaintiff,

v.

ALBERTA TOWN CENTER, LLC,
LAND TITLE GUARANTEE COMPANY,
DONALD G. PROVOST,
ALLAN G. PROVOST,
and PETER CUDLIP
       Defendants.

---

**DEFENDANT ALBERTA TOWN CENTER, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

---

Defendant Alberta Town Center, LLC ("Alberta"), by and through its attorneys, Elizabeth A. Starrs and Elizabeth J. Hyatt of Starrs Mihm and Pulkrabek LLP, pursuant to F.R.Civ.P. 6(b), requests and extension of time, up to and including October 7, 2009, in which to answer or otherwise respond to Plaintiff's First Amended Complaint and states as follows:

1.     The undersigned certifies that upon conferral with counsel for Plaintiff and Defendant Land Title, she is authorized to state that this Motion is unopposed.

2.     Alberta's response to Plaintiff's First Amended Complaint is currently due on September 30, 2009. Alberta requests an extension of time, up to an including October 7, 2009 to more fully investigate the allegations contained in Plaintiff's First Amended Complaint and to prepare its answer or other response.

3. The individual defendants' responses to the First Amended Complaint currently are due on or before October 7 and 8, 2009. No party will be prejudiced by the relief requested herein.

WHEREFORE, for the good cause set forth above, Alberta respectfully requests this Court enter an order granting Alberta an extension of time, up to and including October 7, 2009, in which to answer or otherwise respond to Plaintiff's First Amended Complaint.

DATED: September 30, 2009

/s/Elizabeth J. Hyatt
Elizabeth A. Starrs
Elizabeth J. Hyatt
STARRS MIHM & PULKRABEK, LLP
707 Seventeenth Street, Suite 2600
Denver, CO 80202
(303) 592-5900 – Telephone
(303) 592-5910 – Facsimile
estarrs@starrslaw.com
ehyatt@starrslaw.com

COUNSEL FOR DEFENDANT ALBERTA TOWN CENTER, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of September, 2009, a true and correct copy of the foregoing was filed with the Clerk of the Court using the *CM/ECF* system, which will send notification of such filing to the following email addresses:

Osborne J. Dykes, III
Benjamin M. Vetter
Paul Trahan
FULBRIGHT & JAWORSKI, LLP
370 Seventeenth Street, Suite 2150
Denver, CO 80202
jdykes@fulbright.com
bvetter@fulbright.com
ptrahan@fullbright.com

Stephen L. Waters
Kimberly A. Bruetsch
1099 18th Street, Suite 2600
Denver, CO 80202
swaters@rwolaw.com
kbruetsch@rwolaw.com

Stuart N. Bennett, Esq.
Lindquist & Vennum, PLLP
600 17th Street, Ste., 1800 South
Denver, CO 80202
sbennett@lindquist.com

and pursuant to D.C.COLO.LCivR. 6.1(E), to the following via U.S. Mail:

Donald Provost and Peter Cudlip, Managers
Alberta Town Center, LLC
8480 E. Orchard Road, Suite 2400
Greenwood Village, CO 80111

/s/Elizabeth J. Hyatt