# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO.:   09-CV-00799-ZLW-KLM

GRANITE SOUTHLANDS TOWN CENTER, LLC,
        Plaintiff,

v.

ALBERTA TOWN CENTER, LLC,
LAND TITLE GUARANTEE COMPANY,
DONALD G. PROVOST,
ALLAN G. PROVOST,
and PETER CUDLIP
        Defendants.

_____

## PROPOSED ORDER RE: DEFENDANT ALBERTA TOWN CENTER, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT
_____

THE COURT, having reviewed Defendant Alberta Town Center, LLC's Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's First Amended Complaint, and being fully advised, hereby orders the following:

Defendant Alberta Town Center, LLC is granted an extension of time, up to and including October 7, 2009, within which to answer or otherwise respond to Plaintiff's First Amended Complaint.

ORDERED this _____ day of _____, 2009.

BY THE COURT:

_____
District Court Judge