**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

CIVIL ACTION NO.:   09-CV-00799-ZLW-KLM

GRANITE SOUTHLANDS TOWN CENTER, LLC,
        Plaintiff,

v.

ALBERTA TOWN CENTER, LLC,
LAND TITLE GUARANTEE COMPANY,
DONALD G. PROVOST,
ALLAN G. PROVOST,
and PETER CUDLIP
        Defendants.

_____

**NOTICE AND MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT ALBERTA TOWN CENTER, LLC**
_____

The undersigned, Elizabeth A. Starrs and Elizabeth J. Hyatt of Starrs Mihm and Pulkrabek LLP, pursuant to D.C.Colo.L.CivR 83.3(D), request an order withdrawing them as counsel of record for Alberta Town Center, LLC, and state as follows:

<u>D.C.COLO.LCivR 83.3(D) NOTICE TO ALBERTA TOWN CENTER, LLC:</u>

Pursuant to D.C.COLO.LCivR 83.3(D), the undersigned hereby notify Alberta Town Center, LLC, by service of this motion and notice, that Alberta Town Center, LLC, may not appear without counsel admitted to practice before this Court, and absent prompt appearance of substitute counsel, pleadings, motions, and other papers may be stricken, and default judgment or other sanctions may be imposed against the entity.  Alberta Town Center is further notified that it remains responsible for complying with all court orders and time limitations established by any applicable rules.

GROUNDS FOR MOTION:

Alberta Town Center, LLC and the undersigned no longer have an attorney-client relationship.  Alberta Town Center, LLC will continue to be represented by counsel through Stuart Bennett of Lindquist & Vennum, PLLP, who entered his appearance on behalf of Alberta Town Center, LLC on October 7, 2009.

WHEREFORE, for the good cause set forth above, Elizabeth A. Starrs and Elizabeth J. Hyatt of Starrs Mihm & Pulkrabek hereby request that this Court enter an Order granting this Motion to Withdraw.

 DATED: October 7, 2009

| | |
|---|---|
| /s/Elizabeth J. Hyatt | /s/Elizabeth A. Starrs |
| Elizabeth J. Hyatt | Elizabeth A. Starrs |
| STARRS MIHM & PULKRABEK, LLP | STARRS MIHM & PULKRABEK, LLP |
| 707 Seventeenth Street, Suite 2600 | 707 Seventeenth Street, Suite 2600 |
| Denver, CO 80202 | Denver, CO 80202 |
| (303) 592-5900 – Telephone | (303) 592-5900 – Telephone |
| (303) 592-5910 – Facsimile | (303) 592-5910 – Telephone |
| ehyatt@starrslaw.com | estarrs@starrslaw.com |

COUNSEL FOR DEFENDANT ALBERTA TOWN CENTER, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of October, 2009, a true and correct copy of the foregoing was filed with the Clerk of the Court using the *CM/ECF* system, which will send notification of such filing to the following email addresses:

Osborne J. Dykes, III
Benjamin M. Vetter
Paul Trahan
FULBRIGHT & JAWORSKI, LLP
370 Seventeenth Street, Suite 2150
Denver, CO 80202
jdykes@fulbright.com
bvetter@fulbright.com
ptrahan@fullbright.com

Stephen L. Waters
Kimberly A. Bruetsch
1099 18th Street, Suite 2600
Denver, CO 80202
swaters@rwolaw.com
kbruetsch@rwolaw.com

Stuart N. Bennett, Esq.
Lindquist & Vennum, PLLP
600 17th Street, Ste., 1800 South
Denver, CO 80202
sbennett@lindquist.com

and pursuant to D.C.COLO.LCivR 83.3(D), to the following via U.S. Mail:

Donald Provost and Peter Cudlip, Managers
Alberta Town Center, LLC
8480 E. Orchard Road, Suite 2400
Greenwood Village, CO 80111

                                                          */s/*Elizabeth A. Starrs