**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

CIVIL ACTION NO.:   09-CV-00799-ZLW-KLM

GRANITE SOUTHLANDS TOWN CENTER, LLC,
        Plaintiff,

v.

ALBERTA TOWN CENTER, LLC,
LAND TITLE GUARANTEE COMPANY,
DONALD G. PROVOST,
ALLAN G. PROVOST,
and PETER CUDLIP
        Defendants.

_____

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD
FOR DEFENDANT ALBERTA TOWN CENTER, LLC**
_____

THESE MATTERS HAVING COME BEFORE THE COURT UPON the Motion of Elizabeth A. Starrs and Elizabeth J. Hyatt of Starrs Mihm & Pulkrabek LLP to withdraw as counsel, having been fully advised in the premises, and finding good cause shown:

HEREBY ORDERS THAT the Motion is GRANTED.  Elizabeth A. Starrs and Elizabeth J. Hyatt are withdrawn from this case as attorneys-of-record for Defendant/Counterclaim Plaintiff Alberta Town Center, LLC.  The clerk shall remove Ms. Starrs and Ms. Hyatt from the list of ECF notification recipients in the above captioned matter.

ORDERED THIS _____ day of _____, 2009.

BY THE COURT:

_____
United States District Court Judge