IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-00799-ZLW-KLM

GRANITE SOUTHLANDS TOWN CENTER, LLC,

    Plaintiff

v.

ALBERTA TOWN CENTER, LLC,
LAND TITLE GUARANTEE COMPANY,
DONALD G. PROVOST,
ALLAN G. PROVOST,
and PETER M.CUDLIP,

    Defendants.

_____

**DEFENDANTS ALBERTA TOWN CENTER, LLC, DONALD G. PROVOST AND PETER M. CUDLIP'S MOTION FOR EXTENSION OF TIME TO ANSWER OR MOVE WITH RESPECT TO FIRST AMENDED COMPLAINT**

_____

  Defendants, Alberta Town Center, LLC, Donald G. Provost and Peter M. Cudlip, by and through their attorneys, Lindquist & Vennum, PLLP, hereby move this Court for an order granting them an extension of time to answer or move with respect to the First Amended Complaint to and including October 14, 2009, and as grounds therefore states to the Court as follows:

  1. This is the first request for an extension of time to answer or move with respect to the First Amended Complaint sought by Defendants Donald G. Provost and Peter M. Cudlip,

Doc# 3101928\1

whose present response dates are October 8 and October 7, 2009, respectively. The requested extensions are therefore not more than 7 days for either of these two parties.

  2. Defendant Alberta Town Center, LLC ("Alberta") previously sought and was granted an additional 7 days to and including October 7, 2009, in which to respond to the First Amended Complaint. *See* Minute Order dated October 1, 2009, (Docket #44). This is the second request for additional time for Defendant Alberta, which will, if granted, result in Alberta having been granted a total of 14 additional days to respond.

  3. The undersigned Counsel has conferred with Plaintiff's out-of-state lead counsel who has indicated that Plaintiff opposes all these requests for additional time.

  4. Plaintiff's objection to these modest requests for additional time to respond to the First Amended Complaint is unwarranted and not in keeping with Defendant Alberta's prior accommodation of Plaintiff's reasonable requests for extensions of deadlines in the case to date. Alberta has not opposed the following three requests by Plaintiff for additional time:

   a. May 29, 2009, Agreed Stipulation for Extension of Time For Granite Southlands Town Center LLC to Respond to Alberta Town Center LLC's Counterclaim (Docket #14);

   b. August 6, 2009, Unopposed Motion for Extension of Time for Joinder of Parties and Amendment of Pleadings (Docket #22); granted by Minute Order dated August 11, 2009, (Docket #24); and

   c. August 21, 2009, Second Unopposed Motion for Extension of Time for Joinder of Parties and Amendment of Pleadings (Docket #25); granted by Minute Order dated August 21, 2009, (Docket #27).

5.     Counsel has requested this extension of time because he was retained by Defendant Peter M. Cudlip on September 24, 2009, and anticipated filing a response on behalf of this Defendant only.  At that time the Parties anticipated that Defendants Alberta, Donald G. Provost and Allan Provost would each have separate counsel.  Over the ensuing two weeks it became apparent that separate representation was not necessary for all these Defendants.  The decision was made on October 6, 2009, to retain the undersigned as counsel for three of these Defendants.  Only Defendant Allan Provost will be separately represented.

6.     On October 7, 2009, the undersigned Counsel entered his appearance on behalf of the additional two Defendants he represents.  Present Counsel for Alberta has sought leave to withdraw as counsel for Alberta and filed a Notice and Motion to Withdraw as Counsel of Record for Defendant Alberta Town Center LLC on October 7, 2009, (Docket #46)

7.     As required by D.C.Colo.LCivR 6.1, E., the undersigned certifies, as reflected in the attached certificate of service, that this Motion has been served upon Defendants Alberta, Donald G. Provost and Peter M. Cudlip and all counsel of record.  There are no *pro se* parties.

8.     Under these circumstances, the undersigned Counsel's request for a 7-day extension of time to respond to the First Amended Complaint is reasonable, is not interposed for any improper purpose and will not delay the proceedings in this case.

9.     For the foregoing reasons, this Motion should be granted and Defendants Alberta, Donald G. Provost and Peter M. Cudlip's time to answer or move with respect to the First Amended Complaint should be extended to October 14, 2009.

DATED:   October 7, 2009.

Respectfully submitted,

s/   Stuart N. Bennett
Stuart N. Bennett
**LINDQUIST & VENNUM, P.L.L.P.**
600 - 17th Street, Suite 1800 –South
Denver, CO 80202
Telephone:   (303) 573-5900
Fax:   (303) 573-1956
E-mail:   sbennett@lindquist.com
Attorneys for Defendants Peter M. Cudlip,
Donald G. Provost and Alberta Town Center, LLC


## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | | |
|---|---|---|
| *Attorneys for Plaintiff & Counter Defendant Granite Southlands Town Center, LLC* | jdykes@fulbright.com<br>bvetter@fulbright.com | Osborne J. Dykes, III<br>Benjamin M. Vetter<br>Fulbright & Jaworski LLP<br>370 – 17th Street, Suite 2150<br>Denver, CO   80202 |
| *Attorneys for Plaintiff & Counter Defendant Granite Southlands Town Center, LLC* | ptrahan@fulbright.com | Paul Trahan<br>Fulbright & Jaworski LLP<br>600 Congress Avenue, Suite 2400<br>Austin, TX   78701 |
| *Defendant & Counter Claimant Alberta Town Center, LLC* | ehyatt@starrslaw.com<br>estarrs@starrslaw.com | Elizabeth Jeanelia Hyatt<br>Elizabeth A. Starrs<br>Starrs Mihm & Pulkrabek, LLP<br>707 – 17th Street, Suite 2600<br>Denver, CO   80202 |

Doc# 3101928\1

| ***Defendant Land Title Guarantee Company*** | kbruetsch@rwolaw.com | Kimberly A. Bruetsch<br>Robinson, Waters & O'Dorisio PC<br>1099 – 18th Street, 26th Floor<br>Denver, CO   80202 |
|---|---|---|

And I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner indicated by the non-participant's name:

| *By U.S. Mail* | Alberta Town Center, LLC<br>8480 E. Orchard Road, Suite 2400<br>Greenwood Village, CO  80111 |
|---|---|
| *By U.S. Mail* | Donald G. Provost<br>c/o Alberta Town Center, LLC<br>8480 E. Orchard Road, Suite 2400<br>Greenwood Village, CO  80111 |
| *By U.S. Mail* | Peter M. Cudlip<br>Pointe Properties, LLC<br>Annex Bldg. #405<br>2000 S. Colorado Boulevard<br>Denver, CO   80222 |

*s/   Stuart N. Bennett*
Stuart N. Bennett
Attorneys for Defendants Peter M. Cudlip,
Donald G. Provost and Alberta Town Center, LLC
Lindquist & Vennum P.L.L.P.
600 - 17th Street, Suite 1800 –South
Denver, CO 80202
Telephone:     303-573-5900
Fax:                 303-573-1956
E-mail:             sbennett@lindquist.com