**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-CV-00799-ZLW-KLM

GRANITE SOUTHLANDS TOWN CENTER, LLC,

        Plaintiff

v.

ALBERTA TOWN CENTER, LLC,
LAND TITLE GUARANTEE COMPANY,
DONALD G. PROVOST,
ALLAN G. PROVOST,
and PETER M.CUDLIP,

        Defendants.

---

**ORDER GRANTING DEFENDANTS ALBERTA TOWN CENTER, LLC, DONALD G.
PROVOST AND PETER M. CUDLIP'S MOTION FOR EXTENSION OF TIME TO
ANSWER OR MOVE WITH RESPECT TO FIRST AMENDED COMPLAINT**

---

      **THIS MATTER** having come before the Court upon Defendants Alberta Town Center,

LLC, Donald G. Provost and Peter M. Cudlip's Motion for Extension of Time to Answer or

Move with Respect to First Amended Complaint, and the Court being advised in the premises,

finds the same is well taken,

      **IT IS HEREBY ORDERED** that Defendants Alberta Town Center, LLC, Donald G.

Provost and Peter M. Cudlip shall have up to and including October 14, 2009, within which to

answer or move with respect to Plaintiff's First Amended Complaint.

      **ORDERED** this _____ day of _____, 2009.

                **BY THE COURT:**

                _____

                United States District Court Judge