IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00799-ZLW-KLM

GRANITE SOUTHLANDS TOWN CENTER LLC,

     Plaintiff,

v.

ALBERTA TOWN CENTER, LLC,
LAND TITLE GUARANTEE COMPANY,
DONALD G. PROVOST,
ALLAN G. PROVOST, and
PETER M. CUDLIP,

     Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on counsel for Alberta Town Center, LLC's **Notice and Motion to Withdraw as Counsel of Record for Defendant Alberta Town Center, LLC** [Docket No. 46; Filed October 7, 2009] (the "Motion").

     IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Attorneys Elizabeth A. Starrs and Elizabeth J. Hyatt are relieved of any further representation of Defendant Alberta Town Center, LLC in the above-captioned matter.  The Clerk is instructed to terminate them as counsel of record, and to remove their names from the electronic certificate of mailing.

Dated:  October 7, 2009