IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00799-ZLW-KLM

GRANITE SOUTHLANDS TOWN CENTER LLC,

    Plaintiff,

v.

ALBERTA TOWN CENTER, LLC,
LAND TITLE GUARANTEE COMPANY,
DONALD G. PROVOST,
ALLAN G. PROVOST, and
PETER M. CUDLIP,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court *sua sponte*.  On October 7, 2009, the Court issued a ruling on counsel for Alberta Town Center, LLC's **Notice and Motion to Withdraw as Counsel of Record for Defendant Alberta Town Center, LLC** [Docket No. 49]. However, this was done in error as the Motion was not referred to me.  Accordingly,

    IT IS HEREBY **ORDERED** that the Order granting attorneys Elizabeth A. Starrs and Elizabeth J. Hyatt [#49] leave to withdraw is **vacated**. The Motion [#46] remains pending and will be ruled on by the District Judge assigned to this matter.

Dated:  October 8, 2009