IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00799-ZLW-KLM

GRANITE SOUTHLANDS TOWN CENTER LLC,

    Plaintiff,

v.

ALBERTA TOWN CENTER, LLC,
LAND TITLE GUARANTEE COMPANY,
DONALD G. PROVOST,
ALLAN G. PROVOST, and
PETER M. CUDLIP,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendants Alberta Town Center, LLC, Donald G. Provost and Peter M. Cudlip's Motion for Extension of Time to Answer or Move with Respect to First Amended Complaint** [Docket No. 47; Filed October 7, 2009] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Defendants Alberta Town Center, LLC, Donald G. Provost and Peter Cudlip shall answer or otherwise respond to Plaintiff's Complaint [#36] on or before **October 14, 2009**.

Dated:  October 8, 2009