IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-00799-ZLW-KLM

GRANITE SOUTHLANDS TOWN CENTER LLC,

    Plaintiff,

vs.

ALBERTA TOWN CENTER, LLC,
LAND TITLE GUARANTEE COMPANY,
DONALD G. PROVOST, ALLAN G. PROVOST, and
PETER M. CUDLIP,

    Defendants.

---

### UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

---

**COMES NOW** Defendant, Allan G. Provost, by and through his attorneys, HOLLEY, ALBERTSON & POLK, P.C., Dennis B. Polk, and hereby moves this Court to make and enter its Order granting an enlargement of time to October 16, 2009, in which to answer or otherwise plead in connection with the above-referenced matter.

**AND IN SUPPORT THEREOF,** shows as follows:

1. The undersigned hereby certifies that they have conferred with counsel for the Plaintiff in this matter and counsel for the Plaintiff has no objection to the relief sought herein.

2. That the undersigned hereby further certifies that a copy of this Unopposed Motion for Enlargement of Time has been served upon his client.

3. That the undersigned counsel was recently retained and has been advised that an Answer in this matter is due on October 8, 2009.

4.  That the undersigned counsel has been out of his office ill for several days and requires additional time to fully evaluate the allegations of the Complaint as to this Defendant.

5.  That good cause exists to grant an enlargement of time to and including October 16, 2009, in which to answer or otherwise plead in connection with the Amended Complaint in this matter.

6.  That no prejudice will result to any party if a brief enlargement of time to and including October 16, 2009, is granted.

**WHEREFORE**, Defendant Allan G. Provost moves this Court to make and enter its Order granting an enlargement of time to and including October 28, 2009, in which to answer or otherwise plead in this matter.

HOLLEY, ALBERTSON & POLK, P.C.


By: /s/ Dennis B. Polk
Dennis B. Polk #8777
Attorneys for Defendant Allan G. Provost
1667 Cole Boulevard, Suite 100
Golden, Colorado 80401
Telephone: (303) 233-7838

## CERTIFICATE OF SERVICE

I, Dennis B. Polk, Attorney at Law, hereby certify that on October 8, 2009, a true and correct copy of the within **UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** was served as follows:

| | |
|---|---|
| Osborne J. Dykes, III, Esq.<br>Benjamin M. Vetter, Esq.<br>Fulbright & Jaworski, L.L.P.<br>370 Seventeenth Street, Suite 2150<br>Denver, Colorado 80202 | ( ) U.S. Mail, first-class postage prepaid<br>( ) Hand Delivery<br>( ) Facsimile<br>(X) Courtlink |
| Paul Trahan<br>Fulbright & Jaworski, L.L.P.<br>600 Congress Avenue, Suite 2400<br>Austin, Texas 78701 | ( ) U.S. Mail, first-class postage prepaid<br>( ) Hand Delivery<br>( ) Facsimile<br>(X) Courtlink |
| Stephen L. Waters, Esq.<br>Kimberly A. Bruetsch, Esq.<br>Robinson Waters & O'Dorisio, P.C.<br>1099 18th Street, Suite 2600<br>Denver, Colorado 80202 | ( ) U.S. Mail, first-class postage prepaid<br>( ) Hand Delivery<br>( ) Facsimile<br>(X) Courtlink |
| Elizabeth A. Starrs, Esq.<br>Elizabeth J. Hyatt, Esq.<br>Starrs Mihm & Pulkrabeck LLP<br>707 17th Street, Suite 2600<br>Denver, Colorado 80202 | ( ) U.S. Mail, first-class postage prepaid<br>( ) Hand Delivery<br>( ) Facsimile<br>(X) Courtlink |
| Allan G. Provost<br>Harrison Western Construction Corporation<br>1208 Quail Street<br>Lakewood, Colorado 80215 | (X) U.S. Mail, first-class postage prepaid<br>( ) Hand Delivery<br>( ) Facsimile<br>( ) Courtlink |

/s/Dennis B. Polk
Dennis B. Polk

*In accordance with C.R.C.P. 121 § 1-26(9), a printed copy of this document with original signatures is being maintained by the filing parties and will be made available for inspection by other parties or the Court upon request.*