**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-CV-00799-ZLW-KLM

GRANITE SOUTHLANDS TOWN CENTER LLC,

    Plaintiff,

v.

ALBERTA TOWN CENTER, LLC,
LAND TITLE GUARANTEE COMPANY,
DONALD G. PROVOST, ALLAN G. PROVOST,
and PETER M. CUDLIP,

    Defendants.

**PLAINTIFF'S MOTION TO CONTINUE SETTLEMENT CONFERENCE**

Plaintiff/counter-defendant Granite Southlands Town Center LLC ("Granite") files this Motion to Continue Settlement Conference, as follows:

A settlement conference is currently set in the captioned lawsuit for October 20, 2009, at 1:30 p.m. Given recent activities in the lawsuit, including the addition of three individual defendants, orders extending the deadline for defendants to respond to Plaintiff's First Amended Complaint, and addition of legal counsel for Alberta Town Center, LLC, Granite believes a settlement conference is premature and would not be productive at this time.

For these reasons, Granite respectfully requests that the scheduled settlement conference be cancelled and rescheduled at a future time at the request of the parties or pursuant to further order of this Court.

85278249.1

Respectfully submitted,

_____/s/ Osborne J. Dykes, III_____
OSBORNE J. DYKES, III
BENJAMIN M. VETTER
FULBRIGHT & JAWORSKI L.L.P.
370 Seventeenth Street, Suite 2150
Denver, CO  80202
(303) 801-2700 – Telephone
(303) 801-2777 – Facsimile
jdykes@fulbright.com
bvetter@fulbright.com

PAUL TRAHAN
FULBRIGHT & JAWORSKI L.L.P.
600 Congress Avenue, Suite 2400
Austin, TX  78701
(512) 474-5201 – Telephone
(512) 536-4598 – Facsimile
ptrahan@fulbright.com

**COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

The undersigned counsel for Granite hereby certifies that he consulted with counsel for all defendants.  Counsel for Land Title and Allan Provost indicated they are not opposed to this motion.  Stuart Bennett, as counsel for Alberta, Peter Cudlip, and Don Provost, indicated he is opposed to this motion.

_____/s/ Paul Trahan_____
Paul Trahan

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on October 12, 2009, I electronically filed the foregoing **PLAINTIFF'S MOTION TO CONTINUE SETTLEMENT CONFERENCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to attorneys for the remaining parties at the following e-mail addresses:

| | |
|---|---|
| Stephen L. Waters | swaters@rwolaw.com |
| Kimberly A. Bruetsch | kbruetsch@rwolaw.com |

ROBINSON WATERS & O'DORISIO, P.C.
1099 18th Street, Suite 2600
Denver, CO 80202
*Attorneys for Land Title Guarantee*

| | |
|---|---|
| Elizabeth A. Starrs | estarrs@starrslaw.com |
| Elizabeth J. Hyatt | ehyatt@starrslaw.com |

STARRS MIHM & PULKRABEK LLP
707 17th Street, Suite 2600
Denver, CO 80202
*Attorneys for Defendant Alberta Town Center, LLC*

Dennis Boyd Polk            DBP@HAPLAW.NET
Holley, Albertson & Polk, P.C.
1667 Cole Boulevard, Suite 100
Golden, CO 80401
*Attorneys for Defendants Allen G. Provost*

Stuart N. Bennett            sbennett@lindquist.com
Lindquist & Vennum, P.L.L.P.
600 – 17th Street, Suite 1800 – South
Denver, CO 80202
*Attorneys for Defendants Peter M. Cudlip*
*Donald G. Provost and Alberta Town Center, LLC*

_____/s/_Paul Trahan_____
Paul Trahan