IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00799-ZLW-KLM

GRANITE SOUTHLANDS TOWN CENTER LLC,

     Plaintiff,

v.

ALBERTA TOWN CENTER, LLC,
LAND TITLE GUARANTEE COMPANY,
DONALD G. PROVOST,
ALLAN G. PROVOST, and
PETER M. CUDLIP,

     Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on **Plaintiff's Motion to Continue Settlement Conference** [Docket No. 55; Filed October 12, 2009] (the "Motion").  Although the Motion is partially opposed,

     IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Settlement Conference set for October 20, 2009 at 1:30 p.m. is **vacated** and **RESET** to **January 27, 2010 at 1:30 p.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

     IT IS FURTHER **ORDERED**  that counsel <u>shall have parties present</u> who shall have <u>full authority</u> to negotiate **all** terms and demands presented by the case, and <u>full authority</u> to enter into a settlement agreement, including an adjustor if an insurance company is involved. "Full authority" means that the person who attends the settlement conference has the complete and unfettered capacity and authority to meet  all terms or pay all amounts which are demanded or sought by any opposing party in  the case without consulting with some other person, committee, or agency.

     No party shall be permitted to participate in the settlement conference by telephone, unless that party has obtained leave of court following the filing of an appropriate motion no later than five (5) business days prior to the settlement conference date.

     **All parties asserting claims for damages shall provide a monetary demand to**

**all opposing parties one week prior to the Settlement Conference.**

Parties shall submit their Confidential Settlement Statement on or before **January 20, 2010**. Parties participating in ECF shall e-mail ONLY the Confidential Settlement Statement in PDF format to Mix_Chambers@cod.uscourts.gov. All additional settlement materials (*e.g.,* depositions transcripts, exhibits, etc.) are to be submitted to the court as hard copies. Any additional material shall be delivered to the office of the Clerk of the Court or mailed directly to Magistrate Judge Mix in an envelope marked "Confidential and Private per Magistrate Judge Mix's Order." Parties not participating in ECF shall submit all materials as hard copies.

**No party or attorney may make plans to leave or leave the scheduled settlement conference before 5:30 p.m. without obtaining express permission from the Court in advance. Any party or attorney who schedules travel which requires departure from the settlement conference before 5:30 p.m. WILL BE REQUIRED TO MAKE ALTERNATE PLANS if the case has not settled by the departure time.**

Anyone seeking entry into the Alfred A. Arraj United States Courthouse or the Byron Rogers United States Courthouse will be required to show <u>valid photo identification.</u>  *See* D.C.COLO.LCivR 83.2B.

Dated:  October 13, 2009