# CONFIDENTIAL EXHIBIT 2 - FORWARD PURCHASE AND SALE AGREEMENT

# (DOCUMENT FILED UNDER SEAL)