# CONFIDENTIAL EXHIBIT 3 – FIFTEENTH AMENDMENT TO FORWARD PURCHASE AND SALE AGREEMENT

# (DOCUMENT FILED UNDER SEAL)