# CONFIDENTIAL EXHIBIT 4 – FOURTEENTH AMENDMENT TO FORWARD PURCHASE AND SALE AGREEMENT

# (DOCUMENT FILED UNDER SEAL)