# CONFIDENTIAL EXHIBIT 5 – EIGHTH AMENDMENT TO FORWARD PURCHASE AND SALE AGREEMENT

# (DOCUMENT FILED UNDER SEAL)