IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-00799-ZLW-KLM

GRANITE SOUTHLANDS TOWN CENTER, LLC,

        Plaintiff

v.

ALBERTA TOWN CENTER, LLC,
LAND TITLE GUARANTEE COMPANY,
DONALD G. PROVOST,
ALLAN G. PROVOST,
and PETER M. CUDLIP,

        Defendants.

---

## DEFENDANTS DONALD G. PROVOST AND PETER. M. CUDLIP'S UNOPPOSED MOTION TO FILE DOCUMENTS UNDER SEAL

---

Defendants, Donald G. Provost and Peter M. Cudlip (the "Principals"), by and through their attorneys, Lindquist & Vennum, PLLP, hereby move this Court pursuant to D.C.Colo.L.Civ.R. 7.2 for leave to file under seal the attached confidential documents which are the subject of this lawsuit. In support of this Motion, Defendants state as follows:

**Statement of Compliance with D.C. COLO.L.Civ.R. 7.1 A**: The undersigned confirms that he has conferred with Paul Trahan, one of the Plaintiff's attorneys. Mr. Trahan stated that Plaintiff does not oppose the relief requested in this motion.

1.      The First Amended Complaint in this matter references, but does not attach, the September 29, 2005 Forward Purchase and Sale Agreement between Plaintiff and Defendant

Doc# 3103856\1

Alberta Town Center, LLC ("FPSA") and its amendments. Plaintiff alleges that the FPSA and its amendments imposed duties and obligations upon the Principals and bases its claims of fraudulent concealment upon the FPSA. The Principals are filing a Motion to Dismiss the claims asserted against them based, in part, on the language of the FPSA and its amendments. The Principals propose to file under seal the FPSA and the Eighth, Fourteenth and Fifteenth Amendments (Attached hereto as sealed Exhibits 2-5).

2.      The terms of the FPSA and amendments are essential to a resolution of the Motion to Dismiss and will be relevant to other issues in the suit. The FPSA and the amendments, however, contain confidential business information concerning the terms and conditions of the purchase and sale of the Southlands Town Center shopping mall, which, if disclosed, could damage either or both parties' competitive position in the marketplace. See Exhibit 1, Affidavit of Peter M. Cudlip, ¶ 7. The FPSA and amendments, therefore, constitute "trade secret" information pursuant to § 7-74-102(4), C.R.S. Accordingly, there exists a compelling reason to file the FPSA and certain Amendments thereto under seal. *See Gates Rubber Co. v. Bando Chem. Indus.*, 9 F3d 823, 849 (10th Cir. 1993)(failure to seek order sealing record may waive confidentiality interest)(citation omitted).

WHEREFORE, Defendants Peter M. Cudlip and Donald G. Provost request leave of this Court to file to file under seal the FPSA and the Eighth, Fourteenth and Fifteenth Amendments.

DATED: October 14, 2009.

Respectfully submitted,

*s/   Stuart N. Bennett*
Stuart N. Bennett
**LINDQUIST & VENNUM, P.L.L.P.**
600 - 17th Street, Suite 1800 –South
Denver, CO 80202
Telephone:    (303) 573-5900
Fax:              (303) 573-1956
E-mail:         sbennett@lindquist.com
Attorneys for Defendants Peter M. Cudlip,
Donald G. Provost and Alberta Town Center, LLC

Doc# 3103856\1

# CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | | |
|---|---|---|
| *Attorneys for Plaintiff & Counter Defendant Granite Southlands Town Center, LLC* | jdykes@fulbright.com<br>bvetter@fulbright.com | Osborne J. Dykes, III<br>Benjamin M. Vetter<br>Fulbright & Jaworski LLP<br>370 – 17th Street, Suite 2150<br>Denver, CO  80202 |
| *Attorneys for Plaintiff & Counter Defendant Granite Southlands Town Center, LLC* | ptrahan@fulbright.com | Paul Trahan<br>Fulbright & Jaworski LLP<br>600 Congress Avenue, Suite 2400<br>Austin, TX  78701 |
| *Defendant & Counter Claimant Alberta Town Center, LLC* | ehyatt@starrslaw.com<br>estarrs@starrslaw.com | Elizabeth Jeanelia Hyatt<br>Elizabeth A. Starrs<br>Starrs Mihm & Pulkrabek, LLP<br>707 – 17th Street, Suite 2600<br>Denver, CO  80202 |
| *Defendant Land Title Guarantee Company* | kbruetsch@rwolaw.com | Kimberly A. Bruetsch<br>Robinson, Waters & O'Dorisio PC<br>1099 – 18th Street, 26th Floor<br>Denver, CO  80202 |
| *Defendant Allan G. Provost* | dbp@haplaw.net | Dennis B. Polk<br>Holley, Albertson & Polk, PC<br>1667 Cole Boulevard, Suite 100<br>Golden, CO 80401 |

And I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner indicated by the non-participant's name:

NONE

*s/   Stuart N. Bennett*
Stuart N. Bennett
Attorneys for Defendants Peter M. Cudlip,
Donald G. Provost and Alberta Town Center, LLC
Lindquist & Vennum P.L.L.P.
600 - 17th Street, Suite 1800 –South
Denver, CO 80202
Telephone:    303-573-5900
Fax:          303-573-1956
E-mail:       sbennett@lindquist.com

Doc# 3103856\1