**EXHIBIT 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-00799-ZLW-KLM

GRANITE SOUTHLANDS TOWN CENTER, LLC,

        Plaintiff

v.

ALBERTA TOWN CENTER, LLC,
LAND TITLE GUARANTEE COMPANY,
DONALD G. PROVOST,
ALLAN G. PROVOST,
and PETER M. CUDLIP,

        Defendants.

---

### AFFIDAVIT OF PETER M. CUDLIP

---

STATE OF COLORADO      )
                                 ) ss:
COUNTY OF _Denver_    )

I, Peter M. Cudlip, being duly sworn state as follows:

1. I am over the age of eighteen and make the following statements based on my personal knowledge.

2. I am a member and manager of Alberta Town Center, LLC ("Alberta"). Alberta is a limited liability company formed under the laws of Colorado.

3. The document attached as Confidential Exhibit 2 is a true and correct copy of the executed Forward Purchase and Sale Agreement and Escrow Instructions ("FPSA")

      entered into between Alberta and Metropolitan Life Insurance Company, the predecessor in interest to Plaintiff Granite Southlands Town Center, LLC. This document is referred to in Defendants Peter M. Cudlip and Donald G. Provost's Motion to Dismiss Pursuant to F.R.C.P. 12(b)(6) ("Motion to Dismiss") as Conf. Exh. 2.

4. The document attached as Confidential Exhibit 3 is a true and correct copy of the executed Fifteenth Amendment to Agreement and Amendment and Termination Agreement dated December 8, 2008 entered into between Alberta, Granite and others and referenced in the Motion to Dismiss as Conf. Exh. 3.

5. The document attached as Confidential Exhibit 4 is a true and correct copy of the Fourteenth Amendment to Agreement and Amendment and Termination Agreement dated May 14, 2008 entered into between Alberta, Granite and others and referenced in the Motion to Dismiss as Conf. Exh. 4.

6. The document attached as Confidential Exhibit 5 is a true and correct copy of the Eighth Amendment to Agreement and Amendment and Termination Agreement dated February 28, 2008 entered into between Alberta, Granite and others and referenced in the Motion to Dismiss as Conf. Exh. 5.

7. Each of the attached documents contains confidential business information related to the purchase and sale of the Southlands Town Center shopping mall that is secret and of value, including information related to negotiations of the terms and conditions of sale, the identity of potential tenants, and information related to properties other than Southlands Town Center. The public disclosure and dissemination of such information could damage the competitive position of the parties in the marketplace.

FURTHER AFFIANT SAYETH NAUGHT

10/14/09
Date

_____
Peter M. Cudlip

STATE OF COLORADO          )
                          ) ss:
CITY AND COUNTY OF _____ )

Subscribed and sworn to before me this 14 day of October 2009, by Lisa M. Rogers.

WITNESS my hand and official seal.

My commission expires: 3/12/2010

_____
Notary Public

[SEAL]