IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 09-cv-00799-ZLW-KLM

GRANITE SOUTHLANDS TOWN CENTER LLC,

    Plaintiff,

v.

ALBERTA TOWN CENTER, LLC,
LAND TITLE GUARANTEE COMPANY,
DONALD G. PROVOST,
ALLAN G. PROVOST, and
PETER M. CUDLIP,

    Defendants.

---

### MINUTE ORDER

---

ORDER ENTERED BY JUDGE ZITA L. WEINSHIENK

Dated: October 21, 2009

    It is ORDERED that the Motion To Withdraw as Counsel Of Record For Defendant Alberta Town Center, LLC (Doc. No. 46), is granted, and attorneys Elizabeth A. Starrs and Elizabeth J. Hyatt are permitted to withdraw as counsel fo record for Defendant Alberta Town Center, LLC.  The Court notes that attorney Stuart Bennett continues to represent Defendant Alberta Town Center, LLC.