IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-00799-ZLW-KLM

GRANITE SOUTHLANDS TOWN CENTER LLC,

    Plaintiff,

v.

ALBERTA TOWN CENTER, LLC and
LAND TITLE GUARANTEE COMPANY,

    Defendants.

## GRANITE SOUTHLANDS TOWN CENTER LLC'S FIRST AMENDED ANSWER TO DEFENDANT ALBERTA TOWN CENTER, LLC'S COUNTERCLAIMS

Plaintiff/counter-defendant Granite Southlands Town Center LLC ("Granite") answers defendant Alberta Town Center, LLC's ("Alberta") reasserted Counterclaims (Dkt. #59 at ¶ 29). In answer to Alberta's reassertion and reincorporation of each and every one of its Counterclaims against Granite stated in Alberta's original Answer and Counterclaim (Dkt. #7), Granite hereby reasserts and reincorporates in full its Answer to Defendant Alberta Town Center, LLC's Counterclaims (Dkt. #18).

Respectfully submitted this 3rd day of November, 2009.

- 2 -

        _/s/ Paul Trahan_____
OSBORNE J. DYKES, III
BENJAMIN M. VETTER
FULBRIGHT & JAWORSKI L.L.P.
370 Seventeenth Street, Suite 2150
Denver, CO  80202
(303) 801-2700 – Telephone
(303) 801-2777 – Facsimile
jdykes@fulbright.com
bvetter@fulbright.com

PAUL TRAHAN
FULBRIGHT & JAWORSKI L.L.P.
600 Congress Avenue, Suite 2400
Austin, TX  78701
(512) 474-5201 – Telephone
(512) 536-4598 – Facsimile
ptrahan@fulbright.com

COUNSEL FOR PLAINTIFF
AND COUNTER-DEFENDANT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on the 3rd day of November, 2009, I electronically filed the foregoing **GRANITE SOUTHLANDS TOWN CENTER LLC'S FIRST AMENDED ANSWER TO DEFENDANT ALBERTA TOWN CENTER, LLC'S COUNTERCLAIMS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to attorneys for plaintiffs at the following e-mail addresses:

>Stephen L. Waters swaters@rwolaw.com
>Kimberly A. Bruetsch kbruetsch@rwolaw.com
>ROBINSON WATERS & O'DORISIO, P.C.
>1099 18th Street, Suite 2600
>Denver, CO 80202
>*Attorneys for Land Title Guarantee*

>Dennis Boyd Polk DBP@HAPLAW.NET
>Holley, Albertson & Polk, P.C.
>1667 Cole Boulevard, Suite 100
>Golden, CO 80401
>*Attorneys for Defendants Allen G. Provost*

>Stuart N. Bennett sbennett@lindquist.com
>Lindquist & Vennum, P.L.L.P.
>600 – 17th Street, Suite 1800 – South
>Denver, CO 80202
>*Attorneys for Defendants Peter M. Cudlip*
>*Donald G. Provost and Alberta Town Center, LLC*

>>*/s/ Paul Trahan*
>>Osborne J. Dykes, III