IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 09-cv-00799-ZLW-KLM

GRANITE SOUTHLANDS TOWN CENTER LLC,

    Plaintiff,
v.

ALBERTA TOWN CENTER, LLC,
LAND TITLE GUARANTEE COMPANY,
DONALD G. PROVOST,
ALLAN G. PROVOST, and
PETER M. CUDLIP

    Defendants.

## ORDER

The matter before the Court is Defendant Donald G. Provost And Peter M. Cudlip's Unopposed Motion To File Documents Under Seal (Doc. No. 61) (Motion to Seal). The moving Defendants ask the Court to seal Exhibits 2 through 5 to Defendants Peter M. Cudlip, Donald G. Provost And Allan G. Provosts's Motion To Dismiss Pursuant To F.R.C.P. 12(b)(6) (Doc. Nos. 62-2, 62-3, 62-4, and 62-5). These documents consist of the September 29, 2005, Forward Purchase Agreement (FPSA) between Plaintiff and Defendant Alberta Town Center, LLC, and certain amendments thereto. The FPSA is referenced in but not attached to Plaintiff's First Amended Complaint.[1] Plaintiff does not oppose the present Motion to Seal.

---

[1] The Court may consider documents outside of the complaint on a Fed. R. Civ. P. 12(b)(6) motion to dismiss if the documents were referenced in the complaint. See Jacobsen v. Deseret Book Co., 287 F.3d 936, 941 (10th Cir. 2002).

Pursuant to D.C.COLO.LCivR 7.2A., documents may be filed under seal based upon "a showing of compelling reasons." Under D.C.COLO.LCivR 7.2B, a motion to seal must describe, at a minimum, (1) the nature of the materials or proceedings at issue, (2) the legitimate private or public interests that warrant the relief sought, (3) the clearly defined and serious injury that would result if the relief sought is not granted, and (4) why a less restrictive alternative to the relief sought is not available.

The moving Defendants state that the FPSA and its amendments "contain confidential information concerning the terms and conditions of the purchase and sale of the Southlands Town Center Shopping Mall which, if disclosed, could damage either or both parties' competitive position in the marketplace."[2] The Affidavit Of Peter M. Cudlip states that the documents contain confidential information such as information relating to negotiations of the terms and conditions of sale, the identity of potential tenants, and information relating to properties other than Southlands Town Center.[3] The moving Defendants argue that the documents therefore "constitute trade secret information pursuant to § 7-74-102(4), C.R.S,"[4] and, as such, "there exists a compelling reason to file the FPSA and certain amendments thereto under seal."[5]

Having reviewed the present motion and the documents sought to be sealed, the Court concludes that the moving Defendants have adequately identified a specific, legitimate, private or public interest that warrants sealing the subject documents,

---

[2] Motion to Seal (Doc. No. 61) at 2.

[3] Affidavit of Peter M. Cudlip (Doc. No. 61-2) ¶ 7.

[4] Motion to Seal (Doc. No. 61) at 2.

[5] Id.

namely, the private and public interest in protecting business trade secrets.  Defendants also have identified a clearly defined and serious injury that would result if the documents are not sealed, namely, damage to the parties' competitive positions in the marketplace.  While the moving Defendants' discussion and analysis of these elements is not extensive, it is likely that a more elaborate discussion would necessitate divulging the details of the very documents sought to be sealed.  Additionally, although the present motion does not directly address why a less restrictive alternative to sealing is unavailable, it appears that the FPSA and its amendments are central to resolution of the pending motion to dismiss, and the Court can only review and refer to those documents if they are on file in this case.  Defendants have marginally satisfied the requirements of Local Rule 7.2B. on the present motion.  Accordingly, it is

ORDERED that Defendant Donald G. Provost And Peter M. Cudlip's Unopposed Motion To File Documents Under Seal (Doc. No. 61) is granted.  It is

FURTHER ORDERED that Exhibits 2 through 5 to Defendants Peter M. Cudlip, Donald G. Provost And Allan G. Provosts's Motion To Dismiss Pursuant To F.R.C.P. 12(b)(6) (Doc. Nos. 62-2, 62-3, 62-4, and 62-5) are sealed.

DATED at Denver, Colorado, this 4th day of November, 2009.

BY THE COURT

*Zita L. Weinshienk*

_____

ZITA L. WEINSHIENK, Senior Judge
United States District Court