IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-00799-ZLW-KLM

GRANITE SOUTHLANDS TOWN CENTER LLC,

    Plaintiff,

v.

ALBERTA TOWN CENTER, LLC and
LAND TITLE GUARANTEE COMPANY,
DONALD G. PROVOST, ALLAN G. PROVOST,
and PETER M. CUDLIP,

    Defendants.

### GRANITE SOUTHLANDS TOWN CENTER LLC'S
### MOTION TO SUSPEND SCHEDULING ORDER DEADLINES

Plaintiff/counter-defendant Granite Southlands Town Center LLC ("Granite") files this Motion to Suspend Scheduling Order Deadlines ("Motion"). In support of this Motion, Granite states the following:

1. The complexion of this case has changed considerably since the original scheduling conference, with the addition of three new parties and new claims. Granite respectfully requests that the Court suspend the deadlines set forth in the existing Scheduling Order and set a new scheduling conference to allow the Court and parties to revisit the schedule and proceed with entry of a new scheduling order that accounts for the changes in this lawsuit.

2. Granite filed its Original Complaint [Dkt. #1] on April 8, 2009, asserting two claims for relief against defendants Alberta Town Center, LLC ("Alberta") and Land Title

Guarantee Company ("Land Title").  Alberta answered and asserted counterclaims on May 11, 2009, [Dkt. #7] and Granite answered the counterclaims on June 12, 2009.  [Dkt #18].

3. The Court held a scheduling conference on July 6, 2009, and entered a Scheduling Order that day.  [Dkt. #20 and 21].

4. On September 16, 2009, Granite filed its First Amended Complaint which added Donald G. Provost, Allan G. Provost, and Peter M. Cudlip ("Principals") as parties, and added two claims for relief against the three additional parties.  [Dkt. # 36].  The First Amended Complaint also included new and significant factual allegations.

5. Alberta answered the First Amended Complaint and reasserted its counterclaims on October 14, 2009.  [Dkt. #59].  Granite answered the re-asserted counterclaims on November 3, 2009.  [Dkt. #68].

6. Principals filed a Motion to Dismiss Pursuant to F.R.C.P. 12(b)(6).  [Dkt. #60]. On October 21, 2009, the Court entered an order setting a hearing on Principals' Motion to Dismiss for Wednesday, January 6, 2010.  [Dkt. #64].  Granite filed its Response to the Motion to Dismiss on November 3, 2009.   [Dkt. #67].   Under D.C.COLO.LCivR 7.2.C, Principals' reply, if they choose to file one, is due on November 18, 2009.

7. Although Allan G. Provost is represented individually, [Dkt. #52] the two other Principals, Donald G. Provost and Peter M. Cudlip, and Alberta are now represented by the same counsel.  [Dkt. #58].  The claims for relief against both the Principals and Alberta are made in the same complaint, and the facts underlying the claims against Principals and Alberta are interrelated.  Given the common facts underlying the claims, and the fact that several parties are

represented by the same counsel, a single, unified discovery process for all claims and all parties is the most cost-effective and efficient option.

8. The July 6, 2009, Scheduling Order was entered well before the First Amended Complaint added additional parties, claims, and factual allegations to this case. The complexion of the case has changed considerable since that time. The discovery schedule set forth in the Scheduling Order therefore did not take into account the additional claims and parties. Moreover, given the impending hearing on Principals' Motion to Dismiss, the scope of discovery in this case is uncertain at this time.

9. To further the efficient management of this case and to avoid duplicative discovery, Granite respectfully requests that this Court suspend the deadlines in the July 6, 2009, Scheduling Order. Granite further requests that, given the substantial changes in this case since the first scheduling conference, the Court set a date for a second scheduling conference to facilitate the modification and revision of the Scheduling Order to reflect the significantly changed posture of this case.

Respectfully submitted this 6th day of November, 2009.

*/s/ Paul Trahan*
OSBORNE J. DYKES, III
BENJAMIN M. VETTER
FULBRIGHT & JAWORSKI L.L.P.
370 Seventeenth Street, Suite 2150
Denver, CO  80202
(303) 801-2700 – Telephone
(303) 801-2777 – Facsimile
jdykes@fulbright.com
bvetter@fulbright.com

PAUL TRAHAN
FULBRIGHT & JAWORSKI L.L.P.
600 Congress Avenue, Suite 2400
Austin, TX  78701
(512) 474-5201 – Telephone
(512) 536-4598 – Facsimile
ptrahan@fulbright.com

COUNSEL FOR PLAINTIFF
AND COUNTER-DEFENDANT

## CERTIFICATE OF CONFERENCE

The undersigned counsel for Granite hereby certifies that he consulted with counsel for all defendants by providing them with a draft copy of this motion.  Counsel for Allan Provost indicated he is not opposed to this motion.  Land Title's counsel was out of the office and did not respond to our inquiry.  Stuart Bennett, as counsel for Alberta, Peter Cudlip, and Don Provost, indicated he is opposed to this motion.

*/s/ Paul Trahan*
Paul Trahan

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on the 6th day of November, 2009, I electronically filed the foregoing **GRANITE SOUTHLANDS TOWN CENTER LLC'S MOTION TO SUSPEND SCHEDULING ORDER DEADLINES** with the Clerk of Court using the CM/ECF system which will send notification of such filing to attorneys for plaintiffs at the following e-mail addresses:

    Stephen L. Waters        swaters@rwolaw.com
    Kimberly A. Bruetsch      kbruetsch@rwolaw.com
    ROBINSON WATERS & O'DORISIO, P.C.
    1099 18th Street, Suite 2600
    Denver, CO 80202
    *Attorneys for Land Title Guarantee*

    Dennis Boyd Polk        DBP@HAPLAW.NET
    Holley, Albertson & Polk, P.C.
    1667 Cole Boulevard, Suite 100
    Golden, CO 80401
    *Attorneys for Defendants Allen G. Provost*

    Stuart N. Bennett        sbennett@lindquist.com
    Lindquist & Vennum, P.L.L.P.
    600 – 17th Street, Suite 1800 – South
    Denver, CO 80202
    *Attorneys for Defendants Peter M. Cudlip*
    *Donald G. Provost and Alberta Town Center, LLC*

                                                */s/ Paul Trahan*