IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-00799-ZLW-KLM

GRANITE SOUTHLANDS TOWN CENTER, LLC,

        Plaintiff

v.

ALBERTA TOWN CENTER, LLC,
LAND TITLE GUARANTEE COMPANY,
DONALD G. PROVOST,
ALLAN G. PROVOST,
and PETER M.CUDLIP,

        Defendants.

---

**ALBERTA TOWN CENTER, LLC AND DONALD G. PROVOST AND PETER M. CUDLIP'S RESPONSE IN PARTIAL OPPOSITION TO PLAINTIFF GRANITE SOUTHLANDS TOWN CENTER, LLC'S MOTION TO SUSPEND SCHEDULING ORDER DEADLINE [DOCKET No. 70]**

---

Defendants Alberta Town Center, LLC ("Alberta"), Donald G. Provost and Peter M. Cudlip ("the Principals"), by and through their attorneys, Lindquist & Vennum, PLLP, hereby submit their Response in Partial Opposition to Plaintiff Granite Southlands Town Center, LLC's Motion to Suspend Scheduling Order Deadline [Docket No. 70]:

1.    The claims Plaintiff Granite Southlands Town Center, LLC's ("Granite") asserted against Alberta in its Complaint [Docket No. 1] have not been altered in any way by its First Amended Complaint [Docket No. 36] and no good cause exists for reviving deadlines that have expired. Granite's claims against Alberta are legally distinct from the claims asserted against the

Principals and have few, if any, common factual issues. Granite's claims against the Principals are not at issue and are subject to a Motion to Dismiss. [Docket No. 60]. Until such time as the Court rules on the Principal's Motion to Dismiss, a scheduling order with respect to the claims against the Principals is premature.

2.  Alberta opposes Granite's request that the Court "suspend the deadlines in the July 6, 2009 Scheduling Order." Such an order would allow Granite to untimely endorse expert witnesses in contravention of the original Scheduling Order. On July 6, 2009, the Court entered the Scheduling Order applicable to the claims between Granite and Alberta. [Docket No. 21]. The July 6, 2009 Scheduling Order required disclosure of expert witnesses by October 5, 2009 and rebuttal experts by November 5, 2009. [Docket No. 21, § 8, d.]. Both deadlines have passed and Granite has not disclosed any expert witnesses. The requested relief would be fundamentally unfair and revive deadlines Granite has allowed to pass without action.

3.  Alberta does not oppose a brief extension of the discovery schedule because the discovery deadlines had not passed as of the date of Granite's Motion. To the extent Granite's Motion would revive deadlines that have passed, it should be denied in part.

WHEREFORE, Alberta and the Principals request that the Court deny in part Granite's Motion to Suspend Scheduling Order Deadlines with respect to any deadline that expired on or before November 6. 2009.

DATED:  November 9, 2009.

Respectfully submitted,

Doc# 3117505\1

<div style="margin-left:40%">

s/ Steven R. Kabler
Steven R. Kabler
**LINDQUIST & VENNUM, P.L.L.P.**
600 - 17th Street, Suite 1800 –South
Denver, CO 80202
Telephone:         (303) 573-5900
Fax:                   (303) 573-1956
E-mail:             skabler@lindquist.com
Attorneys for Defendants Alberta Town Center, LLC,
Donald G. Provost and Peter M. Cudlip

</div>

### CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | | |
|---|---|---|
| *Attorneys for Plaintiff & Counter Defendant Granite Southlands Town Center, LLC* | jdykes@fulbright.com<br>bvetter@fulbright.com | Osborne J. Dykes, III<br>Benjamin M. Vetter<br>Fulbright & Jaworski LLP<br>370 – 17th Street, Suite 2150<br>Denver, CO  80202 |
| *Attorneys for Plaintiff & Counter Defendant Granite Southlands Town Center, LLC* | ptrahan@fulbright.com | Paul Trahan<br>Fulbright & Jaworski LLP<br>600 Congress Avenue, Suite 2400<br>Austin, TX  78701 |
| *Defendant Land Title Guarantee Company* | kbruetsch@rwolaw.com | Kimberly A. Bruetsch<br>Robinson, Waters & O'Dorisio PC<br>1099 – 18th Street, 26th Floor<br>Denver, CO  80202 |
| *Defendant Allan G. Provost* | dbp@haplaw.net | Dennis B. Polk<br>Holley, Albertson & Polk, P.C.<br>1667 Cole Boulevard, Suite 100<br>Golden, CO  80401 |

Doc# 3117505\1

   And I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner indicated by the non-participant's name:  NONE

            <u>*s/ Steven R. Kabler*</u>
            Steven R. Kabler
            Attorneys for Defendants Alberta Town Center, LLC,
            Donald G. Provost and Peter M. Cudlip
            Lindquist & Vennum P.L.L.P.
            600 - 17th Street, Suite 1800 –South
            Denver, CO 80202
            Telephone:  303-573-5900
            Fax:  303-573-1956
            E-mail:  skabler@lindquist.com