IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00799-ZLW-KLM

GRANITE SOUTHLANDS TOWN CENTER LLC,

    Plaintiff,

v.

ALBERTA TOWN CENTER, LLC,
LAND TITLE GUARANTEE COMPANY,
DONALD G. PROVOST,
ALLAN G. PROVOST, and
PETER M. CUDLIP,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff and Counter-Defendant **Granite Southlands Town Center LLC's Motion to Suspend Scheduling Order Deadlines** [Docket No. 70; Filed November 6, 2009] (the "Motion").

    The Plaintiff requests that the Court suspend all deadlines in the original Scheduling Order [Docket No. 21] and set a new scheduling conference. The Plaintiff does not propose any new deadlines. In support of its request, the Plaintiff argues that because it filed an Amended Complaint on September 16, 2009, adding additional parties and including new factual allegations, a new scheduling order is necessary. The Plaintiff also argues that because the newly added parties filed a motion to dismiss, on which a hearing is set for January 6, 2010, the scope of discovery remains uncertain until the resolution of that motion.

    Defendant Allan G. Provost did not oppose the Motion. Defendant Land Title Guarantee Company, LLC, has not responded. Defendants Alberta Town Center, LLC, Donald G. Provost, and Peter M. Cudlip opposed the Motion and have filed a response. [Docket No. 72]. These three defendants oppose the Motion only to the extent that the

suspension of deadlines and entry of an amended scheduling order would revive discovery deadlines that had passed as of the date the Plaintiff filed the Motion. They do not oppose a "brief extension of the discovery schedule" but they do not suggest any new appropriate deadlines. The Defendants agree that until the Court rules on the pending Motion to Dismiss, revision of the scheduling order is premature.

The July 6, 2009, scheduling order [Docket No. 21] required disclosure of expert witnesses by October 5, 2009, and of rebuttal experts by November 5, 2009. These deadlines had passed as of the date the Plaintiff filed the Motion, and the Defendants maintain that Plaintiff disclosed no experts or rebuttal experts. The discovery deadline in this matter is set for December 10, 2009. A settlement conference is set for January 27, 2010, the dispositive motions deadline is set for February 16, 2010, and a final pretrial conference is set for July 12, 2010.

At least four of the five defendants do not oppose some extension of the deadlines. It is not this Court's practice to suspend all deadlines pending resolution of a motion to dismiss. However, given the addition of new parties to the case, a brief extension of the discovery deadline is appropriate. Accordingly,

IT IS HEREBY **ORDERED** that the Motion is **GRANTED in part** and **DENIED in part**. The Discovery Deadline in this matter is extended until January 19, 2010. All other deadlines remain as specified in the July 6, 2009 Scheduling Order.

Dated: November 20, 2009