**EXHIBIT A-1**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-00799-ZLW-KLM

GRANITE SOUTHLANDS TOWN CENTER, LLC,

       Plaintiff

v.

ALBERTA TOWN CENTER, LLC,
LAND TITLE GUARANTEE COMPANY,
DONALD G. PROVOST,
ALLAN G. PROVOST,
and PETER M. CUDLIP,

       Defendants.

---

## AFFIDAVIT OF PETER M. CUDLIP

---

| | |
|---|---|
| STATE OF COLORADO | ) |
| | ) ss: |
| CITY AND COUNTY OF DENVER | ) |

I, Peter M. Cudlip, being duly sworn state as follows:

1. I am one of three members of Alberta Town Center, LLC ("Alberta") and served as one of the two managers of Alberta along with Donald G. Provost. Alberta is a limited liability company formed under the laws of Colorado. I am over the age of eighteen and make the following statements based on my personal knowledge.

2. On December 8, 2008, Alberta and Granite executed the final amendment to the September 29, 2005 Forward Purchase and Sale Agreement ("FPSA"), the Fifteenth Amendment to Amendment and Agreement and Termination Agreement (Fifteenth Amendment).

3. On December 12, 2008, the Alberta and Granite finalized and closed the purchase and sale of the Southlands Town Center pursuant to the FPSA as amended by the Fifteenth

Amendment (the "Closing").

4. As of the date of the Closing, the Southlands Town Center included a total of 608,789 rentable square feet ("Total Rentable Square Footage").

5. Attached hereto as Exhibit A is a schedule which accurately identifies each of the tenants who rented space at the Southlands Town Center pursuant to a qualifying lease as of the date of Closing. Exhibit A accurately sets forth the square footage of the premises leased by each such tenant as of the date of closing.

6. As of the date of the Closing, the Southlands Town Center had 92 tenants who occupied a total of 426,847 square feet ("Leased Square Footage").

7. Prior March 1, 2009, Alberta delivered to Granite estoppel certificates for at least 85 of the 92 Southlands Town Center tenants. The tenants from whom Alberta delivered estoppel certificates are the first eighty-five (85) tenants listed on Exhibit A and designated as "Undisputed" or "Objected" in the column entitled "Status."

8. The document designated as Exhibit A-2 to Defendant Alberta Town Center, LLC's Motion for Partial Summary Judgment (Motion Exhibit A-2), is a true and correct copy of the February 24, 2009, letter Alberta received from Granite's counsel, Jane Snoddy Smith, of Fulbright & Jaworski, LLP.

9. On or about February 24, 2009, Alberta received Motion Exhibit A-2, which indicated that Granite objected to the tenant estoppel certificates from nine (9) tenants: American Family Insurance; Family Life Counseling; Main Street Dental; Colorado Cinema Group, LLC; QualDent; Chico's FAS, Inc.; White House|Black Market; Noodles & Co.; and DCC Architects (collectively the "Objected Estoppels"). The Objected Estoppels are designated on Exhibit A as "Objected" in the column entitled "Status."

10. The 76 tenant estoppel certificates to which Granite did not object, ("Undisputed Estoppels") are designated on Exhibit A as "Undisputed" in the column entitled "Status."

11. The Undisputed Estoppels were from tenants occupying 324,464 of the 426,847 Leased Square Footage or 76.01% of Leased Square Footage.

12. The only Southlands Town Center tenant that occupied more than 10% of the Total Rentable Square Footage at the time of closing was the Colorado Cinema, LLC, which occupied 72,347 square feet, or 11.9% of the Total Rentable Square Footage.

13. The document designated as Exhibit A-3 to Defendant Alberta Town Center, LLC's Motion for Partial Summary Judgment, is a true and correct copy of the Tenant Estoppel Certificate from Colorado Cinema, LLC ("Cinema Estoppel").

14. The document designated as Exhibit A-4 to Defendant Alberta Town Center, LLC's Motion for Partial Summary Judgment, is a true and correct copy of relevant portions of the lease between Colorado Cinema, LLC and Southlands Colorado, LLC, Alberta's predecessor, that was in effect as of the date of the Closing ("Cinema Lease").

