**EXHIBIT A-2**

# FULBRIGHT & JAWORSKI L.L.P.
A REGISTERED LIMITED LIABILITY PARTNERSHIP
600 CONGRESS AVENUE, SUITE 2400
AUSTIN, TEXAS 78701-2978
WWW.FULBRIGHT.COM

## FACSIMILE TRANSMISSION

**DATE:** February 24, 2009           **MATTER NUMBER:** 11557   10510854

| RECIPIENT: | FAX NO.: | PHONE NO.: |
|---|---|---|
| Alberta Town Center, LLC/Attn: Donald G. Provost | 303-771-4086 | |
| Gibson, Dunn & Crutcher LLP<br>Attn: Fred Pillon and Drew Flowers | 415-374-8432<br>415-986-5309 | |
| Gibson, Dunn & Crutcher LLP/Attn: Drew Flowers | 213-229-6885 | |

**FROM:** Jane S. Smith                               **FLOOR:** 24

**PHONE:** (512) 536-5238         **FAX:** (512) 536-4598

**RE:**

**NUMBER OF PAGES INCLUDING COVER PAGE:** 4

**MESSAGE:**

### CAUTION - CONFIDENTIAL
THE INFORMATION CONTAINED IN THIS FACSIMILE IS CONFIDENTIAL AND MAY ALSO CONTAIN PRIVILEGED ATTORNEY-CLIENT INFORMATION OR WORK PRODUCT. THE INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THE FACSIMILE IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ADDRESS ABOVE VIA THE U.S. POSTAL SERVICE. THANK YOU.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE CALL
_Maria Rainer_ AT _512-531-4521_ AS SOON AS POSSIBLE.

# FULBRIGHT & JAWORSKI L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
600 CONGRESS AVENUE, SUITE 2400
AUSTIN, TEXAS 78701-2978
WWW.FULBRIGHT.COM

JSMITH@FULBRIGHT.COM
DIRECT DIAL: (512) 536-5238

TELEPHONE:   (512) 474-5201
FACSIMILE:   (512) 536-4598

February 24, 2009

**VIA FEDERAL EXPRESS DELIVERY AND FACSIMILE**

Alberta Town Center, LLC
c/o Alberta Development Partners
5460 South Quebec Street, Suite 100
Englewood, Colorado 80111
Attn: Donald G. Provost
Facsimile: (303) 771-4086

Gibson, Dunn & Crutcher LLP
1 Montgomery Street, 26th Floor
San Francisco, California 94104
Attn: Fred Pillon and Drew Flowers
Facsimile: (415) 374-8432
Facsimile: (415) 986-5309

Gibson, Dunn & Crutcher LLP
333 South Grand Ave., Suite 4716
Los Angeles, CA 90071-1504
Attn: Drew Flowers
Facsimile: (213) 229-6885

Re:  Southlands Town Center, Aurora, Colorado ("**Property**"); Forward Purchase and Sale Agreement and Escrow Instructions dated as of September 29, 2005, between Alberta Town Center, LLC ("**Alberta**" or "**Seller**") and Granite Southlands Town Center LLC, a Delaware limited liability company (as designee of BlackRock Granite Property Fund, L.P., a Delaware limited partnership, under the Purchase Agreement (as hereinafter defined)) ("**Granite**" or "**Buyer**"), as amended (the "**Purchase Agreement**").

Gentlemen:

As you know, we represent Granite in connection with the above-referenced matter. Unless otherwise defined in this correspondence or stated otherwise, all capitalized terms used herein shall have the same meaning as set forth in the Purchase Agreement.

60169215.2
HOUSTON • NEW YORK • WASHINGTON DC • AUSTIN • DALLAS • DENVER • LOS ANGELES • MINNEAPOLIS • SAN ANTONIO • ST. LOUIS
BEIJING • DUBAI • HONG KONG • LONDON • MUNICH • RIYADH

PAGE 2/4 * RCVD AT 2/24/2009 1:35:02 PM [Pacific Standard Time] * SVR:LA_FAX01/0 * DNIS:6885 * CSID:512 536 4598 * DURATION (mm-ss):01-20

February 24, 2009
Page 2

    We are in receipt of (i) your letter dated February 19, 2009 ("**Alberta Letter**"), wherein Alberta responds to Granite's objection to certain tenant estoppel certificates delivered to Granite by Alberta pursuant to Section 8.1(k) of the Purchase Agreement on or about February 11, 2009 ("**Delivered Estoppel Certificates**"), and (ii) e-mail correspondence from Ms. Erica Weber, Esq., of February 20, 2009 ("**Alberta E-mail**"), delivering nine additional tenant estoppels to Granite (also being "**Delivered Estoppel Certificates**") (the Alberta-Email, together with the Alberta Letter, being collectively referred to herein as the "**Alberta Correspondence**").

    In order to satisfy the requirement allowing for the release of the Estoppel Holdback to Alberta, Alberta must deliver the Required Estoppels in accordance with the requirements of Section 8.1(k) of the Purchase Agreement. Granite hereby notifies Alberta that Granite objects to the Delivered Estoppel Certificates delivered by the following tenants in accordance with Section 8.1(k)(ii) of the Purchase Agreement for reasons apparent from the face of the certificates:

(1) Chico's;
(2) DCC Architects;
(3) American Family Insurance;
(4) Colorado Cinema Group, LLC;
(5) Noodles & Company;
(6) White House | Black Market, Inc.;
(7) QualDent LLC;
(8) Family Life Counseling;
(9) Main Street Dental (Brian Laganfeld DDS).

    Therefore, because Alberta has not yet delivered the Required Estoppels to Granite, Alberta is not yet entitled to the Escrow Holdback in accordance with the terms of the Purchase Agreement. Furthermore, with respect to Alberta's request in the Alberta Correspondence for an extension of the time available for Alberta to deliver the Required Estoppels to Granite to March 15, 2009, Alberta is hereby notified that Granite does not agree to such extension and requires that the Required Estoppels be delivered on or before March 1, 2009, as required by the Purchase Agreement.

    Finally, in the Alberta Letter, Alberta asserts that Alberta had fully disclosed the building defects described in the tenant estoppels from Colorado Cinema Group, LLC and DCC Architects prior to the Closing of the Purchase Agreement. Please provide any evidence of these alleged disclosures.

Very truly yours,

*Jane S. Smith*
Jane Snoddy Smith

60169215.2

February 24, 2009
Page 3

cc: Jeremy A. Litt (via electronic mail)
cc: Andrew Piekarski (via electronic mail)
cc: Christopher Silva (via electronic mail)
cc: Leigh Renfro, Land Title Guarantee Company (via electronic mail)

Land Title Guarantee Company
3033 East First Ave., Suite 600
Denver, Colorado 80206
Attention: Escrow Department

60169215.2

PAGE 4/4 * RCVD AT 2/24/2009 1:35:02 PM [Pacific Standard Time] * SVR:LA_FAX01/0 * DNIS:6885 * CSID:512 536 4598 * DURATION (mm-ss):01-20