IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-00799-ZLW-KLM

GRANITE SOUTHLANDS TOWN CENTER, LLC,

        Plaintiff

v.

ALBERTA TOWN CENTER, LLC,
LAND TITLE GUARANTEE COMPANY,
DONALD G. PROVOST,
ALLAN G. PROVOST,
and PETER M. CUDLIP,

        Defendants.

---

**ORDER GRANTING DEFENDANT ALBERTA TOWN CENTER, LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT WITH RECITATION OF LEGAL AUTHORITY (Docket Entry # )**

---

THIS COURT has considered Defendant Alberta Town Center, LLC's Motion for Partial Summary Judgment and finds that the Motion is well taken and should be granted. Therefore, the Court hereby orders that Defendant Alberta Town Center, LLC's Motion for Partial Summary Judgment is granted.

Dated: _____ 2009

                                          BY THE COURT:

                                          _____