IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 09-cv-00799-ZLW-KLM

GRANITE SOUTHLANDS TOWN CENTER LLC,

     Plaintiff,

v.

ALBERTA TOWN CENTER, LLC,
LAND TITLE GUARANTEE COMPANY,
DONALD G. PROVOST,
ALLAN G. PROVOST, and
PETER M. CUDLIP,

     Defendants.

---

MINUTE ORDER

---

ORDER ENTERED BY JUDGE ZITA L. WEINSHIENK

Dated: December 9, 2009

     Upon a review of the case file, the Court notes that while the First Amended Complaint (Doc. No. 36) states that an "Exhibit A" is attached thereto, no such exhibit is in fact attached to Doc. No. 36.  While that exhibit *was* attached to Doc. No. 29, Doc. No. 29 has been stricken by the Court.  (See Doc. No. 31).  Accordingly, it is ORDERED that, within three days of the date of this Order, Plaintiff shall separately file an "Exhibit A," designated as the exhibit referenced in the operative First Amended Complaint, for the benefit of the record.