IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-00799-ZLW-KLM

GRANITE SOUTHLANDS TOWN CENTER LLC,

        Plaintiff,

v.

ALBERTA TOWN CENTER, LLC and
LAND TITLE GUARANTEE COMPANY,
DONALD G. PROVOST, ALLAN G. PROVOST,
and PETER M. CUDLIP,

        Defendants.

---

**GRANITE SOUTHLANDS TOWN CENTER LLC'S
EXHIBITS TO FIRST AMENDED COMPLAINT (DKT. #36)**

---

Pursuant to order of the Court dated December 9, 2009, plaintiff/counter-defendant Granite Southlands Town Center LLC ("Granite") files these exhibits to the First Amended Complaint (Dkt. #36):

Exhibit A: Release and Termination Agreement dated December 12, 2008, among Alberta Town Center, LLC, BlackRock Granite Property Center, LLC, Granite Southlands Town Center LLC, Southlands Power Center, LLC, Southlands Tower LLC, and Bank of America, N.A., Donald G. Provost, Peter M. Cudlip, and Allan G. Provost.

Exhibit B: January 28, 2009 letter from Anest & Brown (legal counsel for DCC Architects) to Granite Southlands Town Center, LLC regarding Form of Estoppel Certificate and June 25, 20089 letter from DCC Architects to Alberta Town Center, LLC requesting repair of damage.

Exhibit C: November 19, 2008 proposal from Wiss, Janney, Elstner Associates, Inc. to Southlands Shopping Center "to provide engineering services related to the evaluation and remediation of slab and foundation movements

          affecting the buildings at the Southlands Mall located in Aurora, Colorado."

Exhibit D:    Letter from DLA Piper LLP (counsel for Colorado Cinema), which references a letter from Alberta's counsel, Brownstein Hyatt Farber Schreck, LLP, dated December 8, 2008.

Respectfully submitted this 10th day of December, 2009.

          */s/ Osborne J. Dykes, III*
          OSBORNE J. DYKES, III
          BENJAMIN M. VETTER
          FULBRIGHT & JAWORSKI L.L.P.
          370 Seventeenth Street, Suite 2150
          Denver, CO  80202
          (303) 801-2700 – Telephone
          (303) 801-2777 – Facsimile
          jdykes@fulbright.com
          bvetter@fulbright.com

          PAUL TRAHAN
          FULBRIGHT & JAWORSKI L.L.P.
          600 Congress Avenue, Suite 2400
          Austin, TX  78701
          (512) 474-5201 – Telephone
          (512) 536-4598 – Facsimile
          ptrahan@fulbright.com

          **COUNSEL FOR PLAINTIFF**
          **AND COUNTER-DEFENDANT**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on the 10th day of December, 2009, I electronically filed the foregoing **GRANITE SOUTHLANDS TOWN CENTER LLC'S EXHIBITS TO FIRST AMENDED COMPLAINT (DKT. #36)** with the Clerk of Court using the CM/ECF system which will send notification of such filing to attorneys for plaintiffs at the following e-mail addresses:

    Stephen L. Waters    swaters@rwolaw.com
    Kimberly A. Bruetsch    kbruetsch@rwolaw.com
    ROBINSON WATERS & O'DORISIO, P.C.
    1099 18th Street, Suite 2600
    Denver, CO 80202
    *Attorneys for Land Title Guarantee*

    Dennis Boyd Polk    DBP@HAPLAW.NET
    Holley, Albertson & Polk, P.C.
    1667 Cole Boulevard, Suite 100
    Golden, CO 80401
    *Attorneys for Defendants Allen G. Provost*

    Stuart N. Bennett    sbennett@lindquist.com
    Lindquist & Vennum, P.L.L.P.
    600 – 17th Street, Suite 1800 – South
    Denver, CO 80202
    *Attorneys for Defendants Peter M. Cudlip*
    *Donald G. Provost and Alberta Town Center, LLC*

    /s/Osborne J. Dykes, III