# FULBRIGHT & JAWORSKI L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
REPUBLIC PLAZA
370 17TH STREET, SUITE 2150
DENVER, COLORADO 80202-5638
WWW.FULBRIGHT.COM

JDYKES@FULBRIGHT.COM
DIRECT DIAL: (303) 801-2745

TELEPHONE:   (303) 801-2700
FACSIMILE:    (303) 801-2777

December 21, 2009

*Via Facsimile (303) 231-5363 and U. S. First Class Mail*

Ms. Colleen Dulin, Department Counsel
Office of the Regional Solicitor
755 Parfet Street, Suite 151
Lakewood, Colorado 80215

Re:  CBCA 1821; *Rockies Express Pipeline LLC v. Minerals Management Service*; Contract No. 552046

Dear Ms. Dulin:

The rules of the Civilian Board of Contract Appeals require counsel to agree on the method for serving papers, and my proposals in that regard are reflected in the attached correspondence to Mr. Kelley. This was sent before I had your name.

Can we agree to make service as proposed in the attached letter? Or, do you have an alternate proposal?

Thank you very much.

Very truly yours,

*/s/ Jeff Dykes*

Jeff Dykes

OJD/sq
Enclosure

85404123.1

AUSTIN • BEIJING • DALLAS • DENVER • DUBAI • HONG KONG • HOUSTON • LONDON • LOS ANGELES • MINNEAPOLIS
MUNICH • NEW YORK • RIYADH • SAN ANTONIO • ST. LOUIS • WASHINGTON DC

Ms. Colleen Dulin
December 21, 2009
Page 2

bcc:   Ms. Sheila Tweed
       Mr. T. J. Carroll
       Mr. L. Poe Leggette

85404123.1

## FULBRIGHT & JAWORSKI L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
REPUBLIC PLAZA
370 17TH STREET, SUITE 2150
DENVER, COLORADO 80202-5638
WWW.FULBRIGHT.COM

JDYKES@FULBRIGHT.COM
DIRECT DIAL: (303) 801-2745

TELEPHONE: (303) 801-2700
FACSIMILE: (303) 801-2777

December 4, 2009

Mr. George A. Kelley
Contracting Officer
Minerals Management Service
United States Department of the Interior
Western Administrative Service Center
P. O. Box 25165
Denver, Colorado 80225-0165

Re:  *Rockies Express Pipeline LLC v. Minerals Management Service* / Final Decision of the Contracting Officer regarding Certified Claims of Rockies Express Pipeline LLC

Dear Mr. Kelley:

Our firm represents Rockies Express Pipeline LLC in the above-referenced appeal to the United States Civilian Board of Contract Appeals (CBCA). The individuals with our firm who will handle the matter are L. Poe Leggette and myself. You will receive by separate correspondence our Notice of Appeal to the CBCA, which is being filed today.

The CBCA rules require the parties to "confer and agree upon the method they will use to serve one another." (CBCA Rule 7(a)). We propose that service in this case be accomplished by email, and in that regard, we ask that you please serve papers filed with the CBCA in this matter by emailing copies to:

L. Poe Leggette
pleggette@fulbright.com

Jeff Dykes
jdykes@fulbright.com

Ben Vetter
bvetter@fulbright.com

85113336.7
AUSTIN • BEIJING • DALLAS • DENVER • DUBAI • HONG KONG • HOUSTON • LONDON • LOS ANGELES • MINNEAPOLIS
MUNICH • NEW YORK • RIYADH • SAN ANTONIO • ST. LOUIS • WASHINGTON DC

Mr. George A. Kelley
December 4, 2009
Page 2

In the case of voluminous papers or documents, we propose that service be accomplished by courier-receipted delivery, by U. S. mail or FedEx, at the option of the sender. In this regard, we request that copies be served by delivering them to:

L. Poe Leggette
Jeff Dykes
Ben Vetter
Fulbright & Jaworski L.L.P.
370 17th Street, Suite 2150
Denver, Colorado 80202

We would appreciate your confirming your agreement to service as proposed above, or, alternatively, learning your proposal for accomplishing service in this case. Please let us know the individual or individuals who should receive papers on behalf of the MMS, and the appropriate email address(es) or other addresses.

Poe Leggette's direct number is (303) 801-2746; Ben Vetter's direct number is (303) 801-2720; and my direct number is (303) 801-2745. Please let us know the telephone numbers for the MMS representative or representatives with whom we should communicate concerning this matter.

Thank you very much.

Very truly yours,

Jeff Dykes

OJD/sq

85113336.7