IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-00799-ZLW-KLM

GRANITE SOUTHLANDS TOWN CENTER LLC,

        Plaintiff,

v.

ALBERTA TOWN CENTER, LLC and
LAND TITLE GUARANTEE COMPANY,
DONALD G. PROVOST, ALLAN G. PROVOST,
and PETER M. CUDLIP,

        Defendants.

---

## UNOPPOSED MOTION FOR PROTECTIVE ORDER

Plaintiff/counter-defendant Granite Southlands Town Center, LLC, ("Granite") through its counsel, Fulbright & Jaworski, L.L.P., moves the Court to enter the Agreed Protective Order, attached hereto as Exhibit A, and as grounds therefore state as follows:

1.    The parties anticipate producing certain documents in this case that are confidential and proprietary or that contain sensitive information.

2.    The entry of a protective order serves the interests of protecting against the dissemination of confidential information except for the purposes of this litigation. The entry of such an order also serves the interest of judicial economy by eliminating the need for the parties to seek court intervention each time a party wishes to protect confidential information.

3.      Accordingly, all parties to this case have met and conferred, and reached agreement on the attached Agreed Protective Order, which is signed by counsel for each party. No party opposes the entry of the attached Agreed Protective Order.

WHEREFORE, Granite respectfully requests the Court enter the Agreed Protective Order in this case in the form attached hereto as Exhibit A.

Respectfully submitted this 21st day of December, 2009.

/s/ Osborne J. Dykes, III
OSBORNE J. DYKES, III
BENJAMIN M. VETTER
FULBRIGHT & JAWORSKI L.L.P.
370 Seventeenth Street, Suite 2150
Denver, CO  80202
(303) 801-2700 – Telephone
(303) 801-2777 – Facsimile
jdykes@fulbright.com
bvetter@fulbright.com

PAUL TRAHAN
FULBRIGHT & JAWORSKI L.L.P.
600 Congress Avenue, Suite 2400
Austin, TX  78701
(512) 474-5201 – Telephone
(512) 536-4598 – Facsimile
ptrahan@fulbright.com

COUNSEL FOR PLAINTIFF
AND COUNTER-DEFENDANT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on the 21st day of December, 2009, I electronically filed the

foregoing with the Clerk of Court using the CM/ECF system which will send notification of such

filing to attorneys for plaintiffs at the following e-mail addresses:

Stephen L. Waters                      swaters@rwolaw.com
Kimberly A. Bruetsch                   kbruetsch@rwolaw.com
ROBINSON WATERS & O'DORISIO, P.C.
1099 18th Street, Suite 2600
Denver, CO 80202
*Attorneys for Land Title Guarantee*

Dennis Boyd Polk                       DBP@HAPLAW.NET
Holley, Albertson & Polk, P.C.
1667 Cole Boulevard, Suite 100
Golden, CO 80401
*Attorneys for Defendants Allen G. Provost*

Stuart N. Bennett                      sbennett@lindquist.com
Lindquist & Vennum, P.L.L.P.
600 – 17th Street, Suite 1800 – South
Denver, CO 80202
*Attorneys for Defendants Peter M. Cudlip*
*Donald G. Provost and Alberta Town Center, LLC*


                                       /s/Osborne J. Dykes, III