IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00799-ZLW-KLM

GRANITE SOUTHLANDS TOWN CENTER LLC,

      Plaintiff,

v.

ALBERTA TOWN CENTER, LLC,
LAND TITLE GUARANTEE COMPANY,
DONALD G. PROVOST,
ALLAN G. PROVOST, and
PETER M. CUDLIP,

      Defendants.

---

## MINUTE ORDER

---

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiff's **Unopposed Motion for Protective Order** [Docket No. 80; Filed December 21, 2009] (the "Motion").

IT IS HEREBY **ORDERED** the Motion is **GRANTED**. The Agreed Protective Order [Docket No. 80-2] is **accepted** for filing and is entered as an Order of the Court with interlineations as of the date of this Minute Order.

Dated:  December 21, 2009