# EXHIBIT 1

**From:** Silva, Chris
**Sent:** Wednesday, February 18, 2009 2:05 PM
**To:** 'pcudlip@gmail.com'; 'dgp@albdev.com'; Piekarski, Andrew
**Subject:** Re: Escrow Release

Peter - sorry. I have been running around and I traded calls with Don a couple of times.

Peter, two of the estoppels came back indicating a fairly substantial settlement issue. I believe DCC Architects and Colorado Cinemas. DCC also sent a letter directly to Andrew expressing its concerns.

Naturally, we are concerned about this. We have hired a structural engineer to survey this issue for us on an expedited basis.

Until we resolve this issue, we have to reject these two estoppels - which puts you below the required percentage.

Thanks
Chris


**From:** Peter Cudlip
**To:** Silva, Chris; Krier, Michael; Kralovec, Angela
**Cc:** 'Weber, Erica H.' ; 'Don Provost'
**Sent:** Wed Feb 18 10:53:02 2009
**Subject:** Escrow Release

Chris,

I hope everything is Ok with your daughter. Can you please update me on Granite signing off on the two letters? I would like to clear this up before I leave tomorrow. If there are any issues please let me know.

Thanks in advance for your attention to this matter.

Peter Cudlip
Pointe Properties, LLC
2000 South Colorado Blvd. Annex Bldg. #405
Denver, Colorado 80222
Phone: 720-941-5001
E-Mail: pcudlip@gmail.com

THIS MESSAGE AND ANY ATTACHMENTS ARE CONFIDENTIAL, PROPRIETARY, AND MAY BE PRIVILEGED. If this message was misdirected, BlackRock, Inc. and its subsidiaries, ("BlackRock") does not waive any confidentiality or privilege. If you are not the intended recipient, please notify us immediately and destroy the message without disclosing its contents to anyone. Any distribution, use or copying of this e-mail or the information it contains by other than an intended recipient is unauthorized. The views and opinions expressed in this e-mail message are the author's own and may not reflect the views and opinions of BlackRock, unless the author is authorized by BlackRock to express such views or opinions on its behalf. All email sent to or from this address is subject to electronic storage and review by BlackRock. Although BlackRock operates anti-virus programs, it does not accept responsibility for any damage whatsoever caused by viruses being passed.