**EXHIBIT 3**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-00799-ZLW-KLM

GRANITE SOUTHLANDS TOWN CENTER LLC,

        Plaintiff,

v.

ALBERTA TOWN CENTER, LLC and
LAND TITLE GUARANTEE COMPANY,
DONALD G. PROVOST, ALLAN G. PROVOST,
and PETER M. CUDLIP,

        Defendants.

## AFFIDAVIT OF ANGELA KRALOVEC

| | |
|---|---|
| STATE OF CALIFORNIA | § |
| | § |
| COUNTY OF ORANGE | § |

        Angela Kralovec states and declares under penalty of perjury, the following:

        1.    "My name is Angela Kralovec. I am over the age of 21, have never been convicted of a felony, and declare that the facts stated in this declaration are true and correct and are based on my own personal knowledge.

        2.    I am an employee of BlackRock Realty Advisors, Inc. ("BlackRock Realty") and serve as an asset manager responsible for managing multi-housing, retail, and office real estate investments in California, Denver, and Minnesota on behalf of institutional investors advised by BlackRock Realty. A true and correct copy of my resume is attached to this affidavit. I am authorized by BlackRock Realty to make this affidavit on behalf of Granite Southlands Town Center LLC ("Granite"). BlackRock Realty is investment manager to Granite's ultimate parent and has responsibility for managing the Southlands Town Center in Aurora, Colorado.

        3.    I have had primary responsibility for managing the Southlands Town Center since Granite purchased the property in December 2008. I became familiar with the property and the transactions and documents underlying and relating to the property when I joined BlackRock Realty in February 2007. My responsibilities with respect to the Southlands Town Center include management and oversight of tenant relations and repair and maintenance of the property and its improvements.

        4.    In my role with BlackRock Realty and in the course of my responsibilities in managing the Southlands Town Center, I have become familiar with BlackRock Realty and

Granite's business records and have access to and control over the documents. Among them are the following documents, which are attached as exhibits to Plaintiff's Response to Defendant Alberta Town Center, LLC's Motion for Partial Summary Judgment: February 18, 2009, e-mail from Chris Silva to Don Provost and Peter Cudlip; February 27, 2009, letter from Seller's counsel to Buyer's counsel; the DCC Estoppel; the Colorado Cinema Lease; and the September 16, 2008, letter from Colorado Cinema. These documents are true and correct copies of the originals as received and kept in BlackRock Realty and Granite's files. The exhibits which constitute or evidence communications reflect communications between representatives of parties to this litigation. The communications were recorded at or near the time of the acts or events reflected therein, by persons with knowledge of them, and records of these communications are kept in the ordinary course of BlackRock Realty and Granite's business.

     5.    In reviewing the documents, I compared the Cinema Estoppel to the form estoppel attached to the FPSA. The Cinema Estoppel is not in the form prescribed by the FPSA. The Cinema Estoppel has been materially and adversely modified from the form that is attached as an exhibit to the FPSA. Not only are the changes material and adverse from BlackRock Realty's and Granite's perspective, which is certainly the case, the changes would be considered material and adverse to those in the real estate industry. In particular, the references to a cracked foundation in paragraph 5 of Cinema Estoppel are material and adverse, and the qualifications Colorado Cinema included in paragraph 6 regarding the existence of a default constitute material and adverse modifications to the prescribed form. It is custom and practice in the real estate industry to require tenant estoppel certificates for the protection of a new landlord. The purpose of the certificates is to prevent tenants from claiming defaults against a new landlord for acts or omissions of a prior landlord."

    Further Affiant sayeth not.

*/s/ Angela M. Kralovec*

    SWORN TO ~~AND SUBSCRIBED~~ SIGNED TO before me, the undersigned notary public, on this the ____ day of December, 2009, to certify which ~~witness~~ my hand and seal of office.

*See attached*

NOTARY PUBLIC

- 2 -

# CALIFORNIA JURAT WITH AFFIANT STATEMENT

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–5 to be completed only by document signer[s], *not* Notary)

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____

Signature of Document Signer No. 1          Signature of Document Signer No. 2 (if any)

State of California
County of  Orange

Subscribed and sworn to (or affirmed) before me on this

22nd day of December, 2009, by

(1) Angela Kralovec,
    Name of Signer

proved to me on the basis of satisfactory evidence to be the person who appeared before me (.) ☒

(and

(2) _____,
    Name of Signer

proved to me on the basis of satisfactory evidence to be the person who appeared before me.)

