# EXHIBIT 2

**To:**     Don Provost[/O=FIRST ORGANIZATION/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=DON PROVOST];
**Subject:**             RE:
**Sent:**                Wed 12/3/2008 3:56:23 PM
**From:**                Piekarski, Andrew

It would have to be mutual – I also have a 5 year old.


Andrew Piekarski

Managing Director

BlackRock

(973) 264-2760

───────────────

**From:** Don Provost [mailto:dgp@albdev.com]
**Sent:** Wednesday, December 03, 2008 10:56 AM
**To:** Piekarski, Andrew
**Subject:** Re:


How about a release from my 5 year old?

Donald G. Provost
Principal
Alberta Development Partners, LLC
5460 South Quebec Street, Suite 100
Greenwood Village, Colorado 80111

Phone: 303.771.4004
Fax: 303.771.4086
E-Mail: dgp@albdev.com

-----Original Message-----
From: Piekarski, Andrew <Andrew.Piekarski@blackrock.com>
To: Don Provost <dgp@albdev.com>
Sent: Wed Dec 03 08:51:01 2008
Subject: RE:

Yes to all, plus mutual releases and all that kind of stuff.  Since we haven't really investigated management, we would at least need you on board for the short term.



Andrew Piekarski

Managing Director

BlackRock

(973) 264-2760

_____

From: Don Provost [mailto:dgp@albdev.com]
Sent: Wednesday, December 03, 2008 10:49 AM
To: Piekarski, Andrew
Subject: Re:

So the concept is you buy a 100% interest, we waive any claims of ownerhsip and walk away from our invested equity in excahnge for $_____. Would you want us to continue to manage the property?(At least for the short term).

Donald G. Provost
Principal
Alberta Development Partners, LLC
5460 South Quebec Street, Suite 100
Greenwood Village, Colorado 80111

Phone: 303.771.4004
Fax: 303.771.4086
E-Mail: dgp@albdev.com

-----Original Message-----
From: Don Provost <dgp@albdev.com>
To: 'Andrew.Piekarski@blackrock.com' <Andrew.Piekarski@blackrock.com>
Sent: Wed Dec 03 08:04:34 2008
Subject: Re:

How about a siz pack and a large pepperoni!

Donald G. Provost
Principal
Alberta Development Partners, LLC
5460 South Quebec Street, Suite 100
Greenwood Village, Colorado 80111

Phone: 303.771.4004
Fax: 303.771.4086
E-Mail: dgp@albdev.com

-----Original Message-----
From: Piekarski, Andrew <Andrew.Piekarski@blackrock.com>
To: Don Provost <dgp@albdev.com>
Sent: Wed Dec 03 07:42:16 2008
Subject: RE:

I think you need to provide some frame work for what you would need.  I would just be pulling a number out of the air.  Please consider what you deem fair and we'll evaluate.  We should still plan on discussing the open issues later today.  Let's shoot for noon your time.

Andrew Piekarski

Managing Director

BlackRock

(973) 264-2760

_____

From: Don Provost [mailto:dgp@albdev.com]
Sent: Tuesday, December 02, 2008 9:20 PM
To: Piekarski, Andrew
Subject: Re:

Got it.

Donald G. Provost
Principal
Alberta Development Partners, LLC
5460 South Quebec Street, Suite 100
Greenwood Village, Colorado 80111

Phone: 303.771.4004
Fax: 303.771.4086
E-Mail: dgp@albdev.com

-----Original Message-----
From: Piekarski, Andrew <Andrew.Piekarski@blackrock.com>
To: Don Provost <dgp@albdev.com>
Sent: Tue Dec 02 19:15:36 2008
Subject: Re:

Not really as it was kind of a spur of the moment concept. Let me think about it.

--------------------------
Sent from my BlackBerry Wireless Handheld

_____

From: Don Provost
To: Piekarski, Andrew
Sent: Tue Dec 02 20:54:29 2008
Subject:

Do you have any thoughts on a "buyout" figure. Haven't been able to catch up with Peter and probably should have a number in any event for us to consider. Thanks.

Donald G. Provost
Principal
Alberta Development Partners, LLC
5460 South Quebec Street, Suite 100
Greenwood Village, Colorado 80111

Phone: 303.771.4004
Fax: 303.771.4086
E-Mail: dgp@albdev.com

THE INFORMATION CONTAINED IN THIS MESSAGE AND ANY ATTACHMENT MAY BE PRIVILEGED, CONFIDENTIAL, PROPRIETARY OR OTHERWISE PROTECTED FROM DISCLOSURE. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this message and any attachment is strictly prohibited. If you have received this message in error, please notify us immediately by replying to the message and permanently delete it from your computer and destroy any printout thereof.

THE INFORMATION CONTAINED IN THIS MESSAGE AND ANY ATTACHMENT MAY BE PRIVILEGED, CONFIDENTIAL, PROPRIETARY OR OTHERWISE PROTECTED FROM DISCLOSURE. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this message and any attachment is strictly prohibited. If you have received this message in error, please notify us immediately by replying to the message and permanently delete it from your computer and destroy any printout thereof.

THE INFORMATION CONTAINED IN THIS MESSAGE AND ANY ATTACHMENT MAY BE PRIVILEGED, CONFIDENTIAL, PROPRIETARY OR OTHERWISE PROTECTED FROM DISCLOSURE. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this message and any attachment is strictly prohibited. If you have received this message in error, please notify us immediately by replying to the message and permanently delete it from your computer and destroy any printout thereof.

**THE INFORMATION CONTAINED IN THIS MESSAGE AND ANY ATTACHMENT MAY BE PRIVILEGED, CONFIDENTIAL, PROPRIETARY OR OTHERWISE PROTECTED FROM DISCLOSURE. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this message and any attachment is strictly prohibited. If you have received this message in error, please notify us immediately by replying to the message and permanently delete it from your computer and destroy any printout thereof.**