# EXHIBIT 7



**Kerasotes**
Movies with Magic

SEP 2 2 2008

From the Desk of
Michael J. Policicchio
Director of Construction

224 North Des Plaines, Suite 200
Chicago, Illinois 60661
312.775-3160
Direct Phone      312.756.3367
Direct Fax        312.777.0427
mpolicicchio@kerasotes.com

September 16th, 2008

Mr. Jose Inclan
Southlands Shopping Center Management, LLC
6155 South Main Street, Suite 200
Aurora, CO 80016

RE:   Colorado Cinema
      23955 E. Plaza Ave.
      Aurora, CO   80016

Dear Mr. Inclan,

We recently received a report from Murray & Stafford, in which Bryan McFarland of Alberta Development Partners was copied on. The report indicated that the structural integrity of the walls were compromised due to foundation system movement. For the record, our exterior walls are not cracked due to inadequate maintenance, but by fault of the piles or the soil conditions which is causing the rise of the building. It is our opinion that this issue is the responsibility of the landlord to correct.

If we can be of any further assistance or if you should have any others questions please do not hesitate to call.

Sincerely,

KERASOTES THEATRES

Michael J. Policicchio
Director of Construction

cc:   Mark Kleinschmidt
      Bob Gallivan

Attachments:
Murray & Stafford, Inc. letter and report dated September 11th, 2008

- I -

ALBERTA003687



## MURRAY & STAFFORD, INC.

## LETTER OF TRANSMITTAL

**US MAIL**

Date:       September 12, 2008

Job No.:    510

Re:         Southlands Cinema


To:         Kerasotes Theatres
            224 N. Des Plaines, Suite 200
            Chicago, Illinois 60661

Attn:       Michael Policicchio, Director of Construction

---

We are sending attached the following:

1 Copy      Response to Building Movement and Proposed Action

                 For your use.


                 ......for the above mentioned project.


            Thank You.


            From: Drew Kellogg
            Murray & Stafford, Inc.


5120 Osage St., Suite 100, Denver, Colorado 80221 Phone (303) 420-0234 Fax (303) 420-7666

ALBERTA003684

 MURRAY & STAFFORD, INC.

September 11, 2008

To:     Mike McGee, Alberta Development Partners

From:  Drew Kellogg, Project Manager

Re:     Southlands Theatre – West & North Walls

Mike:

This is in response to the problem of building movement along the West wall of the Southlands Theatre that we built from August, 2005 to May, 2006.

Murray & Stafford, Inc. was notified by Alberta Development Partners of the movement problems during the last week of May, 2008.  Since that time, we have kept a "movement log" – see Attachment #8.  This log documents the elevations starting on June 12, 2008, continuing to July 29, and again September 10, 2008.  The conclusion is the building continues to keep rising at the approximate rate of almost 3" per year.

The following is an explanation of the sequence of events that occurred for the drilled piers along the west wall line.

1)  During pier drilling operations, it was determined that the piers along the West side of the building would need to be 50 to 60' deep; as opposed to the 27' anticipated depth from the soils report and structural drawings.

2)  The deeper bedrock conditions were discussed in the Construction Meeting with Murray & Stafford, Inc., Alberta Development Partners, Ground Engineering, and Colorado Cinemas.  Ground Engineering was aware of this condition since they were involved in the original overlot grading of this site.  The westerly portion of the building is above a previously existing natural drainage swale.

3)  Neujahr & Gorman (the Structural Engineers) recommended a larger pier diameter – see Attachment #5.

4)  Murray & Stafford, Inc. completed drilling the piers using the larger pier sizes.

5)  All piers were inspected and approved by Terracon Consulting Engineers – see Attachment #2.

It appears to us the drilled piers are rising at several locations.  We would recommend the removal of the existing sidewalk at the NW corner of the building.  This would allow for the excavation and visual examination of the drilled piers and form void at this location.

In addition to the visual inspections, we would recommend additional soil and moisture tests be done to determine if the uplift is being caused by expansive soils or by rising piers.

5120 Osage St., Suite 100, Denver, Colorado 80221 Phone (303) 420-0234  Fax (303) 420-7666

ALBERTA003685

Southlands Theatre
September 11, 2008

Murray & Stafford, Inc. has completed their work within the normal guidelines. We are willing to assist in any further efforts to solve the problem. We would recommend for the process to continue as soon as possible to eliminate further damage to the building.

Please contact me if you have any questions.

Attachments:

#1    Ground Engineering subsurface Exploration Program and Geotechnical recommendations for Southlands Town Center Building Groups A-R, Job #03-1140, dated 2/11/2004.

#2    Record of drilled pier installation as prepared by Terracon for drills dated September 1, 2005 through October 18, 2005.
      **Please Note:**
      **M.0x12.0 pier dated 9/22/08 is a 30" diameter pier – report is incorrect.**
      **A.0 x12.0 pier dated 10/3/05 is a 30" diameter pier – report is incorrect.**

#3    Terracon Consulting Engineers & Scientists letter dated April 20, 2006 to Mr. Haydn Silleck stating all inspections were in General Accordance.

#4    Drawing S1.1 for Colorado Cinemas by Neujahr & Gorman, Inc. Consulting Structural Engineers dated October 20, 2005.

#5    3 email correspondence between Drew Kellogg of Murray & Stafford, Inc. and Doug Kline of Neujahr & Gorman, Inc. re: revised pier diameters for longer piers.

#6    Terracon letter dated September 15, 2005 to Murray & Stafford, Inc. for bedrock depth verification, Terracon Project #25055294.

#7    Murray & Stafford, Inc. movement log dated September 10, 2008 (3 pages).

Cc:    Bryan McFarland, Alberta Development Partners
       Michael Policicchio, Kerasotes Theatres
       Warren Wagner, Murray & Stafford, Inc.
       Duane Lavin, Murray & Stafford, Inc.

Delivery via Courier

5120 Osage St., Suite 100, Denver, Colorado 80221 Phone (303) 420-0234 Fax (303) 420-7666

ALBERTA003686