# EXHIBIT 9

# SOUTHLANDS MEETING AGENDA

DATE _____

| AGENDA TOPIC | DATE INITIATED | PARTY RESPONSIBLE | STATUS | DATE RESOLVED | COMMENTS |
|---|---|---|---|---|---|
| Letter to Mike Mikulich | 10/22/08 | Jose/Robin | completed | 11/18/2008 | Awaiting Mike's response. |
| Escrow money status | 11/19/08 | Jose/Robin/Peter | pending | | What do we do with the $50K? |
| Information to New Market | 11/3/08 | Jose/Pat/Robin | completed | 11/18/2008 | |
| Information to Erika | 11/10/08 | Jose/Pat/Robin | completed | 11/19/2008 | Sent replacement disks. |
| Walk the Beck repairs to the grease trap and drains. | 11/19/08 | Jose/Peter | pending | | JI has walked the job. Peter needs to walk the job. |
| Christmas Lighting & Décor | NA | Jose/Karen/Sid | pending | | Lighting and décor installed. Currently being tested. Ice rink opens 11/20. |
| Snow Removal Contract needs signature | 11/19/08 | Peter | pending | | Peter needs to sign the snow removal contract for this season. |
| Ice Rink Advertising | 11/18/08 | Jose/Peter | pending | | The idea of allowing tenants to advertise on the ice rink panels. Floated at the latest tenant meeting on 11/18 and was well received. |
| Cosmetic repairs due to building movement | NA | Jose | completed | 11/19/2008 | Repairs made to lobby, Pac-Sun, management conference room. |
| Forensic Engineers | 11/6/08 | Jose | pending | | JI to call forensic engineers to monitor building movement. Met with WJE on 11/18. Proposal in for review. |
| Public Art | 11/17/08 | Jose | pending | | JI to follow-up with Aurora's request. Discuss with Peter for guidance. |
| Ownership Reports | 11/17/08 | Jose | pending | | BLC and BlackRock reports to be completed on 11/20. ATC upon receipt of monthly information. |

I drive/public/southlands meeting agenda notes

ALBERTA003654

SOUTHLANDS
MEETING AGENDA

DATE _____

| AGENDA TOPIC | DATE INITIATED | PARTY RESPONSIBLE | STATUS | DATE RESOLVED | COMMENTS |
|---|---|---|---|---|---|
| Letter to Mike Mikulich | 10/22/08 | Jose/Robin | completed | 11/18/2008 | Awaiting Mike's response. |
| Escrow money status | 11/19/08 | Jose/Robin/Peter | pending | | JI Informed MM on 12/2. MM is curious as to the accounting of the $. |
| New Market appraisal walk-through of offices | 12/2/08 | Jose | completed | 12/2/2008 | JI walked offices with Julie Andrews of New Market. |
| Information to Erika | 11/10/08 | Jose/Pat/Robin | completed | 11/19/2008 | Sent replacement disks. |
| Walk the Beck repairs to the grease trap and drains. | 11/19/08 | Jose/Peter | completed | 11/19/2008 | JI has walked the job on 11/19.. |
| Christmas Lighting & Décor | NA | Jose/Karen/Sid | completed | | Lighting and décor installed. Tree Lighting occurred on 11/28. |
| Snow Removal Contract needs signature | 11/19/08 | Peter | completed | | Peter needs to sign the snow removal contract for this season. Signed. |
| Ice Rink Advertising | 11/18/08 | Jose/Peter | on-going | | The Idea of allowing tenants to advertise on the ice rink panels. Floated at the latest tenant meeting on 11/18 and was well received. |
| Cosmetic repairs due to building movement | NA | Jose | completed | 11/19/2008 | Repairs made to lobby, Pac-Sun, management conference room. |
| Forensic Engineers | 11/6/08 | Jose | pending | | JI to call forensic engineers to monitor building movement. Met with WJE on 11/18. Proposal in for review. |
| Public Art | 11/17/08 | Jose | pending | | JI to follow-up with Aurora's request. Discuss with Peter for guidance. Spoke to Deana Miller on 12/3 who extended the deadline to the end of January. |
| Ownership Reports | 11/17/08 | Jose | completed | 11/25/2008 | BLC and BlackRock reports to be completed on 11/20. ATC upon receipt of monthly information. |
| Estoppels | 12/1/08 | Jose | pending | | Check for limits on the number of requests per year. |
| Change Metro District checks from Southlands Colorado | 12/3/08 | Robin | pending | | |
| Chipotle Solar Install request | 12/3/08 | Jose/Peter | pending | | TT asking for permission to install solar panels (see proposal). |

I drive/public/southlands meeting agenda notes

ALBERTA003656