# EXHIBIT 10

**Construction Logic, L.L.C.**
6401 N. Broadway, Unit F
Denver, CO 80221

# Invoice

| Date | Invoice # |
|---|---|
| 11/26/2008 | 08.11.26.2 |

**Bill To**
Southlands Management
9155 Main Street
Aurora, CO 80016

| P.O. No. | Terms | Project |
|---|---|---|
| | | |

| Description | Amount |
|---|---|
| Misc. repairs @ DCC's space - Southlands Building E | 1,464.96 |

Thank you for your business.

| | |
|---|---|
| Total | $1,464.96 |
| Payments/Credits | $0.00 |
| **Balance Due** | $1,464.96 |

| Phone # | Fax # |
|---|---|
| 303-725-8031 | 303-420-4473 |

| Web Site |
|---|
| www.constructionlogic.net |

ALBERTA003665