IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-00799-ZLW-KLM

GRANITE SOUTHLANDS TOWN CENTER, LLC,

      Plaintiff

v.

ALBERTA TOWN CENTER, LLC, and
LAND TITLE GUARANTEE COMPANY,

      Defendants.

---

### DEFENDANT ALBERTA TOWN CENTER, LLC'S MOTION FOR LIMITED EXTENSION OF DISCOVERY DEADLINE

Defendant, Alberta Town Center, LLC ("Alberta"), by and through its attorneys, Lindquist & Vennum, PLLP, moves this Court for an Order amending the scheduling order to extend the discovery deadline:

1.    On November 20, 2009, Magistrate Judge Kristen L. Mix entered a minute order extending the discovery deadline until January 19, 2010. [Docket No. 74].

2.    Since December 16, 2009, Counsel for Alberta has attempted in good faith to schedule the out-of-state depositions of three representatives of Plaintiff Granite Southlands Town Center, LLC ("Granite") – Andrew Piekarski, Christopher Silva, and Jay Alexander. Granite's counsel has represented that these individuals are busy professionals and has not provided available deposition dates despite multiple requests. As a result, Alberta is unable to conduct the depositions of these witnesses within the discovery deadline. Alberta anticipated the difficulty in

Doc# 3150561\1

scheduling these depositions within the allotted time and requested Granite's consent to extend on December 23, 2009. Granite's counsel does not oppose conducting the depositions outside the discovery deadline. See e-mail from Granite's counsel attached as Exhibit A-1.

3. Alberta therefore requests an extension of the discovery deadline for the limited purpose of allowing Alberta to conduct the depositions of Messrs. Piekarski, Silva and Alexander. Due to the logistic difficulties of scheduling these depositions, an extension of the discovery deadline until March 1, 2010 for this limited purpose is appropriate and reasonable.

WHEREFORE Alberta requests that the Court extend the discovery deadline until March 1, 2010 for the limited purpose of allowing Alberta to conduct the depositions of Andrew Piekarski, Christopher Silva, and Jay Alexander.

DATED: January 15, 2010.

Respectfully submitted,

s/ Steven R. Kabler
Steven R. Kabler
**LINDQUIST & VENNUM, P.L.L.P.**
600 - 17th Street, Suite 1800 –South
Denver, CO 80202
Telephone:   (303) 573-5900
Fax:         (303) 573-1956
E-mail:      skabler@lindquist.com
Attorneys for Defendant Alberta Town Center, LLC

Doc# 3150561\1

## CERTIFICATE OF SERVICE

      I hereby certify that on January 15, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | | |
|---|---|---|
| ***Attorneys for Plaintiff & Counter Defendant Granite Southlands Town Center, LLC*** | jdykes@fulbright.com<br>bvetter@fulbright.com | Osborne J. Dykes, III<br>Benjamin M. Vetter<br>Fulbright & Jaworski LLP<br>370 – 17th Street, Suite 2150<br>Denver, CO   80202 |
| ***Attorneys for Plaintiff & Counter Defendant Granite Southlands Town Center, LLC*** | ptrahan@fulbright.com | Paul Trahan<br>Fulbright & Jaworski LLP<br>600 Congress Avenue, Suite 2400<br>Austin, TX   78701 |
| ***Defendant Land Title Guarantee Company*** | kbruetsch@rwolaw.com | Kimberly A. Bruetsch<br>Robinson, Waters & O'Dorisio PC<br>1099 – 18th Street, 26th Floor<br>Denver, CO   80202 |

      And I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner indicated by the non-participant's name:   NONE

                                                         s/   *Steven R. Kabler*
                                                Steven R. Kabler
                                                Attorneys for Defendant Alberta Town Center, LLC
Lindquist & Vennum P.L.L.P.
600 - 17th Street, Suite 1800 –South
Denver, CO 80202
Telephone:	303-573-5900
Fax:	303-573-1956
E-mail:	skabler@lindquist.com

Doc# 3150561\1