# EXHIBIT A-1

**Steven R. Kabler**

| | |
|---|---|
| **From:** | Stuart N. Bennett |
| **Sent:** | Friday, January 15, 2010 11:29 AM |
| **To:** | Steven R. Kabler |
| **Subject:** | FW: Southlands - Deposition Dates |

Let me know if this is the e-mail that you are looking for --   K.

**Stuart N. Bennett**

**Partner**

LINDQUIST&VENNUM

600 17th Street · Suite 1800 South · Denver, CO 80202-5441
Office: (303) 454-0514 · Fax: (303) 573-1956

website | bio | e-mail | vCard | map

**Assistant**
Kay Johnson · kmjohnson@lindquist.com · (303) 454-0527

---

**From:** Trahan, Paul [mailto:ptrahan@fulbright.com]
**Sent:** Wednesday, December 23, 2009 4:04 PM
**To:** Stuart N. Bennett
**Cc:** Vetter, Benjamin; Dykes, Jeff
**Subject:** RE: Southlands - Deposition Dates

Stu,

Let me check on dates, and, no, we will not oppose an extension of the discovery cutoff.

Happy Holidays,
Paul

**Paul Trahan**, *Partner*
**FULBRIGHT** & *Jaworski L.L.P.* • ***Celebrating 90 Years***
600 Congress Avenue, Suite 2400 • Austin, Texas 78701-2978
T: 512 536 5288 • F: 512 536 4598 • ptrahan@fulbright.com • www.fulbright.com/ptrahan

---

**From:** Stuart N. Bennett [mailto:sbennett@lindquist.com]
**Sent:** Wednesday, December 23, 2009 4:59 PM
**To:** Trahan, Paul
**Cc:** Vetter, Benjamin; Dykes, Jeff
**Subject:** RE: Southlands - Deposition Dates

Gentlemen:

January 14 and 15 works for me.  I'm in trial the following week and will not be available to take the other depositions until the week of January 25.  Please check on dates that week.

Also please advise whether you will oppose a limited extension of the discovery cutoff to complete these depositions.

If not, we will file a motion for a further extension as soon as you provide us with the dates they are available.

Thanks.

Happy Holidays.

Stu

## Stuart N. Bennett
**Partner**
600 17th Street · Suite 1800 South · Denver, CO 80202-5441
Office: (303) 454-0514 · Fax: (303) 573-1956

**Assistant**
Kay Johnson · kmjohnson@lindquist.com · (303) 454-0527

LINDQUIST&VENNUM

website | bio | e-mail | vCard | map

**From:** Trahan, Paul [mailto:ptrahan@fulbright.com]
**Sent:** Wednesday, December 23, 2009 12:56 PM
**To:** Stuart N. Bennett
**Cc:** Vetter, Benjamin; Dykes, Jeff
**Subject:** Southlands - Deposition Dates

Stu,

Angela Kralovec and Mike Krier can be available for their depositions on January 14 and 15. They are located in Newport Beach, California. Please confirm that these dates work for you. I still am working on confirming available dates for the remaining three, but it is looking like the week of January 18, mid to late week, will be the soonest we can get it done.

Paul

**Paul Trahan**, *Partner*
**FULBRIGHT** & *Jaworski L.L.P.* • **Celebrating 90 Years**
600 Congress Avenue, Suite 2400 • Austin, Texas 78701-2978
T: 512 536 5288 • F: 512 536 4598 • ptrahan@fulbright.com • www.fulbright.com/ptrahan

NOTICES
IRS Circular 230 Notice: To ensure compliance with requirements imposed by the IRS, we inform you that, except to the extent expressly provided to the contrary, any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

This e-mail message and any files transmitted with it are confidential and may be subject to attorney-client privilege or work-product protection, and should not be read or distributed by anyone other than an intended recipient. If you received this by mistake, please notify us by replying to the message, and then delete it.

1/15/2010