**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-CV-00799-ZLW-KLM

GRANITE SOUTHLANDS TOWN CENTER, LLC,

        Plaintiff

v.

ALBERTA TOWN CENTER, LLC, and
LAND TITLE GUARANTEE COMPANY,

        Defendants.

---

**ORDER GRANTING DEFENDANT ALBERTA TOWN CENTER, LLC'S MOTION**
**FOR LIMITED EXTENSION OF DISCOVERY DEADLINE**

---

THIS COURT has considered Defendant Alberta Town Center, LLC's Motion for Limited Extension of Discovery Deadline and finds that the Motion is well taken and should be granted. Therefore, the Court hereby orders that Defendant Alberta Town Center, LLC's Motion for Limited Extension of Discovery Deadline is granted and the discovery deadline is extended until March 1, 2010 for the limited purpose of allowing Alberta to conduct the depositions of Andrew Piekarski, Christopher Silva, and Jay Alexander.

Dated: _____ 2010

        BY THE COURT:

        _____