IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00799-ZLW-KLM

GRANITE SOUTHLANDS TOWN CENTER LLC,

    Plaintiff,

v.

ALBERTA TOWN CENTER, LLC, and
LAND TITLE GUARANTEE COMPANY,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendant Alberta Town Center, LLC's Motion for Limited Extension of Discovery Deadline** [Docket No. 88; Filed January 15, 2010] (the "Motion").  Defendant Alberta Town Center, LLC ("Alberta") requests an extension of the discovery deadline for the limited purpose of allowing Defendant Alberta to conduct the depositions of Andrew Piekarski, Christopher Silva, and Jay Alexander.  Counsel for Defendant Alberta represents to the Court that counsel for Plaintiff does not object to the extension for this limited purpose.

    IT IS HEREBY **ORDERED** the Motion is **GRANTED**.  The discovery deadline is extended to March 1, 2010 for the limited purpose of conducting depositions of Andrew Piekarski, Christopher Silva, and Jay Alexander.

Dated:  January 15, 2010