**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-CV-00799-ZLW-KLM

GRANITE SOUTHLANDS TOWN CENTER LLC,

    Plaintiff,

v.

ALBERTA TOWN CENTER, LLC and
LAND TITLE GUARANTEE COMPANY,

    Defendants.

## UNOPPOSED MOTION TO EXTEND DISCOVERY DEADLINE

Plaintiff/counter-defendant Granite Southlands Town Center LLC ("Granite"), by and through its attorneys, Fulbright & Jaworski L.L.P., moves the Court for an Order amending the scheduling order to extend the discovery deadline. In support of this motion, Granite states the following:

1. The November 20, 2009 minute order entered by Judge Kristen L. Mix extended the discovery deadline until January 19, 2010 [Dkt. #74].

2. On January 15, 2010, Defendant/counter-plaintiff Alberta Town Center, LLC, ("Alberta") filed a Motion for Limited Extension of Discovery Deadline [Dkt. #88] requesting that the Court extend the January 19, 2010, deadline to March 1, 2010 in order to take the depositions of three Granite representatives. Granite did not oppose Alberta's Motion, and the Court entered an order granting Alberta's Motion on January 15, 2010. [Dkt. #90]

3. Based on information discovered during Granite's depositions of Alberta's principals the weeks of January 4 and 11, and in documents recently produced by Alberta, it has become apparent that Steve Zezulak, the controller for Alberta, possesses information relevant to the true-up dispute. Granite therefore needs to depose Mr. Zezulak. Mr. Stuart Bennett, Alberta's attorney, recently informed Granite's counsel that Mr. Zezulak was in the process of moving offices and could not commit to a deposition date at this time.

4. Also based on information discovered during Granite's depositions of Alberta's principals the weeks of January 4 and 11, and in documents recently produced by Alberta, it has become apparent that Joseph Bellio, a former principal in Alberta, similarly has information relevant to this dispute. Granite is attempting to confirm Mr. Bellio's current contact information and will schedule his deposition as soon as possible, but does not anticipate completing the deposition before the January 19, 2010 discovery deadline.

5. Granite therefore requests an extension of the discovery deadline to March 1, 2010, for the limited purpose of deposing Mr. Steve Zezulak and Mr. Joseph Bellio.

6. As previously noted, Alberta requested a similar extension to person affiliated with Granite's, Granite did not oppose the request, and the Court allowed the extension. In light of Alberta's own requested extension of the discovery deadline, and the limited scope of this request, no prejudice will result from this extension of time.

7. Counsel for Granite conferred with counsel for Alberta and Land Title regarding this motion. Neither Alberta nor Land Title oppose the extension.

WHEREFORE, Granite requests that the Court extend the discovery deadline until March 1, 2010, for the limited purpose of deposing Mr. Steve Zezulak and Mr. Joseph Bellio.

Respectfully submitted this 19th day of January, 2010.

    _/s/Benjamin Vetter_____
OSBORNE J. DYKES, III
BENJAMIN M. VETTER
FULBRIGHT & JAWORSKI L.L.P.
370 Seventeenth Street, Suite 2150
Denver, CO  80202
(303) 801-2700 – Telephone
(303) 801-2777 – Facsimile
jdykes@fulbright.com
bvetter@fulbright.com

PAUL TRAHAN
FULBRIGHT & JAWORSKI L.L.P.
600 Congress Avenue, Suite 2400
Austin, TX  78701
(512) 474-5201 – Telephone
(512) 536-4598 – Facsimile
ptrahan@fulbright.com

**COUNSEL FOR PLAINTIFF/COUNTER-DEFENDANT**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on the 19th day of January, 2010, I electronically filed the foregoing **UNOPPOSED MOTION TO EXTEND DISCOVERY DEADLINE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to attorneys for plaintiffs at the following e-mail addresses:

>    Stephen L. Waters                         swaters@rwolaw.com
>    Kimberly A. Bruetsch                      kbruetsch@rwolaw.com
>    ROBINSON WATERS & O'DORISIO, P.C.
>    1099 18th Street, Suite 2600
>    Denver, CO 80202
>    *Attorneys for Land Title Guarantee*
>
>    Dennis Boyd Polk                          DBP@HAPLAW.NET
>    Holley, Albertson & Polk, P.C.
>    1667 Cole Boulevard, Suite 100
>    Golden, CO 80401
>    *Attorneys for Alberta Defendant Allen G. Provost*
>
>    Stuart N. Bennett                         sbennett@lindquist.com
>    Lindquist & Vennum, P.L.L.P.
>    600 – 17th Street, Suite 1800 – South
>    Denver, CO 80202
>    *Attorneys for Alberta Defendants Peter M. Cudlip*
>    *Donald G. Provost and Alberta Town Center, LLC*

                                         */s/ Benjamin Vetter*