IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 09-cv-00799-ZLW-KLM

GRANITE SOUTHLANDS TOWN CENTER LLC,

     Plaintiff,

v.

ALBERTA TOWN CENTER, LLC, and
LAND TITLE GUARANTEE COMPANY,

     Defendants.

___

## MINUTE ORDER

___

ORDER ENTERED BY JUDGE ZITA L. WEINSHIENK

Dated: January 19, 2010

     It is ORDERED that Plaintiff's Motion For Reconsideration And For Leave To Amend Complaint (Doc. No. 87) will be decided on the parties' briefs without a hearing. It is

     FURTHER ORDERED that the parties shall review and follow the Standards for Civil Motions posted under Judicial Officers' Procedures for Senior Judge Weinshienk on the Court's website at www.co.uscourts.gov.