UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLORADO

Civil Action No. 09-CV-00799-ZLW-KLM

GRANITE SOUTHLANDS TOWN CENTER, LLC,

    Plaintiff,

v.

ALBERTA TOWN CENTER, LLC and
LAND TITLE GUARANTEE COMPANY,

    Defendants.

---

**UNOPPOSED MOTION TO BE EXCUSED FROM ATTENDING SETTLEMENT CONFERENCE**

---

Defendant Land Title Guarantee Company ("Land Title") by and through its undersigned counsel, hereby submits its Unopposed Motion to be Excused from Attending Settlement Conference and states as follows.

*CERTIFICATE OF COMPLIANCE WITH D.C.Colo.L.CivR. 7.1A*

Pursuant to D.C.Colo.L.CivR. 7.1A, counsel for Land Title certifies that she has communicated with counsel for Plaintiff and counsel for Defendant Alberta Town Center before filing this Motion and advises that they have no objection to Land Title not appearing at the settlement conference.

1. The settlement conference in this matter is currently scheduled for January 27, 2010 at 1:30 p.m.

2. Land Title entered into an Escrow Agreement with Plaintiff Granite Southlands Town Center LLC ("Granite"). Land Title agreed to hold $650,000 in escrow as an earnest

money deposit for Granite's purchase of Southlands Town Center from Alberta Town Center LLC ("Alberta").

3. Land Title was named in this action solely because it is holding the escrowed funds pursuant to the terms of the Escrow Agreement. Neither Granite nor Alberta asserted any claims against Land Title seeking damages.

4. Land Title takes no position as to which party is entitled to receipt of the escrow funds. Land Title will comply with any ruling of this Court with respect to which party is entitled to receive the escrow funds.

5. Land Title's sole issue that may impact any settlement is its right to retain its attorneys' fees and costs from the escrowed funds. As such, counsel for Land Title will be available by telephone if needed during the settlement conference.

6. As Land Title has no interest in the settlement discussions between Granite and Alberta, Land Title requests that it be excused from attending the settlement conference set for January 27, 2010.

7. This request is being made for the benefit of all parties as, pursuant to the Escrow Agreement, Land Title is entitled to recovery of its attorneys fees and costs incurred in this matter. The less involvement by Land Title, the less cost is incurred which will be paid from the escrow funds and thus, more money is available for distribution to the appropriate party.

Wherefore, Land Title requests that it be excused from attending the settlement conference currently set for January 27, 2010.

DATED this 19th day of January, 2010.

        Respectfully submitted,

        ROBINSON WATERS & O'DORISIO, P.C.

        *s/ Kimberly A. Bruetsch*
        Stephen L. Waters
        Kimberly A. Bruetsch
        1099 18th Street, Suite 2600
        Denver, Colorado 80202
        Telephone: 303-297-2600
        Facsimile; 303-297-2750
        swaters@rwolaw.com
        kbruetsch@rwolaw.com
        *Counsel for Land Title Guarantee Company*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 19th day of January, 2010, a true and correct copy of the foregoing Unopposed Motion to be Excused from Attending Settlement Conference was served via CM/ECF on the following:

Stuart N. Bennett, Esq.
Lindquist & Vennum PLLP
600 17th Street, Suite 1800-South
Denver, Colorado 80202
sbennett@lindquist.com

Osborne J. Dykes, III, Esq.
Benjamin M. Vetter, Esq.
Fulbright & Jaworski LLP
370 Seventeenth Street, Suite 2150
Denver, Colorado  80202
jdykes@fulbright.com
bvetter@fulbright.com

Paul Trahan, Esq.
Fulbright & Jaworski LLP
600 Congress Avenue, Suite 2400
Austin, Texas  78701
ptrahan@fulbright.com

                                                                                                                                  s/Kristi Kellow