UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLORADO

Civil Action No. 09-CV-00799-ZLW-KLM

GRANITE SOUTHLANDS TOWN CENTER, LLC,

    Plaintiff,

v.

ALBERTA TOWN CENTER, LLC and
LAND TITLE GUARANTEE COMPANY,

    Defendants.

---

**ORDER GRANTING UNOPPOSED MOTION TO BE EXCUSED FROM ATTENDING SETTLEMENT CONFERENCE**

---

THIS MATTER having come before the Court on Defendant Land Title Guarantee Company's Unopposed Motion to be Excused from Attending Settlement Conference, and the Court being duly advised in the premises, hereby GRANTS Land Title's Motion.

Land Title is excused from attending the Settlement Conference currently set for January 27, 2010.

Dated this ____ day of January, 2010.

                                                     BY THE COURT:

                                                   _____
                                                   U.S. District Court Judge