IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00799-ZLW-KLM

GRANITE SOUTHLANDS TOWN CENTER LLC,

    Plaintiff,

v.

ALBERTA TOWN CENTER, LLC, and
LAND TITLE GUARANTEE COMPANY,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion to Extend Discovery Deadline** [Docket No. 91; Filed January 19, 2010] (the "Motion"). Plaintiff requests an extension of the discovery deadline for the limited purpose of allowing Plaintiff to conduct the depositions of Steve Zezulak and Joseph Bellio.

    IT IS HEREBY **ORDERED** the Motion is **GRANTED**. The discovery deadline is extended to March 1, 2010 for the limited purpose of conducting depositions of Steve Zezulak and Joseph Bellio. The Court notes that this extension is in addition to an extension previously granted by the Court in its Order of January 15, 2010 [Docket No. 90], which extended the discovery deadline to March 1, 2010 for the purpose of conducting depositions of Andrew Piekarski, Christopher Silva, and Jay Alexander.

Dated: January 19, 2010