IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-00799-ZLW-KLM

GRANITE SOUTHLANDS TOWN CENTER, LLC,

      Plaintiff

v.

ALBERTA TOWN CENTER, LLC, and
LAND TITLE GUARANTEE COMPANY,

      Defendants.

---

**DEFENDANT ALBERTA TOWN CENTER, LLC'S UNOPPOSED MOTION TO VACATE AND RESET SETTLEMENT CONFERENCE**

---

Defendant, Alberta Town Center, LLC ("Alberta"), by and through its attorneys, Lindquist & Vennum, PLLP, moves this Court for an Order vacating the settlement conference currently set for January 27, 2010, at 1:30 p.m. and resetting the conference for an early date subsequent to the Court's ruling on Plaintiff's pending Motion For Reconsideration and For Leave to Amend Complaint [Docket No. 87]. As grounds therefor, Alberta states as follows:

1. On October 13, 2009, Magistrate Judge Kristen L. Mix entered a minute order [Docket No. 57] granting Plaintiff's partially opposed Motion to Continue Settlement Conference [Docket No. 55] vacating and resetting the settlement conference to January 27, 2010, at 1:30 p.m.

-1-

-2-

2. At the time of the Court's minute order both counsel for Alberta were available and had no conflicts with the setting of the Settlement Conference. Alberta therefore did not seek at that time to reschedule the conference.

3. Both of Alberta's counsel are counsel of record for the four plaintiffs in two consolidated cases pending in the District Court for Arapahoe County, Colorado, captioned *Scott A. Cunningham, et al. v. BHP Petroleum Great Britain PLC, et al.,* Civil Action Nos. 99-CV-1883 and 03-CV-4146. Trial was scheduled in these two cases for three days commencing January 19, 2010. The trial of these cases was continued by the Arapahoe County District Court from January 19, 2010, to January 26, 2010, because of a conflicting criminal case pending in that court which is entitled to priority over these two civil matters.

4. As a result of the rescheduling of the Arapahoe County District Court cases, both counsel for Alberta now have a conflict with the pending Settlement Conference. One of the two Arapahoe County District Court cases has been pending for 10 years, has been appealed twice, once to the United States Court of Appeals for the Tenth Circuit and once to the Colorado Court of Appeals. Counsel's clients are elderly—all are over the age of 70—and one is over 80. Therefore, instead of seeking to continue the Arapahoe County District Court cases, counsel is requesting this Court to reschedule the Settlement Conference.

5. As an additional ground, Alberta's counsel advises the Court that Plaintiff filed a Motion for Reconsideration and for Leave to Amend Complaint [Docket No. 87] on January 13, 2010. In this Motion, Plaintiff seeks reconsideration of the Court's December 29, 2009, Order [Docket No. 85] that dismissed all claims against the individual Defendants Donald G. Provost, Allan G. Provost and Peter M. Cudlip. Plaintiff also seeks to amend for a second time its

complaint to re-assert claims against the individual Defendants and to amend its claims against Alberta to recover damages in the "tens of millions of dollars" against Alberta and the individual Defendants.  See Plaintiff's Proposed Second Amended Complaint at 16, ¶ 30, attached as Exhibit 1 to Plaintiff's Motion to Amend Complaint. [Docket No. 87]

6. Unless Plaintiff's motion to amend is granted, the present case involves only the parties' respective claims to entitlement to $650,000 held in escrow by Defendant Land Title Guarantee Company, the parties' respective claims for their attorneys' fees and Alberta's claims relating to proration of income and expenses in connection with the closing of the sale of the Southlands Shopping Center to Plaintiff—an amount that is less than $200,000.  The proposed second amendment to the complaint will thus substantially change the complexion of and the parties to the case as well as the amounts in controversy.  A settlement conference prior to the Court's determination of Plaintiff's motion to amend is therefore not likely to be productive.

7. As noted in the caption, Alberta's counsel has conferred with Granite's counsel who does not oppose this motion.

8. For the foregoing reasons, Alberta requests that the Court vacate the Settlement Conference presently scheduled for January 27, 2010, at 1:30 p.m. and reset the conference at an

early date subsequent to the Court's determination of Plaintiff's Motion for Reconsideration and For Leave to Amend Complaint [Docket No. 87].

DATED:   January 20, 2010.

Respectfully submitted,

s/   Stuart N. Bennett
Stuart N. Bennett
**LINDQUIST & VENNUM, P.L.L.P.**
600 - 17th Street, Suite 1800 –South
Denver, CO 80202
Telephone:   (303) 573-5900
Fax:             (303) 573-1956
E-mail:         skabler@lindquist.com
Attorneys for Defendant Alberta Town Center, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | | |
|---|---|---|
| *Attorneys for Plaintiff & Counter Defendant Granite Southlands Town Center, LLC* | jdykes@fulbright.com<br>bvetter@fulbright.com | Osborne J. Dykes, III<br>Benjamin M. Vetter<br>Fulbright & Jaworski LLP<br>370 – 17th Street, Suite 2150<br>Denver, CO   80202 |
| *Attorneys for Plaintiff & Counter Defendant Granite Southlands Town Center, LLC* | ptrahan@fulbright.com | Paul Trahan<br>Fulbright & Jaworski LLP<br>600 Congress Avenue, Suite 2400<br>Austin, TX   78701 |
| *Defendant Land Title Guarantee Company* | kbruetsch@rwolaw.com | Kimberly A. Bruetsch<br>Robinson, Waters & O'Dorisio PC<br>1099 – 18th Street, 26th Floor<br>Denver, CO   80202 |

And I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner indicated by the non-participant's name:   NONE

            s/   Stuart N. Bennett
            Stuart N. Bennett
            Attorneys for Defendant Alberta Town Center, LLC
            Lindquist & Vennum P.L.L.P.
            600 - 17th Street, Suite 1800 –South
            Denver, CO 80202
            Telephone:   303-573-5900
            Fax:   303-573-1956
            E-mail:   skabler@lindquist.com