IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-00799-ZLW-KLM

GRANITE SOUTHLANDS TOWN CENTER, LLC,

      Plaintiff

v.

ALBERTA TOWN CENTER, LLC, and
LAND TITLE GUARANTEE COMPANY,

      Defendants.

---

**ORDER GRANTING DEFENDANT ALBERTA TOWN CENTER, LLC'S UNOPPOSED MOTION TO VACATE AND RESET SETTLEMENT CONFERENCE**

---

      **THIS MATTER** having come before the Court upon Defendant Alberta Town Center, LLC's Unopposed Motion to Vacate and Reset Settlement Conference, and the Court being advised in the premises, finds the same is well taken,

      **IT IS HEREBY ORDERED** that the settlement conference currently set for January 27, 2010, at 1:30 p.m. is hereby vacated, which settlement conference will be reset after the Court has had an opportunity to rule on Plaintiff's Motion for Reconsideration and For Leave to Amend Complaint [Docket No. 87].

      **ORDERED** this _____ day of _____, 2010.

      **BY THE COURT:**

      _____
      United States District Court Judge

Doc# 3153822\1