IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00799-ZLW-KLM

GRANITE SOUTHLANDS TOWN CENTER LLC,

    Plaintiff,

v.

ALBERTA TOWN CENTER, LLC, and
LAND TITLE GUARANTEE COMPANY,

    Defendants.

_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant Land title Guarantee Company's **Unopposed Motion to be Excused from Attending Settlement Conference** [Docket No. 94; Filed January 19, 2010] (the "Motion").

    Defendant Land Title and Defendant Land Title's counsel seek to be excused from attending the Settlement Conference in person. According to the Motion, Land Title was named in this action solely because it is holding escrowed funds and neither Plaintiff nor Defendant Alberta Town Center are making claims against Land Title for damages. Counsel for Land Title states that if necessary, she can be available by telephone to discuss Land Title's sole issue that may impact settlement negotiations, which is its right to retain its attorneys' fees and costs from the escrowed funds.

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Counsel for Land Title shall be available to receive a telephone call from the Court at any time during the scheduled Settlement Conference.

Dated: January 20, 2010