**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-CV-00799-ZLW-KLM

GRANITE SOUTHLANDS TOWN CENTER LLC,

    Plaintiff,

v.

ALBERTA TOWN CENTER, LLC and
LAND TITLE GUARANTEE COMPANY,

    Defendants.

## MOTION FOR LEAVE TO FILE SURREPLY

Plaintiff/counter-defendant Granite Southlands Town Center LLC ("Granite"), by and through its attorneys, Fulbright & Jaworski L.L.P., moves the Court for leave to file the attached Surreply to Defendant Alberta Town Center, LLC's Motion for Partial Summary Judgment ("Alberta's Motion") [Dkt. #75]. In support of this motion, Granite states the following:

1. Alberta's Reply Re: Motion for Partial Summary Judgment ("Reply") [Dkt. #86], raised several new arguments. The Reply argued for the first time that (1) the modification to the Cinema Estoppel stating that the foundation of the building is cracked is not "material" because the "as is, where is" clause in the Forward Purchase and Sale Agreement ("FPSA") renders all defects in the property immaterial as a matter of law, *id.* at 4-6; (2) that the cracked foundation is immaterial because Colorado Cinema is liable for the repairs, *id.* at 2, 7-8; (3) that Exhibit H to the FPSA does not constitute the form for the Required Estoppels, *id.* at 6-7; (4) that Granite waived its objections to the Cinema Estoppel in the First Amended Complaint; *id.* at 8; and (5)

85461101.2

that Granite is required to satisfy an eight-part test (as opposed to the three-part test asserted in Alberta's Motion) to object to an estoppel certificate based on an indication of continuing default. *Id.* at 10-11.

2. Alberta's Motion did not mention the "as is, where is" warranty clause and never argued that the clause renders the foundation cracks immaterial or that the cracked foundation is immaterial as a matter of law because Colorado Cinema is legally liable for the repairs. It also did not clearly assert that Exhibit H to the FPSA no longer constituted the required form for the Required Estoppels, raise any waiver arguments, or assert an eight-part test as a requirement to object to an estoppel certificated based on an indication of continuing default.

3. "When a party puts forth new arguments in a reply brief, a court may avoid error by either: (1) choosing not to rely on the new arguments in determining the outcome of the motion; or (2) permitting the nonmoving party to file a surreply." *E.E.O.C. v. Outback Steakhouse*, 510 F.Supp.2d 1250, 1260 (D. Colo. 2007).

4. Granite's Surreply is limited to addressing the new arguments raised in the Reply.

5. In compliance with D.COLO.LCiv.R 7.1(A), counsel for Granite conferred with Alberta's counsel regarding this motion. Alberta opposes this Motion for Leave to File Surreply.

WHEREFORE, Granite respectfully requests that the Court grant its motion for leave to a Surreply and order that the attached Surreply be filed as part of the record of this case.

Respectfully submitted this 29th day of January, 2010.

 /s/Benjamin Vetter
OSBORNE J. DYKES, III
BENJAMIN M. VETTER
FULBRIGHT & JAWORSKI L.L.P.
370 Seventeenth Street, Suite 2150
Denver, CO  80202
(303) 801-2700 – Telephone
(303) 801-2777 – Facsimile
jdykes@fulbright.com
bvetter@fulbright.com

PAUL TRAHAN
FULBRIGHT & JAWORSKI L.L.P.
600 Congress Avenue, Suite 2400
Austin, TX  78701
(512) 474-5201 – Telephone
(512) 536-4598 – Facsimile
ptrahan@fulbright.com

**COUNSEL FOR PLAINTIFF/COUNTER-DEFENDANT**

- 4 -

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on the 29th day of January, 2010, I electronically filed the foregoing **MOTION FOR LEAVE TO FILE SURREPLY** with the Clerk of Court using the CM/ECF system which will send notification of such filing to attorneys for plaintiffs at the following e-mail addresses:

> Stephen L. Waters                 swaters@rwolaw.com
> Kimberly A. Bruetsch              kbruetsch@rwolaw.com
> ROBINSON WATERS & O'DORISIO, P.C.
> 1099 18th Street, Suite 2600
> Denver, CO 80202
> *Attorneys for Land Title Guarantee*
>
> Stuart N. Bennett                 sbennett@lindquist.com
> Lindquist & Vennum, P.L.L.P.
> 600 – 17th Street, Suite 1800 – South
> Denver, CO 80202
> *Attorneys for Alberta Defendants Peter M. Cudlip*
> *Donald G. Provost and Alberta Town Center, LLC*

                                        */s/ Benjamin Vetter*

85461101.2                              - 4 -