**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-CV-00799-ZLW-KLM

GRANITE SOUTHLANDS TOWN CENTER LLC,

       Plaintiff,

v.

ALBERTA TOWN CENTER, LLC and
LAND TITLE GUARANTEE COMPANY,

       Defendants.

---

**MOTION TO WITHDRAW DOCUMENT NO. 102**

---

Plaintiff/counter-defendant Granite Southlands Town Center LLC ("Granite"), by and through its attorneys, Fulbright & Jaworski L.L.P., moves to withdraw its previously filed Motion for Leave to File Surreply (Dkt. #102). In support of this motion, Granite states the following:

1. On January 29, 2010, Granite filed a Motion for Leave to File Surreply with a proposed Surreply attached as an exhibit to the Motion for Leave. This document was designated Document No. 102.

2. After filing, counsel for Granite discovered that it inadvertently filed a preliminary draft of the proposed Surreply. The inadvertently filed proposed Surreply was designated Document No. 102-2.

85475364.1

3.      Upon discovery of the error, Granite promptly filed the correct and intended Motion for Leave to File Surreply, with attachment.  The proper Motion for Leave appears in the record as Document No. 103.

4.      Granite now moves to withdraw from the record of this case Document No. 102, the inadvertently filed draft of the Motion for Leave.

WHEREFORE, Granite respectfully requests that the Court grant its Motion to Withdraw and order that Document No. 102, and its attachment [Dkt. 102-2], be stricken from the record of this case.

Respectfully submitted this 29th day of January, 2010.


 /s/Benjamin Vetter
OSBORNE J. DYKES, III
BENJAMIN M. VETTER
FULBRIGHT & JAWORSKI L.L.P.
370 Seventeenth Street, Suite 2150
Denver, CO  80202
(303) 801-2700 – Telephone
(303) 801-2777 – Facsimile
jdykes@fulbright.com
bvetter@fulbright.com

PAUL TRAHAN
FULBRIGHT & JAWORSKI L.L.P.
600 Congress Avenue, Suite 2400
Austin, TX  78701
(512) 474-5201 – Telephone
(512) 536-4598 – Facsimile
ptrahan@fulbright.com

**COUNSEL FOR PLAINTIFF/COUNTER-DEFENDANT**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on the 29th day of January, 2010, I electronically filed the foregoing

**MOTION TO WITHDRAW** with the Clerk of Court using the CM/ECF system which will

send notification of such filing to attorneys for plaintiffs at the following e-mail addresses:

Stephen L. Waters                                    swaters@rwolaw.com
Kimberly A. Bruetsch                               kbruetsch@rwolaw.com
ROBINSON WATERS & O'DORISIO, P.C.
1099 18th Street, Suite 2600
Denver, CO 80202
*Attorneys for Land Title Guarantee*

Stuart N. Bennett                                     sbennett@lindquist.com
Lindquist & Vennum, P.L.L.P.
600 – 17th Street, Suite 1800 – South
Denver, CO 80202
*Attorneys for Alberta Defendants Peter M. Cudlip*
*Donald G. Provost and Alberta Town Center, LLC*

*/s/ Benjamin Vetter*