IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 09-cv-00799-ZLW-KLM

GRANITE SOUTHLANDS TOWN CENTER LLC,

      Plaintiff,

v.

ALBERTA TOWN CENTER, LLC, and
LAND TITLE GUARANTEE COMPANY,

      Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE ZITA L. WEINSHIENK

Dated: February 1, 2010


      It is ORDERED that Plaintiff's Motion To Withdraw Document No. 102 (Doc. No. 104) is granted, and Doc. No. 102 hereby is stricken.  It is

      FURTHER ORDERED that Doc. No. 102 in this case hereby is sealed by the Court.  It is

      FURTHER ORDERED that Plaintiff's Motion For Leave To File Surreply (Doc. No. 103) is granted.  It is

      FURTHER ORDERED that Plaintiff shall file its Surreply (Doc. No. 103-2) as a separate document on or before February 2, 2010.