# EXHIBIT 12

# FULBRIGHT & JAWORSKI L.L.P.
A REGISTERED LIMITED LIABILITY PARTNERSHIP
600 CONGRESS AVENUE, SUITE 2400
AUSTIN, TEXAS 78701-2978
WWW.FULBRIGHT.COM

PAUL TRAHAN
PARTNER
PTRAHAN@FULBRIGHT.COM

DIRECT DIAL: (512) 536-5288
TELEPHONE: (512) 474-5201
FACSIMILE: (512) 536-4598

January 29, 2010

Stuart N. Bennett                                     *(Via E-Mail)*
Lindquist & Vennum, P.L.L.P.
600 - 17th Street, Suite 1800 - South
Denver, CO 80202

Re:   Civil Action No. 09-CV-00799-ZLW-KLM; *Granite Southlands Town Center LLC v. Alberta Town Center, LLC et al*; in the United States District Court for the District of Colorado

Dear Stu:

Enclosed is information we recently received from the Southlands Metro District. This information strongly suggests the Metro District paid construction costs for which Alberta Town Center, LLC took credit for purposes of determining the purchase price Granite paid for the Southlands Town Center. The discrepancy amounts to over $10,000,000 – the difference between $158,807,880 in construction costs for which Alberta took credit and actual costs of $148,673,601. If there is an easy explanation for this that we are not seeing, please advise us of it immediately. Otherwise we will have no choice but to pursue legal remedies for this substantial and troubling discrepancy. We look forward to your prompt reply.

Very truly yours,

Paul Trahan

PT/jw
Enclosure
Cc:   Jeff Dykes (Firm/CO)
      Ben Vetter (Firm/CO)

85474461.1/10904447

AUSTIN • BEIJING • DALLAS • DENVER • DUBAI • HONG KONG • HOUSTON • LONDON • LOS ANGELES • MINNEAPOLIS
MUNICH • NEW YORK • RIYADH • SAN ANTONIO • ST. LOUIS • WASHINGTON DC

## Patrick, Bryan W.

| | |
|---|---|
| **From:** | Clint C. Waldron [cwaldron@wbapc.com] |
| **Sent:** | Wednesday, January 27, 2010 10:43 AM |
| **To:** | Patrick, Bryan W. |
| **Subject:** | RE: Southlands - Metro District Agreements |
| **Attachments:** | Southlands No. 1 - Engineer's Report.pdf |
| **Filed:** | -1 |
| **NRTID:** | !nrtdms:0:!session:US_DMS:!database:US2005:!document:60263186,1: |

Bryan,

All of the public, district eligible improvements were constructed by the developer and then acquired from the developer by the District. At the time of the acquisition, the district's engineer verified the costs associated with the public infrastructure and issued a report indicating which items could be acquired using public funds. I've attached the applicable pages from the report for your review. Please let me know if this will get us over the hurdle and move this agreement forward to execution.

Thanks
Clint

Clint C. Waldron
WHITE, BEAR & ANKELE
Professional Corporation
1805 Shea Center Dr., Suite 100
Highlands Ranch, CO 80129
*Licensed in Colorado and Idaho*
www.whitebearankele.com

(T) 303.858.1800
(F) 303.858.1801
cwaldron@wbapc.com

Confidentiality Notice:

The information contained in this e-mail message is attorney privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone or e-mail and immediately delete the e-mail. Thank you.

# Engineer's Report
## On
## District Improvements
## And
## Estimate Of Probable Costs

# Southlands Metropolitan District No. 1

### The Southlands
Aurora, Colorado



**Prepared June 5, 2007**



BEYOND ENGINEERING

lighting, irrigation, and transportation facilities. The District is expected to assume all responsibility for the operation and maintenance of the facilities and improvements identified in this section, and will do so either by itself or by contract with building owners' associations or other appropriate entity. If the District elects to operate and maintain the facilities itself, the expenses associated with such activities may be paid from fees lawfully imposed by the District upon its taxpayers or other legally available revenues of the District. Approval of the Service Plan by Aurora constitutes Aurora's agreement that the District may perform these functions.

### V. ENGINEER'S ESTIMATE OF DISTRICT ELIGIBLE IMPROVEMENT COSTS:

As described herein, the estimate of probable costs, including design, engineering and construction for all improvements will be $158,807,880. Of this amount, $10,134,279 is classified as "District" expenditures, eligible for reimbursement or funding by District bond proceeds. The remaining $148,673,601 of the improvement budget is classified as "Developer" expenditures, to be paid by private funds provided by the Developer. Table 1 is the Engineer's Estimate of District Eligible Improvement Costs which provides a summary of costs related to District funded improvements.

