IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-00799-ZLW-KLM

GRANITE SOUTHLANDS TOWN CENTER LLC,

        Plaintiff,

v.

ALBERTA TOWN CENTER, LLC,
LAND TITLE GUARANTEE COMPANY,
DONALD G. PROVOST,
and PETER M. CUDLIP,

        Defendants.

## PLAINTIFF'S MOTION FOR LEAVE TO SUBSTITUTE EXHIBIT 1 TO MOTION FOR RECONSIDERATION

Plaintiff/counter-defendant Granite Southlands Town Center LLC ("Granite") files this motion for leave to substitute the attached Exhibit 1 for the exhibit previously attached as Exhibit 1 to *Plaintiff's Motion for Reconsideration and for Leave to Amend Complaint* [Dkt. #87] ("Motion to Amend").

1.    This is a fraud, breach of contract, and declaratory judgment suit concerning a property known as the Southlands Town Center in Aurora, Colorado (the "Property").

2.    On January 13, 2010, Granite filed its Motion to Amend its live complaint in this action to assert additional fraud and contract claims stemming from its purchase of the Property, and together with that motion, submitted a proposed *Plaintiff's Second Amended Complaint* [Dkt. #87-1] ("Second Amended Complaint").

85498067.2

3. In its Motion to Amend, Granite demonstrated that facts only recently learned through the discovery process prompted it to seek the Court's leave to amend its live pleading[1] and otherwise showed good cause and sufficient grounds for doing so, each of which is fully incorporated by reference.

4. Since the time Granite filed its Motion to Amend, Granite learned for the first time that the Southlands Metro District No. 1 ("Metro District") paid the construction costs of certain roadway, infrastructure, and other common area improvements to the Property that Alberta added to the ultimate purchase price paid by Granite. To induce Granite to pay this amount, Alberta represented that these amounts were actual costs incurred by Alberta, without disclosing that Metro District paid for them. This resulted in Granite overpaying for the Property by $10,134,278. In paying off the underlying loan, Granite paid for construction costs that had already been paid to Alberta by Metro District. Alberta received double consideration for the same work.

5. As a result, Granite seeks leave to revise its proposed Second Amended Complaint to add these allegations. Exhibit 1 to this motion is the proposed revised version of the Second Amended Complaint to be substituted. For the Court's convenience, Granite is also attaching as Exhibit 2, a redlined comparison of the revised version against the original to show the added allegations and conforming changes.

6. Because the Court has not yet ruled on its Motion to Amend, Granite submits that the most expeditious means to present the revision is to permit Granite to substitute the attached

---

[1] *Plaintiff's First Amended Complaint* [Dkt. #34] ("Complaint").

Exhibit 1 in the place of the proposed Second Amended Complaint previously attached as Exhibit 1 to its Motion to Amend.

## CONCLUSION AND PRAYER

For these reasons, Plaintiff asks the Court to: (i) grant this Motion for Leave to Substitute Exhibit 1 to its Motion to Amend; (ii) issue an order granting Granite leave to substitute the attached Exhibit 1 to Granite's Motion to Amend for the previously proposed Second Amended Complaint that is currently attached as Exhibit 1; and (iii) grant Granite such other and further relief to which it is entitled.

Respectfully submitted this 16th day of February, 2010.

Respectfully submitted,

/s/ Paul Trahan
OSBORNE J. DYKES, III
BENJAMIN M. VETTER
FULBRIGHT & JAWORSKI L.L.P.
370 Seventeenth Street, Suite 2150
Denver, CO  80202
(303) 801-2700 – Telephone
(303) 801-2777 – Facsimile
jdykes@fulbright.com
bvetter@fulbright.com

PAUL TRAHAN
FULBRIGHT & JAWORSKI L.L.P.
600 Congress Avenue, Suite 2400
Austin, TX  78701
(512) 474-5201 – Telephone
(512) 536-4598 – Facsimile
ptrahan@fulbright.com

**COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

I certify that I conferred with counsel for the Defendants on February 12, 2010, and they informed me that the Defendants oppose the relief sought in this motion.

*/s/ Osborne J. Dykes, III*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on February 16, 2010, I electronically filed the foregoing **PLAINTIFF'S MOTION FOR LEAVE TO SUBSTITUTE EXHIBIT 1 TO MOTION FOR RECONSIDERATION** with the Clerk of Court using the CM/ECF system which will send notification of such filing to attorneys for the remaining parties at the following e-mail addresses:

Stephen L. Waters
Kimberly A. Bruetsch
Robinson Waters & O'Dorisio, P.C.
1099 18th Street, Suite 2600
Denver, CO 80202
swaters@rwolaw.com
kbruetsch@rwolaw.com
*Attorneys for Land Title Guarantee*

Stuart N. Bennett
Lindquist & Vennum, P.L.L.P.
600 – 17th Street, Suite 1800 – South
Denver, CO 80202
sbennett@lindquist.com
*Attorneys for Defendants Peter M. Cudlip
Donald G. Provost and Alberta Town Center, LLC*

/s/ Paul Trahan