IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita Leeson Weinshienk

Civil Action No. 09-cv-00799-ZLW-KLM

GRANITE SOUTHLANDS TOWN CENTER LLC,

     Plaintiff,

v.

ALBERTA TOWN CENTER, LLC., and
LAND TITLE GUARANTEE COMPANY,

     Defendants.

_____

ORDER
_____

     The matters before the Court are Plaintiff's Motion For Reconsideration And For Leave To Amend Complaint (Doc. No. 87) and Plaintiff's Motion For Leave To Substitute Exhibit 1 To Motion For Reconsideration (Doc. No. 109).  The Court has carefully reviewed the moving and responding papers, the relevant portions of the case file, and the applicable legal authority.  It is

     ORDERED that Plaintiff's Motion For Leave To Substitute Exhibit 1 To Motion For Reconsideration (Doc. No. 109) is granted.  It is

     FURTHER ORDERED that Plaintiff's Motion For Reconsideration And For Leave To Amend Complaint (Doc. No. 87) is denied.

     DATED at Denver, Colorado, this 17th day of February, 2010.

                                            BY THE COURT:

                                            _____
                                            ZITA LEESON WEINSHIENK, Senior Judge
                                            United States District Court