# MINUTE ENTRY FOR SETTLEMENT

TO:       Docketing

FROM:   Magistrate Judge Kristen L. Mix

DATE:   April 20, 2010

RE:       **Case No.** 09-cv-00799-ZLW-KLM

<u>Granite Southlands Town Center, LLC v. Alberta Town Center, LLC, et al</u>

__✓__  A settlement conference was held on this date, and no settlement was reached as to any claims in this action.

_____  A settlement conference was held on this date, and a settlement was reached as to

  _____ All claims in this action. The parties shall file a stipulated motion to dismiss on or before _____.

  _____ Claims between _____ and _____. These parties shall file a stipulated motion to dismiss on or before _____.

Settlement conference and preparation time involved: __5__ hours __30__ minutes.

_____ A record was made          __✓__ No record was made

* * * * * * * * * * * * * * * *

_____ Supplemental settlement negotiations were held in the above-captioned case.

Negotiation time involved: _____hours _____minutes.