**EXHIBIT A-1**

**From:** Steve Zezulak [sfz@albdev.com]
**Sent:** Tuesday, June 24, 2008 10:39 PM
**To:** Elston, Juli
**CC:** Silva, Chris
**Subject:** Alberta Town Center - May 2008 Operating Statement
**Attachments:** Town Center May 2008 Variance Report SFZ 6-24-08.pdf

Juli:

Please see the attached Budget Variance Report for Alberta Town Center for the month of May, 2008. You will notice that net income for the month was $213,322. However the current cash balance is $30,144, due to payment of the second half of the property taxes totaling $605,893 on June 12th (a copy of the check stub and tax bills is included).

We would therefore respectfully request that no cash be swept from the account this month.

Please don't hesitate to contact Peter Cudlip should you have any questions regarding the attached.


Steve Zezulak

Controller

Alberta Development Partners, LLC

5460 South Quebec Street, Suite 100

Greenwood Village, Colorado 80111


Phone: 303.771.4004

Fax: 303.771.4086

E-Mail: sfz@albdev.com

Alberta Town Center, LLC
Budget Variance Report
May 31, 2008

| | Current Month Budget | Current Month Actual | Current Month Variance |
|---|---|---|---|
| **Income** | | | |
| Base Rent - Retail | 780,246 | 679,057 | (101,189) |
| Base Rent - Office | 73,353 | 93,955 | 20,602 |
| Rent Abatement | - | (31,374) | (31,374) |
| Percentage Rent | - | (408) | (408) |
| CAM Income | - | (12,408) | (12,408) |
| Recoveries-CAM-Retail | 146,418 | 147,468 | 1,050 |
| Recoveries-CAM-Office | 26,106 | - | (26,106) |
| Recoveries-RE Tax-Retail | 128,921 | 122,841 | (6,080) |
| Recoveries-RE Tax-Office | 19,016 | - | (19,016) |
| Recoveries-Insurance-Ret | 6,760 | 5,478 | (1,282) |
| Recoveries-Insurance-Off | 702 | - | (702) |
| Miscellaneous Income - | - | - | - |
| Interest Income | - | 7,428 | 7,428 |
| Late Fee Income | - | - | - |
| Miscellaneous Income | 17,390 | 14,847 | (2,543) |
| Trash-Retail | 5,000 | 5,000 | - |
| Antenna Income - Retail | - | - | - |
| Other Miscellaneous Inco | - | 250 | 250 |
| **Total Income** | 1,203,912 | 1,032,134 | (171,778) |
| **Expenses** | | | |
| **CAM Exp.-Recoverable** | | | |
| Other Expenses | 3,616 | - | 3,616 |
| Other Expenses - Buildin | - | - | - |
| Utility Expense | - | 1,587 | (1,587) |
| Real Estate Taxes - Reta | - | - | - |
| Real Estate Taxes - Offi | - | - | - |
| Insurance - Retail | - | - | - |
| Insurance - Office | - | - | - |
| Gas/Oil-Retail | 2,300 | 3,257 | (957) |
| Gas/Oil-Office | 1,250 | 34 | 1,216 |
| Electric-Retail | 15,417 | 11,835 | 3,582 |
| Electric-Office | 12,083 | 10,340 | 1,743 |
| Water-Building-Retail | 8,750 | 10,436 | (1,686) |
| Water-Building-Office | 1,750 | 1,954 | (204) |
| Garbage-Scavenger-Office | - | - | - |
| Janitorial Svc Contract- | 3,692 | - | 3,692 |
| Janitorial Svc Contract- | 2,158 | 9,757 | (7,599) |
| Window Cleaning-Office | - | - | - |
| Plumbing/Gas-R&M-Retail | - | - | - |
| Roof Repair-R&M-Retail | 150 | - | 150 |
| Roof Repair-R&M-Office | 250 | - | 250 |
| HVAC-R&M | - | - | - |
| HVAC-Service Contracts-O | - | - | - |
| HVAC - Parts and Supplie | - | 4,660 | (4,660) |
| Building - R&M-Retail | 2,500 | 161 | 2,339 |
| Building - R&M-Office | 1,667 | 173 | 1,494 |
| Elevator R&M Office | 626 | 1,150 | (524) |
| Lighting Maintenance Co | 54 | 1,350 | (1,296) |
| Lighting Maintenance Co | 21 | 525 | (504) |
| Bulbs and Ballast Retail | 575 | - | 575 |
| Bulbs and Ballast Office | 332 | - | 332 |
| Fire & Life Retail | 1,250 | 3,818 | (2,568) |
| Fire & Life Office | 303 | 151 | 152 |
| Backflow Testing Fire S | - | 2,492 | (2,492) |
| Backflow Testing Fire S | - | 328 | (328) |
| Exterminating Pest Cont | 316 | 317 | (1) |
| Exterminating Pest Cont | 123 | 123 | - |
| Other R&M Retail | 20,000 | 655 | 19,345 |
| Other R&M Office | 3,000 | 627 | 2,373 |
| R&M Restrooms Retail | 375 | - | 375 |

