# EXHIBIT A-2

**From:** Steve Zezulak [sfz@albdev.com]
**Sent:** Friday, July 25, 2008 4:13 PM
**To:** Elston, Juli
**CC:** P Cudlip; Silva, Chris
**Subject:** Alberta Town Center, LLC
**Attachments:** Alberta Town Center June 2008 Budget Variance Report.pdf

Juli:

Pursuant to Section 8.7(b) of the Loan Agreement and Section 3(f), Leasing/Interest Reserve Provisions, of the Third Loan Modification Agreement, please find attached the Budget Variance Report for the month of June 2008 for Alberta Town Center, LLC.

Please don't hesitate to contact Peter Cudlip or me should you have any questions.


Steve Zezulak

Controller

Alberta Development Partners, LLC

5460 South Quebec Street, Suite 100

Greenwood Village, Colorado 80111


Phone: 303.771.4004

Fax: 303.771.4086

E-Mail: sfz@albdev.com

BR0013007.001

**Alberta Town Center, LLC**
**Budget Variance Report**
**June, 2008**

| | Current Month Budget | Current Month Actual | Current Month Variance |
|---|---:|---:|---:|
| **Income** | | | |
| Base Rent - Retail | 780,246 | 678,133 | (102,113) |
| Base Rent - Office | 73,353 | 99,800 | 26,447 |
| Rent Abatement | - | (33,604) | (33,604) |
| Percentage Rent | - | - | - |
| CAM Income - Prior Year | - | (2,287) | (2,287) |
| Recoveries-CAM-Retail | 146,418 | 137,333 | (9,085) |
| Recoveries-CAM-Office | 26,106 | - | (26,106) |
| Recoveries-RE Tax-Retail | 128,921 | 112,738 | (16,183) |
| Recoveries-RE Tax-Office | 19,016 | - | (19,016) |
| Recoveries-Insurance-Ret | 6,760 | 5,415 | (1,345) |
| Recoveries-Insurance-Off | 702 | - | (702) |
| Miscellaneous Income - | - | 3,692 | 3,692 |
| Interest Income | - | 2,747 | 2,747 |
| Late Fee Income | - | 1,280 | 1,280 |
| Miscellaneous Income | 17,390 | 14,846 | (2,544) |
| Trash-Retail | 5,000 | 5,000 | - |
| Antenna Income - Retail | 3,200 | - | (3,200) |
| Other Miscellaneous Inco | - | 2,750 | 2,750 |
| **Total Income** | **1,207,112** | **1,027,843** | **(179,269)** |
| **Expenses** | | | |
| **CAM Exp.-Recoverable** | | | |
| Utility Expense | - | 1,698 | (1,698) |
| Real Estate Taxes - Reta | 473,356 | 473,356 | - |
| Real Estate Taxes - Offi | 132,537 | 132,537 | - |
| Insurance - Retail | 7,634 | 7,634 | - |
| Insurance - Office | 2,969 | 2,969 | - |
| Gas/Oil-Retail | 2,300 | 2,427 | (127) |
| Gas/Oil-Office | 1,250 | 29 | 1,221 |
| Electric-Retail | 15,417 | 10,984 | 4,433 |
| Electric-Office | 12,083 | 12,407 | (324) |
| Water-Building-Retail | 8,750 | 12,637 | (3,887) |
| Water-Building-Office | 1,750 | 2,569 | (819) |
| Janitorial Svc Contract- | 3,692 | - | 3,692 |
| Janitorial Svc Contract- | 2,158 | 3,177 | (1,019) |
| Roof Repair-R&M-Retail | 150 | 625 | (475) |
| Roof Repair-R&M-Office | 250 | - | 250 |
| HVAC-Service Contracts-O | 3,750 | 3,745 | 5 |
| Building - R&M-Retail | 2,500 | - | 2,500 |
| Building - R&M-Office | 1,667 | 1,239 | 428 |
| Elevator R&M Office | 626 | - | 626 |
| Elevator Service Contra | - | 1,150 | (1,150) |
| Lighting Maintenance Co | 54 | 471 | (417) |
| Lighting Maintenance Co | 21 | 183 | (162) |
| Bulbs and Ballast Retail | 575 | 231 | 344 |
| Bulbs and Ballast Office | 332 | 90 | 242 |
| Fire & Life Retail | 1,250 | 934 | 316 |
| Fire & Life Office | 303 | - | 303 |
| Exterminating Pest Cont | 316 | 317 | (1) |

