**EXHIBIT A-3
Part 1**

**From:** Peter Cudlip [pcudlip@gmail.com]
**Sent:** Wednesday, June 03, 2009 11:14 PM
**To:** 'Krier, Michael'; 'Elizabeth Starrs'; Trahan, Paul
**CC:** 'Kralovec, Angela'
**Subject:** FW: ATC 2008 CF's w/ Detail
**Attachments:** ATC 2008 11 Nov CF Detail.pdf; ATC 2008 00 CF Summary.pdf; ATC 2008 01 Jan CF Detail.pdf; ATC 2008 02 Feb CF Detail.pdf; ATC 2008 03 Mar CF Detail.pdf; ATC 2008 04 Apr CF Detail.pdf; ATC 2008 05 May CF Detail.pdf; ATC 2008 06 Jun CF Detail.pdf; ATC 2008 07 Jul CF Detail.pdf; ATC 2008 08 Aug CF Detail.pdf; ATC 2008 09 Sep CF Detail.pdf; ATC 2008 10 Oct CF Detail.pdf

Mike,

Hopefully this is what you are looking for.

---

**From:** Steve Zezulak [mailto:sfz@albdev.com]
**Sent:** Wednesday, June 03, 2009 3:47 PM
**To:** P Cudlip
**Subject:** ATC 2008 CF's w/ Detail

See the attached per our conversation this morning.

Let me know if you have any questions.

Steve Zezulak
Controller
Alberta Development Partners, LLC
5460 South Quebec Street, Suite 100
Greenwood Village, Colorado 80111

Phone: 303.771.4004
Fax: 303.771.4086
E-Mail: sfz@albdev.com

Alberta Town Center, LLC
REVISED Project Cash Flow Report
January, 2008

| | Current Month Budget | Current Month Actual | Current Month Variance |
|---|---:|---:|---:|
| **Income** | | | |
| Base Rent - Office | 50,938 | 120,671 | 69,733 |
| Base Rent - Retail | 736,093 | 646,966 | (89,127) |
| CAM Income | - | - | - |
| Interest Income | - | 16,032 | 16,032 |
| Late Fee Income | - | - | - |
| Miscellaneous Income | - | - | - |
| Miscellaneous Income - | 15,919 | 15,592 | (327) |
| Percentage Rent | - | - | - |
| Recoveries-CAM-Office | 18,325 | - | (18,325) |
| Recoveries-CAM-Retail | 138,009 | 243,090 | 105,081 |
| Recoveries-Insurance-Office | 553 | - | (553) |
| Recoveries-Insurance-Ret | 6,380 | - | (6,380) |
| Recoveries-RE Tax-Office | 13,349 | - | (13,349) |
| Recoveries-RE Tax-Retail | 121,794 | 11,184 | (110,610) |
| Rent Abatement | - | - | - |
| Tenant Prepaid Rent/CAM | - | 8,350 | 8,350 |
| Tenant Specific Recov-O | - | - | - |
| Trash - Retail | 5,000 | 5,000 | - |
| **Total Income** | 1,106,360 | 1,066,886 | (39,474) |
| **Expenses** | | | |
| Utility Expense | - | - | - |
| Bad Debt Expense | - | - | - |
| Interest Expense | 869,605 | 869,605 | 0 |
| Audit and Tax Return Pr | - | - | - |
| Legal / Professional Fee | - | - | - |
| Other Admin Expenses | - | - | - |
| Real Estate Taxes - Reta | 166,667 | - | 166,667 |
| Real Estate Taxes - Offi | 46,666 | - | 46,666 |
| Insurance - Retail | 7,500 | - | 7,500 |
| Insurance - Office | 2,917 | - | 2,917 |
| Gas/Oil-Retail | 2,300 | 5,100 | (2,800) |
| Gas/Oil-Office | 1,250 | 1,333 | (83) |
| Electric-Retail | 15,417 | 23,435 | (8,018) |
| Electric-Office | 12,083 | 7,909 | 4,174 |
| Water-Building-Retail | 8,750 | 14,573 | (5,823) |
| Water-Building-Office | 1,750 | 1,987 | (237) |
| Garbage-Scavenger-Retail | - | - | - |
| Janitorial Svc Contract- | 658 | 3,384 | (2,726) |
| Janitorial Svc Contract- | 3,692 | 1,316 | 2,376 |
| Window Cleaning-Office | - | - | - |

Alberta Town Center, LLC
REVISED Project Cash Flow Report
January, 2008

| | Current Month Budget | Current Month Actual | Current Month Variance |
|---|---|---|---|
| Plumbing/Gas-R&M-Office | - | 262 | (262) |
| Roof Repair-R&M-Retail | 150 | - | 150 |
| Roof Repair-R&M-Office | 250 | - | 250 |
| HVAC-Service Contracts-O | - | - | - |
| HVAC - Parts and Supplie | - | 2,612 | (2,612) |
| Building - R&M-Retail | 2,500 | 1,043 | 1,457 |
| Building - R&M-Office | 1,667 | 2,196 | (529) |
| Elevator R&M Retail | - | 2,510 | (2,510) |
| Elevator Service Contra | - | - | - |
| Elevator R&M Office | 626 | - | 626 |
| Lighting Maintenance Co | 21 | 54 | (33) |
| Lighting Maintenance Co | 54 | 21 | 33 |
| Bulbs and Ballast Retail | 575 | 552 | 23 |
| Bulbs and Ballast Office | 332 | 215 | 117 |
| Fire & Life Retail | 1,250 | 1,188 | 62 |
| Fire & Life Office | 303 | 252 | 51 |
| Backflow Testing Fire S | - | - | - |
| Backflow Testing Fire S | - | - | - |
| Exterminating Pest Cont | 123 | 317 | (194) |
| Exterminating Pest Cont | 316 | 123 | 193 |
| Other R&M Retail | 20,000 | 5,070 | 14,930 |
| Other R&M Office | 3,000 | 627 | 2,373 |
| R&M Restrooms Retail | 375 | - | |
| Metro District Retail | 25,752 | 62,532 | (36,780) |
| Metro District Office | 10,079 | - | 10,079 |
| Contract Service Landsc | 350 | - | 350 |
| Contract Service Landsc | 900 | - | 900 |
| Landscape Other Repairs | - | - | - |
| Landscape Other Repairs | - | - | - |
| Irrigation Repairs/Main | - | - | - |
| Irrigation Repairs/Main | - | - | - |
| Parking Lot Sweeping Ret | 1,132 | 1,132 | 0 |
| Parking Lot Sweeping Off | 440 | 440 | (0) |
| Parking Lot Striping Ret | - | - | - |
| Parking Lot Striping Off | - | - | - |
| Snow Removal Retail | 25,000 | 8,344 | 16,656 |
| Snow Removal Office | 6,800 | 2,281 | 4,519 |
| Valet Parking | 4,500 | 4,813 | (313) |
| Contract Service Securi | 2,500 | 38,420 | (35,920) |
| Contract Service Securi | 31,000 | 2,530 | 28,470 |
| Management Fees Retail | 15,083 | 14,832 | 251 |
| Management Fees Office | 9,917 | 5,768 | 4,149 |
| Payroll Salaries Retail | 19,466 | - | 19,466 |
| Office Supplies Retail | - | - | - |
| Other G&A Admin Retail | 16,500 | 3,168 | 13,332 |

BR0015472.0002

**Alberta Town Center, LLC**
**REVISED Project Cash Flow Report**
**January, 2008**

|  | Current Month Budget | Current Month Actual | Current Month Variance |
|---|---:|---:|---:|
| Other G&A Admin Office | 2,333 | 1,232 | 1,101 |
| Holiday Decor - Retail | 3,893 | - | 3,893 |
| Holiday Decor - Office | 1,524 | - | 1,524 |
| Ice Rink Retail | 2,695 | - | 2,695 |
| Ice Rink Office | 1,055 | - | 1,055 |
| Advertising - Print | - | 12,167 | (12,167) |
| Community Sponsorship | - | 425 | (425) |
| Promotional | - | 2,229 | (2,229) |
| Event | - | 7,834 | (7,834) |
| Website | - | 51 | (51) |
| Design | - | 3,494 | (3,494) |
| Collateral | - | - | - |
| Gift Card | - | - | - |
| Marketing Office Expense | - | 61 | (61) |
| Research | - | - | - |
| Marketing - Other | 43,917 | 14,761 | 29,156 |
| Bank Charges Retail | - | - | - |
| CAM Expense - Current Ye | - | - | - |
| Carpet Cleaning-Office | - | - | - |
| Electric - R&M | - | - | - |
| Insurance | - | - | - |
| Legal Fees Retail | - | - | - |
| Office Equipment Lease R | - | - | - |
| Other Professional Fees | - | - | - |
| Plumbing/Gas-R&M-Retail | - | - | - |
| Postage/Courier Office | - | - | - |
| Postage/Courier Retail | - | - | - |
| Security Other | - | - | - |
| Supplies - R&M | - | - | - |
| Telephone Expense Retail | - | - | - |
| Tenant Specific Other | - | - | - |
| Utility Expense | - | - | - |
| Vehicle Maintenance/Lea | - | - | - |
| Water-Irrigation-Office | - | - | - |
| Water-Irrigation-Retail | - | - | - |
| **Total Expenses** | 1,395,633 | 1,132,195 | 263,438 |
| **Net Income (Loss)** | (289,273) | (65,309) | 223,964 |

