# EXHIBIT A-3
# Part 6

Alberta Town Center, LLC
REVISED Project Cash Flow Report
November 30, 2008

| Certified True and Correct DATE<br><br>Peter M. Cudlip | Current Month Budget | Current Month Actual | Current Month Variance |
|---|---|---|---|
| **Income** | | | |
| Antenna Income - Retail | - | - | - |
| Base Rent - Office | 135,411 | 90,610 | (44,801) |
| Base Rent - Retail | 796,109 | 641,595 | (154,514) |
| CAM Income - Prior Year | - | - | - |
| Interest Income | - | - | - |
| Late Fee Income | - | 263 | 263 |
| Miscellaneous Income | 18,862 | 13,940 | (4,922) |
| Miscellaneous Income - Other Miscellaneous Inco | - | 4,893 | 4,893 |
| Percentage Rent | - | - | - |
| Recoveries-CAM-Office | 48,173 | - | (48,173) |
| Recoveries-CAM-Retail | 153,134 | 124,310 | (28,824) |
| Recoveries-Insurance-Off | 1,581 | - | (1,581) |
| Recoveries-Insurance-Ret | 7,022 | 5,367 | (1,656) |
| Recoveries-RE Tax-Office | 28,939 | - | (28,939) |
| Recoveries-RE Tax-Retail | 134,747 | 111,546 | (23,201) |
| Rent Abatement | - | - | - |
| Rental Income | - | 10,412 | 10,412 |
| Storage Space Income | - | - | - |
| Trash-Retail | 5,000 | 5,000 | - |
| **Total Income** | 1,328,978 | 1,007,935 | (321,043) |
| **Expenses** | | | |
| Other Expenses | - | 3,808 | (3,808) |
| Other Expenses - Buildin | - | - | - |
| Other Expenses - Shoppi | - | - | - |
| Utility Expense | - | 401 | (401) |
| Other Expenses | - | - | - |
| Bad Debt Expense | - | - | - |
| Interest Expense | 775,548 | 724,615 | 50,933 |
| Audit and Tax Return Pr | - | - | - |
| Legal / Professional Fee | - | 4,484 | (4,484) |
| Other Admin Expenses | - | - | - |
| Real Estate Taxes - Reta | 166,667 | - | 166,667 |
| Real Estate Taxes - Offi | 46,666 | - | 46,666 |
| Insurance - Retail | 7,500 | 28,436 | (20,936) |

BR0015470.0001

**Alberta Town Center, LLC**
**REVISED Project Cash Flow Report**
**November 30, 2008**

Certified True and Correct
DATE

Peter M. Cudlip

| | Current Month Budget | Current Month Actual | Current Month Variance |
|---|---|---|---|
| Insurance - Office | 2,917 | 11,057 | (8,140) |
| Gas/Oil-Retail | 2,300 | 3,023 | (723) |
| Gas/Oil-Office | 1,250 | 27 | 1,223 |
| Electric-Retail | 15,417 | 11,332 | 4,085 |
| Electric-Office | 12,083 | 11,054 | 1,029 |
| Water-Building-Retail | 8,750 | 7,524 | 1,226 |
| Water-Building-Office | 1,750 | 1,871 | (121) |
| Garbage-Scavenger-Office | - | - | - |
| Janitorial Svc Contract- | 3,692 | - | 3,692 |
| Janitorial Svc Contract- | 2,158 | 3,429 | (1,271) |
| Window Cleaning-Office | - | - | - |
| Plumbing/Gas-R&M-Retail | - | - | - |
| Roof Repair-R&M-Retail | 150 | - | 150 |
| Roof Repair-R&M-Office | 250 | - | 250 |
| HVAC-R&M | - | - | - |
| HVAC-Service Contracts-O | - | - | - |
| HVAC - Parts and Supplie | - | - | - |
| Building - R&M-Retail | 2,500 | 42 | 2,458 |
| Building - R&M-Office | 1,667 | 3,224 | (1,557) |
| Elevator R&M Office | 626 | - | 626 |
| Elevator Service Contra | - | 1,150 | (1,150) |
| Elevator - Other | - | - | - |
| Lighting Maintenance Co | 54 | 613 | (559) |
| Lighting Maintenance Co | 21 | 239 | (218) |
| Bulbs and Ballast Retail | 575 | - | 575 |
| Bulbs and Ballast Office | 332 | 410 | (78) |
| Fire & Life Retail | 1,250 | - | 1,250 |
| Fire & Life Office | 303 | - | 303 |
| Backflow Testing Fire S | - | - | - |
| Backflow Testing Fire S | 56 | - | 56 |
| Exterminating Pest Cont | 316 | 326 | (10) |
| Exterminating Pest Cont | 123 | 127 | (4) |
| Other R&M Retail | 23,000 | 35,072 | (12,072) |
| Other R&M Office | 3,000 | 627 | 2,373 |
| R&M Restrooms Retail | 375 | - | 375 |
| Metro District Retail | 25,752 | 17,993 | 7,759 |
| Metro District Office | 10,079 | 6,997 | 3,082 |
| Contract Service Landsc | 900 | - | 900 |
| Contract Service Landsc | 350 | - | 350 |
| Landscape Other Repairs | - | - | - |
| Landscape Other Repairs | - | - | - |

