# EXHIBIT A-4

00135

1 whether the costs that would be accounted for

2 were to be accounted for on a cash basis or an

3 accrual basis?

4    A.    An accrual basis.

5    Q.    So that for example, real property

6 taxes that are payable for the year 2008 are

7 actually paid in 2009 for purposes of your

8 expense calculation would be accrued each month

9 during 2008?

10        MR. TRAHAN:  Object to form.

11    A.    You know, I don't know if it was a

12 monthly accrual, but certainly if it accrued

13 during that time period, it would be an allowable

14 expense.

15    Q.    Regardless of when paid?

16    A.    Right.

17    **Q.    All right.  Now did you receive**

18 **monthly accounting from Alberta relating to those**

19 **monthly expenses?**

20    **A.    Yeah, we did receive statements from**

21 **them.**

22    **Q.    Were you responsible for reviewing**

23 **them and deciding whether they should be paid or**

24 **not?**

25    **A.    I was one of the people that was**

**SILVA, CHRISTOPHER  04/07/2010**          **Page 135**

00136

1 responsible for reviewing them.

2  Q.    Who else?

3  A.    Would have been the asset management

4 team, Mike Krier and Angela would have also --

5 you know, checked the math and determined whether

6 they were allowable.

7  Q.    Okay. And did you ever determine

8 that there were any expenses charged during that

9 period of time that were not allowable?

10  A.    We did not. Our assumption was that

11 the expenses that were being requested of us to

12 be paid were allowable and accrued during the

13 time period, so we made that good faith

14 assumption.

15    We also -- you know, understood that there

16 would be a true-up period that would be

17 forthcoming at closing, so to the extent there

18 were some things that -- you know, either weren't

19 paid or we were overcharged for that we would be

20 -- those items would be trued-up, if you will.

21  Q.    Where does the concept of a true-up

22 for these operating deficits come from? Is it in

23 the Eighth Amendment?

24  A.    I don't know if it was -- if it's

25 actually in the amendment, but certainly it was

SILVA, CHRISTOPHER  04/07/2010          Page 136

00137

1 something that was understood between the

2 parties.

3  Q.  Do you have any emails or writings

4 that reflect this understanding that the

5 operating deficits would be trued-up at closing?

6  A.  Yes. Yes, there was -- I believe

7 there was some dialogue with Mr. Cudlip at one

8 point, and don't ask me what the date is of the

9 email, but he did indicate that the 2008 expenses

10 would be trued-up at closing.

11  Q.  Now were you involved in the

12 negotiation of the Fifteenth Amendment to the

13 Forward Purchase and Sale Agreement?

14  A.  Do you have the number of that, sir?

15  Q.  Yeah, it's Exhibit 37. We looked at

16 it earlier.

17      THE WITNESS: Paul, can I see 37,

18 please?

19  Q.  Sorry to keep jumping around.

20  A.  No, that's okay. It's fine, I just

21 want to make sure I have the right paperwork.

22 Again, I don't specifically remember having calls

23 about it, but I was involved in the process.

24  Q.  Okay. Look at page five of

25 Exhibit 37, in particular paragraph four.

SILVA, CHRISTOPHER  04/07/2010                    Page 137

00138

1 **Paragraph four on page five of Exhibit 37 reads,**

2 **"Section 5 of the Eighth Amendment to Amendment**

3 **and Agreement and Termination Agreement is hereby**

4 amended by deleting it in its entirety."

5     Did you ever have any conversations about

6 deleting the fifth -- paragraph 5 of the Eighth

7 Amendment?

8   A.    I don't specifically recall it, no.

9   Q.    And paragraph or section 5 of the

10 Eighth Amendment is the one we just looked at,

11 which is the sharing of operating deficits,

12 correct?

13   A.    Mm-hmm.

14   Q.    I need a yes or a no.

15   A.    Yes, I'm sorry, yes.

16   Q.    Thank you. So effective as of the

17 date of this Fifteenth Amendment, the agreement

18 to share operating deficits is deleted from the

19 agreement, correct?

20        MR. TRAHAN:  Object to form.

21   A.    It says the amendment was deleted or

22 the section was deleted, correct.

23   Q.    Was it granted some tension then

24 effective as of the Fifteenth Amendment simply

25 not to have any further agreement to share