IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita Leeson Weinshienk

Civil Action No. 09-cv-00799-ZLW-KLM

GRANITE SOUTHLANDS TOWN CENTER LLC,

    Plaintiff,

v.

ALBERTA TOWN CENTER, LLC and
LAND TITLE GUARANTEE COMPANY,

    Defendants.

_____

ORDER
_____

The matter before the Court is Plaintiff's Amended Motion For Leave To Amend Complaint (Motion To Amend) (Doc. No. 115). This motion was referred to Magistrate Judge Kristen L. Mix pursuant to D.C.COLO.LCivR 72.1C. On June 8, 2010, the Magistrate Judge issued her Recommendation that the Motion To Amend be denied. (Doc. No. 119). No party filed objections to the Recommendation.

Having reviewed the record and the Recommendation, the Court is satisfied "that there is no clear error on the face of the record."[1] Accordingly, the Court accepts and adopts the Recommendation in its entirety, and it is

---

[1] See Fed. R. Civ. P. 72(b) advisory committee's note; Summer v. Utah, 927 F.2d 1165, 1167 (10th Cir. 1991); Thomas v. Arn, 474 U.S. 140, 150 (1985).

ORDERED that Plaintiff's Amended Motion For Leave To Amend Complaint (Motion To Amend) (Doc. No. 115) is denied.

DATED at Denver, Colorado, this 28th day of June, 2010.

BY THE COURT:

_____
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court