IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Zita L. Weinshienk, Senior Judge

Case No.   09-cv-00799-ZLW-KLM         Date: _____, 2010

Case Title: *Granite Southlands Town Center LLC v. Alberta Town Center, LLC and Land Title Guarantee Company*

**PLAINTIFF'S WITNESS LIST**

| WITNESS | TIME ESTIMATED FOR EXAMINATION | |
|---|---|---|
| | Direct (including redirect) | Cross (including recross) |
| **Will Call:** | | |
| Peter Cudlip (Alberta Town Center & Albert Development) | 4 hours | |
| Mike Krier (Granite) | 4 hours | |
| Andrew Piekarski (Granite) | 4 hours | |
| Chris Silva (Granite) | 4 hours | |
| Land Title Guarantee Company (Thomas Blake, Leigh Renfro, and/or a current representative) | 2 hours | |
| Donald Provost (Alberta Town Center & Alberta Development) | 4 hours | |
| Steve Zezulak (Alberta Development) | 4 hours | |
| **May Call:** | | |
| Forest City (Jeff Nemec and/or Kemel Blue) | 1 hour | |
| Jay Alexander (Granite) | 1 hour | |
| Steve Corrigan (Granite) | 2 hours | |
| Angela Kralovec (Granite) | 2 hours | |
| Leland Nakaoka (Granite) | 2 hours | |
| Mario Mirabelli (Granite) | 2 hours | |
| Joe Bellio (former Alberta Development) | 2 hours | |
| Michael Policicchio and/or a current | 1 hour | |

85674675.3                                    **Exhibit A**

| | | |
|---|---|---|
| representative of Colorado Cinema Group, LLC | | |
| Melissa Bow-Richardson and/or a current representative of DCC Architects, LLC | 1 hour | |
| Drew Kellogg and/or a current representative of Murray & Stafford, Inc. (engineer for Colorado Cinema) | 1 hour | |
| Sid King (former property management company) | 1 hour | |
| Rick Roberts (Construction Logic) | 1 hour | |
| Neujahr-Gorman (Michael J. Gorman) | 1 hour | |
| Martin Martin (John Lund or Steve Neff) | 1 hour | |
| Ground Engineering (Michael Wariner or Andrew Suedkamp) | 1 hour | |
| A corporate representative of Accurate EngiSurv LLC | 1 hour | |
| New Market Real Estate Group (Michael J. Carey, James J. Gerard, or Julie Anderson) | 1 hour | |
| Wiss, Janney, Elstner (John Reins or Luis Estenssoro) | 1 hour | |
| Jane Smith (outside Granite counsel) | 1 hour | |
| Representatives of tenants that reported structural problems and settlement issues | 2 hours | |
| Document custodians for various individuals and entities if the parties cannot stipulate as to admissibility of certain documents including, without limitation, custodians for Colorado Cinema, DCC Architects, Gibson Dunn & Crutcher LLP, Brownstein Hyatt Farber Schreck, and other entities referenced herein | 1 hour | |
| **May Call by Deposition or Live:** | | |
| Jose Inclan (Alberta Development) | 1 hour | |

| | | |
|---|---|---|
| Marko Blinder (former Southlands maintenance) | 1 hour | |
| Allan Provost (Alberta Town Center) | 1 hour | |

**Exhibit A**