# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-00799-ZLW-KLM

GRANITE SOUTHLANDS TOWN CENTER LLC

    Plaintiff,

v.

ALBERTA TOWN CENTER and
LAND TITLE GUARANTEE COMPANY

    Defendant.

## DEFENDANT ALBERTA TOWN CENTER'S WITNESS LIST

## EXHIBIT "B" TO FINAL PROPOSED PRETRIAL ORDER

| WITNESS | TIME ESTIMATED FOR EXAMINATION | |
|---|---|---|
| | Direct (including redirect) | Cross (including recross) |

May Call:

| | | | |
|---|---|---|---|
| 1. | Don Provost | 1 hour | _____ |
| 2. | Peter Cudlip | 1 hour | _____ |
| 3. | Drew Flowers | 0.5 hour | _____ |
| 4. | Jose Inclan | 0.5 hour | _____ |
| 5. | Steve Zezulak | 1 hour | _____ |

Doc# 3266292\1