**SENIOR JUDGE ZITA L. WEINSHIENK**

EXHIBIT LIST

CASE NUMBER    09-CV-00799    PLAINTIFF  __X__    DEFENDANT  _____    OTHER PARTY  _____    DATE: 7/6/2010

CASE CAPTION   Granite Southlands Town Center LLC    VS.   Alberta Town Center, LLC and Land Title Guaranty Company   PAGE NUMBER __1____

LIST PLAINTIFF'S EXHIBITS BY NUMBER (1,2,3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO./LETTER | WITNESS | DESCRIPTION | STIP. | OFFERED | ADMITTED | REFUSED | RULING RESERVED | COMMENTS/ INFORMATION |
|---|---|---|---|---|---|---|---|---|
| 1 | | Forward Purchase and Sale Agreement and Escrow Instructions dated September 29, 2005 | Yes | | | | | |
| 2 | | Amendment and Agreement dated April 30, 2007 | | | | | | |
| 3 | | First Amendment to Amendment and Agreement effective as of June 1, 2007 | | | | | | |
| 4 | | Second Amendment to Amendment and Agreement effective as of June 29, 2007 | | | | | | |
| 5 | | Third Amendment to Amendment and Agreement effective as of July 24, 2007 | | | | | | |
| 6 | | Fourth Amendment to Amendment and Agreement and Termination Agreement effective as of August 31, 2007 | | | | | | |
| 7 | | Fifth Amendment to Amendment and Agreement and Termination Agreement effective as of December 13, 2007 | | | | | | |
| 8 | | Sixth Amendment to Amendment and Agreement and Termination Agreement effective as of February 15, 2008 | | | | | | |
| 9 | | Seventh Amendment to Amendment and Agreement and Termination Agreement effective as of February 22, 2008 | | | | | | |
| 10 | | Eighth Amendment to Amendment and Agreement and Termination Agreement effective as of February 28, 2008 | Yes | | | | | |

85674718.2

**Exhibit C**

**SENIOR JUDGE ZITA L. WEINSHIENK**

EXHIBIT LIST

CASE NUMBER   09-CV-00799   PLAINTIFF   X   DEFENDANT _____   OTHER PARTY _____   DATE: 7/6/2010

CASE CAPTION   Granite Southlands Town Center LLC   VS.   Alberta Town Center, LLC and Land Title Guaranty Company   PAGE NUMBER __2____

LIST PLAINTIFF'S EXHIBITS BY NUMBER (1,2,3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO./LETTER | WITNESS | DESCRIPTION | STIP. | OFFERED | ADMITTED | REFUSED | RULING RESERVED | COMMENTS/ INFORMATION |
|---|---|---|---|---|---|---|---|---|
| 11 | | Ninth Amendment to Amendment and Agreement and Termination Agreement effective as of March 14, 2008 | | | | | | |
| 12 | | Tenth Amendment to Amendment and Agreement and Termination Agreement effective as of March 27, 2008 | | | | | | |
| 13 | | Eleventh Amendment to Amendment and Agreement and Termination Agreement effective as of April 9, 2008 | | | | | | |
| 14 | | Twelfth Amendment to Amendment and Agreement and Termination Agreement effective as of April 25, 2008 | | | | | | |
| 15 | | Thirteenth Amendment to Amendment and Agreement and Termination Agreement effective as of May 8, 2008 | | | | | | |
| 16 | | Fourteenth Amendment to Amendment and Agreement and Termination Agreement effective as of May 14, 2008 | | | | | | |
| 17 | | Fifteenth Amendment to Amendment and Agreement and Termination Agreement effective as of December 8, 2008 (Deposition Ex. 37) | Yes | | | | | |
| 18 | | Release and Termination Agreement dated December 12, 2008 (Deposition Ex. 59) | Yes | | | | | |
| 19 | | Designation of Buyer Controlled Affiliate dated December 12, 2008 | | | | | | |
| 20 | | Escrow Agreement dated December 12, 2008 | | | | | | |

