**EXHIBIT D - DEFENDANT ALBERTA TOWN CENTER'S TRIAL EXHIBIT LIST**

CASE NUMBER:  09-CV-00799-ZLW-KLM
CASE CAPTION:  GRANITE SOUTHLANDS  v. ALBERTA TOWN CENTER et al

PLAINTIFF'S LIST:  _
DEFENDANTS' LIST:  x
THIRD PARTY LIST:  _

| Exhibit | WITNESS | DESCRIPTION | STIP. | OFFERED | ADMITTED | REFUSED | RULING RESERVED | COMMENTS/ INFO |
|---|---|---|---|---|---|---|---|---|
| A | | Schedule of Revised Operating Deficit Analysis with handwritten notes (Deposition Exhibit 66) | | | | | | |
| B | | 2008 CAM Reconciliation (Deposition Exhibit 67) | | | | | | |
| C | | Reconciliation Worksheets, dated December 10, 2009 (Deposition Exhibit 68) | | | | | | |