IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-00799-ZLW-KLM

GRANITE SOUTHLANDS TOWN CENTER LLC,

    Plaintiff,

v.

ALBERTA TOWN CENTER, LLC AND
LAND TITLE GUARANTEE COMPANY,

    Defendants.

**PLAINTIFF GRANITE SOUTHLANDS TOWN CENTER LLC'S
UNOPPOSED MOTION FOR PAUL TRAHAN TO APPEAR BY TELEPHONE AT
THE PRETRIAL CONFERENCE**

    Comes now, Granite Southlands Town Center LLC ("Granite"), plaintiff, and submits this Unopposed Motion to Appear by Telephone at Pretrial Conference.

    A Final Pretrial Conference is scheduled in this matter for Monday, July 12, 2010 at 9:30 a.m.  Paul Trahan resides in Austin, Texas, and, due to unforeseen conflicts, cannot attend the Pretrial Conference in person.

    Attorneys for Granite learned, only upon contacting the Court, that it is the custom of the Court that Motions for Leave to Appear by Telephone be filed five days before the scheduled hearing.  Notwithstanding the custom, Granite respectfully requests that the Court grant leave for Mr. Trahan to attend the Pretrial Conference by telephone.  Mr. Trahan, who resides in Austin, Texas, is the principal attorney for Granite, has participated in the case since its inception, and has attended all previous settlement conferences and hearings.  His participation in the Pretrial

Conference will greatly aid the Court in resolving any issues that may arise. He can be reached for the Conference at (512) 536-5288, or can call the Court if so directed.

In compliance with Fed. R. Civ. P. 16(d), Osborne J. Dykes, also counsel of record and trial counsel for Granite, will attend the Pretrial Conference in person.

Counsel for Granite contacted Mr. Stuart Bennett, counsel for Alberta Town Center, LLC, and Mr. Stephen L. Waters, counsel for Land Title Guarantee Company, and they do not oppose this motion.

    Respectfully submitted,

*/s/ Osborne J. Dykes, III*
OSBORNE J. DYKES, III
BENJAMIN M. VETTER
FULBRIGHT & JAWORSKI L.L.P.
370 Seventeenth Street, Suite 2150
Denver, CO  80202
(303) 801-2700 – Telephone
(303) 801-2777 – Facsimile
jdykes@fulbright.com
bvetter@fulbright.com

PAUL TRAHAN
FULBRIGHT & JAWORSKI L.L.P.
600 Congress Avenue, Suite 2400
Austin, TX  78701
(512) 474-5201 – Telephone
(512) 536-4598 – Facsimile
ptrahan@fulbright.com

**COUNSEL FOR PLAINTIFF**

-3-

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 9, 2010, a true and correct copy of the foregoing **PLAINTIFF GRANITE SOUTHLANDS TOWN CENTER LLC'S UNOPPOSED MOTION FOR PAUL TRAHAN TO APPEAR BY TELEPHONE AT THE PRETRIAL CONFERENCE** was served upon all counsel of record via U. S. first class mail and via email as follows:

>Stephen L. Waters
>Kimberly A. Bruetsch
>Robinson Waters & O'Dorisio, P.C.
>1099 18th Street, Suite 2600
>Denver, CO 80202
>swaters@rwolaw.com
>kbruetsch@rwolaw.com
>*Attorneys for Land Title Guarantee*

>Stuart N. Bennett
>Lindquist & Vennum, P.L.L.P.
>600 – 17th Street, Suite 1800 – South
>Denver, CO 80202
>sbennett@lindquist.com
>*Attorneys for Alberta Town Center, LLC*

*/s/ Osborne J. Dykes, III*_____
Osborne J. Dykes, III

85686664.1

-3-