IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00799-ZLW-KLM

GRANITE SOUTHLANDS TOWN CENTER LLC,

    Plaintiff,

v.

ALBERTA TOWN CENTER, LLC, and
LAND TITLE GUARANTEE COMPANY,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff Granite Southlands Town Center LLC's Unopposed Motion for Paul Trahan to Appear by Telephone at the Pretrial Conference** [Docket No. 122; Filed July 9, 2010] (the "Motion"). Pursuant to the Motion, counsel for Plaintiff requests that out-of-state counsel be permitted to participate in the Final Pretrial Conference by telephone.

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. On the date and time of the Final Pretrial Conference, Plaintiff's out-of-state counsel shall contact Chambers at **(303) 335-2770** to participate. All other counsel shall appear in person.

Dated: July 9, 2010