IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kristen L. Mix

| | |
|---|---|
| **Civil Action No.: 09-CV-00799-ZLW-KLM** | **FTR** - Reporter Deck - Courtroom C-204 |
| | Byron G. Rogers United States Courthouse |
| **Date: July 12, 2010** | Courtroom Deputy, Monique Wiles |

| | |
|---|---|
| GRANITE SOUTHLANDS TOWN CENTER LLC, | Paul Trahan (phone) |
| | Osborne Dykes, III |
| **Plaintiff(s),** | |
| v. | |
| ALBERTA TOWN CENTER, LLC, and | Stuart Bennett |
| | Steven Kabler |
| LAND TITLE GUARANTEE COMPANY, | Steven Waters |
| **Defendant(s).** | |

**COURTROOM   MINUTES  /  MINUTE   ORDER**

**HEARING:  FINAL PRETRIAL  CONFERENCE**
**Court in Session:   9:36 a.m.**
Court calls case.  Appearance of counsel.

**It is ORDERED:**   The proposed Final Pretrial Order which was submitted to the court, is approved, with interlineations, and made an order of Court.

**It is ORDERED:**   A Settlement Conference is set for **September 23, 2010 at 1:30 p.m.** The Defendant Land Title Guarantee Company need not attend nor provide a Confidential Settlement Statement.  All other parties will submit updated Confidential Settlement Statements by September 16, 2010.

Discussion regarding exhibits.

The parties were directed to call the chambers of The Honorable Zita L. Weinshienk's within five (5) days to obtain Trial Preparation Conference and Trial dates.

HEARING CONCLUDES.

**Court in recess:  9:49 a.m.**
Total In-Court Time:   00:13

**Court in recess:  9:49 a.m.**
Total In-Court Time:   00:13