IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-00799-ZLW-KLM

GRANITE SOUTHLANDS TOWN CENTER, LLC,

      Plaintiff

v.

ALBERTA TOWN CENTER, LLC, and
LAND TITLE GUARANTEE COMPANY,

      Defendants.

_____

**NOTICE OF CHANGE OF ADDRESS OF COUNSEL
FOR DEFENDANT ALBERTA TOWN CENTER, LLC,
PETER M. CUDLIP AND DONALD G. PROVOST**
_____


      Stuart N. Bennett and Steven R. Kabler, counsel for Defendants, Alberta Town Center, LLC, Peter M. Cudlip and Donald G. Provost, hereby submit this Notice of Change of Address, effective immediately. Their new address is:

      Stuart N. Bennett, Esq.
      Steven R. Kabler, Esq.
      JONES & KELLER, P.C.
      1999 Broadway, Suite 3150
      Denver, CO   80202
      Telephone:   303-573-1600

DATED: July 27, 2010.

Respectfully submitted,

*s/ Stuart N. Bennett*  *s/ Steven R. Kabler*
Stuart N. Bennett  Steven R. Kabler
**JONES & KELLER, P.C.**
1999 Broadway, Suite 3150
Denver, CO 80202
Telephone: 303-573-1600
Fax: 303-573-0769
E-mail: sbennett@joneskeller.com
skabler@joneskeller.com
Attorneys for Defendant Alberta Town Center, LLC,
Peter M. Cudlip and Donald G. Provost

### CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | | |
|---|---|---|
| *Attorneys for Plaintiff & Counter Defendant Granite Southlands Town Center, LLC* | jdykes@fulbright.com<br>bvetter@fulbright.com | Osborne J. Dykes, III<br>Benjamin M. Vetter<br>Fulbright & Jaworski LLP<br>370 – 17th Street, Suite 2150<br>Denver, CO   80202 |
| *Attorneys for Plaintiff & Counter Defendant Granite Southlands Town Center, LLC* | ptrahan@fulbright.com | Paul Trahan<br>Fulbright & Jaworski LLP<br>600 Congress Avenue, Suite 2400<br>Austin, TX  78701 |
| *Defendant Land Title Guarantee Company* | kbruetsch@rwolaw.com | Kimberly A. Bruetsch<br>Robinson, Waters & O'Dorisio PC<br>1099 – 18th Street, 26th Floor<br>Denver, CO   80202 |

And I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner indicated by the non-participant's name:    NONE

        s/    Stuart N. Bennett
        Stuart N.  Bennett
        Attorneys for Defendant Alberta Town Center, LLC,
        Peter M. Cudlip and Donald G. Provost
        **JONES & KELLER, P.C.**
        1999 Broadway, Suite 3150
        Denver, CO 80202
        Telephone:    303-573-1600
        Fax:    303-573-0769
        E-mail:    sbennett@joneskeller.com