## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 09-CV-00799

GRANITE SOUTHLANDS TOWN CENTER, LLC,
    Plaintiff,

v.

ALBERTA TOWN CENTER LLC,
LAND TITLE GUARANTEE COMPANY,
    Defendants.

---

### ENTRY OF APPEARANCE OF COUNSEL FOR DEFENDANT

---

    COMES NOW the undersigned, a member of the bar of this Court, and herewith enters an appearance as counsel for Defendants Donald G. Provost, and Peter M. Cudlip.

    DATED at Denver, Colorado this, __4__ day of __August__, __2010__.

Diamond McCarthy LLP
Firm Name

Reda M. Hicks
Name of Attorney

TX 24050507
Bar Registration Number

909 Fannin Street, Suite 1500
Office Address

Houston TX 77010
City, State, and Zip Code

(713) 333-5100
Office Telephone Number