# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 09-CV-00799

GRANITE SOUTHLANDS TOWN CENTER, LLC,
        Plaintiff,

v.

ALBERTA TOWN CENTER LLC,
LAND TITLE GUARANTEE COMPANY,
        Defendants.

---

## [PROPOSED] ORDER BARRING RELITIGATION
## OF ISSUES DECIDED BY THIS COURT

Defendants Alberta Town Center, LLC, Donald G. Provost, and Peter M. Cudlip, (the "Alberta Parties"), filed an Expedited Motion For Equitable Relief To Prevent Vexatious And Repetitive Litigation Pursuant To The All-Writs Act, 28 U.S.C. § 1651 (the "Motion") asking this Court to prevent Plaintiff Granite Southlands Town Center LLC from pursuing in state court claims against the Alberta Parties, or other parties alleged by the Plaintiff to be their alter-egos, arising out of the same transaction or series of transactions as fraud claims already dismissed by this Court. The Motion was heard on _____, 2010, due notice having been given. The parties appeared in person and by their attorneys.[1]

On considering the evidence received and the arguments of counsel, the Court FINDS and concludes as follows:

---

[1]     Capitalized terms used herein but not otherwise defined have the meanings ascribed to them in the Motion.

1. The State Court Complaint, in its claims against the Alberta Parties and against the other Alleged Alter-Egos, is a baseless and vexatious attempt to relitigate claims this Court has dismissed with prejudice, which Plaintiff has already made numerous unsuccessful attempts to revive.

2. If the Plaintiff is permitted to proceed on the State Court Complaint in state court, the Plaintiff will have evaded this Court's ruling, substantially undermined this Court's jurisdiction of this case, and disrupted this Court's ability to manage the matter before it.

IT IS, THEREFORE, ORDERED, pursuant to the Court's inherent powers, and the All-Writs Act, 28 U.S.C. § 1651, that Plaintiff, and its officers, agents, servants, employees, and attorneys, and any other persons in active concert or participation with them, shall not:

1. Take any action to prosecute the State Court Complaint against any Alberta Party.

2. File or serve any Summons or Complaint, or otherwise seek to prosecute, in any state court without first obtaining permission from this Court, any claim

   a. Against any Alberta Party arising out of the alleged transactions or series of transactions alleged in support of the fraud claim filed against the Principals in the FAC; or

   b. Against any other party, arising out of the alleged transactions or series of transactions alleged in support of the fraud claim filed against the Principals in the FAC, based on the theory that such other party is an alter-ego.of, or otherwise jointly and severally liable with, any Alberta Party.

The Court further ORDERS that Plaintiff shall seek to have the State Court Complaint withdrawn, and stricken to the extent necessary for consistency with the other terms of this Order.

Signed on _____, 2010, at _____a.m./p.m.

_____
Senior Judge Zita L. Weinshienk
UNITED STATES DISTRICT JUDGE