# EXHIBIT "B"

Page 1 of 1

**From:** Deborah Craycroft [debc@bbhlegal.com]
**Sent:** Thursday, July 22, 2010 3:34 PM
**To:** Brad Ramming
**Cc:** Christine C. Walker; 'Alvin M Cohen'
**Subject:** Granite Southlands v. Ground Engineering G-624-02

**Attachments:** Summons Alberta Dev.pdf; Summons Southlands CO.pdf; Summons Southlands Power.pdf; Summons Alberta Town.pdf; Summons Provost.pdf; Summons Cudlip.pdf; Alberta Development Waiver.pdf; Southlands Colo Waiver.pdf; Southlands Power Waiver.pdf; Alberta Town Center Waiver.pdf; Provost Waiver.pdf; Cudlip Waiver.pdf; Pl Complaint and Jury Demand.pdf; Pl Complaint Exh A.pdf; Civil Action Cover Sheet.pdf; Ord Exe Delay Reduction.pdf; Alberta Town Center Appearance .pdf

Mr. Ramming: Attached please find the Summons, Waiver and Acceptance of Service form (for your signature and return to our office) along with the Complaint with Exhibit A, District Court Civil Cover Sheet, Delay Reduction Order and Entry of Appearance for Alberta Town Center, LLC in the above-referenced matter for the following Defendants: Alberta Development Partners LLC; Southlands of Colorado, LLC; Southlands Power Center, LLC; Alberta Town Center, LLC; Donald G. Provost; and Peter M. Cudlip. If you have any questions or need any additional information, please do not hesitate to contact us. Thank you. Deb for Alvin M. Cohen

Deborah Craycroft
Legal Assistant
Benjamin, Bain & Howard, LLC
7315 E. Orchard Road, Suite E400
Greenwood Village, CO 80111
Phone: 303-290-6600; Fax: 303-290-8323
Direct Line: 303-267-6528

Confidentiality Notice: This e-mail contains confidential and/or privileged information and is intended to be read only by the person or authorized representative of the organization to whom it is addressed. If you are neither of these persons, you have received this e-mail in error. Please do not print, copy, re-transmit, disseminate or otherwise use the information, all of which are prohibited. Please immediately notify the sender by return e-mail or by telephone at 303-290-6600 that you have received this communication in error and delete this e-mail from your system. Thank you.