**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

CIVIL ACTION NO. 09-CV-00799

GRANITE SOUTHLANDS TOWN CENTER, LLC,

        Plaintiff,

v.

ALBERTA TOWN CENTER LLC,
LAND TITLE GUARANTEE COMPANY,

        Defendants.

---

## DECLARATION OF AMOS B. ELBERG

---

I, Amos B. Elberg, do hereby declare as follows:

    1.    My name is Amos B. Elberg. I am an attorney associated with Diamond McCarthy LLP, counsel to the Principals in the above-captioned matter. I provide this declaration in support of the Alberta Parties' Expedited Motion For Equitable Relief To Prevent Vexatious And Repetitive Litigation Pursuant To The All-Writs Act, 28 U.S.C. § 1651, and Federal Rule of Civil Procedure 54(b) (the "Motion"). I make this declaration on personal knowledge except where otherwise stated. The purpose of this declaration is to (a) certify compliance with Local Rules of the Court requiring that the parties meet-and-confer prior to filing motions seeking certain types of relief, and (b) to authenticate certain documents attached as Exhibits to the Motion.[1]

    2.    On July 29, 2010, at 12:33 p.m., counsel to Alberta Town Center, LLC, forwarded a copy of a draft of the Motion to counsel for the Plaintiff in this action and invited counsel to

---

[1]    Capitalized terms used herein and not otherwise defined have the meanings ascribed to them in the Motion.

1

confer regarding the relief sought.   (*See* Exhibit A, hereto.)   Thereafter the parties met-and-conferred, and during a telephone conversation on August 2, 2010, the Plaintiff agreed not to attempt to serve the State Court Complaint on the Alberta Parties or other Alleged Alter-Egos until the Motion is decided, subject to certain conditions.  Plaintiff has also committed to provide a copy of the Motion with supporting papers to the Judge of the court in which the State Court Complaint was filed.   Based solely on that agreement, the Alberta Parties are not seeking a temporary restraining order barring service of the State Court Complaint.

3.       Exhibit A to the Motion is a true and correct copy of the complaint referred to in the Motion as the State Court Complaint.

4.       To the best of my knowledge, information and belief, Exhibit B to the Motion is a true and correct copy of an email dated July 22, 2010 from Deborah Craycroft, legal assistant to Plaintiff's counsel in connection with the State Court Complaint, requesting that the parties named in that complaint as the Alberta Parties and the Alleged Alter-Egos waive service.

I DECLARE under penalty of perjury that the foregoing is true and correct.  Executed on August 5, 2010.

/s/ Amos B. Elberg
Amos B. Elberg
DIAMOND McCARTHY LLP
620 Eighth Avenue, 39th Floor
New York NY 10018
(212) 430-5400—Telephone
(212) 430-5499—Facsimile
aelberg@diamondmccarthy.com