# EXHIBIT "A"

## Hicks, Reda

| | |
|---|---|
| **From:** | Stuart N. Bennett [sbennett@joneskeller.com] |
| **Sent:** | Thursday, July 29, 2010 1:33 PM |
| **To:** | ptrahan@fulbright.com; jwright@fulbright.com; jdykes@fulbright.com; bvetter@fulbright.com; acohen@bbhlegal.com |
| **Cc:** | Diamond, Allan; Hicks, Reda; Elberg, Amos |
| **Subject:** | Expedited Motion for Equitable Relief |
| **Attachments:** | 10 07 29 ALBERTA - Expedited Motion & TRO.PDF |

All:

I write on behalf of my clients, Alberta Town Center LLC, Peter Cudlip, and Don Provost (the "Alberta Parties").  Recently, your client, Granite Southlands Town Center, LLC, sought my clients' consent to waive service of a complaint filed in state court.  The state court complaint is a transparent attempt to relitigate matters already dispositively resolved by Judge Weinshienk in the pending federal court action pending between our clients, Civil Action No. 09-cv-00799-ZLW-KLM.

Attached is a motion which, among other things, seeks expedited relief (a) immediately restraining your client from attempting to effect service of the state complaint on the Alberta Parties, (b) requiring your client to withdraw the state court complaint, and (c) enjoining your client from attempting to commence any action against the Alberta Parties (or their alleged "alter-egos") in any other forum without the prior permission of Judge Weinshienk with respect to the claims that were dismissed with prejudice in the federal court.

Unless this matter is resolved by agreement, we intend to file the attached motion and supporting papers later today.  If you would like to discuss the motion and attempt to amicably resolve the issues therein, please contact me, Allan Diamond at 212-430-5410; or Amos Elberg at 212-430-5416 or 646-515-1127.

In addition, please be aware that our clients reserve all of their rights in connection with this matter, including without limitation their right to seek sanctions and/or an order of contempt from Granite and/or counsel pursuant to Federal Rule of Civil Procedure 11, 28 U.S.C. § 1927, and applicable Colorado rules of civil procedure.

Thanks very much,


*Stuart N. Bennett*
**JONES & KELLER, P.C.**
**1999 Broadway, Suite 3150**
**Denver, CO  80202**
**Direct:  303-785-1616**
**Office:   303-573-1600**
**Fax:       303-573-8133**


**www.joneskeller.com**

**NOTICE:** THIS E-MAIL AND ANY ATTACHED DOCUMENTS MAY CONTAIN PROVISIONS CONCERNING A FEDERAL TAX ISSUE OR ISSUES AND ARE NOT INTENDED TO BE USED, AND MAY NOT BE USED, BY ANY TAXPAYER FOR THE PURPOSES OF AVOIDING PENALTIES THAT MAY BE IMPOSED ON ANY TAXPAYER BY THE INTERNAL REVENUE SERVICE.  FOR INFORMATION ABOUT THIS STATEMENT, CONTACT JONES & KELLER, P.C.  The foregoing legend has been attached pursuant to U.S. Treasury Regulations governing tax practice.
**CONFIDENTIALITY NOTICE**
This electronic mail transmission and any attachments contain information belonging to the sender which may be confidential, privileged and exempt from disclosure under applicable law.  This information is