IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita Leeson Weinshienk

Civil Action No. 09-cv-00799-ZLW-KLM

GRANITE SOUTHLANDS TOWN CENTER LLC,

    Plaintiff,

v.

ALBERTA TOWN CENTER, LLC, and
LAND TITLE GUARANTEE COMPANY,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE ZITA LEESON WEINSHIENK

Dated: August 9, 2010

    It is ORDERED that the Expedited Motion For Equitable Relief . . . (Doc. No. 131) will be decided on the parties' briefs without a hearing.  It is

    FURTHER ORDERED that Plaintiff shall file a brief in response to the motion on or before August 16, 2010.  It is

    FURTHER ORDERED that the moving Defendants may file a reply brief on or before August 20, 2010.