**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-CV-00799-ZLW-KLM

GRANITE SOUTHLANDS TOWN CENTER LLC,

    Plaintiff,

v.

ALBERTA TOWN CENTER, LLC,
LAND TITLE GUARANTEE COMPANY,

    Defendants.

---

**NOTICE OF RELATED CASE**

---

COMES NOW plaintiff/counter-defendant Granite Southlands Town Center LLC, by and through its counsel of record, and submits to the Court this Notice of Related Case pursuant to D.C.COLO.LCivR 7.5 and hereby give notice as follows:

Notice is given that the following case might be considered as a related case: Case Number 10-cv-1175, *Granite Southlands Town Center LLC v. Ground Engineering Consultants, et al*; In the District Court of Arapahoe County, Colorado. The case might be considered "related," as that term is defined in D.C.COLO.LCivR 7.5, because it involves at least two of the same parties and a few common questions of fact. The state court case, however, involves several different parties and presents different claims raising legal issues distinct from those at issue in the federal case. It therefore does not involve common questions of law.

85725977.1

Respectfully submitted this 12th day of August, 2010.

        */s/ Osborne J. Dykes, III*
OSBORNE J. DYKES, III
BENJAMIN M. VETTER
FULBRIGHT & JAWORSKI L.L.P.
370 Seventeenth Street, Suite 2150
Denver, CO  80202
(303) 801-2700 – Telephone
(303) 801-2777 – Facsimile
jdykes@fulbright.com
bvetter@fulbright.com

PAUL TRAHAN
FULBRIGHT & JAWORSKI L.L.P.
600 Congress Avenue, Suite 2400
Austin, TX  78701
(512) 474-5201 – Telephone
(512) 536-4598 – Facsimile
ptrahan@fulbright.com

**COUNSEL FOR PLAINTIFF/COUNTER-DEFENDANT**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on August 12, 2010, I electronically filed the foregoing **NOTICE OF RELATED CASE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to attorneys for the remaining parties at the following e-mail addresses:

| | |
|---|---|
| Stuart N. Bennett<br>Steven R. Kabler<br>JONES & KELLER, P.C.<br>1999 Broadway, Suite 3150<br>Denver, Colorado 80202<br>sbennett@joneskeller.com<br>skabler@joneskeller.com<br><br>*Attorneys for Alberta Town Center, LLC*<br><br>Stephen L. Waters<br>Kimberly A. Bruetsch<br>ROBINSON WATERS & O'DORISIO, P.C.<br>1099 18th Street, Suite 2600<br>Denver, Colorado 80202<br>swaters@rwolaw.com<br>kbruetsch@rwolaw.com<br><br>*Attorneys for Land Title Guarantee* | Allen B. Diamond<br>Amos B. Elberg<br>DIAMOND MCCARTHY LLP<br>620 Eighth Avenue, 39th Floor<br>New York, New York 10018<br>adiamond@diamondmccarthy.com<br>aelberg@diamondmccarthy.com<br><br>Reda M. Hicks<br>DIAMOND MCCARTHY LLP<br>909 Fannin Street, Suite 1500<br>Houston, Texas 77010<br>rhicks@diamondmccarthy.com<br><br>*Attorneys for Donald G. Provost and Peter M. Cudlip* |

                                                    */s/ Osborne J. Dykes, III*
                                                    Osborne J. Dykes, III