| | |
|---|---|
| DISTRICT COURT, ARAPAHOE COUNTY, COLORADO<br>7325 South Potomac<br>Centennial, CO 80112<br>(303) 649-6355<br><br>**Plaintiff:**<br><br>GRANITE SOUTHLANDS TOWN CENTER LLC<br><br>**Defendants:**<br><br>GROUND ENGINEERING CONSULTANTS, INC.;<br>CALLISON ARCHITECTURE, INC.; HC BECK, LTD.,<br>d/b/a THE BECK GROUP, BECK, HCB, AND HCB<br>CONTRACTORS; MAGNUSSON KLEMINCIC<br>ASSOCIATES, INC.; ALBERTA TOWN CENTER, LLC;<br>ALBERTA DEVELOPMENT PARTNERS, LLC;<br>SOUTHLANDS COLORADO, LLC; SOUTHLANDS<br>POWER CENTER, LLC; DONALD G. PROVOST; and<br>PETER M. CUDLIP | ▲ **COURT USE ONLY** ▲ |
| **Attorneys for Plaintiff:**<br>Alvin M. Cohen, #15507<br>Tracy A. Davis, #35058<br>Benjamin, Bain & Howard, LLC<br>7315 East Orchard Road, Suite E400<br>Greenwood Village, CO 80111<br>Phone: 303-290-6600<br>Fax: 303-290-8323<br>E-Mail: acohen@bbhlegal.com | Case Number: 2010cv1175<br><br>Division: 404 |

## PLAINTIFF'S STATUS REPORT DATED JULY 26, 2010

Plaintiff Granite Southlands Town Center LLC ("Granite"), through its attorneys, Benjamin, Bain & Howard, LLC, hereby submits this Status Report regarding service of process and other matters.

1.      Granite filed this case on May 25, 2010.

2.      This is a complex construction and design defect case related to the Southlands Town Center in Aurora, Colorado (the "Property"). Essentially, the claims arise from defects which have caused actual movement of structures at the Property, among other damage.

3.      Plaintiff is the current owner of portions of the Property. The Defendants are the developers, sellers, general contractor, architect and engineers for the Property. After Plaintiff purchased the Property, it discovered certain structures were moving and engaged its own engineer to investigate.

4.      On May 27, 2010, the Court issued its Delay Reduction and Simplified Procedure Order. The Order requires, among other things, that returns of service be filed within 60 days of filing of the Complaint. (*See* LexisNexis Filing ID 31348659.) That deadline is today, Monday, July 26.

5.      Prior to filing the Complaint, Plaintiff sent construction defect notices to the necessary Defendants pursuant to the Colorado Defect Action Reform Act ("CDARA") and those Defendants conducted CDARA inspections of the Property. Since that time, the parties have continued to discuss this case, including in telephone calls and face-to-face meetings between Plaintiff and various Defendants or their counsel.

6.      Granite filed its complaint primarily to get it on file and to avoid any statute of limitations concerns.

7.      Given the parties' cooperation, including the agreement of a number of the Defendants to voluntarily mediate this case, Plaintiff has waited as long as possible to serve the Complaint so that the parties would not incur litigation costs and trigger litigation deadlines in addition to the work performed to exchange information and schedule a mediation.

8.      Plaintiff has endeavored to serve the Complaint by obtaining waivers and acceptances of service from the Defendants.

9.      However, certain of the Defendants lawyers have been or are unavailable because they are on vacation or otherwise out of the office and, therefore, Plaintiff's counsel have not been able to obtain waivers from all of the Defendants or to ascertain whether they must be served personally.

10.     Some of the Defendants; Alberta Town Center, Callison Architecture, Ground Engineering and Magnusson Klemincic; have agreed to accept service and we are in the process of obtaining the signed waiver and acceptance forms.

11.     We are awaiting the return of lawyers for HC Beck and the other defendants related to Alberta Town Center (Southlands Colorado, LLC; Southlands Power Center, LLC; Donald Provost and Peter Cudlip). These defendants are all related to Defendant Alberta Town Center and we understand they may be represented by the same attorney. However, since he is out of town, he has not confirmed he will represent all of them or whether he is authorized to accept service for all of them.

12.     We are diligently moving to obtain service in order to comply with the Order.

12.     Further, Plaintiff has proposed to the Defendants to file a motion to stay this case for 120 days while the parties conduct mediation. Certain of the parties have agreed to mediate and already have exchanged substantial information, including Granite providing its experts' report and making its experts available at the Property inspections. We anticipate filing that motion shortly if the parties agree but, again, must await the return of counsel before determining whether any parties will oppose the motion.

Respectfully submitted this 26 day of July, 2010.

BENJAMIN, BAIN & HOWARD, LLC

*/s/ Tracy A. Davis, Esq*
Tracy A. Davis, #35058
**ATTORNEYS FOR PLAINTIFF**

*Filed Via Lexis-Nexis*
*Original Signature on File at*
*Benjamin, Bain & Howard, LLC*

**Certificate of Service**

The undersigned hereby certifies that on the 26th day of July 2010, the foregoing **PLAINTIFF'S STATUS REPORT DATED JULY 26, 2010** was filed and served via LexisNexis File & Serve as follows:

Brad Ramming
Sean M. Wells
Sweetbaum, Levin & Sands, P.C.
1125 17th Street, Suite 2100
Denver, CO 80202
Phone No.: (303) 296-3377
Email: bramming@sweetbaumlevinsands.com
Email: swells@sweetbaumlevinsands.com
*Attorneys for Defendant Alberta Town Center, LLC*

*/s/Deborah Craycroft*
*This original document was filed electronically pursuant to C.R.C.P.121 § 1-26.  The original signed document is on file at the offices of Benjamin, Bain & Howard, LLC.*