## Elberg, Amos

**From:** Brad Ramming [bramming@sweetbaumlevinsands.com]
**Sent:** Friday, August 20, 2010 1:12 PM
**To:** Elberg, Amos
**Subject:** Southlands at Aurora Town Center Litigation

Mr. Elberg: here is a short statement of my recollection of the events that took place regarding whether Alberta Town Center would agree to waive and accept service of the Complaint filed in the District Court of Arapahoe County, Colorado.

I have reviewed Granite's Response in opposition to the Alberta Parties' motion for equitable relief to prevent vexatious and repetitive litigation, along with Exhibit 1 to that filing. I believe I am the "Brad Ramming" referred to on page 6 of the Response, and in Exhibit 1.

I have not agreed to waive and accept service of the State Court Complaint on behalf of my client, Alberta Town Center, LLC, or anyone else.

In late June or early July, at the end of a conference call concerning other issues between the parties, Granite's counsel mentioned that a complaint had been filed and asked whether I would agree to waive service. He also proposed that the parties hold the case in abeyance so that they could consider an early mediation of the matter. I responded that it was ordinarily my practice as an attorney to accept service on behalf of my clients, but that I did not have authority to do so in this instance and needed to check with my client. I then communicated in writing to Granite's counsel's office that I could not agree to waive and accept service of the State Court Complaint until I was given permission by my client. I was never granted that authority, and accordingly, never communicated to Granite's counsel that I could or would accept service.

I understand that Granite, at one point, scheduled a mediation date. The Alleged Alter-Egos have not, however, agreed to take part in this mediation, nor to my knowledge has anyone other than Granite itself. There are not now, and have not been, any settlement discussions.

Brad Ramming, Esq.
Sweetbaum, Levin & Sands, PC
1125 17th Street, #2100
Denver, CO 80202
303-296-3377 - Phone
303-296-7343 - Fax

----- Confidentiality Notice -----

This electronic message transmission contains information from the law firm of Sweetbaum, Levin & Sands, PC, which may be confidential or protected by the attorney-client privilege and/or the work product doctrine. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the content of this information is prohibited. If you have received this communication in error, please notify us immediately by email or by telephone (303-296-3377) and delete the original message.

8/20/2010