**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

CIVIL ACTION NO. 09-CV-00799

GRANITE SOUTHLANDS TOWN CENTER, LLC,
    Plaintiff,

v.

ALBERTA TOWN CENTER LLC,
LAND TITLE GUARANTEE COMPANY,
    Defendants.

---

**ENTRY OF APPEARANCE OF COUNSEL FOR DEFENDANT**

---

    COMES NOW the undersigned, a member of the bar of this Court, and herewith enters an appearance as counsel for Defendants Donald G. Provost, and Peter M. Cudlip.

    DATED at Denver, Colorado this, __24th__ day of __August__, __2010__.

Diamond McCarthy LLP
Firm Name

Amos B. Elberg
Name of Attorney

NY 4236113
Bar Registration Number

620 Eighth Avenue, 39th Floor
Office Address

New York NY 10018
City, State, and Zip Code

(212) 430-5400
Office Telephone Number