IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita Leeson Weinshienk

Civil Action No. 09-cv-00799-ZLW-KLM

GRANITE SOUTHLANDS TOWN CENTER LLC,

     Plaintiff,

v.

ALBERTA TOWN CENTER, LLC.
LAND TITLE GUARANTEE COMPANY,
DONALD G. PROVOST,
ALLAN G. PROVOST, and
PETER M. CUDLIP,

     Defendants.

---

## JUDGMENT PURSUANT TO FED. R. CIV. P. 54(b)

---

Pursuant to and in accordance with the Court's Orders of December 29, 2009 (Doc. No. 85) and September 1, 2010 (Doc No. 138), incorporated herein by reference, it is

ORDERED that the claims for "Fraudulent Inducement As To The Release" and "Actual And Exemplary Damages For Fraud" contained in Plaintiff's First Amended Complaint are dismissed with prejudice.  It is

FURTHER ORDERED that the Amended Complaint and cause of action are dismissed with prejudice against Defendants Peter M. Cudlip, Donald G. Provost and Allan G. Provost.  It is

FURTHER ORDERED that the Court's Order of December 29, 2009 (Doc. No. 85) hereby is certified as a final judgment pursuant to Fed. R. Civ. P. 54(b), there being no just reason for delay.  It is

2

FURTHER ORDERED that Judgment pursuant to Fed. R. Civ. P. 54(b) is

entered in favor of Defendants Peter M. Cudlip, Donald G. Provost and Allan G.

Provost, and against Plaintiff.


Dated this ___2nd___ day of September, 2010.

ENTERED FOR THE COURT:

GREGORY C. LANGHAM, CLERK


s/ __Edward P. Butler__
Edward P. Butler
Deputy Clerk