# MINUTE ENTRY FOR SETTLEMENT

TO:      Docketing

FROM:    Magistrate Judge Kristen L. Mix

DATE:    September 23, 2010

RE:      **Case No.** 09-cv-00799-ZLW-KLM
         <u>Granite Southlands Town Center, LLC v. Alberta Town Center, LLC et al</u>

✓   A settlement conference was held on this date, and no settlement was reached as to any claims in this action.

___   A settlement conference was held on this date, and a settlement was reached as to

    ___   All claims in this action. The parties shall file a stipulated motion to dismiss on or before _____.

    ___   Claims between _____ and _____. These parties shall file a stipulated motion to dismiss on or before _____.

Settlement conference and preparation time involved: _3_ hours ____ minutes.

___   A record was made          ✓   No record was made

* * * * * * * * * * * * * * * *

___   Supplemental settlement negotiations were held in the above-captioned case.

Negotiation time involved: ____ hours ____ minutes.