IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-00799-ZLW-KLM

GRANITE SOUTHLANDS TOWN CENTER LLC,

      Plaintiff,

v.

ALBERTA TOWN CENTER, LLC and
LAND TITLE GUARANTEE COMPANY

      Defendants.

## NOTICE OF APPEAL

Notice is hereby given that Granite Southlands Town Center LLC, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the order granting defendants Peter M. Cudlip, Donald G. Provost, and Allan G. Provost's Motion to Dismiss Pursuant to FED. R. CIV. P. 12(b)(6), entered in this action on December 29, 2009 (Docket Entry 85), which was certified as a final judgment pursuant to FED. R. CIV. P. 54(b) on September 2, 2010 (Docket Entries 138 and 139), and any adverse orders and rulings preceding entry of judgment pursuant to Rule 54(b).

Dated October 1, 2010

                                                /s/   *Osborne J. Dykes, III* _____
                                                OSBORNE J. DYKES, III
                                                BENJAMIN M. VETTER
                                                FULBRIGHT & JAWORSKI L.L.P.
                                                370 Seventeenth Street, Suite 2150
                                                Denver, Colorado 80202
                                                (303) 801-2700 – Telephone
                                                (303) 801-2777 – Facsimile
                                                jdykes@fulbright.com
                                                bvetter@fulbright.com

85781039.1

PAUL TRAHAN
FULBRIGHT & JAWORSKI L.L.P.
600 Congress Avenue, Suite 2400
Austin, Texas 78701
(512) 474-5201 – Telephone
(512) 536-4598 – Facsimile
ptrahan@fulbright.com

**COUNSEL FOR BUYER/PLAINTIFF
AND COUNTER-DEFENDANT**

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 1, 2010, I electronically filed the foregoing **NOTICE OF APPEAL** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following attorneys at the e-mail addresses listed below:

| | |
|---|---|
| Stuart N. Bennett<br>Steven R. Kabler<br>JONES & KELLER, P.C.<br>1999 Broadway, Suite 3150<br>Denver, Colorado 80202<br>sbennett@joneskeller.com<br>skabler@joneskeller.com<br><br>*Attorneys for Alberta Town Center, LLC* | Kimberly A. Bruetsch<br>ROBINSON WATERS & O'DORISIO, P.C.<br>1099 18th Street, Suite 2600<br>Denver, Colorado 80202<br>swaters@rwolaw.com<br>kbruetsch@rwolaw.com<br><br>*Attorneys for Land Title Guarantee* |
| Allen B. Diamond<br>Amos B. Elberg<br>DIAMOND MCCARTHY LLP<br>620 Eighth Avenue, 39th Floor<br>New York, New York 10018<br>adiamond@diamondmccarthy.com<br>aelberg@diamondmccarthy.com | Reda M. Hicks<br>DIAMOND MCCARTHY LLP<br>909 Fannin Street, Suite 1500<br>Houston, Texas 77010<br>rhicks@diamondmccarthy.com<br><br>*Attorneys for Donald G. Provost and Peter M. Cudlip* |
| Dennis Boyd Polk<br>Holley, Albertson & Polk, P.C.<br>1667 Cole Boulevard<br>Building No. 19, #100<br>Lakewood, Colorado 80401<br>dbp@haplaw.net | |

                                                */s/     Osborne J. Dykes, III* _____
                                                OSBORNE J. DYKES, III