UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
OFFICE OF THE CLERK

GREGORY C. LANGHAM, CLERK

ROOM A-105
ALFRED A. ARRAJ U.S. COURTHOUSE
901 19TH STREET
DENVER, COLORADO 80294-3589
PHONE (303) 844-3433
www.cod.uscourts.gov

October 4, 2010

SEE NOTICE OF ELECTRONIC FILING

**RE:   Granite Southlands Town Center LLC v. Alberta Town Center LLC, et al**

District Court Case No. 09-cv-00799-ZLW-KLM
Notice of Appeal Filed by Granite Southlands Town Center LLC on October 1, 2010
Fee Status: Fees Not Paid
Other Pending Appeals: none

      Attached are the following documents for the parties in connection with the notice of appeal: Copy of the notice of appeal and a copy of the docket sheet. The appellant only is directed to the U.S. Court of Appeals for the 10th Circuit website (http://www.ca10.uscourts.gov) to obtain the Notice of Transcript Order form, Docketing Statement form and Docketing Statement Instructions.

      The appellant must carefully read the directions for provided with the Notice of Transcript Order form. If a transcript is being ordered, the appellant and the court reporter must complete the Notice of Transcript Order. The appellant must complete a separate form for each court reporter and/or reporting service, indicating only the dates of the proceedings that reporter is being requested to transcribe. Please contact the reporter or reporting services directly to obtain information and make arrangements for the preparation of the necessary transcripts. Instructions and the names, addresses and telephone numbers for most of the court reporters and reporting services can be found on the attached list.

      File one copy of the Notice of Transcript Order with the U.S. District Court on CM/ECF, one copy with the U.S. Court of Appeals on the Appellate CM/ECF and serve all parties within 10 days after filing of the Notice of Appeal, pursuant to Fed. R. App. P. 10. If no transcript is being ordered, or all necessary transcripts are presently on file, the appellant must complete the Notice of Transcript Order, including Section A and file it within the same 10 day period as indicated above. If the entire transcript is not ordered by the appellant, the appellee should refer to Fed. R. App. P. 10.

      If you have any difficulty accessing the necessary appeal documents please contact the appeals clerk at the U.S. District Court for the District of Colorado (303) 844-3433.

Sincerely,
GREGORY C. LANGHAM, Clerk

by s/ B. Reed Deputy Clerk

cc:   Clerk, U.S. Court of Appeals (with copy of docket sheet, copy of notice of appeal and the preliminary record)

**FURTHER INSTRUCTIONS FOR ORDERING TRANSCRIPTS:**

Please review the enclosed docket sheet and locate the docket entry for the minutes of the proceedings you wish to have transcribed. In the entry will be either:
-the name of the court reporter,
-the name of the E.C.R. operator (meaning the proceeding was tape recorded before a District Court Judge),
-an indication of the tape number of the proceedings (meaning the proceeding was tape recorded before a magistrate judge) or
-"FTR" (meaning the proceeding was digitially recorded before either a District Court Judge or a Magistrate Judge).

If a name of a court reporter appears, please contact that reporter directly to make arrangements for the preparation of the transcript. The names, addresses and phone numbers for the court reporters and some of the contract reporters are on the attached sheet. If the name of the reporter is not on this list, please refer to the attached certificate of mailing.

If the proceedings was before a District Court Judge (other than Judge Richard P. Matsch) and was recorded by an E.C.R. operator or FTR, please contact Federal Reporting Service. Their address and phone number is on the attached list.

If the proceedings was before Judge Richard P. Matsch (either tape recorded (E.C.R) or digitally recorded (FTR) please contact Kathy Terasaki. Her address and phone number is on the attached list.

If the proceeding was held before a Magistrate Judge and was either tape recorded (E.C.R) or digitally recorded (FTR) please contact Avery Woods Reporting Service. Their address and phone number is on the attached list.

| | |
|---|---|
| **COURT REPORTERS**<br>901 19th Street<br>Denver, Colorado 80294<br><br>Suzanne Claar<br>303-825-8874<br><br>Paul Zuckerman<br>303-629-9285<br><br>Gwen Daniel<br>303-571-4084<br><br>Therese Lindblom<br>303-628-7877<br><br>Kara Spitler<br>303-623-3080<br><br>Janet Cappock (fka Morrissey)<br>303-893-2835<br><br>Darlene Martinez<br>303-296-2008<br><br>**ECR OPERATOR**<br>Kathy Terasaki<br>E.C.R. Operator<br>901 19th Street<br>Denver, Colorado 80294<br>303-335-2095<br><br>**DISTRICT COURT JUDGE TAPE/DIGITAL (except Judge Matsch)**<br>Federal Reporting Service<br>17454 East Asbury Place<br>Aurora, CO  80013<br>303-751-2777<br><br>**MAGISTRATE TAPE/DIGITAL**<br>Avery Woods Reporting Service<br>455 Sherman Street #250<br>Denver, CO 80203<br>303-825-6119 | **WYOMING DOCKET**<br>Wyoming Reporting Service<br>P.O. Box 165<br>401 West 19th St.<br>Cheyenne, WY 82003<br>307-635-4424<br>1-800-444-2826<br>(Jackie Gallo, Monty Bowen, Eric Nordberg, J. Dew Harris, Lori Arnold, Kathy Mullivan, Alicia Robertson, V. Lund and others)<br><br>**OTHER COURT REPORTERS**<br>Jamie L. Hendrich<br>U.S. District Courthouse<br>111 S. Wolcott, Room 217<br>Casper, WY 82601<br>307-265-5280<br><br>Adrienne Whitlow<br>8600 E. Alameda Ave, Apt. 21-101<br>Denver, CO 80247<br>(303) 695-1121<br><br>Bonnie Carpenter<br>Carpenter Reporting, Inc.<br>12510 East Iliff<br>Suite 120<br>Aurora, CO 80014<br>303-752-1200 |