CM/ECF - U.S. District Court:cod                                                                 Page 1 of 20

APPEAL, NDISPO, REOPEN

# U.S. District Court
## District of Colorado (Denver)
### CIVIL DOCKET FOR CASE #: 1:09-cv-00799-ZLW -KLM

| | |
|---|---|
| Granite Southlands Town Center, LLC v. Alberta Town Center, LLC et al | Date Filed: 04/08/2009 |
| | Jury Demand: Both |
| Assigned to: Judge Zita L. Weinshienk | Nature of Suit: 190 Contract: Other |
| Referred to: Magistrate Judge Kristen L. Mix | Jurisdiction: Diversity |
| Cause: 28:1332 Diversity-Breach of Contract | |

**Plaintiff**

**Granite Southlands Town Center, LLC**     represented by     **Osborne J. Dykes , III**
Fulbright & Jaworski, LLP-Denver
370 17th Street
Republic Plaza
#2150
Denver, CO 80202-5638
303-801-2700
Fax: 303-801-2777
Email: jdykes@fulbright.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul D. Trahan**
Fulbright & Jaworski, LLP-Austin
600 Congress Avenue
#2400
Austin, TX 78701
512-474-5201
Fax: 512-536-4598
Email: ptrahan@fulbright.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benjamin M. Vetter**
Fulbright & Jaworski, LLP-Denver
370 17th Street
Republic Plaza
#2150
Denver, CO 80202-5638
303-801-2720
Fax: 303-801-2777
Email: bvetter@fulbright.com

V.

**Defendant**

| | | |
|---|---|---|
| **Alberta Town Center, LLC** | represented by | **Elizabeth Jeanelia Hyatt**<br>Starrs & Mihm, LLP<br>707 17th Street<br>#2600<br>Denver, CO 80202<br>303-592-5900<br>Fax: 303-592-5910<br>Email: ehyatt@starrslaw.com<br>*TERMINATED: 10/21/2009* |

**Elizabeth A. Starrs**
Starrs & Mihm, LLP
707 17th Street
#2600
Denver, CO 80202
303-592-5900
Fax: 303-592-5910
Email: estarrs@starrslaw.com
*TERMINATED: 10/21/2009*

**Steven Robert Kabler**
Jones & Keller, PC-Denver
1999 Broadway
#3150
Denver, CO 80202
303-573-1600
Fax: 303-573-0769
Email: skabler@joneskeller.com
*ATTORNEY TO BE NOTICED*

**Stuart N. Bennett**
Jones & Keller, PC-Denver
1999 Broadway
#3150
Denver, CO 80202
303-573-1600
Fax: 303-573-0769
Email: sbennett@joneskeller.com
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Land Title Guarantee Company** | represented by | **Kimberly A. Bruetsch**<br>Robinson, Waters & O'Dorisio, P.C.<br>1099 18th Street<br>Granite Tower<br>26th Floor<br>Denver, CO 80202-1937<br>303-297-2600<br>Fax: 303-297-2750 |

Email: kbruetsch@rwolaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Donald G. Provost**                     represented by **Allan Brent Diamond**
*TERMINATED: 12/29/2009*                                 Diamond McCarthy, LLP-Houston
                                                         909 Fannin Street
                                                         #1500
                                                         Houston, TX 77010
                                                         713-333-5100
                                                         Fax: 713-333-5199
                                                         Email: adiamond@diamondmccarthy.com
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Amos B. Elberg**
                                                         Diamond McCarthy, LLP-New York
                                                         620 8th Avenue
                                                         39th Floor
                                                         New York, NY 10018-1443
                                                         212-430-5416
                                                         Fax: 212-430-5499
                                                         Email: aelberg@diamondmccarthy.com

                                                         *ATTORNEY TO BE NOTICED*

                                                         **Reda Marie Hicks**
                                                         Diamond McCarthy, LLP-Houston
                                                         909 Fannin Street
                                                         #1500
                                                         Houston, TX 77010
                                                         713-333-5100
                                                         Fax: 713-333-5195
                                                         Email: rhicks@diamondmccarthy.com
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Steven Robert Kabler**
                                                         (See above for address)

                                                         **Stuart N. Bennett**
                                                         (See above for address)

**Defendant**

**Allan G. Provost**                      represented by **Dennis Boyd Polk**
*TERMINATED: 12/29/2009*                                 Holley, Albertson & Polk, P.C.
                                                         1667 Cole Boulevard
                                                         Building No. 19
                                                         #100
                                                         Lakewood, CO 80401
                                                         303-233-7838

                                            Fax: 303-233-2860
                                            Email: DBP@HAPLAW.NET
                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Peter M. Cudlip**  represented by  **Allan Brent Diamond**
*TERMINATED: 12/29/2009*  (See above for address)
  *ATTORNEY TO BE NOTICED*

  **Amos B. Elberg**
  (See above for address)
  *ATTORNEY TO BE NOTICED*

  **Reda Marie Hicks**
  (See above for address)
  *ATTORNEY TO BE NOTICED*

  **Steven Robert Kabler**
  (See above for address)

  **Stuart N. Bennett**
  (See above for address)
  *ATTORNEY TO BE NOTICED*

**Interested Party**

**Matthew McElhiney**

**Counter Claimant**

**Alberta Town Center, LLC**  represented by  **Elizabeth Jeanelia Hyatt**
  (See above for address)
  *TERMINATED: 10/21/2009*

  **Elizabeth A. Starrs**
  (See above for address)
  *TERMINATED: 10/21/2009*

  **Steven Robert Kabler**
  (See above for address)
  *ATTORNEY TO BE NOTICED*

  **Stuart N. Bennett**
  (See above for address)
  *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Granite Southlands Town Center, LLC**  represented by  **Osborne J. Dykes , III**
  (See above for address)

Case No. 1:09-cv-00799-SJJ-KLM Document 146-1 filed 10/04/10 USDC Colorado pg 5
CM/ECF - U.S. District Court:cod                                                                Page 5 of 20
of 20

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul D. Trahan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benjamin M. Vetter**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/08/2009 | 1 | Plaintiff's Original COMPLAINT against Alberta Town Center, LLC, Land Title Guarantee Company ( Filing fee $ 350, Receipt Number 18044) Summons Issued, filed by Granite Southlands Town Center, LLC. (Attachments: # 1 Civil Cover Sheet, # 2 Receipt)(jak, ) (Entered: 04/09/2009) |
| 04/16/2009 | 2 | ORDER REFERRING CASE to Magistrate Judge Kristen L. Mix by Judge Zita L. Weinshienk on 4/16/09. (gmssl, ) (Entered: 04/17/2009) |
| 04/17/2009 | 3 | ORDER setting Scheduling Conference for 6/23/2009 11:00 AM in Courtroom C204 before Magistrate Judge Kristen L. Mix by Magistrate Judge Kristen L. Mix on 04/17/09. (Attachments: # 1 Instructions for Preparation of Scheduling Order)(jjh, ) (Entered: 04/17/2009) |
| 04/21/2009 | 4 | SUMMONS Returned Executed by Granite Southlands Town Center, LLC. Alberta Town Center, LLC served on 4/20/2009, answer due 5/11/2009. (Attachments: # 1 Return of Service)(Dykes, Osborne) (Entered: 04/21/2009) |
| 04/21/2009 | 5 | SUMMONS Returned Executed by Granite Southlands Town Center, LLC. Land Title Guarantee Company served on 4/20/2009, answer due 5/11/2009. (Attachments: # 1 Return of Service)(Dykes, Osborne) (Entered: 04/21/2009) |
| 05/07/2009 | 6 | ANSWER to 1 Complaint, by Land Title Guarantee Company.(Bruetsch, Kimberly) (Entered: 05/07/2009) |
| 05/11/2009 | 7 | *Defendant Alberta Town Center, LLC's* ANSWER to 1 Complaint, *and*, COUNTERCLAIM against Granite Southlands Town Center, LLC by Alberta Town Center, LLC.(Starrs, Elizabeth) (Entered: 05/11/2009) |
| 05/12/2009 | 8 | NOTICE of Entry of Appearance by Elizabeth Jeanelia Hyatt on behalf of Alberta Town Center, LLC (Hyatt, Elizabeth) (Entered: 05/12/2009) |
| 05/12/2009 | 9 | NOTICE of Entry of Appearance by Elizabeth Jeanelia Hyatt on behalf of Alberta Town Center, LLC (Hyatt, Elizabeth) (Entered: 05/12/2009) |
| 05/12/2009 | 10 | Docket Annotation re: 8 Notice of Entry of Appearance. Counsel filed this |

