```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX031799
Cashier ID: sg
Transaction Date: 10/04/2010
Payer Name: JACK VAUGHAN

NOTICE OF APPEAL/DOCKETING FEE
 For: JACK VAUGHAN
 Amount:          $455.00

CREDIT CARD
 Amt Tendered:   $455.00

Total Due:       $455.00
Total Tendered:  $455.00
Change Amt:      $0.00

09-CV-00799

A fee of $45.00 will be assessed on
any returned check.
```

10-1453