UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLORADO

Civil Action No. 09-CV-00799-ZLW-KLM

GRANITE SOUTHLANDS TOWN CENTER, LLC,

    Plaintiff,

v.

ALBERTA TOWN CENTER, LLC and
LAND TITLE GUARANTEE COMPANY,

    Defendants.

---

### STIPULATED MOTION FOR LEAVE TO INTERPLEAD FUNDS

Plaintiff, Granite Southlands Town Center, LLC and Defendants, Alberta Town Center, LLC and Land Title Guarantee Company, hereby submit this Stipulated Motion for Leave to Interplead Funds and state as follows:

1. On or about April 8, 2009, Granite Southlands Town Center, LLC initiated this action seeking declaratory judgment regarding a Forward Purchase and Sale Agreement and accompanying Escrow Agreement between Granite Southlands Town Center, LLC as buyer and Alberta Town Center, LLC as seller (the "Contracts") of certain real property commonly known as the Southlands Town Center, Aurora, Colorado (the "Property") and disposition of earnest money associated with the contract.

2. Land Title Guarantee Company received from Granite Southlands Town Center, LLC earnest money in the amount of $650,000 (the "Funds") to be held in escrow until closing.

3.  Neither Granite Southlands Town Center, LLC nor Alberta Town Center, LLC has asserted any claim against Land Title Guarantee Company seeking damages. Land Title Guarantee Company was joined in this action solely because it holds the Funds as the escrow agent. Land Title Guarantee Company has no interest in the determination as to which party prevails in this action.

4.  Federal Rules of Civil Procedure 67 provides that:

> If any part of the relief sought is a money judgment or the disposition of a sum of money or some other deliverable thing, a party – on notice to every other party and by leave of court – may deposit with the court all or part of the money or thing, whether or not that party claims any of it. The depositing party must deliver to the clerk a copy of the order permitting deposit.

F.R.C.P. 67(a).

5.  Land Title Guarantee Company is prepared to pay the Funds currently being held pursuant to the Escrow Agreement into the registry of the Court.

6.  Pursuant to the terms of the escrow agreement, Land Title Guarantee Company has asserted a claim for its attorneys fees and costs incurred. The parties agree that Land Title shall not be required to participate in the trial of this matter or comply with any pre-trial deadlines. The issue of Land Title's claim for attorneys fees and costs shall be addressed at the conclusion of the trial and prior to final distribution of the Funds.

7.  Therefore, the parties have conferred and request that this Court enter an Order granting leave for Land Title Guarantee Company to interplead the Funds into the registry of the Court.

9.  A copy of the proposed stipulated Order is submitted herewith.

WHEREFORE, it is respectfully requested that this Court permit Land Title Guarantee Company to deposit the Funds at issue in this case with this Court into an interest bearing

2

account, and that subsequent to the tendering of this amount, Land Title Guarantee Company shall not be required to comply with the pre-trial deadlines or participate in the trial. Land Title's claim regarding attorneys fees and costs shall be resolved at the conclusion of the trial.

DATED this 3rd day of December 2010.

Respectfully submitted,

s/*Kimberly A. Bruetsch*
Stephen L. Waters
Kimberly A. Bruetsch
ROBINSON WATERS & O'DORISIO, P.C.2
1099 18th Street, Suite 2600
Denver, Colorado 80202
(303) 297-2600
*Counsel for Land Title Guarantee Company*


s/ *Stuart N. Bennett*
Stuart N. Bennett, Esq.
JONES & KELLER P.C.
1999 Broadway, Suite 3150
Denver, Colorado 80202
(303) 573-1600
*Counsel for Alberta Town Center, LLC*

s/ *Paul Trahan*
Osborne J. Dykes, III
Benjamin M. Vetter
FULBRIGHT & JAWORSKI, L.L.P.
370 Seventeenth Street, Suite 2150
Denver, Colorado 80202
(303) 801-2700

Paul Trahan
FULBRIGHT & JAWORSKI, L.L.P.
600 Congress Avenue, Suite 2400
Austin, Texas 78701
512) 474-5201
*Counsel for Granite Southlands Town Center, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of December, 2010, a true and correct copy of the foregoing **STIPULATED MOTION FOR LEAVE TO INTERPLEAD FUNDS** was served via CM/ECF on the following:

Osborne J. Dykes, III, Esq.
Benjamin M. Vetter, Esq.
Fulbright & Jaworski LLP
370 Seventeenth Street, Suite 2150
Denver, Colorado  80202
jdykes@fulbright.com
bvetter@fulbright.com

Paul Trahan, Esq.
Fulbright & Jaworski LLP
600 Congress Avenue, Suite 2400
Austin, Texas  78701
ptrahan@fulbright.com

Stuart N. Bennett, Esq.
Jones & Keller P.C.
1999 Broadway, Suite 3150
Denver, Colorado  80202
sbennett@joneskeller.com

*s/Kristi Kellow*

4