# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLORADO

Civil Action No. 09-CV-00799-ZLW-KLM

GRANITE SOUTHLANDS TOWN CENTER, LLC,

    Plaintiff,

v.

ALBERTA TOWN CENTER, LLC and
LAND TITLE GUARANTEE COMPANY,

    Defendants.

_____

## ORDER GRANTING STIPULATED MOTION
## FOR LEAVE TO INTERPLEAD FUNDS
_____

This Court, having reviewed the Stipulated Motion for Leave to Interplead Funds (Doc. No. 152) and being fully advised in the premises,

HEREBY ORDERS THAT:

1. The Stipulated Motion for Leave to Interplead Funds (Doc. No. 152) is granted.

2. Land Title Guarantee Company shall tender to the Court all funds being held related to the Forward Purchase and Sale Agreement and accompanying Escrow Agreement between Granite Southlands Town Center, LLC as buyer and Alberta Town Center, LLC as seller; and

3. Subsequent to the tendering of the Funds into the Court, Land Title Guarantee Company shall not be required to comply with any pre-trial deadlines or participate in the trial.

4. Land Title's claim for attorneys fees and costs shall be reserved until the conclusion of the trial and resolved prior to final distribution of the Funds.

Done this 7th day of December 2010.

                BY THE COURT:

                _____
                U.S. District Court Judge