IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00799-ZLW-KLM

GRANITE SOUTHLANDS TOWN CENTER, LLC,

    Plaintiff,

v.

ALBERTA TOWN CENTER, and
LAND TITLE GUARANTEE COMPANY,

    Defendants.

## TRANSFER ORDER

THIS MATTER is before the Court on review of the file.  Pursuant to D.C.COLO.LCivR 40.1, and the United States District Court for the District of Colorado Protocol Statement Concerning the Use of Visiting Judges approved August 12, 2009, this matter is hereby TRANSFERRED to **Senior Judge Sterling Johnson, Jr. of the Eastern District of New York** with the understanding that Judge Johnson will assume responsibility for the future management and trial of the case including consideration of all future pre-trial and post-trial motions and matters, the actual trial of the case, and issues arising during jury deliberation.

Dated: December 7, 2010

                                  BY THE COURT:

                                  s/ Wiley Y. Daniel
                                  Wiley Y. Daniel
                                  Chief United States District Judge