```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX033541
Cashier ID: sg
Transaction Date: 12/09/2010
Payer Name: LAND TITLE GUARANTEE COMPANY
----------------------------------------
TREASURY REGISTRY
 For: LAND TITLE GUARANTEE COMPANY
 Case/Party: D-COX-1-09-CV-000799-001
 Amount:        $653,173.31
----------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 85048568
 Amt Tendered:  $653,173.31
----------------------------------------
Total Due:      $653,173.31
Total Tendered: $653,173.31
Change Amt:     $0.00

09-CV-00799-ZLW-KLM


PER ORDER DATED 12/07/10

A fee of $45.00 will be assessed on
any returned check.
```