UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Sterling Johnson Jr.

| | |
|---|---|
| Case Number: 09-cv-00799-SJJ-KLM | K. Weckwerth |
| | Deputy Clerk |
| Date: December 22, 2010 | |
| GRANITE SOUTHLANDS TOWN CENTER, LLC | Jeff Dykes |
| v. | |
| ALBERTA TOWN CENTER, LLC, et al. | Stuart Bennett |

## STATUS CONFERENCE

Court in Session: 11:05 am

Introduction of counsel.  Judge Johnson, Mr. Dykes and Mr. Bennett appearing by video.

The court questions counsel re: length of trial.

Mr. Dykes states 3 days for trial.  Mr. Bennett states he expects counterclaim to resolve. If resolution, then 1 day for trial.

The court questions counsel re: moving up begin date for trial.  Mr. Bennett agrees with moving the start date of trial.  Mr. Dykes indicates he has another trial, but will make every effort to have witnesses available.

Court instructs counsel to mark and file uncontested exhibits in CM/ECF.  Any contested exhibits should be marked and will be ruled upon at trial.

Counsel states there are 150 exhibits for plaintiff and 3 exhibits for defendant.

> **ORDERED:**  Counsel to mark and submit all uncontested exhibits into evidence.

Mr. Dykes questions the court re: time frame for objections to exhibits.

The court informs counsel of trial procedures and questions counsel regarding settlement.

Mr. Dykes states hope for settlement and states there are currently 4 separate lawsuits pending.

>**ORDERED:**  Trial will begin at 9:00 a.m.

Mr. Dykes questions re: Alberta dismissal of true up (post closing) claim.

Mr. Bennett states he has been discussing the true up claim with Mr. Trahan for the past 6 months.  There are conditions to be decided for the dismissal of the counterclaim.  The prevailing party attorney fee provision needs to be resolved prior to dismissal of the true up claim.

The court questions counsel re: witnesses.

Mr. Dykes states he will have 3 witnesses.  Mr. Bennett states he will also have 3 witnesses.

Mr. Dykes questions the court re: pretrial deadlines set by Judge Weinshienk.

>**ORDERED:**  Use the pretrial deadlines that have been set by Judge Weinshienk.

Counsel inform the court they will need to confer re: witnesses and the potential need for filing motions in limine.

The visiting judges coordinator questions the court re: Trial Preparation Conference set for 1/18/2011.

>**ORDERED**:  Counsel to contact Kathleen if the January 18, 2011 hearing is needed.

Court in recess: 11:23 am

Total Time: 35 minutes

Hearing concluded.