# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-00799-ZLW-KLM

GRANITE SOUTHLANDS TOWN CENTER LLC

    Plaintiff,

v.

ALBERTA TOWN CENTER and
LAND TITLE GUARANTEE COMPANY

    Defendant.

## ORDER ON PLAINTIFF'S MOTION IN LIMINE

After considering plaintiff Granite Southlands Town Center's Motion In Limine, the Court rules as set forth below. For those items for which the Court grants the motion, the parties and/or their counsel are ordered not to mention or bring before the jury, either directly or indirectly, upon voir dire examination, opening statement, interrogation of witnesses, objections, offering of evidence, closing statement or in any manner, any such matters unless the parties first obtain a favorable ruling on the admissibility and relevance of such matters outside the presence of the jury. The parties are further ordered to instruct all of their witnesses not to mention such matters.

1. Any reference to any party's net worth or relative wealth or poverty.

    GRANTED: _____    DENIED: _____

2. Any reference to the condition of, or repairs to, the Colorado Cinema after the deadline for Alberta to submit the estoppel certificates, which was March 1, 2009.

  GRANTED: _____  DENIED: _____

3. That any party will have to pay attorneys' fees, or any reference to the amount or basis of any attorneys' fees, unless a claim for recovery of attorneys' fees in the case will be submitted to the jury.

  GRANTED: _____  DENIED: _____

4. Any negotiations, offers or demands with respect to any attempted settlement or mediation.

  GRANTED: _____  DENIED: _____

5. Any reference to discovery disputes that arose during the preparation of the case for trial, any position taken by any party with respect thereto, or to the Court's rulings thereon.

  GRANTED: _____  DENIED: _____

6. Any statement or suggestion as to the probable testimony of any witness or alleged witness who is unavailable to testify, or whom the party suggesting such testimony does not, in good faith, expect to testify in the trial. If the party is expected to testify by deposition, this provision does not apply to testimony contained in the deposition expected to be offered.

  GRANTED: _____  DENIED: _____

7. Showing any documents, photographs or visual aids to the jury, or displaying same in such manner that the jury or any member thereof can see the same, unless and until the same has been tendered to opposing counsel, and has been admitted in evidence or approved for admission or use before the jury, either by the Court or by all counsel.

  GRANTED: _____  DENIED: _____

8. Any request or demand in the presence of the jury for a stipulation to any fact, or that counsel admit or deny any fact.

  GRANTED: _____  DENIED: _____

9.      Any request or demand in the presence of the jury that opposing counsel produce any document or thing, or that opposing counsel or any party or witness exhibit, turn over or allow examination of the contents of any file or briefcase (except that a party may demand to see a document used by a witness on the stand to refresh his/her recollection, or that a witness testifies that he/she has used previously to refresh his/her recollection).

   GRANTED: _____      DENIED: _____

10.     Any argument that a party should be treated more or less favorably because of such party's race, gender, national origin, nationality, religion, marital status, occupation, or financial status.

   GRANTED: _____      DENIED: _____

11.     Any argument or suggestion that an award of damages will affect insurance premiums, the price of any goods or services, or the level of taxation.

   GRANTED: _____      DENIED: _____

12.     Any argument or suggestion that the jurors should put themselves in the position of a party.

   GRANTED: _____      DENIED: _____

13.     Any expression of counsel's personal opinion regarding the credibility of any witness.

   GRANTED: _____      DENIED: _____

14.     Any argument that any finding or failure to find in response to a particular jury question will, or will not result in a judgment favorable to any party. This provision does not bar argument by counsel that a particular jury question should be answered in a particular way.

   GRANTED: _____      DENIED: _____

15.     Calling any witness, or offering any document in evidence, if the identity of such witness or the document has not been disclosed in response to a proper discovery request. If a party has a good faith basis to urge that such witness or document should be received either because (a) no discovery request properly called for its disclosure, or (b) good cause existed for failure timely to disclose, such party shall first approach the bench and secure a ruling thereon.

   GRANTED: _____      DENIED: _____

16.     Any objection based on failure to disclose evidence in pre-trial discovery. Any party desiring to urge any such objection shall request to approach the bench and urge such objection outside the hearing of the jury.

    GRANTED: _____        DENIED: _____

SIGNED THIS \_\_\_\_ day of _____, 2010.

_____
DISTRICT JUDGE PRESIDING