**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-CV-00799-SJJ-KLM

GRANITE SOUTHLANDS TOWN CENTER, LLC,

      Plaintiff

v.

ALBERTA TOWN CENTER, LLC, and
LAND TITLE GUARANTEE COMPANY,

      Defendants.

---

**DEFENDANT'S MOTION IN LIMINE RE:
PAROL EVIDENCE OF CONTRACT INTERPRETATION**

---

Defendant Alberta Town Center, LLC, by and through its attorneys, Jones & Keller, P.C., hereby submits the following Motion in Limine Re: Parol Evidence of Contract Interpretation.

    1.    The primary issue before the Court on Plaintiff's declaratory judgment claim is the interpretation of the parties' Forward Purchase and Sale Agreement ("FPSA") as amended, and whether a "tenant estoppel certificate" executed by the Colorado Cinema Group, LLC constituted an "Approved Tenant Estoppel Certificate" pursuant to the FPSA. This issue is one of contract interpretation and Plaintiff should be precluded from offering any evidence as to the meaning and interpretation of the FPSA, unless the Court first finds the FPSA to be ambiguous.

    2.    Under Colorado law, an unambiguous contract must be enforced according to its plain language. *Theriot v. Colorado Ass'n of Soil Conservation Districts Medical Benefit Plan*, 38 F.Supp.2d 870, 876-877 (D. Colo. 1999) (citations omitted). "The interpretation of a written contract and the determination of whether a provision in a contract is ambiguous are questions of

{JK00225772.1 }

law." *Smalley & Co. v. Emerson & Cuming, Inc.*, 808 F.Supp. 1503, 1514 (D. Colo. 1992) (citation omitted). "When a contractual provision unambiguously resolves the parties' dispute, the interpreting court's task is over" and the contract must be enforced according to its terms. *Level 3 Communications, LLC v. Liebert Corp.,* 535 F.3d 1146, 1154 (10th Cir. 2008).

3. Under Colorado law, parol evidence concerning the meaning and interpretation of a contract is not admissible unless the Court determines, as a matter of law, that the contract is ambiguous. *In re Parsons*, 272 B.R. 735, 753 (D. Colo. 2001).

4. "The elimination of contractual ambiguity is a matter for the trial court, not for the jury." *Echo Acceptance Corp. v. Household Retail Services, Inc.*, 267 F.3d 1068, 1086 (10th Cir. 2001). Because this case is one of contractual interpretation, the Court should determine whether the FPSA is ambiguous outside the presence of the jury, and discharge the jury if no ambiguity is found.

WHEREFORE, Defendant Alberta Town Center, LLC moves for an order precluding Plaintiff from presenting evidence concerning the meaning or interpretation of the FPSA until and unless the Court determines that the relevant contractual provisions are ambiguous as a matter of law.

DATED: December 28, 2010.

        Respectfully submitted,

        *s/ Stuart N. Bennett*
        Stuart N. Bennett
        **JONES & KELLER, P.C.**
        1999 Broadway, Suite 3150
        Denver, CO 80202
        Telephone: (303) 573-1600
        Fax: (303) 573-8133
        E-mail: sbennett@joneskeller.com
        Attorneys for Defendant Alberta Town Center, LLC

## CERTIFICATION OF CONFERENCE

The undersigned certifies that Defendant's counsel has conferred with Plaintiff's counsel concerning the subject of this Motion. The parties are engaged in discussions and Defendant's counsel will notify the Court immediately if the parties are able to resolve the issues.

        *s/ Stuart N. Bennett*
        Stuart N. Bennett

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | | |
|---|---|---|
| *Attorneys for Plaintiff & Counter Defendant Granite Southlands Town Center, LLC* | jdykes@fulbright.com bvetter@fulbright.com | Osborne J. Dykes, III Benjamin M. Vetter Fulbright & Jaworski LLP 370 – 17th Street, Suite 2150 Denver, CO   80202 |
| *Attorneys for Plaintiff & Counter Defendant Granite Southlands Town Center, LLC* | ptrahan@fulbright.com | Paul Trahan Fulbright & Jaworski LLP 600 Congress Avenue, Suite 2400 Austin, TX  78701 |
| *Defendant Land Title Guarantee Company* | kbruetsch@rwolaw.com | Kimberly A. Bruetsch Robinson, Waters & O'Dorisio PC 1099 – 18th Street, 26th Floor Denver, CO   80202 |

And I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner indicated by the non-participant's name:    NONE

*s/   Stuart N. Bennett*
Stuart N. Bennett
Attorneys for Defendant Alberta Town Center, LLC
**JONES & KELLER, P.C.**
1999 Broadway, Suite 3150
Denver, CO 80202
Telephone:         (303) 573-1600
Fax:                   (303) 573-8133
E-mail:               sbennett@joneskeller.com
