**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-CV-00799-SJJ-KLM

GRANITE SOUTHLANDS TOWN CENTER, LLC,

    Plaintiff

v.

ALBERTA TOWN CENTER, LLC, and
LAND TITLE GUARANTEE COMPANY,

    Defendants.

_____

**ORDER RE:  DEFENDANT'S MOTION IN LIMINE RE:**
**PAROL EVIDENCE OF CONTRACT INTERPRETATION**
_____

The Court hereby orders that Defendant Alberta Town Center, LLC's Motion in Limine Re:  Parol Evidence of Contract Interpretation is GRANTED.

IT IS ORDERED THAT Plaintiff may not present evidence concerning the meaning or interpretation of the Forward Purchase and Sale Agreement until and unless the Court determines that the relevant contractual provisions are ambiguous as a matter of law.

SO ORDERED THIS ____ DAY OF _____ 201___.

                BY THE COURT

                _____
                District Court Judge

{JK00225773.1 }