**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-CV-00799-SJJ-KLM

GRANITE SOUTHLANDS TOWN CENTER, LLC,

      Plaintiff

v.

ALBERTA TOWN CENTER, LLC, and
LAND TITLE GUARANTEE COMPANY,

      Defendants.

---

**DEFENDANT'S MOTION IN LIMINE RE:
IRRELEVANT EXHIBITS**

---

      Defendant, Alberta Town Center, LLC, by and through its attorneys, Jones & Keller, P.C., hereby submits the following Motion in Limine Re: Irrelevant Exhibits.

      1.      This case involves the Court's interpretation of the parties' Forward Purchase and Sale Agreement ("FPSA"), as amended, and whether a January 13, 2009 "tenant estoppel certificate" executed by the Colorado Cinema Group, LLC ("Cinema") constituted an "Approved Tenant Estoppel Certificate" under the FPSA.

      2.      The Plaintiff has submitted an exhibit list consisting of 120 documents. Of these documents, the Court need only consider seven documents in deciding this case. These documents are: (1) the FPSA (Plaintiff's Exhibit 1); (2) the Fifteenth Amendment to the FPSA (Ex. 17); (3) the Cinema's January 13, 2009 tenant estoppel certificate (Ex. 23); (4) the Cinema's May 2, 2008 tenant estoppel certificate (Ex. 24); (5) the February 24, 2009 letter from

2

Jane Snoddy Smith (Exhibit 30); (6) November 21, 2008 letter from Drew Flowers (Ex. 63); and (7) the Cinema's August 2, 2004 lease (Exhibit 68).

3. The remaining 113 exhibits endorsed by the Plaintiff have no bearing on the interpretation of the FPSA or whether the Cinema's January 13, 2009 tenant estoppel certificate constituted an "Approved Tenant Estoppel Certificate" as defined in the FPSA. They consist largely of the numerous intervening amendments to the FPSA, correspondence between the parties, correspondence from tenants, and other evidence concerning Plaintiff's purchase of the property. These 113 exhibits are inadmissible pursuant to Fed. R. Evid. 401 and 402. Because the sole issue before the Court is contract interpretation, the additional evidence, even if marginally relevant, should be excluded pursuant to Fed. R. Evid. 403 because it would confuse the issues, waste time and result in undue delay in the resolution of this matter.

WHEREFORE Defendant Alberta Town Center, LLC moves for an order excluding Plaintiff's exhibits 2-16, 18-22, 25-29, 31-62, 64-67, and 69-120.

DATED: December 28, 2010.

        Respectfully submitted,

        *s/ Stuart N. Bennett*
        Stuart N. Bennett
        **JONES & KELLER, P.C.**
        1999 Broadway, Suite 3150
        Denver, CO 80202
        Telephone: (303) 573-1600
        Fax: (303) 573-8133
        E-mail: sbennett@joneskeller.com
        Attorneys for Defendant Alberta Town Center, LLC

## CERTIFICATION OF CONFERENCE

The undersigned certifies that Defendant's counsel has conferred with Plaintiff's counsel concerning the subject of this Motion.  The parties are engaged in discussions and, Defendant's counsel will notify the Court immediately if the parties are able to resolve the issues.

<em>s/    Stuart N. Bennett</em>

**CERTIFICATE OF SERVICE**

I hereby certify that on December 28, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | | |
|---|---|---|
| *Attorneys for Plaintiff & Counter Defendant Granite Southlands Town Center, LLC* | jdykes@fulbright.com<br>bvetter@fulbright.com | Osborne J. Dykes, III<br>Benjamin M. Vetter<br>Fulbright & Jaworski LLP<br>370 – 17th Street, Suite 2150<br>Denver, CO   80202 |
| *Attorneys for Plaintiff & Counter Defendant Granite Southlands Town Center, LLC* | ptrahan@fulbright.com | Paul Trahan<br>Fulbright & Jaworski LLP<br>600 Congress Avenue, Suite 2400<br>Austin, TX  78701 |
| *Defendant Land Title Guarantee Company* | kbruetsch@rwolaw.com | Kimberly A. Bruetsch<br>Robinson, Waters & O'Dorisio PC<br>1099 – 18th Street, 26th Floor<br>Denver, CO   80202 |

And I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner indicated by the non-participant's name:    NONE

*s/   Stuart N. Bennett*
Stuart N. Bennett
**JONES & KELLER, P.C.**
1999 Broadway, Suite 3150
Denver, CO 80202
Telephone:         (303) 573-1600
Fax:                    (303) 573-8133
E-mail:               sbennett@joneskeller.com
Attorneys for Defendant Alberta Town Center, LLC