**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-CV-00799-SJJ-KLM

GRANITE SOUTHLANDS TOWN CENTER, LLC,

      Plaintiff

v.

ALBERTA TOWN CENTER, LLC, and
LAND TITLE GUARANTEE COMPANY,

      Defendants.

_____

**ORDER RE:  DEFENDANT'S MOTION IN LIMINE RE:**
**IRRELEVANT EXHIBITS**
_____

      The Court hereby orders that Defendant Alberta Town Center, LLC's Motion in Limine Re:  Irrelevant Exhibits is hereby GRANTED.

      IT IS ORDERED THAT Plaintiff's exhibits 2-16, 18-22, 25-29, 31-62, 64-67, and 69-120, are inadmissible at trial and are hereby excluded.

      SO ORDERED THIS ____ DAY OF _____ 201___.

      BY THE COURT

_____
District Court Judge

{JK00225757.1 }