**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-CV-00799-SJJ-KLM

GRANITE SOUTHLANDS TOWN CENTER, LLC,

      Plaintiff

v.

ALBERTA TOWN CENTER, LLC, and
LAND TITLE GUARANTEE COMPANY,

      Defendants.

---

**DEFENDANT'S MOTION IN LIMINE RE:
ALLEGED CONSTRUCTION DEFECTS**

---

      Defendant Alberta Town Center, LLC, by and through its attorneys, Jones & Keller, P.C., hereby submits the following Motion in Limine Re: Alleged Construction Defects.

      1.     In September 2005, the Plaintiff's successor-in-interest purchased the Southlands Town Center shopping mall ("Property") from the Defendant. The Property consists of fifteen buildings. This case involves the Court's interpretation of the parties' Forward Purchase and Sale Agreement ("FPSA"), as amended, and whether a January 13, 2009 "tenant estoppel certificate" ("January Estoppel") executed by the Colorado Cinema Group, LLC ("Cinema") constituted an "Approved Tenant Estoppel Certificate" under the FPSA. The Plaintiff argues that the Cinema's disclosure in its January Estoppel of a "cracked foundation" at the Cinema building rendered the January Estoppel insufficient under the FPSA, entitling the Plaintiff to $650,000 held in escrow.

{JK00225759.1 }

2. Defendant anticipates that the Plaintiff may attempt to offer evidence concerning the alleged existence of construction defects at other buildings located at the Property as well as the lawsuit the Plaintiff has filed in the Arapahoe County, Colorado District Court against the Defendant and nine other parties, in which Plaintiff alleges the existence of construction defects at the Property.

3. The issue before the Court is the interpretation of the Cinema's January Estoppel and whether it did or did not comply with the FPSA. Evidence concerning the alleged existence of defects or damage at any building at the Property other than the Cinema is not relevant to the issues before the Court and should be excluded pursuant to Fed. R. Evid. 401 and 402. Additionally, the probative value of such evidence would, even if marginally relevant, is substantially outweighed by the danger of unfair prejudice, and would likely confuse the issues and mislead the jury. As such, any evidence of alleged defects at any building other than the Cinema should be excluded pursuant to Fed. R. Evid. 403.

WHEREFORE Defendant Alberta Town Center, LLC moves for an order precluding the Plaintiff from offering any evidence at trial concerning the alleged existence of construction defects or the condition of any building at the Property other than the Cinema's building; and from offering evidence of Plaintiff's lawsuit pending in the Arapahoe County, Colorado District Court.

DATED: December 28, 2010.

        Respectfully submitted,

        *s/ Stuart N. Bennett*
        Stuart N. Bennett
        **JONES & KELLER, P.C.**
        1999 Broadway, Suite 3150
        Denver, CO 80202
        Telephone: (303) 573-1600
        Fax: (303) 573-8133
        E-mail: sbennett@joneskeller.com
        Attorneys for Defendant Alberta Town Center, LLC

## CERTIFICATION OF CONFERENCE

The undersigned certifies that Defendant's counsel has conferred with Plaintiff's counsel concerning the subject of this Motion. The parties are engaged in discussions and Defendant's counsel will notify the Court immediately if the parties are able to resolve the issues.

        *s/ Stuart N. Bennett*

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | | |
|---|---|---|
| *Attorneys for Plaintiff & Counter Defendant Granite Southlands Town Center, LLC* | jdykes@fulbright.com<br>bvetter@fulbright.com | Osborne J. Dykes, III<br>Benjamin M. Vetter<br>Fulbright & Jaworski LLP<br>370 – 17th Street, Suite 2150<br>Denver, CO  80202 |
| *Attorneys for Plaintiff & Counter Defendant Granite Southlands Town Center, LLC* | ptrahan@fulbright.com | Paul Trahan<br>Fulbright & Jaworski LLP<br>600 Congress Avenue, Suite 2400<br>Austin, TX  78701 |
| *Defendant Land Title Guarantee Company* | kbruetsch@rwolaw.com | Kimberly A. Bruetsch<br>Robinson, Waters & O'Dorisio PC<br>1099 – 18th Street, 26th Floor<br>Denver, CO  80202 |

And I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner indicated by the non-participant's name:   NONE

*s/   Stuart N. Bennett*
Stuart N. Bennett
Attorneys for Defendant Alberta Town Center, LLC
**JONES & KELLER, P.C.**
1999 Broadway, Suite 3150
Denver, CO 80202
Telephone:        (303) 573-1600
Fax:                   (303) 573-8133
E-mail:              sbennett@joneskeller.com

{JK00225759.1 }