## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-00799-SJJ-KLM

GRANITE SOUTHLANDS TOWN CENTER, LLC,

      Plaintiff

v.

ALBERTA TOWN CENTER, LLC, and
LAND TITLE GUARANTEE COMPANY,

      Defendants.

___

### ORDER RE:  DEFENDANT'S MOTION IN LIMINE RE: ALLEGED CONSTRUCTION DEFECTS
___

The Court hereby orders that Defendant Alberta Town Center, LLC's Motion in Limine Re:  Alleged Construction Defects is hereby GRANTED.

IT IS ORDERED THAT the Plaintiff may not present any evidence at trial concerning the alleged existence of construction defects or the condition of any building at the Property other than the Cinema's building; or evidence of Plaintiff's lawsuit pending in the Arapahoe County, Colorado District Court.

SO ORDERED THIS ____ DAY OF _____ 201___.

      BY THE COURT

      _____
      District Court Judge

{JK00225744.1 }