IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-00799-SJJ-KLM

GRANITE SOUTHLANDS TOWN CENTER LLC,

     Plaintiff,

v.

ALBERTA TOWN CENTER, LLC AND
LAND TITLE GUARANTEE COMPANY,

     Defendants.

---

## PLAINTIFF GRANITE SOUTHLANDS TOWN CENTER LLC'S STATUS REPORT

---

Granite Southlands Town Center LLC ("Granite") submits this Status Report in compliance with the October 20, 2010, Order. Dkt. #151. Granite states the following in response to the specific issues to be addressed per the Order:

1.     Any problems, factual or legal, which are not adequately disclosed by the pre-trial order.

Granite believes the pre-trial order sufficiently discloses all factual and legal issues or problems.

2.     Any witnesses or exhibits not listed in the pre-trial order which are stipulated or allowed by order of court.

Granite is not aware of any witnesses or exhibits not listed in the pre-trial order which are stipulated or allowed by order of court.

3.     Matters which counsel believe can be resolved in advance of trial, including motions in limine.

85894780.1

-2-

Although the parties have filed motions in limine and responses, the parties are working to resolve any disagreements relating to them.  Granite also anticipates working out many of the disagreements about exhibits and witnesses prior to trial.

4.      Unusual legal questions which counsel anticipate will arise at trial.

Granite does not currently anticipate any unusual legal question that have not already been disclosed in the pre-trial order.

5.      Changes which should be made in the estimated length of trial as shown by the pre-trial order.

Granite still believes the trial will last 3 days if limited to the escrow dispute and 5 days if Defendant does not dismiss the true-up counterclaim.

6.      Possibilities of settlement.

The parties continue to discuss settlement.

DATED: January 10, 2011.

85894780.1

-3-

Respectfully submitted,

   *s/Benjamin M. Vetter*
OSBORNE J. DYKES, III
BENJAMIN M. VETTER
FULBRIGHT & JAWORSKI L.L.P.
370 Seventeenth Street, Suite 2150
Denver, CO  80202
(303) 801-2700 – Telephone
(303) 801-2777 – Facsimile
jdykes@fulbright.com
bvetter@fulbright.com

PAUL TRAHAN
FULBRIGHT & JAWORSKI L.L.P.
600 Congress Avenue, Suite 2400
Austin, TX  78701
(512) 474-5201 – Telephone
(512) 536-4598 – Facsimile
ptrahan@fulbright.com

COUNSEL FOR PLAINTIFF

85894780.1

-4-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 10, 2011, a true and correct copy of the

foregoing **Status Report** was served upon all counsel of record via email as follows:

Stephen L. Waters
Kimberly A. Bruetsch
Robinson Waters & O'Dorisio, P.C.
1099 18th Street, Suite 2600
Denver, CO 80202
swaters@rwolaw.com
kbruetsch@rwolaw.com
*Attorneys for Land Title Guarantee*

Stuart N. Bennett
Steven Robert Kabler
Jones & Keller, P.C.
1999 Broadway, Suite 3150
Denver, CO  80202
sbennett@joneskeller.com
skabler@joneskeller.com
*Attorneys for Alberta Town Center, LLC*

Allan Brent Diamond
Amos B. Elberg
Reda Marie Hicks
Diamond McCarthy, LLP
909 Fannin Street #1500
Houston, TX  77010
adiamond@diamondmccarthy.com
aelberg@diamondmccarthy.com
rhicks@diamondmccarthy.com

Dennis Boyd Polk
Holley, Albertson & Polk, P.C.
1667 Cole Blvd.,
Building No. 19, #100
Lakewood, CO  80401
dbp@haplaw.net

*s/Chris Allen*
Chris Allen

85894780.1

-4-