IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-00799-SJJ-KLM

GRANITE SOUTHLANDS TOWN CENTER LLC,

    Plaintiff,

v.

ALBERTA TOWN CENTER, LLC AND
LAND TITLE GUARANTEE COMPANY,

    Defendants.

### PLAINTIFF GRANITE SOUTHLANDS TOWN CENTER LLC'S PROPOSED *VOIR DIRE* QUESTIONS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW plaintiff Granite Southlands Town Center LLC ("Granite"), and submits the following proposed *voir dire* questions, pursuant to the Honorable Zeta L. Weinsheink's "Checklist for Trial."

1. What is your background? (Age, education, current employment, work history)

2. What employment do others hold who live in your household?

3. Do you have, or have you had, any relationship to either party? (*E.g.*, employment, business dealings, or any dispute)

4. Do you have, or have you had, any relationship to Land Title Company? (*E.g.*, employment, business dealings, or any dispute)

5. This case involves property known as the Southlands Town Center, in Aurora, Colorado. To some extent, it focuses on the Colorado Cinema building at Southlands Town

Center. Are you familiar with Southlands Town Center? With the Colorado Cinema building? (Reasonable follow-up questions)

6. This case involves sale of the Southlands Town Center by Alberta to Granite in December 2008, and who is entitled to $650,000 which was set aside and deposited in escrow with a third party. Do you have any knowledge or information about this particular dispute? (Reasonable follow-up questions)

7. Have you ever been involved in a dispute over the sale of real estate? (Reasonable follow-up questions)

8. Have you ever had any experience with funds held in an escrow account? Have you ever been involved in a dispute over funds held in escrow? (Reasonable follow-up questions)

9. Have you had any experience with cracked foundations in a building? Other construction defects? (Reasonable follow-up questions)

10. This case also involves a dispute over accounting issues. Have you had bookkeeping or accounting experience? Have you been involved in accounting issues or disputes? (Reasonable follow-up questions)

11. Do you know any reason why you would not be able to decide this case fairly and impartially, based on the evidence introduced by the parties and the instructions received from the Court concerning the law?

12. Do you know any reason why you would lean in favor of either party, such as bias, prejudice, or sympathy?

DATED: January 31, 2011.

                Respectfully submitted,

                *s/Osborne J. Dykes, III*
                OSBORNE J. DYKES, III
                BENJAMIN M. VETTER
                FULBRIGHT & JAWORSKI L.L.P.
                370 Seventeenth Street, Suite 2150
                Denver, CO  80202
                (303) 801-2700 – Telephone
                (303) 801-2777 – Facsimile
                jdykes@fulbright.com
                bvetter@fulbright.com

                PAUL TRAHAN
                FULBRIGHT & JAWORSKI L.L.P.
                600 Congress Avenue, Suite 2400
                Austin, TX  78701
                (512) 474-5201 – Telephone
                (512) 536-4598 – Facsimile
                ptrahan@fulbright.com

                ATTORNEYS FOR PLAINTIFF GRANITE
                SOUTHLANDS TOWN CENTER LLC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 31, 2011, a true and correct copy of the foregoing **Granite Southlands Town Center LLC's Proposed *Voir Dire* Questions** was served upon all counsel of record via U. S. first class mail and via email as follows:

>Stephen L. Waters
>Kimberly A. Bruetsch
>Robinson Waters & O'Dorisio, P.C.
>1099 18th Street, Suite 2600
>Denver, CO 80202
>swaters@rwolaw.com
>kbruetsch@rwolaw.com
>*Attorneys for Land Title Guarantee*
>
>Stuart N. Bennett
>Lindquist & Vennum, P.L.L.P.
>600 – 17th Street, Suite 1800 – South
>Denver, CO 80202
>sbennett@lindquist.com
>*Attorneys for Alberta Town Center, LLC*

>>*s/Susan Quinn*
>>Susan Quinn