IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-00799-SJJ-KLM

GRANITE SOUTHLANDS TOWN CENTER LLC,

    Plaintiff,

v.

ALBERTA TOWN CENTER, LLC AND
LAND TITLE GUARANTEE COMPANY,

    Defendants.

**PLAINTIFF GRANITE SOUTHLANDS TOWN CENTER LLC'S
STATEMENT REGARDING DAMAGES**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW plaintiff Granite Southlands Town Center LLC ("Granite"), and files this Statement Concerning Damages pursuant to the "Individual Rules" of his Honor Sterling Johnson, Jr.

1.    <u>Funds held in the Registry of the Court: $650,000, plus legal interest</u>. Granite purchased the property known as Southlands Town Center located in Aurora, Colorado on December 12, 2008 from defendant, Alberta Town Center, LLP ("Alberta"). At or near the time of closing, the agreed sum of $650,000 was placed in escrow with Land Title Guaranty Company, to be disbursed either to Granite or Alberta, depending upon whether Alberta delivered certain "estoppel certificates" by March 1, 2009. Land Title Guaranty Company has interpleaded these funds into the Registry of the Court. Granite asserts a claim to these funds, in the amount of $650,000, plus legal interest.

2. <u>True-Up Claim</u>.  Granite asks the Court to permit it to assert its claim for sums due to it under proper post-closing true-up calculations in the amount of $1,291,907.91.  Alberta is asserting a counterclaim against Granite for true-up amounts and the claim Granite wishes to assert is a mirror image of Alberta's counterclaim.  Granite sought leave to include its true-up claim in an amended complaint (Docket No. 115), but leave to amend was denied  (Docket No. 120).  Granite submits that in the interest of fairness, equity, and judicial efficiency, it should be permitted to asset its true-up claim in the February 14, 2011 trial.  Permitting Granite to assert its claim will not add any witness or exhibit to those already required for the trial of Alberta's true-up counterclaim and would in no way unfairly prejudice Alberta.

3. <u>Attorneys' Fees:  In excess of $600,000</u>.  Granite makes claim for attorneys' fees under the contractual documents upon which this suit is based.  Such claim will be asserted by motion after judgment pursuant to Rule 54(2)(A) of the Federal Rules of Civil Procedure.

DATED:  January 31, 2011.

          Respectfully submitted,

          *s/Osborne J. Dykes, III*
          OSBORNE J. DYKES, III
          BENJAMIN M. VETTER
          FULBRIGHT & JAWORSKI L.L.P.
          370 Seventeenth Street, Suite 2150
          Denver, CO  80202
          (303) 801-2700 – Telephone
          (303) 801-2777 – Facsimile
          jdykes@fulbright.com
          bvetter@fulbright.com

Paul Trahan
FULBRIGHT & JAWORSKI L.L.P.
600 Congress Avenue, Suite 2400
Austin, TX  78701
(512) 474-5201 – Telephone
(512) 536-4598 – Facsimile
ptrahan@fulbright.com

Attorneys for Plaintiff Granite
Southlands Town Center LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 31, 2011, a true and correct copy of the foregoing **Granite Southlands Town Center LLC's Statement Regarding Damages** was served upon all counsel of record via the CM/ECF system which will send notification of such filing to attorneys for plaintiffs at the following e-mail addresses:

Stephen L. Waters
Kimberly A. Bruetsch
Robinson Waters & O'Dorisio, P.C.
1099 18th Street, Suite 2600
Denver, CO 80202
swaters@rwolaw.com
kbruetsch@rwolaw.com
*Attorneys for Land Title Guarantee*

Stuart N. Bennett
Jones & Keller, P.C.
1999 Broadway, Suite 3150
Denver, CO 80201
E-mail: sbennett@joneskeller.com
*Attorneys for Alberta Town Center, LLC*

*s/Susan Quinn*
Susan Quinn

85916833.1                      - 3 -