IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-00799-SJJ-KLM

GRANITE SOUTHLANDS TOWN CENTER LLC,

    Plaintiff,

v.

ALBERTA TOWN CENTER, LLC AND
LAND TITLE GUARANTEE COMPANY,

    Defendants.

## PLAINTIFF GRANITE SOUTHLANDS TOWN CENTER LLC'S PROPOSED JURY INSTRUCTIONS

COMES NOW plaintiff Granite Southlands Town Center LLC ("Granite") and files the attached proposed jury instructions pursuant to the Honorable Sterling Johnson, Jr.'s "Individual Rules":

    <u>Exhibit A</u>:    Instructions.

    <u>Exhibit B</u>:    Jury Questions.

    Respectfully submitted,

    *s/Osborne J. Dykes, III*
    OSBORNE J. DYKES, III
    BENJAMIN M. VETTER
    FULBRIGHT & JAWORSKI L.L.P.
    370 Seventeenth Street, Suite 2150
    Denver, CO 80202
    (303) 801-2700 – Telephone
    (303) 801-2777 – Facsimile
    jdykes@fulbright.com
    bvetter@fulbright.com

[1]

PAUL TRAHAN
FULBRIGHT & JAWORSKI L.L.P.
600 Congress Avenue, Suite 2400
Austin, TX  78701
(512) 474-5201 – Telephone
(512) 536-4598 – Facsimile
ptrahan@fulbright.com

ATTORNEYS FOR PLAINTIFF GRANITE
SOUTHLANDS TOWN CENTER LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 31, 2011, a true and correct copy of the foregoing **Granite Southlands Town Center LLC's Proposed Jury Instructions** was served upon all counsel of record via the CM/ECF system which will send notification of such filing to attorneys for plaintiffs at the following e-mail addresses:

Stephen L. Waters
Kimberly A. Bruetsch
Robinson Waters & O'Dorisio, P.C.
1099 18th Street, Suite 2600
Denver, CO 80202
swaters@rwolaw.com
kbruetsch@rwolaw.com
*Attorneys for Land Title Guarantee*

Stuart N. Bennett
Jones & Keller, P.C.
1999 Broadway, Suite 3150
Denver, CO 80201
E-mail: sbennett@joneskeller.com
*Attorneys for Alberta Town Center, LLC*

*s/Susan Quinn*
Susan Quinn

[2]

# Exhibit A
# Instructions

# INSTRUCTION NO. \_\_\_\_\_

Pursuant to the Forward Purchase and Sale Agreement, as amended ("FPSA"), Alberta and Granite placed the sum of $650,000.00 in escrow, and they further agreed that this money would be paid to Alberta only if Alberta delivered to Granite certain Tenant Estoppel Certificates, including a Tenant Estoppel Certificate from Colorado Cinema, in a particular form required by the FPSA.  Otherwise, the money was to be paid to Granite.  The required form of estoppel certificate is in evidence as Plaintiff's Exhibit No. \_\_\_.  The Tenant Estoppel Certificate for Colorado Cinema that Alberta actually delivered to Granite is in evidence as Plaintiff's Exhibit No. \_\_\_.  Under the FPSA, Granite was entitled to reject the Colorado Cinema Tenant Estoppel Certificate if it was not in the form of Plaintiff's Exhibit No. \_\_\_ or was materially and adversely modified from that form.

**INSTRUCTION NO. _____**

<u>Material—Defined</u>.

A modification is material if a reasonable person under the circumstances would regard it as important in deciding what to do.

A modification may also be material even though a reasonable person might not regard it as important if the person making it knows that the person receiving the information would regard it as important in deciding what to do.

CJI-Civ. (2010) 19:4 (modified)

[2]

**INSTRUCTION NO. _____**

In the FPSA, Alberta and Granite agreed to share equally on a 50-50 basis the operating profits or deficit of Southlands Town Center for the period December 15, 2007 to December 12, 2008 (the "Period").  Determination of the amount owed by one company to the other was to be determined before March 31, 2009 by means of a "true-up" calculation.  Under the FPSA, the true-up calculation must exclude any expenses properly accrued and relating to any time before the beginning of the Period, December 15, 2007.

[3]

# Exhibit B
# Jury Questions

**JURY QUESTION NO. _____**

Was the Tenant Estoppel Certificate for Colorado Cinema (Plaintiff's Exhibit No. _____) materially and adversely modified from the form required by the FPSA?

Answer "yes" or "no."

Answer: _____

**JURY QUESTION NO. _____**

Under a true-up calculation as required by the FPSA, what amount is owed by Granite or Alberta to the other?

Answer in dollars and cents in "A" or "B" below.

Answer:

A.   Granite owes Alberta $_____.

OR

B.   Alberta owes Granite $_____.