**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-CV-00799-SJJ-KLM

GRANITE SOUTHLANDS TOWN CENTER, LLC,

      Plaintiff

v.

ALBERTA TOWN CENTER, LLC, and
LAND TITLE GUARANTEE COMPANY,

      Defendants.

---

**DEFENDANT ALBERTA TOWN CENTER, LLC'S**
**PRE-TRIAL SUBMISSION STATEMENT OF DAMAGES,**
**PROPOSED JURY INSTRUCTIONS AND PROPOSED *VOIR DIRE* QUESTIONS**

---

Defendant, Alberta Town Center, LLC, by and through its attorneys, Jones & Keller, P.C., pursuant to the Individual Rules of the Honorable Sterling Johnson, Jr., hereby files its Pre-Trial Submission Statement Of Damages, Proposed Jury Instructions And Proposed *Voir Dire* Questions:

    1.    **Statement of Damages**.  Defendant Alberta Town Center, LLC's ("Alberta"), damages claims are limited to the funds interpleaded by Land Title Guarantee Company.  As a condition of the closing of the Southlands Town Center shopping mall, which Plaintiff purchased from Alberta, $650,000 was placed in escrow to be distributed upon submission of certain "tenant estoppel certificates."  These funds have been interpleaded.  Alberta asserts a claim to these funds in the amount of $650,000, plus interest.   Alberta also seeks reasonable attorney fees

{JK00233106.1 }

incurred in the defense of this action, in an amount to be proven in post-trial proceedings. Alberta is withdrawing its claim for breach of contract.

2. **Proposed Jury Instructions**. Alberta's proposed jury instructions are attached hereto as Exhibit A, and are being submitted to Chambers in Microsoft Word format by e-mail.

3. **Proposed Voir Dire Questions**. Alberta's proposed *voir dire* questions are attached hereto as Exhibit B.

DATED:   February 1, 2011.

Respectfully submitted,

*s/   Stuart N. Bennett*
Stuart N. Bennett
**JONES & KELLER, P.C.**
1999 Broadway, Suite 3150
Denver, CO 80202
Telephone:          (303) 573-1600
Fax:                     (303) 573-8133
E-mail:               sbennett@joneskeller.com
Attorneys for Defendant Alberta Town Center, LLC

{JK00233106.1 }

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | | |
|---|---|---|
| *Attorneys for Plaintiff & Counter Defendant Granite Southlands Town Center, LLC* | jdykes@fulbright.com<br>bvetter@fulbright.com | Osborne J. Dykes, III<br>Benjamin M. Vetter<br>Fulbright & Jaworski LLP<br>370 – 17th Street, Suite 2150<br>Denver, CO   80202 |
| *Attorneys for Plaintiff & Counter Defendant Granite Southlands Town Center, LLC* | ptrahan@fulbright.com | Paul Trahan<br>Fulbright & Jaworski LLP<br>600 Congress Avenue, Suite 2400<br>Austin, TX  78701 |
| *Defendant Land Title Guarantee Company* | kbruetsch@rwolaw.com | Kimberly A. Bruetsch<br>Robinson, Waters & O'Dorisio PC<br>1099 – 18th Street, 26th Floor<br>Denver, CO   80202 |

And I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner indicated by the non-participant's name:    NONE

> *s/   Stuart N. Bennett*
> Stuart N. Bennett
> Attorneys for Defendant Alberta Town Center, LLC
> **JONES & KELLER, P.C.**
> 1999 Broadway, Suite 3150
> Denver, CO 80202
> Telephone:        (303) 573-1600
> Fax:                   (303) 573-8133
> E-mail:              sbennett@joneskeller.com