**EXHIBIT B.**

If so, please describe

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-00799-SJJ-KLM

GRANITE SOUTHLANDS TOWN CENTER, LLC,

        Plaintiff

v.

ALBERTA TOWN CENTER, LLC, and
LAND TITLE GUARANTEE COMPANY,

        Defendants.

---

### DEFENDANT ALBERTA TOWN CENTER LLC'S PROPOSED *VOIR DIRE* QUESTIONS

---

Defendant, Alberta Town Center, LLC, by and through its attorneys, Jones & Keller, P.C. hereby submits the following Proposed *Voir Dire* Questions for the Court's consideration.

    1.    The Plaintiff in this case is Granite Southlands Town Center LLC, a limited liability company. It is owned by BlackRock Granite Property Fund, L.P., which is a partnership. Other entities related to BlackRock, Inc. are partners in BlackRock Granite Property Fund, L.P. or are the investment managers of BlackRock Granite Property Fund. Are any members of the panel or their immediate family or relatives employed by or have any business dealings with any of the BlackRock group of companies? Have any of the panel members read anything about the BlackRock group of companies or know anything about their businesses.

    2.    The Defendant in this case is Alberta Town Center LLC which is a limited liability company owned and managed by Donald Provost and Peter Cudlip. Do any of the

{JK00232794.1 }

members of the panel know Mr. Provost or Mr. Cudlip? Have any of the Panel members read anything about Alberta Town Center, Mr. Provost or Mr. Cudlip?

3. The lawyers who represent Granite in this case are Paul Trahan and Jeff Dykes of the law firm of Fulbright & Jaworski. Are any of the panel members familiar with either of these lawyers or their law firm?

4. The lawyers who represent Alberta in this case are Stu Bennett and Steve Kabler of the law firm of Jones & Keller. Are any of the panel members familiar with either of these lawyers or their law firm?

5. The following persons may be called as witnesses in this case: Mike Krier, Andrew Piekarski, Chris Silva, Steve Zezulak, Jeff Nemec, Jay Alexander, Steve Corrigan, Angela Kralovec, Leland Nakaoka, Mario Mirabelli, Joe Bellio, Michael Policicchio, Melissa Bow-Richardson, Drew Kellogg, Sid King, Rick Roberts, Michael J. Gorman, John Lund, Steve Neff, Michael Wariner, Andrew Suedkamp, Michael Carey, James Gerard, Julie Anderson, John Reins, Luis Estenssoro, Jane Smith, Jose Inclan, and Marko Blinder. Are any of the panel members familiar with any of these potential witnesses.

6. Are any of the panel members friends or business associates of each other? Do you know each other from a business or social relationship? Please describe your relationship and how frequently you talk with or see each other.

7. The controversy between Granite and Alberta relates to $650,000 that was deposited in escrow in connection with Alberta's sale to Granite of the Southlands Shopping Center located in Aurora, Colorado at Smoky Hill Road and E-470. Have any of the panel members read anything about the sale of the Southlands Shopping Center? Do any of the panel

{JK00232794.1 }

2

members regularly visit the shopping center to shop, dine or go to the movies? Have any of the panel members or their immediate family members ever been employed by any tenant at the shopping center or by Forest City, the manager of the center? If so, please describe how frequently you go to Southlands. Do any of the panel members have any opinions about the shopping center, either positive or negative?

8. The evidence in this case may include lengthy written agreements. Do any of the panel members believe they possess unique or special ability to read and understand lengthy documents from their education, training, employment or experience? If so, please describe the source and nature of your abilities.

9. Is any panel member or immediate family member employed in the legal profession as a lawyer, legal assistant, secretary or other position? If so, please describe your job, duties, responsibilities and nature of the firm's legal practice.

10. Is any panel member or immediate family member employed in the real estate business such as a realtor, broker, developer, sales agent, leasing agent, property manager or manager of a real estate investment firm? If so, please describe your job, duties, responsibilities and nature of your work in the real estate business.

11. Has any panel member or immediate family member made investments in commercial real estate ventures, apartment buildings, shopping centers or real estate investment trusts? If so, please describe your investments and whether your experience in making such investments was favorable or unfavorable.

12. Is any panel member or immediate family member employed in the real estate construction business, or by an architect or engineering firm? If so, please describe your job, duties, responsibilities and nature of your work.

13. Does any panel member or immediate family member possess any specialized knowledge, abilities or experience in connection with building construction such as foundations, framing, drywall, or defects in construction? If so, please describe your knowledge, abilities and experience.

14. Does any panel member or immediate family member possess any experience in dealing with commercial real estate leases, either as a tenant or landlord? If so, please describe the extent of your experience?

15. Has any panel member or immediate family member ever dealt with tenant estoppel certificates in connection with any commercial real estate lease? If so, please describe the extent of your dealings with tenant estoppel certificates.

16. Has any panel member or immediate family member ever been involved in any court case or arbitration or given testimony in depositions or trial in connection with any court case or arbitration? If so, please describe the nature of the case, your testimony and the outcome of the case.

17. Do any of the panel members have prior jury service? If so, please describe the nature of the case and its outcome.

18. Do any panel members read business magazines, newspapers or other publications like Business Week, the Wall Street Journal, the Denver Business Journal, Investors

Business Daily and the like? If so, how regularly do you read such publications and what types of articles interest you the most, and the least?

19. Do any panel members read or subscribe to any online business news sources like MS-NBC, Morningstar, Bloomberg or others? If so, how regularly do you visit your online new sources and what articles interest you the most, and the least?

DATED: February 1, 2011.

s/ *Stuart N. Bennett*
Stuart N. Bennett
**JONES & KELLER, P.C.**
1999 Broadway, Suite 3150
Denver, CO 80202
Telephone: (303) 573-1600
Fax: (303) 573-8133
E-mail: sbennett@joneskeller.com
Attorneys for Defendant Alberta Town Center, LLC

{JK00232794.1 }

5

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | | |
|---|---|---|
| *Attorneys for Plaintiff & Counter Defendant Granite Southlands Town Center, LLC* | jdykes@fulbright.com<br>bvetter@fulbright.com | Osborne J. Dykes, III<br>Benjamin M. Vetter<br>Fulbright & Jaworski LLP<br>370 – 17th Street, Suite 2150<br>Denver, CO 80202 |
| *Attorneys for Plaintiff & Counter Defendant Granite Southlands Town Center, LLC* | ptrahan@fulbright.com | Paul Trahan<br>Fulbright & Jaworski LLP<br>600 Congress Avenue, Suite 2400<br>Austin, TX 78701 |
| *Defendant Land Title Guarantee Company* | kbruetsch@rwolaw.com | Kimberly A. Bruetsch<br>Robinson, Waters & O'Dorisio PC<br>1099 – 18th Street, 26th Floor<br>Denver, CO 80202 |

And I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner indicated by the non-participant's name: NONE

*s/ Stuart N. Bennett*
Stuart N. Bennett
Attorneys for Defendant Alberta Town Center, LLC
Lindquist & Vennum P.L.L.P.
600 - 17th Street, Suite 1800 –South
Denver, CO 80202
Telephone: 303-573-5900
Fax: 303-573-1956
E-mail: sbennett@lindquist.com

{JK00232794.1 }

6