# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-00799-SJJ-KLM

GRANITE SOUTHLANDS TOWN CENTER, LLC,

      Plaintiff

v.

ALBERTA TOWN CENTER, LLC, and
LAND TITLE GUARANTEE COMPANY,

      Defendants.
_____

### ORDER GRANTNG DEFENDANT'S MOTION TO COMPEL ATTENDANCE OF JAY ALEXANDER AT TRIAL
_____

**THIS MATTER** having come before the Court upon DefendantAlberta Town Center, LLC Motion to Compel Attendance of Jay Alexander at Trial, and the Court being advised in the premises, finds the same is well taken,

**IT IS HEREBY ORDERED** that Plaintiff is ordered to present Jay Alexander personally for cross-examination by Defendant at the trial commencing on Monday, February 14, 2011.

**ORDERED** this _____ day of _____, 2011.

      **BY THE COURT:**

      _____
      United States District Court Judge

{JK00235487.1 }