**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-CV-00799-ZLW-KLM

GRANITE SOUTHLANDS TOWN CENTER, LLC,

      Plaintiff

v.

ALBERTA TOWN CENTER, LLC, and
LAND TITLE GUARANTEE COMPANY,

      Defendants.

_____

**DEFENDANT ALBERTA TOWN CENTER, LLC'S UNOPPOSED MOTION
PURSUANT TO FED. R. CIV. P. 41 TO DISMISS WITHOUT PREJUDICE
ITS COUNTERCLAIMS AGAINST PLAINTIFF**
_____

      Defendant, Alberta Town Center, LLC ("Alberta"), by and through its attorneys, Jones & Keller, P.C., hereby submits the following Unopposed Motion Pursuant to Fed. R. Civ. P. 41 to Dismiss Without Prejudice Its Counterclaim against Plaintiff:

1.    On May 11, 2009, Alberta filed its Answer and Counterclaims to Plaintiff's Original Complaint in which Alberta asserted its counterclaims against Granite for breach of contract and breach of the covenant of good faith and fair dealing.

2.    On October 14, 2009, Alberta filed its Answer and Counterclaims to Plaintiff's First Amended Complaint and re-asserted the same counterclaims.

3.    On June 28, 2010, the Court denied the Plaintiff's Amended Motion for Leave to Amend Complaint to assert an affirmative breach of contract claim against Alberta.  On July 12, 2010, Magistrate Judge Mix struck from the Proposed Pretrial Order the Plaintiff's attempt to include

the denied breach of contract claim in the Pretrial Order as a pending claim.  In light of the Court's denial of the Plaintiff's Motion to Amend and striking of the Plaintiff's allegation related to its affirmative breach of contract claim against Alberta, Alberta has decided not to pursue its counterclaims for breach of contract and breach of the covenant of good faith and fair dealing. Should the Court permit Granite to assert an affirmative breach of contract claim either at trial or after appeal, Alberta reserves the right to re-assert its counterclaim at that time.

Granite's counsel does not oppose the relief sought herein.

WHEREFORE, Pursuant to Fed. R. Civ. P. 41(a)(2), Alberta hereby moves this Court for an order dismissing without prejudice its counterclaims against Plaintiff Granite Southlands Town Center, LLC.

DATED:   February 9, 2011.

Respectfully submitted,

*s/  Stuart N. Bennett*
Stuart N. Bennett
**JONES & KELLER, P.C.**
1999 Broadway, Suite 3150
Denver, CO 80202
Telephone:          (303) 573-1600
Fax:                     (303) 573-8133
E-mail:          sbennett@joneskeller.com
Attorneys for Defendant Alberta Town Center, LLC

{JK00234984.1 }

# CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | | |
|---|---|---|
| *Attorneys for Plaintiff & Counter Defendant Granite Southlands Town Center, LLC* | jdykes@fulbright.com<br>bvetter@fulbright.com | Osborne J. Dykes, III<br>Benjamin M. Vetter<br>Fulbright & Jaworski LLP<br>370 – 17th Street, Suite 2150<br>Denver, CO   80202 |
| *Attorneys for Plaintiff & Counter Defendant Granite Southlands Town Center, LLC* | ptrahan@fulbright.com | Paul Trahan<br>Fulbright & Jaworski LLP<br>600 Congress Avenue, Suite 2400<br>Austin, TX  78701 |
| *Defendant Land Title Guarantee Company* | kbruetsch@rwolaw.com | Kimberly A. Bruetsch<br>Robinson, Waters & O'Dorisio PC<br>1099 – 18th Street, 26th Floor<br>Denver, CO   80202 |

And I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner indicated by the non-participant's name:    NONE

*s/   Stuart N. Bennett*
Stuart N. Bennett
Attorneys for Defendant Alberta Town Center, LLC
Jones & Keller, P.C.
1999 Broadway, Suite 3150
Denver, CO 80202
Telephone:           303-573-1600
Fax:                      303-573-8133
E-mail:         sbennett@joneskeller.com

{JK00234984.1 }

3