**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-CV-00799-ZLW-KLM

GRANITE SOUTHLANDS TOWN CENTER, LLC,

      Plaintiff

v.

ALBERTA TOWN CENTER, LLC, and
LAND TITLE GUARANTEE COMPANY,

      Defendants.

_____

**ORDER RE: DEFENDANT ALBERTA TOWN CENTER, LLC'S UNOPPOSED
MOTION PURSUANT TO FED. R. CIV. P. 41 TO DISMISS WITHOUT PREJUDICE
ITS COUNTERCLAIMS AGAINST PLAINTIFF**

_____

      This Matter comes before the Court on Defendant Alberta Town Center, LLC's Unopposed Motion Pursuant to Fed. R. Civ. P. 41 to Dismiss without Prejudice Its Counterclaims Against Plaintiff.

      The Court orders that Defendant Alberta Town Center, LLC's Unopposed Motion Pursuant to Fed. R. Civ. P. 41 to Dismiss without Prejudice Its Counterclaims against Plaintiff is hereby GRANTED.

      SO ORDERED THIS ____ DAY OF FEBRUARY 2011.

                                          BY THE COURT

                                          _____

{JK00234985.1 }