# EXHIBIT H

## FORM OF ESTOPPEL CERTIFICATE

_____
c/o BlackRock Realty Advisors, Inc.
300 Campus Drive, 3rd Floor
Florham Park, New Jersey 07932

Re:_____ ("Property")

TENANT: _____
DATE OF LEASE: _____
AMENDED: _____
PREMISES: Space No. _____, _____ square feet

To:   [Southlands Town Center Tower LLC] ("Southlands Town Center Tower"), Metropolitan Life Insurance Company ("MetLife") and BlackRock Realty Advisors, Inc. ("BlackRock") (Southlands Town Center Tower, MetLife and BlackRock and their successors and assigns, collectively, "Buyer") and [PERMANENT LENDER] ("Permanent Lender"), and any other mortgagee of Buyer, Permanent Lender and any other mortgagee of Buyer, collectively, "Mortgagee").

To Whom It May Concern:

The undersigned hereby certifies to Buyer and Mortgagee as follows:

1.   The undersigned is the "Tenant" under the above-referenced Lease ("Lease") covering the above-referenced Premises ("Premises").

2.   The Lease is in full force and effect and constitutes the entire agreement between the landlord under the Lease ("Landlord") and Tenant with respect to the Premises and the Lease has not been modified or amended in any respect except as set forth above. A true, correct and complete copy of each Lease is attached hereto as Schedule 1.

3.   The term of the Lease commenced on _____, 20\_\_ and, including any presently exercised option or renewal term, will expire on _____, 20\_\_. Tenant has accepted possession of the Premises and is the actual occupant in possession. All improvements required to have been constructed on the Premises as of the date hereof by Landlord have been completed and accepted by Tenant and any tenant improvement allowances required as of the date hereof to have been paid by Landlord have been paid. Tenant has not assigned the Lease or sublet all or any part of the Premises except as permitted in accordance with the Lease.

4.   Tenant is currently obligated to pay annual base rental in monthly installments of $_____ per month and monthly installments of annual base rental have been paid through

Forward Purchase - Execution 2.DOC
9337\4\938790.1

Exhibit No.: 1
Deponent: Indian
Date/RPR: 1/u/10
Hunter + Geist, Inc. mH

Exhibit 1 - 1

_____, 20\_\_. Tenant pays percentage rent as follows: _____, and has paid percentage rent for the lease year period ending _____, 20\_\_. In addition, the Lease requires additional rent based on the Tenant's pro-rata share of the building's common area operating costs and real estate taxes which is agreed to _____%. The current monthly payment payable under the Lease on account of common area operating costs and real estate taxes is $_____. No other rent has been paid more than 30 days in advance, and Tenant has no claim or defense against Landlord under the Lease and is asserting no offsets or credit against rent or additional rent. Tenant has no claim against Landlord for any security or other deposits except $_____ which security deposit was paid pursuant to the Lease.

5.   Landlord has performed all of its obligations, if any, required to have been performed by Landlord prior to the date hereof under the Lease, including, if required under the Lease, making any repairs required to be made by Landlord. Without in any way limiting the generality of the foregoing, Landlord has completed all tenant improvement or other work in the Premises which Landlord is required to perform as a condition to the Lease or Tenant's occupancy of the Premises and has paid Tenant all allowances or other credits required to be paid by Landlord in connection with the tenant improvement work or otherwise as a condition to the Lease or Tenant's occupancy of the Premises.

6.   There is no existing defense, offset, lien, claim or counterclaim by or in favor of the undersigned against Landlord under the Lease or against the obligations of the undersigned under the Lease (including, without limitation, any rentals or other charges due or to become due under the Lease), and Tenant is not contesting any such obligations, rentals or charges.

7.   There is no default now existing on the part of the undersigned or of Landlord under the Lease, and there is no event which with notice or the passage of time or both would constitute a default of the undersigned or of Landlord under the Lease.

8.   The undersigned has no renewal, extension or expansion option, no right of first offer or right of first refusal and no other similar right to renew or extend the term of the Lease or expand the Premises except as may be expressly set forth in the Lease. Tenant has no option or preferential right to lease or occupy additional space within the Property except _____. Tenant has no option or preferential right to purchase all or any part of the Premises or any part of the Property.

9.   Tenant has made no agreements with Landlord or its agents or employees concerning free rent, partial rent, rebate of rental payments or any other type of rental or other concession except as expressly set forth in the Lease.

10.   There has not been filed by or against Tenant a petition in bankruptcy, voluntary or otherwise, any assignment for the benefit of creditors, any petition seeking reorganization or arrangement under the bankruptcy laws of the United States, or any state thereof, or any other action brought under said bankruptcy laws with respect to Tenant.

11.   (A) Tenant is not now, and will not at any time during the term of the lease become, a "party in interest" (within the meaning of Section 3(14) of the Employee Retirement

2

Forward Purchase - Execution 2.DOC
9337\4\938790.1

Exhibit 1 - 2

Income Security Act of 1974, as amended ("ERISA")) or a "disqualified person" (within the meaning of Section 4975 of the Internal Revenue Code of 1986, as amended (the "Code")) with respect to the Metropolitan life Retirement Plan for United States Employees, taking into account the assets of any other plan maintained by the same employer or employee organization in Tower Fund (the "Plan"); (B) neither MetLife or any person controlling or controlled by MetLife owns a 25% or greater interest in Tenant, (C) no portion of or interest in the Lease will be treated as the asset of any (i) "employee benefit plan" (within the meaning of Section 3(3) of ERISA), (ii) "plan" (within the meaning of Section 4975(e)(1) of the Code) or (iii) entity whose underlying assets include "plan assets" by reason of a plan's investment in such entity, and (D) neither Tenant nor any 20% or greater owner of Tenant owns, directly or indirectly more than 20 % of (i) any class of stock of Metropolitan Life Insurance Company or any affiliate of Metropolitan Life Insurance Company or (ii) any class of stock of BlackRock Realty Corporation or any affiliate of BlackRock Realty Corporation (including PNC Bank).

    12.    [Special matters, if any revealed in lease reviews.]

This Certificate is made to Buyer and Mortgagee in connection with the prospective purchase by it of the Property knowing that Buyer and Mortgagee will rely thereon in consummating the purchase of the Property and in accepting an assignment of the lease. This Certificate may be relied on by Buyer, Mortgagee, and any other party who acquires an interest in the Property in connection with such purchase and the closing of the loan with [Permanent Lender].

Dated this _____ day of _____, 200\_.

                      Very truly yours,

                      _____

                      By:    _____
                      Name: _____
                      Title:  _____