## ESTOPPEL CERTIFICATE

To: Granite Southlands Town Center LLC ("Buyer")
c/o BlackRock Realty Advisors, Inc.
300 Campus Drive, 3rd Floor
Florham Park, New Jersey 07932

Re: Lease dated August 2, 2004 ("Original Lease") between Southlands Colorado, LLC, a Delaware limited liability company, as landlord ("Original Landlord"), and Colorado Cinema Group, LLC, a Delaware limited liability company, as tenant ("Tenant"), as amended by that certain (i) First Amendment to Lease dated July 21, 2007 ("First Amendment") between Landlord and Tenant, (ii) Second Amendment to Lease dated January 10, 2006 between Alberta Town Center, LLC, a Colorado limited liability company, as successor in interest to Original Landlord ( "Landlord") ("Second Amendment"), and (iii) Third Amendment to Lease dated in June, 2006 between Landlord and Tenant ("Third Amendment" and together with the Original Lease, First Amendment and Second Amendment, the "Lease") concerning the "Demised Premises" defined therein and known as the Southlands Town Center, located in Aurora, Colorado (herein, the "Demised Premises")

To Whom It May Concern:

The undersigned hereby certifies to Buyer and its lender as follows:

1. All capitalized terms not herein defined shall have the meanings ascribed to those terms in the Lease.

2. The Lease is in full force and effect and constitutes the entire agreement between the Landlord and Tenant with respect to the Demised Premises and the Lease has not been assigned, modified, supplemented or amended in any respect except as set forth above.

3. The term of the Lease commenced on May 5, 2006 and, excluding any option or renewal terms, will expire on May 30, 2026. Tenant has accepted possession of the Demised Premises and is the actual occupant in possession. All improvements and/or repairs required to have been constructed on the Demised Premises as of the date hereof by Landlord have been completed and accepted by Tenant and any tenant improvement allowances required as of the date hereof to have been paid by Landlord have been paid to Tenant. Tenant has not assigned the Lease or sublet all or any part of the Demised Premises.

4. All Monthly Minimum Rent, Percentage Rent and contributions to the Marketing Fund and have all been paid to date in accordance with the amounts required under the Lease.

5. Tenant is currently investigating and may dispute Landlord's assertion that Tenant is financially responsible for repairing the cracked foundation that affects the structure of the Demised Premises. An investigation is underway to determine which party is responsible for the

CENTRAL\31176289.1

Exhibit 2 - 1

Exhibit No.: 3
Deponent: Nolan
Date/RPR: 1/6/10
Hunter + Geist, Inc. mH

repair and financial responsibility for such foundation. As of the date of this document, Tenant disputes that it has the responsibility for such repair. Further, Tenant's Proportionate Share for 2008 has not been finalized.

6. To Tenant's actual knowledge and belief (without any duty to investigate), there are no defaults now existing on the part of the Tenant or of Landlord under the Lease.

7. Tenant has three (3) separate options to extend the initial term of the Lease for periods of five (5) years each based on the conditions and stipulations contained in the Lease. Tenant has no option or preferential right to lease or occupy additional space within the Shopping Center. Tenant has no option or preferential right to purchase all or any part of the Demised Premises or any part of the Shopping Center.

8. Tenant has made no agreements with Landlord or its agents or employees concerning free rent, partial rent, rebate of rental payments or any other type of rental or other concession except as expressly set forth in the Lease.

This Certificate is made to Buyer and its lender, if any, in connection with Buyer's prospective purchase by it of the Shopping Center knowing that Buyer will rely thereon in consummating the purchase of the Shopping Center and any loan secured thereby and in accepting an assignment of the Lease. This Estoppel Certificate may be relied on by Buyer and its lender in connection with such purchase and the closing of any loan.

(remainder of page intentionally left blank)

CENTRAL\31176289.1

Exhibit 2 - 2

Dated this ___13th___ day of January, 2009

TENANT:

COLORADO CINEMA GROUP, LLC, a Delaware limited liability company

By: _____
Name: ___Anthony Kerasotes___
Title: ___CEO___

CENTRAL\31176289.1

Exhibit 2 - 3