IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-00799-SJJ-KLM

GRANITE SOUTHLANDS TOWN CENTER LLC,

    Plaintiff,

v.

ALBERTA TOWN CENTER, LLC AND
LAND TITLE GUARANTEE COMPANY,

    Defendants.

**PLAINTIFF GRANITE SOUTHLANDS TOWN CENTER LLC'S
ADDITIONAL EXHIBITS ADMITTED
AT TRIAL ON FEBRUARY 14, 2011**

Pursuant to this Court's request, Granite files the following exhibits admitted at trial on February 14, 2011:

**Exhibit 121** – Map of Southlands Town Center.

**Exhibit 122** – Comparison between Form Estoppel and January 2009 Estoppel – Lease Amounts and Payments.

**Exhibit 123** – Comparison between Form Estoppel and January 2009 Estoppel – Landlord Obligations.

**Exhibit 124** – Comparison between Form Estoppel and January 2009 Estoppel – Disclaimer of Defenses, Offsets, Liens and Claims.

**Exhibit 125** – Comparison between Form Estoppel and January 2009 Estoppel – Cracked Foundations.

**Exhibit 126** – Comparison between Form Estoppel and January 2009 Estoppel – No Landlord Default.

**Exhibit 127** – Comparison between May 2008 Estoppel and January 2009 Estoppel – Cracked Foundation.

**Exhibit 128** – Comparison between May 2008 Estoppel and January 2009 Estoppel – Disclaimer of Defenses, Offsets, Liens and Claims.

DATED: February 15, 2011.

    Respectfully submitted,

    */s/ Osborne J. Dykes, III*
OSBORNE J. DYKES, III
BENJAMIN M. VETTER
FULBRIGHT & JAWORSKI L.L.P.
370 Seventeenth Street, Suite 2150
Denver, CO  80202
(303) 801-2700 – Telephone
(303) 801-2777 – Facsimile
jdykes@fulbright.com
bvetter@fulbright.com

PAUL TRAHAN
FULBRIGHT & JAWORSKI L.L.P.
600 Congress Avenue, Suite 2400
Austin, TX  78701
(512) 474-5201 – Telephone
(512) 536-4598 – Facsimile
ptrahan@fulbright.com

ATTORNEYS FOR PLAINTIFF GRANITE SOUTHLANDS TOWN CENTER LLC

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 15, 2011, a true and correct copy of the foregoing **Plaintiff Granite Southlands Town Center LLC's Additional Exhibits Admitted at Trial on February 14, 2011** was served upon all counsel of record via the CM/ECF system which will send notification of such filing to attorneys for plaintiffs at the following e-mail addresses:

> Stephen L. Waters
> Kimberly A. Bruetsch
> Robinson Waters & O'Dorisio, P.C.
> 1099 18th Street, Suite 2600
> Denver, CO 80202
> swaters@rwolaw.com
> kbruetsch@rwolaw.com
> *Attorneys for Land Title Guarantee*
>
> Stuart N. Bennett
> Jones & Keller, P.C.
> 1999 Broadway, Suite 3150
> Denver, CO 80201
> E-mail: sbennett@joneskeller.com
> *Attorneys for Alberta Town Center, LLC*

>                                              */s/Susan Quinn*
>                                              Susan Quinn



## LEASE AMOUNT & PAYMENTS

### Form Estoppel

> 4. Tenant is currently obligated to pay annual base rental in monthly installments of $_____ per month and monthly installments of annual base rental have been paid through _____, 20\_\_\_\_. Tenant pays percentage rent as follows: _____, and has paid percentage rent for the lease year period ending _____, 20\_\_\_. In addition, the Lease requires additional rent based on the Tenant's pro-rata share of the building's common area operating costs and real estate taxes which is agreed to _____%. The current monthly payment payable under the Lease on account of common area operating costs and real estate taxes is $_____. No other rent has been paid more than 30 days in advance, and Tenant has no claim or defense against Landlord under the Lease and is asserting no offsets or credit against rent or additional rent. Tenant has no claim against Landlord for any security or other deposits except $_____ which security deposit was paid pursuant to the Lease.

### January 2009 Estoppel

> 4. All Monthly Minimum Rent, Percentage Rent and contributions to the Marketing Fund and have all been paid to date in accordance with the amounts required under the Lease.

EXHIBIT 122

# LANDLORD OBLIGATIONS

## Form Estoppel

> 5. Landlord has performed all of its obligations, if any, required to have been performed by Landlord prior to the date hereof under the Lease, including, if required under the Lease, making any repairs required to be made by Landlord. Without in any way limiting the generality of the foregoing, Landlord has completed all tenant improvement or other work in the Premises which Landlord is required to perform as a condition to the Lease or Tenant's occupancy of the Premises and has paid Tenant all allowances or other credits required to be paid by Landlord in connection with the tenant improvement work or otherwise as a condition to the Lease or Tenant's occupancy of the Premises.

## January 2009 Estoppel

EXHIBIT 123

# DISCLAIMER OF DEFENSES, OFFSETS, LIENS AND CLAIMS

### Form Estoppel

> 6. There is no existing defense, offset, lien, claim, or counterclaim by or in favor of the undersigned against Landlord under the Lease or against the obligations of the undersigned under the Lease (including, without limitation, any rentals or other charges due or to become due under the Lease), and Tenant is not contesting any such obligations, rentals or charges.

### January 2009 Estoppel



**EXHIBIT 124**

# CRACKED FOUNDATION

## Form Estoppel

## January 2009 Estoppel

> 5. Tenant is currently investigating and may dispute Landlord's assertion that Tenant is financially responsible for repairing the cracked foundation that affects the structure of the Demised Premises. An investigation is underway to determine which party is responsible for the repair and financial responsibility for such foundation. As of the date of this document, Tenant disputes that it has the responsibility for such repair. Further, Tenant's Proportionate Share for 2008 has not been finalized

**EXHIBIT 125**

# NO LANDLORD DEFAULT

## Form Estoppel

> 7. There is no default now existing on the part of the undersigned or of Landlord under the Lease, and there is no event which with notice of the passage of time or both would constitute a default of the undersigned or of Landlord under the Lease.

## January 2009 Estoppel

> 6. To Tenant's actual knowledge and belief (without any duty to investigate), there are no defaults now existing on the part of the Tenant or of Landlord under the Lease.

EXHIBIT 126

# CRACKED FOUNDATION

## May 2008 Estoppel

[blank highlighted box]

## January 2009 Estoppel

> 5.  Tenant is currently investigating and may dispute Landlord's assertion that Tenant is financially responsible for repairing the cracked foundation that affects the structure of the Demised Premises. An investigation is underway to determine which party is responsible for the repair and financial responsibility for such foundation. As of the date of this document, Tenant disputes that it has the responsibility for such repair. Further, Tenant's Proportionate Share for 2008 has not been finalized

EXHIBIT 127

## DISCLAIMER OF DEFENSES, OFFSETS, LIENS AND CLAIMS

### May 2008 Estoppel

> 5. There are no existing claims, defenses or offsets by or in favor of the Tenant against Landlord under the Lease except that Tenant is currently disputing Tenant's Proportionate Share for 2008, including Tenant's share of real estate taxes for the Demised Premises, and Tenant's Proportionate Share for 2007, as well as Tenant's share of real estate taxes for the Demised Premises, has not been finalized.

### January 2009 Estoppel



EXHIBIT 128