IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-00799-ZLW-KLM

GRANITE SOUTHLANDS TOWN CENTER, LLC,

      Plaintiff

v.

ALBERTA TOWN CENTER, LLC, and
LAND TITLE GUARANTEE COMPANY,

      Defendants.

---

**ORDER RE: DEFENDANT ALBERTA TOWN CENTER, LLC'S UNOPPOSED MOTION PURSUANT TO FED. R. CIV. P. 41 TO DISMISS WITHOUT PREJUDICE ITS COUNTERCLAIMS AGAINST PLAINTIFF**

---

This Matter comes before the Court on Defendant Alberta Town Center, LLC's Unopposed Motion Pursuant to Fed. R. Civ. P. 41 to Dismiss without Prejudice Its Counterclaims Against Plaintiff.

The Court orders that Defendant Alberta Town Center, LLC's Unopposed Motion Pursuant to Fed. R. Civ. P. 41 to Dismiss without Prejudice Its Counterclaims against Plaintiff is hereby GRANTED.

SO ORDERED THIS 14 DAY OF FEBRUARY 2011.

BY THE COURT

_____

{JK00234985.1 }