**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-CV-00799-SJJ-KLM

GRANITE SOUTHLANDS TOWN CENTER, LLC,

      Plaintiff

v.

ALBERTA TOWN CENTER, LLC, and
LAND TITLE GUARANTEE COMPANY,

      Defendants.

---

**DEFENDANT ALBERTA TOWN CENTER, LLC'S ADDITIONAL
EXHIBIT ADMITTED AT TRIAL ON FEBRUARY 14, 2011**

---

      As requested by the Court, Defendant, Alberta Town Center, LLC, by and through its attorneys, Jones and Keller, P.C., files the attached Exhibit R (Aerial Photograph of Southlands Shopping Center) admitted at trial on February 14, 2011.

      DATED:   February 15, 2011.

      Respectfully submitted,

      *s/   Stuart N. Bennett*
      Stuart N. Bennett
      **JONES AND KELLER, P.C.**
      1999 Broadway, Suite 3150
      Denver, CO 80202
      Telephone:       (303) 573-1600
      Fax:                  (303) 573-8133
      E-mail:              sbennett@joneskeller.com
      Attorneys for Defendant Alberta Town Center, LLC

# CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | | |
|---|---|---|
| *Attorneys for Plaintiff & Counter Defendant Granite Southlands Town Center, LLC* | jdykes@fulbright.com<br>bvetter@fulbright.com | Osborne J. Dykes, III<br>Benjamin M. Vetter<br>Fulbright & Jaworski LLP<br>370 – 17th Street, Suite 2150<br>Denver, CO   80202 |
| *Attorneys for Plaintiff & Counter Defendant Granite Southlands Town Center, LLC* | ptrahan@fulbright.com | Paul Trahan<br>Fulbright & Jaworski LLP<br>600 Congress Avenue, Suite 2400<br>Austin, TX  78701 |
| *Defendant Land Title Guarantee Company* | kbruetsch@rwolaw.com | Kimberly A. Bruetsch<br>Robinson, Waters & O'Dorisio PC<br>1099 – 18th Street, 26th Floor<br>Denver, CO   80202 |

And I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner indicated by the non-participant's name:    NONE

    *s/   Stuart N. Bennett*
Stuart N. Bennett
Attorneys for Defendant Alberta Town Center, LLC
**JONES AND KELLER, P.C.**
1999 Broadway, Suite 3150
Denver, CO 80202
Telephone:        303-573-1600
Fax:                   303-573-8133
E-mail:              sbennett@joneskeller.com

{JK00237714.1 }