IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-00799-SJJ-KLM

GRANITE SOUTHLANDS TOWN CENTER LLC,

    Plaintiff,

v.

ALBERTA TOWN CENTER, LLC AND
LAND TITLE GUARANTEE COMPANY,

    Defendants.

## PLAINTIFF GRANITE SOUTHLANDS TOWN CENTER LLC'S OBJECTIONS TO ALBERTA TOWN CENTER, LLC'S RECENTLY DISCLOSED EXHIBIT LIST

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW plaintiff Granite Southlands Town Center LLC ("Granite") and objects to Alberta Town Center, LLC's ("Alberta") recently transmitted exhibit list as follows:

1.    On February 11, 2011, three calendar days before trial, counsel for Alberta notified Granite's counsel that Alberta proposes to offer at trial certain exhibits. Granite objects to such exhibits on the grounds that they were not timely disclosed. If this timeliness objection is overruled, Granite reserves its particular objections, if any, to documents offered from the new list at trial.

2.    On July 6, 2009, the Court issued a Scheduling Order in this case requiring the parties to submit a Proposed Final Pretrial Order to the Court no later than five days before the pretrial conference to be held on July 12, 2010. Under the local rules, the Proposed Final Pretrial

85931184.1

Order was to conform to Appendix G of the District of Colorado Local Rules of Practice. D.C.COLO.LCivR 26.1(B). Appendix G requires each party to disclose the exhibits it intends to offer or it may offer at trial. Thus, the deadline for disclosing exhibits under the Court's Scheduling Order was July 7, 2010. Even under the default Federal Rules, exhibits must be identified no later than 30 days before trial. Fed. R. Civ. P. 26(a)(3)(A)–(B).

3. On July 6, 2010, the parties submitted their Proposed Final Pretrial Order to the Court in the form required by the local rules. *See* D.C.COLO.LCivR 26.1(B). The Proposed Final Pretrial Order included a list from each party of the exhibits it expected to or thought it may introduce at trial. Alberta's exhibit list contained three exhibits.

4. On October 20, 2010, the Court ordered that the parties provide a status report to the Court on or before Monday, January 10, 2011 advising the court of "[a]ny witnesses or exhibits not listed in the pre-trial order which are stipulated or allowed by order of court." Dkt 151 at 1. Neither party identified new exhibits.

5. On February 9, 2011 Alberta notified Granite that it withdrew the three exhibits on the Pretrial Order exhibit list. On February 11, 3 calendar days before trial, Alberta provided to Granite a new exhibit list containing 57 exhibits, none of which were on Alberta's Pretrial Order exhibit list.

6. Alberta's disclosure of the new exhibit list is untimely and Alberta should not be allowed to offer the listed exhibits at trial.

7. In the event the Court should permit Alberta to offer at trial any of the exhibits on Albert's new list, then Granite reserves the right to object to each exhibit at the time it is offered.

WHEREFORE, plaintiff Granite Southlands Town Center LLC asks that its objections to Alberta's new list of exhibits be sustained or, alternatively, that Granite be permitted to object to each exhibit that Alberta offers at trial from that list. Plaintiff asks for such other and further relief to which it may show itself justly entitled.

DATED: February 14, 2011.

        Respectfully submitted,

        */s/ Osborne J. Dykes, III*
OSBORNE J. DYKES, III
BENJAMIN M. VETTER
FULBRIGHT & JAWORSKI L.L.P.
370 Seventeenth Street, Suite 2150
Denver, CO  80202
(303) 801-2700 – Telephone
(303) 801-2777 – Facsimile
jdykes@fulbright.com
bvetter@fulbright.com

PAUL TRAHAN
FULBRIGHT & JAWORSKI L.L.P.
600 Congress Avenue, Suite 2400
Austin, TX  78701
(512) 474-5201 – Telephone
(512) 536-4598 – Facsimile
ptrahan@fulbright.com

ATTORNEYS FOR PLAINTIFF GRANITE SOUTHLANDS TOWN CENTER LLC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 14, 2011, a true and correct copy of the foregoing **Granite Southlands Town Center LLC's Objections to Alberta Town Center, LLC's Recently Disclosed Exhibit List** was served upon all counsel of record via hand-delivery, and on February 16, 2011, the CM/ECF system sent notification of such filing to attorneys for plaintiffs at the following e-mail addresses:

    Stephen L. Waters
    Kimberly A. Bruetsch
    Robinson Waters & O'Dorisio, P.C.
    1099 18th Street, Suite 2600
    Denver, CO 80202
    swaters@rwolaw.com
    kbruetsch@rwolaw.com
    *Attorneys for Land Title Guarantee*

    Stuart N. Bennett
    Jones & Keller, P.C.
    1999 Broadway, Suite 3150
    Denver, CO 80201
    E-mail: sbennett@joneskeller.com
    *Attorneys for Alberta Town Center, LLC*

                                              */s/ Lucy Arnold*
                                              Lucy Arnold