**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Sterling Johnson, Jr.**

Date:  February 14, 2011          Deputy Clerk: Bernique Abiakam
                                  Court Reporter: Adrienne Whitlow

---

Civil Action No.: 09-cv-00799-SJJ-KLM

GRANITE SOUTHLANDS TOWN
CENTER LLC.,                               Paul D. Trahan
                                           Osborne J. Dykes, III
                                           Lucy Arnold

         Plaintiff,

v.

ALBERTA TOWN CENTER, LLC, and,
LAND TITLE GUARANTEE COMPANY,               Stuart N. Bennett
                                            Steven R. Kabler

         Defendants.

---

**COURTROOM MINUTES**

---

**Bench Trial Day 1**

**9:10 a.m.     Court in session.**

Court calls case.  Appearances of Counsel.

Discussion regarding motions in limine.

Argument heard regarding Motion To Compel Attendance Of Jay Alexander at Trial
(Filed 2/9/11; Doc. No. 173).

**ORDERED:  Motion To Compel Attendance Of Jay Alexander at Trial (Filed 2/9/11;
         Doc. No. 173) is DENIED.**

Discussion regarding trial schedule.

9:17 a.m.     Opening argument by Mr. Trahan.

*09-cv-00799-SJJ-KLM*
*Trial to Court Day 1*
*February 14, 2011*

9:50 a.m.      Opening argument by Mr. Bennett.

**10:24 a.m.      Court in recess.**

**10:45 a.m.      Court in session.**

10:46 a.m.      Plaintiff's witness, Christopher Charles Silva, called and sworn.

**Plaintiff's exhibits 1-20, 23, 24, 28, 30, 46, and 63, offered and received.**

10:47 am.      Direct examination begins by Mr. Trahan.

Plaintiff's Exhibit 121 offered. Objection by Mr. Bennett.

**Plaintiff's Exhibit 121 received.**

10:52 a.m.      Continued direct examination by Mr. Trahan.

**Plaintiff's exhibit 122, offered and received.**

11:11 a.m.      Continued direct examination by Mr. Trahan.

**Plaintiff's exhibit 123, offered and received.**

11:12 a.m.      Continued direct examination by Mr. Trahan.

**Plaintiff's exhibit 124, offered and received.**

11:14 a.m.      Continued direct examination by Mr. Trahan.

**Plaintiff's exhibit 125, offered and received.**

11:16 a.m.      Continued direct examination by Mr. Trahan.

**Plaintiff's exhibit 126, offered and received.**

11:17 a.m.      Continued direct examination by Mr. Trahan.

**Plaintiff's exhibit 127, offered and received.**

2

11:18 a.m.     Continued direct examination by Mr. Trahan.

**Plaintiff's exhibit 128, offered and received.**

11:23 a.m.     Continued direct examination by Mr. Trahan.

**Plaintiff's exhibit 35, offered and received.**

**Plaintiff's exhibit 36, offered and received.**

11:31 a.m.     Continued direct examination by Mr. Trahan.

11:33 a.m.     Cross examination begins by Mr. Bennett.

**12:08 p.m.     Court in recess.**

**1:38 p.m.      Court in session.**

Continued cross examination by Mr. Bennett.

Original deposition of Christopher Silva, opened in court.

1:48 p.m.      Continued cross examination by Mr. Bennett.

2:05 p.m.      Redirect examination by Mr. Trahan.

2:09 p.m.      Plaintiff's witness, Thomas Blake, called and sworn.
               Direct examination begins by Ms. Arnold.

**Plaintiff's Exhibit 100, offered and received.**

2:14 p.m.      Continued direct examination by Ms. Arnold.

**Plaintiff's Exhibit 37, offered and received.**

2:17 p.m.      Continued direct examination by Ms. Arnold.

2:18 p.m.      Witness excused.

Plaintiff rests.

2:19 p.m.        Defendants witness, Donald Provost, called and sworn.
                 Direct examination begins by Mr. Bennett.

**Defendants Exhibit R, offered and received.**

2:23 p.m.        Continued direct examination by Mr. Bennett.

Defendants Exhibit A, offered.

Discussion regarding Plaintiff Granite Southlands Town Center LLC's Objections To
Alberta Town Center, LLC's Recently Disclosed Exhibit List (tendered to the Court)

**ORDERED:   Plaintiff Granite Southlands Town Center LLC's Objections To
             Alberta Town Center, LLC's Recently Disclosed Exhibit List is
             DENIED.**

**Defendants Exhibit A, admitted.**

2:39 p.m.        Continued direct examination by Mr. Bennett.

Objection by Mr. Dykes regarding specific direct examination questions.

SUSTAINED.

2:49 p.m.        Continued direct examination by Mr. Bennett.

**Defendants Exhibit B, offered and received.**

3:10 p.m.        Continued direct examination by Mr. Bennett.

**Defendants Exhibit C, offered and received.**

3:11 p.m.        Continued direct examination by Mr. Bennett.

**3:13 p.m.        Court in recess.**

**3:25 p.m.        Court in session.**

Cross examination begins by Mr. Dykes.

3:47 p.m.        Witness excused.

4

*09-cv-00799-SJJ-KLM*
*Trial to Court Day 1*
*February 14, 2011*

Defense rests.

Comments by the Court.

Discussion regarding the filing of findings of fact and conclusion of law.

| 3:51 p.m. | Plaintiff's rebuttal witness, Peter Cudlip, called and sworn. Direct examination begins by Mr. Trahan. |
|---|---|
| 4:10 p.m. | Cross examination begins by Mr. Bennett. |
| 4:19 p.m. | Redirect examination by Mr. Trahan. |
| 4:22 p.m. | Continued redirect examination by Mr. Trahan. |

Plaintiff's Exhibits 69, 116-003, 116-004, offered.

Objection by Mr   Plaintiff's Exhibits 69, received.

Plaintiff's Exhibits 116-003, and 116-004, received.

| 4:27 p.m. | Continued redirect examination by Mr. Trahan. |
|---|---|
| 4:35 p.m. | Witness excused. |
| 4:37 p.m. | Plaintiff's rebuttal witness, Angela Kralovec, called and sworn. Direct examination begins by Mr. Dykes. |

**Plaintiff's Exhibit 65, offered and received.**

No cross examination by Mr. Bennett.

| 4:49 p.m. | Witness excused. |
|---|---|

Discussion regarding designations of deposition testimony.

Objections by Mr. Trahan.

Discussion regarding designations and counter designations.

**ORDERED:  Counsel shall file any further objections to and designations of**

*09-cv-00799-SJJ-KLM*
*Trial to Court Day 1*
*February 14, 2011*

deposition testimony.  Counsel are to specify the portions to designate.

ORDERED:    Counsel have to and including April 15, 2011 to file their findings of fact and conclusions of law.


**4:57 p.m.        Court in recess.**
Hearing continued.
Time in court - 5 hours, 44 minutes