**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-CV-00799-SJJ-KLM

GRANITE SOUTHLANDS TOWN CENTER, LLC,

      Plaintiff

v.

ALBERTA TOWN CENTER, LLC, and
LAND TITLE GUARANTEE COMPANY,

      Defendants.

---

**DEFENDANT ALBERTA TOWN CENTER LLC'S DESIGNATIONS OF
DEPOSITION TESTIMONY OF ANDREW PIEKARSKI AND JAY ALEXANDER**

---

Pursuant to the Court's Order of February 14, 2011, Docket # 183, Defendant, Alberta Town Center, LLC ("Alberta"), by and through its attorneys, Jones and Keller, P.C., hereby designates the following testimony of Andrew Piekarski and Jay Alexander:

From the April 7, 2010 Deposition of Andrew Piekarski, Alberta designates and offers into evidence the following testimony: References are to "Page: Line-line."

Page 5: 4-6, 17-25; 6: 1-24; 7: 7-21, 25; 8: 1-25; 9: 1; 12: 18-21; 14: 16-25; 15: 1-25; 16: 1-13; 17: 15-25; 18: 1; 20: 23-25; 21: 1-11, 16-25; 22: 1-3; 24: 5-25; 25: 1-9; 30: 22-25; 31: 1-25; 32: 1-8; 34: 7-25; 35: 1-2; 53: 11-25; 54: 1-16; 55: 14-25; 56: 1-25; 57: 1-25; 58: 1-25; 59: 1-16; 60: 7-25; 61: 1-25; 62: 1; 85: 21-25; 86: 1-25; 87: 1-25; 88: 1-25; 89: 1-10.

From the April 8, 2010 Deposition of Jay Alexander, Alberta designates and offers into evidence the following testimony:

Page 5: 1-25; 6: 1, 7-15; 7: 19-25; 8: 1-12, 19-25; 9: 1-17, 24-25; 10: 1-11; 18: 5-25; 19: 1-9; 20: 3-9, 15-25; 21: 1-3; 23: 24-25; 24: 1-23; 30: 8-13; 32: 10-17; 33: 4-25; 34: 1-21; 49: 19-25; 50: 1-5; 52: 22-25; 53: 1-3; 57: 21-25; 58: 1-4; 60: 16-25; 61: 2-8; 63: 7-13; 64: 7-23; 76: 1-25; 77: 1-2; 81: 5-12; 86: 14-25; 87: 1-7, 19-25; 88: 1-19; 93: 15-24; 94: 10-20; 97: 24-25; 98: 1-25; 99: 1, 8-25; 100: 1-21; 114: 18-23.

Alberta tendered to the Court at the February 14, 2011 bench trial copies of the transcripts of each of these witnesses with the offered testimony highlighted in yellow and the testimony that was not offered redacted in red. A copy of the tendered transcript for Mr. Piekarski is attached as Exhibit A and a copy of the tendered transcript of Mr. Alexander is attached as Exhibit B.

DATED: February 16, 2011.

Respectfully submitted,

*s/ Stuart N. Bennett*
Stuart N. Bennett
**JONES AND KELLER, P.C.**
1999 Broadway, Suite 3150
Denver, CO 80202
Telephone: (303) 573-1600
Fax: (303) 573-8133
E-mail: sbennett@joneskeller.com
Attorneys for Defendant Alberta Town Center, LLC

# CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | | |
|---|---|---|
| *Attorneys for Plaintiff & Counter Defendant Granite Southlands Town Center, LLC* | jdykes@fulbright.com<br>bvetter@fulbright.com | Osborne J. Dykes, III<br>Benjamin M. Vetter<br>Fulbright & Jaworski LLP<br>370 – 17th Street, Suite 2150<br>Denver, CO   80202 |
| *Attorneys for Plaintiff & Counter Defendant Granite Southlands Town Center, LLC* | ptrahan@fulbright.com | Paul Trahan<br>Fulbright & Jaworski LLP<br>600 Congress Avenue, Suite 2400<br>Austin, TX  78701 |
| *Defendant Land Title Guarantee Company* | kbruetsch@rwolaw.com | Kimberly A. Bruetsch<br>Robinson, Waters & O'Dorisio PC<br>1099 – 18th Street, 26th Floor<br>Denver, CO   80202 |

And I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner indicated by the non-participant's name:    NONE

*s/    Stuart N. Bennett*
Stuart N. Bennett
Attorneys for Defendant Alberta Town Center, LLC
**JONES AND KELLER, P.C.**
1999 Broadway, Suite 3150
Denver, CO 80202
Telephone:        303-573-1600
Fax:                   303-573-8133
E-mail:              sbennett@joneskeller.com

{JK00238053.1 }