IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-00799-SJJ-KLM

GRANITE SOUTHLANDS TOWN CENTER LLC,

    Plaintiff,

v.

ALBERTA TOWN CENTER, LLC AND
LAND TITLE GUARANTEE COMPANY,

    Defendants.

### PLAINTIFF GRANITE SOUTHLANDS TOWN CENTER LLC'S COUNTER-DESIGNATIONS AND OBJECTIONS FOR JAY ALEXANDER DEPOSITION

TO THE HONORABLE DISTRICT COURT:

COMES NOW Plaintiff Granite Southlands Town Center LLC ("Granite") and objects to Alberta's designations from the deposition of Jay Alexander because the deposition testimony Alberta cites is not relevant, lacks a foundation as to questions regarding the meaning of the agreement (Mr. Alexander did not participate in drafting or negotiating the agreements), and because much of Mr. Alexander's testimony calls for a legal conclusion.

In the event the Court overrules Granite's objections and considers all or a portion of Defendant Alberta's designations, Granite presents the following counter-designations for the Court's consideration.

85936821.1

| JAY ALEXANDER ||
|---|---|
| **Begin** | **End** |
| Page 30, Line 14 | Page 33, Line 3 |
| Page 35, Line 25 | Page 36, Line 13 |
| Page 53, Line 6 | Page 53, Line 23 |
| Page 59, Line 7 | Page 60, Line 15 |
| Page 61, Line 9 | Page 61, Line 14 |
| Page 63, Line 4 | Page 64, Line 6 |
| Page 89, Line 22 | Page 91, Line 2 |
| Page 117, Line 5 | Page 118, Line 22 |

Plaintiff Granite Southlands Town Center LLC respectfully requests that its objections be sustained or, in the alternative, that the Court consider the foregoing designations along with those of Defendant Alberta. Plaintiff asks for such other and further relief to which it may show itself justly entitled.

DATED:  February 17, 2011.

        Respectfully submitted,

        */s/ Paul Trahan*
        OSBORNE J. DYKES, III
        BENJAMIN M. VETTER
        FULBRIGHT & JAWORSKI L.L.P.
        370 Seventeenth Street, Suite 2150
        Denver, CO  80202
        (303) 801-2700 – Telephone
        (303) 801-2777 – Facsimile
        jdykes@fulbright.com
        bvetter@fulbright.com
        PAUL TRAHAN
        FULBRIGHT & JAWORSKI L.L.P.
        600 Congress Avenue, Suite 2400
        Austin, TX  78701
        (512) 474-5201 – Telephone
        (512) 536-4598 – Facsimile
        ptrahan@fulbright.com

        ATTORNEYS FOR PLAINTIFF GRANITE SOUTHLANDS TOWN CENTER LLC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 17, 2011, a true and correct copy of the foregoing **Granite Southlands Town Center LLC's Counter-Designations and Objections for Jay Alexander Deposition** was served upon all counsel of record via hand-delivery, first-class mail postage prepaid, or the CM/ECF system which will send notification of such filing to attorneys for plaintiffs at the following e-mail addresses:

> Stephen L. Waters
> Kimberly A. Bruetsch
> Robinson Waters & O'Dorisio, P.C.
> 1099 18th Street, Suite 2600
> Denver, CO 80202
> swaters@rwolaw.com
> kbruetsch@rwolaw.com
> *Attorneys for Land Title Guarantee*
>
> Stuart N. Bennett
> Jones & Keller, P.C.
> 1999 Broadway, Suite 3150
> Denver, CO 80201
> E-mail: sbennett@joneskeller.com
> *Attorneys for Alberta Town Center, LLC*

*/s/ Paul Trahan*