IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-00799- SJJ-KLM

GRANITE SOUTHLANDS TOWN CENTER LLC,

       Plaintiff,

v.

ALBERTA TOWN CENTER, LLC and
LAND TITLE GUARANTEE COMPANY,

       Defendants.

---

## MOTION FOR LEAVE TO FILE BRIEF CLOSING

---

Plaintiff Granite Southlands Town Center LLC ("Granite") moves for leave to file the attached Brief Closing, as follows:

Counsel for Granite conferred with counsel for Alberta Town Center, LLC ("Alberta"), and Alberta's counsel does not oppose this motion provided he is granted leave to file a similar closing statement. Granite is not opposed to Alberta being granted leave to file a similar written closing statement.

In support of this motion, Granite believes presentation of a brief closing statement shortly following the close of evidence – which was on Monday, February 14, 2011 – will assist the Court in deciding this matter.

Granite respectfully requests that the Court grant its Motion for Leave to File a Brief Closing and order that the attached Brief Closing be filed as part of the record of this case.

85938333.1

Dated:  February 17, 2011.

Respectfully submitted,

_____/s/  Paul Trahan_____

OSBORNE J. DYKES, III
LUCY D. ARNOLD
FULBRIGHT & JAWORSKI L.L.P.
370 Seventeenth Street, Suite 2150
Denver, CO  80202
(303) 801-2700 – Telephone
(303) 801-2777 – Facsimile
jdykes@fulbright.com
bvetter@fulbright.com

PAUL TRAHAN
FULBRIGHT & JAWORSKI L.L.P.
600 Congress Avenue, Suite 2400
Austin, TX  78701
(512) 474-5201 – Telephone
(512) 536-4598 – Facsimile
ptrahan@fulbright.com
**COUNSEL FOR PLAINTIFF/COUNTER-DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of February, 2011, I electronically filed the foregoing **MOTION FOR LEAVE TO FILE BRIEF CLOSING** with the Clerk of Court using the CM/ECF system which will send notification of such filing to attorneys for plaintiffs at the following e-mail addresses:

Stephen L. Waters
Kimberly A. Bruetsch
Robinson Waters & O'Dorisio, P.C.
1099 18th Street, Suite 2600
Denver, CO 80202
swaters@rwolaw.com
kbruetsch@rwolaw.com
*Attorneys for Land Title Guarantee*

Stuart N. Bennett
Jones & Keller, P.C.
1999 Broadway, Suite 3150
Denver, CO 80201
E-mail: sbennett@joneskeller.com
*Attorneys for Alberta Town Center, LLC*

_/s/  Paul Trahan_