# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-00799-ZLW-KLM

GRANITE SOUTHLANDS TOWN CENTER, LLC,

        Plaintiff

v.

ALBERTA TOWN CENTER, LLC,
LAND TITLE GUARANTEE COMPANY,

        Defendants.

---

### SUPPLEMENTAL AUTHORITY TO DEFENDANT ALBERTA TOWN CENTER, LLC'S PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW
#### (Docket #190, e-filed 04/15/11)

---

Defendant, Alberta Town Center, LLC (Alberta), by and through its attorneys, Jones & Keller, P.C., hereby submits the following supplemental authority concerning the materiality of alleged construction defects at the Southlands Town Center:

Attached as Exhibit 1 is the April 27, 2011 "Order Defendants' Combined Motion for Summary Judgment and Motion to Dismiss" issued by the Arapahoe County, Colorado District Court in *Granite Southlands Town Center, LLC v. Ground Engineering  Consultants, Inc., et al.*, Case No. 10-CV-1175, District Court, Arapahoe County, State of Colorado.  Alberta is one of the Defendants dismissed through this Order.   In section 3, page 5, of the Order, District Court determined that Alberta had no obligation under the parties' Forward Purchase and Sale Agreement to disclose alleged changes in condition of the property to Granite.

DATED:  April 28, 2011.

Respectfully submitted,

_s/   Stuart N. Bennett_

Stuart N. Bennett
**JONES & KELLER, P.C.**
1999 Broadway, Suite 3150
Denver, CO 80202
Telephone:      (303) 573-1600
Fax:              (303) 573-8133
E-mail:        sbennett@joneskeller.com
Attorneys for Defendants Alberta Town Center,
LLC, Donald G. Provost and Peter M. Cudlip

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | | |
|---|---|---|
| *Attorneys for Plaintiff & Counter Defendant Granite Southlands Town Center, LLC* | jdykes@fulbright.com<br>bvetter@fulbright.com | Osborne J. Dykes, III<br>Benjamin M. Vetter<br>Fulbright & Jaworski LLP<br>370 – 17th Street, Suite 2150<br>Denver, CO   80202 |
| *Attorneys for Plaintiff & Counter Defendant Granite Southlands Town Center, LLC* | ptrahan@fulbright.com | Paul Trahan<br>Fulbright & Jaworski LLP<br>600 Congress Avenue, Suite 2400<br>Austin, TX  78701 |
| *Defendant Land Title Guarantee Company* | kbruetsch@rwolaw.com | Kimberly A. Bruetsch<br>Robinson, Waters & O'Dorisio PC<br>1099 – 18th Street, 26th Floor<br>Denver, CO   80202 |
| *Defendant Allan G. Provost* | dbp@haplaw.net | Dennis B. Polk<br>Holley, Albertson & Polk, P.C.<br>1667 Cole Boulevard, Suite 100<br>Golden, CO   80401 |

And I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner indicated by the non-participant's name:   NONE

*s/   Stuart N. Bennett*
Stuart N. Bennett
Attorneys for Defendants Alberta Town Center, LLC,
Donald G. Provost and Peter M. Cudlip
JONES & KELLER, P.C.
1999 Broadway, Suite 3150
Denver, CO 80202
Telephone:      303-573-1600
Fax:               303-573-8133
E-mail:           sbennett@joneskeller.com