IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Civil Action No. 09-CV-00799-SJJ-KLM

GRANITE SOUTHLANDS TOWN CENTER LLC,

    Plaintiff,

v.

ALBERTA TOWN CENTER, LLC and
LAND TITLE GUARANTEE COMPANY,

    Defendants.

**PLAINTIFF GRANITE SOUTHLANDS TOWN CENTER LLC'S
RESPONSE TO DEFENDANT ALBERTA TOWN CENTER, LLC'S SUPPLEMENTAL
AUTHORITY TO PROPOSED FINDINGS OF FACT
AND CONCLUSIONS OF LAW**

    Plaintiff Granite Southlands Town Center, LLC files this in response to Supplemental Authority to Defendant Alberta Town Center, LLC's Proposed Findings of Fact and Conclusions of Law (Docket No. 191).

    The authority cited by Defendant Alberta—an order from an Arapahoe County, Colorado District Court—has no relevance to the issues before this Court and, to the extent it touches upon some of the same topics, contradicts a prior ruling by Judge Weinshenk in this very case. *See* Order Denying Alberta's Motion for Partial Summary Judgment (Docket No. 107). In her order, Judge Weinshenk wrote, "However, as discussed above, the FPSA allowed Granite to refuse to close on the purchases if Alberta failed to notify Granite of changed conditions on the Property. Thus, the condition of the Property was not necessarily immaterial to Granite's obligations under the FPSA." Docket No. 107, p. 11.

    The narrow issue to be decided by this Court is whether the January 2009 Estoppel is "substantially similar" to the May 2008 Estoppel. The Court should not allow Alberta to distract

from this issue.  In finding the two estoppels are not "substantially similar," Judge Weinshenk was careful to keep the focus on this narrow issue.

> Regardless, whether the differences between the 2008 and 2009 certificates are material to the terms of the purchase is a separate question from, and does not bear upon, whether the 2008 and 2009 Certificates are "substantially similar" to each other.  "Substantially similar" is an unambiguous term whose ordinary meaning is "largely but not wholly" the same.  Paragraph 5 of the 2008 Certificate and paragraph 5 of the 2009 Certificate are not largely the same; they are entirely different.  The 2009 Certificate discusses a subject that appears nowhere in the 2008 Certificate.  No reasonable reading of the two documents could produce a conclusion that the two documents are "substantially similar."  Alberta's argument lacks merit.

Docket No. 107, p. 9 (footnote omitted).

Plaintiff Granite respectfully requests that the Court give no weight to the supplemental authority cited by Defendant Alberta and focus, instead, on the narrow issue before the Court—whether the May 2008 Estoppel and January 2009 Estoppel are "substantially similar."

DATED:  May 2, 2011.

Respectfully submitted,

*/s/ Osborne J. Dykes, III*
Osborne J. Dykes, III
Benjamin M. Vetter
FULBRIGHT & JAWORSKI L.L.P.
370 Seventeenth Street, Suite 2150
Denver, CO  80202
(303) 801-2700 – Telephone
(303) 801-2777 – Facsimile
jdykes@fulbright.com
bvetter@fulbright.com

Paul Trahan
FULBRIGHT & JAWORSKI L.L.P.
600 Congress Avenue, Suite 2400
Austin, TX  78701
(512) 474-5201 – Telephone
(512) 536-4598 – Facsimile
ptrahan@fulbright.com
ATTORNEYS FOR PLAINTIFF GRANITE
SOUTHLANDS TOWN CENTER LLC

## Certificate of Service

The undersigned hereby certifies that on May 2, 2011, a true and correct copy of the foregoing **Granite Southlands Town Center LLC's Response To Defendant Alberta Town Center, LLC's Supplemental Authority To Proposed Findings Of Fact And Conclusions Of Law** was served upon all counsel of record via hand-delivery, first-class mail postage prepaid, or the CM/ECF system which will send notification of such filing to attorneys for plaintiffs at the following e-mail addresses:

>Stephen L. Waters
>Kimberly A. Bruetsch
>Robinson Waters & O'Dorisio, P.C.
>1099 18th Street, Suite 2600
>Denver, CO 80202
>swaters@rwolaw.com
>kbruetsch@rwolaw.com
>*Attorneys for Land Title Guarantee*
>
>Stuart N. Bennett
>Jones & Keller, P.C.
>1999 Broadway, Suite 3150
>Denver, CO 80201
>E-mail: sbennett@joneskeller.com
>*Attorneys for Alberta Town Center, LLC*

/s/ Chris Allen _____