**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

CIVIL ACTION NO.: 09-CV-00799-ZLW-KLM

GRANITE SOUTHLANDS TOWN CENER, LLC,

      Plaintiff

v.

ALBERTA TOWN CENTER, LLC and
LAND TITLE GUARANTEE COMPANY,

      Defendants.

---

**NOTICE OF CHARGING LIEN**

---

      The law firm of Starrs Mihm LLP gives notice of its charging lien pursuant to section 12-5-119, C.R.S. for fees and interest owed to Starrs Mihm LLP by Alberta Town Center, LLC as follows:

      1.    Alberta Town Center, LLC is a party to the above-captioned civil action, Case No. 09-CV-00799, pending in the United States District Court for the District of Colorado.

      2.    The law firm of Starrs Mihm LLP hereby asserts a charging lien pursuant to section 12-5-119, C.R.S. against all choses of action, claims, and demands asserted by Alberta Town Center, LLC in the action referenced in paragraph 1 above, and any judgment in favor of Alberta Town Center, LLC that may be entered in the action referenced in paragraph 1 above, or any fruits of such judgment.  Starrs Mihm LLP asserts a first lien on any recovery that Alberta Town Center, LLC may obtain on such choses of action, claims, and demands, whether by collection on a judgment, settlement, or otherwise.

      3.    Total outstanding costs, attorneys' fees and interest subject to the charging lien are as follows:

            Total unreimbursed costs billed through May 3, 2011:  $0
            Total unpaid attorneys' fees billed through May 3, 2011:  $20,802.83
            Total unpaid interest billed through May 3, 2011: $2,638.32
            Total owing as of May 3, 2011:  $23,441.15

1

Said fees and interest arise out of services rendered for Alberta Town Center, LLC in the matters referenced in paragraph 1 above.

  4. The charging lien also shall be security for repayment of additional interest on the unpaid fees due to Starrs Mihm LLP relating to the matters referenced in paragraph 1 above.

  5. The law firm of Starrs Mihm LLP certifies it has an engagement letter setting forth the terms of compensation between Starrs Mihm & Pulkrabek LLP now known as Starrs Mihm LLP and Alberta Town Center, LLC.  The agreement of compensation is an hourly fee agreement.

Dated this 6th day of May, 2011.

         */s/ Elizabeth A. Starrs*
         Elizabeth A. Starrs
         Elizabeth J. Hyatt
         STARRS MIHM LLP
         707 Seventeenth Street, Suite 2600
         Denver, CO 80202
         (303) 592-5900 – Telephone
         (303) 592-5910 – Facsimile
         estarrs@starrslaw.com
         ehyatt@starrslaw.com

         FORMER COUNSEL FOR ALBERTA
         TOWN CENTER, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of May, 2011, a true and correct copy of the foregoing **NOTICE OF CHARGING LIEN** was electronically filed with the Clerk of Court using the CM/ECF system which will send email notification of such filing to the following:

Osborne J. Dykes, III
Benjamin M. Vetter
Fulbright & Jaworski, LLP
370 Seventeenth Street, Suite 2150
Denver, CO 80202
jdykes@fulbright.com
bvetter@fulbright.com

Paul D. Trahan
Fulbright & Jaworski, LLP
600 Congress Avenue, Suite 2400
Austin, TX  78701
ptrahan@fulbright.com

Steven Robert Kabler
Stuart N. Bennett
Jones & Keller, PC
1999 Broadway, Suite 3150
Denver, CO 80202
skabler@joneskeller.com
sbennett@joneskeller.com

Kimberly A. Bruetsch
Robinson, Waters & O'Dorisio, P.C.
1099 18th Street, Suite 2600
Denver, CO 80202
kbruetsch@rwolaw.com

/s/Elizabeth A. Starrs