# EXHIBIT A

Invoice Number: 10975747
Matter Number: 10904447
Invoice Date: April 14, 2009
Invoice Due Date: May 14, 2009

Jeremy A. Litt, Director, Legal & Comp.
BlackRock Realty Advisors, Inc.
300 Campus Drive, 3rd Floor
Florham Park, NJ  07932

**FULBRIGHT & JAWORSKI L.L.P.**
**A Registered Limited Liability Partnership**
**600 Congress Avenue, Suite 2400**
**Austin, Texas 78701**
**(512) 474-5201**

Requesting Attorney: Jane Snoddy Smith

Tax Identification Number
74-1201087

---

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through March 31, 2009 as follows:

Southlands Town Center Escrow AC70210076 Dispute

| | DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|---|
| PL | 03/02/09 | BW Patrick | 1.90 | 674.50 | Prepare response letter to Alberta's February 27 letter; conference with J. Smith and P. Trahan concerning same. |
| PL | 03/02/09 | J S Smith | 1.00 | 565.00 | Draft response to escrow demand. |
| PL | 03/03/09 | BW Patrick | 3.00 | 1,065.00 | Review and revise response to February 27 Gibson Dunn letter; attention to transmittal of same; prepare response to March 2 Gibson Dunn letter; attention to transmittal of same; conferences with J. Smith and P. Trahan concerning response letters. |
| PL | 03/03/09 | J S Smith | 1.50 | 847.50 | Notice to title company. |
| PL | 03/04/09 | BW Patrick | 2.00 | 710.00 | Prepare demand letter to escrow agent requesting disbursement of estoppel holdback; e-mail correspondence and telephone conference with BlackRock parties concerning same. |
| PL | 03/04/09 | P Trahan | .20 | 102.00 | Conference with B. Patrick regarding the demand on the escrow agent. |
| PL | 03/10/09 | BW Patrick | 1.30 | 461.50 | Telephone conference with Escrow Agent regarding notice letter regarding interpleading of Estoppel Holdback; prepare letter responding to Escrow Agent's notice letter; conference with P. Trahan and J. Smith concerning same. |
| PL | 03/10/09 | J S Smith | .80 | 452.00 | Review and revise letter to title company regarding tender of deposit. |
| PL | 03/10/09 | P Trahan | .70 | 357.00 | Confer with B. Patrick regarding correspondence from the escrow agent; review correspondence relating to same. |
| PL | 03/11/09 | BW Patrick | .50 | 177.50 | E-mail correspondence and telephone conferences with title company, P. Trahan, and J. Smith in connection with escrow holdback. |
| PL | 03/11/09 | P Trahan | 1.00 | 510.00 | Review correspondence from the title company regarding its position as to the escrow funds; confer with real estate counsel regarding same. |

BlackRock Realty Advisors, Inc.
Invoice Number: 10975747
Invoice Date: April 14, 2009
Invoice Due Date: May 14, 2009
Page 2

| | DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|---|
| E | 03/27/09 | P Trahan | 1.50 | 765.00 | Investigate opposing entities for purposes determining venue, jurisdiction, and service; begin draft Complaint. |
| E | 03/30/09 | P Trahan | 1.00 | 510.00 | Continue preparation of the Complaint; review documents relating to entities. |

TOTAL CHARGEABLE HOURS ................................................................................................................. 16.40

FEES .................................................................................................................................................... $7,197.00

LESS: 10% FEE DISCOUNT ................................................................................................................. (719.70)

TOTAL FEES ........................................................................................................................................ $6,477.30

TOTAL FEES AND EXPENSES & SERVICES ...................................................................................... $6,477.30

TOTAL AMOUNT DUE .......................................................................................................................... $6,477.30

*Handwritten annotations:*

Pre-Litigation = PL
Escrow Claim = E

Escrow Claim Fees for March 2009 = $1,147.50
Pre-litigation Fees for March 2009 = $5,329.80

BlackRock Realty Advisors, Inc.
Invoice Number: 10975747
Invoice Date: April 14, 2009
Invoice Due Date: May 14, 2009

Southlands Town Center Escrow AC70210076 Dispute

\* \* \* \* \*

The following is a summary of the time dedicated and the fees charged on an average hourly rate basis to this matter by the Firm's professional staff:

| TIMEKEEPER NAME | TITLE | HOURS | RATE | FEE |
|---|---|---|---|---|
| Jane Snoddy Smith | Partner | 3.30 | $565.00 | 1,864.50 |
| Paul Trahan | Partner | 4.40 | $510.00 | 2,244.00 |
| Bryan Wesley Patrick | Associate | 8.70 | $355.00 | 3,088.50 |
| TOTAL | | 16.40 | | 7,197.00 |

| | HOURS | RATE | FEE |
|---|---|---|---|
| Attorney Personnel | 16.40 | $438.84 | 7,197.00 |
| TOTAL | 16.40 | | 7,197.00 |

