# EXHIBIT A.1

BlackRock Realty Advisors, Inc.
Invoice Number: 10982815
Invoice Date: May 11, 2009
Invoice Due Date: June 10, 2009
Page 6

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| | | | | REDACTED |
| 05/05/09 | OJ Dykes | .50 | 325.00 | Exchange email with attorneys regarding stipulation proposed by Land Title concerning escrowing of funds; email to Ms. Bruetsch regarding same; receive and review time line; email to attorneys re limitations based on facts in timeline. |

TOTAL CHARGEABLE HOURS ................................................................................................... 99.60

FEES .............................................................................................................................. $46,446.50

LESS: 15% FEE DISCOUNT ............................................................................................. (6,966.98)

TOTAL FEES ................................................................................................................ $39,479.52

EXPENSES & SERVICES:

| E101S | | Copy | 98.85 |
|---|---|---|---|
| REDACTED | | | |
| E104S | | Facsimile | 20.80 |
| E105S | | Telephone | 9.27 |
| E107 | | Delivery services/messengers | 117.00 |
| E107S | | Delivery services/messengers | 7.99 |
| E112 | 04/20/09 | Court fees - Jeff Dykes 04/08/09 Filing fee for filing new case in federal court Bank ID: 008 Check Number: 158974 | 350.00 |
| F254S | 04/03/09 | LEXIS - LEXIS LEGAL SERVICES - SEARCHES USER - BRIGGLE, HAYDEN | 120.00 |
| F254S | 04/24/09 | LEXIS - LEXIS LEGAL SERVICES - SINGLE DOCUMENT R USER - HOUSTON, CUI | 12.00 |
| F254S | 05/03/09 | LEXIS - LEXIS LEGAL SERVICES - SINGLE DOCUMENT R USER - HOUSTON, CUI | 2.00 |

*[handwritten: 608.99]*                                                                                                  1,609.05

TOTAL FEES AND EXPENSES & SERVICES .................................................................. $41,088.57

TOTAL INVOICE AMOUNT DUE ..................................................................................... $41,088.57

REDACTED

*[handwritten at bottom:]*
Total Fees = 325.00
Total Expenses = 737.91

BlackRock Realty Advisors, Inc.
Invoice Number: 10982815
Invoice Date: May 11, 2009
Invoice Due Date: June 10, 2009

Southlands Town Center Escrow AC70210076 Dispute

\* \* \* \* \*

The following is a summary of the time dedicated and the fees charged on an average hourly rate basis to this matter by the Firm's professional staff:

| TIMEKEEPER NAME | TITLE | HOURS | RATE | FEE |
|---|---|---|---|---|
| Osborne J. Dykes | Partner | 8.20 | $650.00 | 5,330.00 |
| Jane Snoddy Smith | Partner | 13.70 | $565.00 | 7,740.50 |
| Paul Trahan | Partner | 41.30 | $510.00 | 21,063.00 |
| Jennifer Diane Sherrill | Counsel | 0.40 | $450.00 | 180.00 |
| Bryan Wesley Patrick | Associate | 8.70 | $355.00 | 3,088.50 |
| Benjamin Matthew Vetter | Associate | 24.80 | $340.00 | 8,432.00 |
| S. A. Hayden Briggle | Associate | 2.50 | $245.00 | 612.50 |
| TOTAL | | 99.60 | | 46,446.50 |

| | HOURS | RATE | FEE |
|---|---|---|---|
| Attorney Personnel | 99.60 | $466.33 | 46,446.50 |
| TOTAL | 99.60 | | 46,446.50 |

\*\* Average Hourly Rate for all Personnel

Invoice Number: 10982815
Matter Number: 10904447

Invoice Date: May 11, 2009
Invoice Due Date: June 10, 2009

Jeremy A. Litt, Director, Legal & Comp.
BlackRock Realty Advisors, Inc.
300 Campus Drive, 3rd Floor
Florham Park, NJ 07932

**FULBRIGHT & JAWORSKI L.L.P.**
A Registered Limited Liability Partnership
600 Congress Avenue, Suite 2400
Austin, Texas 78701
(512) 474-5201

Requesting Attorney: Jane Snoddy Smith

Tax Identification Number
74-1201087

PLEASE RETURN WITH REMITTANCE
TOTAL AMOUNT (PAYABLE IN U.S. DOLLARS) DUE BY JUNE 10, 2009

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through May 7, 2009 as follows:

