# EXHIBIT A.3

BlackRock Realty Advisors, Inc.
Invoice Number: 11010482
Invoice Date: August 12, 2009
Invoice Due Date: September 11, 2009
Page 3

| DATE | NAME | TIME | AMOUNT | SERVICES |
|------|------|------|--------|----------|
| REDACTED | | | | |



BlackRock Realty Advisors, Inc.

BlackRock Realty Advisors, Inc.
Invoice Number: 11010482
Invoice Date: August 12, 2009
Invoice Due Date: September 11, 2009
Page 4

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| REDACTED | | | | |
| 07/16/09 | OJ Dykes | .50 | 325.00 | Receive and review defendants' initial disclosures; exchange email with P. Trahan regarding obtaining copies of defendants' documents; email to opposing counsel, Ms. Starrs, regarding document production. |
| REDACTED | | | | |

Total = 325.00

BlackRock Realty Advisors, Inc.
Invoice Number: 11010482
Invoice Date: August 12, 2009
Invoice Due Date: September 11, 2009
Page 5

| DATE | NAME | TIME | AMOUNT | SERVICES |
|------|------|------|--------|----------|

REDACTED

| | |
|---|---|
| TOTAL CHARGEABLE HOURS | 84.40 |
| FEES | $39,112.50 |
| LESS: 15% FEE AGREEMENT | (5,866.88) |
| TOTAL FEES | $33,245.62 |

EXPENSES & SERVICES:

| Code | Date | Description | Amount |
|------|------|-------------|--------|
| E101S | | Copy | 9.00 |
| E105S | | Telephone | 5.43 |
| E107 | | Delivery services/messengers | 9.81 |
| F268S | | Pacer | 1.52 |
| E110 | 07/20/09 | Out-of-town travel - Paul Trahan Travel Expenses Incurred(Air Fare $196.60; Car Rental $109.58; Hotel $215.10; Parking/Taxi $44) during Trip to Denver for Hearing REDACTED -- 7/6/2009 -- 10904447 Bank ID: 139 Check Number: 64751 | 544.28 |
| | | | 570.04 |

| | |
|---|---|
| TOTAL FEES AND EXPENSES & SERVICES | $33,815.66 |
| TOTAL INVOICE AMOUNT DUE | $33,815.66 |

BlackRock Realty Advisors, Inc.
Invoice Number: 11010482
Invoice Date: August 12, 2009
Invoice Due Date: September 11, 2009

---

PREVIOUS BALANCE:

| DATE | INVOICE | BALANCE DUE |
|---|---|---|
| 4/14/09 | 10975747 | $6,477.30 |
| 6/12/09 | 10993023 | $26,389.85 |
| 7/9/09 | 11000150 | $16,792.33 |

$49,659.48

TOTAL AMOUNT DUE .................................................................................................................$83,475.14

BlackRock Realty Advisors, Inc.
Invoice Number: 11010482
Invoice Date: August 12, 2009
Invoice Due Date: September 11, 2009

Southlands Town Center Escrow AC70210076 Dispute

\* \* \* \* \*

The following is a summary of the time dedicated and the fees charged on an average hourly rate basis to this matter by the Firm's professional staff:

| TIMEKEEPER NAME | TITLE | HOURS | RATE | FEE |
|---|---|---|---|---|
| Osborne J. Dykes | Partner | 2.80 | $650.00 | 1,820.00 |
| Jane Snoddy Smith | Partner | 14.20 | $565.00 | 8,023.00 |
| Paul Trahan | Partner | 44.00 | $510.00 | 22,440.00 |
| Bryan Wesley Patrick | Associate | 6.20 | $355.00 | 2,201.00 |
| Benjamin Matthew Vetter | Associate | 7.90 | $340.00 | 2,686.00 |
| Stacey L. Hay | Prac Support | 0.80 | $250.00 | 200.00 |
| Deborah G. McLeod | Paralegal | 8.50 | $205.00 | 1,742.50 |
| TOTAL | | 84.40 | | 39,112.50 |

| | HOURS | RATE | FEE |
|---|---|---|---|
| Attorney Personnel | 75.10 | $494.94 | 37,170.00 |
| Paralegal Personnel | 9.30 | $208.87 | 1,942.50 |
| TOTAL | 84.40 | | 39,112.50 |

\*\* Average Hourly Rate for all Personnel

Invoice Number: 11010482
Matter Number: 10904447

Invoice Date: August 12, 2009
Invoice Due Date: September 11, 2009

Jeremy A. Litt, Director, Legal & Comp.
BlackRock Realty Advisors, Inc.
300 Campus Drive, 3rd Floor
Florham Park, NJ  07932

**FULBRIGHT & JAWORSKI L.L.P.**
A Registered Limited Liability Partnership
600 Congress Avenue, Suite 2400
Austin, Texas 78701
(512) 474-5201

Requesting Attorney: Jane Snoddy Smith

Tax Identification Number
74-1201087

PLEASE RETURN WITH REMITTANCE
TOTAL AMOUNT (PAYABLE IN U.S. DOLLARS) DUE BY SEPTEMBER 11, 2009

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through July 31, 2009 as follows:

Southlands Town Center Escrow AC70210076 Dispute

| | |
|---|---|
| TOTAL FEES | $39,112.50 |
| LESS:  15% FEE AGREEMENT | (5,866.88) |
| TOTAL EXPENSES & SERVICES | 570.04 |
| TOTAL FEES AND EXPENSES & SERVICES | $33,815.66 |
| TOTAL INVOICE AMOUNT DUE | $33,815.66 ** |

