# EXHIBIT A.4

BlackRock Realty Advisors, Inc.
Invoice Number: 11018175
Invoice Date: September 9, 2009
Invoice Due Date: October 9, 2009

PREVIOUS BALANCE:

| DATE | INVOICE | BALANCE DUE |
|---|---|---|
| 7/9/09 | 11000150 | $16,792.33 |
| 8/12/09 | 11010482 | $33,815.66 |

BlackRock Realty Advisors, Inc.
Invoice Number: 11018175
Invoice Date: September 9, 2009
Invoice Due Date: October 9, 2009

Southlands Town Center Escrow AC70210076
Dispute
(ESCROW)

\* \* \* \* \*

The following is a summary of the time dedicated and the fees charged on an average hourly rate basis to this matter by the Firm's professional staff:

| TIMEKEEPER NAME | TITLE | HOURS | RATE | FEE |
|---|---|---|---|---|
| Osborne J. Dykes | Partner | 0.50 | $650.00 | 325.00 |
| Paul Trahan | Partner | 0.30 | $510.00 | 153.00 |
| TOTAL | | 0.80 | | 478.00 |

| | HOURS | RATE | FEE |
|---|---|---|---|
| Attorney Personnel | 0.80 | $597.50 | 478.00 |
| TOTAL | 0.80 | | 478.00 |

\*\* Average Hourly Rate for all Personnel

Invoice Number: 11018175
Matter Number: 10904447

Invoice Date: September 9, 2009
Invoice Due Date: October 9, 2009

Jeremy A. Litt, Director, Legal & Comp.
BlackRock Realty Advisors, Inc.
300 Campus Drive, 3rd Floor
Florham Park, NJ 07932

**FULBRIGHT & JAWORSKI L.L.P.**
A Registered Limited Liability Partnership
600 Congress Avenue, Suite 2400
Austin, Texas 78701
(512) 474-5201

Requesting Attorney: Jane Snoddy Smith

Tax Identification Number
74-1201087

PLEASE RETURN WITH REMITTANCE
TOTAL AMOUNT (PAYABLE IN U.S. DOLLARS) DUE BY OCTOBER 9, 2009

Southlands Town Center Escrow AC70210076
Dispute
(ESCROW)

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through August 31, 2009 as follows:

| | |
|---|---|
| TOTAL FEES | $478.00 |
| LESS: 15% FEE DISCOUNT | (71.70) |
| TOTAL EXPENSES & SERVICES | 0.18 |
| TOTAL FEES AND EXPENSES & SERVICES | $406.48 |
| TOTAL INVOICE AMOUNT DUE | $406.48 ** |

PREVIOUS BALANCE:

| DATE | INVOICE | BALANCE DUE |
|---|---|---|
| 7/9/09 | 11000150 | $16,792.33 |
| 8/12/09 | 11010482 | $33,815.66 |

Invoice Number: 11025990
Matter Number: 10904447
Invoice Date: October 8, 2009
Invoice Due Date: November 7, 2009

Jeremy A. Litt, Director, Legal & Comp.
BlackRock Realty Advisors, Inc.
300 Campus Drive, 3rd Floor
Florham Park, NJ  07932

FULBRIGHT & JAWORSKI L.L.P.
A Registered Limited Liability Partnership
600 Congress Avenue, Suite 2400
Austin, Texas 78701
(512) 474-5201

Requesting Attorney: Jane Snoddy Smith

Tax Identification Number
74-1201087

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through September 30, 2009 as follows:

Southlands Town Center Escrow AC70210076 Dispute

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| REDACTED | | | | |
| 09/01/09 | P Trahan | .50 | 255.00 | {Escrow} Conference with opposing counsel about the need to revise the Protective Order to allow us to exchange confidential construction information with our contractors; review correspondence to the court relating to same. |
| REDACTED | | | | |
| 09/02/09 | P Trahan | 2.00 | 1,020.00 | {Escrow} Prepare for and attend telephone hearing about the Protective Order. |
| REDACTED | | | | |

