# EXHIBIT A.5

BlackRock Realty Advisors, Inc.
Invoice Number: 11025990
Invoice Date: October 8, 2009
Invoice Due Date: November 7, 2009

PREVIOUS BALANCE:

| DATE | INVOICE | BALANCE DUE |
|---|---|---|
| 7/9/09 | 11000150 | $16,792.33 |
| 8/12/09 | 11010482 | $33,815.66 |
| 9/9/09 | 11018175 | $406.48 |
| 9/9/09 | 11018180 | $40,962.44 |
| 9/9/09 | 11018185 | $840.65 |

$92,817.56

TOTAL AMOUNT DUE ...................................................................................................$139,765.75

BlackRock Realty Advisors, Inc.
Invoice Number: 11025990
Invoice Date: October 8, 2009
Invoice Due Date: November 7, 2009

---

Southlands Town Center Escrow AC70210076 Dispute

---

\* \* \* \* \*

The following is a summary of the time dedicated and the fees charged on an average hourly rate basis to this matter by the Firm's professional staff:

| TIMEKEEPER NAME | TITLE | HOURS | RATE | FEE |
|---|---|---|---|---|
| Osborne J. Dykes | Partner | 15.30 | $650.00 | 9,945.00 |
| Jane Snoddy Smith | Partner | 20.80 | $565.00 | 11,752.00 |
| Paul Trahan | Partner | 37.25 | $510.00 | 18,997.50 |
| Bryan Wesley Patrick | Associate | 16.20 | $355.00 | 5,751.00 |
| Benjamin Matthew Vetter | Associate | 9.50 | $340.00 | 3,230.00 |
| Cynthia A. Collis | Sr Paralegal | 20.20 | $220.00 | 4,444.00 |
| Linda Valencia | Project Ast | 3.30 | $150.00 | 495.00 |
| TOTAL | | 122.55 | | 54,614.50 |

| | HOURS | RATE | FEE |
|---|---|---|---|
| Attorney Personnel | 99.05 | $501.52 | 49,675.50 |
| Paralegal Personnel | 23.50 | $210.17 | 4,939.00 |
| TOTAL | 122.55 | | 54,614.50 |

\*\* Average Hourly Rate for all Personnel

Invoice Number: 11025990
Matter Number: 10904447

Invoice Date: October 8, 2009
Invoice Due Date: November 7, 2009

Jeremy A. Litt, Director, Legal & Comp.
BlackRock Realty Advisors, Inc.
300 Campus Drive, 3rd Floor
Florham Park, NJ  07932

**FULBRIGHT & JAWORSKI L.L.P.**
A Registered Limited Liability Partnership
600 Congress Avenue, Suite 2400
Austin, Texas 78701
(512) 474-5201

Requesting Attorney: Jane Snoddy Smith

Tax Identification Number
74-1201087

PLEASE RETURN WITH REMITTANCE
TOTAL AMOUNT (PAYABLE IN U.S. DOLLARS) DUE BY NOVEMBER 7, 2009

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through September 30, 2009 as follows:

Southlands Town Center Escrow AC70210076 Dispute

| | |
|---|---:|
| TOTAL FEES | $54,614.50 |
| LESS: 15% FEE DISCOUNT | (8,192.18) |
| TOTAL EXPENSES & SERVICES | 525.87 |
| TOTAL FEES AND EXPENSES & SERVICES | $46,948.19 |
| TOTAL INVOICE AMOUNT DUE | $46,948.19 ** |

PREVIOUS BALANCE:

| DATE | INVOICE | BALANCE DUE |
|---|---|---|
| 7/9/09 | 11000150 | $16,792.33 |
| 8/12/09 | 11010482 | $33,815.66 |
| 9/9/09 | 11018175 | $406.48 |
| 9/9/09 | 11018180 | $40,962.44 |
| 9/9/09 | 11018185 | $840.65 |
| | | $92,817.56 |

TOTAL AMOUNT DUE ............$139,765.75

BlackRock Realty Advisors, Inc.
Invoice Number: 11025990
Invoice Date: October 8, 2009
Invoice Due Date: November 7, 2009

Invoice Number: 11037080
Matter Number: 10904447
Invoice Date: November 11, 2009
Invoice Due Date: December 11, 2009

