# EXHIBIT A.6

BlackRock Realty Advisors, Inc.
Invoice Number: 11052436
Invoice Date: January 12, 2010
Invoice Due Date: February 11, 2010
Page 2

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| 12/11/09 | BW Patrick | .30 | 106.50 | Continue revising response to Alberta's Motion for Summary Judgment. |
| 12/11/09 | BM Vetter | 6.80 | 2,312.00 | Review correspondence from S. Bennett regarding discovery disputes; draft and send letter responding to S. Bennett; review and revise draft of response to Alberta's motion for partial summary judgment. |
| 12/14/09 | BW Patrick | 3.80 | 1,349.00 | Review and revise response to Alberta's Motion for Partial Summary Judgment; e-mail correspondence and telephone conferences with J. Smith and P. Trahan concerning same. |
| 12/14/09 | J S Smith | 3.20 | 1,808.00 | Discussion and review; discovery requests; partial summary motion response. |
| 12/14/09 | P Trahan | 2.50 | 1,275.00 | Review correspondence from opposing counsel; review list of deadlines; review and revise Response to Summary Judgment Motion. |
| 12/15/09 | BW Patrick | .90 | 319.50 | E-mail correspondence and conferences with J. Smith, P. Trahan and B. Vetter regarding response to Alberta's motion for partial summary judgment and Alberta's discovery responses. |
| 12/15/09 | J S Smith | .70 | 395.50 | Review Motion for Summary Judgment. |
| 12/15/09 | P Trahan | 1.50 | 765.00 | Multiple communications with team about summary judgment response and discovery issues. |
| 12/15/09 | BM Vetter | 6.70 | 2,278.00 | Conferences with opposing counsel and P. Trahan regarding deposition scheduling; review revisions to response to partial summary judgment motion; outline disputed discovery issues to discuss with opposing counsel; search for most recent copy of agreed protective order; telephone conference with Alberta's counsel regarding production of documents. |
| 12/16/09 | OJ Dykes | 2.00 | 1,300.00 | Further work on response to Alberta's motion for partial summary judgment, including conference with B. Vetter regarding same and phone conference with P. Trahan regarding same and regarding discovery. |
| 12/16/09 | BW Patrick | 7.80 | 2,769.00 | Continue review and revision of response to Alberta's motion for partial summary judgment on the escrow claim. |
| 12/16/09 | P Trahan | 4.50 | 2,295.00 | Conference with team and opposing counsel about securing a signed Protective Order; begin preparation of affidavit to support summary judgment response; prepare draft of document subpoenas for Southlands tenants; conference with team about appropriate affiant; conference with prior counsel for Alberta about the Protective Order; conference with J. Litt about outstanding issues. |
| 12/17/09 | OJ Dykes | .30 | 195.00 | Receive and review emails from counsel regarding discovery, including conference with B. Vetter regarding protective order and timing of discovery. |
| 12/17/09 | BW Patrick | .60 | 213.00 | Continue revising draft of response to Alberta's motion for summary judgment. |

Total 17,380.50

BlackRock Realty Advisors, Inc.
Invoice Number: 11052436
Invoice Date: January 12, 2010
Invoice Due Date: February 11, 2010
Page 3

