# EXHIBIT A.7

BlackRock Realty Advisors, Inc.
Invoice Number: 11061048
Invoice Date: February 12, 2010
Invoice Due Date: March 14, 2010
Page 6

| DATE | NAME | TIME | AMOUNT | SERVICES |
|------|------|------|--------|----------|
| | | *1.4* | *665* | Summary Judgment; conferences with P. Trahan and J. Litt concerning same. |
| 01/28/10 | JD Sherrill | ~~2.80~~ | ~~1,330.00~~ | Work regarding production of Fulbright & Jaworski hard copy files and review of BlackRock electronic documents. |
| 01/28/10 | J S Smith | 1.90 | 1,130.50  *565.25* | {Escrow/REDI} Discovery preparation; Surreply; REDAC REDACTED |
| 01/28/10 | P Trahan | 3.50 | 1,872.50  *936.25* | {Escrow/REDI} Continue draft of Surreply to Summary Judgment Motion; conference with client regarding changes to same; REDACTED REDACTED begin Countermotion for Summary Judgment on the escrow dispute; confer with tenants about response to document subpoenas. |
| 01/29/10 | TL Barrett | *.35* ~~70~~ | *110.25* ~~220.50~~ | Participate in telephone conference regarding training for the document review project. |
| 01/29/10 | SH Briggle | *.25* ~~.50~~ | *63.75* ~~127.50~~ | Telephone training conference regarding Southlands document review. |

REDACTED

| DATE | NAME | TIME | AMOUNT | SERVICES |
|------|------|------|--------|----------|
| 01/29/10 | TR Hambidge | *.25* ~~.50~~ | ~~170.00~~ *85.°⁰* | Document review training. |
| 01/29/10 | HM Kipp | *.25* ~~.50~~ | ~~135.00~~ *67.°⁰* | Prepare for and attend training call for the first-level review of documents related to the Southlands Town Center Escrow Dispute. |
| 01/29/10 | SD McGregor | *.4* ~~.80~~ | ~~172.00~~ *86.°⁰* | Initial document review strategy meeting. |
| 01/29/10 | JC Neas | *.5* ~~1.00~~ | ~~235.00~~ *117.⁵⁰* | Conference call with J. Sherrill and B. Patrick regarding Southlands document review; research and review information regarding Southlands. |
| 01/29/10 | BW Patrick | 5.30 | 1,987.50 | Final revisions to sur-reply; conferences with J. Smith, P. Trahan and J. Sherrill concerning discovery production; conference with discovery team concerning history of the case and the disputes at issue. |
| 01/29/10 | JD Sherrill | *3.25* ~~6.50~~ | ~~3,087.50~~ *1,543.75* | Conference with J. Smith and B. Patrick regarding case strategies, discovery issues and document review; assemble and train review team; prepare review template and review protocol; follow-up regarding same. |
| 01/29/10 | J S Smith | 3.30 | 1,963.50  *981.75* | {Escrow REDA} Discovery production; Surreply revisions; REDACTED |
| 01/29/10 | TN Stewart | *.3* ~~.60~~ | ~~138.00~~ *69* | Attend instructional meeting in preparation for document review. |
| 01/29/10 | P Trahan | 5.50 | 2,942.50  *1471.25* | {Escrow REDI} Finalize and file Surreply to Summary Judgment Motion; review documents and exhibits in relation to same; conference with M. Greer in relation to same; REDACTED REDACTED |

