# EXHIBIT A.8

BlackRock Realty Advisors, Inc.
Invoice Number: 11067197
Invoice Date: March 8, 2010
Invoice Due Date: April 7, 2010
Page 6

| DATE | NAME | TIME | AMOUNT | SERVICES |
|------|------|------|--------|----------|
| REDACTED | | | | |
| 02/12/10 | HM Kipp | 2.10 | 567.00 | Conduct review and analysis of documents for relevance and privilege related to the Southlands Town Center Escrow Dispute. |
| 02/12/10 | JC Neas | 6.50 | 1,527.50 | Review for QC privilege documents. |
| 02/12/10 | BW Patrick | 3.00 | 1,125.00 | Continue QC review of document production; conferences with team concerning discovery production and additional documents to be reviewed; review correspondence from S. Bennett relating to discovery production. |
| 02/12/10 | JD Sherrill | 4.80 | 2,280.00 | Document review and production; discovery issues. |
| 02/12/10 | TJ Siebeneicher | 7.10 | 2,485.00 | QC review of documents in connection with discovery requests; conferences with B. Patrick and J. Sherrill regarding same; conference with J. Smith regarding certain findings based on review. |
| 02/12/10 | TN Stewart | 6.60 | 1,518.00 | Review documents in Search "Fulbright hard copy and disk docs (02/12/10)" in preparation for production of documents. |
| 02/12/10 | P Trahan | 1.00 | 535.00 | Conference with opposing counsel about depositions; confer with team about open issues, including document review issues. |
| 02/12/10 | CM Weimer | 2.40 | 552.00 | Legal review of documents related to Southlands litigation. |
| 02/13/10 | SH Briggle | 6.60 | 1,683.00 | {Escrow{} Legal review of documents in "PSG/SJH: 02/12/10 Amended Binder 1" and prepare descriptions of content in connection with BlackRock Southlands litigation. |
| 02/13/10 | HM Kipp | 1.80 | 486.00 | Conduct review and analysis of documents for relevance and privilege related to the Southlands Town Center Escrow Dispute. |
| 02/13/10 | JC Neas | 2.50 | 587.50 | Review and code documents for relevance and privilege in connection with Southlands litigation. |
| 02/13/10 | BW Patrick | 1.70 | 637.50 | Continue QC review of BlackRock production. |
| 02/13/10 | CM Weimer | 0.40 | 92.00 | Legal review of documents related to Southlands litigation. |
| 02/14/10 | TL Barrett | 5.70 | 1,795.50 | Review documents for production. |
| 02/14/10 | SH Briggle | 1.50 | 382.50 | Legal review of documents in "PSG/SJH: 02/12/10 Amended Binder 1" and prepare descriptions of content in connection with BlackRock Southlands litigation. |
| 02/14/10 | HM Kipp | 7.90 | 2,133.00 | Conduct review and analysis of documents for relevance and privilege related to the Southlands Town Center Escrow Dispute. |
| 02/14/10 | JC Neas | 3.50 | 822.50 | Draft descriptions of privileged content for privileged matters in connection with Southlands litigation. |

Total = 19209.00          9,627.75

BlackRock Realty Advisors, Inc.
Invoice Number: 11067197
Invoice Date: March 8, 2010
Invoice Due Date: April 7, 2010
Page 7

| DATE | NAME | TIME | AMOUNT | SERVICES |
|------|------|------|--------|----------|
| REDACTED | | | | |
| 02/14/10 | BW Patrick | 1.40 | 525.00 | Continue QC review of BlackRock document production. |
| 02/14/10 | CM Weimer | 4.10 | 943.00 | Legal review of documents related to Southlands litigation. |
| 02/15/10 | TL Barrett | 1.60 | 504.00 | Review documents for production. |
| REDACTED | | | | |
| 02/15/10 | SH Briggle | 3.90 | 994.50 | Legal review of documents in "PSG/SJH: 02/12/10 Amended Binder 1" and prepare descriptions of content in connection with BlackRock Southlands litigation; conduct privilege review of documents in "PSG/SJH: 02/12/10 Amended Binder 1" and prepare descriptions of privileged content in connection with BlackRock Southlands litigation; conduct QC review of documents in "PSG/SJH: 02/12/10 Amended Binder 1" and prepare descriptions of content in connection with BlackRock Southlands litigation; legal review of documents in discrepancy review binder and prepare descriptions of content in connection with BlackRock Southlands litigation |
| REDACTED | | | | |
| 02/15/10 | HM Kipp | 7.90 | 2,133.00 | Conduct review and analysis of documents for relevance and privilege related to the Southlands Town Center Escrow Dispute. |
| 02/15/10 | JC Neas | 7.50 | 1,762.50 | Review and code documents and draft description of privileged content in connection with Southlands litigation. |
| 02/15/10 | BW Patrick | 10.20 | 3,825.00 | Continue QC review of document production; conference |

