# EXHIBIT A.9

Invoice Number: 11067197
Matter Number: 10904447

Invoice Date: March 8, 2010
Invoice Due Date: April 7, 2010

Jeremy A. Litt, Director, Legal & Comp.
BlackRock Realty Advisors, Inc.
300 Campus Drive, 3rd Floor
Florham Park, NJ 07932

**FULBRIGHT & JAWORSKI L.L.P.**
A Registered Limited Liability Partnership
600 Congress Avenue, Suite 2400
Austin, Texas 78701
(512) 474-5201

Tax Identification Number
74-1201087

Requesting Attorney: Jane Snoddy Smith

PLEASE RETURN WITH REMITTANCE
TOTAL AMOUNT (PAYABLE IN U.S. DOLLARS) DUE BY APRIL 7, 2010

Southlands Town Center Escrow AC70210076
Dispute Escrow

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through February 28, 2010 as follows:

| | |
|---|---:|
| TOTAL FEES | $252,266.50 |
| LESS: 15% FEE DISCOUNT | (37,839.98) |
| TOTAL EXPENSES & SERVICES | 7,539.93 |
| TOTAL FEES AND EXPENSES & SERVICES | $221,966.45 |
| TOTAL INVOICE AMOUNT DUE | $221,966.45 ** |

PREVIOUS BALANCE:

| DATE | INVOICE | BALANCE DUE |
|---|---|---:|
| 12/11/09 | 11045841 | $17,917.33 |
| 12/11/09 | 11045856 | $1,127.95 |
| 12/11/09 | 11045862 | $181.05 |
| 1/12/10 | 11052391 | $87,375.50 |
| 1/12/10 | 11052424 | $30.17 |
| 1/12/10 | 11052436 | $29,568.10 |
| 2/12/10 | 11061048 | $125,124.74 |
| 2/12/10 | 11061056 | $94,151.96 |
| 2/12/10 | 11061078 | $2,659.65 |

Invoice Number: 11075192
Matter Number: 10904447
Invoice Date: April 9, 2010
Invoice Due Date: May 9, 2010

Jeremy A. Litt, Director, Legal & Comp.
BlackRock Realty Advisors, Inc.
300 Campus Drive, 3rd Floor
Florham Park, NJ 07932

**FULBRIGHT & JAWORSKI L.L.P.**
A Registered Limited Liability Partnership
600 Congress Avenue, Suite 2400
Austin, Texas 78701
(512) 474-5201

Tax Identification Number
74-1201087

Requesting Attorney: Jane Snoddy Smith

Southlands Town Center Escrow AC70210076 Dispute {Escrow}

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through March 31, 2010 as follows:

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| 03/01/10 | BW Patrick | 1.70 | 637.50 | Telephone conference with P. Trahan and S. Bennett concerning discovery issues; review of outstanding discovery issues; determine availability of O. Dykes for Zezulak deposition. |
| 03/01/10 | JD Sherrill | 1.20 | 570.00 | Communications with P. Trahan regarding privilege log; prepare same; follow-up regarding same. |
| 03/01/10 | J S Smith | 2.30 | 1,368.50 | Telephone conference with S. Bennett regarding discovery status and depositions; privilege log. |
| 03/01/10 | P Trahan | 0.70 | 374.50 | Prepare for and attend discovery call with opposing counsel. |
| 03/02/10 | BW Patrick | 1.80 | 675.00 | Begin preparation of information packets for upcoming depositions; e-mail correspondence with opposing counsel concerning deposition of S. Zezulak. |
| 03/02/10 | JD Sherrill | 0.30 | 142.50 | Discuss production of privilege log with B. Patrick and S. Hay. |
| 03/02/10 | J S Smith | 0.20 | 119.00 | Discovery questions. |
| 03/02/10 | P Trahan | 0.20 | 107.00 | Conference with opposing counsel about depositions. |
| 03/03/10 | BW Patrick | 3.40 | 1,275.00 | Prepare deposition packets for depositions of J. Alexander, A. Piekarski, and C. Silva. |
| 03/03/10 | P Trahan | 0.30 | 160.50 | Conference with opposing counsel and client about depositions. |
| 03/04/10 | BW Patrick | 1.60 | 600.00 | E-mail correspondence with S. Bennett, P. Trahan and O. Dykes concerning scheduling of depositions and stipulation; continue preparing packets for upcoming depositions. |
| 03/04/10 | JD Sherrill | 0.70 | 332.50 | Privilege log; follow-up with P. Trahan regarding same. |
| 03/04/10 | J S Smith | 0.80 | 476.00 / 238.00 | Review deposition issues; REDACTED REDACTED |
| 03/05/10 | JD Sherrill | 0.20 | 95.00 | Follow-up regarding privilege log; follow-up regarding |


