# EXHIBIT A.10

BlackRock Realty Advisors, Inc.
Invoice Number: 11083128
Invoice Date: May 10, 2010
Invoice Due Date: June 9, 2010
Page 3

| DATE | NAME | TIME | AMOUNT | SERVICES |
|------|------|------|--------|----------|
| 04/16/10 | P Trahan | 2.50 | 1,337.50 <br> 668.75 | REDACTED conference with team about preparation for settlement conference; confer with client on status of various issues. |
| 04/19/10 | J S Smith | 3.40 | 2,023.00 | {Escrow/True-Up} Prepare for settlement conference; review six deposits; calculate true-up errors; review estoppel provisions. |
| 04/19/10 | P Trahan | 8.60 | 4,601.00 | Conference with J. Smith in preparation for settlement conference; prepare materials in relation to same, including damages assessment under different scenarios; travel to Denver regarding same; conference with client in preparation for same. |
| 04/20/10 | J S Smith | 8.00 | 4,760.00 | Prepare for settlement conference; settlement conference; strategy planning. |
| 04/20/10 | P Trahan | 8.40 | 4,494.00 | Prepare for and attend settlement conference with the Magistrate Judge; confer with client in relation to same. |
| 04/22/10 | J S Smith | 2.00 | 1,190.00 | Telephone conference and preparation; e-mails to C. Silva; telephone conference with A. Piekarski. |
| 04/23/10 | J S Smith | 0.20 | 119.00 | Settlement conference call. |
| 04/26/10 | J S Smith | 0.40 | 238.00 | Settlement conference update. |
| 04/26/10 | P Trahan | 1.00 | 535.00 <br> 267.50 | Prepare for and attend conference with client and team about settlement conference and case status REDACTED <br> REDACTED |
| 04/26/10 | P Trahan | 0.50 | 267.50 | Review Land Title's proposed interpleader and confer with Land Title's counsel regarding same. |
| 04/27/10 | J S Smith | 1.00 | 595.00 | Settlement issues. |
| 04/27/10 | P Trahan | 0.10 | 53.50 | Conference with Colorado counsel about the settlement conference and the potential change of judges. |

REDACTED

TOTAL CHARGEABLE HOURS .................................................................................................................................... 144.20

FEES ...................................................................................................................................................................... $74,601.00

LESS: 15% FEE DISCOUNT ............................................................................................................................... (11,190.15)

TOTAL FEES ......................................................................................................................................................... $63,410.85

EXPENSES & SERVICES:

| E101S | Copy | 970.95 |
| E104S | Facsimile | 2.40 |
| E105S | Telephone | 4.02 |
| E107S | Delivery services/messengers | 70.78 |

Total = 19277.25

BlackRock Realty Advisors, Inc.
Invoice Number: 11083128
Invoice Date: May 10, 2010
Page 4

| | | | |
|---|---|---|---|
| F255S | | Online Research - Westlaw | 153.58 |
| F268S | | Pacer | 4.96 |
| E106 | 04/07/10 | Online research - Reed Elsevier Inc. Filing fees - Callison Appeal - Court of Appeals - Notice of Appeal, Designation of Record/04022010 Bank ID: 008 Check Number: 175030 | 260.29 |
| E106 | 04/07/10 | Online research - Reed Elsevier Inc. Filing fees - Alberta v. Callison - State District Court - Transcript Request, Notice of Appeal, Motion to Stay, Designation of Record and Reply in Support of Motion to Stay/04022010 Bank ID: 008 Check Number: 175030 | 342.52 |
| E110 | 04/29/10 | Out-of-town travel - Paul Trahan Travel Expenses(Air Fare $445.40; Hotel $571.83; Rental Car $138.39; Gas $15.53; Parking $56; Cabs $60) while in Denver for Site Inspection, Settlement Conference & Meeting with Experts -- 4/19/2010 -- 10904447 Bank ID: 139 Check Number: 69039 | 1,287.15 *643.58* |
| E111 | 04/29/10 | Meals - Paul Trahan Meal Expenses while in Denver for Site Inspection, Settlement Conference & Meeting with Experts -- 4/19/2010 -- 10904447 Bank ID: 139 Check Number: 69039 | 106.67 *53.33* |
| E115 | 04/26/10 | Deposition transcripts - Hunter + Geist, Inc. Inv. 73306; Deposition transcripts of Christopher Silva and Andrew Piekarski (Job 100407GRA) - 04-19-10 / 10904447 Bank ID: 139 Check Number: 68964 | 830.60 |
| E115 | 04/26/10 | Deposition transcripts - Hunter + Geist, Inc. Inv. 73308; Deposition transcript of Jay Alexander (Job # 100408GRA) - 04-19-10 / 10904447 Bank ID: 139 Check Number: 68964 | 383.80 |
| F264S[1] | 04/30/10 | Data Management, Maintenance & Support $200 per GB per month (17 GB) | 3,400.00 |

*Total Fees = 5311.31*

---

[1] Per GB per month fee assessed during the discovery phase of a case for matters in which the firm's Automated Litigation Support System is used to manage case documents and information. Fee includes project management and technical services to:

- Serve as a single point of contact for all aspects of a project.

