# EXHIBIT A.12

BlackRock Realty Advisors, Inc.
Invoice Number: 11109197
Invoice Date: August 9, 2010
Page 5

GB per month (17 GB)                                   _____

- Coordinate collection of hard copy and electronic data.
- Evaluate, recommend and coordinate with litigation support vendors.
- Assist electronic discovery technologist in reporting, quality control and management of electronic discovery efforts.
- Design document review strategy; manage document review process and timelines.
- Support strategic document analysis, measurement and reporting of document review efficiencies.
- Coordinate criteria, format, quality control and timelines for document productions.
- Provide recommendations regarding application of technology in all phases of litigation.
- Load data received from scanning and electronic discovery vendors and opposing counsel; maintain quality assurance.

BlackRock Realty Advisors, Inc.
Invoice Number: 11109197
Invoice Date: August 9, 2010
Invoice Due Date: September 8, 2010

---

8,665.20

TOTAL FEES AND EXPENSES & SERVICES ................................................................................ $42,442.50

TOTAL INVOICE AMOUNT DUE............................................................................................... $42,442.50

PREVIOUS BALANCE:

| DATE | INVOICE | BALANCE DUE |
|---|---|---|
| 6/9/10 | 11093316 | $9,384.78 |
| 6/9/10 | 11093428 | $1,088.42 |
| 6/9/10 | 11093434 | $3,982.25 |
| 6/9/10 | 11093438 | $904.40 |
| 7/12/10 | 11102102 | $3,977.57 |
| 7/12/10 | 11102107 | $12,570.41 |
| 7/12/10 | 11102113 | $5,617.65 |

BlackRock Realty Advisors, Inc.
Invoice Number: 11109197
Invoice Date: August 9, 2010
Invoice Due Date: September 8, 2010

Southlands Town Center Escrow AC70210076
Dispute {Escrow}

\* \* \* \* \*

The following is a summary of the time dedicated and the fees charged on an average hourly rate basis to this matter by the Firm's professional staff:

| TIMEKEEPER NAME | TITLE | HOURS | RATE | FEE |
|---|---|---|---|---|
| Osborne J. Dykes | Of Counsel_ | 4.90 | $650.00 | 3,185.00 |
| Jane Snoddy Smith | Partner | 13.60 | $595.00 | 8,092.00 |
| Marcy Hogan Greer | Partner | 5.20 | $560.00 | 2,912.00 |
| Paul Trahan | Partner | 13.10 | $535.00 | 7,008.50 |
| Bryan Wesley Patrick | Sr Associate | 34.60 | $375.00 | 12,975.00 |
| Benjamin Matthew Vetter | Sr Associate | 5.60 | $355.00 | 1,988.00 |
| Ronda L. Hendricks | Sr Paralegal | 14.10 | $215.00 | 3,031.50 |
| Stacey L. Hay | Sr Paralegal | 2.60 | $210.00 | 546.00 |
| TOTAL | | 93.70 | | 39,738.00 |

| | HOURS | RATE | FEE |
|---|---|---|---|
| Attorney Personnel | 77.00 | $469.62 | 36,160.50 |
| Paralegal Personnel | 16.70 | $214.22 | 3,577.50 |
| TOTAL | 93.70 | | 39,738.00 |

\*\* Average Hourly Rate for all Personnel

Invoice Number: 11109197
Matter Number: 10904447

Invoice Date: August 9, 2010
Invoice Due Date: September 8, 2010

Jeremy A. Litt, Director, Legal & Comp.
BlackRock Realty Advisors, Inc.
300 Campus Drive, 3rd Floor
Florham Park, NJ  07932

**FULBRIGHT & JAWORSKI L.L.P.**
A Registered Limited Liability Partnership
600 Congress Avenue, Suite 2400
Austin, Texas 78701
(512) 474-5201

