# EXHIBIT A.13

Invoice Number: 11127431
Matter Number: 10904447

Invoice Date: October 13, 2010
Invoice Due Date: November 12, 2010

Jeremy A. Litt, Director, Legal & Comp.
BlackRock Realty Advisors, Inc.
300 Campus Drive, 3rd Floor
Florham Park, NJ 07932

## FULBRIGHT & JAWORSKI L.L.P.
A Registered Limited Liability Partnership
600 Congress Avenue, Suite 2400
Austin, Texas 78701
(512) 474-5201

Requesting Attorney: Jane Snoddy Smith

Tax Identification Number
74-1201087

PLEASE RETURN WITH REMITTANCE
TOTAL AMOUNT (PAYABLE IN U.S. DOLLARS) DUE BY NOVEMBER 12, 2010

Southlands Town Center Escrow AC70210076
Dispute {Escrow}

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through September 30, 2010 as follows:

TOTAL FEES ................................................................................................................$6,654.00

LESS AGREED DISCOUNT .........................................................................................(998.10)

TOTAL FEES AND EXPENSES & SERVICES ............................................................$5,655.90

TOTAL INVOICE AMOUNT DUE..................................................................................$5,655.90 **

Invoice Number: 11136366
Matter Number: 10904447
Invoice Date: November 12, 2010
Invoice Due Date: December 12, 2010

Jeremy A. Litt, Director, Legal & Comp.
BlackRock Realty Advisors, Inc.
300 Campus Drive, 3rd Floor
Florham Park, NJ 07932

**FULBRIGHT & JAWORSKI L.L.P.**
A Registered Limited Liability Partnership
600 Congress Avenue, Suite 2400
Austin, Texas 78701
(512) 474-5201

Tax Identification Number
74-1201087

Requesting Attorney: Jane Snoddy Smith

Southlands Town Center Escrow AC70210076
Dispute {Escrow}

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through October 31, 2010 as follows:

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| 10/04/10 | P Trahan | 0.20 | 107.00 | Prepare correspondence to opposing counsel about settlement. |
| 10/12/10 | P Trahan | 0.20 | 107.00 | Conference with A. Piekarski about status of dispute and settlement discussions. |
| 10/16/10 | OJ Dykes | 0.50 | 325.00 | Receive and review Alberta's reply brief; receive and review correspondence from counsel for Land Title regarding interpleading funds and recovery of attorney fees and exchange emails with Mr. Trahan and others regarding response. |
| 10/18/10 | BW Patrick | 0.20 | 75.00 | Review and revise letter to Land Title regarding attorneys' fees and interpleader of escrowed funds. |
| 10/19/10 | BW Patrick | 3.90 | 1,462.50 | Review documents to be produced to Alberta from subpoenas. |
| 10/19/10 | P Trahan | 0.20 | 107.00 | Conference with opposing counsel about the trial date. |
| 10/20/10 | P Trahan | 0.20 | 107.00 | Coordinate production of documents secured by third-party subpoena. |
| 10/21/10 | BW Patrick | 0.50 | 187.50 | Attention to production of documents received from subpoenas to Alberta; e-mail correspondence with P. Trahan concerning same. |
| 10/25/10 | BW Patrick | 1.00 | 375.00 | Attention to production of documents received from tenants and other parties receiving a subpoena; telephone conference with S. Kabler concerning same; leave message for Colorado Cinema's attorney concerning same. |

REDACTED

Total = 2853.00

BlackRock Realty Advisors, Inc.
Invoice Number: 11136366
Invoice Date: November 12, 2010
Invoice Due Date: December 12, 2010
Page 2

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| REDACTED | | | | |

TOTAL CHARGEABLE HOURS ................................................................................................... 10.30

FEES ................................................................................................................................... $4,194.00

LESS AGREED DISCOUNT ....................................................................................................... (629.10)

TOTAL FEES ........................................................................................................................ $3,564.90

TOTAL FEES AND EXPENSES & SERVICES ............................................................................. $3,564.90

TOTAL INVOICE AMOUNT DUE............................................................................................... $3,564.90

BlackRock Realty Advisors, Inc.
Invoice Number: 11136366
Invoice Date: November 12, 2010
Invoice Due Date: December 12, 2010

