# EXHIBIT A.15

BlackRock Realty Advisors, Inc.
Invoice Number: 11167414
Invoice Date: March 10, 2011
Page 8

GB per month (17 GB) _____

- Coordinate collection of hard copy and electronic data.
- Evaluate, recommend and coordinate with litigation support vendors.
- Assist electronic discovery technologist in reporting, quality control and management of electronic discovery efforts.
- Design document review strategy; manage document review process and timelines.
- Support strategic document analysis, measurement and reporting of document review efficiencies.
- Coordinate criteria, format, quality control and timelines for document productions.
- Provide recommendations regarding application of technology in all phases of litigation.
- Load data received from scanning and electronic discovery vendors and opposing counsel; maintain quality assurance.

BlackRock Realty Advisors, Inc.
Invoice Number: 11167414
Invoice Date: March 10, 2011
Invoice Due Date: April 9, 2011

|  | 7,648.42 |
|---|---:|
| TOTAL FEES AND EXPENSES & SERVICES | $103,077.49 |
| TOTAL INVOICE AMOUNT DUE | $103,077.49 |

BlackRock Realty Advisors, Inc.
Invoice Number: 11167414
Invoice Date: March 10, 2011
Invoice Due Date: April 9, 2011

Southlands Town Center Escrow AC70210076
Dispute {Escrow}

\* \* \* \* \*

The following is a summary of the time dedicated and the fees charged on an average hourly rate basis to this matter by the Firm's professional staff:

| TIMEKEEPER NAME | TITLE | HOURS | RATE | FEE |
|---|---|---|---|---|
| Osborne J. Dykes | Of Counsel | 47.90 | $650.00 | 31,135.00 |
| Jane Snoddy Smith | Partner | 9.20 | $625.00 | 5,750.00 |
| Marcy Hogan Greer | Partner | 0.60 | $600.00 | 360.00 |
| Paul Trahan | Partner | 96.70 | $575.00 | 55,602.50 |
| Bryan Wesley Patrick | Sr Associate | 9.10 | $410.00 | 3,731.00 |
| Sara Janes Wolf | Sr Associate | 0.20 | $395.00 | 79.00 |
| Lucy D. Arnold | Associate | 49.20 | $250.00 | 12,300.00 |
| Stacey Jett | Sr Paralegal | 13.00 | $225.00 | 2,925.00 |
| Christine Andros Allen | Secretary | 2.10 | $160.00 | 336.00 |
| TOTAL | | 228.00 | | 112,218.50 |

BlackRock Realty Advisors, Inc.
Invoice Number: 11167414
Invoice Date: March 10, 2011
Invoice Due Date: April 9, 2011

---

Southlands Town Center Escrow AC70210076
Dispute {Escrow}

---

* * * * *

The following is a summary of the time dedicated and the fees charged on an average hourly rate basis to this matter by the Firm's professional staff:

### Practice Support Time Summary

| TIMEKEEPER NAME | TITLE | HOURS | RATE | FEE |
|---|---|---|---|---|
| Raymundo G. Perez | PSG Clnt Srvcs | 0.30 | $170.00 | 51.00 |
| TOTAL | | 0.30 | | 51.00 |

| | HOURS | RATE | FEE |
|---|---|---|---|
| Attorney Personnel | 212.90 | $511.78 | 108,957.50 |
| Paralegal Personnel | 15.40 | $215.06 | 3,312.00 |
| TOTAL | 228.30 | | 112,269.50 |

** Average Hourly Rate for all Personnel

Invoice Number: 11167414  
Matter Number: 10904447

Invoice Date: March 10, 2011  
Invoice Due Date: April 9, 2011

Jeremy A. Litt, Director, Legal & Comp.  
BlackRock Realty Advisors, Inc.  
BlackRock Realty Inc.  
40 East 52nd Street  
8th Floor  
New York, NY  10022

**FULBRIGHT & JAWORSKI L.L.P.**  
**A Registered Limited Liability Partnership**  
600 Congress Avenue, Suite 2400  
Austin, Texas 78701  
(512) 474-5201

Requesting Attorney: Jane Snoddy Smith

Tax Identification Number  
74-1201087

PLEASE RETURN WITH REMITTANCE  
TOTAL AMOUNT (PAYABLE IN U.S. DOLLARS) DUE BY APRIL 9, 2011

Southlands Town Center Escrow AC70210076  
Dispute {Escrow}

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through February 28, 2011 as follows:

