# EXHIBIT A.17

Invoice Number: 11184051
Matter Number: 10904447
Invoice Date: May 13, 2011
Invoice Due Date: June 12, 2011

Jeremy A. Litt, Director, Legal & Comp.
BlackRock Realty Advisors, Inc.
BlackRock Realty Inc.
40 East 52nd Street
8th Floor
New York, NY  10022

**SUMMARY**
**DO NOT SEND TO CLIENT**

Requesting Attorney: Jane Snoddy Smith

Tax Identification Number
74-1201087

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through April 30, 2011 as follows:

Southlands Town Center Escrow AC70210076 Dispute

**INVOICE SUMMARY**

| | |
|---|---:|
| FEES | $14,748.50 |
| FEE ADJUSTMENTS | ($2,212.28) |
| TOTAL FEES | $12,536.22 |
| EXPENSES AND SERVICES | $6,157.68 |
| INTERIM BILLED | $0.00 |
| INTERIM APPLIED | $0.00 |
| UNALLOCATED CREDITS BEING APPLIED | $455.00 |
| AMOUNT CURRENT INVOICE | $18,238.90 |
| OUTSTANDING INVOICES | $125,277.74 |
| NET AMOUNT DUE | $143,516.64 |

**MATTER SUMMARY**

*FEES BILLING HISTORY*
YEAR TO DATE                $184,184.94
HISTORY TO DATE             $1,334,161.72

*EXPENSES BILLING HISTORY*
YEAR TO DATE                $23,746.84
HISTORY TO DATE             $98,513.76

*TOTAL FEES AND EXPENSES BILLING HISTORY*
YEAR TO DATE                $207,931.78
HISTORY TO DATE             $1,432,675.48

UNALLOCATED ADVANCE BALANCE        $0.00
UNAPPLIED INTERIM BILLS BALANCE    $0.00

Invoice Number: 11192438
Matter Number: 10904447
Invoice Date: June 13, 2011
Invoice Due Date: July 13, 2011

Jeremy A. Litt, Director, Legal & Comp.
BlackRock Realty Advisors, Inc.
BlackRock Realty Inc.
40 East 52nd Street
8th Floor
New York, NY  10022

**FULBRIGHT & JAWORSKI L.L.P.**
A Registered Limited Liability Partnership
600 Congress Avenue, Suite 2400
Austin, Texas 78701
(512) 474-5201

Tax Identification Number
74-1201087

Requesting Attorney: Jane Snoddy Smith

Southlands Town Center Escrow AC70210076
Dispute (Attorneys' Fees)

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through May 31, 2011 as follows:

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| 05/04/11 | BW Patrick | 2.40 | 984.00 | Review and redact Fulbright invoices in preparation for making claim for attorneys' fees in escrow dispute. |
| 05/05/11 | BW Patrick | 3.50 | 1,435.00 | Continue review and redaction of invoices to determine amount of attorneys' fees claims in connection with escrow claim. |

TOTAL CHARGEABLE HOURS ................................................................................................................ 5.90

FEES ............................................................................................................................................... $2,419.00

TOTAL FEES AND EXPENSES & SERVICES ........................................................................................ $2,419.00

TOTAL INVOICE AMOUNT DUE ............................................................................................................ $2,419.00

BlackRock Realty Advisors, Inc.
Invoice Number: 11192438
Invoice Date: June 13, 2011
Invoice Due Date: July 13, 2011

---

Southlands Town Center Escrow AC70210076
Dispute (Attorneys' Fees)

---

* * * * *

The following is a summary of the time dedicated and the fees charged on an average hourly rate basis to this matter by the Firm's professional staff:

| TIMEKEEPER NAME | TITLE | HOURS | RATE | FEE |
|---|---|---|---|---|
| Bryan Wesley Patrick | Sr Associate | 5.90 | $410.00 | 2,419.00 |
| TOTAL | | 5.90 | | 2,419.00 |

