# ADDENDUM B-2

**Granite v. Alberta - Summary of Hours, Fees, and Rates for Core Team**

| Month | Timekeeper | Discounted Rate (15%)* | Escrow Hours | Fees for Escrow Claims |
|---|---|---|---|---|
| Mar-09 | | | | |
| | Paul Trahan | $ 459.00 | 2.50 | $ 1,147.50 |
| Apr-09 | | | | |
| | Jeff Dykes | $ 552.50 | 4.40 | $ 2,431.00 |
| | Jane Smith | $ 480.25 | 7.20 | $ 3,457.80 |
| | Paul Trahan | $ 433.50 | 19.55 | $ 8,474.93 |
| | Bryan Patrick | $ 301.75 | 6.20 | $ 1,870.85 |
| | Ben Vetter | $ 289.00 | 1.30 | $ 375.70 |
| May-09 | | | | |
| | Jeff Dykes | $ 552.50 | 1.00 | $ 552.50 |
| | Jane Smith | $ 480.25 | 2.70 | $ 1,296.68 |
| | Paul Trahan | $ 433.50 | 4.65 | $ 2,015.78 |
| | Bryan Patrick | $ 301.75 | 4.50 | $ 1,357.88 |
| | Ben Vetter | $ 289.00 | 3.50 | $ 1,011.50 |
| Jun-09 | | | | |
| | Jeff Dykes | $ 552.50 | 3.00 | $ 1,657.50 |
| | Jane Smith | $ 480.25 | 0.70 | $ 336.18 |
| | Paul Trahan | $ 433.50 | 7.85 | $ 3,402.98 |
| | Bryan Patrick | $ 301.75 | 2.30 | $ 694.03 |
| | Ben Vetter | $ 289.00 | 5.10 | $ 1,473.90 |
| Jul-09 | | | | |
| | Jeff Dykes | $ 552.50 | 2.30 | $ 1,270.75 |
| | Jane Smith | $ 480.25 | 1.60 | $ 768.40 |
| | Paul Trahan | $ 433.50 | 7.70 | $ 3,337.95 |
| | Bryan Patrick | $ 301.75 | 2.85 | $ 859.99 |
| | Ben Vetter | $ 289.00 | 5.20 | $ 1,502.80 |
| Aug-09 | | | | |
| | Jeff Dykes | $ 552.50 | 0.50 | $ 276.25 |
| | Jane Smith | $ 480.25 | 0.00 | $ - |
| | Paul Trahan | $ 433.50 | 0.60 | $ 260.10 |
| | Bryan Patrick | $ 301.75 | 0.00 | $ - |
| | Ben Vetter | $ 289.00 | 1.50 | $ 433.50 |
| Sep-09 | | | | |
| | Jeff Dykes | $ 552.50 | 0.20 | $ 110.50 |
| | Jane Smith | $ 480.25 | 0.60 | $ 288.15 |
| | Paul Trahan | $ 433.50 | 9.90 | $ 4,291.65 |
| | Bryan Patrick | $ 301.75 | 5.50 | $ 1,659.63 |
| | Ben Vetter | $ 289.00 | 0.00 | $ - |
| Oct-09 | | | | |
| | Jeff Dykes | $ 552.50 | 0.00 | $ - |
| | Jane Smith | $ 480.25 | 0.50 | $ 240.13 |
| | Paul Trahan | $ 433.50 | 0.00 | $ - |
| | Bryan Patrick | $ 301.75 | 0.00 | $ - |
| | Ben Vetter | $ 289.00 | 5.20 | $ 1,502.80 |
| Nov-09 | | | | |
| | Bryan Patrick | $ 301.75 | 0.60 | $ 181.05 |
| Dec-09 | | | $ | - |
| | Jeff Dykes | $ 552.50 | 3.30 | $ 1,823.25 |
| | Jane Smith | $ 480.25 | 4.70 | $ 2,257.18 |
| | Paul Trahan | $ 433.50 | 17.90 | $ 7,759.65 |
| | Bryan Patrick | $ 301.75 | 38.00 | $ 11,466.50 |
| | Ben Vetter | $ 289.00 | 20.60 | $ 5,953.40 |
| Jan-10 | | | | |
| | Jeff Dykes | $ 552.50 | 9.40 | $ 5,193.50 |
| | Jane Smith | $ 505.75 | 21.00 | $ 10,620.75 |

