# ADDENDUM B-3

## Granite v. Alberta - Document Review Summary

| Month | Timekeeper | Rate Charged | Hours | Fees |
|---|---|---|---|---|
| Feb-10 | | | | |
| | Jennifer Sherrill | $ 403.75 | 24.80 | $ 10,013.00 |
| | Tamsen Barrett | $ 267.75 | 0.70 | $ 187.43 |
| | Holly Kipp | $ 229.50 | 0.50 | $ 114.75 |
| | Todd Hambidge | $ 289.00 | 0.70 | $ 202.30 |
| | S.A. Hayden Briggle | $ 216.75 | 0.50 | $ 108.38 |
| | Jerod Neas | $ 216.75 | 0.50 | $ 108.38 |
| | Chris Weimer | $ 195.50 | 0.60 | $ 117.30 |
| | Tracy Stewart | $ 195.50 | 0.60 | $ 117.30 |
| | Leaf McGregor | $ 182.75 | 0.80 | $ 146.20 |
| | _Paralegal Personnel_ | | | |
| | Paula Miller | $ 140.25 | 2.00 | $ 280.50 |
| | Mary Murchison | $ 119.00 | 0.20 | $ 23.80 |
| Mar-10 | | | | |
| | Jennifer Sherrill | $ 403.75 | 102.80 | $ 41,505.50 |
| | Tamsen Barrett | $ 267.75 | 39.60 | $ 10,602.90 |
| | Holly Kipp | $ 229.50 | 58.90 | $ 13,517.55 |
| | Todd Hambidge | $ 289.00 | 19.30 | $ 5,577.70 |
| | S.A. Hayden Briggle | $ 216.75 | 123.00 | $ 26,660.25 |
| | Jerod Neas | $ 216.75 | 111.30 | $ 24,124.28 |
| | Chris Weimer | $ 195.50 | 35.20 | $ 6,881.60 |
| | Tracy Stewart | $ 195.50 | 27.50 | $ 5,376.25 |
| | Leaf McGregor | $ 182.75 | 13.50 | $ 2,467.13 |
| | Travis Siebeneicher | $ 297.50 | 59.50 | $ 17,701.25 |
| | | **TOTALS** | **622.50** | **$ 165,833.73** |
| | | **50% Discount** | **311.25** | **$ 82,916.86** |
| | | **Avg Rate** | | **$ 266.40** |