15. As of January 13, 2009, the date of the Cinema Estoppel Certificate, the Cinema had not provided Southlands Colorado, LLC or Alberta with written notice of any alleged landlord default under the Cinema Lease.

16. As of January 13, 2009, the date of the Cinema Estoppel Certificate, the Cinema had not provided Southlands Colorado, LLC or Alberta with written notice that the landlord had allegedly failed to comply with any material provision of the Cinema Lease.

17. As of January 13, 2009, the date of the Cinema Estoppel Certificate, the Cinema had not requested that Southlands Colorado, LLC or Alberta cure any failure to comply with any material provision of the Cinema Lease.

_____12/1/09_____                            _____[signature]_____
Date                                                  Peter M. Cudlip

               Subscribed and sworn to before me this __1__ day of __December__ 2009, by Peter M. Cudlip.

               WITNESS my hand and official seal.

               My commission expires: __5/19/2010__.

                                                   _____[signature]_____
                                                   Notary Public

[SEAL]

4

Doc# 3121290\2

# EXHIBIT A
# TO AFFIDAVIT OF PETER CUDLIP

| # | Tenant | Suite # | Status | Rented Sq.ft | Provided | Objected | Undisputed |
|---|---|---|---|---|---|---|---|
| 1 | Allstate Insurance (Johnson) | Suite E-290 | Undisputed | 1,264 | 1,264 | | 1,264 |
| 2 | American Eagle | Suite I-103 | Undisputed | 5,801 | 5,801 | | 5,801 |
| 3 | American Fidelity Assurance Company | Suite E-230 | Undisputed | 1,274 | 1,274 | | 1,274 |
| 4 | Ann Taylor Loft | Suite K-105 | Undisputed | 6,012 | 6,012 | | 6,012 |
| 5 | Ayurveda Indian Restaurant | Suite G-115 | Undisputed | 1,866 | 1,866 | | 1,866 |
| 6 | Banana Republic #3185 Lease05184 | Suite D-103 | Undisputed | 8,679 | 8,679 | | 8,679 |
| 7 | Barnes & Noble | Suite N-101 | Undisputed | 27,053 | 27,053 | | 27,053 |
| 8 | Bath & Body Works | Suite J-103 | Undisputed | 3,322 | 3,322 | | 3,322 |
| 9 | Children's Place | Suite I-106 | Undisputed | 4,158 | 4,158 | | 4,158 |
| 10 | Chipotle | Suite O-101 | Undisputed | 2,648 | 2,648 | | 2,648 |
| 11 | Christopher & Banks #690 | Suite M-102 | Undisputed | 3,182 | 3,182 | | 3,182 |
| 12 | CJ Banks #1074 | Suite B-104 | Undisputed | 3,296 | 3,296 | | 3,296 |
| 13 | Coldwater Creek #80334 | Suite K-101 | Undisputed | 6,328 | 6,328 | | 6,328 |
| 14 | Color Me Mine | Suite H-105 | Undisputed | 1,260 | 1,260 | | 1,260 |
| 15 | Eddie Bauer | Suite M-105 | Undisputed | 6,100 | 6,100 | | 6,100 |
| 16 | Education Sales and Management, LLC | Suite C-200 | Undisputed | 18,144 | 18,144 | | 18,144 |
| 17 | Edward Jones | Suite D-200 | Undisputed | 1,115 | 1,115 | | 1,115 |
| 18 | Finish Line | Suite I-104 | Undisputed | 5,177 | 5,177 | | 5,177 |
| 19 | Fish City Grill | Suite F-103 | Undisputed | 2,610 | 2,610 | | 2,610 |
| 20 | Francesca's Collections | Suite C-108 | Undisputed | 1,419 | 1,419 | | 1,419 |