Signature _____
          Signature of Notary Public

[Notary Seal: RYAN B. SNOW, Commission # 1841391, Notary Public - California, Orange County, My Comm. Expires Mar 21, 2013]

Place Notary Seal Above

——— OPTIONAL ———

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Further Description of Any Attached Document**

Title or Type of Document: Affidavit of Angela Kralovec

Document Date: no date     Number of Pages: 2

Signer(s) Other Than Named Above: N/A

RIGHT THUMBPRINT OF SIGNER #1 — Top of thumb here
RIGHT THUMBPRINT OF SIGNER #2 — Top of thumb here

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5910   Reorder: Call Toll-Free 1-800-876-6827

# ANGELA M. KRALOVEC

438 ½ Goldenrod Ave.
Corona Del Mar, CA 92625
Cell (949) 648-3119

---

**EXPERIENCE**

**Feb. 2007 – Present**  **BLACKROCK REALTY**
Asset Management – Newport Beach, CA
*Asset Manager*
- Manage 760K sq.ft. of retail, 2,500 multi-family units, an urban two acre parking lot, and 430K sq.ft. of office in Southern California, Colorado, and Minnesota.
- Review and approve annual budgets, business plans, new and restructured leases, renovation timing and budgets, and market rent pricing for asset managed properties.
- Add value to properties through the addition of ancillary income, reduction in expenses through energy and contract savings, and renovations/upgrades to units.
- Perform quarterly valuations of assets for seven funds.

**July 2005 – Feb. 2007**  **WESTERN NATIONAL GROUP**
Investment Management – Irvine, CA
*Asset and Fund Manager*
- Managed a $50MM private equity fund by preparing quarterly reporting, capital call correspondence, and annual meeting presentation.
- Asset Managed 1,930 multi-family units at ten properties throughout Southern California.
- Reviewed and approved annual budgets, business plans, renovation timing and budgets, and pricing for asset managed properties.
- Managed, reviewed, and adjusted pro-forma updates on newly acquired assets and assets under development.
- Prepared investment committee memorandums for renovation budgets and financial performance updates.

**Jan. 2004 – June 2005**  **MERRILL LYNCH**
Real Estate Capital Markets – Chicago, IL
*Credit Analyst / Underwriter*
- Reviewed over $3.1 billion of credit requests for business nationwide including multi-family, condos, hotels, office, industrial, retail, and office condos.
- Reviewed, approved, and enhanced underwriting models for 1st mortgage debt, mezzanine, and equity transactions.
- Performed, reviewed, and approved cash flow audits on income producing properties.
- Analyzed property values and loan performance by performing detailed financial statement analysis.

**Aug. 2001 – Dec. 2003**  **ERNST & YOUNG, LLP / KENNETH LEVENTHAL**
Real Estate Advisory Services – Chicago, IL
*Transaction and Capital Markets Senior Real Estate Consultant*

**GEHAN HOMES LTD.**
- Prepared a private homebuilder, with revenues of $180M per year, for sale to a public homebuilder.  Worked with the CFO to model future cash flows on a community-by-community basis based on historical figures, market analysis, and economic projections.

**MIXED-USE DEVELOPER**
- Advised our mixed-use developer on the potential acquisition price of a regional developer.  Analyzed the feasibility of the development plans and budgets for each of the developer's commercial, industrial, residential, retail, and mixed-use properties.

**WYNDHAM HOTEL**
- Performed buy-side due diligence on a Wyndham hotel in the Indianapolis market to assess the acquisition price for our client.

**EDUCATION**  **UNIVERSITY OF WISCONSIN - MADISON**  Madison, WI
Bachelor of Business Administration degree: May 2001
Double Major: Real Estate and Urban Land Economics; Marketing

**AMERICAN INTERNATIONAL UNIVERSITY** London, England   Fall 1999

**ORGANIZATIONS**  Wisconsin Real Estate Alumni Association, CREW