### VI. DISTRICT ENGINEER'S CERTIFICATION:

It is my professional opinion, as District Engineer, that the District improvements provided herein at the Southlands Metropolitan District No. 1 of the Southlands development have been constructed as designed and that the associated costs for said improvements are reasonable and fair.

For and on behalf of Southlands Metropolitan District No. 1,

Joseph M. Culkin, P.E.
District Engineer, Southlands Metropolitan District No. 1
Nolte Associates, Inc.

6

## Table 1
## ENGINEER'S ESTIMATE OF DISTRICT ELIGIBLE IMPROVEMENT COSTS

### Verified Direct Construction Costs

| Description of Work Performed | Subcontractor | Quantity | UM | Unit Cost | Total |
|---|---|---|---|---|---|
| Asphalt Paving - Type I | Aggregate Industries | 13,800 | SY | $ 13.05 | $ 180,090.00 |
| Asphalt Paving - Type II | Aggregate Industries | 7,500 | SY | $ 20.05 | $ 150,375.00 |
| Curb & Gutter | Thoutt Bros | 6,900 | LF | $ 10.43 | $ 71,967.00 |
| Vertical Curb | Thoutt Bros | 4,200 | LF | $ 18.63 | $ 78,246.00 |
| Concrete Paving - Type I | Thoutt Bros | 20,000 | SF | $ 4.73 | $ 94,600.00 |
| Concrete Sidewalk | Thoutt Bros | 11,500 | SF | $ 2.28 | $ 26,220.00 |
| Sidewalk Pavers | AAA Waterproofing | 76,000 | SF | $ 7.00 | $ 532,000.00 |
| Plaza Pavers | AAA Waterproofing | 30,200 | SF | $ 7.00 | $ 211,400.00 |
| Landscaping/Irrigation | ValleyCrest Landscape Development | 1 | LS | $ 610,146.39 | $ 610,146.39 |
| Plaza Fountains | Colorado Hardscapes | 1 | LS | $ 686,871.00 | $ 686,871.00 |
| Plaza / Site Electrical | Ludvik Electric | 1 | LS | $ 2,136,436.00 | $ 2,136,436.00 |
| Domestic/Fire Water | Fiore & Sons Inc. | 1 | LS | $ 462,601.21 | $ 462,601.21 |
| Sanitary Sewer | Fiore & Sons Inc. | 1 | LS | $ 175,600.97 | $ 175,600.97 |
| Storm Sewer | Fiore & Sons Inc. | 1 | LS | $ 962,868.50 | $ 962,868.50 |
| Communication Utility Conduits | LRM Com Inc. | 1 | LS | $ 227,424.00 | $ 227,424.00 |
| Carillons-Site Amenities | Media Management Services, Inc. | 1 | LS | $ 440,170.00 | $ 440,170.00 |
| Fire Pit and Controls | Automated Fire & Water Effects | 1 | LS | $ 12,417.00 | $ 12,417.00 |
| Regulatory Signage | Gardner Signs Inc. | 1 | LS | $ 264,023.00 | $ 264,023.00 |
| Bronze Bears | Beck / Fedde Bronze Works | 1 | LS | $ 63,609.00 | $ 63,609.00 |
| Furniture | DM Braun & Company | 1 | LS | $ 275,497.00 | $ 275,497.00 |
| Main Street Planters/Retaining Walls Stone Facing | Central Masonry Corp. (Stone Work) | 1 | LS | $ 430,400.00 | $ 430,400.00 |
| Concrete Retaining Wall | La Russo Concrete Co. (Wall Work) | 1 | LS | $ 435,278.19 | $ 435,278.19 |
| District Grading | Fiore & Sons Inc. | 1 | LS | $ 63,044.16 | $ 63,044.16 |
| | | | | **Direct Construction Costs Subtotal:** | **$ 8,591,284.42** |

### Professional Services

| | Percent of Direct Construction Costs Subtotal | |
|---|---|---|
| Design Fees | 6.96% | $ 597,953.40 |
| Construction Management Fees / Alberta | 4.00% | $ 343,651.38 |
| Construction Management Fees / Beck | 3.50% | $ 300,694.95 |
| Construction Staking Fees | 1.50% | $ 128,869.27 |
| Geotech / Material Testing Fees | 2.00% | $ 171,825.69 |
| | **Professional Services Subtotal:** | **$ 1,542,994.68** |
| | **VERIFIED TOTAL COST:** | **$ 10,134,279.10** |

PREPARED BY:
NOLTE  6/5/2007

N:\DVB0224\CM GROUP\District Oversight\Engineers Report\Engineers Report - Final\Southlands Metro District Verified Costs 20070531.xls