Alberta Town Center, LLC
Budget Variance Report
May 31, 2008

|  | Current Month Budget | Current Month Actual | Current Month Variance |
|---|---:|---:|---:|
| Metro District Retail | 25,752 | 31,847 | (6,095) |
| Metro District Office | 10,079 | 12,385 | (2,306) |
| Contract Service Landsc | 900 | - | 900 |
| Contract Service Landsc | 350 | - | 350 |
| Landscape Other Repairs | - | - | - |
| Landscape Other Repairs | - | - | - |
| Irrigation Repairs/Main | - | - | - |
| Irrigation Repairs/Main | - | - | - |
| Parking Lot Sweeping Ret | 1,132 | - | 1,132 |
| Parking Lot Sweeping Off | 440 | - | 440 |
| Parking Lot Striping Ret | 5,391 | - | 5,391 |
| Parking Lot Striping Off | 1,510 | - | 1,510 |
| Snow Removal Retail | - | - | - |
| Snow Removal Office | - | - | - |
| Valet Parking | 4,500 | - | 4,500 |
| Contract Service Securi | 31,000 | 53,638 | (22,638) |
| Contract Service Securi | 2,500 | 3,795 | (1,295) |
| Management Fees Retail | 15,083 | 14,832 | 251 |
| Management Fees Office | 9,917 | 5,768 | 4,149 |
| Payroll Salaries Retail | 19,466 | - | 19,466 |
| Office Supplies Retail | - | - | - |
| Other G&A Admin Retail | 16,500 | 3,168 | 13,332 |
| Other G&A Admin Office | 2,333 | 1,232 | 1,101 |
| Holiday Decor - Retail | 3,893 | 3,893 | - |
| Holiday Decor - Office | 1,524 | 1,524 | - |
| Ice Rink Retail | 2,695 | 2,695 | - |
| Ice Rink Office | 1,055 | 1,055 | - |
| Advertising - Print | 2,530 | 26,939 | (24,409) |
| Community Sponsorship | 400 | 1,275 | (875) |
| Promotional | 19,600 | 1,350 | 18,250 |
| Event | 4,364 | 7,700 | (3,336) |
| Website | 417 | 900 | (483) |
| Design | 7,164 | 850 | 6,314 |
| Collateral | 2,400 | 2,498 | (98) |
| Gift Card | 1,211 | 1,676 | (465) |
| Marketing Office Expense | 3,863 | - | 3,863 |
| Research | 1,968 | 720 | 1,248 |
| Marketing - Other | - | (2,299) | 2,299 |
| Subtotal - | 282,495 | 243,171 | 39,324 |
| CAM Exp.-Non-Recoverable |  |  |  |
| Other Expenses | - | 35 | (35) |
| Bad Debt Expense | - | - | - |
| Subtotal - | - | 35 | (35) |
| Other Expenses |  |  |  |
| Legal Services | - | - | - |
| Misc/Other Expenses | - | - | - |
| CAM Reconciliation Exp |  | 165,812 |  |
| Interest Expense | 717,899 | 409,262 | 308,637 |
| Audit and Tax Return Pr | - | - | - |
| Legal / Professional Fee | - | - | - |
| Other Admin Expenses | - | 532 | (532) |
| Subtotal - Other | 717,899 | 575,606 | 308,105 |
| Total Expenses | 1,000,394 | 818,812 | 347,394 |
| Net Income (Loss) | 203,518 | 213,322 | 9,804 |

```
Alberta Town Center, LLC                         Current Ledger - Accrual                                    6-24-2008  Page 1
                                                                                                             System Date: 6-24-2008
                                                                                                             System Time:  3:07 pm

                                                         Beginning                                              Ending
  Date      Jrn  Ref 1 Ref 2 Batch    Transaction Des     Balance         Debit             Credit             Balance

145   Alberta Town Center, LLC
145-01  Alberta Town Center, LLC (6-01-2008 - 6-30-2008)

145-01-10015.00   Cash - PM Disbursement
  6-02-2008   1    RB060  0608 3068   Waste Management-Pad               5,000.00
  6-02-2008   1    RB060  0608 3068   LRM-Com                            3,692.35
  6-02-2008  PMC               4533   PM Cash Receipts summary         366,209.21
  6-02-2008  PMC               4534   PM Cash Receipts summary         138,602.07
  6-03-2008  PMC               4540   PM Cash Receipts summary         254,557.98
  6-05-2008  PMC               4543   PM Cash Receipts summary          12,698.73
  6-05-2008  PMC               4544   PM Cash Receipts summary          33,107.59
  6-06-2008  APC               9573   Summary Entry                                          109,595.22-
  6-06-2008  PMC               4550   PM Cash Receipts summary          23,273.51
  6-09-2008  GJ    SFZ         3109   Record Loan Interest Payment                           409,261.82-
  6-09-2008  PMC               4553   PM Cash Receipts summary          19,922.55
  6-10-2008  PMC               4561   PM Cash Receipts summary          22,781.70
  6-12-2008  GJ    SFZ         3119   Record Trfr fr MM Acct           250,000.00
  6-12-2008  APC               9621   Summary Entry                                          650,124.71-
  6-17-2008  PMC               4572   PM Cash Receipts summary          23,016.79
  6-18-2008  APC               9646   Summary Entry                                           16,453.52-
  6-18-2008  PMC               4574   PM Cash Receipts summary          11,084.37
  6-18-2008  PMC               4575   PM Cash Receipts summary           2,243.52
  6-19-2008  APC               9659   Summary Entry                                           42,522.69-
  6-20-2008   1    RB060  0608 3144   Cash in a Flash                      250.00
  6-20-2008   1    RB060  0608 3144   Simmons Farmer Market                500.00
  6-20-2008   1    RB060  0608 3144   Store Financial                      214.88
  6-20-2008  PMC               4590   PM Cash Receipts summary           7,107.57
  6-24-2008   3    RB060  0608 3146   Best Buy Sponsorship               2,000.00
  6-24-2008  PMC               4600   PM Cash Receipts summary          12,088.54

  Total Account 145-01-10015.00 - Cash - PM Disbursement    69,751.20*  1,188,351.36*      1,227,957.96-*    30,144.60*

          Total Project 145-01 - Alberta Town Center, LLC   69,751.20*  1,188,351.36*      1,227,957.96-*    30,144.60*

          Total Company 145 - Alberta Town Center, LLC      69,751.20*  1,188,351.36*      1,227,957.96-*    30,144.60*


GRAND TOTALS                                                69,751.20*  1,188,351.36*      1,227,957.96-*    30,144.60*
```