Alberta Town Center, LLC
Budget Variance Report
June, 2008

| | Current Month Budget | Current Month Actual | Current Month Variance |
|---|---:|---:|---:|
| Exterminating Pest Cont | 123 | 123 | - |
| Other R&M Retail | 20,000 | 1,265 | 18,735 |
| Other R&M Office | 3,000 | 627 | 2,373 |
| R&M Restrooms Retail | 375 | - | 375 |
| Metro District Retail | 25,752 | 15,207 | 10,545 |
| Metro District Office | 10,079 | 5,914 | 4,165 |
| Contract Service Landsc | 900 | - | 900 |
| Contract Service Landsc | 350 | - | 350 |
| Landscape Other Repairs | 750 | - | 750 |
| Landscape Other Repairs | 210 | - | 210 |
| Irrigation Repairs/Main | 2,750 | - | 2,750 |
| Irrigation Repairs/Main | 770 | - | 770 |
| Parking Lot Sweeping Ret | 1,132 | - | 1,132 |
| Parking Lot Sweeping Off | 440 | - | 440 |
| Valet Parking | 4,500 | 4,897 | (397) |
| Contract Service Securi | 31,000 | 35,896 | (4,896) |
| Contract Service Securi | 2,500 | 2,530 | (30) |
| Management Fees Retail | 15,083 | 14,832 | 251 |
| Management Fees Office | 9,917 | 5,768 | 4,149 |
| Payroll Salaries Retail | 19,466 | - | 19,466 |
| Other G&A Admin Retail | 16,500 | 3,168 | 13,332 |
| Other G&A Admin Office | 2,333 | 1,232 | 1,101 |
| Holiday Decor - Retail | 3,893 | 3,893 | - |
| Holiday Decor - Office | 1,524 | 1,524 | - |
| Ice Rink Retail | 2,695 | 2,695 | - |
| Ice Rink Office | 1,055 | 1,055 | - |
| Advertising - Print | 4,856 | 10,582 | (5,726) |
| Community Sponsorship | 400 | 425 | (25) |
| Promotional | 1,350 | 6,442 | (5,092) |
| Event | 31,097 | 24,725 | 6,372 |
| Website | 317 | 1,500 | (1,183) |
| Design | 1,464 | 4,210 | (2,746) |
| Collateral | - | 1,541 | (1,541) |
| Gift Card | 570 | 530 | 40 |
| Marketing Office Expense | 3,863 | - | 3,863 |
| Marketing - Other | - | 200 | (200) |
| **Subtotal -** | 896,705 | 822,191 | 74,514 |
| **Other Expenses** | | | |
| Legal Services | - | 4,729 | (4,729) |
| Misc/Other Expenses | - | 1,117 | (1,117) |
| Interest Expense | 775,548 | 635,395 | 140,153 |
| Audit and Tax Return Pr | 2,688 | - | 2,688 |
| Legal / Professional Fee | - | 8,291 | (8,291) |
| Other Admin Expenses | - | 6,919 | (6,919) |
| **Subtotal - Other** | 778,236 | 656,451 | 121,785 |
| **Total Expenses** | 1,674,941 | 1,478,642 | 196,299 |
| **Net Income (Loss)** | (467,829) | (450,799) | 17,030 |