Alberta Development Partners, LLC                Charge Type Summary Report                    01-31-2008    Page 1
                                                                                                System Date: 06-03-2009
                                                                                                System Time: 1:23 pm

Date Range:  01-01-2008   To   01-31-2008
Based Upon:  Transaction Date

Property:  ATC145-01  Alberta Town Center

| Summary Charge Type | Description | | Charges | Payments | Adjustments | Apply/Refund Credits | Apply/Forfeit/Dep./Int. |
|---|---|---|---|---|---|---|---|
| | | January 2008 | .00 | 91,852.72- | .00 | 14,477.16 | .00 |
| | | 2008 Yearly Totals: | .00 | 91,852.72- | .00 | 14,477.16 | .00 |
| | | Totals: | .00 | 91,852.72- | .00 | 14,477.16 | .00 |
| CAM-RETAIL | Recoveries-CAM-Retail | January 2008 | 254,174.54 | 243,089.89- | .00 | 1,777.43- | .00 |
| | | 2008 Yearly Totals: | 254,174.54 | 243,089.89- | .00 | 1,777.43- | .00 |
| | | CAM-RETAIL Totals: | 254,174.54 | 243,089.89- | .00 | 1,777.43- | .00 |
| DEP | Deposit Payable | January 2008 | 10,035.33 | 5,000.00- | .00 | 5,035.33- | .00 |
| | | 2008 Yearly Totals: | 10,035.33 | 5,000.00- | .00 | 5,035.33- | .00 |
| | | DEP Totals: | 10,035.33 | 5,000.00- | .00 | 5,035.33- | .00 |
| GAS / ELEC | Gas & Electric Utilities | January 2008 | .00 | 1,377.32- | .00 | .00 | .00 |
| | | 2008 Yearly Totals: | .00 | 1,377.32- | .00 | .00 | .00 |
| | | GAS / ELEC Totals: | .00 | 1,377.32- | .00 | .00 | .00 |
| MARKETING | Marketing Fund Contribution | January 2008 | 14,846.79 | 13,214.79- | .00 | 50.81- | .00 |
| | | 2008 Yearly Totals: | 14,846.79 | 13,214.79- | .00 | 50.81- | .00 |
| | | MARKETING Totals: | 14,846.79 | 13,214.79- | .00 | 50.81- | .00 |
| RENT (O) | Base Rent-Office | January 2008 | 57,766.50 | 120,670.90- | .00 | 4,454.33- | .00 |
| | | 2008 Yearly Totals: | 57,766.50 | 120,670.90- | .00 | 4,454.33- | .00 |
| | | RENT (O) Totals: | 57,766.50 | 120,670.90- | .00 | 4,454.33- | .00 |
| RENT (R) | Base Rent-Retail | January 2008 | 681,959.94 | 646,965.54- | .00 | 3,159.26- | .00 |
| | | 2008 Yearly Totals: | 681,959.94 | 646,965.54- | .00 | 3,159.26- | .00 |
| | | RENT (R) Totals: | 681,959.94 | 646,965.54- | .00 | 3,159.26- | .00 |
| RENTABATE | Rent Abatement | January 2008 | .00 | 83,502.23 | .00 | .00 | .00 |
| | | 2008 Yearly Totals: | .00 | 83,502.23 | .00 | .00 | .00 |
| | | RENTABATE Totals: | .00 | 83,502.23 | .00 | .00 | .00 |
| TAX-RETAIL | Recoveries-RE Tax-Retail | January 2008 | 11,184.49 | 11,184.49- | .00 | .00 | .00 |
| | | 2008 Yearly Totals: | 11,184.49 | 11,184.49- | .00 | .00 | .00 |
| | | TAX-RETAIL Totals: | 11,184.49 | 11,184.49- | .00 | .00 | .00 |
| | | Property ATC145-01 Totals: | 1,029,967.59 | 1,049,853.42- | .00 | .00 | .00 |

Handwritten annotations:
```
            16,032   INTEREST
         1,065,885.42
             1,000
         1,066,866   DEN FIGURE SKATING
```

BR0015472.0004

```
Alberta Development Partners, LLC      Paid Invoice Register With Invoice Date           09-25-2008      Page 1
                                                                                         System Date: 09-25-2008
                                                                                         System Time:  8:16 am

Property:  145-01 Alberta Town Center, LLC

                  Invoice              Check    Property Expense    Original    Amount    Discount    Discount
   Invoice        Date       Check     Date     Account             Amount      Paid      Taken       Lost         Balance

ADGOLD       Angela D. Gold
  121907        12-19-2007    1738 01-11-2008 145-01-81000.0          200.00      200.00                              .00

ALBTC        Alberta Town Center, LLC
  010208-GIFT.1 01-02-2008    1739 01-11-2008 145-01-81000.0          100.00      100.00                              .00
  010208-GIFT.2 01-02-2008    1739 01-11-2008 145-01-81000.0          100.00      100.00                              .00
  010208-GIFT.3 01-02-2008    1739 01-11-2008 145-01-81000.0          125.00      125.00                              .00
  010208-GIFT.4 01-02-2008    1739 01-11-2008 145-01-81000.0          100.00      100.00                              .00
  010408-GIFT   01-04-2008    1758 01-14-2008 145-01-81000.1          160.00      160.00                              .00
  010408-GIFT.2 01-04-2008    1758 01-14-2008 145-01-81000.1          150.00      150.00                              .00
  011508-GIFT   01-15-2008    1779 01-30-2008 145-01-81000.0          150.00      150.00                              .00
  01508.2-GIFT  01-15-2008    1779 01-30-2008 145-01-81000.0           10.00       10.00                              .00
  122607-GIFT.1 12-26-2007    1758 01-14-2008 145-01-81000.1            9.00        9.00                              .00
  123107-GIFT   12-31-2007    1779 01-30-2008 145-01-81000.1        8,500.00    8,500.00                              .00
                                                 Vendor Totals      9,404.00*   9,404.00*     .00*       .00*         .00*

ALLLOC       Allied Locksmith
  4224          12-12-2007    1740 01-11-2008 145-01-80061.5          483.07      483.07                              .00
  4227          12-12-2007    1740 01-11-2008 145-01-80060.0          320.85      320.85                              .00
  4228          12-14-2007    1740 01-11-2008 145-01-80061.5          288.59      288.59                              .00
  4237          01-04-2008    1759 01-14-2008 145-01-80090.0          188.87      188.87                              .00
  4271          01-16-2008    1780 01-30-2008 145-01-80060.0          721.81      721.81                              .00
                                                 Vendor Totals      2,003.19*   2,003.19*     .00*       .00*         .00*

ALWGRO       Always Growing, LLC
  3994          12-23-2007    1741 01-11-2008 145-01-80061.5           99.00       99.00                              .00

AOSPS        A One Stop Print Shop
  6101          09-16-2007    1760 01-14-2008 145-01-81000.0        1,432.42    1,432.42                              .00

ARTCRA       Artcraft Signs
  60296         12-28-2007    1761 01-14-2008 145-01-80061.5           86.89       86.89                              .00
  60547         01-18-2008    1781 01-30-2008 145-01-80061.5          532.87      532.87                              .00
  60548         01-18-2008    1781 01-30-2008 145-01-80061.5          107.36      107.36                              .00
                                                 Vendor Totals        727.12*     727.12*     .00*       .00*         .00*

AURSEN       Aurora Sentinel
  121307-STMT   12-13-2007    1762 01-14-2008 145-01-81000.0        1,918.43    1,918.43                              .00
  121407-STMT   12-14-2007    1762 01-14-2008 145-01-81000.0          216.00      216.00                              .00
  122007-STMT   12-14-2007    1762 01-14-2008 145-01-81000.0        1,780.34    1,780.34                              .00
  122107-STMT   12-21-2007    1762 01-14-2008 145-01-81000.0        3,308.00    3,308.00                              .00
                                                 Vendor Totals      7,222.77*   7,222.77*     .00*       .00*         .00*

BLAST-ALB    Blast Express, Inc.
  21603         01-04-2008    1782 01-30-2008 145-01-81000.1           28.14       28.14                              .00

BROCHEM      Brody Chemical, Inc.
  183673        12-31-2007    1763 01-14-2008 145-01-80090.0        2,359.44    2,359.44                              .00

C&CEXP       C & C Express, Inc.
  3198          01-15-2008    1783 01-30-2008 145-01-81000.1           32.96       32.96                              .00

CENELE       Centric Elevator Corporation
  191177        12-01-2007    1742 01-11-2008 145-01-80065.5        1,150.00    1,150.00                              .00
  191701        01-01-2008    1764 01-14-2008 145-01-80065.5        1,150.00    1,150.00                              .00
                                                 Vendor Totals      2,300.00*   2,300.00*     .00*       .00*         .00*

CHAANDDES    Charlotte Anderson Design
  CA9137        01-06-2008    1765 01-14-2008 145-01-81000.1          466.40      466.40                              .00
  CA9138        01-06-2008    1765 01-14-2008 145-01-81000.0          328.54      328.54                              .00
  CA9139        01-06-2008    1765 01-14-2008 145-01-81000.1          196.20      196.20                              .00
                                                 Vendor Totals        991.14*     991.14*     .00*       .00*         .00*
```