BR0015470.0002

Alberta Town Center, LLC
REVISED Project Cash Flow Report
November 30, 2008

| | Current Month Budget | Current Month Actual | Current Month Variance |
|---|---:|---:|---:|
| Certified True and Correct DATE  Peter M. Cudlip | | | |
| Irrigation Repairs/Main | - | - | - |
| Irrigation Repairs/Main | - | - | - |
| Parking Lot Sweeping Ret | 1,132 | - | 1,132 |
| Parking Lot Sweeping Off | 440 | - | 440 |
| Parking Lot Striping Ret | - | - | - |
| Parking Lot Striping Off | - | - | - |
| Snow Removal Retail | 18,500 | - | 18,500 |
| Snow Removal Office | 5,180 | - | 5,180 |
| Valet Parking | 4,500 | - | 4,500 |
| Contract Service Securi | 36,000 | 55,131 | (19,131) |
| Contract Service Securi | 2,500 | 3,795 | (1,295) |
| Management Fees Retail | 15,083 | 14,832 | 251 |
| Management Fees Office | 9,917 | 5,768 | 4,149 |
| Payroll Salaries Retail | 19,466 | - | 19,466 |
| Office Supplies Retail | - | - | - |
| Other G&A Admin Retail | 16,500 | 3,168 | 13,332 |
| Other G&A Admin Office | 2,333 | 1,232 | 1,101 |
| Holiday Decor - Retail | 3,893 | - | 3,893 |
| Holiday Decor - Office | 1,524 | - | 1,524 |
| Ice Rink Retail | 2,695 | - | 2,695 |
| Ice Rink Office | 1,055 | - | 1,055 |
| Advertising - Print | 29,376 | 22,015 | 7,361 |
| Community Sponsorship | 400 | - | 400 |
| Promotional | 4,000 | 10,015 | (6,015) |
| Event | 960 | 7,240 | (6,280) |
| Website | 417 | 350 | 67 |
| Design | 1,864 | 2,015 | (151) |
| Collateral | 2,900 | - | 2,900 |
| Gift Card | 21 | 504 | (483) |
| Marketing Office Expense | 3,979 | 15,684 | (11,705) |
| Research | - | 720 | (720) |
| Marketing - Other | - | 100 | (100) |
| Legal Services | - | - | - |
| Misc/Other Expenses | - | - | - |
| Mrt Office Expense | - | - | - |
| **Total Expenses** | 1,303,012 | 1,020,449 | 282,563 |
| **Net Income (Loss)** | 25,966 | (12,514) | (38,480) |

```
Alberta Development Partners, LLC              Charge Type Summary Report                       11-30-2008      Page 1
                                                                                                System Date: 06-03-2009
                                                                                                System Time:  8:52 am
Date Range:    11-01-2008   To   11-30-2008
Based Upon:    Transaction Date

Property:  ATC145-01  Alberta Town Center
```