85674718.2

**Exhibit C**

**SENIOR JUDGE ZITA L. WEINSHIENK**
EXHIBIT LIST

CASE NUMBER   09-CV-00799   PLAINTIFF   X   DEFENDANT _____   OTHER PARTY _____   DATE: 7/6/2010

CASE CAPTION   Granite Southlands Town Center LLC   VS.   Alberta Town Center, LLC and Land Title Guaranty Company   PAGE NUMBER __3____

LIST PLAINTIFF'S EXHIBITS BY NUMBER (1,2,3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO./LETTER | WITNESS | DESCRIPTION | STIP. | OFFERED | ADMITTED | REFUSED | RULING RESERVED | COMMENTS/ INFORMATION |
|---|---|---|---|---|---|---|---|---|
| 21 | | Purchaser's Settlement Statement dated December 12, 2008 (Deposition Ex. 85) | Yes | | | | | |
| 22 | | Seller's Settlement Statement dated December 12, 2008 | Yes | | | | | |
| 23 | | Tenant Estoppel Certificate from Colorado Cinema Group, LLC, dated January 13, 2009 (Deposition Exhibit 3) | Yes | | | | | |
| 24 | | Tenant Estoppel Certificate from Colorado Cinema Group, LLC, dated May 12, 2008 (Deposition Exhibit 2) | Yes | | | | | |
| 25 | | Tenant Estoppel Certificate from DCC Architects, LLC, dated January 28, 2009 | | | | | | |
| 26 | | Letters from Anest & Brown, P.C., to Granite Southlands Town Center LLC dated January 28, 2009 | | | | | | |
| 27 | | Tenant Estoppel Certificate from DCC Architects, LLC, dated May 7, 2008 | | | | | | |
| 28 | | February 18, 2009 E-mail Correspondence from Chris Silva to Peter Cudlip, Donald Provost, and Andrew Piekarski (Deposition Ex. 38) | | | | | | |
| 29 | | February 19, 2009 Letter from Drew Flowers of Gibson, Dunn & Crutcher LLP to BlackRock Granite Property Fund, L.P. | | | | | | |
| 30 | | February 24, 2009 Letter from Jane Snoddy Smith of Fulbright & Jaworski L.L.P. to Alberta Town Center, LLC (Deposition Exhibit 40) | Yes | | | | | |

85674718.2

**Exhibit C**

**SENIOR JUDGE ZITA L. WEINSHIENK**
EXHIBIT LIST

CASE NUMBER   09-CV-00799   PLAINTIFF  X    DEFENDANT  _____   OTHER PARTY  _____  DATE: 7/6/2010

CASE CAPTION   Granite Southlands Town Center LLC   VS.   Alberta Town Center, LLC and Land Title Guaranty Company   PAGE NUMBER __4____

LIST PLAINTIFF'S EXHIBITS BY NUMBER (1,2,3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO./LETTER | WITNESS | DESCRIPTION | STIP. | OFFERED | ADMITTED | REFUSED | RULING RESERVED | COMMENTS/ INFORMATION |
|---|---|---|---|---|---|---|---|---|
| 31 | | February 27, 2009 Letter from Drew Flowers of Gibson, Dunn & Crutcher LLP to BlackRock Granite Property Fund, L.P. (Deposition Exhibit 41) | | | | | | |
| 32 | | March 2, 2009 Letter from Drew Flowers of Gibson, Dunn & Crutcher LLP to Land Title Guarantee Company | | | | | | |
| 33 | | March 3, 2009 Letter from Jane Snoddy Smith of Fulbright & Jaworski L.L.P. to Land Title Guarantee Company | | | | | | |
| 34 | | March 3, 2009 Letter from Jane Snoddy Smith of Fulbright & Jaworski L.L.P. to Alberta Town Center, LLC | | | | | | |
| 35 | | March 4, 2009 Letter from Jane Snoddy Smith of Fulbright & Jaworski L.L.P. to Alberta Town Center, LLC | | | | | | |
| 36 | | March 6, 2009 Letter from Thomas Blake of Land Title Guarantee Company to Alberta Town Center, LLC, and Granite Southlands Town Center LLC. | | | | | | |
| 37 | | March 11, 2009 Letter from Thomas Blake of Land Title Guarantee Company to Alberta Town Center, LLC, and Granite Southlands Town Center LLC. | | | | | | |
| 38 | | April 14, 2009 Letter from Greg Kimmel of Zumiez, Inc., to Southlands Center Management, LLC, Granite Southlands Town Center LLC, and BlackRock Realty Advisors | | | | | | |