Case No. 1:09-cv-00799-SJJ-KLM   Document 146-1   filed 10/04/10   USDC Colorado   Page 6 of 20
CM/ECF - U.S. District Court:cod                                                                    pg 6 of 20
of 20

|  |  | Notice by mistake, and filed the correct document as 9 Notice of Entry of Appearance. Text only entry - no document attached. (ebs, ) (Entered: 05/12/2009) |
|---|---|---|
| 05/13/2009 | 11 | CORPORATE DISCLOSURE STATEMENT by Defendant Land Title Guarantee Company.. (Bruetsch, Kimberly) (Entered: 05/13/2009) |
| 05/13/2009 | 12 | CORPORATE DISCLOSURE STATEMENT by Plaintiff Granite Southlands Town Center, LLC, Counter Defendant Granite Southlands Town Center, LLC.. (Dykes, Osborne) (Entered: 05/13/2009) |
| 05/14/2009 | 13 | CORPORATE DISCLOSURE STATEMENT by Counter Claimant Alberta Town Center, LLC, Defendant Alberta Town Center, LLC.. (Hyatt, Elizabeth) (Entered: 05/14/2009) |
| 05/29/2009 | 14 | STIPULATION for Extension of Time *to Respond to Alberta Town Center, LLC's Counterclaim* by Plaintiff Granite Southlands Town Center, LLC, Counter Defendant Granite Southlands Town Center, LLC. (Dykes, Osborne) (Entered: 05/29/2009) |
| 06/02/2009 | 15 | Unopposed MOTION to Reset *Scheduling/Planning Conference* by Defendant Land Title Guarantee Company. (Attachments: # 1 Proposed Order (PDF Only))(Bruetsch, Kimberly) (Entered: 06/02/2009) |
| 06/02/2009 | 16 | MEMORANDUM regarding 15 Unopposed MOTION to Reset *Scheduling/Planning Conference* filed by Land Title Guarantee Company. Motion referred to Magistrate Judge Kristen L. Mix, by Judge Zita L. Weinshienk on 6/2/09. TEXT ONLY ENTRY - NO DOCUMENT ATTACHED(ebs, ) (Entered: 06/02/2009) |
| 06/03/2009 | 17 | MINUTE ORDER granting 15 Defendant Land Title Guarantee Co's Unopposed Motion to Reschedule Scheduling/Planning Conference. Scheduling Conference reset for 7/6/2009 11:00 AM in Courtroom C204 before Magistrate Judge Kristen L. Mix, by Magistrate Judge Kristen L. Mix on 6/3/09.(gmssl, ) (Entered: 06/04/2009) |
| 06/12/2009 | 18 | *Granite Southlands Town Center LLC's* ANSWER/REPLY to 7 Answer to Complaint, Counterclaim *of Alberta Town Center, LLC* by Granite Southlands Town Center, LLC.(Dykes, Osborne) (Entered: 06/12/2009) |
| 07/01/2009 | 19 | Proposed Scheduling Order by Plaintiff Granite Southlands Town Center, LLC, Counter Defendant Granite Southlands Town Center, LLC. (Vetter, Benjamin) (Entered: 07/01/2009) |
| 07/06/2009 | 20 | Minute Entry for proceedings held before Magistrate Judge Kristen L. Mix: Scheduling Conference held on 7/6/2009, Discovery due by 12/10/2009. Dispositive Motions due by 2/16/2010. Final Pretrial Conference set for 7/12/2010 09:30 AM before Magistrate Judge Kristen L. Mix. Settlement Conference set for 10/20/2009 01:30 PM before Magistrate Judge Kristen L. Mix. (Court Reporter FTR - Kathleen Finney.) (Attachments: # 1 Sedona Principles) (klmcd) (Entered: 07/06/2009) |
| 07/06/2009 | 21 | SCHEDULING ORDER: by Magistrate Judge Kristen L. Mix on 7/6/2009. (klmcd) (Entered: 07/06/2009) |

| | | |
|---|---|---|
| 08/06/2009 | 22 | Unopposed MOTION for Extension of Time to *for Joinder of Parties and Amendment of Pleadings* by Plaintiff Granite Southlands Town Center, LLC, Counter Defendant Granite Southlands Town Center, LLC. (Attachments: # 1 Proposed Order (PDF Only) Granting Unopposed Motion for Extension of Time for Joinder of Parties and Amendment of Pleadings)(Dykes, Osborne) (Entered: 08/06/2009) |
| 08/06/2009 | 23 | MEMORANDUM regarding 22 Unopposed MOTION for Extension of Time to *for Joinder of Parties and Amendment of Pleadings* filed by Granite Southlands Town Center, LLC. Motion referred to Magistrate Judge Kristen L. Mix, by Judge Zita L. Weinshienk on 8/6/09. TEXT ONLY ENTRY - NO DOCUMENT ATTACHED(ebs, ) (Entered: 08/07/2009) |
| 08/11/2009 | 24 | MINUTE ORDER granting 22 Plaintiff's Unopposed Motion for Extension of Time for Joinder of Parties and Amendment of Pleadings to 8/21/09, by Magistrate Judge Kristen L. Mix on 8/11/09.(gms, ) (Entered: 08/11/2009) |
| 08/21/2009 | 25 | Second MOTION for Extension of Time to *Join Parties and Amend Pleadings* by Plaintiff Granite Southlands Town Center, LLC, Counter Defendant Granite Southlands Town Center, LLC. (Dykes, Osborne) (Entered: 08/21/2009) |
| 08/21/2009 | 26 | MEMORANDUM regarding 25 Second MOTION for Extension of Time to *Join Parties and Amend Pleadings* filed by Granite Southlands Town Center, LLC. Motion referred to Magistrate Judge Kristen L. Mix, by Judge Zita L. Weinshienk on 8/21/09. TEXT ONLY ENTRY - NO DOCUMENT ATTACHED(ebs, ) (Entered: 08/21/2009) |
| 08/21/2009 | 27 | MINUTE ORDER granting 25 Plaintiff's Second Unopposed Motion for Extension of Time for Joinder of Parties and Amendment of Pleadings to 9/4/09, by Magistrate Judge Kristen L. Mix on 8/21/09.(gms, ) (Entered: 08/24/2009) |
| 09/02/2009 | 28 | Minute Entry for proceedings held before Magistrate Judge Kristen L. Mix: Telephonic Discovery Dispute Hearing held on 9/2/2009. The parties shall confer about inclusion of the following language in paragraphs 2.1 and 5.1a of the proposed Protective Order : Plaintiffs counsel shall immediately disclose in writing to defense counsel the names and contact information of all construction professionals to whom confidential information is disclosed. After conferring, if the terms of the proposed Protective Order remain in dispute, either party may file a motion to address the disputed portions. (FTR - Debra Brown) (kmtcd) (Entered: 09/03/2009) |
| 09/04/2009 | 29 | STRICKEN - AMENDED COMPLAINT against Granite Southlands Town Center, LLC, Land Title Guarantee Company, filed by Granite Southlands Town Center, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Dykes, Osborne) Modified on 9/8/2009 to indicate stricken pursuant to the order of 9/8/09 (gmssl, ). (Entered: 09/04/2009) |
| 09/08/2009 | 30 | Docket Annotation re: 29 Amended Complaint. This amended complaint was filed without first obtaining leave of court and the docket entry was made before the new defendants could be added. Counsel has been |