\*\* Average Hourly Rate for all Personnel

Invoice Number: 10975747
Matter Number: 10904447

Invoice Date: April 14, 2009
Invoice Due Date: May 14, 2009

Jeremy A. Litt, Director, Legal & Comp.
BlackRock Realty Advisors, Inc.
300 Campus Drive, 3rd Floor
Florham Park, NJ  07932

**FULBRIGHT & JAWORSKI L.L.P.**
A Registered Limited Liability Partnership
600 Congress Avenue, Suite 2400
Austin, Texas 78701
(512) 474-5201

Requesting Attorney: Jane Snoddy Smith

Tax Identification Number
74-1201087

PLEASE RETURN WITH REMITTANCE
TOTAL AMOUNT (PAYABLE IN U.S. DOLLARS) DUE BY MAY 14, 2009

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through March 31, 2009 as follows:

Southlands Town Center Escrow AC70210076 Dispute

| | |
|---|---|
| TOTAL FEES | $7,197.00 |
| LESS:  10% FEE DISCOUNT | (719.70) |
| TOTAL FEES AND EXPENSES & SERVICES | $6,477.30 |
| TOTAL AMOUNT DUE | $6,477.30 |

Invoice Number: 10982815
Matter Number: 10904447
Invoice Date: May 11, 2009
Invoice Due Date: June 10, 2009

Jeremy A. Litt, Director, Legal & Comp.
BlackRock Realty Advisors, Inc.
300 Campus Drive, 3rd Floor
Florham Park, NJ  07932

**FULBRIGHT & JAWORSKI L.L.P.**
**A Registered Limited Liability Partnership**
**600 Congress Avenue, Suite 2400**
**Austin, Texas 78701**
**(512) 474-5201**

Requesting Attorney: Jane Snoddy Smith

Tax Identification Number
74-1201087

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through May 7, 2009 as follows:

Southlands Town Center Escrow AC70210076 Dispute

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| 04/02/09 | BW Patrick | .20 | 71.00 | Conference with J. Smith concerning litigation status. |
| 04/02/09 | J S Smith | 1.00 | 565.00 | Litigation review. |
| 04/02/09 | P Trahan | 2.30 | 1,173.00 | Confer with J. Smith regarding the facts underlying the lawsuit; continue draft of Complaint; confer with associate about legal research regarding venue. |
| 04/03/09 | SH Briggle | 2.50 | 612.50 | Strategy conference with P. Trahan regarding legal research for venue issue; legal research regarding whether the Colorado LLC in this case could be a "resident" of New Jersey for venue purposes under 28 uscs 1389(c); legal research whether diversity jurisdiction in federal courts is then lost if the LLC is deemed to reside in New Jersey for federal venue diversity purposes; email correspondence with P. Trahan regarding same. |
| REDACTED | | | | |
| 04/03/09 | J S Smith | 2.70 | 1,525.50 | Teleconference with J. Litt; litigation questions; review confidentiality, asset search. |
| 04/03/09 | P Trahan | 5.00 | ~~2,550.00~~ $1,275.00 | Confer with J. Litt about the litigation plan; legal research regarding venue and causes of action; review documents regarding same; confer with team about potential causes of action, specifically breach of contract, and collectibility issues; ~~confer with counsel for Callison regarding the arbitration and an exchange of documents; prepare related correspondence; review documents received from Callison~~; review research regarding venue. |
| 04/05/09 | P Trahan | 2.00 | 1,020.00 | Prepare draft of Complaint for the escrow funds. |
| 04/06/09 | OJ Dykes | .50 | 325.00 | Review and comment on complaint regarding escrow lawsuit, including exchange of emails with P. Trahan regarding same and regarding local procedures and formatting in Denver. |

TOTAL = $ 6,567.00

BlackRock Realty Advisors, Inc.
Invoice Number: 10982815
Invoice Date: May 11, 2009
Invoice Due Date: June 10, 2009
Page 2