Southlands Town Center Escrow AC70210076 Dispute

| | |
|---|---|
| TOTAL FEES | $46,446.50 |
| LESS: 15% FEE DISCOUNT | (6,966.98) |
| TOTAL EXPENSES & SERVICES | 1,609.05 |
| TOTAL FEES AND EXPENSES & SERVICES | $41,088.57 |
| TOTAL INVOICE AMOUNT DUE | $41,088.57 ** |

PREVIOUS BALANCE:

| DATE | INVOICE | BALANCE DUE | |
|---|---|---|---|
| 4/14/09 | 10975747 | $6,477.30 | |
| | | | $6,477.30 |
| TOTAL AMOUNT DUE | | | $47,565.87 |

Invoice Number: 10993023
Matter Number: 10904447
Invoice Date: June 12, 2009
Invoice Due Date: July 12, 2009

Jeremy A. Litt, Director, Legal & Comp.
BlackRock Realty Advisors, Inc.
300 Campus Drive, 3rd Floor
Florham Park, NJ 07932

FULBRIGHT & JAWORSKI L.L.P.
A Registered Limited Liability Partnership
600 Congress Avenue, Suite 2400
Austin, Texas 78701
(512) 474-5201

Requesting Attorney: Jane Snoddy Smith

Tax Identification Number
74-1201087

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through May 31, 2009 as follows:

Southlands Town Center Escrow AC70210076 Dispute

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| REDACTED | | | | |
| 05/04/09 | BW Patrick | .20 | 71.00 | Review e-mail correspondence from P. Trahan and J. Smith concerning update on escrow dispute. |
| 05/04/09 | J S Smith | 1.60 | 904.00 | Telephone conference regarding status; review research questions. |
| 05/04/09 | BM Vetter | 2.70 | 918.00 | Review Colorado Supreme Court case addressing constitutionality of Rule 102 on attachment; review United States Supreme Court cases on the procedures necessary for attachment to be constitutional; draft e-mail response to J. Dykes questions regarding procedures required by the due process clause; telephone conference with J. Dykes and K. Bruetsch (counsel for escrow agent) regarding funds held in escrow; correspondence with P. Trahan and J. Smith regarding escrowed funds; begin review of Colorado law on apportionment of attorney fees among various claims; review Colorado cases on offsets in damages awards. |
| 05/05/09 | BW Patrick | .50 | 177.50 | Review questions from P. Trahan regarding timeline of events leading up to litigation; review timeline of events in connection with same; e-mail correspondence with B. Vetter concerning same. |
| 05/05/09 | J S Smith | .80 | 452.00 | Review of escrow deposit questions; telephone conference with P. Trahan regarding time and response. |
| REDACTED | | | | |

Total = $2,522.50

BlackRock Realty Advisors, Inc.
Invoice Number: 10993023
Invoice Date: June 12, 2009
Invoice Due Date: July 12, 2009
Page 2

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| 05/05/09 | BM Vetter | .30 | 102.00 | Correspondence with P. Trahan and J. Smith regarding title companies offer to enter stipulation regarding escrowed funds or to interplead; review local rules regarding investment of interpleaded funds; summarize local rule on investment of interpleaded funds for P. Trahan and J. Smith. |
| REDACTED | | | | |
| 05/07/09 | OJ Dykes | .50 | 325.00 | Receive and review answer of Land Title; exchange email regarding Land Title's proposal for stipulation to retain disputed funds. |
| REDACTED | | | | |
| 05/07/09 | P Trahan | 3.50 | 1,785.00 | Prepare letter to Alberta's counsel; prepare related correspondence to client; confer with A. Kralovec; prepare Litigation Report; review Land Title answer; prepare response to Alberta counsel's e-mail. |
| REDACTED | | | | |
| 05/08/09 | J S Smith | .30 | 169.50 | E-mail to A. Piekarski; telephone conference and e-mail to P. Trahan. |
| REDACTED | | | | |
| 05/11/09 | OJ Dykes | .50 | 325.00 | Receive and review answer and counterclaim of Alberta. |
| 05/11/09 | BW Patrick | 1.20 | 426.00 | Prepare memorandum regarding requirements relating to Alberta's obligations under the purchase agreement and the historical timeline of the correspondence among the parties relating to the rejection of the estoppels. |

Total = 3132.50

BlackRock Realty Advisors, Inc.
Invoice Number: 10993023
Invoice Date: June 12, 2009
Invoice Due Date: July 12, 2009
Page 3