PREVIOUS BALANCE:

| DATE | INVOICE | BALANCE DUE |
|---|---|---|
| 4/14/09 | 10975747 | $6,477.30 |
| 6/12/09 | 10993023 | $26,389.85 |
| 7/9/09 | 11000150 | $16,792.33 |
| | | $49,659.48 |

TOTAL AMOUNT DUE ................................................................................................$83,475.14

Invoice Number: 11018185
Matter Number: 10904447
Invoice Date: September 9, 2009
Invoice Due Date: October 9, 2009

Jeremy A. Litt, Director, Legal & Comp.
BlackRock Realty Advisors, Inc.
300 Campus Drive, 3rd Floor
Florham Park, NJ 07932

**FULBRIGHT & JAWORSKI L.L.P.**
A Registered Limited Liability Partnership
600 Congress Avenue, Suite 2400
Austin, Texas 78701
(512) 474-5201

Requesting Attorney: Jane Snoddy Smith

Tax Identification Number
74-1201087

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through August 31, 2009 as follows:

Southlands Town Center Escrow AC70210076 Dispute

| DATE | NAME | TIME | AMOUNT | SERVICES |
|------|------|------|--------|----------|
| REDACTED | | | | |
| 08/03/09 | P Trahan | .30 | 153.00 | Conference with team regarding outstanding issues and tasks. |
| 08/03/09 | BM Vetter | 1.50 | 510.00 | Review correspondence and files to determine what documents to request; being drafting discovery requests. |

TOTAL CHARGEABLE HOURS ................................................................................................... 2.60

FEES ................................................................................................................................... $989.00

LESS: 15% FEE DISCOUNT ............................................................................................... (148.35)

TOTAL FEES ........................................................................................................................ $840.65

TOTAL FEES AND EXPENSES & SERVICES ................................................................... $840.65

TOTAL INVOICE AMOUNT DUE ....................................................................................... $840.65



Total = 663.00

BlackRock Realty Advisors, Inc.
Invoice Number: 11018185
Invoice Date: September 9, 2009
Invoice Due Date: October 9, 2009

---

Southlands Town Center Escrow AC70210076 Dispute

\* \* \* \* \*

The following is a summary of the time dedicated and the fees charged on an average hourly rate basis to this matter by the Firm's professional staff:

| TIMEKEEPER NAME | TITLE | HOURS | RATE | FEE |
|---|---|---|---|---|
| Jane Snoddy Smith | Partner | 0.20 | $565.00 | 113.00 |
| Paul Trahan | Partner | 0.30 | $510.00 | 153.00 |
| Bryan Wesley Patrick | Associate | 0.60 | $355.00 | 213.00 |
| Benjamin Matthew Vetter | Associate | 1.50 | $340.00 | 510.00 |
| TOTAL | | 2.60 | | 989.00 |

| | HOURS | RATE | FEE |
|---|---|---|---|
| Attorney Personnel | 2.60 | $380.38 | 989.00 |
| TOTAL | 2.60 | | 989.00 |

\*\* Average Hourly Rate for all Personnel

Invoice Number: 11018185
Matter Number: 10904447

Invoice Date: September 9, 2009
Invoice Due Date: October 9, 2009

Jeremy A. Litt, Director, Legal & Comp.
BlackRock Realty Advisors, Inc.
300 Campus Drive, 3rd Floor
Florham Park, NJ  07932

**FULBRIGHT & JAWORSKI L.L.P.**
A Registered Limited Liability Partnership
600 Congress Avenue, Suite 2400
Austin, Texas 78701
(512) 474-5201

Requesting Attorney: Jane Snoddy Smith

Tax Identification Number
74-1201087

PLEASE RETURN WITH REMITTANCE
TOTAL AMOUNT (PAYABLE IN U.S. DOLLARS) DUE BY OCTOBER 9, 2009

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through August 31, 2009 as follows:

Southlands Town Center Escrow AC70210076 Dispute

| | |
|---|---|
| TOTAL FEES | $989.00 |
| LESS:  15% FEE DISCOUNT | (148.35) |
| TOTAL FEES AND EXPENSES & SERVICES | $840.65 |
| TOTAL INVOICE AMOUNT DUE | $840.65 ** |

Invoice Number: 11018175
Matter Number: 10904447
Invoice Date: September 9, 2009
Invoice Due Date: October 9, 2009

Jeremy A. Litt, Director, Legal & Comp.
BlackRock Realty Advisors, Inc.
300 Campus Drive, 3rd Floor
Florham Park, NJ  07932

**FULBRIGHT & JAWORSKI L.L.P.**
A Registered Limited Liability Partnership
600 Congress Avenue, Suite 2400
Austin, Texas 78701
(512) 474-5201

Requesting Attorney: Jane Snoddy Smith

Tax Identification Number
74-1201087

Southlands Town Center Escrow AC70210076
Dispute
(ESCROW)

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through August 31, 2009 as follows:

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| 08/10/09 | OJ Dykes | .50 | 325.00 | Review of proposed protective order in preparation for phone conference with opposing counsel regarding same; phone conference with P. Trahan and Ms. Hyatt regarding finalizing and submitting proposed protective order. |
| 08/11/09 | P Trahan | .30 | 153.00 | Conference with co-counsel and client about protective order. |

TOTAL CHARGEABLE HOURS ................................................................................................................ 0.80

FEES ................................................................................................................................................... $478.00

LESS:  15% FEE DISCOUNT ................................................................................................................ (71.70)

TOTAL FEES ...................................................................................................................................... $406.30

EXPENSES & SERVICES:

| E105S | Telephone | 0.18 |
|---|---|---|
| | | 0.18 |

TOTAL FEES AND EXPENSES & SERVICES ......................................................................................... $406.48

TOTAL INVOICE AMOUNT DUE ............................................................................................................ $406.48