Total = 1,275.00

BlackRock Realty Advisors, Inc.
Invoice Number: 11025990
Invoice Date: October 8, 2009
Invoice Due Date: November 7, 2009
Page 2

| DATE | NAME | TIME | AMOUNT | SERVICES |
|------|------|------|--------|----------|
| REDACTED | | | | |
| 09/03/09 | P Trahan | 1.00 | 510.00 | {Escrow} Confer with opposing counsel about the Protective Order and disclosures under Rule 26(a)(1). |
| REDACTED | | | | |
| 09/08/09 | BW Patrick | .70 | 248.50 | {Escrow} Conference with P. Trahan concerning document disclosure; telephone conference with P. Trahan and B. Hyatt concerning same. |
| REDACTED | | | | |
| 09/08/09 | P Trahan | .50 | 255.00 | {Escrow} Conference with opposing counsel about document production issues and the Protective Order; conference with B. Patrick regarding same. |
| REDACTED | | | | |

Total = 1,013.50

BlackRock Realty Advisors, Inc.
Invoice Number: 11025990
Invoice Date: October 8, 2009
Invoice Due Date: November 7, 2009
Page 3

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| REDACTED | | | | |
| 09/10/09 | BW Patrick | 2.40 | 852.00 | {Escrow} Prepare Granite's initial discovery disclosures. |
| REDACTED | | | | |
| 09/11/09 | BW Patrick | 2.00 | 710.00 | {Escrow} Continue preparing relevant materials relating to Granite's initial disclosures. |
| 09/11/09 | J S Smith | .10 | 56.50 | {Escrow} Review memo regarding timing and settlement offer. |
| 09/11/09 | P Trahan | .70 | 357.00 | {Escrow} Conference with opposing counsel about the Protective Order; conference with Colorado counsel about discovery and case status; conference with J. Smith regarding same; confer with litigation associate A. Schramek about the Offer of Judgment rule. |
| REDACTED | | | | |
| 09/14/09 | CA Collis | 2.00 | 440.00 | {Escrow} Review and revise documents to prepare for bates numbering and producing documents to plaintiffs per Initial F.R.C.P. 26(a)(1) Disclosures. |
| 09/14/09 | BW Patrick | .10 | 35.50 | {Escrow} Conference with C. Collis concerning preparation of initial disclosures. |
| REDACTED | | | | |
| 09/14/09 | P Trahan | .80 | 408.00 | {Escrow} Review and revise Protective Order; review documents in anticipate of Rule 26(a)(1) disclosures; conference with legal assistant in regard to same; review consulting expert's proposal; prepare correspondence to client regarding same. |
| REDACTED | | | | |

Total = 2,859.00

BlackRock Realty Advisors, Inc.
Invoice Number: 11025990
Invoice Date: October 8, 2009
Invoice Due Date: November 7, 2009
Page 4