Jeremy A. Litt, Director, Legal & Comp.
BlackRock Realty Advisors, Inc.
300 Campus Drive, 3rd Floor
Florham Park, NJ  07932

**FULBRIGHT & JAWORSKI L.L.P.**
A Registered Limited Liability Partnership
600 Congress Avenue, Suite 2400
Austin, Texas 78701
(512) 474-5201

Requesting Attorney: Jane Snoddy Smith

Tax Identification Number
74-1201087

Southlands Town Center Escrow AC70210076
Dispute {Escrow}

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through October 31, 2009 as follows:

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| 10/07/09 | BM Vetter | 3.30 | 1,122.00 | Prepare and proofread first set of Requests for Production; review local rules regarding service of process; review cases discussing defective service of process and when the objection must be raised; review motions for entry of appearance and withdrawal of counsel; secure summons for service in case needed. |
| 10/07/09 | BM Vetter | 1.90 | 646.00 | Review Proposed Scheduling order filed with the court; attend scheduling conference in Judge Hagerty's courtroom. |
| 10/16/09 | J S Smith | .50 | 282.50 | Review of memo. |

TOTAL CHARGEABLE HOURS ........................................................................................................................5.70

FEES ..........................................................................................................................................................$2,050.50

LESS:  15% FEE DISCOUNT ..........................................................................................................................(307.58)

TOTAL FEES ................................................................................................................................................$1,742.92

TOTAL FEES AND EXPENSES & SERVICES ..............................................................................................$1,742.92

TOTAL INVOICE AMOUNT DUE....................................................................................................................$1,742.92

BlackRock Realty Advisors, Inc.
Invoice Number: 11037080
Invoice Date: November 11, 2009
Invoice Due Date: December 11, 2009

---

Southlands Town Center Escrow AC70210076
Dispute {Escrow}

---

\* \* \* \* \*

The following is a summary of the time dedicated and the fees charged on an average hourly rate basis to this matter by the Firm's professional staff:

| TIMEKEEPER NAME | TITLE | HOURS | RATE | FEE |
|---|---|---|---|---|
| Jane Snoddy Smith | Partner | 0.50 | $565.00 | 282.50 |
| Benjamin Matthew Vetter | Associate | 5.20 | $340.00 | 1,768.00 |
| | TOTAL | 5.70 | | 2,050.50 |

| | HOURS | RATE | FEE |
|---|---|---|---|
| Attorney Personnel | 5.70 | $359.74 | 2,050.50 |
| TOTAL | 5.70 | | 2,050.50 |

\*\* Average Hourly Rate for all Personnel

Invoice Number: 11037080
Matter Number: 10904447

Invoice Date: November 11, 2009
Invoice Due Date: December 11, 2009

Jeremy A. Litt, Director, Legal & Comp.
BlackRock Realty Advisors, Inc.
300 Campus Drive, 3rd Floor
Florham Park, NJ  07932

**FULBRIGHT & JAWORSKI L.L.P.**
**A Registered Limited Liability Partnership**
**600 Congress Avenue, Suite 2400**
**Austin, Texas 78701**
**(512) 474-5201**

Requesting Attorney: Jane Snoddy Smith

Tax Identification Number
74-1201087

PLEASE RETURN WITH REMITTANCE
TOTAL AMOUNT (PAYABLE IN U.S. DOLLARS) DUE BY DECEMBER 11, 2009

Southlands Town Center Escrow AC70210076
Dispute {Escrow}

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through October 31, 2009 as follows:

TOTAL FEES .................................................................................................................................$2,050.50

LESS:  15% FEE DISCOUNT ........................................................................................................(307.58)

TOTAL FEES AND EXPENSES & SERVICES ..........................................................................$1,742.92

TOTAL INVOICE AMOUNT DUE............................................................................................ $1,742.92 **

Invoice Number: 11045862<br>
Matter Number: 10904447<br>
Invoice Date: December 11, 2009<br>
Invoice Due Date: January 10, 2010

Jeremy A. Litt, Director, Legal & Comp.
BlackRock Realty Advisors, Inc.
300 Campus Drive, 3rd Floor
Florham Park, NJ  07932