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| 12/17/09 | J S Smith | .40 | 226.00 | Review of response. |
| 12/17/09 | P Trahan | 6.80 | 3,468.00 | Multiple communications with team and opposing counsel about discovery issues, including depositions and the Protective Order; review and revise Response to Summary Judgment Motion. |
| 12/17/09 | BM Vetter | 1.60 | 544.00 | Review revisions to Protective Order made by Alberta's counsel; conference with P. Trahan regarding revisions; telephone conference with S. Bennett and P. Trahan regarding protective order and other discovery issues; review local rule regarding exhibits to summary judgment responses; review most recent version of summary judgment response; send agreed protective order with all counsel's signatures to D. Polk, counsel for A. Provost, for his review. |
| 12/18/09 | BW Patrick | 1.20 | 426.00 | Conference with P. Trahan regarding revised discovery request to Alberta; prepare additional interrogatories and requests for production and admission in connection with same; telephone conference with J. Litt regarding response to summary judgment motion. |
| 12/21/09 | BW Patrick | 4.00 | 1,420.00 | Continue review and revision of response to Alberta's partial motion for summary judgment; conferences with P. Trahan, J. Smith, and B. Vetter concerning same. |
| 12/22/09 | OJ Dykes | 1.00 | 650.00 | Review and comment on revised draft response to motion for partial summary judgment; phone conference with P. Trahan regarding same and regarding depositions. |
| 12/22/09 | BW Patrick | 2.80 | 994.00 | Continue revising response to Alberta's motion for partial summary judgment. |
| 12/23/09 | BW Patrick | 5.60 | 1,988.00 | Final review and revision of response to Alberta's motion for partial summary judgment; conferences with J. Smith and P. Trahan in preparation for depositions; begin review of documents produced by Alberta; review of document subpoenas. |
| 12/29/09 | BW Patrick | 1.20 | 426.00 | Begin review of documents produced by Alberta relating to true-up and escrow disputes. |

TOTAL CHARGEABLE HOURS ......................................................................................................................... 85.20

FEES ............................................................................................................................................................. $34,786.00

LESS: 15% FEE DISCOUNT ........................................................................................................................ (5,217.90)

TOTAL FEES ................................................................................................................................................ $29,568.10

TOTAL FEES AND EXPENSES & SERVICES ............................................................................................. $29,568.10

TOTAL INVOICE AMOUNT DUE................................................................................................................... $29,568.10



Total = 10,142.00

BlackRock Realty Advisors, Inc.
Invoice Number: 11052436
Invoice Date: January 12, 2010
Invoice Due Date: February 11, 2010

BlackRock Realty Advisors, Inc.
Invoice Number: 11052436
Invoice Date: January 12, 2010
Invoice Due Date: February 11, 2010

Southlands Town Center Escrow AC70210076
Dispute {ESCROW}

\* \* \* \* \*

The following is a summary of the time dedicated and the fees charged on an average hourly rate basis to this matter by the Firm's professional staff:

| TIMEKEEPER NAME | TITLE | HOURS | RATE | FEE |
|---|---|---|---|---|
| Osborne J. Dykes | Of Counsel_ | 3.30 | $650.00 | 2,145.00 |
| Jane Snoddy Smith | Partner | 4.80 | $565.00 | 2,712.00 |
| Paul Trahan | Partner | 18.50 | $510.00 | 9,435.00 |
| Bryan Wesley Patrick | Associate | 38.00 | $355.00 | 13,490.00 |
| Benjamin Matthew Vetter | Associate | 20.60 | $340.00 | 7,004.00 |
| TOTAL | | 85.20 | | 34,786.00 |

| | HOURS | RATE | FEE |
|---|---|---|---|
| Attorney Personnel | 85.20 | $408.29 | 34,786.00 |
| TOTAL | 85.20 | | 34,786.00 |

\*\* Average Hourly Rate for all Personnel

Invoice Number: 11052436
Matter Number: 10904447

Invoice Date: January 12, 2010
Invoice Due Date: February 11, 2010

Jeremy A. Litt, Director, Legal & Comp.
BlackRock Realty Advisors, Inc.
300 Campus Drive, 3rd Floor
Florham Park, NJ 07932

**FULBRIGHT & JAWORSKI L.L.P.**
A Registered Limited Liability Partnership
600 Congress Avenue, Suite 2400
Austin, Texas 78701
(512) 474-5201

Requesting Attorney: Jane Snoddy Smith

Tax Identification Number
74-1201087

PLEASE RETURN WITH REMITTANCE
TOTAL AMOUNT (PAYABLE IN U.S. DOLLARS) DUE BY FEBRUARY 11, 2010

Southlands Town Center Escrow AC70210076
Dispute {ESCROW}

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through December 31, 2009 as follows:

TOTAL FEES ................................................................................................................................. $34,786.00

LESS: 15% FEE DISCOUNT ........................................................................................................... (5,217.90)

TOTAL FEES AND EXPENSES & SERVICES ............................................................................... $29,568.10

TOTAL INVOICE AMOUNT DUE .................................................................................................. $29,568.10 **

Invoice Number: 11061048
Matter Number: 10904447
Invoice Date: February 12, 2010
Invoice Due Date: March 14, 2010

Jeremy A. Litt, Director, Legal & Comp.
BlackRock Realty Advisors, Inc.
300 Campus Drive, 3rd Floor
Florham Park, NJ 07932

**FULBRIGHT & JAWORSKI L.L.P.**
A Registered Limited Liability Partnership
600 Congress Avenue, Suite 2400
Austin, Texas 78701
(512) 474-5201

Tax Identification Number
74-1201087

Requesting Attorney: Jane Snoddy Smith

Southlands Town Center Escrow AC70210076
Dispute {ESCROW}

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through January 31, 2010 as follows:

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| 01/02/10 | BW Patrick | 3.10 | 1,162.50 | Review documents produced by Alberta in Escrow litigation. |
| 01/03/10 | BW Patrick | 2.50 | 937.50 | Continue reviewing documents produced by Alberta in Escrow litigation. |
| | | | | REDACTED |
| 01/04/10 | BW Patrick | 7.60 | 2,850.00 | Continue reviewing documents produced by Alberta; conferences with P. Trahan and J. Smith concerning same. |
| 01/05/10 | BW Patrick | 8.40 | 3,150.00 | Continue review of documents produced by Alberta; prepare J. Dykes for Inclan deposition; conferences with J. Smith and P. Trahan concerning same. |
| 01/06/10 | OJ Dykes | 4.00 | 2,600.00 | Prepare for and take deposition of Jose Inclan; phone conference and exchange emails with attorneys regarding Inclan testimony concerning Black Rock visit to property in September 2008; summarize Inclan deposition; receive and review email of A. Kralovec regarding September 2008 visit to property. |
| 01/06/10 | BW Patrick | 10.90 | 4,087.50 | Continue review of documents produced by Alberta; prepare P. Trahan for P. Cudlip deposition; conference with J. Smith concerning discovery. |
| 01/07/10 | BW Patrick | 4.30 | 1,612.50 | Review discovery produced by Alberta. |
| 01/07/10 | P Trahan | 10.00 | 5,350.00 | Prepare for and take the deposition of P. Cudlip; conference with team in relation to same. |
| 01/08/10 | BW Patrick | 4.60 | 1,725.00 | Continue reviewing documents produced by Alberta in |

Total = 23,475.00

BlackRock Realty Advisors, Inc.
Invoice Number: 11061048
Invoice Date: February 12, 2010
Invoice Due Date: March 14, 2010
Page 2