*Total = ~~$557.50~~ 8749.75*

BlackRock Realty Advisors, Inc.
Invoice Number: 11061048
Invoice Date: February 12, 2010
Invoice Due Date: March 14, 2010
Page 7

| DATE | NAME | TIME | AMOUNT | SERVICES |
|------|------|------|--------|----------|
| 01/29/10 | BM Vetter | 6.50 | 2,307.50 | {Escrow REDACTED} REDACTED |
| | | | *1153.75* | REDACTED |
| | | | | REDA  ; review revised surrreply; revise motion for leave to harmonize with surreply; file motion for leave and surreply; review Colorado cases for authority that parole evidence may be considered provisionally to determine whether a contract is ambiguous; REDACTED |
| | | | | REDACTED |
| 01/29/10 | CM Weimer | ~~.60~~ *.3* | ~~138.00~~ *69* | Conference call regarding underlying facts of case and work assignments; |
| 01/30/10 | JD Sherrill | ~~5.80~~ *2.70* | ~~2,755.00~~ *1377.5* | Work on document reviews and discovery responses. |
| 01/30/10 | J S Smith | .20 | 119.00 | Review production of discovery issues. |
| 01/30/10 | P Trahan | 1.00 | 535.00 | Conference with team regarding document collection and review issues. |
| 01/31/10 | J S Smith | .10 | 59.50 | Review discovery production. |
| 01/31/10 | P Trahan | 5.00 | 2,675.00 | Prepare parameters for document processing and review; review discovery requests in relation to same; conference with team in relation to same. |

TOTAL CHARGEABLE HOURS ............................................................................ 296.60

FEES ............................................................................................................. $138,430.50

LESS: 15% FEE DISCOUNT ........................................................................... (20,764.58)

TOTAL FEES .................................................................................................. $117,665.92

EXPENSES & SERVICES:

| | | | | |
|---|---|---|---|---|
| E101S | | Copy | | 543.80 |
| E104S | | Facsimile | | 3.20 |
| E105S | | Telephone | | 25.74 |
| E107 | | Delivery services/messengers | | 20.00 |
| E107S | | Delivery services/messengers | | 8.71 |
| F254S | | Online Research - Lexis | | 614.00 |
| F255S | | Online Research - Westlaw | | 1,895.03 |
| E110 | 01/20/10 | Out-of-town travel - Paul Trahan Airfare $419.40, Hotel $447.94 and parking/taxi $172.00 expenses incurred while traveling to Denver, CO for depositions 01/06-08/2010. Bank ID: 139 Check Number: 67356 | | 1,039.34 — |
| E110 | 01/25/10 | Out-of-town travel - Paul Trahan Travel Expenses(Air Fare $489.10; Hotel $249.30; Car Rental $200.00) during Trip to Los Angeles for Blackrock Personnel Depositions -- 1/13/2010 -- 10904447 Bank ID: 139 Check Number: 67623 | | 938.40 — |
| E110 | 01/29/10 | Out-of-town travel - Paul Trahan Parking $60.00 expense incurred at ABIA while traveling to CA to defend client depositions 01/13-17/2010 Bank ID: 139 | | 60.00 — |



*Total = ~~7435.25~~*
*$5,988.75*

BlackRock Realty Advisors, Inc.
Invoice Number: 11061048
Invoice Date: February 12, 2010
Page 8

| | | | |
|---|---|---|---|
| | | Check Number: 67623 | |
| E111 | 01/20/10 | Meals - Jeff Dykes 01/08/09 Lunch meeting regarding depositions of principals of Alberta Bank ID: 008 Check Number: 171487 | 12.40 |
| E111 | 01/25/10 | Meals - Paul Trahan Meal Expense during Trip to Los Angeles for Blackrock Personnel Depositions -- 1/13/2010 -- 10904447 Bank ID: 139 Check Number: 67623 | 13.00 |
| E113 | 01/05/10 | Subpoena fees - Checkmate, Inc. Service of subpoena for records on Brian Langenfeld, DDS/01042010 Bank ID: 008 Check Number: 171025 | 42.00 |
| E113 | 01/05/10 | Subpoena fees - Checkmate, Inc. Service of subpoena for records on Stephen Rose; Emmanual Bible and Jeffrey Barber @ American Family Insurance/01042010 Bank ID: 008 Check Number: 171025 | 100.00 |
| E113 | 01/05/10 | Subpoena fees - Checkmate, Inc. Service of subpoena for records on Melissa Ann Bow-Richardson for DCC Architects and Kevin Dyk for Family Life Counseling/01042010 Bank ID: 008 Check Number: 171025 | 181.20 |
| E113 | 01/08/10 | Subpoena fees - Checkmate, Inc. Service of subpoena for records on Noodles & Co./01062010 Bank ID: 008 Check Number: 171188 | 82.50 |
| E113 | 01/11/10 | Subpoena fees - Checkmate, Inc. Service of subpoena for records on Cinema Group/01072010 Bank ID: 008 Check Number: 171226 | 40.00 |
| E113 | 01/13/10 | Subpoena fees - Checkmate, Inc. Service of subpoena for records on The Beck Group/01112010 Bank ID: 008 Check Number: 171263 | 40.00 |
| F264S[1] | 01/31/10 | Data Management, Maintenance & Support $200 per | 1,800.00 |