10687.00          6,993.50

BlackRock Realty Advisors, Inc.
Invoice Number: 11067197
Invoice Date: March 8, 2010
Invoice Due Date: April 7, 2010
Page 8

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| REDACTED | | | | |
| 02/15/10 | JD Sherrill | ~~6.80~~ | ~~3,230.00~~ | Document review and production; discovery issues. |
| 02/15/10 | TJ Siebeneicher | ~~6.30~~ | ~~2,205.00~~ | Quality control review of documents in connection with discovery requests; conferences with B. Patrick and J. Sherrill regarding same. |
| 02/15/10 | J S Smith | 6.40 | 3,808.00 | REDACTED Discovery preparation. |
| 02/15/10 | P Trahan | 4.00 | 2,140.00 | REDACTED Team status and strategy call; review discovery and document issues; REDACTED conference with opposing counsel about the Bellio and Zezulak depositions; prepare letter to opposing counsel regarding discovery issues; REDACTED REDACTED |
| 02/15/10 | CM Weimer | ~~5.90~~ | ~~1,357.00~~ | Legal review of documents in preparation for Southlands litigation. |
| 02/16/10 | TL Barrett | ~~2.60~~ | ~~819.00~~ | Review documents for production. |
| 02/16/10 | SH Briggle | ~~2.40~~ | ~~612.00~~ | Legal review of documents in discrepancy review binder and prepare descriptions of content in connection with BlackRock Southlands litigation; QC level legal review of documents and prepare descriptions of content in connection with BlackRock Southlands litigation. |
| REDACTED | | | | |
| 02/16/10 | HM Kipp | ~~5.10~~ | ~~1,377.00~~ | Conduct review and analysis of documents for relevance and privilege related to the Southlands Town Center Escrow Dispute. |
| 02/16/10 | JC Neas | ~~5.80~~ | ~~1,363.00~~ | Review problem documents and recode accordingly; review discrepancy list and recode accordingly in connection with Southlands litigation. |
| 02/16/10 | BW Patrick | 11.30 | 4,237.00 | Continue QC review of document production. |
| 02/16/10 | JD Sherrill | ~~11.50~~ | ~~5,462.50~~ | Document review; QC production. |
| 02/16/10 | TJ Siebeneicher | ~~7.40~~ | ~~2,590.00~~ | QC review of documents in connection with discovery requests; conferences with B. Patrick and J. Sherrill |

*(handwritten)* 1904.00

*(handwritten)* 1070.00

*(handwritten)* Total = 26227.00     13,745.25

BlackRock Realty Advisors, Inc.
Invoice Number: 11067197
Invoice Date: March 8, 2010
Invoice Due Date: April 7, 2010
Page 9

| DATE | NAME | TIME | AMOUNT | SERVICES |
|------|------|------|--------|----------|
| REDACTED | | | | |
| REDACTED | | | | |
| 02/17/10 | SH Briggle | 5.20 | 1,326.00 | Legal review of documents in "DRC not equal to yes" review binder and prepare descriptions of content in connection with BlackRock Southlands litigation; QC level legal review of documents and prepare descriptions of content in connection with BlackRock Southlands litigation |
| REDACTED | | | | |
| 02/17/10 | HM Kipp | 3.10 | 837.00 | Conduct review and analysis of documents for relevance and privilege related to the Southlands Town Center Escrow Dispute. |
| 02/17/10 | JC Neas | 7.30 | 1,715.50 | Review and resolve technical problems for documents related to the Southlands litigation (3.5); review and code documents for first level review in connection with Southlands litigation (2.8); perform QC review on previously coded documents (1.0). |
| 02/17/10 | BW Patrick | 14.10 | 5,287.50 | Continue QC review of document production. |
| 02/17/10 | JD Sherrill | 11.30 | 5,367.50 | Working document review and discovery. |
| 02/17/10 | J S Smith | 6.40 | 3,808.00 | Discovery final production; review order; e-mail to J. Litt. |
| 02/17/10 | TN Stewart | 3.20 | 736.00 | Review documents in binder "DRC not equal to yes" in preparation for production of documents. |
| 02/17/10 | P Trahan | 1.00 | 535.00 | Prepare correspondence to opposing counsel regarding discovery issues; review ruling from the court on the motion for reconsideration; confer with team regarding same; prepare correspondence to client regarding same. |
| 02/18/10 | SH Briggle | 11.30 | 2,881.50 | Legal review of all remaining documents for production and prepare descriptions of content in connection with BlackRock Southlands litigation; QC level legal review of all remaining documents for production and prepare |