Total = 6,695.00

BlackRock Realty Advisors, Inc.
Invoice Number: 11075192
Invoice Date: April 9, 2010
Invoice Due Date: May 9, 2010
Page 2

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| | | | | same. |
| 03/08/10 | BW Patrick | 0.20 | 75.00 | Conference with P. Trahan concerning stipulation regarding depositions; revise same. |
| 03/08/10 | BM Vetter | 0.30 | 106.50 | Review case file to determine pending deadlines and outstanding motions; draft e-mail summarizing case status and identifying pending deadlines. |
| 03/09/10 | S L Hay | 2.90 | 609.00 | Review and revise narratives in description of privileged content on privilege log to insure all narratives are consistent. |
| REDACTED | | | | |
| 03/11/10 | S L Hay | 0.40 | 84.00 | Conference with J. Sherrill regarding privilege log revisions; perform search of privilege log documents to determine if redacted documents were produced and if not, why. |
| 03/12/10 | BW Patrick | 1.80 | 675.00 | Prepare materials for deposition of S. Zezulak. |
| 03/13/10 | BW Patrick | 3.00 | 1,125.00 | Continue preparations for S. Zezulak deposition; review closing statement and revised cash flow reports; prepare topics of discussion concerning same. |
| 03/15/10 | OJ Dykes | 2.00 | 1,300.00 | Prepare for deposition of Alberta CFO s. Zezulak, including phone conference with J. Smith and B. Patrick, review of suggested outline prepared by B. Patrick, and certain revenue and expense reports. |
| 03/15/10 | BW Patrick | 4.70 | 1,762.50 | Continue preparing materials and topic outline for deposition of S. Zezulak; conferences with J. Smith, J. Dykes, P. Trahan, and S. Bennett concerning same. |
| 03/15/10 | J S Smith | 1.90 | 1,130.50 | Preparation for S. Zezulak deposition; review reports; discussion with J. Dykes and P. Trahan. |
| 03/15/10 | P Trahan | 0.40 | 214.00 | Conference with team about S. Zezulak deposition and stipulation on discovery. |
| 03/16/10 | OJ Dykes | 3.50 | 2,275.00 | Review documents and extended phone conference with B. Patrick in preparation for S. Zezulak depostion; voice message to B. Abington and exchange email with attorneys regarding possible assistance of expert consultant or witness. |
| 03/16/10 | BW Patrick | 4.60 | 1,725.00 | Continue preparing materials and topic outline for deposition of S. Zezulak; telephone conference with J. Dykes concerning same. |
| 03/16/10 | J S Smith | 2.40 | 1,428.00 *(714.00)* | S. Zezulak deposition preparation; REDACTED REDACT |
| 03/16/10 | P Trahan | 0.30 | 160.50 *(80.25)* | Conference with team about case status, depositions, REDACTED |
| 03/17/10 | OJ Dykes | 4.00 | 2,600.00 *(1300.00)* | Further review of documents, including phone conferences with B. Patrick regarding same, and revise outline, in preparation for S. Zezulak depostion; REDA REDACTED REDACTED |