- Design and develop database in which hard copy documents and electronic data are maintained.

- Support use of Automated Litigation Support System.

- Coordinate collection of hard copy and electronic data.

- Evaluate, recommend and coordinate with litigation support vendors.

- Assist electronic discovery technologist in reporting, quality control and management of electronic discovery efforts.

- Design document review strategy; manage document review process and timelines.

- Support strategic document analysis, measurement and reporting of document review efficiencies.

- Coordinate criteria, format, quality control and timelines for document productions.

- Provide recommendations regarding application of technology in all phases of litigation.

- Load data received from scanning and electronic discovery vendors and opposing counsel; maintain quality assurance.

BlackRock Realty Advisors, Inc.
Invoice Number: 11083128
Invoice Date: May 10, 2010
Invoice Due Date: June 9, 2010

7,217.72

TOTAL FEES AND EXPENSES & SERVICES ................................................................................................$70,628.57

TOTAL INVOICE AMOUNT DUE.........................................................................................................................$70,628.57

PREVIOUS BALANCE:

| DATE | INVOICE | BALANCE DUE |
|------|---------|-------------|
| 4/9/10 | 11075185 | $4,743.21 |
| 4/9/10 | 11075190 | $1,405.90 |
| 4/9/10 | 11075191 | $7,492.75 |
| 4/9/10 | 11075192 | $36,339.71 |

$49,981.57

TOTAL AMOUNT DUE ...................................................................................................................................$120,610.14

BlackRock Realty Advisors, Inc.
Invoice Number: 11083128
Invoice Date: May 10, 2010
Invoice Due Date: June 9, 2010

Southlands Town Center Escrow AC70210076
Dispute {Escrow}

* * * * *

The following is a summary of the time dedicated and the fees charged on an average hourly rate basis to this matter by the Firm's professional staff:

| TIMEKEEPER NAME | TITLE | HOURS | RATE | FEE |
|---|---|---|---|---|
| Jane Snoddy Smith | Partner | 46.30 | $595.00 | 27,548.50 |
| Marcy Hogan Greer | Partner | 0.50 | $560.00 | 280.00 |
| Paul Trahan | Partner | 65.80 | $535.00 | 35,203.00 |
| Bryan Wesley Patrick | Sr Associate | 29.90 | $375.00 | 11,212.50 |
| Stacey L. Hay | Prac Support | 1.70 | $210.00 | 357.00 |
| TOTAL | | 144.20 | | 74,601.00 |

| | | HOURS | RATE | FEE |
|---|---|---|---|---|
| Attorney Personnel | | 142.50 | $521.01 | 74,244.00 |
| Paralegal Personnel | | 1.70 | $210.00 | 357.00 |
| TOTAL | | 144.20 | | 74,601.00 |

** Average Hourly Rate for all Personnel

Invoice Number: 11083128
Matter Number: 10904447

Invoice Date: May 10, 2010
Invoice Due Date: June 9, 2010

Jeremy A. Litt, Director, Legal & Comp.
BlackRock Realty Advisors, Inc.
300 Campus Drive, 3rd Floor
Florham Park, NJ  07932

**FULBRIGHT & JAWORSKI L.L.P.**
**A Registered Limited Liability Partnership**
**600 Congress Avenue, Suite 2400**
**Austin, Texas 78701**
**(512) 474-5201**

Tax Identification Number
74-1201087

Requesting Attorney: Jane Snoddy Smith

PLEASE RETURN WITH REMITTANCE
TOTAL AMOUNT (PAYABLE IN U.S. DOLLARS) DUE BY JUNE 9, 2010

Southlands Town Center Escrow AC70210076
Dispute {Escrow}

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through April 30, 2010 as follows:

TOTAL FEES ..................................................................................................................$74,601.00
LESS: 15% FEE DISCOUNT .............................................................................................(11,190.15)
TOTAL EXPENSES & SERVICES.........................................................................................7,217.72
TOTAL FEES AND EXPENSES & SERVICES .......................................................................$70,628.57