Requesting Attorney: Jane Snoddy Smith

Tax Identification Number
74-1201087

PLEASE RETURN WITH REMITTANCE
TOTAL AMOUNT (PAYABLE IN U.S. DOLLARS) DUE BY SEPTEMBER 8, 2010

Southlands Town Center Escrow AC70210076
Dispute {Escrow}

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through July 31, 2010 as follows:

| | |
|---|---|
| TOTAL FEES | $39,738.00 |
| LESS AGREED DISCOUNT | (5,960.70) |
| TOTAL EXPENSES & SERVICES | 8,665.20 |
| TOTAL FEES AND EXPENSES & SERVICES | $42,442.50 |
| TOTAL INVOICE AMOUNT DUE | $42,442.50 ** |

PREVIOUS BALANCE:

| DATE | INVOICE | BALANCE DUE |
|---|---|---|
| 6/9/10 | 11093316 | $9,384.78 |
| 6/9/10 | 11093428 | $1,088.42 |
| 6/9/10 | 11093434 | $3,982.25 |
| 6/9/10 | 11093438 | $904.40 |
| 7/12/10 | 11102102 | $3,977.57 |
| 7/12/10 | 11102107 | $12,570.41 |
| 7/12/10 | 11102113 | $5,617.65 |

Invoice Number: 11117085
Matter Number: 10904447
Invoice Date: September 9, 2010
Invoice Due Date: October 9, 2010

Jeremy A. Litt, Director, Legal & Comp.
BlackRock Realty Advisors, Inc.
300 Campus Drive, 3rd Floor
Florham Park, NJ  07932

**FULBRIGHT & JAWORSKI L.L.P.**
A Registered Limited Liability Partnership
600 Congress Avenue, Suite 2400
Austin, Texas 78701
(512) 474-5201

Tax Identification Number
74-1201087

Requesting Attorney: Jane Snoddy Smith

Southlands Town Center Escrow AC70210076
Dispute {Escrow}

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through August 31, 2010 as follows:

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| 08/24/10 | BW Patrick | 0.20 | 75.00 | E-mail correspondence with local counsel regarding Alberta's response to Granite's reply to Alberta's motion for expedited hearing. |

| | |
|---|---|
| TOTAL CHARGEABLE HOURS | 0.20 |
| FEES | $75.00 |
| LESS AGREED DISCOUNT | (11.25) |
| TOTAL FEES | $63.75 |
| TOTAL FEES AND EXPENSES & SERVICES | $63.75 |
| TOTAL INVOICE AMOUNT DUE | $63.75 |

BlackRock Realty Advisors, Inc.
Invoice Number: 11117085
Invoice Date: September 9, 2010
Invoice Due Date: October 9, 2010

---

Southlands Town Center Escrow AC70210076
Dispute {Escrow}

\* \* \* \* \*

The following is a summary of the time dedicated and the fees charged on an average hourly rate basis to this matter by the Firm's professional staff:

| TIMEKEEPER NAME | TITLE | HOURS | RATE | FEE |
|---|---|---|---|---|
| Bryan Wesley Patrick | Sr Associate | 0.20 | $375.00 | 75.00 |
| TOTAL | | 0.20 | | 75.00 |

| | | HOURS | RATE | FEE |
|---|---|---|---|---|
| Attorney Personnel | | 0.20 | $375.00 | 75.00 |
| TOTAL | | 0.20 | | 75.00 |

\*\* Average Hourly Rate for all Personnel

Invoice Number: 11117085<br>
Matter Number: 10904447<br><br>
Invoice Date: September 9, 2010<br>
Invoice Due Date: October 9, 2010

Jeremy A. Litt, Director, Legal & Comp.
BlackRock Realty Advisors, Inc.
300 Campus Drive, 3rd Floor
Florham Park, NJ 07932

**FULBRIGHT & JAWORSKI L.L.P.**
**A Registered Limited Liability Partnership**
600 Congress Avenue, Suite 2400
Austin, Texas 78701
(512) 474-5201

Requesting Attorney: Jane Snoddy Smith

Tax Identification Number
74-1201087

PLEASE RETURN WITH REMITTANCE
TOTAL AMOUNT (PAYABLE IN U.S. DOLLARS) DUE BY OCTOBER 9, 2010

Southlands Town Center Escrow AC70210076
Dispute {Escrow}

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through August 31, 2010 as follows:

TOTAL FEES .................................................................................................................................................$75.00

LESS AGREED DISCOUNT ...........................................................................................................................(11.25)

TOTAL FEES AND EXPENSES & SERVICES ...............................................................................................$63.75

TOTAL INVOICE AMOUNT DUE....................................................................................................................$63.75 **

Invoice Number: 11127431
Matter Number: 10904447
Invoice Date: October 13, 2010
Invoice Due Date: November 12, 2010

Jeremy A. Litt, Director, Legal & Comp.
BlackRock Realty Advisors, Inc.
300 Campus Drive, 3rd Floor
Florham Park, NJ  07932

**FULBRIGHT & JAWORSKI L.L.P.**
**A Registered Limited Liability Partnership**
**600 Congress Avenue, Suite 2400**
**Austin, Texas 78701**
**(512) 474-5201**

Tax Identification Number
74-1201087

Requesting Attorney: Jane Snoddy Smith

Southlands Town Center Escrow AC70210076
Dispute {Escrow}

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through September 30, 2010 as follows:

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| 09/13/10 | P Trahan | 0.20 | 107.00 | Conference with client about settlement conference. |
| 09/16/10 | P Trahan | 1.00 | 535.00 | Prepare and serve a Supplemental Settlement Statement; conference with court in relation to same; conference with J. Smith in relation to same. |
| 09/16/10 | P Trahan | 0.20 | 107.00 | Prepare update for J. Litt. |
| 09/17/10 | P Trahan | 0.40 | 214.00 | Conference with C. Silva in preparation for settlement conference. |
| 09/22/10 | J S Smith | 0.40 | 238.00 | E-mail to A. Kralovec; settlement conference questions; easement for dewatering. |
| 09/23/10 | BW Patrick | 0.40 | 150.00 | E-mail correspondence and telephone conference with P. Trahan concerning settlement conference. |
| 09/23/10 | J S Smith | 0.50 | 297.50 | Preparation for settlement conference. |
| 09/23/10 | P Trahan | 8.50 | 4,547.50 | Prepare for and attend settlement conference; conference with client and team in relation to same; prepare correspondence regarding same. |
| 09/27/10 | J S Smith | 0.50 | 297.50 | Review of settlement offer. |
| 09/29/10 | P Trahan | 0.30 | 160.50 | Prepare update for client. |

TOTAL CHARGEABLE HOURS ............ 12.40

FEES ............ $6,654.00

LESS AGREED DISCOUNT ............ (998.10)

TOTAL FEES ............ $5,655.90

TOTAL FEES AND EXPENSES & SERVICES ............ $5,655.90

BlackRock Realty Advisors, Inc.
Invoice Number: 11127431
Invoice Date: October 13, 2010
Invoice Due Date: November 12, 2010

TOTAL INVOICE AMOUNT DUE..................................................................................................$5,655.90

BlackRock Realty Advisors, Inc.
Invoice Number: 11127431
Invoice Date: October 13, 2010
Invoice Due Date: November 12, 2010

---

Southlands Town Center Escrow AC70210076
Dispute {Escrow}

---

\* \* \* \* \*

The following is a summary of the time dedicated and the fees charged on an average hourly rate basis to this matter by the Firm's professional staff:

| TIMEKEEPER NAME | TITLE | HOURS | RATE | FEE |
|---|---|---|---|---|
| Jane Snoddy Smith | Partner | 1.40 | $595.00 | 833.00 |
| Paul Trahan | Partner | 10.60 | $535.00 | 5,671.00 |
| Bryan Wesley Patrick | Sr Associate | 0.40 | $375.00 | 150.00 |
| TOTAL | | 12.40 | | 6,654.00 |

| | HOURS | RATE | FEE |
|---|---|---|---|
| Attorney Personnel | 12.40 | $536.61 | 6,654.00 |
| TOTAL | 12.40 | | 6,654.00 |

\*\* Average Hourly Rate for all Personnel