Southlands Town Center Escrow AC70210076
Dispute {Escrow}

\* \* \* \* \*

The following is a summary of the time dedicated and the fees charged on an average hourly rate basis to this matter by the Firm's professional staff:

| TIMEKEEPER NAME | TITLE | HOURS | RATE | FEE |
|---|---|---|---|---|
| Osborne J. Dykes | Of Counsel | 0.50 | $650.00 | 325.00 |
| Jane Snoddy Smith | Partner | 0.30 | $595.00 | 178.50 |
| Paul Trahan | Partner | 0.80 | $535.00 | 428.00 |
| Bryan Wesley Patrick | Sr Associate | 8.70 | $375.00 | 3,262.50 |
| TOTAL | | 10.30 | | 4,194.00 |

| | HOURS | RATE | FEE |
|---|---|---|---|
| Attorney Personnel | 10.30 | $407.18 | 4,194.00 |
| TOTAL | 10.30 | | 4,194.00 |

\*\* Average Hourly Rate for all Personnel

Invoice Number: 11136366
Matter Number: 10904447

Invoice Date: November 12, 2010
Invoice Due Date: December 12, 2010

Jeremy A. Litt, Director, Legal & Comp.
BlackRock Realty Advisors, Inc.
300 Campus Drive, 3rd Floor
Florham Park, NJ  07932

**FULBRIGHT & JAWORSKI L.L.P.**
**A Registered Limited Liability Partnership**
**600 Congress Avenue, Suite 2400**
**Austin, Texas 78701**
**(512) 474-5201**

Requesting Attorney: Jane Snoddy Smith

Tax Identification Number
74-1201087

PLEASE RETURN WITH REMITTANCE
TOTAL AMOUNT (PAYABLE IN U.S. DOLLARS) DUE BY DECEMBER 12, 2010

Southlands Town Center Escrow AC70210076
Dispute {Escrow}

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through October 31, 2010 as follows:

| | |
|---|---:|
| TOTAL FEES | $4,194.00 |
| LESS AGREED DISCOUNT | (629.10) |
| TOTAL FEES AND EXPENSES & SERVICES | $3,564.90 |
| TOTAL INVOICE AMOUNT DUE | $3,564.90 ** |

Invoice Number: 11145137
Matter Number: 10904447
Invoice Date: December 14, 2010
Invoice Due Date: January 13, 2011

Jeremy A. Litt, Director, Legal & Comp.
BlackRock Realty Advisors, Inc.
BlackRock Realty Inc.
40 East 52nd Street
8th Floor
New York, NY  10022

**FULBRIGHT & JAWORSKI L.L.P.**
A Registered Limited Liability Partnership
600 Congress Avenue, Suite 2400
Austin, Texas 78701
(512) 474-5201

Tax Identification Number
74-1201087

Requesting Attorney: Jane Snoddy Smith

Southlands Town Center Escrow AC70210076
Dispute {Escrow}

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through November 30, 2010 as follows:

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| REDACTED | | | | |
| 11/04/10 | P Trahan | 0.30 | 160.50 | Review proposed stipulation from Land Title and prepare related correspondence; conference with Colorado counsel in relation to same. |
| 11/08/10 | J S Smith | 0.20 | 119.00 | Review of issues with P. Trahan. |
| 11/09/10 | P Trahan | 0.30 | 160.50 | Conference with J. Smith about case status. |
| 11/10/10 | J S Smith | 1.30 | 773.50 | Review status and plan for settlement and next steps; review litigation memo to J. Litt. |
| 11/12/10 | BW Patrick | 0.10 | 37.50 | E-mail correspondence with S. Kabler regarding production of documents received from subpoenas. |
| 11/17/10 | P Trahan | 0.10 | 53.50 | Review pretrial deadlines. |
| 11/17/10 | BM Vetter | 0.30 | 106.50 | Review case file and update chart of deadlines. |
| 11/18/10 | P Trahan | 0.20 | 107.00 | Conference with team about managing deadlines and trial preparation. |
| REDACTED | | | | |

TOTAL CHARGEABLE HOURS .................................................................................................................. 3.90

FEES ................................................................................................................................................... $1,897.50

LESS:  $284.63 15% FEE DISCOUNT PLUS $5K CREDIT  ............................................................... (5,284.63)

BlackRock Realty Advisors, Inc.
Invoice Number: 11145137
Invoice Date: December 14, 2010
Invoice Due Date: January 13, 2011
Page 2

TOTAL FEES ..................................................................................................................($3,387.13)