TOTAL FEES ............................................................................................................................. $112,269.50

LESS AGREED DISCOUNT ....................................................................................................... (16,840.43)

TOTAL EXPENSES & SERVICES ............................................................................................... 7,648.42

TOTAL FEES AND EXPENSES & SERVICES ........................................................................... $103,077.49

TOTAL INVOICE AMOUNT DUE ................................................................................................ $103,077.49 **

Invoice Number: 11174413
Matter Number: 10904447
Invoice Date: April 12, 2011
Invoice Due Date: May 12, 2011

Jeremy A. Litt, Director, Legal & Comp.
BlackRock Realty Advisors, Inc.
BlackRock Realty Inc.
40 East 52nd Street
8th Floor
New York, NY  10022

**FULBRIGHT & JAWORSKI L.L.P.**
**A Registered Limited Liability Partnership**
**600 Congress Avenue, Suite 2400**
**Austin, Texas 78701**
**(512) 474-5201**

Requesting Attorney: Jane Snoddy Smith

Tax Identification Number
74-1201087

Southlands Town Center Escrow AC70210076
Dispute {Attorneys' Fees}

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through March 31, 2011 as follows:

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| 03/01/11 | BW Patrick | 0.30 | 123.00 | E-mail correspondence with D. Diamond regarding permissible claim for attorneys' fees. |
| 03/04/11 | DJ Diamond | 4.00 | 816.00 | Legal research regarding attorney fee and expense recovery by prevailing party. |
| 03/05/11 | DJ Diamond | 6.60 | 1,346.40 | Legal research regarding attorney fee and cost recovery by prevailing party. |
| 03/06/11 | DJ Diamond | 3.20 | 652.80 | Legal research regarding attorney fee and cost recovery for prevailing party. |
| 03/07/11 | DJ Diamond | 4.10 | 836.40 | Legal research regarding attorney fee and cost recovery by prevailing party; telephone conference with clerk of court regarding segregating costs; prepare legal memorandum regarding attorney fee and cost recovery by prevailing party. |
| 03/08/11 | DJ Diamond | 8.90 | 1,815.60 | Prepare legal memorandum regarding attorney fee and cost recovery by prevailing party. |
| 03/08/11 | P Trahan | 0.30 | 172.50 | Review issues relating to recovery of attorneys' fess. |
| 03/09/11 | DJ Diamond | 7.40 | 1,509.60 | Prepare legal memo regarding attorney fee and cost recovery by prevailing party. |
| 03/10/11 | DJ Diamond | 0.30 | 61.20 | Legal research regarding interpretation of "reasonable" attorney's fees under Colorado law. |
| 03/11/11 | DJ Diamond | 2.60 | 530.40 | Legal research regarding interpretation of "reasonable" attorney's fees under Colorado law. |
| 03/12/11 | DJ Diamond | 7.70 | 1,570.80 | Legal research re: state law interpretation of "reasonable"; redaction and apportionment of attorney fees. |
| 03/13/11 | DJ Diamond | 3.00 | 612.00 | Prepare and revise legal memo regarding attorney fee and cost recovery by prevailing party. |
| 03/16/11 | OJ Dykes | 0.50 | 325.00 | Receive and review legal research memorandum regarding procedure for and proof of attorney fees in the |

BlackRock Realty Advisors, Inc.
Invoice Number: 11174413
Invoice Date: April 12, 2011
Invoice Due Date: May 12, 2011
Page 2

| DATE | NAME | TIME | AMOUNT | SERVICES |
|------|------|------|--------|----------|

10th Circuit.

TOTAL CHARGEABLE HOURS ..................................................................................................48.90
FEES ..............................................................................................................................$10,371.70
LESS AGREED DISCOUNT .........................................................................................(1,555.76)
TOTAL FEES.....................................................................................................................$8,815.94