Invoice Number: 11192438
Matter Number: 10904447

Invoice Date: June 13, 2011
Invoice Due Date: July 13, 2011

Jeremy A. Litt, Director, Legal & Comp.
BlackRock Realty Advisors, Inc.
BlackRock Realty Inc.
40 East 52nd Street
8th Floor
New York, NY  10022

**FULBRIGHT & JAWORSKI L.L.P.**
**A Registered Limited Liability Partnership**
**600 Congress Avenue, Suite 2400**
**Austin, Texas 78701**
**(512) 474-5201**

Tax Identification Number
74-1201087

Requesting Attorney: Jane Snoddy Smith

PLEASE RETURN WITH REMITTANCE
TOTAL AMOUNT (PAYABLE IN U.S. DOLLARS) DUE BY JULY 13, 2011

Southlands Town Center Escrow AC70210076
Dispute (Attorneys' Fees)

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through May 31, 2011 as follows:

TOTAL FEES..................................................................................................................................$2,419.00

TOTAL FEES AND EXPENSES & SERVICES......................................................................$2,419.00

TOTAL INVOICE AMOUNT DUE.......................................................................................$2,419.00 **

Invoice Number: 11192438
Matter Number: 10904447
Invoice Date: June 13, 2011
Invoice Due Date: July 13, 2011

Jeremy A. Litt, Director, Legal & Comp.
BlackRock Realty Advisors, Inc.
BlackRock Realty Inc.
40 East 52nd Street
8th Floor
New York, NY  10022

**SUMMARY**
**DO NOT SEND TO CLIENT**

Requesting Attorney: Jane Snoddy Smith

Tax Identification Number
74-1201087

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through May 31, 2011 as follows:

Southlands Town Center Escrow AC70210076 Dispute

**INVOICE SUMMARY**

| | |
|---|---|
| FEES | $2,419.00 |
| FEE ADJUSTMENTS | $0.00 |
| TOTAL FEES | $2,419.00 |
| EXPENSES AND SERVICES | $0.00 |
| INTERIM BILLED | $0.00 |
| INTERIM APPLIED | $0.00 |
| UNALLOCATED CREDITS BEING APPLIED | $0.00 |
| AMOUNT CURRENT INVOICE | $2,419.00 |
| OUTSTANDING INVOICES | $216,368.60 |
| NET AMOUNT DUE | $218,787.60 |

**MATTER SUMMARY**

*FEES BILLING HISTORY*
YEAR TO DATE            $265,111.38
HISTORY TO DATE         $1,415,088.16

*EXPENSES BILLING HISTORY*
YEAR TO DATE            $34,366.26
HISTORY TO DATE         $109,133.18

*TOTAL FEES AND EXPENSES BILLING HISTORY*
YEAR TO DATE            $299,477.64
HISTORY TO DATE         $1,524,221.34

UNALLOCATED ADVANCE BALANCE         $0.00
UNAPPLIED INTERIM BILLS BALANCE     $0.00

Invoice Number: 11192319
Matter Number: 10904447
Invoice Date: June 13, 2011
Invoice Due Date: July 13, 2011

Jeremy A. Litt, Director, Legal & Comp.
BlackRock Realty Advisors, Inc.
BlackRock Realty Inc.
40 East 52nd Street
8th Floor
New York, NY  10022

**FULBRIGHT & JAWORSKI L.L.P.**
A Registered Limited Liability Partnership
600 Congress Avenue, Suite 2400
Austin, Texas 78701
(512) 474-5201

Tax Identification Number
74-1201087

Requesting Attorney: Jane Snoddy Smith

Southlands Town Center Escrow AC70210076
Dispute {Escrow}

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through May 31, 2011 as follows:

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| 05/02/11 | LD Arnold | 0.50 | 125.00 | Prepare response to Alberta's Supplemental Authority for filing. |
| 05/02/11 | P Trahan | 1.50 | 862.50 | Prepare Response to Alberta's Citation of Supplemental Authority; review related documents. |
| 05/10/11 | OJ Dykes | 0.50 | 325.00 | Receive and review Alberta's reply in support of submission of recent authority; exchange e-mails with Mr. Trahan regarding same, including no need to file surreply. |