| Month | Timekeeper | Discounted Rate (15%)* | | Escrow Hours | Fees for Escrow Claims | |
|---|---|---|---|---|---|---|
| | Paul Trahan | $ | 454.75 | 84.00 | $ | 38,199.00 |
| | Bryan Patrick | $ | 318.75 | 105.40 | $ | 33,596.25 |
| | Ben Vetter | $ | 301.75 | 14.45 | $ | 4,360.29 |
| Feb-10 | | | | | | |
| | Jeff Dykes | $ | 552.50 | 0.00 | $ | - |
| | Jane Smith | $ | 505.75 | 19.60 | $ | 9,912.70 |
| | Paul Trahan | $ | 454.75 | 5.50 | $ | 2,501.13 |
| | Bryan Patrick | $ | 318.75 | 86.20 | $ | 27,476.25 |
| | Ben Vetter | $ | 301.75 | 0.30 | $ | 90.53 |
| Mar-10 | | | | | | |
| | Jeff Dykes | $ | 552.50 | 14.70 | $ | 8,121.75 |
| | Jane Smith | $ | 505.75 | 4.20 | $ | 2,124.15 |
| | Paul Trahan | $ | 454.75 | 3.55 | $ | 1,614.36 |
| | Bryan Patrick | $ | 301.75 | 36.20 | $ | 10,923.35 |
| | Ben Vetter | $ | 301.75 | 0.30 | $ | 90.53 |
| Apr-10 | | | | | | |
| | Jane Smith | $ | 505.75 | 39.65 | $ | 20,052.99 |
| | Paul Trahan | $ | 454.75 | 57.70 | $ | 26,239.08 |
| | Bryan Patrick | $ | 318.75 | 19.50 | $ | 6,215.63 |
| May-10 | | | | | | |
| | Jane Smith | $ | 505.75 | 2.90 | $ | 1,466.68 |
| | Paul Trahan | $ | 454.75 | 1.00 | $ | 454.75 |
| | Bryan Patrick | $ | 318.75 | 1.80 | $ | 573.75 |
| Jun-10 | | | | | | |
| | Jeff Dykes | $ | 552.50 | 4.50 | $ | 2,486.25 |
| | Jane Smith | $ | 505.75 | 0.40 | $ | 202.30 |
| | Paul Trahan | $ | 454.75 | 2.95 | $ | 1,341.51 |
| | Bryan Patrick | $ | 318.75 | 1.45 | $ | 462.19 |
| | Ben Vetter | $ | 301.75 | 4.60 | $ | 1,388.05 |
| Jul-10 | | | | | | |
| | Jeff Dykes | $ | 552.50 | 4.65 | $ | 2,569.13 |
| | Jane Smith | $ | 505.75 | 13.60 | $ | 6,878.20 |
| | Paul Trahan | $ | 454.75 | 13.10 | $ | 5,957.23 |
| | Bryan Patrick | $ | 318.75 | 33.00 | $ | 10,518.75 |
| | Ben Vetter | $ | 301.75 | 5.60 | $ | 1,689.80 |
| Aug-10 | | | | | | |
| | Bryan Patrick | $ | 318.75 | 0.20 | $ | 63.75 |
| Sep-10 | | | | | | |
| | Jane Smith | $ | 505.75 | 1.40 | $ | 708.05 |
| | Paul Trahan | $ | 454.75 | 10.60 | $ | 4,820.35 |
| | Bryan Patrick | $ | 318.75 | 0.40 | $ | 127.50 |
| Oct-10 | | | | | | |
| | Jeff Dykes | $ | 552.50 | 0.50 | $ | 276.25 |
| | Jane Smith | $ | 505.75 | 0.00 | $ | - |
| | Paul Trahan | $ | 454.75 | 0.80 | $ | 363.80 |
| | Bryan Patrick | $ | 318.75 | 5.60 | $ | 1,785.00 |
| Nov-10 | | | | | | |
| | Jane Smith | $ | 505.75 | 1.50 | $ | 758.63 |
| | Paul Trahan | $ | 454.75 | 9.00 | $ | 4,092.75 |
| | Bryan Patrick | $ | 318.75 | 0.10 | $ | 31.88 |
| | Ben Vetter | $ | 301.75 | 0.30 | $ | 90.53 |
| Dec-10 | | | | | | |
| | Jeff Dykes | $ | 552.50 | 4.30 | $ | 2,375.75 |
| | Jane Smith | $ | 505.75 | 0.70 | $ | 354.03 |
| | Paul Trahan | $ | 454.75 | 6.10 | $ | 2,773.98 |
| | Bryan Patrick | $ | 318.75 | 1.20 | $ | 382.50 |