| 21 | Frontier Family Medicine | Suite KL-255 | Undisputed | 2,324 | 2,324 | | 2,324 |
| 22 | Fuzziwigs Candy Factory | Suite E-111 | Undisputed | 1,007 | 1,007 | | 1,007 |
| 23 | Gap #5055 Lease #05193 | Suite D-106 | Undisputed | 8,453 | 8,453 | | 8,453 |
| 24 | Gap Kids/Baby Gap #1055 Lease 05194 | Suite D-104 | Undisputed | 6,314 | 6,314 | | 6,314 |
| 25 | Gymboree | Suite I-107 | Undisputed | 2,325 | 2,325 | | 2,325 |
| 26 | Hallmark (Amy's) | Suite I-101 | Undisputed | 4,491 | 4,491 | | 4,491 |
| 27 | Hot Topic | Suite E-107 | Undisputed | 1,718 | 1,718 | | 1,718 |
| 28 | J. Jill ID #03246 | Suite C-110 | Undisputed | 2,971 | 2,971 | | 2,971 |
| 29 | Jamba Juice | Suite P-101 | Undisputed | 1,599 | 1,599 | | 1,599 |
| 30 | Jess Images | Suite D-295 | Undisputed | 1,164 | 1,164 | | 1,164 |
| 31 | Jos A. Banks | Suite B-107 | Undisputed | 4,501 | 4,501 | | 4,501 |
| 32 | Keller Williams | Suite C-250 | Undisputed | 6,186 | 6,186 | | 6,186 |
| 33 | La Creperie Café | Suite G-101 | Undisputed | 1,315 | 1,315 | | 1,315 |
| 34 | Lane Bryant #6470 | Suite M-104 | Undisputed | 5,096 | 5,096 | | 5,096 |
| 35 | Lenscrafters | Suite M-100 | Undisputed | 3,099 | 3,099 | | 3,099 |
| 36 | Limited Too | Suite C-109 | Undisputed | 3,971 | 3,971 | | 3,971 |
| 37 | Maggie Moo's | Suite G-103 | Undisputed | 1,113 | 1,113 | | 1,113 |
| 38 | Makeup Store | Suite D-101 | Undisputed | 1,255 | 1,255 | | 1,255 |
| 39 | Marx Real Estate Corp. | Suite E-205 | Undisputed | 1,137 | 1,137 | | 1,137 |
| 40 | Massage Envy | Suite B-103 | Undisputed | 3,112 | 3,112 | | 3,112 |
| 41 | McCabe's Bistro & Pub | Suite H-104 | Undisputed | 9,844 | 9,844 | | 9,844 |
| 42 | MedSpa | Suite M-101 | Undisputed | 2,410 | 2,410 | | 2,410 |
| 43 | Mt. Fuji Sushi & Hibachi | Suite H-101 | Undisputed | 3,855 | 3,855 | | 3,855 |
| 44 | N-Ask | Suite D-220 | Undisputed | 5,165 | 5,165 | | 5,165 |
| 45 | New York & Co. | Suite L-110 | Undisputed | 5,577 | 5,577 | | 5,577 |
| 46 | Old Chicago | Suite F-106 | Undisputed | 6,911 | 6,911 | | 6,911 |
| 47 | Pac Sun | Suite E-104 | Undisputed | 4,651 | 4,651 | | 4,651 |
| 48 | Paradise Café & Bakery | Suite L-112 | Undisputed | 4,029 | 4,029 | | 4,029 |
| 49 | Picture It Studios | Suite I-109 | Undisputed | 1,963 | 1,963 | | 1,963 |
| 50 | Red Brick Pizza | Suite P-105 | Undisputed | 1,800 | 1,800 | | 1,800 |
| 51 | Regis Salon | Suite J-108 | Undisputed | 1,142 | 1,142 | | 1,142 |
| 52 | Rocky Mountain Chocolate Factory | Suite K-102 | Undisputed | 840 | 840 | | 840 |
| 53 | Rumors Barber Shop | Suite G-113 | Undisputed | 1,705 | 1,705 | | 1,705 |
| 54 | Select Comfort | Suite B-101 | Undisputed | 2,900 | 2,900 | | 2,900 |
| 55 | Sentis USA | Suite D-260 | Undisputed | 3,805 | 3,805 | | 3,805 |
| 56 | Snuggle Bugs | Suite K-103 | Undisputed | 2,311 | 2,311 | | 2,311 |
| 57 | Southlands Dental & Medical Associates | Suite KL-220 | Undisputed | 3,369 | 3,369 | | 3,369 |