BR0012974.0003



BR0012974.0004



**Arapahoe County**
*Colorado's First*

DOUG MILLIKEN, TREASURER
5334 SOUTH PRINCE STREET
LITTLETON, COLORADO 80166
(Use ZIP code 80120 for overnight delivery)
PHONE: (303) 795-4550  FAX: (303) 347-2587  TDD: (303) 795-4645
www.co.arapahoe.co.us/departments/tr

******* NEW PAYMENT OPTIONS *******
ON-LINE AT: (coming soon)
www.co.arapahoe.co.us/departments/tr
(OR)
BY PHONE AT: (coming soon)

## PROPERTY TAX STATEMENT

| Acct # | Schedule # | T.A.C. | Type | Tax Year/Payable | Mtg Code | Control # |
|---|---|---|---|---|---|---|
| 4637494 | 2071-19-2-05-002 | 1397 | RE | 2007  2008 | | A304711 |

**Situs Address:** NA N/A N/A  N/A AURORA

**Legal Description:**
50249-001-002
LOT 2 BLK 1 SOUTHLANDS SUB 10TH FLG

**Owner of Record**
ALBERTA TOWN CENTER LLC
5460 S QUEBEC ST  SUITE 100
ENGLEWOOD CO 80111-1919

**Messages:**
- 1) INCLUDES TEMPORARY TAX RATE REDUCTION, PURSUANT TO SECTION 39-1-111.5, CRS.
- A COPY OF YOUR TAX NOTICE WILL BE SENT TO YOUR LOAN COMPANY AT THEIR REQUEST.
- REAL PROPERTY - 2007 PROPERTY TAX DUE IN 2008. PAYMENTS MUST BE RECEIVED BY THE TREASURER'S OFFICE OR MUST BE POSTMARKED BY THE DUE DATE. POSTAGE METER DATES WILL NOT BE ACCEPTED.