# INVOICE

BlackRock
Attn: Mr Chris Silva
300 Campus Drive
Florham Park, NJ 07932

**DATE:** July 25, 2008
**INVOICE #** TC-063008

**ALBERTA TOWN CENTER, LLC**
5460 S. Quebec St., Ste. 100
Greenwood Village, CO 80111

| DESCRIPTION | | AMOUNT |
|---|---|---|
| Alberta Town Center, LLC | | |
| Operating Deficit June 2008 per the attached variance report | $ | 450,799.00 |
| Funding from Alberta Town Center, LLC | $ | (225,399.50) |
| Payment due upon receipt | | |
| **Amount Due from Blackrock** | $ | 225,399.50 |

**Alberta Town Center, LLC**
**Budget Variance Report**
**June, 2008**

|  | Current Month Budget | Current Month Actual | Current Month Variance |
|---|---|---|---|
| **Income** | | | |
| Base Rent - Retail | 780,246 | 678,133 | (102,113) |
| Base Rent - Office | 73,353 | 99,800 | 26,447 |
| Rent Abatement | - | (33,604) | (33,604) |
| Percentage Rent | - | - | - |
| CAM Income - Prior Year | - | (2,287) | (2,287) |
| Recoveries-CAM-Retail | 146,418 | 137,333 | (9,085) |
| Recoveries-CAM-Office | 26,106 | - | (26,106) |
| Recoveries-RE Tax-Retail | 128,921 | 112,738 | (16,183) |
| Recoveries-RE Tax-Office | 19,016 | - | (19,016) |
| Recoveries-Insurance-Ret | 6,760 | 5,415 | (1,345) |
| Recoveries-Insurance-Off | 702 | - | (702) |
| Miscellaneous Income - | - | 3,692 | 3,692 |
| Interest Income | - | 2,747 | 2,747 |
| Late Fee Income | - | 1,280 | 1,280 |
| Miscellaneous Income | 17,390 | 14,846 | (2,544) |
| Trash-Retail | 5,000 | 5,000 | - |
| Antenna Income - Retail | 3,200 | - | (3,200) |
| Other Miscellaneous Inco | - | 2,750 | 2,750 |
| **Total Income** | **1,207,112** | **1,027,843** | **(179,269)** |
| **Expenses** | | | |
| **CAM Exp.-Recoverable** | | | |
| Utility Expense | - | 1,698 | (1,698) |
| Real Estate Taxes - Reta | 473,356 | 473,356 | - |
| Real Estate Taxes - Offi | 132,537 | 132,537 | - |
| Insurance - Retail | 7,634 | 7,634 | - |
| Insurance - Office | 2,969 | 2,969 | - |
| Gas/Oil-Retail | 2,300 | 2,427 | (127) |
| Gas/Oil-Office | 1,250 | 29 | 1,221 |
| Electric-Retail | 15,417 | 10,984 | 4,433 |
| Electric-Office | 12,083 | 12,407 | (324) |
| Water-Building-Retail | 8,750 | 12,637 | (3,887) |
| Water-Building-Office | 1,750 | 2,569 | (819) |
| Janitorial Svc Contract- | 3,692 | - | 3,692 |
| Janitorial Svc Contract- | 2,158 | 3,177 | (1,019) |
| Roof Repair-R&M-Retail | 150 | 625 | (475) |
| Roof Repair-R&M-Office | 250 | - | 250 |
| HVAC-Service Contracts-O | 3,750 | 3,745 | 5 |
| Building - R&M-Retail | 2,500 | - | 2,500 |
| Building - R&M-Office | 1,667 | 1,239 | 428 |
| Elevator R&M Office | 626 | - | 626 |
| Elevator Service Contra | - | 1,150 | (1,150) |
| Lighting Maintenance Co | 54 | 471 | (417) |
| Lighting Maintenance Co | 21 | 183 | (162) |
| Bulbs and Ballast Retail | 575 | 231 | 344 |
| Bulbs and Ballast Office | 332 | 90 | 242 |
| Fire & Life Retail | 1,250 | 934 | 316 |
| Fire & Life Office | 303 | - | 303 |
| Exterminating Pest Cont | 316 | 317 | (1) |