Alberta Development Partners, LLC          Paid Invoice Register With Invoice Date                    09-25-2008     Page 2
                                                                                                      System Date: 09-25-2008
                                                                                                      System Time: 8:16 am

Property:   145-01 Alberta Town Center, LLC

| Invoice | Invoice Date | Check | Check Date | Property Expense Account | Original Amount | Amount Paid | Discount Taken | Discount Lost | Balance |
|---|---|---|---|---|---|---|---|---|---|
| CITAUR-PM City of Aurora | | | | | | | | | |
| 143998-1107 | 12-11-2007 | 1743 | 01-11-2008 | 145-01-80022.0 | 295.05 | 295.05 | | | .00 |
| 143998-1207 | 01-10-2008 | 1784 | 01-30-2008 | 145-01-80022.0 | 250.53 | 250.53 | | | .00 |
| 150088-1207 | 01-10-2008 | 1784 | 01-30-2008 | 145-01-80022.0 | 2,008.62 | 2,008.62 | | | .00 |
| 150480-1107 | 12-11-2007 | 1743 | 01-11-2008 | 145-01-80022.0 | 169.20 | 169.20 | | | .00 |
| 150480-1207 | 01-10-2008 | 1784 | 01-30-2008 | 145-01-80022.0 | 174.81 | 174.81 | | | .00 |
| 150482-1107 | 12-11-2007 | 1743 | 01-11-2008 | 145-01-80022.0 | 174.30 | 174.30 | | | .00 |
| | | 1743 | 01-11-2008 | 145-01-80022.5 | 67.79 | 67.79 | | | .00 |
| 150482-1207 | 01-10-2008 | 1784 | 01-30-2008 | 145-01-80022.0 | 172.12 | 172.12 | | | .00 |
| | | 1784 | 01-30-2008 | 145-01-80022.5 | 66.93 | 66.93 | | | .00 |
| 150484-1107 | 12-11-2007 | 1743 | 01-11-2008 | 145-01-80022.0 | 218.91 | 218.91 | | | .00 |
| | | 1743 | 01-11-2008 | 145-01-80022.5 | 85.13 | 85.13 | | | .00 |
| 150484-1207 | 01-10-2008 | 1784 | 01-30-2008 | 145-01-80022.0 | 213.24 | 213.24 | | | .00 |
| | | 1784 | 01-30-2008 | 145-01-80022.5 | 82.92 | 82.92 | | | .00 |
| 150486-1107 | 12-11-2007 | 1743 | 01-11-2008 | 145-01-80022.0 | 1,188.59 | 1,188.59 | | | .00 |
| | | 1743 | 01-11-2008 | 145-01-80022.5 | 462.23 | 462.23 | | | .00 |
| 150486-1207 | 01-10-2008 | 1784 | 01-30-2008 | 145-01-80022.0 | 1,205.42 | 1,205.42 | | | .00 |
| | | 1784 | 01-30-2008 | 145-01-80022.5 | 468.78 | 468.78 | | | .00 |
| 150488-1107 | 12-11-2007 | 1743 | 01-11-2008 | 145-01-80022.0 | 1,013.63 | 1,013.63 | | | .00 |
| 150488-1207 | 01-10-2008 | 1784 | 01-30-2008 | 145-01-80022.0 | 1,144.01 | 1,144.01 | | | .00 |
| 150492-1107 | 12-11-2007 | 1743 | 01-11-2008 | 145-01-80022.0 | 152.04 | 152.04 | | | .00 |
| 150492-1207 | 01-10-2008 | 1784 | 01-30-2008 | 145-01-80022.0 | 157.27 | 157.27 | | | .00 |
| 150494-1107 | 12-11-2007 | 1743 | 01-11-2008 | 145-01-80022.0 | 518.64 | 518.64 | | | .00 |
| | | 1743 | 01-11-2008 | 145-01-80022.5 | 201.70 | 201.70 | | | .00 |
| 150494-1207 | 01-10-2008 | 1784 | 01-30-2008 | 145-01-80022.0 | 570.77 | 570.77 | | | .00 |
| | | 1784 | 01-30-2008 | 145-01-80022.5 | 221.96 | 221.96 | | | .00 |
| 150496-1107 | 12-11-2007 | 1743 | 01-11-2008 | 145-01-80022.0 | 375.56 | 375.56 | | | .00 |
| 150496-1207 | 01-10-2008 | 1784 | 01-30-2008 | 145-01-80022.0 | 399.99 | 399.99 | | | .00 |
| 150516-1107 | 12-11-2007 | 1743 | 01-11-2008 | 145-01-80022.0 | 1,723.65 | 1,723.65 | | | .00 |
| 151074-1107 | 12-11-2007 | 1743 | 01-11-2008 | 145-01-80022.0 | 391.28 | 391.28 | | | .00 |
| 151074-1207 | 01-10-2008 | 1784 | 01-30-2008 | 145-01-80022.0 | 396.93 | 396.93 | | | .00 |
| 151076-1107 | 12-11-2007 | 1743 | 01-11-2008 | 145-01-80022.0 | 430.57 | 430.57 | | | .00 |
| | | 1743 | 01-11-2008 | 145-01-80022.5 | 167.44 | 167.44 | | | .00 |
| 151076-1207 | 01-10-2008 | 1784 | 01-30-2008 | 145-01-80022.0 | 415.84 | 415.84 | | | .00 |
| | | 1784 | 01-30-2008 | 145-01-80022.5 | 161.71 | 161.71 | | | .00 |
| 151078-1107 | 12-11-2007 | 1743 | 01-11-2008 | 145-01-80022.0 | 174.92 | 174.92 | | | .00 |
| 151078-1207 | 01-10-2008 | 1784 | 01-30-2008 | 145-01-80022.0 | 221.71 | 221.71 | | | .00 |
| 151124-1107 | 12-11-2007 | 1743 | 01-11-2008 | 145-01-80022.0 | 198.85 | 198.85 | | | .00 |
| 151124-1207 | 01-10-2008 | 1784 | 01-30-2008 | 145-01-80022.0 | 216.31 | 216.31 | | | .00 |
| | | | | Vendor Totals | 16,559.35* | 16,559.35* | .00* | .00* | .00* |
| COLLIG-PM Colorado Lighting, Inc | | | | | | | | | |
| 170042 | 01-01-2008 | 1766 | 01-14-2008 | 145-01-80070.0 | 54.00 | 54.00 | | | .00 |
| | | 1766 | 01-14-2008 | 145-01-80070.5 | 21.00 | 21.00 | | | .00 |
| 170511 | 01-01-2008 | 1766 | 01-14-2008 | 145-01-80072.0 | 551.79 | 551.79 | | | .00 |
| | | 1766 | 01-14-2008 | 145-01-80073.5 | 214.59 | 214.59 | | | .00 |
| | | | | Vendor Totals | 841.38* | 841.38* | .00* | .00* | .00* |
| CRYWEB Crystal Tech Web Hosting, Inc | | | | | | | | | |
| 1010343 | 12-31-2007 | 1767 | 01-14-2008 | 145-01-81000.0 | 50.85 | 50.85 | | | .00 |
| DECMAL-PM Deck the Malls, Inc. | | | | | | | | | |
| 731 | 11-21-2007 | 1785 | 01-30-2008 | 145-01-80090.0 | 2,405.98 | 2,405.98 | | | .00 |
| ENTDEN Entercom Denver, LLC | | | | | | | | | |
| CC-1071170500 | 11-25-2007 | 1744 | 01-11-2008 | 145-01-81000.0 | 750.00 | 750.00 | | | .00 |
| CC-1071270953 | 12-09-2007 | 1744 | 01-11-2008 | 145-01-81000.0 | 2,800.00 | 2,800.00 | | | .00 |
| | | | | Vendor Totals | 3,550.00* | 3,550.00* | .00* | .00* | .00* |
| EVEREN Event Rents | | | | | | | | | |
| 43596-201870 | 12-26-2007 | 1745 | 01-11-2008 | 145-01-81000.0 | 2,221.71 | 2,221.71 | | | .00 |
| EYECAN Eye Candy Graphics | | | | | | | | | |
| 19104 | 12-21-2007 | 1786 | 01-30-2008 | 145-01-81000.1 | 171.28 | 171.28 | | | .00 |
| FACLOG Facility Logic, Inc. | | | | | | | | | |
| 19424 | 12-18-2007 | 1746 | 01-11-2008 | 145-01-80051.5 | 2,293.97 | 2,293.97 | | | .00 |
| 19593 | 12-31-2007 | 1787 | 01-30-2008 | 145-01-80051.5 | 317.76 | 317.76 | | | .00 |
| 19706 | 12-26-2007 | 1746 | 01-11-2008 | 145-01-80061.5 | 514.50 | 514.50 | | | .00 |
| | | | | Vendor Totals | 3,126.23* | 3,126.23* | .00* | .00* | .00* |
| GRSAME-PM Great American Sweeping, Inc. | | | | | | | | | |
| 49132 | 01-31-2008 | 1788 | 01-30-2008 | 145-01-80119.0 | 1,131.84 | 1,131.84 | | | .00 |
| | | 1788 | 01-30-2008 | 145-01-80119.5 | 440.16 | 440.16 | | | .00 |
| | | | | Vendor Totals | 1,572.00* | 1,572.00* | .00* | .00* | .00* |