| Summary Charge Type | Description | | Charges | Payments | Adjustments | Apply/ Refund Credits | Apply/ Forfeit/ Dep./Int. |
|---|---|---|---:|---:|---:|---:|---:|
| | | November 2008 | .00 | 12,007.51- | .00 | 31,252.80 | .00 |
| | | 2008 Yearly Totals: | .00 | 12,007.51- | .00 | 31,252.80 | .00 |
| | | Totals: | .00 | 12,007.51- | .00 | 31,252.80 | .00 |
| CAM RECON | Cam Reconciliation | November 2008 | .00 | .00 | .00 | 1,949.53 | .00 |
| | | 2008 Yearly Totals: | .00 | .00 | .00 | 1,949.53 | .00 |
| | | CAM RECON Totals: | .00 | .00 | .00 | 1,949.53 | .00 |
| CAM-RETAIL | Recoveries-CAM-Retail | November 2008 | 124,189.04 | 124,309.68- | .00 | 9,687.40- | .00 |
| | | 2008 Yearly Totals: | 124,189.04 | 124,309.68- | .00 | 9,687.40- | .00 |
| | | CAM-RETAIL Totals: | 124,189.04 | 124,309.68- | .00 | 9,687.40- | .00 |
| CAMABATE | Abatement | November 2008 | 9,289.61- | .00 | .00 | 9,289.61 | .00 |
| | | 2008 Yearly Totals: | 9,289.61- | .00 | .00 | 9,289.61 | .00 |
| | | CAMABATE Totals: | 9,289.61- | .00 | .00 | 9,289.61 | .00 |
| DEP | Deposit Payable | November 2008 | .00 | 2,686.83- | .00 | .00 | .00 |
| | | 2008 Yearly Totals: | .00 | 2,686.83- | .00 | .00 | .00 |
| | | DEP Totals: | .00 | 2,686.83- | .00 | .00 | .00 |
| INS-RETAIL | Recoveries-Insurance-Retail | November 2008 | 5,928.71 | 5,366.50- | .00 | 225.75- | .00 |
| | | 2008 Yearly Totals: | 5,928.71 | 5,366.50- | .00 | 225.75- | .00 |
| | | INS-RETAIL Totals: | 5,928.71 | 5,366.50- | .00 | 225.75- | .00 |
| LC | Late Charge | November 2008 | 2,712.12 | 262.97- | .00 | .00 | .00 |
| | | 2008 Yearly Totals: | 2,712.12 | 262.97- | .00 | .00 | .00 |
| | | LC Totals: | 2,712.12 | 262.97- | .00 | .00 | .00 |
| MAINT/RPRS | Maintenance/Repairs | November 2008 | .00 | 1,595.76 | .00 | .00 | .00 |
| | | 2008 Yearly Totals: | .00 | 1,595.76 | .00 | .00 | .00 |
| | | MAINT/RPRS Totals: | .00 | 1,595.76 | .00 | .00 | .00 |
| MARKETING | Marketing Fund Contribution | November 2008 | 14,589.74 | 13,939.81- | .00 | 858.68- | .00 |
| | | 2008 Yearly Totals: | 14,589.74 | 13,939.81- | .00 | 858.68- | .00 |
| | | MARKETING Totals: | 14,589.74 | 13,939.81- | .00 | 858.68- | .00 |
| MISC | Misc./Other Income | November 2008 | .00 | 225.81- | .00 | .00 | .00 |
| | | 2008 Yearly Totals: | .00 | 225.81- | .00 | .00 | .00 |
| | | MISC Totals: | .00 | 225.81- | .00 | .00 | .00 |
| RENT (O) | Base Rent-Office | November 2008 | 108,219.21 | 90,610.31- | .00 | 8,020.24- | .00 |
| | | 2008 Yearly Totals: | 108,219.21 | 90,610.31- | .00 | 8,020.24- | .00 |
| | | RENT (O) Totals: | 108,219.21 | 90,610.31- | .00 | 8,020.24- | .00 |