85674718.2

**Exhibit C**

**SENIOR JUDGE ZITA L. WEINSHIENK**
EXHIBIT LIST

CASE NUMBER   09-CV-00799   PLAINTIFF __X__   DEFENDANT _____   OTHER PARTY _____   DATE: 7/6/2010

CASE CAPTION   Granite Southlands Town Center LLC   VS.   Alberta Town Center, LLC and Land Title Guaranty Company   PAGE NUMBER __5__

LIST PLAINTIFF'S EXHIBITS BY NUMBER (1,2,3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO./LETTER | WITNESS | DESCRIPTION | STIP. | OFFERED | ADMITTED | REFUSED | RULING RESERVED | COMMENTS/ INFORMATION |
|---|---|---|---|---|---|---|---|---|
| 39 | | September 16, 2008 Letter from Michael Policicchio of Kerasotes Theatres to Jose Inclan of Southlands Shopping Center Management, LLC (Deposition Exhibit 26) | | | | | | |
| 40 | | June 3, 2009 Letter from Anest & Brown, P.C., to Angela Kralovec | | | | | | |
| 41 | | July 27, 2009 Letter from Anest & Brown, P.C., to Angela Kralovec | | | | | | |
| 42 | | September 8, 2008 Letter from Ground Engineering Consultants, Inc., to Joe Bellio of Alberta Development Partners, LLC (Deposition Ex. 8) | | | | | | |
| 43 | | March 5, 2009 Letter from Bryan McFarland (ALBERTA 001824-001825 ) | | | | | | |
| 44 | | Tenant Estoppel Certificate from Journeys (Genesco) dated March 2, 200_  (ALBERTA 001123) | | | | | | |
| 45 | | Tenant Estoppel Certificate from Lids (Hat World) dated March 2, 2009 (ALBERTA 001137) | | | | | | |
| 46 | | Exhibit H to Forward Purchase and Sale Agreement (Deposition Ex. 1) | | | | | | |
| 47 | | June 20, 2008 E-mail from Mike McGee to Joe Bellio and Bryan McFarland (Deposition Ex. 4) | | | | | | |
| 48 | | July 2, 2008 E-mail from Jose Inclan (Deposition Ex. 5) | | | | | | |
| 49 | | July 17, 2008 E-mail from Jose Inclan (Deposition Ex. 6) | | | | | | |

85674718.2

**Exhibit C**

**SENIOR JUDGE ZITA L. WEINSHIENK**
EXHIBIT LIST

CASE NUMBER   09-CV-00799   PLAINTIFF __X__   DEFENDANT _____   OTHER PARTY _____   DATE: 7/6/2010
CASE CAPTION   Granite Southlands Town Center LLC   VS.   Alberta Town Center, LLC and Land Title Guaranty Company   PAGE NUMBER __6__
LIST PLAINTIFF'S EXHIBITS BY NUMBER (1,2,3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO./LETTER | WITNESS | DESCRIPTION | STIP. | OFFERED | ADMITTED | REFUSED | RULING RESERVED | COMMENTS/ INFORMATION |
|---|---|---|---|---|---|---|---|---|
| 50 | | September 8, 2008 E-mail correspondence (Deposition Ex. 7) | | | | | | |
| 51 | | September 23, 2008 E-mail correspondence (Deposition Ex. 11) | | | | | | |
| 52 | | Southlands Meeting Agendas (Deposition Ex. 13) | | | | | | |
| 53 | | October 24, 2008 Letter from Brownstein, Hyatt Farber Schreck to Colorado Cinema Group, LLC (Deposition Ex. 14) | | | | | | |
| 54 | | November 4, 2008 E-mail correspondence (Deposition Ex. 15) | | | | | | |
| 55 | | E-mail containing Letter from Martin/Martin to Jose Inclan (Deposition Ex. 16) | | | | | | |
| 56 | | November 19, 2008 Letter from Wiss, Janney, Elstner Associates, Inc., to Jose Inclan (Deposition Ex. 17) | | | | | | |
| 57 | | April 4, 2008 e-mail correspondence from Joe Bellio regarding DCC Architects LLC premises (Deposition Ex. 20) | | | | | | |
| 58 | | June 30, 2008 e-mail correspondence from Joseph Bellio regarding DCC Architects LLC premises (Deposition Ex. 23) | | | | | | |
| 59 | | July 2, 2008 e-mail correspondence from Jose Inclan (Deposition Ex. 24) | | | | | | |
| 60 | | October 29, 2008 e-mail correspondence from Jose Inclan (Deposition Ex. 29) | | | | | | |