|  |  |  |
|---|---|---|
|  |  | requested to draft and file a motion to amend the complaint and attach their tendered complaint to the motion. Text only entry - no document attached (gmssl, ) (Entered: 09/08/2009) |
| 09/08/2009 | 31 | ORDER 29 Plaintiff's First Amended Complaint is stricken, by Judge Zita L. Weinshienk on 9/8/09. (gmssl, ) (Entered: 09/08/2009) |
| 09/09/2009 | 32 | MOTION for Leave to *Amend Complaint 1 and Join Additional Parties* by Plaintiff Granite Southlands Town Center, LLC, Counter Defendant Granite Southlands Town Center, LLC. (Attachments: # 1 Exhibit A to Plaintiff's Unopposed Motion for Leave to Amend Complaint and Join Additional Parties)(Dykes, Osborne) Modified on 9/9/2009 to create linkage (gmssl, ). (Entered: 09/09/2009) |
| 09/16/2009 | 33 | ORDER granting 32 Plaintiff's Unopposed Motion for Leave to Amend Complaint and Join Additional Parties. Plaintiff shall file Plaintiff's First Amended Complaint, attached as Exhibit A to Plaintiff's motion, as a separate document on or before 9/29/09, by Judge Zita L. Weinshienk on 9/16/09.(ebs, ) (Entered: 09/16/2009) |
| 09/16/2009 | 34 | AMENDED COMPLAINT against Alberta Town Center, LLC, Land Title Guarantee Company, filed by Granite Southlands Town Center, LLC. (Dykes, Osborne) (Entered: 09/16/2009) |
| 09/16/2009 | 35 | Docket Annotation re: 34 Amended Complaint. Counsel has been asked to re-file this document, choosing all Defendants against whom the Amended Complaint is being filed. Text only entry - no document attached. (ebs, ) (Entered: 09/16/2009) |
| 09/16/2009 | 36 | AMENDED COMPLAINT against Donald G. Provost, Allan G. Provost, Peter M. Cudlip, Alberta Town Center, LLC, Land Title Guarantee Company, filed by Granite Southlands Town Center, LLC.(Dykes, Osborne) (Entered: 09/16/2009) |
| 09/24/2009 | 37 | NOTICE of Entry of Appearance *as Counsel for Defendant Peter M. Cudlip* by Stuart N. Bennett on behalf of Peter M. Cudlip (Bennett, Stuart) (Entered: 09/24/2009) |
| 09/25/2009 | 38 | SUMMONS Returned Executed by all plaintiffs. Peter M. Cudlip served on 9/17/2009, answer due 10/7/2009. (Attachments: # 1 Return of Service) (Dykes, Osborne) (Entered: 09/25/2009) |
| 09/25/2009 | 39 | SUMMONS Returned Executed by all plaintiffs. Donald G. Provost served on 9/18/2009, answer due 10/8/2009. (Attachments: # 1 Return of Service) (Dykes, Osborne) (Entered: 09/25/2009) |
| 09/25/2009 | 40 | SUMMONS Returned Executed by all plaintiffs. Allan G. Provost served on 9/18/2009, answer due 10/8/2009. (Attachments: # 1 Return of Service) (Dykes, Osborne) (Entered: 09/25/2009) |
| 09/25/2009 | 41 | ANSWER to 36 Amended Complaint by Land Title Guarantee Company. (Bruetsch, Kimberly) (Entered: 09/25/2009) |
| 09/30/2009 | 42 | Unopposed MOTION for Extension of Time to File Answer or Otherwise |

| | | |
|---|---|---|
| | | Respond re 36 Amended Complaint by Defendant Alberta Town Center, LLC. (Attachments: # 1 Proposed Order (PDF Only))(Hyatt, Elizabeth) (Entered: 09/30/2009) |
| 10/01/2009 | 43 | MEMORANDUM regarding 42 Unopposed MOTION for Extension of Time to File Answer or Otherwise Respond re 36 Amended Complaint filed by Alberta Town Center, LLC. Motion referred to Magistrate Judge Kristen L. Mix, by Judge Zita L. Weinshienk on 10/1/09. TEXT ONLY ENTRY - NO DOCUMENT ATTACHED (ebs, ) (Entered: 10/01/2009) |
| 10/01/2009 | 44 | MINUTE ORDER granting 42 Defendant Alberta Town Center, LLC's Unopposed Motion for Extension of Time to Answer or Otherwise Respond to 36 Amended Complaint. Alberta Town Center, LLC answer due 10/7/2009, by Magistrate Judge Kristen L. Mix on 10/1/09.(gms, ) (Entered: 10/02/2009) |
| 10/07/2009 | 45 | NOTICE of Entry of Appearance *as Counsel for Defendants Donald G. Provost and Alberta Town Center LLC* by Stuart N. Bennett on behalf of Donald G. Provost, Alberta Town Center, LLC (Bennett, Stuart) (Entered: 10/07/2009) |
| 10/07/2009 | 46 | MOTION to Withdraw as Attorney by Counter Claimant Alberta Town Center, LLC, Defendant Alberta Town Center, LLC. (Attachments: # 1 Proposed Order (PDF Only) Order Granting Motion to Withdraw as Counsel of Record for Defendant Alberta Town Center, LLC)(Starrs, Elizabeth) Modified on 10/8/2009 to reactivate motion pursuant to the minute order of 10/8/09 (gmssl, ). (Entered: 10/07/2009) |
| 10/07/2009 | 47 | MOTION for Extension of Time to File Answer or Otherwise Respond re 36 Amended Complaint by Defendants Donald G. Provost, Peter M. Cudlip, Alberta Town Center, LLC, Counter Claimant Alberta Town Center, LLC. (Attachments: # 1 Proposed Order (PDF Only))(Bennett, Stuart) (Entered: 10/07/2009) |
| 10/07/2009 | 48 | MEMORANDUM regarding 47 MOTION for Extension of Time to File Answer or Otherwise Respond re 36 Amended Complaint filed by Donald G. Provost, Alberta Town Center, LLC, Peter M. Cudlip. Motion referred to Magistrate Judge Kristen L. Mix, by Judge Zita L. Weinshienk on 10/7/09. TEXT ONLY ENTRY - NO DOCUMENT ATTACHED (ebs, ) (Entered: 10/07/2009) |
| 10/07/2009 | 49 | MINUTE ORDER granting 46 Notice and Motion to Withdraw as Attorney. Attorney Elizabeth Jeanelia Hyatt and Elizabeth A. Starrs are relieved of any further representation of defendant Alberta Town Center, LLC, by Magistrate Judge Kristen L. Mix on 10/7/09.(gmssl, ) (Entered: 10/07/2009) |
| 10/08/2009 | 50 | MINUTE ORDER 49 Order on Motion to Withdraw as Attorney is vacated. Motion 46 remains pending and will be ruled on by the District Judge assigned, by Magistrate Judge Kristen L. Mix on 10/8/09. (gmssl, ) (Entered: 10/08/2009) |
| 10/08/2009 | 51 | MINUTE ORDER granting 47 Defendants Alberta Town Center, Donald |