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| 04/06/09 | BW Patrick | 4.60 | 1,633.00 | Review and revise complaint in escrow dispute; conferences with P. Trahan and J. Smith concerning same. |
| 04/06/09 | J S Smith | .60 | 339.00 | E-mail to J. Litt; review complaint. |
| 04/06/09 | P Trahan | 6.50 | 3,315.00 | Confer with B. Patrick regarding the facts and circumstances underlying the sale and dispute; continue drafting and complete drafting of the Plaintiff's Original Complaint; review documents regarding same; confer with J. Smith regarding same; confer with Colorado counsel regarding same. |
| 04/07/09 | OJ Dykes | .25 | 162.50 | Receive complaint and attention to finalizing and filing. |
| 04/07/09 | BW Patrick | .40 | 142.00 | Email correspondence with P. Trahan and J. Smith concerning filing of complaint and questions concerning same. |
| REDACTED | | | | |
| 04/07/09 | P Trahan | 1.50 | 765.00 | Review and revise Complaint and underlying agreements; confer with client regarding same; confer with Denver counsel in facilitation of finalization and filing. |
| REDACTED | | | | |
| 04/08/09 | J S Smith | 1.60 | 904.00 | Telephone conference with J. Litt; e-mail same; telephone conference with P. Yee and C. Silva; review status and ratification. |
| 04/08/09 | P Trahan | 2.50 | 1,275.00 / 637.50 | REDACTED coordinate filing and circulation of the Complaint; confer with representative of the title company to confirm it will not be instituting a separate action; REDACTED REDACTED prepare correspondence to counsel for Alberta and Land Title enclosing the Complaint. |
| 04/13/09 | OJ Dykes | 1.00 | 650.00 | Receive review information regarding facts and issues. |
| REDACTED | | | | |
| REDACTED | | | | |
| 04/14/09 | J S Smith | .40 | 226.00 | Litigation question; trail of money. |
| REDACTED | | | | |
| 04/15/09 | OJ Dykes | .25 | 162.50 | Exchange email with P. Trahan regarding service of process and regarding research issues. |
| REDACTED | | | | |

Total = 8936.50

BlackRock Realty Advisors, Inc.
Invoice Number: 10982815
Invoice Date: May 11, 2009
Invoice Due Date: June 10, 2009
Page 3

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| | | | | REDACTED |
| 04/15/09 | BM Vetter | .40 | 136.00 | Coordinate with P. Trahan and J. Dykes regarding service of complaint; review memo sent by P. Trahan regarding questions of Colorado law. |
| 04/16/09 | OJ Dykes | 1.30 | 845.00 | Receive and review memoranda from P. Trahan regarding facts, need for asset investigation, and potential claims; phone conference with P. Trahan regarding same. |
| 04/16/09 | BW Patrick | .60 | 213.00 | Review memorandum prepared by P. Trahan regarding the facts underlying the escrow dispute; e-mail correspondence to J. Dykes, B. Vetter, and P. Trahan supplementing same. |
| 04/16/09 | P Trahan | 3.00 | 1,530.00 | Prepare summary of facts underlying the dispute for the benefit of Colorado counsel and to ensure that we are clear on all the facts for purposes of the litigation; confer with Colorado counsel about the need to focus on asset tracing and asset investigation, to see if there is money to satisfy a judgment; confer with Colorado counsel about the needed legal research regarding; confer with real estate team about details of cash flow at closing. |
| 04/16/09 | BM Vetter | .90 | 306.00 | Review factual e-mail sent by P. Trahan; telephone conference with P. Trahan regarding case status and necessary research. |
| REDACTED | | | | |
| REDACTED | | | | |
| REDACTED | | | | |
| 04/20/09 | BW Patrick | .40 | 142.00 | Conference with P. Trahan concerning documents received from BlackRock, Marx Okubo, and Callison Architecture relating to escrow dispute. |
| REDACTED | | | | |
| REDACTED | | | | |
| 04/21/09 | OJ Dykes | .30 | 195.00 | Receive and review correspondence to defendants regarding scheduling order; exchange emails with Mr. Trahan regarding same and regarding time to trial. |

Total = 3367.00

BlackRock Realty Advisors, Inc.
Invoice Number: 10982815
Invoice Date: May 11, 2009
Invoice Due Date: June 10, 2009
Page 4

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| 04/21/09 | P Trahan | 1.00 | 510.00 (255.00) | REDACTED REDACTED confer with local counsel about the scheduling conference; prepare correspondence to Alberta and Land Title enclosing a courtesy copy of the Court's Order; prepare correspondence to the client regarding same. |
| | | | | REDACTED |
| | | | | REDACTED |
| | | | | REDACTED |
| | | | | REDACTED |
| 04/29/09 | J S Smith | .90 | 508.50 | Review claim; telephone conference with J. Litt; |

Total = 763.50

BlackRock Realty Advisors, Inc.
Invoice Number: 10982815
Invoice Date: May 11, 2009
Invoice Due Date: June 10, 2009
Page 5

| DATE | NAME | TIME | AMOUNT | SERVICES |
|------|------|------|--------|----------|
| REDACTED | | | | discussion with P. Trahan. |
| REDACTED | | | | |
| 05/04/09 | OJ Dykes | .30 | 195.00 | Phone conference with Ms. Kimberly Bruetsch, attorney for Land Title Company, regarding possible stipulation for interest bearing account or interpleader. |
| REDACTED | | | | |

Total = 195.00