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| REDACTED | | | | |
| 05/11/09 | P Trahan | .70 | 357.00 | Review Alberta's Answer and Counterclaims; prepare correspondence to Colorado counsel regarding same; review correspondence from opposing counsel about true-up; prepare correspondence to opposing counsel about true-up. |
| REDACTED | | | | |
| 05/12/09 | BW Patrick | 1.80 | 639.00 | Continue preparing memorandum outlining contractual obligations of parties with respect to estoppel holdback and timeline of pertinent dates relating to same. |
| REDACTED | | | | |
| REDACTED | | | | |
| 05/13/09 | BW Patrick | .50 | 177.50 | Review and revise affidavit relating to parent entities of Granite Southlands Town Center LLC. |
| 05/13/09 | P Trahan | .70 | 357.00 *(handwritten: 178.50)* | Confer with B. Patrick about the timeline and discussions with Colorado counsel about limitations issues; REDACTED |
| REDACTED | | | | |
| 05/14/09 | P Trahan | .10 | 51.00 | Conference with Colorado counsel about outstanding legal research. |
| REDACTED | | | | |
| REDACTED | | | | |
| 05/15/09 | BM Vetter | .50 | 170.00 | Final proofread and revision of memo for P. Trahan, J. Dykes, and J. Smith regarding Colorado law issues. |
| 05/18/09 | BW Patrick | .30 | 106.50 | Review memorandum prepared by B. Vetter regarding questions of law in connection with escrow dispute. |
| REDACTED | | | | |
| REDACTED | | | | |
| REDACTED | | | | |

*(handwritten: Total = 1,679.50)*

BlackRock Realty Advisors, Inc.
Invoice Number: 10993023
Invoice Date: June 12, 2009
Invoice Due Date: July 12, 2009
Page 4

| DATE | NAME | TIME | AMOUNT | SERVICES |
|------|------|------|--------|----------|
|      |      |      | REDACTED |        |

REDACTED

BlackRock Realty Advisors, Inc.
Invoice Number: 10993023
Invoice Date: June 12, 2009
Invoice Due Date: July 12, 2009
Page 5

| DATE | NAME | TIME | AMOUNT | SERVICES |
|------|------|------|--------|----------|

REDACTED

| | |
|---|---|
| TOTAL CHARGEABLE HOURS | 66.50 |
| FEES | $30,027.00 |
| LESS: 15% FEE DISCOUNT | (4,504.05) |
| TOTAL FEES | $25,522.95 |

EXPENSES & SERVICES:

| | | |
|---|---|---|
| E101S | Copy | 135.15 |
| E104S | Facsimile | 5.60 |
| E105S | Telephone | 73.08 |
| E106S | Online research | 10.00 |

BlackRock Realty Advisors, Inc.
Invoice Number: 10993023
Invoice Date: June 12, 2009
Page 6

| | | |
|---|---|---:|
| E107S | Delivery services/messengers | 47.88 |
| E112 | Court fees | 6.00 |
| F255S | Online Research - Westlaw | 589.19 |
| | | 866.90 |

TOTAL FEES AND EXPENSES & SERVICES ............................................................................................. $26,389.85

TOTAL INVOICE AMOUNT DUE............................................................................................................. $26,389.85

REDACTED



BlackRock Realty Advisors, Inc.
Invoice Number: 10993023
Invoice Date: June 12, 2009
Invoice Due Date: July 12, 2009

Southlands Town Center Escrow AC70210076 Dispute

\* \* \* \* \*

The following is a summary of the time dedicated and the fees charged on an average hourly rate basis to this matter by the Firm's professional staff:

| TIMEKEEPER NAME | TITLE | HOURS | RATE | FEE |
|---|---|---|---|---|
| Osborne J. Dykes | Partner | 3.60 | $650.00 | 2,340.00 |
| Jane Snoddy Smith | Partner | 11.60 | $565.00 | 6,554.00 |
| Paul Trahan | Partner | 20.90 | $510.00 | 10,659.00 |
| Bryan Wesley Patrick | Associate | 9.20 | $355.00 | 3,266.00 |
| Benjamin Matthew Vetter | Associate | 21.20 | $340.00 | 7,208.00 |
| TOTAL | | 66.50 | | 30,027.00 |

| | HOURS | RATE | FEE |
|---|---|---|---|
| Attorney Personnel | 66.50 | $451.53 | 30,027.00 |
| TOTAL | 66.50 | | 30,027.00 |

\*\* Average Hourly Rate for all Personnel