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| REDACTED | | | | |
| 09/15/09 | L Valencia | .40 | 60.00 | {Escrow} Prepare electronic media for C. Collis. |
| 09/16/09 | CA Collis | 6.50 | 1,430.00 | {Escrow} Attention to production of documents produced to plaintiffs per Initial F.R.C.P. 26(a)(1) Disclosures and preparation of index. |
| REDACTED | | | | |
| 09/16/09 | P Trahan | 1.20 | 612.00 | {Escrow} Coordinate document production; conference with legal assistant regarding document production; review and classify documents; confernece with A. Piekarski about status of settlement discussions with Alberta. |
| 09/17/09 | CA Collis | 1.50 | 330.00 | {Escrow} Attention to production of documents produced to plaintiffs per Initial F.R.C.P. 26(a)(1) Disclosures and preparation of index. |
| REDACTED | | | | |
| 09/17/09 | P Trahan | .20 | 102.00 | {Escrow} Conference with opposing counsel about the Protective Order and document production. |
| 09/18/09 | CA Collis | 3.50 | 770.00 | {Escrow} Attention to index relating to production of documents produced to plaintiffs per Initial F.R.C.P. 26(a)(1) Disclosures. |
| 09/18/09 | BW Patrick | .40 | 142.00 | {Escrow} Review list of initial disclosures; conferences with J. Smith and P. Trahan regarding confidential nature of any items on list. |
| 09/18/09 | J S Smith | .50 | 282.50 | {Escrow} Review and revise privilege list. |
| 09/18/09 | P Trahan | .80 | 408.00 | {Escrow} Review documents for production; conference with opposing counsel regarding same and Protective Order; prepare correspondence regarding same; confer with B. Patrick regarding "Confidentiality" designations. |
| REDACTED | | | | |
| 09/21/09 | CA Collis | 2.30 | 506.00 | {Escrow} Revise documents produced pursuant to Initial FRCP 26(a)(1) Disclosures to indicate confidentiality status; send documents to opposing counsel. |
| 09/21/09 | OJ Dykes | .20 | 130.00 | {Escrow} Receive and review email from B. Hyatt regarding submittingagreed protective order without concurrence of recently added defendants and exchange emails with P. Trahan regarding same. |
| REDACTED | | | | |

Total = 4772.50

BlackRock Realty Advisors, Inc.
Invoice Number: 11025990
Invoice Date: October 8, 2009
Invoice Due Date: November 7, 2009
Page 5

| DATE | NAME | TIME | AMOUNT | SERVICES |
|------|------|------|--------|----------|
| 09/21/09 | P Trahan | .30 | 153.00 | {Escrow} Conference with opposing counsel about Protective Order; review and revise same. |
| 09/21/09 | L Valencia | 2.90 | 435.00 | {Escrow} Prepare electronic media for P. Trahan; OCR documents for same. |
| 09/22/09 | CA Collis | 1.90 | 418.00 | {Escrow} Review and revise Index to documents produced pursuant to Initial FRCP (26(a)(1) Disclosures; circulate same to appropriate attorneys. |
| REDACTED | | | | |
| 09/22/09 | P Trahan | 1.00 | 510.00 | {Escrow} review documents for production to opposing counsel in response to Rule 26(a)(1), including review for privilege and confidentiality designations; prepare related correspondence. |
| REDACTED | | | | |
| 09/24/09 | P Trahan | .90 | 459.00 | {Escrow} Prepare Motion for Entry of Protective Order. |
| REDACTED | | | | |
| REDACTED | | | | |
| REDACTED | | | | |

Total = 1,975.00

BlackRock Realty Advisors, Inc.
Invoice Number: 11025990
Invoice Date: October 8, 2009
Invoice Due Date: November 7, 2009
Page 6



BlackRock Realty Advisors, Inc.
Invoice Number: 11025990
Invoice Date: October 8, 2009
Invoice Due Date: November 7, 2009
Page 7

**REDACTED**

| | |
|---|---|
| TOTAL CHARGEABLE HOURS | 122.55 |
| FEES | $54,614.50 |
| LESS: 15% FEE DISCOUNT | (8,192.18) |
| TOTAL FEES | $46,422.32 |

EXPENSES & SERVICES:

| Code | Date | Description | Amount |
|---|---|---|---|
| E101S | | Copy | 382.80 |
| E104S | | Facsimile | 19.20 |
| E105S | | Telephone | 24.87 |
| E107 | | Delivery services/messengers | 80.00 |
| E107S | | Delivery services/messengers | 16.00 |
| F256S | 09/11/09 | 12349 COLOR COPIES 6 AOGR05 | 3.00 |
| | | | 525.87 |

| | |
|---|---|
| TOTAL FEES AND EXPENSES & SERVICES | $46,948.19 |
| TOTAL INVOICE AMOUNT DUE | $46,948.19 |