**FULBRIGHT & JAWORSKI L.L.P.**
A Registered Limited Liability Partnership
600 Congress Avenue, Suite 2400
Austin, Texas 78701
(512) 474-5201

Requesting Attorney: Jane Snoddy Smith

Tax Identification Number
74-1201087

Southlands Town Center Escrow AC70210076
Dispute

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through November 30, 2009 as follows:

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| 11/12/09 | BW Patrick | .60 | 213.00 | Review and revise discovery request; conference with P. Trahan concerning same. |

TOTAL CHARGEABLE HOURS ................................................................................................................ 0.60

FEES ............................................................................................................................................... $213.00

LESS:  15% FEE DISCOUNT ............................................................................................................. (31.95)

TOTAL FEES ................................................................................................................................... $181.05

TOTAL FEES AND EXPENSES & SERVICES ................................................................................. $181.05

TOTAL INVOICE AMOUNT DUE ...................................................................................................... $181.05

BlackRock Realty Advisors, Inc.
Invoice Number: 11045862
Invoice Date: December 11, 2009
Invoice Due Date: January 10, 2010

---

Southlands Town Center Escrow AC70210076
Dispute

---

\* \* \* \* \*

The following is a summary of the time dedicated and the fees charged on an average hourly rate basis to this matter by the Firm's professional staff:

| TIMEKEEPER NAME | TITLE | HOURS | RATE | FEE |
|---|---|---|---|---|
| Bryan Wesley Patrick | Associate | 0.60 | $355.00 | 213.00 |
| TOTAL | | 0.60 | | 213.00 |

| | HOURS | RATE | FEE |
|---|---|---|---|
| Attorney Personnel | 0.60 | $355.00 | 213.00 |
| TOTAL | 0.60 | | 213.00 |

\*\* Average Hourly Rate for all Personnel

Invoice Number: 11052436
Matter Number: 10904447
Invoice Date: January 12, 2010
Invoice Due Date: February 11, 2010

Jeremy A. Litt, Director, Legal & Comp.
BlackRock Realty Advisors, Inc.
300 Campus Drive, 3rd Floor
Florham Park, NJ 07932

**FULBRIGHT & JAWORSKI L.L.P.**
A Registered Limited Liability Partnership
600 Congress Avenue, Suite 2400
Austin, Texas 78701
(512) 474-5201

Requesting Attorney: Jane Snoddy Smith

Tax Identification Number
74-1201087

Southlands Town Center Escrow AC70210076
Dispute {ESCROW}

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through December 31, 2009 as follows:

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| 12/03/09 | BW Patrick | .70 | 248.50 | Review Alberta's motion for summary judgment; e-mail correspondence with P. Trahan and J. Smith concerning same. |
| 12/03/09 | J S Smith | .40 | 226.00 | Review response. |
| 12/04/09 | P Trahan | 2.00 | 1,020.00 | Conference with opposing counsel about outstanding discovery issues; conference with Forest City about Marko Blinder's deposition; prepare correspondence to counsel about discovery issues. |
| 12/04/09 | BM Vetter | 2.00 | 680.00 | Review Alberta's response to deposition notices; review motion for partial summary judgment; confirm due date of response to motion for partial summary judgment; review case file to ensure that Alberta did not serve any discovery requests. |
| 12/07/09 | P Trahan | 1.20 | 612.00 [handwritten: 306.00] | Conference with team about interview and deposition of Marko Blinder; prepare correspondence to opposing counsel regarding outstanding issues; REDACTED |
| 12/07/09 | BM Vetter | 3.50 | 1,190.00 | Review discovery requests; review correspondence between the parties regarding discovery disputes; prepare notice of deposition for Blinder deposition. |
| 12/08/09 | BW Patrick | 2.30 | 816.50 | Review Alberta's motion for partial summary judgment; review case law cited in same; review correspondence relating to escrow dispute. |
| 12/09/09 | BW Patrick | .50 | 177.50 | Continue preparing response to Alberta's motion for summary judgment. |
| REDACTED | | | | |
| 12/10/09 | BW Patrick | 6.30 | 2,236.50 | Continue preparing response to Alberta's motion for partial summary judgment. |

[handwritten: Total = 6,901.00]