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| | | | | discovery. |
| 01/08/10 | P Trahan | 7.00 | 3,745.00 | Prepare for and take the deposition of D. Provost; conference with client and team on discovery issues. |
| 01/09/10 | P Trahan | .50 | 267.50 | Conference with team about outstanding issues on discovery. |
| 01/11/10 | OJ Dykes | 4.00 | 2,600.00 [handwritten: 1300.00] | Receive and review email from phone conference with P. Trahan regarding subjects to be covered in A. Provost deposition; REDACTED REDACTED REDACTED review portions of testimony of D. Provost and P. Cudlip deposition testimony and exhibits and prepare outline in preparation for A. Provost deposition; travel to Golden and take deposition to A. Provost; summarize same. |
| 01/11/10 | BW Patrick | 4.50 | 1,687.50 | Continue reviewing documents produced by Alberta. |
| 01/11/10 | P Trahan | .50 | 267.50 | Conference with J. Dykes about topics to cover in A. Provost's deposition. |
| 01/11/10 | P Trahan | 6.50 | 3,477.50 [handwritten: 1738.75] | {Escrow/RED} Finalize and serve the discovery responses; REDACTED REDACTED conference with A. Piekarski about settlement discussions with D. Provost; prepare deposition topics for J. Dykes to cover in the A. Provost deposition; conference with J. Smith and b. Patrick on document collection issues; conference with client regarding same; conference with A. Kralovec and M. Krier about their depositions. |
| 01/12/10 | BW Patrick | 8.80 | 3,300.00 | Continue reviewing documents produced by Alberta; conference with B. Vetter concerning Alberta's reply in support of motion for summary judgment; begin outlining response to Alberta's reply in support of motion for summary judgment. |
| 01/13/10 | BW Patrick | 1.70 | 637.50 | Review and revise settlement statement; continue preparing analysis for sur-reply to Alberta's partial summary judgment motion on the escrow claim. |
| 01/13/10 | P Trahan | 8.00 | 4,280.00 [handwritten: 2140.00] | {Escrow/RED} Prepare materials for M. Krier and A. Kralovec depositions; conference with client in relation to same; REDACTED REDACTED |
| 01/14/10 | OJ Dykes | 1.50 | 975.00 | {Escrow/RED} Receive and review email from Granite's counsel demanding copy of Inspection Report; conference with B. Patrick and J. Smith regarding same and document production generally; exchange emails with P. Trahan regarding scope of deposition of A. Kralovec; conference with B. Vetter regarding possible surreply to reply in support of motion for partial summary judgment regarding Estoppel Holdback. |

REDACTED

[handwritten: Total = 16058.75]

BlackRock Realty Advisors, Inc.
Invoice Number: 11061048
Invoice Date: February 12, 2010
Invoice Due Date: March 14, 2010
Page 3

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| 01/14/10 | BW Patrick | 8.50 | 3,187.50 | Continue revising confidential settlement statement; prepare litigation status update to J. Litt; conferences with P. Trahan concerning upcoming depositions; multiple conferences with team concerning BlackRock discovery production and requested information from Alberta. |
| 01/14/10 | J S Smith | 3.10 | 1,844.50 | Prepare for depositions discussion with P. Trahan, A. Kralovec and M. Krier. |
| 01/14/10 | P Trahan | 8.50 | 4,547.50 | Prepare M. Krier and A. Kralovec for their depositions. |
| 01/14/10 | BM Vetter | 2.90 | 1,029.50 | Review Alberta's reply in support of motion for partial summary judgment; review original motion for partial summary judgment; draft memo analyzing arguments raised in reply and suggesting response for a surreply to address new arguments; correspondence to S. Bennett regarding depositions. |
| 01/15/10 | OJ Dykes | 1.00 | 650.00 | Exchange emails with attorneys regarding depositions in progress; receive and review magistrate's order extending defendants' discovery deadline for certain depositions; conference with B. Vetter regarding extension of deadlines for plaintiff and receive and review draft motion for same. |
| 01/15/10 | BW Patrick | 1.80 | 675.00 | Telephone conferences and e-mail correspondence with P. Trahan regarding depositions of M. Krier and A. Kralovec; conference with J. Smith concerning same. |
| 01/15/10 | J S Smith | .20 | 119.00 | Prepare for depositions. |
| 01/15/10 | P Trahan | 9.00 | 4,815.00 | Defend M. Krier and A. Kralovec's depositions and provide associated counsel. |
| 01/15/10 | BM Vetter | 1.30 | 461.50 | Review motion for extension of discovery filed by Alberta; draft motion for extension of discovery to take additional depositions; correspondence with S. Bennett regarding additional depositions; update case schedules and charts of deadlines. |
| 01/16/10 | J S Smith | .10 | 59.50 | Review of depositions. |
| 01/17/10 | J S Smith | .20 | 119.00 | Review of deposition. |
| 01/18/10 | BW Patrick | .30 | 112.50 | Conference with J. Smith concerning production of BlackRock documents. |
| 01/18/10 | J S Smith | .30 | 178.50 [handwritten: 89.25] | Discovery information REDACTED. |
| 01/19/10 | BW Patrick | 2.80 | 1,050.00 | Begin review of documents to be produced to Alberta; multiple conferences with J. Smith, P. Trahan, and J. Sherrill concerning same. |
| 01/19/10 | JD Sherrill | .40 [handwritten: .2] | 190.00 [handwritten: 95.00] | Conference regarding litigation strategy with J. Smith and B. Patrick. |
| 01/19/10 | J S Smith | 3.20 | 1,904.00 | Prepare fore for discovery and deposition. |
| 01/19/10 | P Trahan | 5.00 | 2,675.00 | Confeence with C. Silva about first notice of litigation; conference with team about legal research; coordinate discovery, including depositions and document review and production; prepare settlement statement; demand additional depositions; conference with client representatives about their depositions. |
| 01/19/10 | BM Vetter | 2.70 | 958.50 | File motion to extend discovery deadline; review Alberta's |