*Total Fees = 4348.84*

[1] Per GB per month fee assessed during the discovery phase of a case for matters in which the firm's Automated Litigation Support System is used to manage case documents and information. Fee includes project management and technical services to:

- Serve as a single point of contact for all aspects of a project.
- Design and develop database in which hard copy documents and electronic data are maintained.
- Support use of Automated Litigation Support System.
- Coordinate collection of hard copy and electronic data.
- Evaluate, recommend and coordinate with litigation support vendors.
- Assist electronic discovery technologist in reporting, quality control and management of electronic discovery efforts.
- Design document review strategy; manage document review process and timelines.
- Support strategic document analysis, measurement and reporting of document review efficiencies.
- Coordinate criteria, format, quality control and timelines for document productions.
- Provide recommendations regarding application of technology in all phases of litigation.
- Load data received from scanning and electronic discovery vendors and opposing counsel; maintain quality assurance.

BlackRock Realty Advisors, Inc.
Invoice Number: 11061048
Invoice Date: February 12, 2010
Page 9

GB per month (9 GB)      _____      7,458.82

TOTAL FEES AND EXPENSES & SERVICES ...........................................................................$125,124.74

TOTAL INVOICE AMOUNT DUE............................................................................................$125,124.74

PREVIOUS BALANCE:

| DATE | INVOICE | BALANCE DUE |
|------|---------|-------------|
| 12/11/09 | 11045841 | $17,917.33 |
| 12/11/09 | 11045856 | $1,127.95 |
| 12/11/09 | 11045862 | $181.05 |
| 1/12/10 | 11052391 | $87,375.50 |
| 1/12/10 | 11052424 | $30.17 |
| 1/12/10 | 11052436 | $29,568.10 |

$136,200.10

TOTAL AMOUNT DUE .........................................................................................................$261,324.84

BlackRock Realty Advisors, Inc.
Invoice Number: 11061048
Invoice Date: February 12, 2010
Invoice Due Date: March 14, 2010

Southlands Town Center Escrow AC70210076
Dispute {ESCROW}

* * * * *

The following is a summary of the time dedicated and the fees charged on an average hourly rate basis to this matter by the Firm's professional staff:

| TIMEKEEPER NAME | TITLE | HOURS | RATE | FEE |
|---|---|---|---|---|
| Osborne J. Dykes | Of Counsel_ | 15.90 | $650.00 | 10,335.00 |
| Jane Snoddy Smith | Partner | 26.40 | $595.00 | 15,708.00 |
| Marcy Hogan Greer | Partner | 2.00 | $560.00 | 1,120.00 |
| Paul Trahan | Partner | 97.50 | $535.00 | 52,162.50 |
| Jennifer Diane Sherrill | Counsel | 24.80 | $475.00 | 11,780.00 |
| Bryan Wesley Patrick | Associate | 105.40 | $375.00 | 39,525.00 |
| Benjamin Matthew Vetter | Associate | 17.20 | $355.00 | 6,106.00 |
| Todd Ryan Hambidge | Associate | 0.50 | $340.00 | 170.00 |
| Tamsen Lee Barrett | Associate | 0.70 | $315.00 | 220.50 |
| Holly Kipp | Counsel | 0.50 | $270.00 | 135.00 |
| S. A. Hayden Briggle | Associate | 0.50 | $255.00 | 127.50 |
| Jerod Christopher Neas | Counsel | 1.00 | $235.00 | 235.00 |
| Christopher Mark Weimer | Associate | 0.60 | $230.00 | 138.00 |
| Tracy Nicole Stewart | Associate | 0.60 | $230.00 | 138.00 |
| Sparrowleaf Dilts McGregor | Associate | 0.80 | $215.00 | 172.00 |
| Paula Irene Miller | Secretary | 2.00 | $165.00 | 330.00 |
| Mary W. Murchison | Project Ast | 0.20 | $140.00 | 28.00 |
| TOTAL | | 296.60 | | 138,430.50 |

| | HOURS | RATE | FEE |
|---|---|---|---|
| Attorney Personnel | 294.40 | $469.00 | 138,072.50 |
| Paralegal Personnel | 2.20 | $162.73 | 358.00 |
| TOTAL | 296.60 | | 138,430.50 |

** Average Hourly Rate for all Personnel

Invoice Number: 11061048
Matter Number: 10904447

Invoice Date: February 12, 2010
Invoice Due Date: March 14, 2010

Jeremy A. Litt, Director, Legal & Comp.
BlackRock Realty Advisors, Inc.
300 Campus Drive, 3rd Floor
Florham Park, NJ  07932

**FULBRIGHT & JAWORSKI L.L.P.**
**A Registered Limited Liability Partnership**
**600 Congress Avenue, Suite 2400**
**Austin, Texas 78701**
**(512) 474-5201**

Tax Identification Number
74-1201087

Requesting Attorney: Jane Snoddy Smith

PLEASE RETURN WITH REMITTANCE
TOTAL AMOUNT (PAYABLE IN U.S. DOLLARS) DUE BY MARCH 14, 2010

Southlands Town Center Escrow AC70210076
Dispute {ESCROW}

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through January 31, 2010 as follows:

TOTAL FEES .................................................................................................................................$138,430.50
LESS:  15% FEE DISCOUNT ........................................................................................................(20,764.58)
TOTAL EXPENSES & SERVICES..................................................................................................7,458.82
TOTAL FEES AND EXPENSES & SERVICES ..............................................................................$125,124.74

TOTAL INVOICE AMOUNT DUE.....................................................................................................$ 125,124.74 **

PREVIOUS BALANCE:

| DATE | INVOICE | BALANCE DUE |
|---|---|---|
| 12/11/09 | 11045841 | $17,917.33 |
| 12/11/09 | 11045856 | $1,127.95 |
| 12/11/09 | 11045862 | $181.05 |
| 1/12/10 | 11052391 | $87,375.50 |
| 1/12/10 | 11052424 | $30.17 |
| 1/12/10 | 11052436 | $29,568.10 |

$136,200.10

TOTAL AMOUNT DUE ......................................................................................................................$261,324.84

Invoice Number: 11067197
Matter Number: 10904447
Invoice Date: March 8, 2010
Invoice Due Date: April 7, 2010

Jeremy A. Litt, Director, Legal & Comp.
BlackRock Realty Advisors, Inc.
300 Campus Drive, 3rd Floor
Florham Park, NJ 07932

FULBRIGHT & JAWORSKI L.L.P.
A Registered Limited Liability Partnership
600 Congress Avenue, Suite 2400
Austin, Texas 78701
(512) 474-5201