Total = 22494.00          10,774.50

BlackRock Realty Advisors, Inc.
Invoice Number: 11067197
Invoice Date: March 8, 2010
Invoice Due Date: April 7, 2010
Page 10

| DATE | NAME | TIME | AMOUNT | SERVICES |
|------|------|------|--------|----------|
| REDACTED | | | | |
| 02/18/10 | JC Neas | ~~6.50~~ | ~~1,527.50~~ | Review and update fields for documents coded as relevant but non-responsive; review and code documents marked as technical problems. |
| 02/18/10 | BW Patrick | 10.00 | 3,750.00 | Complete QC review of Southlands document production. |
| 02/18/10 | JD Sherrill | 8.30 | 3,942.50 _1971.25_ | REDACTED Document review and production; follow-up regarding same. |
| 02/18/10 | TJ Siebeneicher | ~~8.50~~ | ~~2,975.00~~ | Conference with J. Smith regarding revised production review standards; review production set of documents and code same based on new standards; multiple conferences with B. Patrick, P. Trahan, J. Smith and J. Sherrill regarding same. |
| 02/18/10 | J S Smith | 9.10 | 5,414.50 | Discovery production; discussion with P. Trahan regarding delivery and conference call. |
| 02/18/10 | P Trahan | 1.50 | 802.50 _401.25_ | REDA {Escrow} Conference with team regarding document production issues; REDACTED REDACTED confer with opposing counsel about discovery issues; prepare correspondence relating to same. |
| 02/19/10 | BW Patrick | 0.70 | 262.50 | Attention to BlackRock discovery production; conferences with J. Sherrill and J. Smith concerning same. |
| REDACTED | | | | |
| 02/19/10 | JD Sherrill | ~~2.80~~ | ~~1,330.00~~ | Delivery of document production. |
| 02/19/10 | JD Sherrill | ~~3.50~~ | ~~1,662.50~~ | Compete document review and production. |
| 02/19/10 | J S Smith | 3.90 | 2,320.50 | Discovery; telephone conference with J. Litt and P. Trahan. |
| 02/22/10 | JC Neas | 5.50 | 1,292.50 | Review privilege log for descriptions of privileged content in connection with Southlands litigation. |
| 02/22/10 | BW Patrick | 1.00 | 375.00 | Conference with P. Trahan regarding document production; conference with J. Smith concerning same. |
| REDACTED | | | | |
| 02/23/10 | SH Briggle | ~~1.60~~ | ~~408.00~~ | Conduct Privilege Review of privileged documents and prepare descriptions of privileged content in connection with BlackRock Southlands litigation; conduct QC review of Privilege Review of privileged documents and prepare descriptions of privileged content in connection with BlackRock Southlands litigation. |
| 02/23/10 | JC Neas | ~~5.00~~ | ~~1,175.00~~ | Review and code documents for privilege and draft |

Total = 24,865.50          9,190.75

BlackRock Realty Advisors, Inc.
Invoice Number: 11067197
Invoice Date: March 8, 2010
Invoice Due Date: April 7, 2010
Page 11

| DATE | NAME | TIME | AMOUNT | SERVICES |
|------|------|------|--------|----------|
| REDACTED | | | | |
| 02/24/10 | JC Neas | 3.80 | 893.00 | Review and code privileged documents and draft descriptions of privileged content in connection with Southlands litigation. |
| 02/25/10 | SH Briggle | 4.10 | 1,045.50 | Conduct Privilege Review of privileged documents and prepare descriptions of privileged content in connection with BlackRock Southlands litigation. |
| 02/25/10 | JC Neas | 3.50 | 822.50 | Perform QC review of privileged documents in connection with Southlands litigation. |
| REDACTED | | | | |
| 02/25/10 | JD Sherrill | 6.00 | 2,850.00 | Privilege QC review; preparation of privilege log. |
| 02/26/10 | SH Briggle | 4.90 | 1,249.50 | Conduct Privilege Review of privileged documents and prepare descriptions of privileged content in connection with BlackRock Southlands litigation; legal review of Privilege Review Descriptions of privileged documents in preparation of privilege log for privileged content in connection with BlackRock Southlands litigation; conference with J. Sherrill regarding privilege log and open issues in document production; revise and review privilege review descriptions. |
| 02/26/10 | JC Neas | 1.20 | 282.00 | Review and amend descriptions of privileged content in connection with Southlands litigation. |
| 02/26/10 | JD Sherrill | 2.90 | 1,377.50 | Privilege log QC and preparation; communications with B. Patrick and P. Trahan regarding the same; prepare protocol for log preparation and production. |
| REDACTED | | | | |