Total = 13,175.75

BlackRock Realty Advisors, Inc.
Invoice Number: 11075192
Invoice Date: April 9, 2010
Invoice Due Date: May 9, 2010
Page 3

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| 03/17/10 | BW Patrick | 1.20 | 450.00 *(225.00)* | Telephone conference with J. Dykes concerning deposition of S. Zezulak; REDACTED REDACTED |

REDACTED
REDACTED

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| 03/18/10 | BW Patrick | 1.90 | 712.50 | E-mail correspondence and telephone conferences with J. Dykes concerning preparation for S. Zezulak's deposition and issues relating to true-up dispute. |
| 03/22/10 | OJ Dykes | 6.00 | 3,900.00 | {Escrow/True-Up} Take deposition of Alberta Controller S. Zezulak; conference with J. Smith and Messers. P. Trahan and B. Patrick regarding same and regarding options for resolving true-up issue, seeking amendment to complaint; summarize S. Zezulak deposition. |
| 03/22/10 | P Trahan | 1.00 | 535.00 | Confeence with team about S. Zezulak deposition and implications on lawsuit; prepare summary relating to same along with outline of motion for leave to amend. |
| 03/26/10 | BW Patrick | 0.50 | 187.50 | Continue preparing materials for depositions of A. Piekarski, J. Alexander, and C. Silva. |
| 03/29/10 | BW Patrick | 4.30 | 1,612.50 *(806.25)* | {Escrow/True-Up} Telephone conference with P. Trahan concerning preparations for depositions of A. Piekarski, C. Silva, and J. Alexander; REDACTED REDACTED |
| 03/30/10 | BW Patrick | 4.90 | 1,837.50 *(918.75)* | REDACTED REDACTED begin preparing memorandum to BlackRock deponents in connection with upcoming depositions. |
| 03/30/10 | P Trahan | 0.30 | 160.50 | Conference with client and opposing counsel about depositions; prepare for same. |
| 03/31/10 | BW Patrick | 3.90 | 1,462.50 | Continue preparing deposition preparation memorandum; conferences with P. Trahan and J. Smith concerning same. |
| 03/31/10 | J S Smith | 1.30 | 773.50 | Preparation for depositions. |
| 03/31/10 | P Trahan | 0.50 | 267.50 | Review memorandum for deposition preparation and confer with team in relation to same. |

TOTAL CHARGEABLE HOURS ............................................................................................................ 79.10

*Total = 9,949.00*

BlackRock Realty Advisors, Inc.
Invoice Number: 11075192
Invoice Date: April 9, 2010
Invoice Due Date: May 9, 2010
Page 4

FEES .................................................................................................................................................$37,567.00

LESS: 15% FEE DISCOUNT ..........................................................................................................(5,635.05)

TOTAL FEES ......................................................................................................................................$31,931.95

EXPENSES & SERVICES:

| | | | |
|---|---|---|---|
| E101S | | Copy | 176.25 |
| E102 | | Outside printing | 620.47 |
| E104S | | Facsimile | 52.00 |
| E105S | | Telephone | 10.80 |
| E107S | | Delivery services/messengers | 27.06 |
| E108S | | Postage | 49.20 |
| F254S | | Online Research - Lexis | 64.00 |
| F268S | | Pacer | 6.80 |
| F264S[1] | 03/31/10 | Data Management, Maintenance & Support $200 per GB per month (17 GB) | 3,400.00 |
| F265S | 03/31/10 | Electronic Data Production $0.02 per file (59 files) | 1.18 |

*[handwritten: Total = 3407.98]*

---

[1] Per GB per month fee assessed during the discovery phase of a case for matters in which the firm's Automated Litigation Support System is used to manage case documents and information. Fee includes project management and technical services to:

- Serve as a single point of contact for all aspects of a project.
- Design and develop database in which hard copy documents and electronic data are maintained.
- Support use of Automated Litigation Support System.
- Coordinate collection of hard copy and electronic data.
- Evaluate, recommend and coordinate with litigation support vendors.
- Assist electronic discovery technologist in reporting, quality control and management of electronic discovery efforts.
- Design document review strategy; manage document review process and timelines.
- Support strategic document analysis, measurement and reporting of document review efficiencies.
- Coordinate criteria, format, quality control and timelines for document productions.
- Provide recommendations regarding application of technology in all phases of litigation.
- Load data received from scanning and electronic discovery vendors and opposing counsel; maintain quality assurance.