TOTAL INVOICE AMOUNT DUE.........................................................................................$70,628.57 **

PREVIOUS BALANCE:

| DATE | INVOICE | BALANCE DUE |
|------|---------|-------------|
| 4/9/10 | 11075185 | $4,743.21 |
| 4/9/10 | 11075190 | $1,405.90 |
| 4/9/10 | 11075191 | $7,492.75 |
| 4/9/10 | 11075192 | $36,339.71 |

$49,981.57

TOTAL AMOUNT DUE ......................................................................................................$120,610.14

Invoice Number: 11093316
Matter Number: 10904447
Invoice Date: June 9, 2010
Invoice Due Date: July 9, 2010

Jeremy A. Litt, Director, Legal & Comp.
BlackRock Realty Advisors, Inc.
300 Campus Drive, 3rd Floor
Florham Park, NJ 07932

### FULBRIGHT & JAWORSKI L.L.P.
A Registered Limited Liability Partnership
600 Congress Avenue, Suite 2400
Austin, Texas 78701
(512) 474-5201

Requesting Attorney: Jane Snoddy Smith

Tax Identification Number
74-1201087

Southlands Town Center Escrow AC70210076
Dispute {Escrow}

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through May 31, 2010 as follows:

| DATE | NAME | TIME | AMOUNT | SERVICES |
|------|------|------|--------|----------|
| 05/03/10 | BW Patrick | 0.90 | 337.50 | Conference with J. Smith to discuss settlement conference and case strategy. |
| REDACTED | | | | |
| 05/24/10 | BW Patrick | 0.10 | 37.50 | Review escrow agreement regarding payment of interest. |
| 05/26/10 | BW Patrick | 0.80 | 300.00 | Review of escrow agreement in connection with Land Title's disbursement of interest; conferences with J. Smith and P. Trahan concerning same. |
| 05/26/10 | J S Smith | 2.90 | 1,725.50 | Land title dispute, e-mail K. Bruetsch; review Escrow Agreement. |
| 05/26/10 | P Trahan | 1.00 | 535.00 | Prepare correspondence to Land Title about escrow funds; review documents in relation to same; confer with team regarding same.review documents regarding dewatering wells. |

TOTAL CHARGEABLE HOURS ................................................................................................................5.90

FEES ...........................................................................................................................................$3,010.50

LESS: 15% FEE DISCOUNT ...........................................................................................................(451.58)

TOTAL FEES ...............................................................................................................................$2,558.92

EXPENSES & SERVICES:

| | | |
|------|------|------|
| E101S | Copy | 83.55 |
| E105S | Telephone | 28.70 |
| F268S | Pacer | 0.08 |

Total = 2935.50

BlackRock Realty Advisors, Inc.
Invoice Number: 11093316
Invoice Date: June 9, 2010
Page 2

| E110 | 04/20/10 | Out-of-town travel -  Paul Trahan Travel Expenses(Air Fare $1336.60; Hotel $576.15; Car Rental $447.13; Parking $62.00) for Trip to Newark to Defend Depositions of Silva & Piekarski -- 4/5/2010 -- 10210271 Bank ID: 139 Check Number: 68874 | 2,421.88 |
| E112 | 05/07/10 | Court fees - Reed Elsevier Inc. Filing fees - Callison Appeal - Court of Appeals - Motion to Stay/05062010 Bank ID: 008 Check Number: 176500 | 12.43 |
| E115 | 05/20/10 | Deposition transcripts - Hunter + Geist, Inc. Inv. 71623; Depositions of Kralovec and Krier - 01-28-10 | 881.22 |
| F264S[1] | 05/31/10 | Data Management, Maintenance & Support $200 per GB per month (17 GB) | 3,400.00 |

*Total Fees = 6703.18*

---

[1] Per GB per month fee assessed during the discovery phase of a case for matters in which the firm's Automated Litigation Support System is used to manage case documents and information.  Fee includes project management and technical services to:

- Serve as a single point of contact for all aspects of a project.

- Design and develop database in which hard copy documents and electronic data are maintained.

- Support use of Automated Litigation Support System.

- Coordinate collection of hard copy and electronic data.

- Evaluate, recommend and coordinate with litigation support vendors.

- Assist electronic discovery technologist in reporting, quality control and management of electronic discovery efforts.

- Design document review strategy; manage document review process and timelines.

- Support strategic document analysis, measurement and reporting of document review efficiencies.