EXPENSES & SERVICES:

| | | | |
|---|---|---|---|
| E101S | | Copy | 48.75 |
| E105S | | Telephone | 1.65 |
| E107 | | Delivery services/messengers | 10.00 |
| E107S | | Delivery services/messengers | 32.90 |
| E112 | | Court fees | 58.40 |
| F268S | | Pacer | 3.12 |
| F264S[1] | 11/30/10 | Data Management, Maintenance & Support $200 per GB per month (17 GB) | 3,400.00 |

*Total Fees = 3403.12*

---

[1] Per GB per month fee assessed during the discovery phase of a case for matters in which the firm's Automated Litigation Support System is used to manage case documents and information. Fee includes project management and technical services to:

- Serve as a single point of contact for all aspects of a project.
- Design and develop database in which hard copy documents and electronic data are maintained.
- Support use of Automated Litigation Support System.
- Coordinate collection of hard copy and electronic data.
- Evaluate, recommend and coordinate with litigation support vendors.
- Assist electronic discovery technologist in reporting, quality control and management of electronic discovery efforts.
- Design document review strategy; manage document review process and timelines.
- Support strategic document analysis, measurement and reporting of document review efficiencies.
- Coordinate criteria, format, quality control and timelines for document productions.
- Provide recommendations regarding application of technology in all phases of litigation.
- Load data received from scanning and electronic discovery vendors and opposing counsel; maintain quality assurance.

BlackRock Realty Advisors, Inc.
Invoice Number: 11145137
Invoice Date: December 14, 2010
Invoice Due Date: January 13, 2011

|  |  |
|---|---:|
|  | 3,554.82 |
| TOTAL FEES AND EXPENSES & SERVICES | $167.69 |
| TOTAL INVOICE AMOUNT DUE | $167.69 |

BlackRock Realty Advisors, Inc.
Invoice Number: 11145137
Invoice Date: December 14, 2010
Invoice Due Date: January 13, 2011

Southlands Town Center Escrow AC70210076
Dispute {Escrow}

\* \* \* \* \*

The following is a summary of the time dedicated and the fees charged on an average hourly rate basis to this matter by the Firm's professional staff:

| TIMEKEEPER NAME | TITLE | HOURS | RATE | FEE |
|---|---|---|---|---|
| Jane Snoddy Smith | Partner | 1.50 | $595.00 | 892.50 |
| Paul Trahan | Partner | 0.90 | $535.00 | 481.50 |
| Bryan Wesley Patrick | Sr Associate | 1.00 | $375.00 | 375.00 |
| Benjamin Matthew Vetter | Sr Associate | 0.30 | $355.00 | 106.50 |
| Stacey L. Hay | Sr Paralegal | 0.20 | $210.00 | 42.00 |
| TOTAL | | 3.90 | | 1,897.50 |

| | HOURS | RATE | FEE |
|---|---|---|---|
| Attorney Personnel | 3.70 | $501.49 | 1,855.50 |
| Paralegal Personnel | 0.20 | $210.00 | 42.00 |
| TOTAL | 3.90 | | 1,897.50 |

\*\* Average Hourly Rate for all Personnel

Invoice Number: 11145137
Matter Number: 10904447

Invoice Date: December 14, 2010
Invoice Due Date: January 13, 2011

Jeremy A. Litt, Director, Legal & Comp.
BlackRock Realty Advisors, Inc.
BlackRock Realty Inc.
40 East 52nd Street
8th Floor
New York, NY 10022

**FULBRIGHT & JAWORSKI L.L.P.**
A Registered Limited Liability Partnership
600 Congress Avenue, Suite 2400
Austin, Texas 78701
(512) 474-5201

Requesting Attorney: Jane Snoddy Smith

Tax Identification Number
74-1201087

PLEASE RETURN WITH REMITTANCE
TOTAL AMOUNT (PAYABLE IN U.S. DOLLARS) DUE BY JANUARY 13, 2011

Southlands Town Center Escrow AC70210076
Dispute {Escrow}

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through November 30, 2010 as follows:

TOTAL FEES ............................................................................................................................................$1,897.50

LESS:  $284.63 15% FEE DISCOUNT PLUS $5K CREDIT .............................................................................(5,284.63)

TOTAL EXPENSES & SERVICES.......................................................................................................3,554.82

TOTAL FEES AND EXPENSES & SERVICES ................................................................................$167.69

TOTAL INVOICE AMOUNT DUE...................................................................................................... $167.69 **