EXPENSES & SERVICES:

| | | | | |
|---|---|---|---|---|
| E101S | | Copy | | 45.90 |
| E105S | | Telephone | | 0.84 |
| E107 | | Delivery services/messengers | | 5.00 |
| F254S | | Online Research - Lexis | | 2,062.00 |
| F268S | | Pacer | | 7.52 |
| E114 | 02/17/11 | Reversal from Cancelled Voucher 11218615 Witness fees - Gene Hamilton Witness fee - Jose Inclan Bank ID: 008 Check Number: 188042 VOID - Bank ID: 008 Check Number: 188042 Bank ID: 008 Check Number: 188154 VOID - Bank ID: 008 Check Number: 188154 Bank ID: 000 Check Number: 176426 | | (62.54) |
| E114 | 02/17/11 | Reversal from Cancelled Voucher 11218615 Witness fees - Gene Hamilton Witness fee - Joseph Bellio Bank ID: 008 Check Number: 188042 VOID - Bank ID: 008 Check Number: 188042 Bank ID: 008 Check Number: 188154 VOID - Bank ID: 008 Check Number: 188154 Bank ID: 000 Check Number: 176426 | | (45.76) |
| F264S[1] | 03/31/11 | Data Management, Maintenance & Support $200 per GB per month (17 GB) | | 3,400.00 |

---

[1] Per GB per month fee assessed during the discovery phase of a case for matters in which the firm's Automated Litigation Support System is used to manage case documents and information.  Fee includes project management and technical services to:

- Serve as a single point of contact for all aspects of a project.
- Design and develop database in which hard copy documents and electronic data are maintained.
- Support use of Automated Litigation Support System.
- Coordinate collection of hard copy and electronic data.
- Evaluate, recommend and coordinate with litigation support vendors.
- Assist electronic discovery technologist in reporting, quality control and management of electronic discovery efforts.
- Design document review strategy; manage document review process and timelines.
- Support strategic document analysis, measurement and reporting of document review efficiencies.
- Coordinate criteria, format, quality control and timelines for document productions.
- Provide recommendations regarding application of technology in all phases of litigation.
- Load data received from scanning and electronic discovery vendors and opposing counsel; maintain quality assurance.

BlackRock Realty Advisors, Inc.
Invoice Number: 11174413
Invoice Date: April 12, 2011
Invoice Due Date: May 12, 2011

    5,412.96

TOTAL FEES AND EXPENSES & SERVICES..................................................................................$14,228.90

TOTAL INVOICE AMOUNT DUE........................................................................................................$14,228.90

BlackRock Realty Advisors, Inc.
Invoice Number: 11174413
Invoice Date: April 12, 2011
Invoice Due Date: May 12, 2011

---

Southlands Town Center Escrow AC70210076
Dispute {Attorneys' Fees}

---

\* \* \* \* \*

The following is a summary of the time dedicated and the fees charged on an average hourly rate basis to this matter by the Firm's professional staff:

| TIMEKEEPER NAME | TITLE | HOURS | RATE | FEE |
|---|---|---|---|---|
| Osborne J. Dykes | Of Counsel | 0.50 | $650.00 | 325.00 |
| Paul Trahan | Partner | 0.30 | $575.00 | 172.50 |
| Bryan Wesley Patrick | Sr Associate | 0.30 | $410.00 | 123.00 |
| David Joseph Diamond | Associate | 47.80 | $204.00 | 9,751.20 |
| TOTAL | | 48.90 | | 10,371.70 |

| | | HOURS | RATE | FEE |
|---|---|---|---|---|
| Attorney Personnel | | 48.90 | $212.10 | 10,371.70 |
| TOTAL | | 48.90 | | 10,371.70 |

\*\* Average Hourly Rate for all Personnel

Invoice Number: 11174413
Matter Number: 10904447

Invoice Date: April 12, 2011
Invoice Due Date: May 12, 2011

Jeremy A. Litt, Director, Legal & Comp.
BlackRock Realty Advisors, Inc.
BlackRock Realty Inc.
40 East 52nd Street
8th Floor
New York, NY  10022

**FULBRIGHT & JAWORSKI L.L.P.**
A Registered Limited Liability Partnership
600 Congress Avenue, Suite 2400
Austin, Texas 78701
(512) 474-5201

Requesting Attorney: Jane Snoddy Smith

Tax Identification Number
74-1201087

PLEASE RETURN WITH REMITTANCE
TOTAL AMOUNT (PAYABLE IN U.S. DOLLARS) DUE BY MAY 12, 2011

Southlands Town Center Escrow AC70210076
Dispute {Attorneys' Fees}

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through March 31, 2011 as follows:

TOTAL FEES..................................................................................................................$10,371.70

LESS AGREED DISCOUNT ............................................................................................(1,555.76)

TOTAL EXPENSES & SERVICES......................................................................................5,412.96

TOTAL FEES AND EXPENSES & SERVICES..................................................................$14,228.90

TOTAL INVOICE AMOUNT DUE.....................................................................................$14,228.90 **