TOTAL CHARGEABLE HOURS ................................................................................................2.50

FEES ..........................................................................................................................$1,312.50

TOTAL FEES AND EXPENSES & SERVICES.............................................................$1,312.50

TOTAL INVOICE AMOUNT DUE..................................................................................$1,312.50

BlackRock Realty Advisors, Inc.
Invoice Number: 11192319
Invoice Date: June 13, 2011
Invoice Due Date: July 13, 2011

Southlands Town Center Escrow AC70210076
Dispute {Escrow}

* * * * *

The following is a summary of the time dedicated and the fees charged on an average hourly rate basis to this matter by the Firm's professional staff:

| TIMEKEEPER NAME | TITLE | HOURS | RATE | FEE |
| --- | --- | --- | --- | --- |
| Osborne J. Dykes | Of Counsel | 0.50 | $650.00 | 325.00 |
| Paul Trahan | Partner | 1.50 | $575.00 | 862.50 |
| Lucy D. Arnold | Associate | 0.50 | $250.00 | 125.00 |
| TOTAL | | 2.50 | | 1,312.50 |

Invoice Number: 11192319
Matter Number: 10904447

Invoice Date: June 13, 2011
Invoice Due Date: July 13, 2011

Jeremy A. Litt, Director, Legal & Comp.
BlackRock Realty Advisors, Inc.
BlackRock Realty Inc.
40 East 52nd Street
8th Floor
New York, NY  10022

**FULBRIGHT & JAWORSKI L.L.P.**
A Registered Limited Liability Partnership
600 Congress Avenue, Suite 2400
Austin, Texas 78701
(512) 474-5201

Requesting Attorney: Jane Snoddy Smith

Tax Identification Number
74-1201087

PLEASE RETURN WITH REMITTANCE
TOTAL AMOUNT (PAYABLE IN U.S. DOLLARS) DUE BY JULY 13, 2011

Southlands Town Center Escrow AC70210076
Dispute {Escrow}

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through May 31, 2011 as follows:

TOTAL FEES............................................................................................................$1,312.50

TOTAL FEES AND EXPENSES & SERVICES...............................................................$1,312.50

TOTAL INVOICE AMOUNT DUE....................................................................................$1,312.50 **

Invoice Number: 11192319
Matter Number: 10904447
Invoice Date: June 13, 2011
Invoice Due Date: July 13, 2011

Jeremy A. Litt, Director, Legal & Comp.
BlackRock Realty Advisors, Inc.
BlackRock Realty Inc.
40 East 52nd Street
8th Floor
New York, NY  10022

**SUMMARY**
**DO NOT SEND TO CLIENT**

Requesting Attorney: Jane Snoddy Smith

Tax Identification Number
74-1201087

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through May 31, 2011 as follows:

Southlands Town Center Escrow AC70210076 Dispute

**INVOICE SUMMARY**

| | |
|---|---|
| FEES | $1,312.50 |
| FEE ADJUSTMENTS | $0.00 |
| TOTAL FEES | $1,312.50 |
| EXPENSES AND SERVICES | $0.00 |
| INTERIM BILLED | $0.00 |
| INTERIM APPLIED | $0.00 |
| UNALLOCATED CREDITS BEING APPLIED | $0.00 |
| AMOUNT CURRENT INVOICE | $1,312.50 |
| OUTSTANDING INVOICES | $192,400.60 |
| NET AMOUNT DUE | $193,713.10 |

**MATTER SUMMARY**

*FEES BILLING HISTORY*
YEAR TO DATE                $241,143.38
HISTORY TO DATE             $1,391,120.16

*EXPENSES BILLING HISTORY*
YEAR TO DATE                $34,366.26
HISTORY TO DATE             $109,133.18

*TOTAL FEES AND EXPENSES BILLING HISTORY*
YEAR TO DATE                $275,509.64
HISTORY TO DATE             $1,500,253.34

UNALLOCATED ADVANCE BALANCE         $0.00
UNAPPLIED INTERIM BILLS BALANCE     $0.00