| Month | Timekeeper | Discounted Rate (15%)* | | Escrow Hours | Fees for Escrow Claims | |
|---|---|---|---|---|---|---|
| | Ben Vetter | $ | 301.75 | 1.20 | $ | 362.10 |
| Jan-11 | | | | | | |
| | Jeff Dykes | $ | 552.50 | 11.60 | $ | 6,409.00 |
| | Jane Smith | $ | 531.25 | 0.80 | $ | 425.00 |
| | Paul Trahan | $ | 488.75 | 5.60 | $ | 2,737.00 |
| | Bryan Patrick | $ | 348.50 | 6.10 | $ | 2,125.85 |
| | Ben Vetter | $ | 306.00 | 1.00 | $ | 306.00 |
| | Lucy Arnold | $ | 212.50 | 17.00 | $ | 3,612.50 |
| Feb-11 | | | | | | |
| | Jeff Dykes | $ | 552.50 | 47.90 | $ | 26,464.75 |
| | Jane Smith | $ | 531.25 | 9.20 | $ | 4,887.50 |
| | Paul Trahan | $ | 488.75 | 96.70 | $ | 47,262.13 |
| | Bryan Patrick | $ | 348.50 | 9.10 | $ | 3,171.35 |
| | Lucy Arnold | $ | 212.50 | 49.20 | $ | 10,455.00 |
| Mar-11 | | | | | | |
| | Jeff Dykes | $ | 552.50 | 0.50 | $ | 276.25 |
| | Paul Trahan | $ | 488.75 | 0.30 | $ | 146.63 |
| | Bryan Patrick | $ | 348.50 | 0.30 | $ | 104.55 |
| Apr-11 | | | | | | |
| | Jeff Dykes | $ | 552.50 | 1.60 | $ | 884.00 |
| | Paul Trahan | $ | 488.75 | 18.10 | $ | 8,846.38 |
| | Bryan Patrick | $ | 348.50 | 3.10 | $ | 1,080.35 |
| | Lucy Arnold | $ | 212.50 | 9.00 | $ | 1,912.50 |
| May-11 | | | | | | |
| | Jeff Dykes | $ | 552.50 | 0.50 | $ | 276.25 |
| | Paul Trahan | $ | 488.75 | 1.50 | $ | 733.13 |
| | Bryan Patrick | $ | 348.50 | 5.90 | $ | 2,056.15 |
| | Lucy Arnold | $ | 212.50 | 0.50 | $ | 106.25 |

**TOTALS      1156.30   $      464,766.40**

*NB:  The discount in March 2009 is of 10%, not 15%.

**Average Rate          $          401.94**