| 58 | Sports Authority | Suite A-101 | Undisputed | 39,943 | 39,943 | | 39,943 |
| 59 | Spring Cingular | Suite O-102 | Undisputed | 1,125 | 1,125 | | 1,125 |
| 60 | Stefan W. Ginther, DDS | Suite KL-200 | Undisputed | 2,368 | 2,368 | | 2,368 |
| 61 | Sunglass Hut | Suite E-112 | Undisputed | 553 | 553 | | 553 |
| 62 | Sweet & Sassy | Suite D-112 | Undisputed | 3,680 | 3,680 | | 3,680 |
| 63 | Talbot's | Suite C-106 | Undisputed | 3,968 | 3,968 | | 3,968 |
| 64 | Ted's Montana Grill | Suite F-101 | Undisputed | 4,983 | 4,983 | | 4,983 |
| 65 | The Children's Place Regional Office | Suite E-225 | Undisputed | 1,138 | 1,138 | | 1,138 |
| 66 | The Cookie Company | Suite I-108 | Undisputed | 943 | 943 | | 943 |
| 67 | The Irwin Law Firm | Suite E-285 | Undisputed | 1,109 | 1,109 | | 1,109 |
| 68 | Tilly's World of Jeans & Tops | Suite J-106 | Undisputed | 6,501 | 6,501 | | 6,501 |
| 69 | Tokyo Joe's | Suite G-111 | Undisputed | 2,519 | 2,519 | | 2,519 |
| 70 | Uptown General Dentistry (Dr. Wagner) | Suite KL-215 | Undisputed | 3,635 | 3,635 | | 3,635 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 71 | Victoria's Secret | Suite J-104 | Undisputed | 6,001 | 6,001 | | 6,001 |
| 72 | Wetzels Pretzels/CinnaMonster | Suite Q-101 | Undisputed | 854 | 854 | | 854 |
| 73 | Wine Experience Café | Suite L-115 | Undisputed | 3,111 | 3,111 | | 3,111 |
| 74 | World Cellar, LTD. | Suite L-114 | Undisputed | 1,431 | 1,431 | | 1,431 |
| 75 | Yankee Candle | Suite L-111 | Undisputed | 1,404 | 1,404 | | 1,404 |
| 76 | Zumiez | Suite E-106 | Undisputed | 3,062 | 3,062 | | 3,062 |
| 77 | American Family Insurance | Suite E-250 | Objected | 1,372 | 1,372 | 1,372 | |
| 78 | Chico's FAS, Inc. #620 | Suite C-113 | Objected | 3,981 | 3,981 | 3,981 | |
| 79 | DCC Architects | Suite E-235 | Objected | 2,201 | 2,201 | 2,201 | |
| 80 | Family Life Counseling | Suite KL-265 | Objected | 1,052 | 1,052 | 1,052 | |
| 81 | Kerasotes Southlands Stadium 16 | Suite G-109 | Objected | 72,347 | 72,347 | 72,347 | |
| 82 | Main Street Dental (Langenfeld, D.D.S.) | Suite KL-295 | Objected | 2,546 | 2,546 | 2,546 | |
| 83 | Noodles & Company | Suite J-101 | Objected | 2,628 | 2,628 | 2,628 | |
| 84 | QualDent, LLC (Dr. Ruvins) | Suite KL-260 | Objected | 2,202 | 2,202 | 2,202 | |
| 85 | White House/Black Market #3250 | Suite J-102 | Objected | 2,713 | 2,713 | 2,713 | |
| 86 | Aspen Alley Café (EC, LLC) | Suite G-105 | Not Provided | 1,947 | | | |
| 87 | Claire's Boutique Store #6224 | Suite E-110 | Not Provided | 1,103 | | | |
| 88 | Journey's (Genesco) | Suite E-105 | Not Provided | 1,746 | | | |
| 89 | Lids (Hat World) | Suite E-108 | Not Provided | 889 | | | |
| 90 | MW Tux | Suite B-105 | Not Provided | 1,202 | | | |
| 91 | Southlands Endodontics (Dr. Whitney) | Suite KL-285 | Not Provided | 2,908 | | | |
| 92 | Subway | Suite B-102 | Not Provided | 1,546 | | | |
| | | | TOTALS | 426,847 | 415,506 | 91,042 | 324,464 |
| | | | % of Leased Sq. Footage | 100.0% | 97.34% | 21.33% | 76.01% |