| Auth | Rate | Tax Amt | Auth | Rate | Tax Amt |
|---|---|---|---|---|---|
| 0501 | .047397 | 109,961.04 | 1) 2998 | .014217 | 32,983.44 |
| 2998 | .001000 | 2,320.00 | 3001 | .010701 | 24,826.32 |
| 4250 | .004981 | 11,555.92 | 4528 | .000000 | 0.00 |
| 4042 | .045290 | 105,072.80 | 1) 4712 | .000507 | 1,176.24 |
| 1) 4713 | .000061 | 141.52 | 4744 | .000000 | 0.00 |

| | | |
|---|---|---|
| **TOTAL TAX RATE** | | .124154 |
| SB NO 25: IN THE ABSENCE OF STATE FUNDING, YOUR SCHOOL GENERAL FUND TAX RATE WOULD HAVE BEEN .067087 | **FIRST HALF** $ | 144,018.64 |
| | DUE FEBRUARY 29 | |
| Actual Valuation $ 8,000,000 | **SECOND HALF** $ | 144,018.64 |
| | DUE JUNE 15 | |
| Assessed Imp. Value $ 2,080,080 | OR | |
| Assessed Land Value $ 239,920 | **FULL AMOUNT** $ | 288,037.28 |
| Total Assessed Value $ 2,320,000 | DUE APRIL 30 | |

BR0012974.0005



**Arapahoe County**
*Colorado's First*

DOUG MILLIKEN, TREASURER
5334 SOUTH PRINCE STREET
LITTLETON, COLORADO 80166
(Use ZIP code 80120 for overnight delivery)
PHONE: (303) 795-4550  FAX: (303) 347-2597  TDD: (303) 795-4646
www.co.arapahoe.co.us/departments/tr

\*\*\*\*\*\* NEW PAYMENT OPTIONS \*\*\*\*\*\*
ON-LINE AT: (coming soon)
www.co.arapahoe.co.us/departments/tr
(OR)
BY PHONE AT: (coming soon)

## PROPERTY TAX STATEMENT

| Acct # | Schedule # | T.A.C. | Type | Tax Year/Payable | | Mtg Code | Control # |
|---|---|---|---|---|---|---|---|
| 4597466 | 2071-19-2-05-001 | 1397 | RE | 2007 | 2008 | | A304710 |

**Situs Address:** 6100 S MAIN ST   AURORA
**Legal Description:**
58249-001-001
LOT 1 BLK 1 SOUTHLANDS SUB 10TH FLG

**Owner of Record**
ALBERTA TOWN CENTER LLC
8480 S QUEBEC ST  SUITE 100
ENGLEWOOD CO 80111-1919

| Messages: | Auth | Rate | Tax Amt | Auth | Rate | Tax Amt |
|---|---|---|---|---|---|---|
| • 1) INCLUDES TEMPORARY TAX RATE REDUCTION, PURSUANT TO SECTION 39-1-111.5, CRS. | 0501 | .047397 | 352,650.27 | 1) 2996 | .014217 | 105,779.46 |
| • A COPY OF YOUR TAX NOTICE WILL BE SENT TO YOUR LOAN COMPANY AT THEIR REQUEST. | 2099 | .001000 | 7,440.35 | 3081 | .010701 | 79,619.18 |
| • REAL PROPERTY - 2007 PROPERTY TAX DUE IN 2008. PAYMENTS MUST BE RECEIVED BY THE TREASURER'S OFFICE OR MUST BE POSTMARKED BY THE DUE DATE. POSTAGE METER DATES WILL NOT BE ACCEPTED. | 4290 | .004981 | 37,060.38 | 4528 | .000000 | 0.00 |
| | 4642 | .045290 | 336,973.46 | 1) 4712 | .000507 | 3,772.26 |
| | 1) 4713 | .000061 | 453.86 | 4744 | .000000 | 0.00 |

| TOTAL TAX RATE | .124154 |
|---|---|

SB NO 25: IN THE ABSENCE OF STATE FUNDING, YOUR SCHOOL GENERAL FUND TAX RATE WOULD HAVE BEEN .067087

| | |
|---|---|
| **Actual Valuation** $ 25,656,376 | **FIRST HALF** $ 461,874.62  DUE FEBRUARY 29 |
| Assessed Imp. Value $ 2,366,600  Assessed Land Value $ 5,073,750  Total Assessed Value $ 7,440,350 | **SECOND HALF** $ 461,874.60  DUE JUNE 16 |
| | OR |
| | **FULL AMOUNT** $ 923,749.22  DUE APRIL 30 |

DETACH HERE AND RETURN BOTTOM PORTION WITH YOUR PAYMENT. RETAIN TOP PORTION FOR YOUR RECORDS

BR0012974.0006

Arapahoe County - Tax Search

Page 1 of 1





This information is not to be used in place of a certificate of taxes due. If you have a question about the amount due, please call the Treasurer's office at (303)795-4550.