BR0013010.0002

Alberta Town Center, LLC
Budget Variance Report
June, 2008

| | Current Month Budget | Current Month Actual | Current Month Variance |
|---|---:|---:|---:|
| Exterminating Pest Cont | 123 | 123 | - |
| Other R&M Retail | 20,000 | 1,265 | 18,735 |
| Other R&M Office | 3,000 | 627 | 2,373 |
| R&M Restrooms Retail | 375 | - | 375 |
| Metro District Retail | 25,752 | 15,207 | 10,545 |
| Metro District Office | 10,079 | 5,914 | 4,165 |
| Contract Service Landsc | 900 | - | 900 |
| Contract Service Landsc | 350 | - | 350 |
| Landscape Other Repairs | 750 | - | 750 |
| Landscape Other Repairs | 210 | - | 210 |
| Irrigation Repairs/Main | 2,750 | - | 2,750 |
| Irrigation Repairs/Main | 770 | - | 770 |
| Parking Lot Sweeping Ret | 1,132 | - | 1,132 |
| Parking Lot Sweeping Off | 440 | - | 440 |
| Valet Parking | 4,500 | 4,897 | (397) |
| Contract Service Securi | 31,000 | 35,896 | (4,896) |
| Contract Service Securi | 2,500 | 2,530 | (30) |
| Management Fees Retail | 15,083 | 14,832 | 251 |
| Management Fees Office | 9,917 | 5,768 | 4,149 |
| Payroll Salaries Retail | 19,466 | - | 19,466 |
| Other G&A Admin Retail | 16,500 | 3,168 | 13,332 |
| Other G&A Admin Office | 2,333 | 1,232 | 1,101 |
| Holiday Decor - Retail | 3,893 | 3,893 | - |
| Holiday Decor - Office | 1,524 | 1,524 | - |
| Ice Rink Retail | 2,695 | 2,695 | - |
| Ice Rink Office | 1,055 | 1,055 | - |
| Advertising - Print | 4,856 | 10,582 | (5,726) |
| Community Sponsorship | 400 | 425 | (25) |
| Promotional | 1,350 | 6,442 | (5,092) |
| Event | 31,097 | 24,725 | 6,372 |
| Website | 317 | 1,500 | (1,183) |
| Design | 1,464 | 4,210 | (2,746) |
| Collateral | - | 1,541 | (1,541) |
| Gift Card | 570 | 530 | 40 |
| Marketing Office Expense | 3,863 | - | 3,863 |
| Marketing - Other | - | 200 | (200) |
| **Subtotal** | 896,705 | 822,191 | 74,514 |
| **Other Expenses** | | | |
| Legal Services | - | 4,729 | (4,729) |
| Misc/Other Expenses | - | 1,117 | (1,117) |
| Interest Expense | 775,548 | 635,395 | 140,153 |
| Audit and Tax Return Pr | 2,688 | - | 2,688 |
| Legal / Professional Fee | - | 8,291 | (8,291) |
| Other Admin Expenses | - | 6,919 | (6,919) |
| **Subtotal - Other** | 778,236 | 656,451 | 121,785 |
| **Total Expenses** | 1,674,941 | 1,478,642 | 196,299 |
| **Net Income (Loss)** | (467,829) | (450,799) | 17,030 |
| Due (From)/To Blackrock | | (225,399) | |

BR0013010.0003

**From:** Steve Zezulak [sfz@albdev.com]
**Sent:** Friday, July 25, 2008 4:04 PM
**To:** Silva, Chris
**CC:** P Cudlip
**Subject:** Alberta Town Center, LLC
**Attachments:** Alberta Town Center Jun 08 Blackrock Invoice.pdf

Chris:

Pursuant to the Amended Forward Purchase and Sale Agreement as it pertains to funding operating deficits for Alberta Town Center, LLC, attached is an invoice for reimbursement of the deficit for the month of June 2008.

Please don't hesitate to contact either Peter Cudlip or me with any questions you may have.

Steve Zezulak

Controller

Alberta Development Partners, LLC

5460 South Quebec Street, Suite 100

Greenwood Village, Colorado 80111

Phone: 303.771.4004

Fax: 303.771.4086

E-Mail: sfz@albdev.com

BR0013009.001