BR0015472.0006

Alberta Development Partners, LLC        Paid Invoice Register With Invoice Date                    09-25-2008      Page 3
                                                                                                    System Date: 09-25-2008
                                                                                                    System Time:  8:16 am

Property:  145-01 Alberta Town Center, LLC

| Invoice | Invoice Date | Check | Check Date | Property Expense Account | Original Amount | Amount Paid | Discount Taken | Discount Lost | Balance |
|---|---|---|---|---|---|---|---|---|---|
| HIGHTEC | Highway Technologies | | | | | | | | |
| 261243-001 | 09-27-2007 | 1768 | 01-14-2008 | 145-01-81000.0 | 3,970.32 | 3,970.32 | | | .00 |
| JAYVAL | Jay's Valet Parking Services | | | | | | | | |
| 123107 | 12-31-2007 | 1789 | 01-30-2008 | 145-01-80145.0 | 4,813.00 | 4,813.00 | | | .00 |
| LOUDMOUTH | Loudmouth Media, LLC | | | | | | | | |
| 9288 | 12-04-2007 | 1769 | 01-14-2008 | 145-01-81000.1 | 2,750.00 | 2,750.00 | | | .00 |
| LRMCOM | LRM-COM, Inc. | | | | | | | | |
| 8639 | 01-01-2008 | 1770 | 01-14-2008 | 145-01-80090.5 | 249.34 | 249.34 | | | .00 |
| 8640 | 01-01-2008 | 1770 | 01-14-2008 | 145-01-80090.5 | 377.97 | 377.97 | | | .00 |
| | | | | Vendor Totals | 627.31* | 627.31* | .00* | .00* | .00* |
| MILGRO | The Millard Group | | | | | | | | |
| 36355 | 12-21-2007 | 1747 | 01-11-2008 | 145-01-80030.0 | 1,692.18 | 1,692.18 | | | .00 |
| | | 1747 | 01-11-2008 | 145-01-80030.5 | 658.07 | 658.07 | | | .00 |
| 36661 | 01-01-2008 | 1771 | 01-14-2008 | 145-01-80030.0 | 1,692.18 | 1,692.18 | | | .00 |
| | | 1771 | 01-14-2008 | 145-01-80030.5 | 658.07 | 658.07 | | | .00 |
| | | | | Vendor Totals | 4,700.50* | 4,700.50* | .00* | .00* | .00* |
| NCIINC | Norkoll Construction Inc | | | | | | | | |
| 30 | 04-23-2007 | 1737 | 01-07-2008 | 145-01-23001.0 | 10,503.50 | 10,503.50 | | | .00 |
| PEOPRO | People Productions | | | | | | | | |
| 16942 | 12-18-2007 | 1748 | 01-11-2008 | 145-01-81000.1 | 79.74 | 79.74 | | | .00 |
| POLDIS | Polestar Distributors | | | | | | | | |
| 29778 | 12-20-2007 | 1749 | 01-11-2008 | 145-01-80061.5 | 83.40 | 83.40 | | | .00 |
| PREWEST | Precision West Signs, LLC | | | | | | | | |
| 181107 | 12-19-2007 | 1750 | 01-11-2008 | 145-01-81000.1 | 75.40 | 75.40 | | | .00 |
| 181210 | 01-03-2008 | 1772 | 01-14-2008 | 145-01-81000.1 | 855.50 | 855.50 | | | .00 |
| | | | | Vendor Totals | 930.90* | 930.90* | .00* | .00* | .00* |
| ROTORSC | Roto-Rooter Services Company | | | | | | | | |
| 03414335220 | 12-12-2007 | 1773 | 01-14-2008 | 145-01-80043.5 | 261.67 | 261.67 | | | .00 |
| SAFSYS-PM | Safe Systems, Inc. | | | | | | | | |
| 532007 | 12-20-2007 | 1751 | 01-11-2008 | 145-01-80080.0 | 1,188.00 | 1,188.00 | | | .00 |
| | | 1751 | 01-11-2008 | 145-01-80080.5 | 252.00 | 252.00 | | | .00 |
| 532015 | 12-20-2007 | 1751 | 01-11-2008 | 145-01-80065.5 | 30.00 | 30.00 | | | .00 |
| 532016 | 12-20-2007 | 1751 | 01-11-2008 | 145-01-80065.5 | 30.00 | 30.00 | | | .00 |
| 532017 | 12-20-2007 | 1751 | 01-11-2008 | 145-01-80065.5 | 30.00 | 30.00 | | | .00 |
| 532018 | 12-20-2007 | 1751 | 01-11-2008 | 145-01-80065.5 | 30.00 | 30.00 | | | .00 |
| 532019 | 12-20-2007 | 1751 | 01-11-2008 | 145-01-80065.5 | 30.00 | 30.00 | | | .00 |
| 532020 | 12-20-2007 | 1751 | 01-11-2008 | 145-01-80065.5 | 30.00 | 30.00 | | | .00 |
| 532021 | 12-20-2007 | 1751 | 01-11-2008 | 145-01-80065.5 | 30.00 | 30.00 | | | .00 |
| | | | | Vendor Totals | 1,650.00* | 1,650.00* | .00* | .00* | .00* |
| SHOPPART | Shopping Partnership | | | | | | | | |
| 010108 | 12-03-2007 | 1752 | 01-11-2008 | 145-01-81000.0 | 1,350.00 | 1,350.00 | | | .00 |
| SOUMET1 | Southlands Metropolitan | | | | | | | | |
| 123107-TC | 12-31-2007 | 1795 | 01-31-2008 | 145-01-80095.0 | 62,532.19 | 62,532.19 | | | .00 |
| SOUSHOP | Southlands Shopping Ctr Mgmt | | | | | | | | |
| 0108-TC | 01-01-2008 | 1774 | 01-14-2008 | 145-01-80300.0 | 14,832.00 | 14,832.00 | | | .00 |
| | | 1774 | 01-14-2008 | 145-01-80300.5 | 5,768.00 | 5,768.00 | | | .00 |
| | | 1774 | 01-14-2008 | 145-01-80655.0 | 3,168.00 | 3,168.00 | | | .00 |
| | | 1774 | 01-14-2008 | 145-01-80655.5 | 1,232.00 | 1,232.00 | | | .00 |
| | | | | Vendor Totals | 25,000.00* | 25,000.00* | .00* | .00* | .00* |
| SPECTRO | Spectro Graphics, Inc. | | | | | | | | |
| 18183 | 10-30-2007 | 1775 | 01-14-2008 | 145-01-81000.1 | 1,745.75 | 1,745.75 | | | .00 |
| 18184 | 10-30-2007 | 1775 | 01-14-2008 | 145-01-81000.1 | 435.14 | 435.14 | | | .00 |
| | | | | Vendor Totals | 2,180.89* | 2,180.89* | .00* | .00* | .00* |
| STESTU | Stephens Studio | | | | | | | | |
| 516 | 11-30-2007 | 1753 | 01-11-2008 | 145-01-81000.1 | 2,660.00 | 2,660.00 | | | .00 |
| TERMIN | Terminix | | | | | | | | |
| 274360704 | 01-03-2008 | 1790 | 01-30-2008 | 145-01-80089.0 | 316.80 | 316.80 | | | .00 |
| | | 1790 | 01-30-2008 | 145-01-80089.5 | 123.20 | 123.20 | | | .00 |
| | | | | Vendor Totals | 440.00* | 440.00* | .00* | .00* | .00* |

BR0015472.0007

Alberta Development Partners, LLC        Paid Invoice Register With Invoice Date         09-25-2008    Page 4
                                                                                          System Date: 09-25-2008
                                                                                          System Time: 8:16 am