BR0015470.0004

```
Alberta Development Partners, LLC              Charge Type Summary Report                    11-30-2008      Page 2
                                                                                             System Date: 06-03-2009
                                                                                             System Time: 8:52 am
Date Range:  11-01-2008   To   11-30-2008
Based Upon:  Transaction Date

Property:  ATC145-01  Alberta Town Center
```

| Summary Charge Type | Description | | Charges | Payments | Adjustments | Apply/ Refund Credits | Apply/ Forfeit/ Dep./Int. |
|---|---|---|---|---|---|---|---|
| RENT (R) | Base Rent-Retail | November 2008 | 680,155.20 | 641,595.44- | .00 | 17,354.47- | .00 |
| | | 2008 Yearly Totals: | 680,155.20 | 641,595.44- | .00 | 17,354.47- | .00 |
| | | RENT (R) Totals: | 680,155.20 | 641,595.44- | .00 | 17,354.47- | .00 |
| TAX-RETAIL | Recoveries-RE Tax-Retail | November 2008 | 125,306.49 | 111,545.63- | .00 | 6,345.40- | .00 |
| | | 2008 Yearly Totals: | 125,306.49 | 111,545.63- | .00 | 6,345.40- | .00 |
| | | TAX-RETAIL Totals: | 125,306.49 | 111,545.63- | .00 | 6,345.40- | .00 |
| | | Property ATC145-01 Totals: | 1,051,810.90 | 1,000,954.73- | .00 | .00 | .00 |

Handwritten notes:
```
< 2,487 >   DEPOSIT COLLECTED
  5,000     WASTE MGMT
  2,500     SL POWER OO MKT FEES
  1,667     RUFNER SPONSORSHIP
    323     MO BAGS
     10     MEATS BAGS
    148     STORE FINANCIAL
─────────
 1,007,936
```

BR0015470.0005

```
                              Paid Invoice Register With Invoice Date
Alberta Development Partners, LLC                                       11-30-2008    Page 1
                                                                        System Date: 06-03-2009
                                                                        System Time:  8:58 am


Property:    145-01 Alberta Town Center, LLC

                  Invoice              Check     Property Expense     Original      Amount
   Invoice         Date      Check      Date         Account           Amount        Paid

ALLLOC      Allied Locksmith
  5009         11-03-2008   2383 11-17-2008    145-01-80061.50          151.78       151.78

AONESTOP    A One Stop Print Shop
  7014         10-14-2008   2403 11-20-2008    145-01-81000.07          196.35       196.35

BROCHEM     Brody Chemical, Inc.
  207128       10-24-2008   2384 11-17-2008    145-01-80090.00        1,276.14     1,276.14

CASH        CASH
  102908       10-29-2008   2385 11-17-2008    145-01-81000.15          100.00       100.00

CENELE      Centric Elevator Corporation
  196968       11-01-2008   2386 11-17-2008    145-01-80066.50        1,150.00     1,150.00

CITAUR-PM   City of Aurora
  143998-1108  11-10-2008   2405 11-20-2008    145-01-80022.00          265.10       265.10
  150088-1108  11-10-2008   2405 11-20-2008    145-01-80022.00        1,758.81     1,758.81
  150480-1008  11-10-2008   2405 11-20-2008    145-01-80022.00          162.40       162.40
  150482-1108  11-10-2008   2405 11-20-2008    145-01-80022.00          291.38       291.38
                            2405 11-20-2008    145-01-80022.50          113.32       113.32
  150484-1108  11-10-2008   2405 11-20-2008    145-01-80022.00          232.85       232.85
                            2405 11-20-2008    145-01-80022.50           90.55        90.55
  150486-1108  11-10-2008   2405 11-20-2008    145-01-80022.00        1,298.04     1,298.04
                            2405 11-20-2008    145-01-80022.50          504.79       504.79
  150488-1108  11-10-2008   2405 11-20-2008    145-01-80022.00        1,030.62     1,030.62
  150492-1108  11-10-2008   2405 11-20-2008    145-01-80022.00          160.55       160.55
  150494-1108  11-10-2008   2405 11-20-2008    145-01-80022.00          358.13       358.13
                            2405 11-20-2008    145-01-80022.50          920.89       920.89
  150496-1108  11-10-2008   2405 11-20-2008    145-01-80022.00          348.67       348.67
  150514-1108  11-10-2008   2405 11-20-2008    145-01-80022.00           99.16        99.16
  150516-1108  11-10-2008   2405 11-20-2008    145-01-80022.00           65.00        65.00
  151074-1108  11-10-2008   2405 11-20-2008    145-01-80022.00          377.84       377.84
  151076-1108  11-10-2008   2405 11-20-2008    145-01-80022.00          444.37       444.37
                            2405 11-20-2008    145-01-80022.50          172.81       172.81
  151078-1108  11-10-2008   2405 11-20-2008    145-01-80022.00          176.96       176.96
  151122-1108  11-10-2008   2405 11-20-2008    145-01-80022.00          175.98       175.98
                            2405 11-20-2008    145-01-80022.50           68.43        68.43
  151124-1108  11-10-2008   2405 11-20-2008    145-01-80022.00          277.75       277.75
                                                Vendor Totals         9,394.40*    9,394.40*

CLCASC      CLC Associates, Inc.
  27529        10-17-2008   2387 11-17-2008    145-01-60315.00        1,650.00     1,650.00

COLB&K      Colliers B & K
  111208-REIM  11-12-2008   2406 11-20-2008    145-01-60315.00          432.42       432.42

COLLIG-PM   Colorado Lighting, Inc
  185558       10-29-2008   2388 11-17-2008    145-01-80070.00          613.34       613.34
                            2388 11-17-2008    145-01-80070.50          238.53       238.53
                                                Vendor Totals           851.87*      851.87*

DECMAL-PM   Deck the Malls, Inc.
  9191I        10-22-2008   2389 11-17-2008    145-01-80090.00       33,795.47    33,795.47
```