85674718.2

**Exhibit C**

**SENIOR JUDGE ZITA L. WEINSHIENK**

EXHIBIT LIST

CASE NUMBER   09-CV-00799   PLAINTIFF   X   DEFENDANT _____   OTHER PARTY _____   DATE: 7/6/2010

CASE CAPTION   Granite Southlands Town Center LLC   VS.   Alberta Town Center, LLC and Land Title Guaranty Company   PAGE NUMBER __7____

LIST PLAINTIFF'S EXHIBITS BY NUMBER (1,2,3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO./LETTER | WITNESS | DESCRIPTION | STIP. | OFFERED | ADMITTED | REFUSED | RULING RESERVED | COMMENTS/ INFORMATION |
|---|---|---|---|---|---|---|---|---|
| 61 | | January 15, 2009 e-mail correspondence from Jose Inclan (Deposition Ex. 30) | | | | | | |
| 62 | | Surveying Proposal Reference from Martin/Martin (Deposition Ex. 33) | | | | | | |
| 63 | | November 21, 2008 Letter from Drew Flowers of Gibson, Dunn & Crutcher LLP (Deposition Ex. 34) | Yes | | | | | |
| 64 | | Invoice from Construction Logic, L.L.C. (Deposition Ex. 35) | | | | | | |
| 65 | | December 18, 2008 Letter from DLA Piper (Deposition Ex. 36) | | | | | | |
| 66 | | February 24, 2009 E-mail Correspondence from Donald Provost to Peter Cudlip (Deposition Ex. 39) | | | | | | |
| 67 | | Affidavit of Peter Cudlip (Deposition Ex. 42) | | | | | | |
| 68 | | Colorado Cinema Group Lease, as amended (Deposition Ex. 52) | Yes | | | | | |
| 69 | | June 25, 2008 Letter to Jose Inclan from DCC Architects LLC (Deposition Ex. 58) | | | | | | |
| 70 | | Revised Cash Flow Report for January 2008 (Deposition Ex. 86) | | | | | | |
| 71 | | Revised Cash Flow Report for February 2008 (Deposition Ex. 87) | | | | | | |
| 72 | | Revised Cash Flow Report for March 2008 (Deposition Ex. 88) | | | | | | |
| 73 | | Revised Cash Flow Report for April 2008 (Deposition Ex. 89) | | | | | | |

85674718.2

**Exhibit C**

**SENIOR JUDGE ZITA L. WEINSHIENK**
EXHIBIT LIST

CASE NUMBER   09-CV-00799   PLAINTIFF   X   DEFENDANT  _____   OTHER PARTY  _____   DATE: 7/6/2010

CASE CAPTION   Granite Southlands Town Center LLC   VS.   Alberta Town Center, LLC and Land Title Guaranty Company   PAGE NUMBER __8____