| | | |
|---|---|---|
| | | Provost and Peter M. Cudlip's Motion for Extension of Time to Answer or Answer or Move re: 36 First Amended Complaint. Donald G. Provost answer due 10/14/2009; Peter M. Cudlip answer due 10/14/2009; Alberta Town Center, LLC answer due 10/14/2009, by Magistrate Judge Kristen L. Mix on 10/8/09.(gmssl, ) (Entered: 10/08/2009) |
| 10/08/2009 | 52 | Unopposed MOTION for Extension of Time to File Answer or Otherwise Respond *to Complaint* 36 by Defendant Allan G. Provost. (Polk, Dennis) Modified on 10/9/2009 to create linkage (gms, ). (Entered: 10/08/2009) |
| 10/08/2009 | 53 | MEMORANDUM regarding 52 Unopposed MOTION for Extension of Time to File Answer or Otherwise Respond *to Complaint* filed by Allan G. Provost. Motion referred to Magistrate Judge Kristen L. Mix, by Judge Zita L. Weinshienk on 10/8/09. TEXT ONLY ENTRY - NO DOCUMENT ATTACHED (ebs, ) (Entered: 10/08/2009) |
| 10/08/2009 | 54 | MINUTE ORDER granting 52 Defendant Allan Provost's Unopposed Motion for Enlargement of Time to Answer or Otherwise Respond to 36 Amended Complaint. Allan G. Provost answer due 10/16/2009, by Magistrate Judge Kristen L. Mix on 10/8/09.(gmssl, ) (Entered: 10/08/2009) |
| 10/12/2009 | 55 | MOTION to Continue *Settlement Conference* by Plaintiff Granite Southlands Town Center, LLC, Counter Defendant Granite Southlands Town Center, LLC. (Dykes, Osborne) (Entered: 10/12/2009) |
| 10/13/2009 | 56 | MEMORANDUM regarding 55 MOTION to Continue *Settlement Conference* filed by Granite Southlands Town Center, LLC. Motion referred to Magistrate Judge Kristen L. Mix, by Judge Zita L. Weinshienk on 10/13/09. TEXT ONLY ENTRY - NO DOCUMENT ATTACHED (ebs, ) (Entered: 10/13/2009) |
| 10/13/2009 | 57 | MINUTE ORDER granting 55 Plaintiff's Motion to Continue Settlement Conference. Settlement Conference reset for 1/27/2010 01:30 PM in Courtroom C204 before Magistrate Judge Kristen L. Mix, by Magistrate Judge Kristen L. Mix on 10/13/09.(gms, ) (Entered: 10/14/2009) |
| 10/14/2009 | 58 | NOTICE of Entry of Appearance by Steven Robert Kabler on behalf of Donald G. Provost, Peter M. Cudlip, Alberta Town Center, LLC (Kabler, Steven) (Entered: 10/14/2009) |
| 10/14/2009 | 59 | *DEFENDANT ALBERTA TOWN CENTER, LLC'S* ANSWER to 36 Amended Complaint *and*, COUNTERCLAIM *S* against Granite Southlands Town Center, LLC by Alberta Town Center, LLC.(Bennett, Stuart) (Entered: 10/14/2009) |
| 10/14/2009 | 60 | MOTION to Dismiss *Pursuant to F.R.C.P 12(b)(6)* by Defendants Donald G. Provost, Allan G. Provost, Peter M. Cudlip. (Attachments: # 1 Exhibit 1 Affivdavit of Peter M. Cudlip, # 2 Exhibit 2 Filed Under Seal, # 3 Exhibit 3 Filed Under Seal, # 4 Exhibit 4 Filed Under Seal, # 5 Exhibit 5 Filed Under Seal)(Bennett, Stuart) (Entered: 10/14/2009) |
| 10/14/2009 | 61 | Unopposed MOTION to Seal by Defendants Donald G. Provost, Peter M. Cudlip. (Attachments: # 1 Exhibit 1 to Motion File Under Seal, # 2 Exhibit |

| | | |
|---|---|---|
| | | 2 to Motion File Under Seal, # 3 Exhibit 3 to Motion File Under Seal, # 4 Exhibit 4 to Motion File Under Seal, # 5 Exhibit 5 to Motion File Under Seal)(Bennett, Stuart) (Entered: 10/14/2009) |
| 10/14/2009 | 62 | SEALED DOCUMENT by Defendants Donald G. Provost, Peter M. Cudlip. (Attachments: # 1 Exhibit 2 SEALED, # 2 Exhibit 3 SEALED, # 3 Exhibit 4 SEALED, # 4 Exhibit 5 SEALED)(Bennett, Stuart) (Entered: 10/14/2009) |
| 10/14/2009 | 63 | Exhibits 2 through 5 in Support of 60 MOTION to Dismiss Pursuant to F.R.C.P 12(b)(6) by Defendants Donald G. Provost, Allan G. Provost, Peter M. Cudlip. (Public entry for Sealed Document 62 , filed 10/14/09) Text only entry - no document attached. (gmssl, ) Modified on 10/16/2009 to correct spelling error (gmssl, ). (Entered: 10/15/2009) |
| 10/21/2009 | 64 | MINUTE ORDER Setting Hearing on 60 MOTION to Dismiss Pursuant to F.R.C.P 12(b)(6): Motion Hearing set for 1/6/2010 02:00 PM in Courtroom A 801 before Judge Zita L. Weinshienk, by Judge Zita L. Weinshienk on 10/21/09. (gms, ) (Entered: 10/21/2009) |
| 10/21/2009 | 65 | MINUTE ORDER granting 46 Motion to Withdraw as Attorney. Attorney Elizabeth Jeanelia Hyatt and Elizabeth A. Starrs are permitted to withdraw as counsel of record for Alberta Town Center, LLC, by Judge Zita L. Weinshienk on 10/21/09.(gms, ) (Entered: 10/21/2009) |
| 10/23/2009 | 66 | NOTICE OF CASE ASSOCIATION by Counter Defendant Granite Southlands Town Center, LLC, Plaintiff Granite Southlands Town Center, LLC (Dykes, Osborne) (Entered: 10/23/2009) |
| 11/03/2009 | 67 | RESPONSE to 60 MOTION to Dismiss *Pursuant to F.R.C.P 12(b)(6)* MOTION to Dismiss *Pursuant to F.R.C.P 12(b)(6)* filed by Counter Defendant Granite Southlands Town Center, LLC, Plaintiff Granite Southlands Town Center, LLC. (Attachments: # 1 Exhibit A)(Trahan, Paul) (Entered: 11/03/2009) |
| 11/03/2009 | 68 | *First Amended* ANSWER/REPLY to 59 Answer to Amended Complaint, Counterclaim by Granite Southlands Town Center, LLC.(Trahan, Paul) (Entered: 11/03/2009) |
| 11/04/2009 | 69 | ORDER granting 61 Defendant Donald G. Provost And Peter M. Cudlips Unopposed Motion To File Documents Under Seal. Exhibits 2 through 5 to Defendants Peter M. Cudlip, Donald G. Provost And Allan G. Provostss Motion To Dismiss Pursuant To F.R.C.P. 12(b)(6) (Doc. Nos. 62-2, 62-3, 62-4, and 62-5) are sealed. By Judge Zita L. Weinshienk on 11/04/2009. (sah, ) (Entered: 11/04/2009) |
| 11/06/2009 | 70 | MOTION to Reset *to Suspend Scheduling Order Deadlines* by Counter Defendant Granite Southlands Town Center, LLC, Plaintiff Granite Southlands Town Center, LLC. (Trahan, Paul) (Entered: 11/06/2009) |
| 11/09/2009 | 71 | MEMORANDUM regarding 70 MOTION to Reset *to Suspend Scheduling Order Deadlines* filed by Granite Southlands Town Center, LLC.Motions referred to Magistrate Judge Kristen L. Mix by Judge Zita L. Weinshienk |