[handwritten: Total = 24,487.25 (crossed out)  $24,392.25]

BlackRock Realty Advisors, Inc.
Invoice Number: 11061048
Invoice Date: February 12, 2010
Invoice Due Date: March 14, 2010
Page 4

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| | | | | response to second discovery requests; conference with K. Breutsch regarding settlement conference; review and finalize draft protective order; review confidential settlement statement. |
| 01/20/10 | BW Patrick | 7.30 | 2,737.50 | Strategy conference call with litigation team; prepare schedule of case deadlines; review and revise confidential settlement statement; conference with J. Smith concerning same; begin preparing sur-reply to respond to new argument in Alberta's reply regarding Alberta's motion for partial summary judgment. |
| 01/20/10 | JD Sherrill | 2.50 [1.25] | 1,187.50 [593.75] | Work with J. Smith, B. Patrick and P. Trahan regarding document review, litigation preparation and litigation strategy. |
| 01/20/10 | J S Smith | 3.20 | 1,904.00 | Discovery production; Settlement Statement; reply drafts; calendar. |
| 01/20/10 | P Trahan | 6.50 | 3,477.50 | Team meeting to discuss outstanding issues; conference with B. Patrick about discovery issues; prepare settlement statement; conference with client in relation to same; conference with opposing counsel about motion to cancel settlement conference; review same; conference with M. O'Brien about document collection. |
| 01/21/10 | BW Patrick | 11.00 | 4,125.00 | Prepare sur-reply to Alberta's Response regarding Alberta's Motion for Partial Summary Judgment on the escrow dispute. |
| 01/21/10 | JD Sherrill | .40 [.2] | 190.00 [95.00] | Work with B. Patrick regarding discovery issues. |
| 01/21/10 | J S Smith | 2.20 | 1,309.00 | Draft of Surreply; discovery preparation. |
| 01/21/10 | J S Smith | .20 | 119.00 | Telephone conference with P. Trahan. |
| 01/21/10 | P Trahan | 3.00 | 1,605.00 [802.50] | {Escrow REDACTED} Conference with opposing counsel about depositions and interpleader; review schedule; REDACTED |
| 01/21/10 | BM Vetter | 2.50 | 887.50 | Search for 10th Circuit and district of colorado cases regarding motions for leave to file surrpely; draft motion for leave to file surreply; respond to B. Patrick's questions regarding effect of certain contract provisions under Colorado law; update chart of deadlines. |
| 01/22/10 | BW Patrick | 5.80 | 2,175.00 | Revise sur-reply to Alberta's Motion for Partial Summary Judgment; conferences with P. Trahan and J. Smith concerning same; revise sur-reply in accordance with same. |
| 01/22/10 | JD Sherrill | 2.50 [1.25] | 1,187.50 [593.75] | Work with J. Smith, B. Patrick and P. Trahan regarding litigation and discovery issue. |
| 01/22/10 | J S Smith | 2.40 | 1,428.00 [714.00] | {Escrow REDACTED} Review and revise Surreply; REDACTED |
| 01/22/10 | P Trahan | 7.00 | 3,745.00 [1872.50] | Review and revise summary judgment surreply; REDACTED |