Requesting Attorney: Jane Snoddy Smith

Tax Identification Number
74-1201087

Southlands Town Center Escrow AC70210076
Dispute Escrow

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through February 28, 2010 as follows:

| DATE | NAME | TIME | AMOUNT | SERVICES |
|------|------|------|--------|----------|
| REDACTED | | | | |
| 02/01/10 | JC Neas | ~~2.00~~ 1.00 | ~~470.00~~ 235.00 | Review and code documents in connection with Southlands litigation. |
| 02/01/10 | JD Sherrill | ~~6.30~~ 3.15 | ~~2,992.50~~ 1,496.25 | Work on document review and discovery responses; complete document review protocol and fact sheet; review documents for discovery production; communications with P. Trahan, B. Patrick and J. Smith regarding same. |
| 02/01/10 | J S Smith | 0.40 | 238.00 | Telephone conference with A. Piekarski and C. Silva; discovery preparation. |
| 02/02/10 | TL Barrett | ~~3.10~~ 1.55 | ~~976.50~~ 488.25 | Review documents for production. |
| 02/02/10 | SH Briggle | ~~8.80~~ 4.4 | ~~2,244.00~~ 1,122.00 | Legal review of memorandum and discovery requests in preparation for document review regarding BlackRock Southlands litigation; confer with J. Sherrill regarding issues and questions concerning document review of BlackRock Southlands litigation; legal review of documents in binder "PSG/SJH Search 5 (02/01/10)" in connection with BlackRock Southlands litigation. |
| 02/02/10 | HM Kipp | ~~3.40~~ 1.70 | ~~918.00~~ 459.00 | Conduct review and analysis of the coding template and other background materials and begin review of documents for relevance and privilege related to the Southlands Town Center Escrow Dispute. |
| 02/02/10 | JC Neas | ~~1.50~~ .75 | ~~352.50~~ 176.25 | Review privilege memo; review and code documents in connection with document review for Southlands litigation. |
| 02/02/10 | JD Sherrill | ~~5.80~~ 2.90 | ~~2,755.00~~ 1,377.50 | Work on discovery responses and document review; |

Total = ~~10,946.50~~

TOTAL = 5,592.25

BlackRock Realty Advisors, Inc.
Invoice Number: 11067197
Invoice Date: March 8, 2010
Invoice Due Date: April 7, 2010
Page 2

| DATE | NAME | TIME | AMOUNT | SERVICES |
|------|------|------|--------|----------|
| **REDACTED** | | | | |
| 02/02/10 | TN Stewart | 25 0.50 | 115.00 | Review list 6 for relevancy in preparation for production of documents. |
| 02/02/10 | BM Vetter | 0.30 | 106.50 | Review case docket and update chart of deadlines. |
| 02/02/10 | CM Weimer | 4.40 | 1,012.00 | Legal review of documents in binder 7 related to Southlands litigation. |
| 02/03/10 | TL Barrett | 2.70 | 850.50 | Review documents for production. |
| 02/03/10 | SH Briggle | 8.60 | 2,193.00 | Legal review of documents in binder "PSG/SJH: Search 5 (02/01/10)" in connection with BlackRock Southlands litigation. |
| 02/03/10 | TR Hambidge | 3.50 | 1,190.00 | Document review. |
| 02/03/10 | HM Kipp | 7.50 | 2,025.00 | Conduct review and analysis of documents for relevance and privilege related to the Southlands Town Center Escrow Dispute. |
| 02/03/10 | SD McGregor | 3.00 | 585.00 | Review documents for privilege and responsiveness for production in escrow action. |
| 02/03/10 | JC Neas | 6.50 | 1,527.50 | Review and code documents for relevance in connection with Southlands litigation matter. |
| 02/03/10 | BW Patrick | 1.60 | 600.00 | Attention to discovery production; begin QC review of documents cleared for production; conference with J. Sherrill concerning same. |
| 02/03/10 | JD Sherrill | 2.50 | 1,187.50 | Work on document review issues; supervise document review team; privilege review; discuss strategy on discovery issues with P. Trahan. |
| 02/03/10 | CM Weimer | 4.70 | 1,081.00 | Legal review of documents related to Southlands litigation. |
| 02/04/10 | TL Barrett | 5.40 | 1,701.00 | Review documents for production. |
| 02/04/10 | SH Briggle | 9.20 | 2,346.00 | Legal review of documents in binder "PSG/SJH: Search 5 (02/01/10)" in connection with BlackRock Southlands litigation; conduct QC check of same. |
| 02/04/10 | TR Hambidge | 8.80 | 2,992.00 | Document review. |
| 02/04/10 | HM Kipp | 6.60 | 1,782.00 | Conduct review and analysis of documents for relevance and privilege related to the Southlands Town Center Escrow Dispute. |
| 02/04/10 | SD McGregor | 4.40 | 858.00 | Review documents for privilege and responsiveness for production in escrow action. |
| 02/04/10 | JC Neas | 7.30 | 1,715.50 | Review and code documents for first level review in connection with Southlands litigation. |
| 02/04/10 | BW Patrick | 2.50 | 937.50 | Conferences and e-mail correspondence with F&J team regarding discovery production; begin QC review of documents. |
| 02/04/10 | JD Sherrill | 5.80 | 2,755.00 | Work on document review and production. |