TOTAL CHARGEABLE HOURS ...................................................................................... 761.70

FEES ..................................................................................................................... $252,266.50

LESS: 15% FEE DISCOUNT ..................................................................................... (37,839.98)

TOTAL FEES ......................................................................................................... $214,426.52

EXPENSES & SERVICES:

| | | |
|------|------|------|
| E101S | Copy | 329.85 |
| E105S | Telephone | 24.72 |
| E106 | Online research | 46.80 |
| E107 | Delivery services/messengers | 12.00 |
| E112 | Court fees | 13.92 |
| F254S | Online Research - Lexis | 33.00 |

Total = 8,460.00

4,260.00

BlackRock Realty Advisors, Inc.
Invoice Number: 11067197
Invoice Date: March 8, 2010
Page 12

| | | | |
|---|---|---|---|
| F255S | | Online Research - Westlaw | 23.45 |
| E107S | 01/08/10 | FEDEX TRACKING: 792815748259; ORIGINAL REFERENCE: SQ10144; SIGNED BY: D.RAMERIEZ; TO: Paul Trahan, Fulbright & Jaworski, 600 Congress Ave Ste 2400, AUSTIN TX 78701; FROM: Susan Quinn, Fulbright & Jaworski L.L.P., 370 Seventeenth Street, DENVER CO 80202 | 43.48 |
| E124 | 02/04/10 | Other - American Data Services LLC Invoice #A597 - Scanning/Digital Imaging/Load Ringtail/CD Master (Oversize Copies) - 158 Copies for Southlands Town Center Escrow (Litigation) - Discovery - 01-18-10 / 10904447 Bank ID: 139 Check Number: 67635 | 122.91 |
| E124 | 02/04/10 | Other - American Data Services LLC Invoice #A1136 - Scanning/Digital Imaging/Load Ringtail/CD Master - 6,496 Copies for Southlands Town Center Escrow (Litigation) - Discovery - 02-01-10 / 10904447 Bank ID: 139 Check Number: 67635 | 1,065.61 |
| E124 | 02/04/10 | Other - American Data Services LLC Invoice #A596 - Scanning/Digital Imaging/Load Ringtail/CD Master (B&W and Color) - 177 Copies for Southlands Town Center Escrow (Litigation) - Discovery - 01-15-10 / 10904447 Bank ID: 139 Check Number: 67635 | 47.23 |
| E124 | 02/04/10 | Other - American Data Services LLC Invoice #A587 - Scanning/Digital Imaging/Load Ringtail/CD Master (B&W and Color) - 1,054 Copies for Southlands Town Center Escrow (Litigation) - Discovery - 01-14-10 / 10904447 Bank ID: 139 Check Number: 67635 | 373.06 |
| E124 | 02/04/10 | Other - American Data Services LLC Invoice #A583 - Scanning/Digital Imaging/Load Ringtail/CD Master (B&W and Color) - 1,417 Copies for Southlands Town Center Escrow (Litigation) - Discovery - 01-07-10 / 10904447 Bank ID: 139 Check Number: 67635 | 960.63 |
| E124 | 02/04/10 | Other - American Data Services LLC Invoice #A585 - Scanning/Digital Imaging/Load Ringtail/CD Master (B&W and Color) - 3,447 Copies for Southlands Town Center Escrow (Litigation) - Discovery - 01-11-10 / 10904447 Bank ID: 139 Check Number: 67635 | 742.13 |
| F264S[1] | 02/28/10 | Data Management, Maintenance & Support $200 per | 3,400.00 |

---

[1] Per GB per month fee assessed during the discovery phase of a case for matters in which the firm's Automated Litigation Support System is used to manage case documents and information. Fee includes project management and technical services to:

- Serve as a single point of contact for all aspects of a project.

- Design and develop database in which hard copy documents and electronic data are maintained.

- Support use of Automated Litigation Support System.