BlackRock Realty Advisors, Inc.
Invoice Number: 11075192
Invoice Date: April 9, 2010
Invoice Due Date: May 9, 2010

(4,407.76)

TOTAL FEES AND EXPENSES & SERVICES ................................................................. $36,339.71

TOTAL INVOICE AMOUNT DUE ................................................................................... $36,339.71

PREVIOUS BALANCE:

| DATE | INVOICE | BALANCE DUE |
|---|---|---|
| 12/11/09 | 11045841 | $17,917.33 |
| 12/11/09 | 11045856 | $1,127.95 |
| 12/11/09 | 11045862 | $181.05 |
| 1/12/10 | 11052391 | $87,375.50 |
| 1/12/10 | 11052424 | $30.17 |
| 1/12/10 | 11052436 | $29,568.10 |
| 2/12/10 | 11061048 | $125,124.74 |
| 2/12/10 | 11061056 | $94,151.96 |
| 2/12/10 | 11061078 | $2,659.65 |
| 3/8/10 | 11067197 | $221,966.45 |
| 3/8/10 | 11067317 | $29,209.40 |
| 3/8/10 | 11067321 | $181.90 |
| 3/8/10 | 11067325 | $1,432.67 |
| 4/9/10 | 11075185 | $4,743.21 |
| 4/9/10 | 11075190 | $1,405.90 |
| 4/9/10 | 11075191 | $7,492.75 |

$624,568.73

TOTAL AMOUNT DUE ................................................................................................. $660,908.44

BlackRock Realty Advisors, Inc.
Invoice Number: 11075192
Invoice Date: April 9, 2010
Invoice Due Date: May 9, 2010

Southlands Town Center Escrow AC70210076
Dispute {Escrow}

* * * * *

The following is a summary of the time dedicated and the fees charged on an average hourly rate basis to this matter by the Firm's professional staff:

| TIMEKEEPER NAME | TITLE | HOURS | RATE | FEE |
|---|---|---|---|---|
| Osborne J. Dykes | Of Counsel | 19.00 | $650.00 | 12,350.00 |
| Jane Snoddy Smith | Partner | 10.90 | $595.00 | 6,485.50 |
| Paul Trahan | Partner | 3.70 | $535.00 | 1,979.50 |
| Jennifer Diane Sherrill | Counsel | 2.40 | $475.00 | 1,140.00 |
| Bryan Wesley Patrick | Sr Associate | 39.50 | $375.00 | 14,812.50 |
| Benjamin Matthew Vetter | Sr Associate | 0.30 | $355.00 | 106.50 |
| Stacey L. Hay | Prac Support | 3.30 | $210.00 | 693.00 |
| TOTAL | | 79.10 | | 37,567.00 |

|  | HOURS | RATE | FEE |
|---|---|---|---|
| Attorney Personnel | 75.80 | $486.46 | 36,874.00 |
| Paralegal Personnel | 3.30 | $210.00 | 693.00 |
| TOTAL | 79.10 | | 37,567.00 |

** Average Hourly Rate for all Personnel

Invoice Number: 11075192<br>
Matter Number: 10904447<br><br>
Invoice Date: April 9, 2010<br>
Invoice Due Date: May 9, 2010

Jeremy A. Litt, Director, Legal & Comp.
BlackRock Realty Advisors, Inc.
300 Campus Drive, 3rd Floor
Florham Park, NJ  07932