- Coordinate criteria, format, quality control and timelines for document productions.

- Provide recommendations regarding application of technology in all phases of litigation.

- Load data received from scanning and electronic discovery vendors and opposing counsel; maintain quality assurance.

BlackRock Realty Advisors, Inc.
Invoice Number: 11093316
Invoice Date: June 9, 2010
Invoice Due Date: July 9, 2010

|  |  |
|---|---|
|  | 6,825.86 |

TOTAL FEES AND EXPENSES & SERVICES ................................................................................................$9,384.78

TOTAL INVOICE AMOUNT DUE.............................................................................................................$9,384.78

PREVIOUS BALANCE:

| DATE | INVOICE | BALANCE DUE |
|---|---|---|
| 4/9/10 | 11075185 | $4,743.21 |
| 4/9/10 | 11075190 | $1,405.90 |
| 4/9/10 | 11075191 | $7,492.75 |
| 4/9/10 | 11075192 | $36,339.71 |
| 5/10/10 | 11083128 | $70,628.57 |
| 5/10/10 | 11083148 | $8,168.07 |
| 5/10/10 | 11083155 | $710.17 |
| 5/10/10 | 11083162 | $379.52 |
| 5/10/10 | 11083165 | $227.37 |
| 5/10/10 | 11083177 | $657.47 |

|  |  |
|---|---|
|  | $130,752.74 |

TOTAL AMOUNT DUE ...................................................................................................................$140,137.52

BlackRock Realty Advisors, Inc.
Invoice Number: 11093316
Invoice Date: June 9, 2010
Invoice Due Date: July 9, 2010

Southlands Town Center Escrow AC70210076
Dispute {Escrow}

* * * * *

The following is a summary of the time dedicated and the fees charged on an average hourly rate basis to this matter by the Firm's professional staff:

| TIMEKEEPER NAME | TITLE | HOURS | RATE | FEE |
|---|---|---|---|---|
| Jane Snoddy Smith | Partner | 2.90 | $595.00 | 1,725.50 |
| Paul Trahan | Partner | 1.00 | $535.00 | 535.00 |
| Bryan Wesley Patrick | Sr Associate | 2.00 | $375.00 | 750.00 |
| TOTAL | | 5.90 | | 3,010.50 |

| | HOURS | RATE | FEE |
|---|---|---|---|
| Attorney Personnel | 5.90 | $510.25 | 3,010.50 |
| TOTAL | 5.90 | | 3,010.50 |

** Average Hourly Rate for all Personnel

Invoice Number: 11093316
Matter Number: 10904447

Invoice Date: June 9, 2010
Invoice Due Date: July 9, 2010

Jeremy A. Litt, Director, Legal & Comp.
BlackRock Realty Advisors, Inc.
300 Campus Drive, 3rd Floor
Florham Park, NJ  07932

**FULBRIGHT & JAWORSKI L.L.P.**
**A Registered Limited Liability Partnership**
**600 Congress Avenue, Suite 2400**
**Austin, Texas 78701**
**(512) 474-5201**

Requesting Attorney: Jane Snoddy Smith

Tax Identification Number
74-1201087

PLEASE RETURN WITH REMITTANCE
TOTAL AMOUNT (PAYABLE IN U.S. DOLLARS) DUE BY JULY 9, 2010

Southlands Town Center Escrow AC70210076
Dispute {Escrow}

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through May 31, 2010 as follows:

TOTAL FEES ................................................................................................................$3,010.50
LESS: 15% FEE DISCOUNT.........................................................................................(451.58)
TOTAL EXPENSES & SERVICES..................................................................................6,825.86
TOTAL FEES AND EXPENSES & SERVICES ..............................................................$9,384.78

TOTAL INVOICE AMOUNT DUE...................................................................................$9,384.78 **

PREVIOUS BALANCE:

| DATE | INVOICE | BALANCE DUE |
|------|---------|-------------|
| 4/9/10 | 11075185 | $4,743.21 |
| 4/9/10 | 11075190 | $1,405.90 |
| 4/9/10 | 11075191 | $7,492.75 |
| 4/9/10 | 11075192 | $36,339.71 |
| 5/10/10 | 11083128 | $70,628.57 |
| 5/10/10 | 11083148 | $8,168.07 |
| 5/10/10 | 11083155 | $710.17 |
| 5/10/10 | 11083162 | $379.52 |
| 5/10/10 | 11083165 | $227.37 |
| 5/10/10 | 11083177 | $657.47 |

$130,752.74

TOTAL AMOUNT DUE .................................................................................................$140,137.52