Property Taxes for 2007 Payable 2008

Last updated on 6/12/2008

### Owner Information

| | |
|---|---|
| Owner: | ALBERTA TOWN CENTER LLC |
| Situs Address: | 6100 S. MAIN ST. |
| Situs City: | AURORA |

### Parcel Information

| | |
|---|---|
| Schedule Number: | 2071-18-2-05-001 |
| Account Number: | 4637486 |

### Tax Payment Information

| | |
|---|---|
| Full Amount | $923,749.22 Due 04/30 |
| -or- | |
| 1st Half Amount: | $461,874.62 Due 02/29 |
| 2nd Half Amount: | $461,874.60 Due 06/16 |

### Assessed Value for Tax Year

| | |
|---|---|
| Assessed Land Value: | $5,073,750 |
| Assessed Improvement Value: | $2,366,600 |
| Total Assessed Value: | $7,440,350 |
| Total Tax Rate: | 0.124154 |

You may pay the full amount or in installments. Installments can be made if tax amount is $25.00 or more.

### Property Tax Detail

Prior to May 1st, interest shown is for the 1st half payment only. After May 1st the interest is for the full tax amount.

| | Original Amount | Paid Amount | Owed Amount |
|---|---|---|---|
| Assessed Tax: | $923,749.22 | $461,874.62 | $461,874.60 |
| Special Assessment: | $0.00 | $0.00 | $0.00 |
| Fees: | $0.00 | $0.00 | $0.00 |
| Interest: | | $0.00 | $0.00 |
| Total: | $923,749.22 | $461,874.62 | $461,874.60 |

Tax Liens: N   Treasurer's Deed: N   Treasurer's Assessment: N

Prior Year(s) Due: N   Bankruptcy: N

Copyright © 2002-2003 Arapahoe County. All Rights Reserved.
Please read our Privacy Policy

http://www.co.arapahoe.co.us/Apps/Tax/Default.aspx

6/12/2008

BR0012974.0007

Arapahoe County - Tax Search                                                                 Page 1 of 1



## Tax Search

This information is not to be used in place of a certificate of taxes due. If you have a question about the amount due, please call the Treasurer's office at (303)795-4550.

Property Taxes for 2007 Payable 2008

*Last updated on 6/12/2008*

### Owner Information

| | |
|---|---|
| Owner: | ALBERTA TOWN CENTER LLC |
| Situs Address: | 0 .. #N/A. |
| Situs City: | AURORA |

### Parcel Information

| | |
|---|---|
| Schedule Number: | 2071-19-2-05-002 |
| Account Number: | 4637494 |

### Tax Payment Information

| | |
|---|---|
| Full Amount | $288,037.28 Due 04/30 |
| -or- | |
| 1st Half Amount: | $144,018.64 Due 02/29 |
| 2nd Half Amount: | $144,018.64 Due 06/16 |

### Assessed Value for Tax Year

| | |
|---|---|
| Assessed Land Value: | $239,920 |
| Assessed Improvement Value: | $2,080,080 |
| Total Assessed Value: | $2,320,000 |
| Total Tax Rate: | 0.124154 |

*You may pay the full amount or in installments. Installments can be made if tax amount is $25.00 or more.*

### Property Tax Detail

Prior to May 1st, interest shown is for the 1st half payment only. After May 1st the interest is for the full tax amount.

| | Original Amount | Paid Amount | Owed Amount |
|---|---|---|---|
| Assessed Tax: | $288,037.28 | $144,018.64 | $144,018.64 |
| Special Assessment: | $0.00 | $0.00 | $0.00 |
| Fees: | $0.00 | $0.00 | $0.00 |
| Interest | | $0.00 | $0.00 |
| Total: | $288,037.28 | $144,018.64 | $144,018.64 |

Tax Liens: N   Treasurer's Deed: N   Treasurer's Assessment: N

Prior Year(s) Due: N   Bankruptcy: N

Copyright © 2002-2003 Arapahoe County. All Rights Reserved.
Please read our Privacy Policy

http://www.co.arapahoe.co.us/Apps/Tax/Default.aspx                                           6/12/2008

BR0012974.0008