Property:  145-01 Alberta Town Center, LLC

| Invoice | Invoice Date | Check | Check Date | Property Expense Account | Original Amount | Amount Paid | Discount Taken | Discount Lost | Balance |
|---|---|---|---|---|---|---|---|---|---|
| VALCRE-PM | Valley Crest Landscape Maint. | | | | | | | | |
| 3103265 | 12-19-2007 | 1754 | 01-11-2008 | 145-01-80130.0 | 756.00 | 756.00 | | | .00 |
| | | 1754 | 01-11-2008 | 145-01-80130.5 | 294.00 | 294.00 | | | .00 |
| 3103704 | 12-20-2007 | 1754 | 01-11-2008 | 145-01-80130.0 | 842.40 | 842.40 | | | .00 |
| | | 1754 | 01-11-2008 | 145-01-80130.5 | 327.60 | 327.60 | | | .00 |
| 3103817 | 12-20-2007 | 1754 | 01-11-2008 | 145-01-80130.0 | 950.40 | 950.40 | | | .00 |
| | | 1754 | 01-11-2008 | 145-01-80130.5 | 369.60 | 369.60 | | | .00 |
| 3106322 | 12-28-2007 | 1776 | 01-14-2008 | 145-01-80130.0 | 1,310.00 | 1,310.00 | | | .00 |
| 3106611 | 12-28-2007 | 1776 | 01-14-2008 | 145-01-80130.0 | 1,170.00 | 1,170.00 | | | .00 |
| 3112801 | 01-04-2008 | 1776 | 01-14-2008 | 145-01-80130.0 | 2,084.40 | 2,084.40 | | | .00 |
| | | 1776 | 01-14-2008 | 145-01-80130.5 | 810.60 | 810.60 | | | .00 |
| 3112902 | 01-05-2008 | 1776 | 01-14-2008 | 145-01-80130.0 | 1,231.20 | 1,231.20 | | | .00 |
| | | 1776 | 01-14-2008 | 145-01-80130.5 | 478.80 | 478.80 | | | .00 |
| | | | | Vendor Totals | 10,625.00* | 10,625.00* | .00* | .00* | .00* |
| VALSEC | Valor Security Services | | | | | | | | |
| 129440 | 12-15-2007 | 1755 | 01-11-2008 | 145-01-80200.5 | 1,265.00 | 1,265.00 | | | .00 |
| | | 1755 | 01-11-2008 | 145-01-80200.0 | 18,587.38 | 18,587.38 | | | .00 |
| 129690 | 12-29-2007 | 1791 | 01-30-2008 | 145-01-80200.5 | 1,265.00 | 1,265.00 | | | .00 |
| | | 1791 | 01-30-2008 | 145-01-80200.0 | 19,743.43 | 19,743.43 | | | .00 |
| 129737E | 12-29-2007 | 1791 | 01-30-2008 | 145-01-80200.0 | 89.34 | 89.34 | | | .00 |
| | | | | Vendor Totals | 40,950.15* | 40,950.15* | .00* | .00* | .00* |
| VILES | James F. Viles | | | | | | | | |
| 122407 | 12-24-2007 | 1756 | 01-11-2008 | 145-01-81000.0 | 400.00 | 400.00 | | | .00 |
| VILLAGER | The Villager | | | | | | | | |
| 4338 | 12-13-2007 | 1777 | 01-14-2008 | 145-01-81000.0 | 1,393.75 | 1,393.75 | | | .00 |

```
Alberta Development Partners, LLC        Paid Invoice Register With Invoice Date                09-25-2008    Page 5
                                                                                           System Date: 09-25-2008
                                                                                           System Time:  8:16 am

Property:    145-01 Alberta Town Center, LLC

                  Invoice              Check     Property Expense   Original    Amount    Discount   Discount
   Invoice         Date    Check        Date        Account          Amount      Paid      Taken      Lost       Balance

XCEL-PM    Xcel Energy
 127770021-LATE 10-12-2007   1794 01-30-2008 145-01-80021.0           37.42       37.42                             .00
 136006018-LT   12-14-2007   1794 01-30-2008 145-01-80021.0          213.83      213.83                             .00
 136823812-LT   12-21-2007   1757 01-11-2008 145-01-80021.0           61.70       61.70                             .00
 304007518-1207 01-15-2008   1794 01-30-2008 145-01-80021.0          604.65      604.65                             .00
 304014487-0108 01-15-2008   1794 01-30-2008 145-01-80021.0           55.55       55.55                             .00
 304014489-0108 01-16-2008   1794 01-30-2008 145-01-80021.5        2,598.66    2,598.66                             .00
 304015594-0108 01-16-2008   1794 01-30-2008 145-01-80021.0          481.70      481.70                             .00
 304015995-0108 01-16-2008   1794 01-30-2008 145-01-80021.0          847.91      847.91                             .00
 304015996-0108 01-16-2008   1794 01-30-2008 145-01-80021.0        1,132.75    1,132.75                             .00
 304016018-0108 01-16-2008   1794 01-30-2008 145-01-80021.0        1,072.60    1,072.60                             .00
                             1794 01-30-2008 145-01-80020.0        1,319.91    1,319.91                             .00
 304016019-0108 01-16-2008   1794 01-30-2008 145-01-80021.0          438.14      438.14                             .00
 304016020-0108 01-16-2008   1794 01-30-2008 145-01-80021.0        1,445.24    1,445.24                             .00
                             1794 01-30-2008 145-01-80020.0        1,005.24    1,005.24                             .00
 304016021-0108 01-16-2008   1794 01-30-2008 145-01-80021.0          764.17      764.17                             .00
 304016022-0108 01-16-2008   1794 01-30-2008 145-01-80021.0          657.79      657.79                             .00
 304016023-0108 01-16-2008   1794 01-30-2008 145-01-80021.0          517.29      517.29                             .00
                             1794 01-30-2008 145-01-80020.0        1,177.28    1,177.28                             .00
 304016024-0108 01-16-2008   1794 01-30-2008 145-01-80021.5          237.98      237.98                             .00
 304016039-0108 01-16-2008   1794 01-30-2008 145-01-80021.0          628.30      628.30                             .00
                             1794 01-30-2008 145-01-80020.0           24.59       24.59                             .00
 304016040-0108 01-16-2008   1794 01-30-2008 145-01-80021.0          885.43      885.43                             .00
 304016041-0108 01-16-2008   1794 01-30-2008 145-01-80021.0          370.66      370.66                             .00
 304016051-0108 01-16-2008   1794 01-30-2008 145-01-80021.0          901.31      901.31                             .00
 304016052-0108 01-16-2008   1794 01-30-2008 145-01-80021.0          200.48      200.48                             .00
 304016053-0108 01-16-2008   1794 01-30-2008 145-01-80021.0          152.03      152.03                             .00
 304017066-0108 01-16-2008   1794 01-30-2008 145-01-80021.5        1,557.61    1,557.61                             .00
 304017067-0108 01-16-2008   1794 01-30-2008 145-01-80021.0        1,096.99    1,096.99                             .00
 304020227-0108 01-16-2008   1794 01-30-2008 145-01-80021.5          810.63      810.63                             .00
 304020454-0108 01-16-2008   1794 01-30-2008 145-01-80021.5          728.63      728.63                             .00
                             1794 01-30-2008 145-01-80020.5          264.27      264.27                             .00
 304020936-0108 01-16-2008   1794 01-30-2008 145-01-80021.0          540.73      540.73                             .00
 304020998-0108 01-16-2008   1794 01-30-2008 145-01-80021.0          656.99      656.99                             .00
 304020999-0108 01-16-2008   1794 01-30-2008 145-01-80021.0          574.27      574.27                             .00
 304021001-0108 01-16-2008   1794 01-30-2008 145-01-80021.5        1,896.99    1,896.99                             .00
 304047528-1207 12-21-2007   1757 01-11-2008 145-01-80020.0           16.11       16.11                             .00
 304047529-0108 01-16-2008   1794 01-30-2008 145-01-80020.5          606.13      606.13                             .00
 304047529-1207 12-21-2007   1757 01-11-2008 145-01-80021.0           11.90       11.90                             .00
 304047530-1207 12-21-2007   1757 01-11-2008 145-01-80020.0           24.66       24.66                             .00
 304047531-1207 12-21-2007   1757 01-11-2008 145-01-80021.0           25.21       25.21                             .00
 304047532-1207 12-21-2007   1757 01-11-2008 145-01-80021.0          396.94      396.94                             .00
 304047537-1207 12-21-2007   1757 01-11-2008 145-01-80021.5           78.34       78.34                             .00
                             1757 01-11-2008 145-01-80020.5           24.66       24.66                             .00
 304047570-1207 12-21-2007   1757 01-11-2008 145-01-80021.0           11.78       11.78                             .00
                             1757 01-11-2008 145-01-80020.0           25.69       25.69                             .00
 304047574-1207 12-21-2007   1757 01-11-2008 145-01-80021.0           31.97       31.97                             .00
 304047576-1207 12-21-2007   1757 01-11-2008 145-01-80021.0           31.97       31.97                             .00
 304047581-1207 12-21-2007   1757 01-11-2008 145-01-80021.0           31.97       31.97                             .00
 304048003-0108 01-16-2008   1794 01-30-2008 145-01-80020.0        1,125.83    1,125.83                             .00
                             1794 01-30-2008 145-01-80020.5          437.82      437.82                             .00
 304048493-0108 01-16-2008   1794 01-30-2008 145-01-80021.0          489.65      489.65                             .00
 304048493-1207 01-18-2008   1794 01-30-2008 145-01-80021.0          647.48      647.48                             .00
 304048756-1207 12-21-2007   1757 01-11-2008 145-01-80021.0        1,445.14    1,445.14                             .00
 304049188-0108 01-16-2008   1794 01-30-2008 145-01-80021.0        5,546.24    5,546.24                             .00
 304049828-0108 01-15-2008   1794 01-30-2008 145-01-80021.0           92.40       92.40                             .00
                             1794 01-30-2008 145-01-80020.0          189.16      189.16                             .00
 304050776-1207 12-21-2007   1757 01-11-2008 145-01-80021.0          288.31      288.31                             .00
 304096164-1107 11-21-2007   1757 01-11-2008 145-01-80021.0            9.82        9.82                             .00
 304096164-1207 12-21-2007   1794 01-30-2008 145-01-80021.0            9.82        9.82                             .00
 304098993-1207 01-18-2008   1794 01-30-2008 145-01-80021.0           26.72       26.72                             .00
                             1794 01-30-2008 145-01-80020.0          191.47      191.47                             .00
                                              Vendor Totals     37,776.91*   37,776.91*      .00*       .00*       .00*

XMSATE    XM Satellite Radio
 2879315581-1207 12-27-2007  1778 01-14-2008 145-01-80090.0          115.82      115.82                             .00

                                              Property Totals  273,094.01*  273,094.01*      .00*       .00*       .00*

                                              Report Totals    273,094.01*  273,094.01*      .00*       .00*       .00*
```