BR0015470.0006

```
                          Paid Invoice Register With Invoice Date
Alberta Development Partners, LLC                              11-30-2008     Page 2
                                                               System Date: 06-03-2009
                                                               System Time:  8:58 am

Property:    145-01 Alberta Town Center, LLC

             Invoice                  Check      Property Expense    Original      Amount
Invoice      Date          Check      Date       Account             Amount        Paid

EVEETC       Events Etc.
102908-1     10-29-2008    2390  11-17-2008      145-01-81000.14     720.00        720.00

FACLOG       Facility Logic, Inc.
21251        10-30-2008    2407  11-20-2008      145-01-80061.50     3,072.00      3,072.00

FRAGRE       Franke Greenhouse List&Lippitt
32684        11-05-2008    2408  11-20-2008      145-01-60280.00     6.18          6.18
32686        11-05-2008    2408  11-20-2008      145-01-60280.00     380.46        380.46
32688        11-05-2008    2408  11-20-2008      145-01-60280.00     6.18          6.18
32690        11-05-2008    2408  11-20-2008      145-01-60280.00     12.00         12.00
32694        11-05-2008    2408  11-20-2008      145-01-60280.00     961.20        961.20
                                                 Vendor Totals       1,366.02*     1,366.02*

GRANDHIG     Grandview Wolves Booster Club
103008       10-30-2008    2391  11-17-2008      145-01-81000.05     225.00        225.00

INDLIS       Independence Lists Co.
102908       10-29-2008    2392  11-17-2008      145-01-81000.05     3,081.81      3,081.81

LRMCOM       LRM-COM, Inc.
10817        11-01-2008    2393  11-17-2008      145-01-80090.50     249.34        249.34
10818        11-01-2008    2393  11-17-2008      145-01-80090.50     377.97        377.97
                                                 Vendor Totals       627.31*       627.31*

MILGRO       The Millard Group
40145        10-31-2008    2394  11-17-2008      145-01-80030.50     3,429.33      3,429.33

OTTJOH       Otten, Johnson, Robinson, Neff
248711       07-31-2008    2419  11-20-2008      145-01-72050.00     1,125.62      1,125.62
300392       08-31-2008    2419  11-20-2008      145-01-72050.00     1,980.30      1,980.30
301730       09-15-2008    2419  11-20-2008      145-01-72050.00     301.00        301.00
303490       10-29-2008    2419  11-20-2008      145-01-72050.00     1,077.15      1,077.15
                                                 Vendor Totals       4,484.07*     4,484.07*

PEOPRO       People Productions
17588        11-06-2008    2409  11-20-2008      145-01-81000.09     350.00        350.00

POLDIS       Polestar Distributors
33914        10-31-2008    2395  11-17-2008      145-01-80073.50     410.08        410.08

PROENT       Pro Enterainment
P0811A       07-18-2008    2410  11-20-2008      145-01-81000.08     1,695.00      1,695.00
P0812B       07-18-2008    2410  11-20-2008      145-01-81000.08     5,545.00      5,545.00
                                                 Vendor Totals       7,240.00*     7,240.00*

SHOPPART     Shopping Partnership
1208 SL      11-03-2008    2396  11-17-2008      145-01-81000.07     1,350.00      1,350.00

SOUMET1      Southlands Metropolitan
103108-TC    10-31-2008    2382  11-06-2008      145-01-80095.00     17,993.36     17,993.36
                           2382  11-06-2008      145-01-80095.50     6,997.42      6,997.42
                                                 Vendor Totals       24,990.78*    24,990.78*
```