LIST PLAINTIFF'S EXHIBITS BY NUMBER (1,2,3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO./LETTER | WITNESS | DESCRIPTION | STIP. | OFFERED | ADMITTED | REFUSED | RULING RESERVED | COMMENTS/ INFORMATION |
|---|---|---|---|---|---|---|---|---|
| 74 | | Revised Cash Flow Report for May 2008 (Deposition Ex. 90) | | | | | | |
| 75 | | Revised Cash Flow Report for June 2008 (Deposition Ex. 91) | | | | | | |
| 76 | | Revised Cash Flow Report for July 2008 (Deposition Ex. 92) | | | | | | |
| 77 | | Revised Cash Flow Report for August 2008 (Deposition Ex. 93) | | | | | | |
| 78 | | Revised Cash Flow Report for September 2008 (Deposition Ex. 94) | | | | | | |
| 79 | | Revised Cash Flow Report for October 2008 (Deposition Ex. 95) | | | | | | |
| 80 | | Revised Cash Flow Report for November 2008 (Deposition Ex. 96) | | | | | | |
| 81 | | Revised Cash Flow Report for December 2008 (Deposition Ex. 97) | | | | | | |
| 82 | | Cash Flow Summary (Deposition Ex. 98) | | | | | | |
| 83 | | Marked Copy of Alberta's Latest Revised Operating Deficit Analysis for the Twelve Months Ending December 31, 2008 | | | | | | |
| 84 | | Current Revised Operating Deficit Analysis for the period from 12/14/2007 to 12/12/2008 | | | | | | |
| 85 | | Property Tax Statements for the Southlands Town Center for the 2007 tax year | | | | | | |
| 86 | | Property Tax Statements for the Southlands Town Center for the 2008 tax year | | | | | | |

85674718.2

**Exhibit C**

**SENIOR JUDGE ZITA L. WEINSHIENK**

EXHIBIT LIST

CASE NUMBER   09-CV-00799   PLAINTIFF   X   DEFENDANT _____   OTHER PARTY _____   DATE: 7/6/2010

CASE CAPTION   Granite Southlands Town Center LLC   VS.   Alberta Town Center, LLC and Land Title Guaranty Company   PAGE NUMBER __9____

LIST PLAINTIFF'S EXHIBITS BY NUMBER (1,2,3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO./LETTER | WITNESS | DESCRIPTION | STIP. | OFFERED | ADMITTED | REFUSED | RULING RESERVED | COMMENTS/ INFORMATION |
|---|---|---|---|---|---|---|---|---|
| 87 | | Photographs of the premises leased by Colorado Cinema Group LLC | | | | | | |
| 88 | | Photographs of the premises leased by DCC Architects LLC | | | | | | |
| 89 | | Photographs of the Southlands Town Center | | | | | | |
| 90 | | E-mail correspondence relating to November 28, 2008 Proposal from Accurate EngiSurv LLC (ALBERTA 003630) | | | | | | |
| 91 | | Schedule of Rent Abatement granted to tenants since December 12, 2008 due to problems at the Southlands Town Center | | | | | | |
| 92 | | Schedule of tenants that have terminated their leases since December 12, 2008 due to problems at the Southlands Town Center | | | | | | |
| 93 | | Schedule of lost rent relating to tenants that have terminated their leases since December 12, 2008 | | | | | | |
| 94 | | Schedule of tenant prospects since December 12, 2008 which have not entered into leases at the Southlands Town Center | | | | | | |
| 95 | | DCC Architects LLC Lease, as amended | | | | | | |
| 96 | | Reports relating to the nature and cause of the structural and settlement problems at the Southlands Town Center | | | | | | |

85674718.2

**Exhibit C**

**SENIOR JUDGE ZITA L. WEINSHIENK**

EXHIBIT LIST

CASE NUMBER    09-CV-00799    PLAINTIFF  X    DEFENDANT  _____    OTHER PARTY  _____   DATE: 7/6/2010

CASE CAPTION   Granite Southlands Town Center LLC   VS.   Alberta Town Center, LLC and Land Title Guaranty Company   PAGE NUMBER __10____

LIST PLAINTIFF'S EXHIBITS BY NUMBER (1,2,3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO./LETTER | WITNESS | DESCRIPTION | STIP. | OFFERED | ADMITTED | REFUSED | RULING RESERVED | COMMENTS/ INFORMATION |
|---|---|---|---|---|---|---|---|---|
| 97 | | December 11, 2008 e-mail correspondence from Peter Cudlip to Bryan Patrick and Erica Weber regarding true-up obligations | | | | | | |
| 98 | | Correspondence from Land Title regarding Land Title's attorneys' fees incurred in connection with the Escrow Dispute | | | | | | |
| 99 | | Correspondence involving Land Title relating to the Escrow Holdback (LT00001 – LT 00100) | | | | | | |
| 100 | | Land Title's Schedule of interest payments out of the Escrow Holdback to Alberta Development Partners LLC (LT00100) | | | | | | |
| 101 | | Correspondence from Peter Cudlip, Steve Zezulak, and other Alberta representatives to Angela Kralovec and other Granite representatives relating to the True-Up dispute. | | | | | | |
| 102 | | Appraisal of the Southlands Town Center prepared by New Market Real Estate Group dated December 31, 2008 | | | | | | |
| 103 | | Affidavit of MAI Certified Appraiser relating to impact of structural and settlement problems on projected value of the Southlands Town Center | | | | | | |