| | | |
|---|---|---|
| | | on 11/09/09. TEXT ONLY ENTRY - NO DOCUMENT ATTACHED (jjh, ) (Entered: 11/09/2009) |
| 11/09/2009 | 72 | RESPONSE to 70 MOTION to Reset *to Suspend Scheduling Order Deadlines* filed by Defendants Donald G. Provost, Peter M. Cudlip, Alberta Town Center, LLC. (Kabler, Steven) (Entered: 11/09/2009) |
| 11/19/2009 | 73 | REPLY to Response to 60 MOTION to Dismiss *Pursuant to F.R.C.P 12(b)(6)* MOTION to Dismiss *Pursuant to F.R.C.P 12(b)(6)* filed by Defendants Donald G. Provost, Allan G. Provost, Peter M. Cudlip. (Bennett, Stuart) (Entered: 11/19/2009) |
| 11/20/2009 | 74 | MINUTE ORDER granting in part and denying in part 70 Plaintiff and Counter-Defendant Granite Southlands Town Center LLCs Motion to Suspend Scheduling Order Deadlines. The Discovery Deadline in this matter is extended until 01/19/2010. All other deadlines remain as specified in the 07/06/2009 Scheduling Order. By Magistrate Judge Kristen L. Mix on 11/20/2009.(sah, ) (Entered: 11/23/2009) |
| 12/02/2009 | 75 | MOTION for Partial Summary Judgment *with Recitation of Legal Authority* by Defendant Alberta Town Center, LLC. (Attachments: # 1 Exhibit A-1 to MPSJ, # 2 Exhibit A-2 to MPSJ, # 3 Exhibit A-3 to MPSJ, # 4 Exhibit A-4 to MPSJ, # 5 Proposed Order (PDF Only) Proposed Order to MPSJ) (Bennett, Stuart) Modified on 9/21/2010 to reactivate this motion that was termed in error(sah, ). (Entered: 12/02/2009) |
| 12/09/2009 | 76 | MINUTE ORDER. Defendant Alberta Town Center, LLCs Motion For Partial Summary Judgment 75 is set for hearing on Wednesday, 02/17/2010 at 2:00 p.m. in Courtroom A801. By Judge Zita L. Weinshienk on 12/09/2009. (sah, ) (Entered: 12/10/2009) |
| 12/09/2009 | 77 | MINUTE ORDER. Upon a review of the case file, the Court notes that while the First Amended Complaint 36 states that an Exhibit A is attached thereto, no such exhibit is in fact attached to 36 . Within three days of the date of this Order, Plaintiff shall separately file an Exhibit A, designated as the exhibit referenced in the operative First Amended Complaint, for the benefit of the record. By Judge Zita L. Weinshienk on 12/09/2009. (sah, ) (Entered: 12/10/2009) |
| 12/10/2009 | 78 | Exhibits in Support of 36 Amended Complaint by Counter Defendant Granite Southlands Town Center, LLC, Plaintiff Granite Southlands Town Center, LLC. (Attachments: # 1 Exhibit A to First Amended Complaint, # 2 Exhibit B to First Amended Complaint, # 3 Exhibit C to First Amended Complaint, # 4 Exhibit D to FIrst Amended Complaint)(Dykes, Osborne) (Entered: 12/10/2009) |
| 12/21/2009 | 79 | Unopposed MOTION for Protective Order by Counter Defendant Granite Southlands Town Center, LLC, Plaintiff Granite Southlands Town Center, LLC. (Attachments: # 1 Exhibit A (Protective Order))(Dykes, Osborne) (Entered: 12/21/2009) |
| 12/21/2009 | 80 | Unopposed MOTION for Protective Order by Counter Defendant Granite Southlands Town Center, LLC, Plaintiff Granite Southlands Town Center, |

| | | |
|---|---|---|
| | | LLC. (Attachments: # 1 Exhibit A (Protective Order))(Dykes, Osborne) (Entered: 12/21/2009) |
| 12/21/2009 | 81 | MEMORANDUM regarding 80 Unopposed MOTION for Protective Order filed by Granite Southlands Town Center, LLC, 79 Unopposed MOTION for Protective Order filed by Granite Southlands Town Center, LLC.Motions referred to Magistrate Judge Kristen L. Mix. By Judge Zita L. Weinshienk on 12/21/2009. TEXT ONLY ENTRY - NO DOCUMENT ATTACHED(sah, ) (Entered: 12/21/2009) |
| 12/21/2009 | 82 | MINUTE ORDER granting 80 Unopposed Motion for Protective Order by Magistrate Judge Kristen L. Mix on 12/21/2009.(klmcd) (Entered: 12/22/2009) |
| 12/21/2009 | 83 | AGREED PROTECTIVE ORDER by Magistrate Judge Kristen L. Mix on 12/21/2009. (klmcd) (Entered: 12/22/2009) |
| 12/23/2009 | 84 | RESPONSE to 75 MOTION for Partial Summary Judgment *with Recitation of Legal Authority* filed by Counter Defendant Granite Southlands Town Center, LLC, Plaintiff Granite Southlands Town Center, LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5-1, # 6 Exhibit 5-2, # 7 Exhibit 6)(Trahan, Paul) (Entered: 12/23/2009) |
| 12/29/2009 | 85 | ORDER. Defendants Peter M. Cudlip, Donald G. Provost And Allan G. Provosts Motion To Dismiss Pursuant To F.R.C.P. 12(b)(6) (Motion To Dismiss) 60 is granted. Tclaims for Fraudulent Inducement As To The Release and Actual And Exemplary Damages For Fraud contained in Plaintiffs First Amended Complaint are dismissed with prejudice. The Amended Complaint and cause of action aredismissed with prejudice against Defendants Peter M. Cudlip, Donald G. Provost And Allan G. Provost, and the case caption shall be amended accordingly. This action shall proceed on the remaining claims against the remaining Defendants for Declaratory Judgment Regarding Escrow and Attorneys Fees And Costs Under the Escrow Agreement. The hearing previously set for 01/06/2010 is vacated. By Judge Zita L. Weinshienk on 12/29/2009.(sah, ) (Entered: 12/29/2009) |
| 01/11/2010 | 86 | REPLY to Response to 75 MOTION for Partial Summary Judgment *with Recitation of Legal Authority* filed by Defendant Alberta Town Center, LLC. (Attachments: # 1 Exhibit A-5 to Reply re: Motion for PSJ, # 2 Exhibit A-6 to Reply re: Motion for PSJ)(Bennett, Stuart) (Entered: 01/11/2010) |
| 01/13/2010 | 87 | MOTION for Leave for Reconsideration to Amend Complaint 36 by Plaintiff Granite Southlands Town Center, LLC. (Attachments: # 1 Exhibit Ex 1 Plaintiffs Second Amended Complaint, # 2 Exhibit Ex 1-A to Second Amended Complaint, # 3 Exhibit Ex 1-B to Second Amended Complaint, # 4 Exhibit Ex 1-C to Second Amended Complaint, # 5 Exhibit Ex 2 Motion for Reconsideration, # 6 Exhibit Ex 3 Provost depo, # 7 Exhibit Ex 4 Cudlip depo, # 8 Exhibit Ex 5, # 9 Exhibit Ex 6, # 10 Exhibit Ex 7, # 11 Exhibit Ex 8, # 12 Exhibit Ex 9, # 13 Exhibit Ex 10, # 14 Exhibit Ex 11)(Dykes, |