Total = 22,688.50  $21,406.00

BlackRock Realty Advisors, Inc.
Invoice Number: 11061048
Invoice Date: February 12, 2010
Invoice Due Date: March 14, 2010
Page 5

| DATE | NAME | TIME | AMOUNT | SERVICES |
|------|------|------|--------|----------|
| | | | | **REDACTED** |
| | | | | review documents; conference with litigation support in relation to same. |
| 01/22/10 | BM Vetter | 1.30 | 461.50 | Review draft of Surreply sent by B. Patrick; draft memo regarding surreply to J. Dykes. |
| 01/25/10 | OJ Dykes | 1.80 | 1,170.00 *[585.00]* | {Escrow **RED**} Review and comment on surreply in opposition to Alberta's motion for partial summary judgment and on motion for leave to file Surreply, including email and phone conference with P. Trahan regarding same; **REDACTED** **REDACTED** |
| 01/25/10 | MH Greer | 1.10 | 616.00 | Review motion for summary judgment, response, and reply. |
| 01/25/10 | BW Patrick | 1.50 *[1.25]* | 562.50 *[593.75]* | Multiple conferences with team concerning BlackRock discovery production. |
| 01/25/10 | JD Sherrill | 2.50 | 1,187.50 | Follow-up on discovery issues and preparation of document review. |
| 01/25/10 | J S Smith | 2.30 | 1,368.50 *[684.25]* | {Escrow **REDA**} Edits and discussion with P. Trahan; **REDACTED** Discovery production. |
| 01/25/10 | P Trahan | 4.00 | 2,140.00 | Review and revise surreply to Motion for Partial Summary Judgment; review documents and conference with team in relation to same; conference with team regarding document processing and review issues. |
| 01/26/10 | PI Miller | 1.00 | 165.00 | Review all hard files for relevant correspondence and fully-executed documents to be loaded into Ringtail for attorney review and discovery purposes. |
| 01/26/10 | BW Patrick | .20 | 75.00 | Conference with P. Trahan concerning sur-reply. |
| 01/26/10 | JD Sherrill | 1.20 *[.6]* | 570.00 *[285]* | Litigation preparation and document review. |
| 01/26/10 | J S Smith | .60 | 357.00 | Revisions; discuss P. Trahan. |
| 01/26/10 | P Trahan | 6.00 | 3,210.00 | Review and revise surreply on Motion for Partial Summary Judgment; review documents and confer with team in relation to same. |
| 01/27/10 | PI Miller | 1.00 | 165.00 | Continue review of all hard files for relevant correspondence and fully-executed documents to be loaded into Ringtail for attorney review and discovery purposes. |
| 01/27/10 | BW Patrick | 3.10 | 1,162.50 | Review and revise sur-reply to Alberta's Motion for Partial Summary Judgment; conferences with J. Smith and P. Trahan concerning same. |
| 01/27/10 | JD Sherrill | .20 *[.01]* | 95.00 *[47.50]* | Document review for discovery. |
| 01/27/10 | J S Smith | 2.60 | 1,547.00 | Review and revise; Surreply discussion with P. Trahan. |
| 01/27/10 | P Trahan | 1.00 | 535.00 | Review and revise Surreply to Motion for Partial Summary Judgment; conference with team in relation to same. |
| 01/28/10 | MH Greer | .90 | 504.00 | Review and suggest revisions to Surreply as to summary judgment. |
| 01/28/10 | BW Patrick | 1.40 | 525.00 | Review and revise sur-reply to Alberta's Motion for Partial |

*Handwritten: Total = 15147.25  $14,221.00*