Total = 27,960.00

14,602.00

BlackRock Realty Advisors, Inc.
Invoice Number: 11067197
Invoice Date: March 8, 2010
Invoice Due Date: April 7, 2010
Page 3

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| REDACTED | | | | |
| 02/04/10 | TJ Siebeneicher | ~~1.50~~ | ~~525.00~~ | Conference with B. Patrick regarding QC of production documents; quality control review of production documents. |
| 02/04/10 | J S Smith | 0.20 | 119.00 | Review QC on Discovery. |
| 02/04/10 | TN Stewart | ~~0.30~~ | ~~69.00~~ | Review documents in Search 6 for relevancy in preparation for production of documents. |
| 02/04/10 | CM Weimer | ~~9.90~~ | ~~2,277.00~~ | {Ewcrow} Legal review of documents for Southlands litigation. |
| 02/05/10 | TL Barrett | ~~7.90~~ | ~~2,488.50~~ | Review documents for production. |
| 02/05/10 | SH Briggle | ~~8.60~~ | ~~2,193.00~~ | Legal review of documents in binder "PSG/SJH: Search 5 (02/01/10)" in connection with BlackRock Southlands litigation; conduct QC check of same. |
| 02/05/10 | TR Hambidge | ~~5.00~~ | ~~1,700.00~~ | Document review. |
| 02/05/10 | HM Kipp | ~~0.80~~ | ~~216.00~~ | Conduct review and analysis of documents for relevance and privilege related to the Southlands Town Center Escrow Dispute. |
| 02/05/10 | SD McGregor | ~~6.10~~ | ~~1,189.50~~ | Review documents for privilege and responsiveness for production in escrow action. |
| 02/05/10 | JC Neas | ~~7.00~~ | ~~1,645.00~~ | Review and code documents for privilege; draft description of privileged content for privilege log. |
| 02/05/10 | BW Patrick | 0.30 | 112.50 | Conferences with T. Siebeneicher concerning QC review of Southlands production. |
| 02/05/10 | JD Sherrill | ~~4.50~~ | ~~2,137.50~~ | Work on document review and production; supervisor of document review and privilege review; communications with J. smith and P. Trahan regarding same. |
| 02/05/10 | TJ Siebeneicher | ~~2.00~~ | ~~700.00~~ | QC review of production documents; conferences with B. Patrick and J. Sherrill regarding same. |
| 02/05/10 | J S Smith | 0.30 | 178.50 | Discovery questions. |
| 02/05/10 | TN Stewart | ~~2.90~~ | ~~667.00~~ | Review documents for relevancy in preparation for production of documents. |
| 02/05/10 | P Trahan | 0.50 | 267.50 | Conference with J. Sherrill in relation to document collection and review issues. |
| 02/05/10 | CM Weimer | 3.40 | 782.00 | Legal review of documents for Southlands litigation. |
| 02/07/10 | SH Briggle | ~~1.70~~ | ~~433.50~~ | Legal review of documents in binder "PSG/SJH: Search 3 (02/01/10)" in connection with BlackRock Southlands litigation; conduct QC check of same. |
| 02/07/10 | HM Kipp | ~~6.90~~ | ~~1,863.00~~ | Conduct review and analysis of documents for relevance and privilege related to the Southlands Town Center Escrow Dispute. |
| 02/07/10 | JC Neas | ~~3.10~~ | ~~728.50~~ | Review and code documents for privilege in connection with Southlands litigation. |
| 02/08/10 | TL Barrett | ~~6.80~~ | ~~2,142.00~~ | Review documents for production. |
| 02/08/10 | SH Briggle | ~~8.30~~ | ~~2,116.50~~ | Legal review of documents in binder "PSG/SJH: Search 3 (02/01/10)" in connection with BlackRock Southlands |