- Coordinate collection of hard copy and electronic data.

- Evaluate, recommend and coordinate with litigation support vendors.

- Assist electronic discovery technologist in reporting, quality control and management of electronic discovery efforts.

- Design document review strategy; manage document review process and timelines.

BlackRock Realty Advisors, Inc.
Invoice Number: 11067197
Invoice Date: March 8, 2010
Page 13

| | | | |
|------|---------|-----------------------------------------------------------------|--------|
| | | GB per month (17 GB) | |
| F265S | 02/28/10 | Electronic Data Production $0.02 per file (15057 files) | 301.14 |

Total Fees = 7056.19

- Support strategic document analysis, measurement and reporting of document review efficiencies.

- Coordinate criteria, format, quality control and timelines for document productions.

- Provide recommendations regarding application of technology in all phases of litigation

- Load data received from scanning and electronic discovery vendors and opposing counsel; maintain quality assurance.

BlackRock Realty Advisors, Inc.
Invoice Number: 11067197
Invoice Date: March 8, 2010
Invoice Due Date: April 7, 2010

7,539.93

TOTAL FEES AND EXPENSES & SERVICES ................................................................................$221,966.45

TOTAL INVOICE AMOUNT DUE..........................................................................................$221,966.45

PREVIOUS BALANCE:

| DATE | INVOICE | BALANCE DUE |
|------|---------|-------------|
| 12/11/09 | 11045841 | $17,917.33 |
| 12/11/09 | 11045856 | $1,127.95 |
| 12/11/09 | 11045862 | $181.05 |
| 1/12/10 | 11052391 | $87,375.50 |
| 1/12/10 | 11052424 | $30.17 |
| 1/12/10 | 11052436 | $29,568.10 |
| 2/12/10 | 11061048 | $125,124.74 |
| 2/12/10 | 11061056 | $94,151.96 |
| 2/12/10 | 11061078 | $2,659.65 |

BlackRock Realty Advisors, Inc.
Invoice Number: 11067197
Invoice Date: March 8, 2010
Invoice Due Date: April 7, 2010

Southlands Town Center Escrow AC70210076
Dispute {Callison}

\* \* \* \* \*

The following is a summary of the time dedicated and the fees charged on an average hourly rate basis to this matter by the Firm's professional staff:

| TIMEKEEPER NAME | TITLE | HOURS | RATE | FEE |
|---|---|---|---|---|
| Osborne J. Dykes | Of Counsel | 1.80 | $650.00 | 1,170.00 |
| Jane Snoddy Smith | Partner | 37.90 | $595.00 | 22,550.50 |
| Marcy Hogan Greer | Partner | 5.80 | $560.00 | 3,248.00 |
| Paul Trahan | Partner | 8.50 | $535.00 | 4,547.50 |
| Jennifer Diane Sherrill | Counsel | 102.80 | $475.00 | 48,830.00 |
| Mark Thomas Oakes | Sr Associate | 1.60 | $395.00 | 632.00 |
| Bryan Wesley Patrick | Sr Associate | 91.90 | $375.00 | 34,462.50 |
| Bryan Wesley Patrick | Sr Associate | 4.40 | $355.00 | 1,562.00 |
| Benjamin Matthew Vetter | Sr Associate | 0.30 | $355.00 | 106.50 |
| Travis J. Siebeneicher | Sr Associate | 59.50 | $350.00 | 20,825.00 |
| Todd Ryan Hambidge | Associate | 19.30 | $340.00 | 6,562.00 |
| Tamsen Lee Barrett | Associate | 39.60 | $315.00 | 12,474.00 |
| Holly Kipp | Counsel | 58.90 | $270.00 | 15,903.00 |
| S. A. Hayden Briggle | Associate | 141.90 | $255.00 | 36,184.50 |
| Jerod Christopher Neas | Counsel | 111.30 | $235.00 | 26,155.50 |
| Tracy Nicole Stewart | Associate | 27.50 | $230.00 | 6,325.00 |
| Christopher Mark Weimer | Associate | 35.20 | $230.00 | 8,096.00 |
| Sparrowleaf Dilts McGregor | Associate | 13.50 | $195.00 | 2,632.50 |
| TOTAL | | 761.70 | | 252,266.50 |

| | | HOURS | RATE | FEE |
|---|---|---|---|---|
| Attorney Personnel | | 761.70 | $331.19 | 252,266.50 |
| TOTAL | | 761.70 | | 252,266.50 |

\*\* Average Hourly Rate for all Personnel