**FULBRIGHT & JAWORSKI L.L.P.**
**A Registered Limited Liability Partnership**
**600 Congress Avenue, Suite 2400**
**Austin, Texas 78701**
**(512) 474-5201**

Requesting Attorney: Jane Snoddy Smith

Tax Identification Number
74-1201087

PLEASE RETURN WITH REMITTANCE
TOTAL AMOUNT (PAYABLE IN U.S. DOLLARS) DUE BY MAY 9, 2010

Southlands Town Center Escrow AC70210076
Dispute {Escrow}

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through March 31, 2010 as follows:

TOTAL FEES ......................................................................................................................................... $37,567.00
LESS:  15% FEE DISCOUNT .................................................................................................................. (5,635.05)
TOTAL EXPENSES & SERVICES.............................................................................................................. 4,407.76
TOTAL FEES AND EXPENSES & SERVICES ....................................................................................... $36,339.71

TOTAL INVOICE AMOUNT DUE............................................................................................................ $36,339.71 **

PREVIOUS BALANCE:

| DATE | INVOICE | BALANCE DUE |
|---|---|---|
| 12/11/09 | 11045841 | $17,917.33 |
| 12/11/09 | 11045856 | $1,127.95 |
| 12/11/09 | 11045862 | $181.05 |
| 1/12/10 | 11052391 | $87,375.50 |
| 1/12/10 | 11052424 | $30.17 |
| 1/12/10 | 11052436 | $29,568.10 |
| 2/12/10 | 11061048 | $125,124.74 |
| 2/12/10 | 11061056 | $94,151.96 |
| 2/12/10 | 11061078 | $2,659.65 |
| 3/8/10 | 11067197 | $221,966.45 |
| 3/8/10 | 11067317 | $29,209.40 |
| 3/8/10 | 11067321 | $181.90 |
| 3/8/10 | 11067325 | $1,432.67 |
| 4/9/10 | 11075185 | $4,743.21 |
| 4/9/10 | 11075190 | $1,405.90 |
| 4/9/10 | 11075191 | $7,492.75 |

$624,568.73
TOTAL AMOUNT DUE ............................................................................................................................ $660,908.44

Invoice Number: 11083128  
Matter Number: 10904447  
Invoice Date: May 10, 2010  
Invoice Due Date: June 9, 2010

Jeremy A. Litt, Director, Legal & Comp.  
BlackRock Realty Advisors, Inc.  
300 Campus Drive, 3rd Floor  
Florham Park, NJ 07932

**FULBRIGHT & JAWORSKI L.L.P.**  
A Registered Limited Liability Partnership  
600 Congress Avenue, Suite 2400  
Austin, Texas 78701  
(512) 474-5201

Tax Identification Number  
74-1201087

Requesting Attorney: Jane Snoddy Smith

Southlands Town Center Escrow AC70210076  
Dispute {Escrow}

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through April 30, 2010 as follows:

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| 04/01/10 | S L Hay | 1.50 | 315.00 | Assist B. Patrick with creation of 5 sets of deposition preparation binders and arrange for FedEx delivery of same to J. Litt. |
| 04/01/10 | BW Patrick | 5.50 | 2,062.50 | {Escrow & True-Up} Continue preparing deposition preparation memorandum and deposition packets; conferences with J. Smith and S. Hay concerning same. |
| 04/01/10 | J S Smith | 4.10 | 2,439.50 | Prepare for deposition; e-mail to J. Litt; telephone conference with L. Nakaoka. |
| 04/05/10 | BW Patrick | 0.90 | 337.50 | Conference with P. Trahan and J. Smith regarding deposition preparation. |
| 04/05/10 | J S Smith | 3.40 | 2,023.00 | Prepare for depositions; memo review. |
| 04/05/10 | P Trahan | 10.00 | 5,350.00 | Prepare materials for the depositions of C. Silva, J. Alexander, and A. Piekarski; travel to New Jersey; conference with opposing counsel and client in relation to same. |
| 04/06/10 | BW Patrick | 1.60 | 600.00 | Telephone conference with J. Smith, P. Trahan and BlackRock deponents regarding upcoming depositions. |
| 04/06/10 | J S Smith | 3.10 | 1,844.50 | Deposition preparation and deposition information; telephone conference with A. Piekarski. |
| 04/06/10 | P Trahan | 7.50 | 4,012.50 | Prepare A. Piekarski, C. Silva, and J. Alexander for their depositions. |
| 04/07/10 | S L Hay | 0.20 | 42.00 | Search database to locate produced document. |
| 04/07/10 | BW Patrick | 1.30 | 487.50 | Conferences with J. Smith and P. Trahan concerning depositions and upcoming settlement conference; REDACTED |
| 04/07/10 | J S Smith | 2.30 | 1,368.50 | REDACTED telephone conference with A. Piekarski for deposition preparation; deposition |

*Handwritten annotations:* 243.75 ; 684.25 ; Total = 19,954.00

BlackRock Realty Advisors, Inc.
Invoice Number: 11083128
Invoice Date: May 10, 2010
Invoice Due Date: June 9, 2010
Page 2

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| | | | | questions. |
| 04/07/10 | J S Smith | 2.10 | 1,249.50 | Deposition preparation and questions; e-mail to A. Piekarski; telephone conference with A. Piekarski; review deposition questions. |
| 04/07/10 | P Trahan | 8.00 | 4,280.00 | Prepare for and defend the depositions of C. Silva and A. Piekarski. |
| REDACTED | | | | |
| 04/08/10 | P Trahan | 10.00 | 5,350.00 | Prepare for and defend the deposition of J. Alexander; conference with local counsel about settlement conference; travel from New Jersey to Texas. |
| 04/11/10 | J S Smith | 0.10 | 59.50 | Settlement conference preparation. |
| 04/12/10 | BW Patrick | 3.70 | 1,387.50 | Prepare Third Confidential Settlement Statement; conferences with J. Smith and P. Trahan concerning settlement statement and upcoming settlement conference. |
| 04/13/10 | BW Patrick | 2.70 | 1,012.50 | Review and revise confidential settlement statement; conference with J. Smith and P. Trahan concerning same; research regarding filing supplemental pleading to add true-up claim. |
| 04/13/10 | J S Smith | 4.70 | 2,796.50 | {Escrow/True-Up} Prepare settlement statement; telephone conference with P. Cockrell and D. Greher; telephone conference with A. Piekarski; construction claims; true-up counterclaim. |
| 04/13/10 | P Trahan | 4.00 | 2,140.00 [1,070.00] | Conference with team about status of the Southlands dispute, the settlement statement, and preparation for the settlement conference; confer with A. Piekarski about settlement conference; review, revise, and serve settlement statement; REDACTED REDACTED |
| REDACTED | | | | |
| 04/14/10 | J S Smith | 0.90 | 535.50 | Settlement conference preparation. |
| 04/14/10 | P Trahan | 1.70 | 909.50 [454.75] | REDACTED REDACTED conference with C. Silva in preparation for settlement conference. |
| 04/15/10 | BW Patrick | 4.80 | 1,800.00 [900.00] | Prepare J. Smith for settlement conference; REDACTED REDACTED |
| 04/15/10 | J S Smith | 5.90 [175.25] | 3,510.50 | REDACTED prepare for settlement. |
| REDACTED | | | | |
| 04/16/10 | BW Patrick | 4.10 | 1,537.50 [768.75] | Continue preparing J. Smith for settlement conference; prepare materials for same; review REDACTED REDACTED |
| 04/16/10 | J S Smith | 4.30 | 2,558.50 [1279.25] | {Escrow/True-Up} Prepare for settlement conference; REDACTED |

Total = 22,899.00