Handwritten notes:
```
   869,605  INTEREST
 1,142,699
<  10,504 > NORKOLI CONST. CHECK
 1,132,195
```

BR0015472.0009

**Alberta Town Center, LLC**
**REVISED Project Cash Flow Report**
**February, 2008**

|  | Current Month Budget | Current Month Actual | Current Month Variance |
|---|---:|---:|---:|
| **Income** | | | |
| Base Rent - Office | 50,938 | 63,332 | 12,394 |
| Base Rent - Retail | 736,093 | 641,787 | (94,306) |
| CAM Income | - | (1,000) | (1,000) |
| Interest Income | - | 14,953 | 14,953 |
| Late Fee Income | - | - | - |
| Miscellaneous Income | - | 492 | 492 |
| Miscellaneous Income - | 16,559 | 13,494 | (3,065) |
| Percentage Rent | - | 409 | 409 |
| Recoveries-CAM-Office | 18,846 | - | (18,846) |
| Recoveries-CAM-Retail | 142,218 | 244,173 | 101,955 |
| Recoveries-Insurance-Office | 556 | - | (556) |
| Recoveries-Insurance-Ret | 6,572 | - | (6,572) |
| Recoveries-RE Tax-Office | 13,728 | - | (13,728) |
| Recoveries-RE Tax-Retail | 125,362 | 11,184 | (114,178) |
| Rent Abatement | - | - | - |
| Rental Income | - | 1,703 | 1,703 |
| Tenant Specific Recov-O | - | - | - |
| Trash - Retail | 5,000 | 5,000 | - |
| **Total Income** | **1,115,872** | **995,526** | **(120,346)** |
| **Expenses** | | | |
| Utility Expense | - | - | - |
| Bad Debt Expense | - | - | - |
| Interest Expense | 868,040 | 868,040 | (0) |
| Audit and Tax Return Pr | - | - | - |
| Legal / Professional Fee | - | - | - |
| Other Admin Expenses | 693 | 1,993 | (1,300) |
| Real Estate Taxes - Reta | 166,667 | 473,354 | (306,687) |
| Real Estate Taxes - Offi | 46,667 | 132,540 | (85,873) |
| Insurance - Retail | 7,500 | 30,473 | (22,973) |
| Insurance - Office | 2,917 | 11,852 | (8,935) |
| Gas/Oil-Retail | 2,300 | - | 2,300 |
| Gas/Oil-Office | 1,250 | - | 1,250 |
| Electric-Retail | 15,417 | - | 15,417 |
| Electric-Office | 12,083 | - | 12,083 |
| Water-Building-Retail | 8,750 | 7,435 | 1,315 |
| Water-Building-Office | 1,750 | 1,225 | 525 |
| Garbage-Scavenger-Retail | - | 209 | (209) |
| Janitorial Svc Contract- | 658 | 2,350 | (1,692) |
| Janitorial Svc Contract- | 3,692 | - | 3,692 |
| Window Cleaning-Office | - | - | - |

Alberta Town Center, LLC
REVISED Project Cash Flow Report
February, 2008

| | Current Month Budget | Current Month Actual | Current Month Variance |
|---|---:|---:|---:|
| Plumbing/Gas-R&M-Office | - | 366 | (366) |
| Roof Repair-R&M-Retail | 150 | - | 150 |
| Roof Repair-R&M-Office | 250 | - | 250 |
| HVAC-Service Contracts-O | - | 446 | (446) |
| HVAC - Parts and Supplie | - | - | - |
| Building - R&M-Retail | 2,500 | - | 2,500 |
| Building - R&M-Office | 1,667 | 617 | 1,050 |
| Elevator R&M Retail | - | 2,050 | (2,050) |
| Elevator Service Contra | - | - | - |
| Elevator R&M Office | 626 | - | 626 |
| Lighting Maintenance Co | 21 | 54 | (33) |
| Lighting Maintenance Co | 54 | 21 | 33 |
| Bulbs and Ballast Retail | 575 | - | 575 |
| Bulbs and Ballast Office | 332 | - | 332 |
| Fire & Life Retail | 1,250 | - | 1,250 |
| Fire & Life Office | 303 | - | 303 |
| Backflow Testing Fire S | - | - | - |
| Backflow Testing Fire S | - | - | - |
| Exterminating Pest Cont | 123 | 317 | (194) |
| Exterminating Pest Cont | 316 | 123 | 193 |
| Other R&M Retail | 20,000 | 104 | 19,896 |
| Other R&M Office | 3,000 | 627 | 2,373 |
| R&M Restrooms Retail | 375 | - | 375 |
| Metro District Retail | 25,752 | 58,844 | (33,092) |
| Metro District Office | 10,079 | - | 10,079 |
| Contract Service Landsc | 350 | - | 350 |
| Contract Service Landsc | 900 | - | 900 |
| Landscape Other Repairs | - | - | - |
| Landscape Other Repairs | - | - | - |
| Irrigation Repairs/Main | - | - | - |
| Irrigation Repairs/Main | - | - | - |
| Parking Lot Sweeping Ret | 1,132 | - | 1,132 |
| Parking Lot Sweeping Off | 440 | - | 440 |
| Parking Lot Striping Ret | - | - | - |
| Parking Lot Striping Off | - | - | - |
| Snow Removal Retail | 25,000 | 10,955 | 14,046 |
| Snow Removal Office | 6,800 | 281 | 6,520 |
| Valet Parking | 4,500 | 5,049 | (549) |
| Contract Service Securi | 2,500 | 17,208 | (14,708) |
| Contract Service Securi | 31,000 | 1,265 | 29,735 |
| Management Fees Retail | 15,083 | 14,832 | 251 |
| Management Fees Office | 9,917 | 5,768 | 4,149 |
| Payroll Salaries Retail | 19,466 | - | 19,466 |
| Office Supplies Retail | - | - | - |
| Other G&A Admin Retail | 16,500 | 3,168 | 13,332 |

## Alberta Town Center, LLC
### REVISED Project Cash Flow Report
### February, 2008

| | Current Month Budget | Current Month Actual | Current Month Variance |
|---|---:|---:|---:|
| Other G&A Admin Office | 2,333 | 1,232 | 1,101 |
| Holiday Decor - Retail | 3,893 | - | 3,893 |
| Holiday Decor - Office | 1,524 | - | 1,524 |
| Ice Rink Retail | 2,695 | - | 2,695 |
| Ice Rink Office | 1,055 | - | 1,055 |
| Advertising - Print | 8,316 | 4,925 | 3,391 |
| Community Sponsorship | 400 | 800 | (400) |
| Promotional | 24,617 | 1,690 | 22,927 |
| Event | 1,350 | 3,427 | (2,077) |
| Website | 417 | 2,200 | (1,783) |
| Design | 1,264 | 504 | 760 |
| Collateral | 3,500 | 3,735 | (235) |
| Gift Card | 190 | 1,608 | (1,418) |
| Marketing Office Expense | 3,863 | - | 3,863 |
| Research | - | - | - |
| Marketing - Other | - | 15 | (15) |
| Bank Charges Retail | - | - | - |
| CAM Expense - Current Ye | - | - | - |
| Carpet Cleaning-Office | - | - | - |
| Electric - R&M | - | - | - |
| Insurance | - | - | - |
| Legal Fees Retail | - | - | - |
| Office Equipment Lease R | - | - | - |
| Other Professional Fees | - | - | - |
| Plumbing/Gas-R&M-Retail | - | - | - |
| Postage/Courier Office | - | - | - |
| Postage/Courier Retail | - | - | - |
| Security Other | - | - | - |
| Supplies - R&M | - | - | - |
| Telephone Expense Retail | - | - | - |
| Tenant Specific Other | - | - | - |
| Utility Expense | - | - | - |
| Vehicle Maintenance/Lea | - | - | - |
| Water-Irrigation-Office | - | - | - |
| Water-Irrigation-Retail | - | - | - |
| **Total Expenses** | 1,394,762 | 1,671,701 | (276,939) |
| **Net Income (Loss)** | (278,890) | (676,175) | (397,285) |

```
Alberta Development Partners, LLC              Charge Type Summary Report    975,081              09-25-2008    Page 1
                                                                             19,953  INTEREST    System Date: 09-25-2008
Date Range:   02-01-2008    To    02-29-2008                                                      System Time: 7:58 am
Based Upon:   Transaction Date                                               990,034
                                                                                242   STORE FINANCIAL
Property: ATC145-01  Alberta Town Center                                      5,000   WASTE MGMT
                                                                                250   CASH IN A FLASH          Apply/        Apply/
Summary                                                                      995,526                           Refund        Forfeit/
Charge                                                                                                         Credits       Dep./Int.
Type         Description                               Charges         Payments        Adjustments
```