BR0015470.0007

```
                              Paid Invoice Register With Invoice Date
Alberta Development Partners, LLC                                       11-30-2008      Page 3
                                                                        System Date: 06-03-2009
                                                                        System Time:  8:58 am

Property:    145-01 Alberta Town Center, LLC

                     Invoice                   Check     Property Expense    Original       Amount
    Invoice          Date          Check       Date        Account           Amount         Paid

 SOUSHOP    Southlands Shopping Ctr Mgmt
   110108-TC         11-01-2008    2397  11-17-2008   145-01-80300.00     14,832.00      14,832.00
                                   2397  11-17-2008   145-01-80300.50      5,768.00       5,768.00
                                   2397  11-17-2008   145-01-80655.00      3,168.00       3,168.00
                                   2397  11-17-2008   145-01-80655.50      1,232.00       1,232.00
   111408-ATC        11-14-2008    2411  11-20-2008   145-01-81000.13     15,684.00      15,684.00
                                                      Vendor Totals       40,684.00*     40,684.00*

 SPECTRO    Spectro Graphics, Inc.
   1902              11-04-2008    2381  11-04-2008   145-01-81000.05     18,707.74      18,707.74

 STESTU     Stephens Studio
   668               09-30-2008    2398  11-17-2008   145-01-81000.10      1,715.00       1,715.00

 STOFIN     Store Financial Services LLC
   PM1291            10-31-2008    2399  11-17-2008   145-01-81000.12        503.93         503.93

 STOSIG     Stonehouse Signs, Inc.
   151604            10-13-2008    2400  11-17-2008   145-01-80060.00         41.56          41.56

 TERMIN     Terminix
   281772516         11-05-2008    2412  11-20-2008   145-01-80089.00        326.16         326.16
                                   2412  11-20-2008   145-01-80089.50        126.84         126.84
                                                      Vendor Totals          453.00*        453.00*

 TRAVELERS  Travelers
   2522N3122-1008    10-30-2008    2420  11-26-2008   145-01-80015.01     11,057.00      11,057.00
                                   2420  11-26-2008   145-01-80015.00     28,435.71      28,435.71
                                                      Vendor Totals       39,492.71*     39,492.71*

 VALSEC     Valor Security Services
   135397            10-04-2008    2401  11-17-2008   145-01-80200.50      1,265.00       1,265.00
                                   2401  11-17-2008   145-01-80200.00     18,387.57      18,387.57
   135693            10-18-2008    2401  11-17-2008   145-01-80200.50      1,265.00       1,265.00
                                   2401  11-17-2008   145-01-80200.00     19,619.82      19,619.82
   136029            11-01-2008    2413  11-20-2008   145-01-80200.50      1,265.00       1,265.00
                                   2413  11-20-2008   145-01-80200.00     17,123.44      17,123.44
   135930E           11-11-2008    2413  11-20-2008   145-01-80201.00        359.15         359.15
                                                      Vendor Totals       59,284.98*     59,284.98*

 WESPRI     Western Printing & Graphics
   74762             10-08-2008    2402  11-17-2008   145-01-81000.07        349.50         349.50
   74828             10-08-2008    2402  11-17-2008   145-01-81000.07        518.81         518.81
                                                      Vendor Totals          868.31*        868.31*

 WONWOR     WonderWorks
   8061102           11-06-2008    2414  11-20-2008   145-01-81000.10        300.00         300.00
```