85674718.2

**Exhibit C**

**SENIOR JUDGE ZITA L. WEINSHIENK**

EXHIBIT LIST

CASE NUMBER    09-CV-00799    PLAINTIFF   X    DEFENDANT  _____    OTHER PARTY  _____    DATE: 7/6/2010

CASE CAPTION   Granite Southlands Town Center LLC    VS.   Alberta Town Center, LLC and Land Title Guaranty Company   PAGE NUMBER __11____

LIST PLAINTIFF'S EXHIBITS BY NUMBER (1,2,3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO./LETTER | WITNESS | DESCRIPTION | STIP. | OFFERED | ADMITTED | REFUSED | RULING RESERVED | COMMENTS/ INFORMATION |
|---|---|---|---|---|---|---|---|---|
| 104 | | Documents relating to Arbitration Proceedings involving Callison Architecture and relating to the Southlands Town Center | | | | | | |
| 105 | | Neujahr & Gorman Report dated August 8, 2008 (ALBERTA 003643-51) | | | | | | |
| 106 | | Deed from Southlands Colorado LLC to Alberta Town Center LLC dated September 29, 2005 | | | | | | |
| 107 | | All correspondence from tenants of the Southlands Town Center relating to the condition of or repairs to the Southlands Town Center | | | | | | |
| 108 | | Affidavit from representatives of leasing and management companies relating to the effect of the problems at the Southlands Town Center on the ability to lease space to prospective tenants at the Southlands Town Center | | | | | | |
| 109 | | Operating Agreement of Alberta Town Center, LLC | | | | | | |
| 110 | | Articles of Organization of Alberta Town Center, LLC | | | | | | |
| 111 | | Articles of Organization of Alberta Development Partners, LLC f/k/a New Alberta, LLC | | | | | | |
| 112 | | Amendment to the Articles of Organization of Alberta Development Partners, LLC | | | | | | |
| 113 | | Certificate of Formation of Southlands Colorado, LLC | | | | | | |

85674718.2

**Exhibit C**

**SENIOR JUDGE ZITA L. WEINSHIENK**

EXHIBIT LIST

CASE NUMBER   09-CV-00799   PLAINTIFF  X   DEFENDANT _____   OTHER PARTY _____   DATE: 7/6/2010

CASE CAPTION   Granite Southlands Town Center LLC   VS.   Alberta Town Center, LLC and Land Title Guaranty Company   PAGE NUMBER __12____

LIST PLAINTIFF'S EXHIBITS BY NUMBER (1,2,3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO./LETTER | WITNESS | DESCRIPTION | STIP. | OFFERED | ADMITTED | REFUSED | RULING RESERVED | COMMENTS/ INFORMATION |
|---|---|---|---|---|---|---|---|---|
| 114 | | Certificate of Formation of Southlands Colorado Offshore Funds, L.P. | | | | | | |
| 115 | | Correspondence between representatives of Alberta and representatives of Granite relating to the Estoppel Holdback | | | | | | |
| 116 | | Correspondence from Peter Cudlip as himself or through other entities controlled, directly or indirectly, by him concerning the Southlands Town Center | | | | | | |
| 117 | | Correspondence from Donald Provost as himself or through other entities controlled, directly or indirectly, by him concerning the Southlands Town Center | | | | | | |
| 118 | | Schedule of Repairs made to Southlands Town Center since December 12, 2008 | | | | | | |
| 119 | | Correspondence between representatives of Alberta, Peter Cudlip, and/or Donald Provost and representatives of Granite relating to the True-Up dispute | | | | | | |
| 120 | | June 25, 2008 Letter from DCC Archtiects LLC to Jose Inclan | | | | | | |

85674718.2

**Exhibit C**