| | | |
|---|---|---|
| | | Osborne) Modified on 1/14/2010 to create linkage (sah2, ). (Entered: 01/13/2010) |
| 01/15/2010 | 88 | MOTION for Extension of Time to *Extend Discovery Deadline* by Defendant Alberta Town Center, LLC. (Attachments: # 1 Exhibit A-1, # 2 Proposed Order (PDF Only) Order re Motion EOT Discovery)(Kabler, Steven) (Entered: 01/15/2010) |
| 01/15/2010 | 89 | MEMORANDUM regarding 88 MOTION for Extension of Time to Extend Discovery Deadline filed by Alberta Town Center, LLC. Motion referred to Magistrate Judge Kristen L. Mix. By Judge Zita L. Weinshienk on 01/15/2010. TEXT ONLY ENTRY - NO DOCUMENT ATTACHED (sah, ) (Entered: 01/15/2010) |
| 01/15/2010 | 90 | MINUTE ORDER granting 88 Defendant Alberta Town Center, LLCs Motion for Limited Extension of Discovery Deadline. Discovery deadline is extended to 3/1/2010 for the limited purpose of conducting depositions of Andrew Piekarski, Christopher Silva, and Jay Alexander. by Magistrate Judge Kristen L. Mix on 1/15/2010.(klmcd) (Entered: 01/15/2010) |
| 01/19/2010 | 91 | Unopposed MOTION for Extension of Time to *Extend Discovery Deadline* by Counter Defendant Granite Southlands Town Center, LLC, Plaintiff Granite Southlands Town Center, LLC. (Vetter, Benjamin) (Entered: 01/19/2010) |
| 01/19/2010 | 92 | MEMORANDUM regarding 91 Unopposed MOTION for Extension of Time to Extend Discovery Deadline filed by Granite Southlands Town Center, LLC.Motion referred to Magistrate Judge Kristen L. Mix. By Judge Zita L. Weinshienk on 01/19/2010. TEXT ONLY ENTRY - NO DOCUMENT ATTACHED(sah, ) (Entered: 01/19/2010) |
| 01/19/2010 | 93 | MINUTE ORDER. Plaintiffs Motion For Reconsideration And For Leave To Amend Complaint 87 will be decided on the parties briefs without a hearing. By Judge Zita L. Weinshienk on 01/19/2010. (sah, ) (Entered: 01/19/2010) |
| 01/19/2010 | 94 | Unopposed MOTION for Leave to Be Excused from Attending Settlement Conference 57 by Defendant Land Title Guarantee Company. (Attachments: # 1 Proposed Order (PDF Only))(Bruetsch, Kimberly) Modified on 1/20/2010 to create linkage (sah2, ). (Entered: 01/19/2010) |
| 01/19/2010 | 95 | MEMORANDUM regarding 94 Unopposed MOTION for Leave to Be Excused from Attending Settlement Conference filed by Land Title Guarantee Company.Motion referred to Magistrate Judge Kristen L. Mix. By Judge Zita L. Weinshienk on 01/19/2010. TEXT ONLY ENTRY - NO DOCUMENT ATTACHED(sah, ) (Entered: 01/19/2010) |
| 01/19/2010 | 96 | MINUTE ORDER. Plaintiffs Unopposed Motion to Extend Discovery Deadline 91 is GRANTED. The discovery deadline is extended to 03/01/2010 for the limited purpose of conducting depositions of Steve Zezulak and Joseph Bellio. By Magistrate Judge Kristen L. Mix on 01/19/2010.(sah, ) (Entered: 01/20/2010) |
| | | |

| | | |
|---|---|---|
| 01/20/2010 | 97 | Unopposed MOTION to Reset 57 Settlement Conference by Defendant Alberta Town Center, LLC. (Attachments: # 1 Proposed Order (PDF Only)) (Bennett, Stuart) Modified on 1/21/2010 to create linkage(sah2, ). (Entered: 01/20/2010) |
| 01/20/2010 | 98 | MEMORANDUM regarding 97 Unopposed MOTION to Reset Settlement Conference filed by Alberta Town Center, LLC.Motions referred to Magistrate Judge Kristen L. Mix. By Judge Zita L. Weinshienk on 01/20/2010. TEXT ONLY ENTRY - NO DOCUMENT ATTACHED (sah, ) (Entered: 01/20/2010) |
| 01/20/2010 | 99 | MINUTE ORDER granting 94 Unopposed Motion to be Excused from Attending Settlement Conference. Counsel for Land Title shall be available to receive a telephone call from the Court at any time during the scheduled Settlement Conference. By Magistrate Judge Kristen L. Mix on 01/20/2010. (sah, ) (Entered: 01/21/2010) |
| 01/21/2010 | 100 | MINUTE ORDER granting 97 Defendant Alberta Town Center, LLCs Unopposed Motion to Vacate and Reset Settlement Conference. The Settlement Conference set for 01/27/2010 is VACATED AND RESET to 4/20/2010 01:30 PM in Courtroom C204 before Magistrate Judge Kristen L. Mix. By Magistrate Judge Kristen L. Mix on 01/21/2010.(sah, ) (Entered: 01/21/2010) |
| 01/29/2010 | 101 | RESPONSE to 87 MOTION for Leave to *for Reconsideration and for Leave to Amend Complaint* filed by Defendant Alberta Town Center, LLC. (Attachments: # 1 Exhibit)(Bennett, Stuart) (Entered: 01/29/2010) |
| 01/29/2010 | 102 | (STRICKEN) MOTION for Leave to File Surreply to Defendant Alberta Town Center, LLC's Response Re: Motion for Partial Summary Judgment by Counter Defendant Granite Southlands Town Center, LLC, Plaintiff Granite Southlands Town Center, LLC. (Attachments: # 1 Exhibit Plaintiff's Surreply to Defendant Alberta Town Center, LLC's Response Re: Motion for Partial Summary Judgment)(Vetter, Benjamin) Modified on 2/1/2010 to STRIKE pursuant to the Minute Order dated 02/01/2010(sah, ). Modified on 2/1/2010 to SEAL pursuant to the Minute Order dated 02/01/2010 (sah, ). (Entered: 01/29/2010) |
| 01/29/2010 | 103 | MOTION for Leave to *to File Sur-Reply to Defendant Alberta Town Center, LLC's Response Re: Motion for Partial Summary Judgment* by Counter Defendant Granite Southlands Town Center, LLC, Plaintiff Granite Southlands Town Center, LLC. (Attachments: # 1 Exhibit Plaintiff's Sur-Reply to Defendant Alberta Town Center, LLC's Response Re: Motion for Partial Summary Judgment)(Vetter, Benjamin) (Entered: 01/29/2010) |
| 01/29/2010 | 104 | MOTION to Withdraw Document re 102 MOTION for Leave to *File Surreply to Defendant Alberta Town Center, LLC's Response Re: Motion for Partial Summary Judgment* by Counter Defendant Granite Southlands Town Center, LLC, Plaintiff Granite Southlands Town Center, LLC. (Vetter, Benjamin) (Entered: 01/29/2010) |
| 02/01/2010 | 105 | MINUTE ORDER. Plaintiffs Motion To Withdraw Document No. 102 104 is granted, and Doc. No. 102 hereby is stricken. Doc. No. 102 in this case |