Total = ~~24,550.50~~    12,773.50

BlackRock Realty Advisors, Inc.
Invoice Number: 11067197
Invoice Date: March 8, 2010
Invoice Due Date: April 7, 2010
Page 4

| DATE | NAME | TIME | AMOUNT | SERVICES |
|------|------|------|--------|----------|
| REDACTED | | | | |
| 02/08/10 | TR Hambidge | 2.00 | 680.00 | Document review. |
| 02/08/10 | JC Neas | 6.50 | 1,527.50 | Review and code documents for relevance in connection with Southlands litigation. |
| 02/08/10 | BW Patrick | 10.60 | 3,975.00 | QC review of documents to be produced in Southlands case. |
| 02/08/10 | JD Sherrill | 3.50 | 1,662.50 | Continue document review, QC and preparation of privilege log. |
| 02/08/10 | TJ Siebeneicher | 7.30 | 2,555.00 | QC review of documents in connection with discovery requests; conferences with B. Patrick and J. Sherrill regarding same. |
| 02/08/10 | TN Stewart | 5.60 | 1,288.00 | Review documents for relevancy in Searches 3 and 6 in preparation for production of documents. |
| 02/09/10 | TL Barrett | 1.90 | 598.50 | Review documents for production. |
| 02/09/10 | SH Briggle | 9.80 | 2,499.00 | Conduct Privilege Review of privileged documents and prepare descriptions of privileged content in connection with BlackRock Southlands litigation |
| REDACTED | | | | |
| 02/09/10 | JC Neas | 7.80 | 1,833.00 | Review and code documents for privilege; describe contents of privileged documents in connection with Southlands litigation. |
| 02/09/10 | BW Patrick | 9.20 | 3,450.00 | Continue QC review of BlackRock production. |
| 02/09/10 | JD Sherrill | 7.20 | 3,420.00 | Document QC and privilege review. |
| 02/09/10 | TJ Siebeneicher | 2.50 | 875.00 | Quality control review of documents in connection with discovery requests; conferences with B. Patrick and J. Sherrill regarding same. |
| REDACTED | | | | |
| 02/09/10 | TN Stewart | 4.10 | 943.00 | Review documents in Searches 3 and "Fulbright hard copy and disk docs (02/12/10)" in preparation for production of documents. |
| 02/09/10 | P Trahan | 0.50 | 267.50 / 133.75 | Review Order Denying Alberta's Motion for Partial Summary Judgment; conference with client in relation to same; conference with team in relation to same REDACT |
| REDACTED | | | | |
| 02/10/10 | TL Barrett | 1.90 | 598.50 | Review documents for production. |
| 02/10/10 | SH Briggle | 9.50 | 2,422.50 | Conduct Privilege Review of privileged documents and prepare descriptions of privileged content in connection |

TOTAL = $ 28,461.25    14,035.00