| Summary Charge Type | Description | Period | Charges | Payments | Adjustments | Apply/Refund Credits | Apply/Forfeit/Dep./Int. |
|---|---|---|---:|---:|---:|---:|---:|
| Open Credit | Open Credit | February 2008 | .00 | 1,702.51- | .00 | 19,682.00 | .00 |
| | | 2008 Yearly Totals: | .00 | 1,702.51- | .00 | 19,682.00 | .00 |
| | | Totals: | .00 | 1,702.51- | .00 | 19,682.00 | .00 |
| % RENT | Percentage Rent | February 2008 | .00 | 408.56- | .00 | .00 | .00 |
| | | 2008 Yearly Totals: | .00 | 408.56- | .00 | .00 | .00 |
| | | % RENT Totals: | .00 | 408.56- | .00 | .00 | .00 |
| CAM RECON | Cam Reconciliation | February 2008 | .00 | 1,000.00 | .00 | .00 | .00 |
| | | 2008 Yearly Totals: | .00 | 1,000.00 | .00 | .00 | .00 |
| | | CAM RECON Totals: | .00 | 1,000.00 | .00 | .00 | .00 |
| CAM-RETAIL | Recoveries-CAM-Retail | February 2008 | 254,158.10 | 244,172.94- | .00 | .00 | .00 |
| | | 2008 Yearly Totals: | 254,158.10 | 244,172.94- | .00 | .00 | .00 |
| | | CAM-RETAIL Totals: | 254,158.10 | 244,172.94- | .00 | .00 | .00 |
| MAINT/RPRS | Maintenance/Repairs | February 2008 | 252.00 | .00 | .00 | .00 | .00 |
| | | 2008 Yearly Totals: | 252.00 | .00 | .00 | .00 | .00 |
| | | MAINT/RPRS Totals: | 252.00 | .00 | .00 | .00 | .00 |
| MARKETING | Marketing Fund Contribution | February 2008 | 14,846.79 | 13,493.56- | .00 | .00 | .00 |
| | | 2008 Yearly Totals: | 14,846.79 | 13,493.56- | .00 | .00 | .00 |
| | | MARKETING Totals: | 14,846.79 | 13,493.56- | .00 | .00 | .00 |
| RENT (O) | Base Rent-Office | February 2008 | 61,978.92 | 63,332.42- | .00 | .00 | .00 |
| | | 2008 Yearly Totals: | 61,978.92 | 63,332.42- | .00 | .00 | .00 |
| | | RENT (O) Totals: | 61,978.92 | 63,332.42- | .00 | .00 | .00 |
| RENT (R) | Base Rent-Retail | February 2008 | 676,752.77 | 641,786.80- | .00 | 19,682.00- | .00 |
| | | 2008 Yearly Totals: | 676,752.77 | 641,786.80- | .00 | 19,682.00- | .00 |
| | | RENT (R) Totals: | 676,752.77 | 641,786.80- | .00 | 19,682.00- | .00 |
| RENTABATE | Rent Abatement | February 2008 | 13,552.72 | .00 | .00 | .00 | .00 |
| | | 2008 Yearly Totals: | 13,552.72 | .00 | .00 | .00 | .00 |
| | | RENTABATE Totals: | 13,552.72 | .00 | .00 | .00 | .00 |
| TAX-RETAIL | Recoveries-RE Tax-Retail | February 2008 | 11,184.49 | 11,184.49- | .00 | .00 | .00 |
| | | 2008 Yearly Totals: | 11,184.49 | 11,184.49- | .00 | .00 | .00 |
| | | TAX-RETAIL Totals: | 11,184.49 | 11,184.49- | .00 | .00 | .00 |
| WRITEOFF | Write Off Uncollectable | February 2008 | 59,802.60- | .00 | .00 | .00 | .00 |
| | | 2008 Yearly Totals: | 59,802.60- | .00 | .00 | .00 | .00 |
| | | WRITEOFF Totals: | 59,802.60- | .00 | .00 | .00 | .00 |
| | | Property ATC145-01 Totals: | 972,923.19 | 975,081.28- | .00 | .00 | .00 |

BR0015473.0004

Alberta Development Partners, LLC        Paid Invoice Register With Invoice Date            09-25-2008   Page 1
                                                                                             System Date: 09-25-2008
                                                                                             System Time: 8:16 am

Property:   145-01 Alberta Town Center, LLC

| Invoice | Invoice Date | Check | Check Date | Property Expense Account | Original Amount | Amount Paid | Discount Taken | Discount Lost | Balance |
|---|---|---|---|---|---|---|---|---|---|
| ALBTC | Alberta Town Center, LLC | | | | | | | | |
| 011608-GIFT | 01-16-2008 | 1796 | 02-19-2008 | 145-01-81000.0 | 200.00 | 200.00 | | | .00 |
| 011608-GIFT.1 | 01-16-2008 | 1796 | 02-19-2008 | 145-01-81000.0 | 50.00 | 50.00 | | | .00 |
| 011608-GIFT.2 | 01-16-2008 | 1796 | 02-19-2008 | 145-01-81000.0 | 50.00 | 50.00 | | | .00 |
| 011608-GIFT.3 | 01-16-2008 | 1796 | 02-19-2008 | 145-01-81000.0 | 100.00 | 100.00 | | | .00 |
| 013008-GIFT | 01-31-2008 | 1796 | 02-19-2008 | 145-01-81000.1 | 5.00 | 5.00 | | | .00 |
| 021208-GIFT-1 | 02-12-2008 | 1796 | 02-19-2008 | 145-01-81000.0 | 100.00 | 100.00 | | | .00 |
| 021208-GIFT-2 | 02-12-2008 | 1796 | 02-19-2008 | 145-01-81000.0 | 50.00 | 50.00 | | | .00 |
| 021208-GIFT-3 | 02-12-2008 | 1796 | 02-19-2008 | 145-01-81000.0 | 25.00 | 25.00 | | | .00 |
| 021208-GIFT-4 | 02-12-2008 | 1796 | 02-19-2008 | 145-01-81000.0 | 25.00 | 25.00 | | | .00 |
| 021208-GIFT-5 | 02-12-2008 | 1796 | 02-19-2008 | 145-01-81000.0 | 200.00 | 200.00 | | | .00 |
| 021208-GIFT-6 | 02-12-2008 | 1796 | 02-19-2008 | 145-01-81000.1 | 10.00 | 10.00 | | | .00 |
| | | | | Vendor Totals | 815.00* | 815.00* | .00* | .00* | .00* |
| ALLLOC | Allied Locksmith | | | | | | | | |
| 4300 | 02-01-2008 | 1797 | 02-19-2008 | 145-01-80061.5 | 517.94 | 517.94 | | | .00 |
| ALWGRO | Always Growing, LLC | | | | | | | | |
| 4054 | 01-22-2008 | 1798 | 02-19-2008 | 145-01-80061.5 | 99.00 | 99.00 | | | .00 |
| ARACOTR | Arapahoe County Treasurer | | | | | | | | |
| 207119205001-0702-28-2008 | | 1832 | 02-28-2008 | 145-01-20801.0 | 923,749.22 | 461,874.62 | | | .00 |
| 207119205002-0702-28-2008 | | 1832 | 02-28-2008 | 145-01-20801.0 | 288,037.28 | 144,018.64 | | | .00 |
| | | | | Vendor Totals | 1,211,786.50* | 605,893.26* | .00* | .00* | .00* |
| CALCAR | Calamity Carriages | | | | | | | | |
| 020108 | 02-01-2008 | 1799 | 02-19-2008 | 145-01-81000.0 | 1,350.00 | 1,350.00 | | | .00 |
| CENELE | Centric Elevator Corporation | | | | | | | | |
| 192143 | 02-01-2008 | 1800 | 02-19-2008 | 145-01-80065.5 | 1,150.00 | 1,150.00 | | | .00 |
| CHAANDDES | Charlotte Anderson Design | | | | | | | | |
| CA9190 | 01-27-2008 | 1801 | 02-19-2008 | 145-01-81000.1 | 360.46 | 360.46 | | | .00 |
| CITAUR-PM | City of Aurora | | | | | | | | |
| 143998-0108 | 02-11-2008 | 1803 | 02-19-2008 | 145-01-80022.0 | 245.88 | 245.88 | | | .00 |
| 150088-0108 | 02-11-2008 | 1803 | 02-19-2008 | 145-01-80022.0 | 1,819.37 | 1,819.37 | | | .00 |
| 150480-0108 | 02-11-2008 | 1803 | 02-19-2008 | 145-01-80022.0 | 175.74 | 175.74 | | | .00 |
| 150482-0108 | 02-11-2008 | 1803 | 02-19-2008 | 145-01-80022.0 | 174.98 | 174.98 | | | .00 |
| | | 1803 | 02-19-2008 | 145-01-80022.5 | 68.05 | 68.05 | | | .00 |
| 150484-0108 | 02-11-2008 | 1803 | 02-19-2008 | 145-01-80022.0 | 210.84 | 210.84 | | | .00 |
| | | 1803 | 02-19-2008 | 145-01-80022.5 | 81.99 | 81.99 | | | .00 |
| 150486-0108 | 02-11-2008 | 1803 | 02-19-2008 | 145-01-80022.0 | 1,217.64 | 1,217.64 | | | .00 |
| | | 1803 | 02-19-2008 | 145-01-80022.5 | 473.53 | 473.53 | | | .00 |
| 150488-0108 | 02-11-2008 | 1803 | 02-19-2008 | 145-01-80022.0 | 1,051.32 | 1,051.32 | | | .00 |
| 150492-0108 | 02-11-2008 | 1803 | 02-19-2008 | 145-01-80022.0 | 159.42 | 159.42 | | | .00 |
| 150496-0108 | 02-11-2008 | 1803 | 02-19-2008 | 145-01-80022.0 | 390.31 | 390.31 | | | .00 |
| 150514-0108 | 02-11-2008 | 1803 | 02-19-2008 | 145-01-80022.0 | 665.07 | 665.07 | | | .00 |
| 150516-0108 | 02-11-2008 | 1803 | 02-19-2008 | 145-01-80022.0 | 434.79 | 434.79 | | | .00 |
| 151074-0108 | 02-11-2008 | 1803 | 02-19-2008 | 145-01-80022.5 | 438.77 | 438.77 | | | .00 |
| 151076-0108 | 02-11-2008 | 1803 | 02-19-2008 | 145-01-80022.0 | 419.46 | 419.46 | | | .00 |
| | | 1803 | 02-19-2008 | 145-01-80022.5 | 163.12 | 163.12 | | | .00 |
| 151078-0108 | 02-11-2008 | 1803 | 02-19-2008 | 145-01-80022.0 | 210.58 | 210.58 | | | .00 |
| 151124-0108 | 02-11-2008 | 1803 | 02-19-2008 | 145-01-80022.0 | 259.22 | 259.22 | | | .00 |
| | | | | Vendor Totals | 8,660.08* | 8,660.08* | .00* | .00* | .00* |
| COLLIG-PM | Colorado Lighting, Inc | | | | | | | | |
| 171881 | 01-29-2008 | 1804 | 02-19-2008 | 145-01-80070.0 | 54.00 | 54.00 | | | .00 |
| | | 1804 | 02-19-2008 | 145-01-80070.5 | 21.00 | 21.00 | | | .00 |
| | | | | Vendor Totals | 75.00* | 75.00* | .00* | .00* | .00* |
| DENMET | DMCVB | | | | | | | | |
| 032655 | 01-16-2008 | 1806 | 02-19-2008 | 145-01-81000.0 | 525.00 | 525.00 | | | .00 |
| DIGEVO | Digital Evolution Group, LLC | | | | | | | | |
| 4216 | 12-31-2007 | 1807 | 02-19-2008 | 145-01-81000.1 | 1,400.00 | 1,400.00 | | | .00 |
| ENTDEN | Entercom Denver, LLC | | | | | | | | |
| MCC-1080172177 | 01-27-2008 | 1808 | 02-19-2008 | 145-01-81000.0 | 3,500.00 | 3,500.00 | | | .00 |
| EYECAN | Eye Candy Graphics | | | | | | | | |
| 19130 | 01-10-2008 | 1809 | 02-19-2008 | 145-01-81000.1 | 79.81 | 79.81 | | | .00 |
| 19145 | 01-21-2008 | 1809 | 02-19-2008 | 145-01-81000.1 | 63.86 | 63.86 | | | .00 |
| | | | | Vendor Totals | 143.67* | 143.67* | .00* | .00* | .00* |
| FACLOG | Facility Logic, Inc. | | | | | | | | |
| 20165 | 01-29-2008 | 1810 | 02-19-2008 | 145-01-80050.5 | 445.63 | 445.63 | | | .00 |