BR0015470.0008

```
                              Paid Invoice Register With Invoice Date
Alberta Development Partners, LLC                                           11-30-2008      Page 4
                                                                            System Date: 06-03-2009
                                                                            System Time:  8:58 am

Property:      145-01 Alberta Town Center, LLC

                    Invoice                    Check       Property Expense      Original         Amount
  Invoice           Date        Check           Date          Account             Amount           Paid

XCEL-PM     Xcel Energy
  304007518-1108   11-11-2008   2417 11-20-2008  145-01-80021.00          259.40           259.40
  304014487-1108   11-11-2008   2417 11-20-2008  145-01-70150.00           59.50            59.50
  304014489-1108   11-13-2008   2417 11-20-2008  145-01-80021.50        3,054.79         3,054.79
  304015994-1108   11-13-2008   2417 11-20-2008  145-01-80021.00          207.08           207.08
  304015995-1108   11-13-2008   2417 11-20-2008  145-01-80021.00          596.89           596.89
  304015996-1108   11-13-2008   2417 11-20-2008  145-01-80021.00          555.52           555.52
  304016018-1108   11-13-2008   2417 11-20-2008  145-01-80021.00          532.69           532.69
                                2417 11-20-2008  145-01-80020.00          600.09           600.09
  304016019-1108   11-13-2008   2417 11-20-2008  145-01-80021.00          342.31           342.31
  304016020-1108   11-13-2008   2417 11-20-2008  145-01-80021.00          843.87           843.87
                                2417 11-20-2008  145-01-80020.00          531.36           531.36
  304016021-1108   11-13-2008   2417 11-20-2008  145-01-80021.00          468.61           468.61
  304016022-1108   11-13-2008   2417 11-20-2008  145-01-80021.00          344.19           344.19
  304016023-1108   11-13-2008   2417 11-20-2008  145-01-80021.00          729.68           729.68
                                2417 11-20-2008  145-01-80020.00          867.78           867.78
  304016024-1108   11-13-2008   2417 11-20-2008  145-01-80021.50          220.60           220.60
  304016039-1108   11-13-2008   2417 11-20-2008  145-01-80021.00          370.72           370.72
                                2417 11-20-2008  145-01-80020.00           24.51            24.51
  304016040-1108   11-13-2008   2417 11-20-2008  145-01-80021.00          616.16           616.16
  304016041-1108   11-13-2008   2417 11-20-2008  145-01-80021.00          276.97           276.97
  304016051-1108   11-13-2008   2417 11-20-2008  145-01-80021.00          901.93           901.93
  304016052-1108   11-13-2008   2417 11-20-2008  145-01-80021.00           66.08            66.08
  304016053-1108   11-13-2008   2417 11-20-2008  145-01-80021.00           69.93            69.93
  304017066-1108   11-13-2008   2417 11-20-2008  145-01-80021.50        1,940.22         1,940.22
  304017067-1108   11-13-2008   2417 11-20-2008  145-01-80021.00          635.28           635.28
  304020227-1108   11-13-2008   2417 11-20-2008  145-01-80021.50        1,250.57         1,250.57
  304020454-1108   11-13-2008   2417 11-20-2008  145-01-80021.50        2,671.83         2,671.83
                                2417 11-20-2008  145-01-80020.50           26.85            26.85
  304020936-1108   11-13-2008   2417 11-20-2008  145-01-80021.00          498.68           498.68
  304020998-1108   11-13-2008   2417 11-20-2008  145-01-80021.00          245.71           245.71
  304020999-1108   11-13-2008   2417 11-20-2008  145-01-80021.00          597.42           597.42
  304021001-1108   11-13-2008   2417 11-20-2008  145-01-80021.50        1,916.46         1,916.46
  304047530-1108   11-13-2008   2417 11-20-2008  145-01-70150.00           24.59            24.59
  304047531-1108   11-13-2008   2417 11-20-2008  145-01-70150.00           12.85            12.85
  304047537-1108   11-13-2008   2417 11-20-2008  145-01-70150.00           88.86            88.86
  304047570-1108   11-13-2008   2417 11-20-2008  145-01-70150.00           34.83            34.83
  304047574-1108   11-13-2008   2417 11-20-2008  145-01-70150.00           32.40            32.40
  304047576-1108   11-13-2008   2417 11-20-2008  145-01-70150.00           32.46            32.46
  304047581-1108   11-13-2008   2417 11-20-2008  145-01-70150.00           10.50            10.50
  304048003-1108   11-13-2008   2417 11-20-2008  145-01-80020.00          999.47           999.47
  304048493-1108   11-13-2008   2417 11-20-2008  145-01-80021.00          519.19           519.19
  304048756-1108   11-13-2008   2417 11-20-2008  145-01-80021.00          949.33           949.33
  304049188-1108   11-13-2008   2417 11-20-2008  145-01-80021.00           31.47            31.47
  304049828-1108   11-11-2008   2417 11-20-2008  145-01-70150.00           69.68            69.68
  304060623-1108   11-13-2008   2417 11-20-2008  145-01-80021.00          673.28           673.28
  304096164-1108   11-13-2008   2417 11-20-2008  145-01-70150.00            9.89             9.89
  304122996-1108   11-13-2008   2417 11-20-2008  145-01-70150.00           25.62            25.62
                                                 Vendor Totals         25,838.10*       25,838.10*

YMCAME     YMCA of Metropolitan Denver
  111208           11-12-2008   2418 11-20-2008  145-01-81000.07        7,600.00         7,600.00

                                                 Property Totals      295,834.16*      295,834.16*

                                                 Report Totals        295,834.16*      295,834.16*
```