| | | |
|---|---|---|
| | | hereby is sealed by the Court. Plaintiffs Motion For Leave To File Surreply 103 is granted. Plaintiff shall file its Surreply (Doc. No. 103-2) as a separate document on or before 02/02/2010. By Judge Zita L. Weinshienk on 02/01/2010.(sah, ) (Entered: 02/01/2010) |
| 02/01/2010 | 106 | SURREPLY re 75 MOTION for Partial Summary Judgment *with Recitation of Legal Authority* filed by Counter Defendant Granite Southlands Town Center, LLC, Plaintiff Granite Southlands Town Center, LLC. (Vetter, Benjamin) (Entered: 02/01/2010) |
| 02/09/2010 | 107 | ORDER. Defendant Alberta Town Center LLCs Motion For Partial Summary Judgment 75 is denied. The hearing previously set for Wednesday, 02/17/2010 is vacated. By Judge Zita L. Weinshienk on 02/09/2010.(sah, ) (Entered: 02/09/2010) |
| 02/12/2010 | 108 | REPLY to Response to 87 MOTION for Leave to *for Reconsideration and for Leave to Amend Complaint* filed by Counter Defendant Granite Southlands Town Center, LLC, Plaintiff Granite Southlands Town Center, LLC. (Attachments: # 1 Exhibit 12 to Plaintiffs Reply in Support of Motion for Reconsideration and for Leave to Amend Complaint)(Dykes, Osborne) (Entered: 02/12/2010) |
| 02/16/2010 | 109 | MOTION for Leave to *Substitute Exhibit 1 to Motion for Reconsideration* by Counter Defendant Granite Southlands Town Center, LLC, Plaintiff Granite Southlands Town Center, LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Trahan, Paul) (Entered: 02/16/2010) |
| 02/17/2010 | 110 | ORDER. Plaintiffs Motion For Leave To Substitute Exhibit 1 To MotionFor Reconsideration 109 is granted. Plaintiffs Motion For Reconsideration And For Leave To Amend Complaint 87 is denied. By Judge Zita L. Weinshienk on 02/17/2010.(sah, ) (Entered: 02/17/2010) |
| 04/16/2010 | 111 | MOTION for Leave to *Amend Complaint* 36 by Counter Defendant Granite Southlands Town Center, LLC, Plaintiff Granite Southlands Town Center, LLC. (Trahan, Paul) Modified on 4/19/2010 to create a linkage (gmssl, ). (Entered: 04/16/2010) |
| 04/19/2010 | 112 | MEMORANDUM regarding 111 MOTION for Leave to Amend Complaint filed by Granite Southlands Town Center, LLC.Motions referred to Magistrate Judge Kristen L. Mix by Judge Zita L. Weinshienk on 04/19/10. TEXT ONLY ENTRY - NO DOCUMENT ATTACHED(jjh, ) (Entered: 04/19/2010) |
| 04/19/2010 | 113 | MINUTE ORDER denying without prejudice 111 Plaintiffs Motion for Leave to Amend Complaint by Magistrate Judge Kristen L. Mix on 4/19/2010.(klmcd) (Entered: 04/19/2010) |
| 04/20/2010 | 114 | Minute Entry for proceedings held before Magistrate Judge Kristen L. Mix: Settlement Conference held on 4/20/2010, and no settlement was reached as to any claims in this action. (klmcd) (Entered: 04/21/2010) |
| 04/28/2010 | 115 | MOTION to Amend/Correct/Modify 34 Amended Complaint by Counter Defendant Granite Southlands Town Center, LLC, Plaintiff Granite |

| | | |
|---|---|---|
| | | Southlands Town Center, LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D)(Trahan, Paul) (Entered: 04/28/2010) |
| 04/29/2010 | 116 | MEMORANDUM regarding 115 MOTION to Amend/Correct/Modify 34 Amended Complaint MOTION to Amend/Correct/Modify 34 Amended Complaint filed by Granite Southlands Town Center, LLC. Motion referred to Magistrate Judge Kristen L. Mix. By Judge Zita L. Weinshienk on 04/29/2010. TEXT ONLY ENTRY - NO DOCUMENT ATTACHED (sah, ) (Entered: 04/29/2010) |
| 05/21/2010 | 117 | RESPONSE to 115 MOTION to Amend/Correct/Modify 34 Amended Complaint MOTION to Amend/Correct/Modify 34 Amended Complaint filed by Defendant Alberta Town Center, LLC. (Attachments: # 1 Exhibit A-1, # 2 Exhibit A-2, # 3 Exhibit A-3, Part 1, # 4 Exhibit A-3, Part 2, # 5 Exhibit A-3, Part 3, # 6 Exhibit A-3, Part 4, # 7 Exhibit A-3, Part 5, # 8 Exhibit A-3, Part 6, # 9 Exhibit A-4)(Bennett, Stuart) (Entered: 05/21/2010) |
| 06/04/2010 | 118 | REPLY to Response to 115 MOTION to Amend/Correct/Modify 34 Amended Complaint, filed by Counter Defendant Granite Southlands Town Center, LLC, Plaintiff Granite Southlands Town Center, LLC. (Trahan, Paul) Modified on 6/7/2010 to delete duplicate text generated by the system (gmssl, ). (Entered: 06/04/2010) |
| 06/08/2010 | 119 | RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE. It is RECOMMENDED that th 115 Plaintiffs Amended [Fourth] Motion for Leave to Amend Complaint be DENIED. By Magistrate Judge Kristen L. Mix on 06/08/2010. (sah, ) (Entered: 06/08/2010) |
| 06/28/2010 | 120 | ORDER. The Court accepts and adopts the Recommendation 119 in its entirety.Plaintiffs Amended Motion For Leave To Amend Complaint (Motion To Amend) 115 is denied. By Judge Zita L. Weinshienk on 06/28/2010.(sah, ) (Entered: 06/28/2010) |
| 07/06/2010 | 121 | Proposed Pretrial Order by Counter Defendant Granite Southlands Town Center, LLC, Plaintiff Granite Southlands Town Center, LLC. (Attachments: # 1 Exhibit Plaintiff's Witness List, # 2 Exhibit Defendants' Witness List, # 3 Exhibit Plaintiff's Exhibit List, # 4 Exhibit Defendants' Exhibit List)(Vetter, Benjamin) (Entered: 07/06/2010) |
| 07/09/2010 | 122 | MOTION for Leave to *Appear by Telephone at Pretrial Conference* by Counter Defendant Granite Southlands Town Center, LLC, Plaintiff Granite Southlands Town Center, LLC. (Dykes, Osborne) (Entered: 07/09/2010) |
| 07/09/2010 | 123 | MEMORANDUM regarding 122 MOTION for Leave to Appear by Telephone at Pretrial Conference filed by Granite Southlands Town Center, LLC.Motion referred to Magistrate Judge Kristen L. Mix. By Judge Zita L. Weinshienk on 07/09/2010. TEXT ONLY ENTRY - NO DOCUMENT ATTACHED(sah, ) (Entered: 07/09/2010) |
| 07/09/2010 | 124 | Minute ORDER granting 122 Plaintiff Granite Southlands Town Center LLCs Unopposed Motion for Paul Trahan to Appear by Telephone at the Pretrial Conference, by Magistrate Judge Kristen L. Mix on 7/9/10.(lyg, ) |