BR0015473.0005

```
Alberta Development Partners, LLC      Paid Invoice Register With Invoice Date          09-25-2008    Page 2
                                                                                        System Date: 09-25-2008
                                                                                        System Time: 8:16 am

Property:   145-01 Alberta Town Center, LLC

                Invoice              Check   Property Expense  Original    Amount    Discount   Discount
  Invoice       Date     Check       Date    Account           Amount      Paid      Taken      Lost       Balance

FRAGRE    Franke Greenhouse List&Lippitt
  26249       01-04-2008    1811 02-19-2008 145-01-60280.0       967.12      967.12                           .00
  26251       01-04-2008    1811 02-19-2008 145-01-60280.0        79.99       79.99                           .00
  26254       01-04-2008    1811 02-19-2008 145-01-60280.0       946.20      946.20                           .00
                                             Vendor Totals     1,993.31*   1,993.31*     .00*      .00*       .00*

GRANDHIG  Grandview Wolves Booster Club
  012908      01-29-2008    1812 02-19-2008 145-01-81000.0       900.00      900.00                           .00

HMCDIS    HMC Display
  1080145     01-14-2008    1813 02-19-2008 145-01-81000.0     2,076.65    2,076.65                           .00

HQGIFT    HQ Gift Cards
  HQGC 0108   02-01-2008    1814 02-19-2008 145-01-81000.1       207.94      207.94                           .00

JAYVAL    Jay's Valet Parking Services
  013108      01-31-2008    1815 02-19-2008 145-01-80145.0     5,049.00    5,049.00                           .00

LRMCOM    LRM-COM, Inc.
  8856        02-01-2008    1816 02-19-2008 145-01-80090.5       249.34      249.34                           .00
  8857        02-01-2008    1816 02-19-2008 145-01-80090.5       377.97      377.97                           .00
                                             Vendor Totals       627.31*     627.31*     .00*      .00*       .00*

MILGRO    The Millard Group
  37102       02-01-2008    1817 02-19-2008 145-01-80030.0     2,350.25    2,350.25                           .00

PEOPRO    People Productions
  17005       01-31-2008    1818 02-19-2008 145-01-81000.0     2,200.00    2,200.00                           .00

ROTORSC   Roto-Rooter Services Company
  034141981118 09-12-2007   1819 02-19-2008 145-01-80043.0       366.00      366.00                           .00

SAFSYS-PM Safe Systems, Inc.
  534469      01-21-2008    1820 02-19-2008 145-01-80065.5       720.00      720.00                           .00
  534915      01-21-2008    1820 02-19-2008 145-01-80065.5       180.00      180.00                           .00
                                             Vendor Totals       900.00*     900.00*     .00*      .00*       .00*

SHOPPART  Shopping Partnership
  020108      02-01-2008    1821 02-19-2008 145-01-81000.0     1,350.00    1,350.00                           .00

SOUMET1   Southlands Metropolitan
  013108-TC   01-31-2008    1822 02-19-2008 145-01-80095.0    58,844.32   58,844.32                           .00

SOUSHOP   Southlands Shopping Ctr Mgmt
  020108-TC   02-01-2008    1823 02-19-2008 145-01-80300.0    14,832.00   14,832.00                           .00
                            1823 02-19-2008 145-01-80300.5     5,768.00    5,768.00                           .00
                            1823 02-19-2008 145-01-80655.0     3,168.00    3,168.00                           .00
                            1823 02-19-2008 145-01-80655.5     1,232.00    1,232.00                           .00
                                             Vendor Totals    25,000.00*  25,000.00*     .00*      .00*       .00*

SPECTRO   Spectro Graphics, Inc.
  18838       01-25-2008    1824 02-19-2008 145-01-81000.1     3,735.11    3,735.11                           .00

SUNREN    Sunbelt Rentals
  13857988-001 01-21-2008   1825 02-19-2008 145-01-80090.0       103.79      103.79                           .00

TERMIN    Terminix
  275081251   02-02-2008    1826 02-19-2008 145-01-80089.0       316.80      316.80                           .00
                            1826 02-19-2008 145-01-80089.5       123.20      123.20                           .00
                                             Vendor Totals       440.00*     440.00*     .00*      .00*       .00*

TRAVELERS Travelers
  2522N3122-0108 01-30-2008 1827 02-19-2008 145-01-80015.0    21,162.55   21,162.55                           .00
  2522N3122-0208 02-01-2008 1827 02-19-2008 145-01-80015.0    21,162.54   21,162.54                           .00
                                             Vendor Totals    42,325.09*  42,325.09*     .00*      .00*       .00*

VALCRE-PM Valley Crest Landscape Maint.
  3119563     01-25-2008    1828 02-19-2008 145-01-80130.5       280.50      280.50                           .00
                            1828 02-19-2008 145-01-80130.0     2,269.50    2,269.50                           .00
  3128414     02-05-2008    1828 02-19-2008 145-01-80130.0     4,155.00    4,155.00                           .00
  3129133     02-07-2008    1828 02-19-2008 145-01-80130.0     4,530.00    4,530.00                           .00
                                             Vendor Totals    11,235.00*  11,235.00*     .00*      .00*       .00*
```

```
Alberta Development Partners, LLC        Paid Invoice Register With Invoice Date              09-25-2008      Page 3
                                                                                              System Date: 09-25-2008
                                                                                              System Time: 8:16 am

Property:    145-01 Alberta Town Center, LLC

                Invoice              Check   Property Expense    Original      Amount      Discount   Discount
Invoice         Date      Check      Date       Account          Amount         Paid        Taken       Lost       Balance

VALSEC      Valor Security Services
 129960      01-12-2008          1829 02-19-2008 145-01-80200.5      1,265.00     1,265.00                              .00
                                 1829 02-19-2008 145-01-80200.0     16,647.98    16,647.98                              .00
 130016E     01-31-2008          1829 02-19-2008 145-01-80200.0        559.79       559.79                              .00
                                              Vendor Totals         18,472.77*   18,472.77*       .00*        .00*      .00*

WASMAN-PM   Waste Management of Denver
 2628778-0178-1 02-01-2008       1830 02-19-2008 145-01-80024.5       208.56        208.56                              .00

WESPRI      Western Printing & Graphics
  68729      01-09-2008          1831 02-19-2008 145-01-81000.0       340.40        340.40                              .00

                                        Property Totals  1,409,553.78*   803,660.54*       .00*        .00*        .00*

                                        Report Totals    1,409,553.78*   803,660.54*       .00*        .00*        .00*
```

*handwritten:* 868,040 INTEREST
*handwritten:* 1,671,701

BR0015473.0007