*[handwritten:]* 724,415 INTEREST
*[handwritten:]* 1,020,449

BR0015470.0009

| | Cash Flow Summary | | | |
|---|---|---|---|---|
| | Income | Expenses | Net Income / (Loss) | Cumulative |
| Jan-08 | 1,066,886 | (1,132,195) | (65,309) | (65,309) |
| Feb-08 | 995,526 | (1,671,701) | (676,175) | (741,484) |
| Mar-08 | 1,048,863 | (1,121,569) | (72,706) | (814,191) |
| Apr-08 | 997,909 | (1,078,191) | (80,282) | (894,472) |
| May-08 | 888,798 | (1,087,551) | (198,753) | (1,093,225) |
| Jun-08 | 952,043 | (1,297,715) | (345,672) | (1,438,897) |
| Jul-08 | 834,323 | (819,697) | 14,625 | (1,424,272) |
| Aug-08 | 955,945 | (930,638) | 25,306 | (1,398,966) |
| Sep-08 | 1,003,292 | (916,519) | 86,772 | (1,312,193) |
| Oct-08 | 1,064,406 | (1,003,858) | 60,548 | (1,251,645) |
| Nov-08 | 1,007,935 | (1,020,449) | (12,514) | (1,264,159) |
| Dec-08 | 1,107,694 | (975,270) | 132,424 | (1,131,735) |
| Total | 11,923,619 | (13,055,354) | (1,131,735) | |

BR0015471.0001