| | | |
|---|---|---|
| | | (Entered: 07/09/2010) |
| 07/12/2010 | 125 | Minute Entry for proceedings held before Magistrate Judge Kristen L. Mix: Final Pretrial Conference held on 7/12/2010; The proposed Final Pretrial Order which was submitted to the Court, is approved, with interlineations, and made an order of the Court. A Settlement Conference is set for 9/23/2010 01:30 PM in Courtroom C204 before Magistrate Judge Kristen L. Mix. The defendatns Land Title Guarantee Company need not attend nor provide a Confidential Settlement Statement. All other parties will submit updated Confidential Settlement Statements by 9/16/10. (Court Reporter FTR - Monique Wiles) (klmcd ) (Entered: 07/12/2010) |
| 07/12/2010 | 126 | FINAL PRETRIAL ORDER, by Magistrate Judge Kristen L. Mix on 7/12/10. (klmcd ) (Entered: 07/12/2010) |
| 07/26/2010 | 127 | ORDER. This case is set for a trial to jury for five days commencing at 10:30 a.m. on 01/17/2011, in Courtroom A801. Counsel shall review the pre-trial order and shall file a short status report with the Court on or before 12/03/2010. All motions in limine shall be filed on or before 11/19/2010. A trial preparation conference before Senior Judge Zita Leeson Weinshienk is hereby set on 12/14/2010, at 2:30 p.m. in Courtroom A801, at which time any pending motions, including motions in limine, will be heard. By Judge Zita L. Weinshienk on 07/26/2010. (sah, ) (Entered: 07/26/2010) |
| 07/27/2010 | 128 | NOTICE of Change of Address *of Counsel for Defendant Alberta Town Center LLC, Peter M. Cudlip & Donald G. Provost* by Stuart N. Bennett (Bennett, Stuart) (Entered: 07/27/2010) |
| 08/04/2010 | 129 | NOTICE of Entry of Appearance by Reda Marie Hicks on behalf of Peter M. Cudlip, Donald G. Provost (Hicks, Reda) (Entered: 08/04/2010) |
| 08/04/2010 | 130 | NOTICE of Entry of Appearance by Allan Brent Diamond on behalf of Peter M. Cudlip, Donald G. Provost (Diamond, Allan) (Entered: 08/04/2010) |
| 08/05/2010 | 131 | MOTION for Entry of Judgment under Rule 54(b), MOTION for Preliminary Injunction by Defendants Alberta Town Center, LLC, Peter M. Cudlip, Donald G. Provost. (Attachments: # 1 Proposed Order (PDF Only), # 2 Exhibit A, # 3 Exhibit B, # 4 Affidavit Elberg Declaration, # 5 Exhibit A to Elberg Declaration)(Hicks, Reda) (Entered: 08/05/2010) |
| 08/09/2010 | 132 | MINUTE ORDER. The Expedited Motion For Equitable Relief... 131 will be decided on the parties briefs without a hearing. By Judge Zita L. Weinshienk on 08/09/2010. (sah, ) (Entered: 08/09/2010) |
| 08/12/2010 | 133 | NOTICE OF CASE ASSOCIATION by Counter Defendant Granite Southlands Town Center, LLC, Plaintiff Granite Southlands Town Center, LLC (Dykes, Osborne) (Entered: 08/12/2010) |
| 08/16/2010 | 134 | RESPONSE to 131 MOTION for Entry of Judgment under Rule 54(b) MOTION for Entry of Judgment under Rule 54(b) MOTION for Preliminary Injunction filed by Plaintiff Granite Southlands Town Center, LLC. (Attachments: # 1 Exhibit Status Report Dated July 26 2010)(Trahan, |

| | | |
|---|---|---|
| | | Paul) (Entered: 08/16/2010) |
| 08/20/2010 | 135 | REPLY to Response to 131 MOTION for Entry of Judgment under Rule 54(b) MOTION for Entry of Judgment under Rule 54(b) MOTION for Preliminary Injunction filed by Defendants Peter M. Cudlip, Donald G. Provost. (Attachments: # 1 Exhibit)(Hicks, Reda) (Entered: 08/20/2010) |
| 08/24/2010 | 136 | NOTICE of Entry of Appearance by Amos B. Elberg on behalf of Peter M. Cudlip, Donald G. Provost (Elberg, Amos) (Entered: 08/24/2010) |
| 08/31/2010 | 137 | NOTICE *OF LIEN* by Interested Party Matthew McElhiney (McElhiney, Matthew) (Entered: 08/31/2010) |
| 09/01/2010 | 138 | ORDER. Alberta Defendants Expedited Motion For Equitable Relief ToPrevent Vexatious And Repetitive Litigation Pursuant To The All-Writs Act, 28 U.S.C. § 1651(a) And Federal Rule Of Civil Procedure 54(b) 131 is denied in part and granted in part. The motion is denied as to the Alberta Defendants request for equitable relief. The motion is granted as to the Alberta Defendants request for entry of Judgment pursuant to Fed. R. Civ. P. 54(b) in favor of Defendants Donald G. Provost, Allan G. Provost, and Peter M. Cudlip, and a separate Fed. R. Civ. P. 54(b) judgment shall be entered. By Judge Zita L. Weinshienk on 09/01/2010.(sah, ) (Entered: 09/02/2010) |
| 09/02/2010 | 139 | JUDGMENT by Clerk. The claims for Fraudulent Inducement As To The Release and Actual And Exemplary Damages For Fraud contained in Plaintiffs First AmendedComplaint are dismissed with prejudice. The Amended Complaint and cause of action are dismissed with prejudice against Defendants Peter M. Cudlip, Donald G. Provost and Allan G. Provost. The Courts Order of December 29, 2009 85 hereby is certified as a final judgment pursuant to Fed. R. Civ. P. 54(b), there being no just reason for delay. Judgment pursuant to Fed. R. Civ. P. 54(b) is entered in favor of Defendants Peter M. Cudlip, Donald G. Provost and Allan G. Provost, and against Plaintiff. Signed on 09/02/2010. (sah, ) (Entered: 09/02/2010) |
| 09/21/2010 | 140 | Utility Setting/Resetting Deadlines/Hearings: Resetting of deadlines termed in error on 09/02/2010. Status Report due by 12/3/2010. Jury Trial set for 1/17/2011 10:30 AM in Courtroom A 801 before Judge Zita L. Weinshienk. Settlement Conference set for 9/23/2010 01:30 PM in Courtroom C204 before Magistrate Judge Kristen L. Mix. Trial Preparation Conference set for 12/14/2010 at 02:30 PM in Courtroom A 801 before Judge Zita L. Weinshienk. TEXT ONLY ENTRY - NO DOCUMENT ATTACHED (sah, ) Modified on 9/21/2010 to correct the date of the Jury Trial (sah, ). (Entered: 09/21/2010) |
| 09/21/2010 | 141 | Docket Annotation re: 75 MOTION for Partial Summary Judgment with Recitation of Legal Authority. Entry modified on 9/21/2010 to reactivate this motion that was termed in error. TEXT ONLY ENTRY - NO DOCUMENT ATTACHED (sah, ) (Entered: 09/21/2010) |
| 09/21/2010 | 142 | Utility Setting/Resetting Deadlines/Hearings: Jury Trial set for 1/17/2011 10:30 AM in Courtroom A 801 before Judge Zita L. Weinshienk. TEXT ONLY ENTRY - NO DOCUMENT ATTACHED (sah, ) (Entered: |

| | | |
|---|---|---|
| | | 09/21/2010) |
| 09/22/2010 | 143 | AMENDED ORDER re: 138 Order on Motion for Entry of Judgment under Rule 54(b). This Amended Order amends the Court's Order of 09/01/2010 only by correcting a typographical error by deleting footnote 24 appearing therein. By Judge Zita L. Weinshienk on 09/22/2010. (sah, ) (Entered: 09/22/2010) |
| 09/23/2010 | 144 | Minute Entry for Settlement Conference held before Magistrate Judge Kristen L. Mix on 9/23/2010; A settlement conference was held on this date, and no settlement was reached as to any claims in this action. (klmcd ) (Entered: 09/23/2010) |
| 10/01/2010 | 145 | NOTICE OF APPEAL as to 138 Order on Motion for Entry of Judgment under Rule 54(b), Order on Motion for Entry of Judgment under Rule 54(b), Order on Motion for Entry of Judgment under Rule 54(b), Order on Motion for Preliminary Injunction,, 139 Clerk's Judgment,, by Plaintiff Granite Southlands Town Center, LLC, Counter Defendant Granite Southlands Town Center, LLC (Dykes, Osborne) (Entered: 10/01/2010) |