# ADDENDUM B-4

## Granite Southlands Town Center LLC's Expenses

### Legal Expenses Relating to the Escrow Dispute                 0

| Invoice # | Invoice Date | Facsimile | Telephone | Delivery Service & Messengers | Lexis, Westlaw, Pacer and Online Research Fees | Out of Town Travel | Data Management Fees | Total Legal Expenses |
|---|---|---|---|---|---|---|---|---|
| 10975747 | 04/14/2009 | | | | | | | $ - |
| 10982815 | 05/11/2009 | | | $ 124.99 | $ 134.00 | | | $ 258.99 |
| 10993023 | 06/12/2009 | $ 5.60 | $ 73.08 | $ 47.88 | $ 599.19 | | | $ 725.75 |
| 11000150 | 07/09/2009 | $ 46.68 | $ 1.60 | | $ 24.23 | | | $ 72.51 |
| 11010482 | 08/12/2009 | | | $ 5.43 | $ 9.81 | $ 544.28 | | $ 559.52 |
| 11018185 | 09/09/2009 | | | | | | | $ - |
| 11018175 | 09/09/2009 | | | | | | | $ - |
| 11025990 | 10/08/2009 | | | | | | | $ - |
| 11045862 | 12/11/2009 | | | | | | | $ - |
| 11052436 | 01/12/2010 | | | | | | | $ - |
| 11061048 | 02/12/2010 | | | | | $ 2,063.74 | $ 1,800.00 | $ 3,863.74 |
| 11067197 | 03/08/2010 | | | $ 43.48 | | | $ 3,701.14 | $ 3,744.62 |
| 11075192 | 04/09/2010 | | | | $ 6.80 | | $ 3,401.18 | $ 3,407.98 |
| 11083128 | 05/10/2010 | | | | | $ 696.91 | $ 3,400.00 | $ 4,096.91 |
| 11093316 | 06/09/2010 | | | | $ 0.08 | $ 2,421.88 | $ 3,400.00 | $ 5,821.96 |
| 11102107 | 07/12/2010 | | | | | | $ 3,400.00 | $ 3,400.00 |
| 11109197 | 08/09/2010 | | | | $ 0.96 | | $ 3,400.00 | $ 3,400.96 |
| 11117085 | 09/09/2010 | | | | | | $ - | $ - |
| 11127431 | 10/13/2010 | | | | | | $ - | $ - |
| 11136366 | 11/12/2010 | | | | | | $ - | $ - |
| 11145137 | 12/14/2010 | | | | $ 3.12 | | $ 3,400.00 | $ 3,403.12 |
| 11151559 | 01/12/2011 | | | | | | $ 3,400.00 | $ 3,400.00 |
| 11158183 | 02/09/2011 | | | | | | $ 3,400.00 | $ 3,400.00 |
| 11167414 | 03/10/2011 | | $ 10.92 | | | | $ 3,835.00 | $ 3,845.92 |
| 11174413 | 04/12/2011 | | | | $ 2,069.52 | | $ 3,400.00 | $ 5,361.22 |
| 11184051 | 05/13/2011 | | | | $ 170.26 | $ 2,309.34 | $ 3,400.00 | $ 5,879.60 |
| 11184301 | 05/13/2011 | | | | | | | $ - |
| 11192319 | 06/13/2011 | | | | | | | $ - |
| 11192438 | 06/13/2011 | | | | | | | $ - |
| **Total** | | $ 52.28 | $ 85.60 | $ 221.78 | $ 3,017.97 | $ 8,036.15 | $ 43,337.32 | $ 54,642.80 |

# Fulbright & Jaworski, L.L.P.
## Practice Support Services Overview

Ever-increasing volumes of electronic data continue to introduce new complexities in predicting and managing discovery costs. In our continuing effort to support our clients' objectives in this regard, we are pleased to provide information about Fulbright's practice support services and its innovative billing model.

Fulbright has long been committed to providing clients with leading edge technology in the areas of case and discovery management in order to promote efficiencies and control costs. Several years ago, Fulbright established a Practice Support Group of legal technologists to help meet these objectives. Historically, Fulbright's legal technologists were billed at hourly rates and listed individually on client invoices. While this type of billing model for practice support services is commonly used today by most law firms, Fulbright has developed an innovative approach that offers greater predictability and improved management of discovery related expenses.

The new billing model will assess a per gigabyte ('GB') data management fee for data managed by Fulbright's Practice Support Group and stored in Ringtail, the firm's litigation technology platform. The monthly per GB fee includes project management and technical services required to support the collection of electronic data, on-line document review, electronic document productions, and the overall use of Fulbright's litigation technology services during the discovery phase of the case. After the discovery phase of the case is completed, a smaller per GB storage fee will be assessed in lieu of the data management fee. These per GB charges will be included as line items on the expense section of Fulbright's invoice.

A limited number of specialized practice support services will continue to be charged on an hourly basis. These services will be provided as needed and may include development and implementation of electronic discovery strategies, project management of third party platforms, trial support and graphics. Other expenses may include litigation technology licenses for non-Fulbright users billed at cost and document production charges billed on a per file basis.

The attached Statement of Work further describes the types of services provided by Fulbright's Practice Support Group (Exhibit A). Estimated costs for Fulbright's practice support services and third party vendor services will be provided once the scope of electronic discovery is determined.

BACK UP FOR "PER GIGABYTE" CHARGES

> **Exhibit A**
> **Fulbright & Jaworski, L.L.P.**
> **Practice Support Services Statement of Work**

**This Statement of Work outlines the services to be provided in connection with litigation support, electronic discovery, document management and data hosting.**

# I. Services Overview & Related Pricing

## Data Management

Management, Maintenance, & Support - $200 per GB per month[1] assessed during the discovery phase of a case for matters in which the firm's Automated Litigation Support System is used.

### *Project Management Services:*

- Serve as a single point of contact coordinating all aspects of a project in which Ringtail, the firm's Automated Litigation Support System, is used to efficiently manage case documents and information.

- Design, develop, and configure the Ringtail database in which the hard copy documents and electronic data are maintained.

- Support the attorneys and clients in the use of Ringtail, as necessary.

- Coordinate collection of hard copy and electronic data from clients, vendors, and other law firm counsel, as appropriate.

- Evaluate, recommend and coordinate with litigation support vendors for scanning and electronic discovery services.

- Assist electronic discovery technologist in reporting, quality control and management of electronic discovery efforts.

- Design document review strategy; manage document review process, and timelines.

- Support strategic document analysis, measurement and reporting of document review efficiencies and related metrics.

---

[1] The per gigabyte rate may increase based on anticipated case complexity and demands.

- Coordinate criteria, format, quality control and timelines for electronic document productions.
- Provide recommendations regarding application of technology in all phases of litigation and regulatory matters.

### *Database Analyst Services:*

- Support all technical aspects of Ringtail including the loading of documents received from scanning and electronic discovery vendors, coordinating counsel, and/or opposing party.
- Perform quality assurance processes of data received from scanning, e-Discovery vendors, and opposing counsel to ensure the deliverable meets the agreed-upon technical specifications.
- Prepare and perform pre-production quality assurance processes on documents in preparation for electronic production.
- Generate electronic document productions according to agreed-upon specifications.
- Perform post-production quality assurance and verification processes on electronic document productions ensure it meets agreed-upon specifications.
- Serve as technical consultant to guide complex data production specifications, data transfers, conversions, exchange, and other related issues.

## Electronic Data Production

- $.02 per file fee for the production of electronic data from the Automated Litigation Support System according to agreed-upon specifications.

## Storage

- $25 per GB per month after the discovery phase of a case for matters in which the firm's Automated Litigation Support System continues to be used.

## Technology

- $84 per month license fee for Ringtail Legal™ database access per external user. External users are non-Fulbright users, including clients, co-counsel, experts and other outside parties.

## Professional Services

### *Electronic Discovery Services*

- A $360 per hour fee for professional services provided by an electronic discovery technologist.
  - Advise as needed regarding identification, preservation, collection, processing, review, production, presentation and analysis of electronic data.

- Assist in development of preservation notices and procedures.
- Conduct interviews of IT personnel regarding corporate technology environment and infrastructure to identify and preserve potentially relevant electronic data.
- Provide guidance in formulating electronic data collection strategy.
- Provide support for 26(f) conferences and 30(b)(6) depositions.
- Make recommendations regarding electronic discovery vendors and technology.
- Collaborate with third party electronic discovery service providers as necessary.

### *Management of Third Party Platforms or Technology Services*

- A $260 per hour fee for professional services provided by a project manager.

  - Serve as primary point of contact for all aspects of a project in which a third party service provider is used to manage case documents and information.
  - Assist in database design.
  - Support management of the document review process.
  - Coordinate electronic document productions.

### *Trial & Graphics Support*

- A $135 - $250 per hour fee for professional services provided by graphic artists and technologists in preparation and support of various legal proceedings.

  - Assist with trial support needs including court room and war room set-up, trial technology, demonstratives, on-site support, coordination of vendors, etc.
  - Coordinate with trial support vendors.
  - Prepare clips of video deposition testimony for presentation.
  - Set up equipment to be used in presentation environment.
  - Provide technical support during proceedings.

## II.  Scope of Services

### *Who Will Provide the Services*

The effective delivery of practice support services requires the use of various components including third party products and services, internal resources and licensed technology. Members of Fulbright's Practice Support Group will perform the majority of the practice support services work.

Third party electronic data vendors whose processes have been vetted to ensure a quality deliverable will be utilized to stage, filter and prepare electronic data for attorney review.  If hard copy documents are to be reviewed, third party scanning and coding vendors will be utilized, as necessary.

### *Calculation of Charges*

The precise total cost of practice support services, as discussed in Section I, is difficult to establish. Examples include charges for Data Management and Maintenance, which includes the time of Practice Support personnel, Recommind™ software, Electronic Document Productions; and Data Storage Fees. We will use our professional judgment on these charges, which may vary from, be less than, or exceed our direct cost of such products or services.

In situations where we can readily determine the exact amount for products or services provided by third parties in support of a matter, our invoices will reflect the cost to us as a direct pass-through. An example is the external user licensing fee for Ringtail Legal™.

Charges for practice support services will be guided by a Project Cost Estimate to be provided once the scope of electronic discovery is determined. The Project Cost Estimate is inexact, as it involves certain unknown factors, such as total data volume, document production volumes, and potential need for hourly professional services. As a result, actual invoice amounts may vary from the estimated total included in a Project Cost Estimate.

### *Third Party Software*

The services provided by Fulbright will include the use of Third Party components such as Ringtail Legal™, Recommind™, dtSearch, Microsoft SQL, and other products. It is important to recognize and understand the potential risk of data corruption or unavailability resulting from such Third Party components. Fulbright & Jaworski L.L.P. has made no promises or guarantees about the outcome of the practice support services, and nothing in this Statement of Work shall be construed as such a promise or guarantee.

### *Disposition of Data*

At the conclusion of the Engagement, or earlier if appropriate, options regarding data disposition will be determined.

CHECK REQUISITION/EXPENSE REIMBURSEMENT

DATE:  April 12, 2010

DATE & TIME NEEDED:

ISSUE CHECK PAYABLE TO:  PAUL TRAHAN

TAX NUMBER

$2,508.35

| FIRM RECHARGE | ACCOUNT NAME/DESCRIPTION | ACCOUNT NUMBER XX-XXX-XX-XXXX-XXX OFC-DPT-TM-MAJ-SUB | DOLLAR AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

DESCRIPTION:

| MAJ-SUB | SELECTED ACCTS. | MAJ-SUB | SELECTED ACCTS. | MAJ-SUB | SELECTED ACCTS. |
|---|---|---|---|---|---|
| 6300-010 | MEETINGS & RETREAT-MEALS | 7030-020 | BUSINESS ENTERTAINMENT/TRAVEL | 8060-040 | RECRUITING-OTHER INC. |
| 6300-040 | MEETINGS & RETREAT-OTHER | 7040-010 | CONV./INSTITUTES-MEALS/ENT. | 8070-010 | SUMMER CLERKS-MEALS/ENT. |
| 7010-010 | TRAVEL & INCIDENTAL-MEALS | 7040-020 | CONV./INSTITUTES-TRAVEL/OTHER | 8071-010 | SUMMER CLERKS-LUNCHES |
| 7010-040 | TRAVEL & INCIDENTAL-OTHER | 7040-030 | CONV./INSTITUTES-REGISTRATION FEE | 8072-010 | SUMMER CLERKS-DINNERS |
| 7020-000 | BAR ASSOCIATION DUES | 7060-010 | PROFESSIONAL/BAR ASSOC. MEALS | 8070-020 | SUMMER CLERKS-TRAVEL/INCID. |
| 7020-040 | PROFESSIONAL ASSOCIATION DUES | 8060-010 | RECRUITING-MEALS ATTY INTERVIEWS | 8070-040 | SUMMER CLERKS-OTHER |
| 7030-010 | BUSINESS ENTERTAINMENT/MEALS | 8060-020 | RECRUITING-TRAVEL/INCID. | 1122-000 | CLIENT UNALLOCATED REFUND |

OFFICE CODES

| 01 | HOUSTON | 08 | AUSTIN | 15 | LONDON | 21 | BEIJING |
|---|---|---|---|---|---|---|---|
| 02 | NEW YORK | 09 | WASHINGTON | 16 | ST. LOUIS | | |
| 03 | LOS ANGELES | 10 | HONG KONG | 17 | RIYADH | | |
| 06 | SAN ANTONIO | 11 | MINNEAPOLIS | 18 | DUBAI | | |
| 07 | DALLAS | 12 | MUNICH | 19 | DENVER | | |

DEPT. CODES

| 004 | BANKRUPTCY | 015 | HEALTH | 038 | ENERGY & REAL PROP |
|---|---|---|---|---|---|
| 006 | CORP. & BANK | 021 | LABOR | 039 | TAX |
| 007 | TECHNOLOGY | 024 | LITIGATION | 048 | ADMIN |
| 009 | ENVIRONMENTAL | 030 | INTEL. PROP | 092 | SUMMER CLERKS |
| 012 | FAMILY | 033 | PUBLIC | 000 | GENERAL |

PLEASE PROVIDE DETAILED SUPPORT FOR ALL MEAL, ENTERTAINMENT AND TRAVEL EXPENSES (FIRM RECHARGE AND CLIENT RECHARGE) ON THE REVERSE SIDE AND ATTACH RECEIPTS IN ACCORDANCE WITH IRS REGULATIONS.

CLIENT RECHARGE

| COST CODE | MATTER # | CLIENT AND MATTER NAME | AMOUNT |
|---|---|---|---|
| E1 | 10210271  1090444 | BlackRock/Southlands | 1,845.73 |

Reimbursement for travel to Newark NJ to defend depos of Silva and Piekarski – airfare ($1,336.60); car rental ($447.13) parking ($62.00)

| E110 | 10210271  1090444 | BlackRock/Southlands | 576.15 |

Hotel while in Newark NJ to defend depos of Silva and Pierkarski

| COST CODES | |
|---|---|
| E121 | ARBITRATORS/MEDIATORS |
| F200 | CONFERENCE EXPENSES |
| E107 | DELIVERY SERVICES |
| E115 | DEPOSITIONS/TRANSCRIPTS |
| E101 | DUPLICATING EXPENSES |
| E119 | EXPERTS |
| E112 | FILING FEES/COURT FEES |
| F211 | FOREIGN ASSOCIATE |
| E105 | LD TELEPHONE |
| E118 | LITIGATION SUPPORT VENDORS |
| F208 | LOBBY - MEALS/ENT |
| F209 | LOBBY OTHER |
| E122 | LOCAL COUNSEL |
| E109 | LOCAL TRAVEL |
| E111 | MEALS |
| E106 | ONLINE RESEARCH |
| E123 | OTHER PROFESSIONALS |
| E124 | OTHER (EXPLAIN) |
| E110 | OUT OF TOWN TRAVEL |
| E102 | OUTSIDE PRINTING |
| E108 | POSTAGE |
| E120 | PRIVATE INVESTIGATIONS |
| F201 | PRO FEES |
| F213 | PTO MAINTENANCE FEE |
| F207 | RECORDS |
| F214 | REFUND OF CLIENT COST CREDIT |
| F204 | SECRETARY OVERTIME |
| E113 | SUBPOENA FEES |
| E117 | TRIAL EXHIBITS |
| E116 | TRIAL TRANSCRIPTS |
| E114 | WITNESS FEES |

ALL MEALS AND ENTERTAINMENT MUST BE SEPARATELY DISCLOSED ABOVE AND ON THE REVERSE SIDE.

DELIVER CHECK TO:  Julie Wright

PAUL TRAHAN

ATTORNEY NAME (PRINT)

ATTORNEY SIGNATURE

08733

ATTORNEY #

**DETAIL OF EXPENSE**

**BUSINESS MEALS AND ENTERTAINMENT**

| DATE | PLACE (NAME OF CLUB, RESTAURANT, ETC.) | NAME (TITLE OF PERSON) IN ATTENDANCE | TOTAL $ |
|---|---|---|---|
| 1 | | | |

**BUSINESS PURPOSE**

**DEPARTURE POINT/ DESTINATION** — TRAVEL DETAILS

**DAILY RECORD**

**MEALS**

| DATE | # OF MEALS | $ AMOUNT |
|---|---|---|
| SUN | | |
| MON 4/5/10 | | |
| TUE 4/6/10 | | |
| WED 4/7/10 | | |
| THURS 4/8/10 | | |
| FRI 4/10 | | |

**OTHER TRAVEL & SUBSISTENCE**

| DATE | # OF MI. | AUTO EXP. $ | AIR TRAVEL | HOTEL | PARKING, TAXI, LIMO, ETC. | TELEPHONE | OTHER DESCRIPTION | AMOUNT | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| SUN | | | | | | | | | |
| MON | | | | | | | | | |
| TUE | | | | | | | | | |
| WED | | | | | | | | | |
| THURS | | | 1,336.60 | 576.15 | 509.13 | | | | |
| FRI | | | | | | | | | |
| SAT | | | | | | | | | |
| SUN | | | | | | | | | |
| MON | | | | | | | | | |
| TUE | | | | | | | | | |
| WED | | | | | | | | | |
| THURS | | | | | | | | | |
| FRI | | | | | | | | | |
| TOTAL | | | 1,336.60 | 576.15 | 509.13 | | | | 2421.88 |

eTicket Itinerary and Receipt                                      Page 1 of 2

## Wright, Julie

F ( ) :   Continental Airlines, Inc. [continentalairlines@continental.com]
**Sent:**   Sunday, April 04, 2010 11:47 AM
**To:**   Trahan, Paul
**Subject:** eTicket Itinerary and Receipt for Confirmation C53M06

To ensure delivery of this e-mail please add **continentalairlines@continental.com** to your address book or approved senders list. See instructions for adding us to your address book.

 **Continental Airlines** ▪  A STAR ALLIANCE MEMBER ✦

**Confirmation:**
## C53M06
Check-in >

Issue Date: April 04, 2010

| Traveler | eTicket Number | Frequent Flyer | Seats |
|---|---|---|---|
| TRAHAN/PAULD | 0052157527515 | | 6F/40F/6D |

**FLIGHT INFORMATION**

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Mon, 05APR10 | CO620 | B | AUSTIN TX (AUS) 7:10PM | HOUSTON BUSH INTL (IAH) 8:12PM | 737-500 | |
| Mon, 05APR10 | CO410 | B | HOUSTON BUSH INTL (IAH) 8:45PM | NEWARK EWR (EWR) 1:00AM (06APR) | 757-300 | |
| Thu, 08APR10 | CO450 | B | NEWARK EWR (EWR) 3:15PM | AUSTIN TX (AUS) 6:22PM | 737-500 | Snack |

**FARE INFORMATION**

| Fare Breakdown | | Form of Payment: |
|---|---|---|
| Airfare: | 1,214.88 USD | MASTERCARD |
| U.S. Passenger Facility Charge: | 12.00 | Last Four Digits 2857 |
| U.S. Federal Transportation Tax: | 91.12 | |
| U.S. Security Service Fee: | 7.50 | |
| U.S. Flight Segment Tax: | 11.10 | |
| Per Person Total: | 1,336.60 USD | |
| **eTicket Total:** | **1,336.60 USD** | |

The airfare you paid on this itinerary totals: 1,214.88 USD

**The taxes you paid on this itinerary total: 121.72 USD**

Fare Rules:   Additional charges may apply for changes in addition to any fare rules listed.
REFUNDABLE

---

### eTicket Reminders

- **Check-In Requirement** - Bags must be checked and boarding passes obtained at least 30 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be cancelled if this condition is not met.
- **Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 15 minutes prior to scheduled departure.
- ''lure to meet the **Boarding Requirements** may result in cancellation of reservations, denied boarding, noval of checked baggage from the aircraft and loss of eligibility for denied boarding compensation.
- Bring your boarding pass or this eTicket Receipt along with photo identification to the airport.
- The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase, laptop computer, etc.) per passenger.
- For up to the minute flight information, sign-up for your Flight Status E-mail at continental.com or call 1-800-784-4444; in Spanish 1-800-579-3938.

eTicket Itinerary and Receipt                                                    Page 2 of 2

- If flight segments are not flown in order, your reservation will be cancelled. Rebooking will be subject to the fare rules governing your ticket.
- For the most current status of your reservation, flights and other important policies, go to continental.com.
- Your eTicket is non transferable and valid for 1 year from the issue date unless otherwise noted in the fare rules re.

### Important Baggage Information

For information regarding baggage fees, allowances, weight/size restrictions and embargos, go to continental.com. If your flight originates with one of our codeshare partners or another airline you will need to check the operating carrier for baggage policies.

### Check In Online the Day Before You Fly

With continental.com Check in, you can print your own boarding pass within 24 hours of your flight. You can review or change your seats and get everything you need to go straight to the gate. For more information, go to continental.com.

### Better Just Got Bigger

Continental Airlines has now joined the Star Alliance network. You can earn and redeem miles on 25 member airlines offering 17,000 daily flights and over 900 destinations worldwide. Go to www.staralliance.com to find out more. You've earned it.

### Reserve a Conference Room at the Airport

Presidents Club members can now utilize conference room facilities even if not traveling that day. Stop by any location or call the Presidents Club at 1-800-322-2640 for details.

### IMPORTANT CONSUMER NOTICES

- Your travel is subject to Continental's Contract of Carriage terms. The Contract is available at any CO ticketing facility, continental.com or by calling 1-800-525-0280. The Contract terms include rules about limits on liability for personal injury or death and for loss, damage, or delay of goods and baggage, check-in times, overbooking, security issues, reservations, denial of carriage, refunds, claims limits and restrictions, including time limitations for filing a claim or lawsuit, and schedule changes and irregularities.
- On domestic flights, Continental's maximum liability limit for checked baggage is $3300 USD per passenger and Continental excludes liability for all unchecked baggage. Continental excludes liability for fragile, valuable or shable items carried in all baggage including jewelry, computers, cash, camera equipment and similar valuables. If any of these items are lost, damaged or delayed, you will not be entitled to any reimbursement. On international flights governed by the Warsaw Convention (including the domestic portions of the trip), maximum liability for checked baggage is approximately $640 USD per bag, and $400 USD per passenger for unchecked baggage. On international flights governed by the Montreal Convention (including domestic portions of the trip) maximum liability for baggage is 1,131 SDRs per passenger for checked and unchecked baggage. You can declare excess valuation on certain baggage at the airport, additional fees will apply.
- For international flights, a treaty known as the Warsaw or the Montreal Convention may apply to the entire journey. When applicable, it governs, amongst other things, the liability of the carrier for baggage and death of or injury to passengers.
- The Contract of Carriage contains further detail of these terms.
- **Personal Health** - For important health tips before your flight, including information on a serious condition called Deep Vein Thrombosis, please go to continental.com or call 1800WECARE2. This information is also in the Continental magazine on board your flight.

### Thank you for choosing Continental Airlines
continental.com

Legal Notices. Privacy Policy
Copyright © 2010 Continental Airlines, Inc. All rights reserved.

**Please do not reply to this message using the "reply" address.**
For assistance, please contact Continental Airlines via telephone or via e-mail.

04/12/2010

# Hyatt Summerfield Suites Morristown

194 Park Avenue

Apr 08, 2010
2:27 am

Morristown, NJ 07960
Telephone: (973)971-0008   Fax: (973)971-0013

PAUL TRAHAN

Account #: 76695
Room Number: 289
Rate: $167.00
Pay Method: MC2857

Arrival Date: Tuesday, April 06, 2010
Departure Date: Thursday, April 08, 2010

Member #: 67682

Information:  CANCEL BY 3PM EST 24 HOURS PF

| Date | Department | Reference | Voucher | Room | Debit | Credit |
|------|-----------|-----------|---------|------|-------|--------|
| 4/6/2010 | Room postings | Night of 4/5/10 afer audit | | 289 | $167.00 | |
| 4/6/2010 | Sales Tax State | Night of 4/5/10 afer audit | | 289 | $11.69 | |
| 4/6/2010 | Occupancy Fee State | Night of 4/5/10 afer audit | | 289 | $8.35 | |
| 4/6/2010 | Occupancy Fee City | Night of 4/5/10 afer audit | | 289 | $5.01 | |
| 4/6/2010 | Room postings | Auto Posted | | 289 | $167.00 | |
| 4/6/2010 | Sales Tax State | Auto Posted | | 289 | $11.69 | |
| 4/6/2010 | Occupancy Fee State | Auto Posted | | 289 | $8.35 | |
| 4/6/2010 | Occupancy Fee City | Auto Posted | | 289 | $5.01 | |
| 4/7/2010 | Room postings | Auto Posted | | 289 | $167.00 | |
| 4/7/2010 | Sales Tax State | Auto Posted | | 289 | $11.69 | |
| 4/7/10 | Occupancy Fee State | Auto Posted | | 289 | $8.35 | |
| 4/7/2010 | Occupancy Fee City | Auto Posted | | 289 | $5.01 | |

Balance:   $576.15

I agree that my liability for this bill is not waived and I agree to be held personally liable in the event that the indicated person, company or association fails to pay for the full amount of the charges.

Signature _____

Black Rock Southbridge

Hotel

9114 04/05 17:54 04/08 18:21 $62.00 2857

159254

**AUSTIN-BERGSTROM INTERNATIONAL AIRPORT PARKING**
CITY OF AUSTIN



**AVIS.**
We try harder!   Thank you for renting from Avis.

| RENTAL NUMBER | CAR NUMBER | CAR GROUP |
|---|---|---|
| 700055860 | 50393431 | E |

TRAHAN,PAUL
AWD = A597500
CV - CMXXXXXXXXXXX2857

```
OUT EWR 06APR10/0238 MI =        5
IN  EWR 08APR10/1354 MI =      194
      189 MI@       .00 =
          HR@     78.00 =
        3 DY@    103.99 =       311.97
$.47/DY ERF               =         1.41
# 1.1% VLF                =         3.43
**11.11% FEE              =        34.82
TAXABLE SUBTOT            =       351.63
TAX  7.000%               =        24.61
*$7.00/DAY FEE            =        21.00
GAS SVC OPTION            =        49.89

TOTAL CHARGES        =     447.13
**CONCESSION RECOVERY FEE
*$2/DY TFC & $5DOMESTIC SECUR
#VEHICLE LICENSE FEE
ENERGY RECOVERY FEE  .47/DY
```

Please check your car for personal effects.

*Block Pack Southberds Cov*

Receive rental receipts by email every time you rent.
And get access to special offers & more. See reverse.

CHECK REQUISITION/EXPENSE REIMBURSEMENT

DATE: March 21, 2011

DATE & TIME NEEDED:

ISSUE CHECK PAYABLE TO:   PAUL TRAHAN

TAX ID NUMBER

pd check
11-6-06
4-8-11

$2,631.57   2309.34

CHECK SIGNER
VOUCHER #

| FIRM RECHARGE | ACCOUNT NAME/DESCRIPTION | ACCOUNT NUMBER XX-XXX-XX-XXXX-XXX OFC-OPT-TM-MAJ-SUB | DOLLAR AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

DESCRIPTION:

| MAJ-SUB | SELECTED ACCTS. | MAJ-SUB | SELECTED ACCTS. | MAJ-SUB | SELECTED ACCTS. |
|---|---|---|---|---|---|
| 6300-040 | MEETINGS & RETREAT-MEALS | 7030-020 | BUSINESS ENTERTAINMENT/TRAVEL | 8060-040 | RECRUITING-OTHER INC |
| 6300-040 | MEETINGS & RETREAT-OTHER | 7040-010 | CONV./INSTITUTES-MEALS/ENT | 8070-010 | SUMMER CLERKS-MEALS/ENT |
| 7010-010 | TRAVEL & INCIDENTAL-MEALS | 7040-020 | CONV./INSTITUTES-TRAVEL/OTHER | 8071-010 | SUMMER CLERKS-LUNCHES |
| 7010-040 | TRAVEL & INCIDENTAL-OTHER | 7040-010 | CONV./INSTITUTES-REGISTRATION FEE | 8072-010 | SUMMER CLERKS-DINNERS |
| 7020-000 | BAR ASSOCIATION DUES | 7050-010 | PROFESSIONAL/BAR ASSOC. MEALS | 8070-020 | SUMMER CLERKS-TRAVEL/INC/O |
| 7020-040 | PROFESSIONAL ASSOCIATION DUES | 8050-010 | RECRUITING-MEALS/ATTY INTERVIEWS | 8070-040 | SUMMER CLERKS-OTHER |
| 7030-010 | BUSINESS ENTERTAINMENT/MEALS | 8060-020 | RECRUITING-TRAVEL/MEO | 1132-000 | CLIENT UNALLOCATED REFUND |

OFFICE CODES

| 01 HOUSTON | 08 AUSTIN | 15 LONDON | 21 BEIJING | DEPT. CODES | | |
|---|---|---|---|---|---|---|
| 02 NEW YORK | 09 WASHINGTON | 16 ST LOUIS | | 004 BANKRUPTCY | 015 HEALTH | 030 ENERGY & REAL PROP |
| 03 LOS ANGELES | 10 HONG KONG | 17 RIYADH | | 006 CORP & BANK | 021 LABOR | 035 TAX |
| 06 SAN ANTONIO | 11 MINNEAPOLIS | 18 DUBAI | | 007 TECHNOLOGY | 024 LITIGATION | 048 ADMIN |
| 07 DALLAS | 12 MUNICH | 19 DENVER | | 009 ENVIRONMENTAL | 030 INTEL PROP | 092 SUMMER CLERKS |
| | | | | 012 FAMILY | 033 PUBLIC | 000 GENERAL |

PLEASE PROVIDE DETAILED SUPPORT FOR ALL MEAL, ENTERTAINMENT AND TRAVEL EXPENSES (FIRM RECHARGE AND CLIENT RECHARGE) ON THE REVERSE SIDE AND ATTACH RECEIPTS IN ACCORDANCE WITH IRS REGULATIONS.

CLIENT RECHARGE

| COST CODE | MATTER # | CLIENT AND MATTER NAME | AMOUNT |
|---|---|---|---|
| E110 | 10904447 | BlackRock/Southlands | 2201.52 |

Round trip air fare from Austin to Denver – ($493.40); parking at Austin airport ($54.00); cab from airport in Denver to hotel ($61.75) and hotel ($1,550.47) and internet use at hotel ($21.90) early check-in ($20.00)

| E111 | 10904447 | BlackRock/Southlands | 107.82 |

Meals while traveling to and from Denver, CO, and meals while in Denver preparing for trial

| COST CODES | |
|---|---|
| E121 | ARBITRATORS/MEDIATORS |
| F209 | CONFERENCE EXPENSES |
| E807 | DELIVERY SERVICES |
| E115 | DEPOSITIONS/TRANSCRIPTS |
| E101 | DUPLICATING EXPENSES |
| E119 | EXPERTS |
| E112 | FILING FEES/COURT FEES |
| F211 | FOREIGN ASSOCIATE |
| E105 | LD TELEPHONE |
| E118 | LITIGATION SUPPORT VENDORS |
| F208 | LOBBY - MEALS/ENT |
| F203 | LOBBY OTHER |
| E122 | LOCAL COUNSEL |
| E109 | LOCAL TRAVEL |
| E111 | MEALS |
| E106 | ONLINE RESEARCH |
| E123 | OTHER PROFESSIONALS |
| E124 | OTHER (EXPLAIN) |
| E110 | OUT OF TOWN TRAVEL |
| E102 | OUTSIDE PRINTING |
| E108 | POSTAGE |
| E120 | PRIVATE INVESTIGATIONS |
| F201 | PTO FEES |
| F213 | PTO MAINTENANCE FEE |
| F207 | RECORDS |
| F214 | REFUND OF CLIENT COST CREDIT |
| F204 | SECRETARY OVERTIME |
| E113 | SUBPOENA FEES |
| E117 | TRIAL EXHIBITS |
| E116 | TRIAL TRANSCRIPTS |
| E114 | WITNESS FEES |

ALL MEALS AND ENTERTAINMENT MUST BE SEPARATELY DISCLOSED ABOVE AND ON THE REVERSE SIDE.

DELIVER CHECK TO:   JULIE WRIGHT

PL TRAHAN
ATTORNEY NAME (PRINT)

ATTORNEY SIGNATURE

08733
ATTORNEY #

## DETAIL OF EXPENSES

### BUSINESS MEALS AND ENTERTAINMENT

| DATE | PLACE (NAME OF CLUB, RESTAURANT, ETC.) | NAME (TITLE OF PERSON) IN ATTENDANCE | TOTAL $ |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**DEPARTURE POINT/DESTINATION** — TRAVEL DETAILS

### DAILY RECORD

| DATE | MEALS # OF MEALS | MEALS $ AMOUNT | # OF M | AUTO EXP. | AIR TRAVEL | HOTEL | PARKING, TAXI, LIMO, ETC. | TELEPHONE | OTHER DESCRIPTION | OTHER AMOUNT | AMOUNT | TOTAL $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SUN |  |  |  |  |  |  |  |  |  |  |  |  |
| MON |  |  |  |  |  |  |  |  |  |  |  |  |
| TUE |  |  |  |  |  |  |  |  |  |  |  |  |
| WED |  |  |  |  |  |  |  |  |  |  |  |  |
| THURS 2/10/11 | 1 | 25.02 |  |  | 246.70 | 330.77 | 61.75 | 10.95(internet) | Early check in | 10.00 | 685.19 |  |
| FRI 2/11/11 | 1 | 30.00 |  |  |  | 279.08 |  |  |  |  | 309.08 |  |
| SAT 2/12/11 | 2 | 28.41 |  |  |  | 279.08 |  |  |  |  | 307.49 |  |
| SUN 2/13/11 | 1 | 8.64 |  |  |  | 330.77 |  | 10.95(internet) |  |  | 350.36 |  |
| MON 2/14/11 | 1 | 6.79 |  |  |  | 330.77 |  |  |  |  | 337.56 |  |
| TUE 2/15/11 | 1 | 8.96 |  |  | 246.70 |  | 54.00 |  | Early check in | 10.00 | 319.66 |  |
| WED |  |  |  |  |  |  |  |  |  |  |  |  |
| THURS |  |  |  |  |  |  |  |  |  |  |  |  |
| FRI |  |  |  |  |  |  |  |  |  |  |  |  |
| TOTAL | 7 | 107.82 |  |  | 493.40 | 1550.47 | 115.75 | 21.90 |  | 20.00 | 2309.34 |  |

OTHER TRAVEL & SUBSISTENCE



**Mr Paul Trahan**
600 Congress Ave Ste2400
Austin TX 78701
US

| | | |
|---|---|---|
| Room No. | : | 851 |
| Arrival | : | 02/10/11 |
| Departure | : | 02/15/11 |
| Page No. | : | 1 of 2 |

### INFORMATION INVOICE

| | | |
|---|---|---|
| Reference # | 27196SY113838 | |
| A/R Number | : | |
| Group Code | : | |
| Company Name | : | |

| | | |
|---|---|---|
| Folio No. | : | |
| Conf. No. | : | 12718712 |
| Cashier No. | : | 133 |

| Date | Text | Charges USD | Credits USD |
|---|---|---|---|
| 02/10/11 | Internet charge | 10.95 | |
| 02/10/11 | Room Service | 34.67 | 22.67 |
| 02/10/11 | Food and Bev Sales Tax 8.1% | 2.35 | |
| 02/10/11 | Room Charge | 288.00 | |
| 02/10/11 | Room Taxes | 42.77 | |
| 02/11/11 | In Room Entertainment | 17.61 | |
| 02/11/11 | Room Charge | 243.00 | |
| 02/11/11 | Room Taxes | 36.08 | |
| 02/12/11 | Internet charge | 10.95 | |
| 02/12/11 | Room Charge | 243.00 | |
| 02/12/11 | Room Taxes | 36.08 | |
| 02/13/11 | Room Charge | 288.00 | |
| 02/13/11 | Room Taxes | 42.77 | |
| 02/14/11 | Room Charge | 288.00 | |
| 02/14/11 | Room Taxes | 42.77 | |
| 02/14/11 | American Express | 1,632.00 | |

*$1,610.00*

*$1,598*

*$1562.47*

Mr Paul Trahan
˙ ˜0 Congress Ave Ste2400
˙˙stin TX 78701
US

| | |
|---|---|
| Room No. | : 851 |
| Arrival | : 02/10/11 |
| Departure | : 02/15/11 |

**INFORMATION INVOICE**

| | | |
|---|---|---|
| Reference # | 27196SY113838 | Page No. : 2 of 2 |
| A/R Number | : | Folio No. : |
| Group Code | : | Conf. No. : 12718712 |
| Company Name | : | Cashier No. : 133 |

| Date | Text | Charges USD | Credits USD |
|---|---|---|---|
| | **Total** | **1,627.00** | **1,627.00** |
| | **Balance** | | **0.00  USD** |

The Brown Palace Hotel and Spa Denver  l  321 17th Street  l  Denver, CO 80202
Telephone: 1 303 297 3111  l  Facsimilie: 1 303 312 5900  l  Toll Free: 1 800 321 2599
Web Address: www.brownpalace.com  l  Contact Us: reservations@brownpalace.com

Southwest Airlines - Purchase Confirmation

Page 1 of 2



**SOUTHWEST.COM**

Thank you for your purchase!

Air Confirmation:   **X58NVD**

Austin, TX to Denver, CO (02/10/2011 - 02/16/2011)

| **Air** | **Car** | **Hotel** |
|---|---|---|
| Conf # X58NVD | Choose from 14 different rental companies. | Shop over 40,000 hotels |
| Air Total $493.40 | Browse cars | Browse hotels |

| | |
|---|---|
| **Total Paid Now** | **$493.40** |
| **Trip Total** | **$493.40** |

**Air**

| Passenger Type | Name | | Confirmation Number | Rapid Rewards Number |
|---|---|---|---|---|
| ADULT | PAUL TRAHAN | | X58NVD | 00000051704940 |

**ITINERARY**

| | | | | | |
|---|---|---|---|---|---|
| DEPART **5 10** | Austin, TX to Denver, CO Thursday, February 10, 2011 Travel Time 2 h 20 m (Nonstop) | #420 | Depart Austin, TX (AUS) Arrive in Denver, CO (DEN) | | 5:25 PM 6:45 PM |
| RETURN FEB **16** | Denver, CO to Austin, TX Wednesday, February 16, 2011 Travel Time 2 h 05 m (Nonstop) | #1547 | Depart Denver, CO (DEN) Arrive in Austin, TX (AUS) | | 7:15 PM 10:20 PM |

**PRICE**

| Passenger Type | Trip | Routing | Fare Type | Base Fare | Quantity | Total |
|---|---|---|---|---|---|---|

Southwest Airlines - Purchase Confirmation                                                    Page 2 of 2

| | | | | | Govt. Taxes and Fees | | |
|---|---|---|---|---|---|---|---|
| Adult | Depart | AUS-DEN | Business Select | $219.53 | $27.17 | 1 | $246.70 |
| Adult | Return | DEN-AUS | Business Select | $219.53 | $27.17 | 1 | $246.70 |

Please read the fare rules associated with this purchase.

Eff..... January 28, 2011, unused travel funds may only be applied toward the purchase of         $439.06          $54.34          1          $493.40
future travel for the individual named on the ticket.

                                                                                    **Total**          **$493.40**

## Billing

| **Purchaser Name** | **Billing Address** |
|---|---|
| Paul Trahan | 2106 Headwater |
| | Austin, TX 78746 |

| **Form of Payment** | **Amount Applied** |
|---|---|
| American Express - XXXXXXXXXX-1009 | $493.40 |

                                                              **Total Paid Now**          **$493.40**

                                                                        **Trip Total**
                                                                          **$493.40**

WARDHOUSE DENVER
303.572.9273

Server: Sean A.          DOB: 02/14/2011
12:25 AM                      02/15/2011
Table 23/1                      7/70096

AMEX                              6291512
Card #XXXXXXXXXXX1009

Magnetic card present: TRAHAN P
Approval: 500855

                    Amount:        51.08

Round Up For Charity

          10    + Tip:

              = Total:

X_____

Use your debit or credit card
to round up your total to the
nearest dollar and help
feed the needs of
your community.
www.rounditupamerica.org

          Merchant Copy

---

Ellyngton's

Date:        Feb15'11 09:51AM
Card Type:   Amex
Acct #:      XXXXXXXXXXX1009
Exp Date:    XX/XX
Auth Code:   523503
Check:       2676
Table:       26/1
Server:      5049 Chelsey

Subtotal:          51.89

Tip:_____

Total:_____

_____
Signature

I agree to pay above total
according to my card issuer
agreement.
*Customer Copy*

0174
Server: KAREN D (#144)          Rec:108
02/14/11 20:58, Swiped   T: 41 Term: 3

KATIE MULLENS
1550 COURT PLACE
DENVER, CO. 80221
(303)573-0336
MERCHANT #:

CARD TYPE       ACCOUNT NUMBER
AMERICAN EXPRES  XXXXXXXXXXXX1009
Name: P TRAHAN
00 TRANSACTION APPROVED
AUTHORIZATION #: 586071
Reference: 0214010000174
TRANS TYPE: Credit Card SALE

CHECK:           101.99

TIP:        $15.00

TOTAL.:     $116.99

X _____

\*\*\*Duplicate Copy\*\*\*

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT

Client Dev.
Dinner,
Arnold, Silva,
Trahan,
Kvalous



Lobby Tea
Date:      Feb14'11 07:27PM
Card Type:  Amex
Acct #:     XXXXXXXXXXX1009
Exp Date:   XX/XX
Auth Code:  540799
Check:      6441
Table:      5/4
Server:     2005 Mariana

Subtotal:       70.27

Tip:_____  $ 12.00

Total:_____  $ 82.27

Signature _____

I agree to pay above total
according to my card issuer
agreement.
\*Customer Copy\*

Client Dev.
Arnold, Silva, Trahan,
Kvalovec,
Dykes



296935

**AUSTIN-BERGSTROM INTERNATIONAL AIRPORT PARKING**
CITY OF AUSTIN

5/2 02/10 15:58 02/15 17:17 $54.00 1009

3794 814743 51009

10

TRAMAN
FULBRIGHT & JAWORSKI

5062104

PURCHASER SIGN HERE

X

Cardholder acknowledges receipt of goods and/or services in the amount of the Total shown hereon and agrees to perform the obligations set forth in the Cardholder's agreement with the Issuer.

| DATE | SERVER/CASHIER |
|------|----------------|
| AUTHORIZATION NO | REFERENCE NO |

| QTY. | DESCRIPTION | AMOUNT |
|------|-------------|--------|
|  |  | 54 75 |
|  | TAX |  |
| SALES SLIP | TIP MISC | 7 00 |
|  | TOTAL | 61 75 |

CUSTOMER COPY

**IMPORTANT: RETAIN THIS COPY FOR YOUR RECORDS**

```
        WELCOME TO SCHLOTZSKYS!
  =======================================
           ORDER # 94

 Name : P. TRAHAN
 =======================================

 Location: DNCAUSO2
 Kiosk: THSAUSXPEKSKO3
 Order ID: 177163
 POS Order Id: 3994
 Date: 02/15/2011
 Time: 04:51 PM

              Dine In

 =======================================
 1 Turkey Original-Style        $5.79
 +Wheat
 +No Black Olives
 +Add Mustard
 ---------------------------------------
 1 Add Chips/Soda - Medium      $2.49
 +Jalapeno
 +Sierra Mist
 =======================================
 Sub-Total                      $8.28
 Sales Tax                      $0.68
 TOTAL                          $8.96

 Customer Name: P TRAHAN
 Paid - Card#: ***********1009

                                $8.96


 Thank you for your business.  Comments or
 questions please call 512-530-2903
```

```
        Jasons Deli DTN
          702 16th St.
        Denver, CO  80202
         (303)243-5599

                A

 Host: ASHLEY              02/14/2011
 A                           7:53 AM
 REPRINT# 1                    10005

 Sunshine Sandwich             4.99
   Ham
 Jason's Java                  1.29

 Sub Total                     6.28
 Tax                           0.51

 TO GO Total                   6.79

 CASH                         22.00

 Change                       15.21

     FREE COOKIE ON NEXT VISIT!
   Just complete our survey @
  www.jasonsdelifeedback.com or
      call: 1-800-537-5441
  Use Store # 601 and write down
   redemption code:_____
```





YARDHOUSE DENVER
303.572.9273

Server: BAR PM 3          DOB: 02/11/2011
10:41 PM                        02/11/2011
TRAHAN P/1                        9/90183

AMEX                              9437262
Card #XXXXXXXXXXX1009

Magnetic card present: TRAHAN P
Approval: 503164

          Amount:          42.43

Round Up For Charity _____

          + Tip:       8 00

          Total:     52 43

X _____  ($30)

Use your debit or credit card
to round up your total to the
nearest dollar and help
the needs of
your community.
www.rounditupamerica.org

Guest Copy

MARLOWE'S

Date: 2/12/11   Time: 10:08:13 PM

Status:        Approved

Card Type:        American Express
Card Number:     XXXXXXXXXXX1009
Swipe/Manual:    Swipe
Person #:        1
Server ID:       125
Server Name:     Kristin
Check Number:    928390
Tab Number:      8928
Card Owner:      trahan/p

AMOUNT    13.52

TIP       3.00

TOTAL     16.52

Approval: 583422

I AGREE TO COMPLY WITH
THE CARDHOLDER AGREEMENT

***** CUSTOMER COPY *****

LUKA'S FRESH MARKET
303-893-2277
THE DIFFERENCE IS IN THE TASTE!
REGISTROOM CODE 16001
DATE 02/12/2011 SAT   TIME 12:03

PreparedFood T1          $2.00
PreparedFood T1          $4.19
PreparedFood T1          $4.81
SUBTOTAL                $11.89
SUBTOTAL                $11.00
TAXABLE1               $11.00
TAX 1 RATE             8.100%
TAX1                    $0.89
TOTAL                  $11.89
CASH                   $12.00
CHANGE                  $0.11
THANK YOU VERY MUCH
LAUREAN        No.207083   00000

CHECK REQUISITION/EXPENSE REIMBURSEMENT

DATE: January 11, 2010

DATE & TIME NEEDED:

ISSUE CHECK PAYABLE TO: Paul Trahan

TAX ID NUMBER

Pd CK # 67356
1/21/2010

CHECK SIGNER
VOUCHER #

ACCT'G. USE ONLY

**$1,039.34**

| FIRM RECHARGE | ACCOUNT NAME/DESCRIPTION | ACCOUNT NUMBER XX-XXX-XX-XXXX-XXX OFC-DPT-TM-MAJ-SUB | DOLLAR AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

DESCRIPTION:

| MAJ-SUB | SELECTED ACCTS. | MAJ-SUB | SELECTED ACCTS. | MAJ-SUB | SELECTED ACCTS. |
|---|---|---|---|---|---|
| 6300-010 | MEETINGS & RETREAT-MEALS | 7020-020 | BUSINESS ENTERTAINMENT/TRAVEL | 8060-040 | RECRUITING-OTHER INC. |
| 6300-040 | MEETINGS & RETREAT-OTHER | 7040-010 | CONV./INSTITUTES-MEALS/ENT. | 8070-010 | SUMMER CLERKS-MEALS/ENT. |
| 7010-010 | TRAVEL & INCIDENTAL-MEALS | 7040-020 | CONV./INSTITUTES-TRAVEL/OTHER | 8071-010 | SUMMER CLERKS-LUNCHES |
| 7010-040 | TRAVEL & INCIDENTAL-OTHER | 7040-030 | CONV./INSTITUTES-REGISTRATION FEE | 8072-010 | SUMMER CLERKS-DINNERS |
| 7020-000 | BAR ASSOCIATION DUES | 7060-010 | PROFESSIONAL/BAR ASSOC. MEALS | 8070-020 | SUMMER CLERKS-TRAVEL/INCID. |
| 7020-040 | PROFESSIONAL ASSOCIATION DUES | 8050-010 | RECRUITING-MEALS ATTY INTERVIEWS | 8070-040 | SUMMER CLERKS-OTHER |
| 7030-010 | BUSINESS ENTERTAINMENT/MEALS | 8050-020 | RECRUITING-TRAVEL/INCID. | 1132-000 | CLIENT UNALLOCATED REFUND |

OFFICE CODES

01: HOUSTON    01: AUSTIN    15: LONDON    21: BEIJING
02: NEW YORK    09: WASHINGTON    16: ST. LOUIS
03: LOS ANGELES    10: HONG KONG    17: RIYADH
06: SAN ANTONIO    11: MINNEAPOLIS    18: DUBAI
07: DALLAS    12: MUNICH    19: DENVER

DEPT. CODES

004: BANKRUPTCY    015: HEALTH    036: ENERGY & REAL PROP.
005: CORP. & BANK    021: LABOR    030: TAX
007: TECHNOLOGY    024: LITIGATION    046: ADMIN
009: ENVIRONMENTAL    030: INTEL. PROP    092: SUMMER CLERKS
012: FAMILY    033: PUBLIC    000: GENERAL

PLEASE PROVIDE DETAILED SUPPORT FOR ALL MEAL, ENTERTAINMENT AND TRAVEL EXPENSES (FIRM RECHARGE AND CLIENT RECHARGE) ON THE REVERSE SIDE AND ATTACH RECEIPTS IN ACCORDANCE WITH IRS REGULATIONS.

CLIENT RECHARGE

| COST CODE | MATTER # | CLIENT AND MATTER NAME | AMOUNT | | COST CODES | |
|---|---|---|---|---|---|---|
| E1 | 10904447 | Southlands/Blackrock | 419.40 | | E121 | ARBITRATORS/MEDIATORS |
| | | | | | F200 | CONFERENCE EXPENSES |
| | | | | | E107 | DELIVERY SERVICES |
| | | | | | E115 | DEPOSITIONS/TRANSCRIPTS |
| Air fare from Austin to Denver, return to Austin | | | | | E101 | DUPLICATING EXPENSES |
| | | | | | E119 | EXPERTS |
| | | | | | E112 | FILING FEES/COURT FEES |
| | | | | | F211 | FOREIGN ASSOCIATE |
| E110 | 10904447 | Southlands/Blackrock | 447.94 | | E105 | LD TELEPHONE |
| | | | | | E118 | LITIGATION SUPPORT VENDORS |
| | | | | | F206 | LOBBY - MEAL/ENT |
| | | | | | F209 | LOBBY OTHER |
| | | | | | E122 | LOCAL COUNSEL |
| Hotel while in Denver for depositions | | | | | E109 | LOCAL TRAVEL |
| | | | | | E111 | MEALS |
| | | | | | E106 | ONLINE RESEARCH |
| | | | | | E123 | OTHER PROFESSIONALS |
| | | | | | E124 | OTHER (EXPLAIN) |
| E110 | 10904447 | Southlands/Blackrock | 172.00 | | E110 | OUT OF TOWN TRAVEL |
| | | | | | E102 | OUTSIDE PRINTING |
| | | | | | E108 | POSTAGE |
| | | | | | E120 | PRIVATE INVESTIGATIONS |
| Taxis and parking for trip to Denver for depositions (parking $50.00/taxi $122.00) | | | | | F201 | PTO FEES |
| | | | | | F212 | PTO MAINTENANCE FEE |
| | | | | | F207 | RECORDS |
| | | | | | F214 | REFUND OF CLIENT COST CREDIT |
| | | | | | F204 | SECRETARY OVERTIME |
| | | | | | E113 | SUBPOENA FEES |
| | | | | | E117 | TRIAL EXHIBITS |
| | | | | | E116 | TRIAL TRANSCRIPTS |
| | | | | | E114 | WITNESS FEES |

NARRATIVE:

ALL MEALS AND ENTERTAINMENT MUST BE SEPARATELY DISCLOSED ABOVE AND ON THE REVERSE SIDE.

DELIVER CHECK TO: JULIE WRIGHT

PAUL TRAHAN
ATTORNEY NAME (PRINT)

ATTORNEY SIGNATURE

08733
ATTORNEY #

DETAIL OF IDI...

**BUSINESS MEALS AND ENTERTAINMENT**

| DATE | PLACE (NAME OF CLUB, RESTAURANT, ETC.) | NAME (TITLE OF PERSON) IN ATTENDANCE | TOTAL $ |
|------|------------------------------------------|----------------------------------------|---------|
|      |                                          |                                        |         |
|      |                                          |                                        |         |
|      |                                          |                                        |         |
|      |                                          |                                        |         |
|      |                                          |                                        |         |
| BUSINESS PURPOSE |                              |                                        |         |

BUSINESS PURPOSE

| DEPARTURE POINT/ DESTINATION | TRAVEL DETAILS |
|------------------------------|----------------|
|                              |                |

| DAILY RECORD |  | MEALS |  | OTHER TRAVEL & SUBSISTENCE |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | # OF MEALS | $ AMOUNT | # OF MI | AUTO EXP. | AIR TRAVEL | HOTEL | PARKING, TAXI, LIMO, ETC. | TELEPHONE | OTHER DESCRIPTION | AMOUNT | AMOUNT |
| SUN | | | | | $ | | | | | | | |
| MON | | | | | | | | | | | | |
| TUE | | | | | | | | | | | | |
| WED | 1/6/2010 | | | | | 209.70 | | 62.00 | | | | 271.70 |
| THURS | 1/7/2010 | | | | | | | | | | | |
| FRI | 1/8/2010 | | | | | 209.70 | 447.94 | 110.00 | | | | 767.64 |
| SAT | | | | | | | | | | | | |
| SUN | | | | | | | | | | | | |
| MON | | | | | | | | | | | | |
| TUE | | | | | | | | | | | | |
| WED | | | | | | | | | | | | |
| THURS | | | | | | | | | | | | |
| FRI | | | | | | 419.40 | 447.94 | 172.00 | | | | $1,039.34 |
| TOTAL | | | | | | | | | | | | |



**AUSTIN BERGSTROM**
INTERNATIONAL AIRPORT PARKING

024842

$ 50.00

FFRWPVTT

$ 60ª
Taxi receipt
to airport
on 1/8/2010

5528 3200 4253 2857

48    10/10
PAUL D TRAHAN
FULBRIGHT & JAWORSKI

87493101.6665
METRO TAXI
DENVER CO

DATE 1-6

AUTHORIZATION NO. REFERENCE NO.

5657917

QTY.  DESCRIPTION   AMOUNT
              54.50

PURCHASER SIGN HERE
X

Cardholder acknowledges receipt of goods and/or services in the amount
of the Total shown hereon and agrees to perform the obligations set forth
in the Cardholder's agreement with the Issuer.

TAX

SALES   TIP  7.50
SLIP
        TOTAL  62.00

CUSTOMER COPY

**IMPORTANT: RETAIN THIS COPY FOR YOUR RECORDS**

# FULBRIGHT & JAWORSKI L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
600 CONGRESS AVENUE, SUITE 2400
AUSTIN, TEXAS 78701-2978
WWW.FULBRIGHT.COM

## MEMORANDUM

**TO:**     Accounting Dept.

**FROM:**   Paul Trahan

**DATE:**   January 19, 2010

**MATTER:** 10904447

**RE:**     Civil Action No. 09-CV-00799-ZLW-KLM; *Granite Southlands Town Center LLC v. Alberta Town Center, LLC, Land Title Guarantee Company, Donald G. Provost, Allan G. Provost, and Peter M. Cudlip*; In the United States District Court for the District of Colorado

On January 8, 2010, I took a cab from my hotel in Denver, Colorado to the Denver airport. The cost of the cab was $60.00.



/jw

Document3



Mr Paul Trahan
 Congress Ave Ste2400
 ustin TX 78701
US

| | | |
|---|---|---|
| Room No. | : | 626 |
| Arrival | : | 01/06/10 |
| Departure | : | 01/08/10 |

**INFORMATION INVOICE**

| | | |
|---|---|---|
| Reference # | | Page No. | : | 1 of 1 |
| A/R Number | : | Folio No. | : | |
| Group Code | : | Conf. No. | : | 5691196 |
| Company Name | : | Cashier No. | : | 113 |

| Date | Text | Charges USD | Credits USD |
|------|------|------------:|------------:|
| 01/06/10 | Room Charge | 195.00 | |
| 01/06/10 | Room Taxes | 28.97 | |
| 01/07/10 | Room Charge | 195.00 | |
| 01/07/10 | Room Taxes | 28.97 | |
| 01/07/10 | Mastercard | | 447.94 |
| | **Total** | **447.94** | **447.94** |
| | **Balance** | **0.00 USD** | |

Southwest Airlines - Purchase Confirmation

Page 1 of 1



# Thank you!
# Your Confirmation is NZZVD2



## Continue to Book Your Car
Our fares are low, and so are our car rental rates.
Search cars using the travel dates and destination from
your air reservation.



Book a Hotel

Book a Flight

 Book a Cruise

## Air

**Adult 1:** PAUL TRAHAN          Acct#: 00000051704940          Confirmation # NZZVD2

AIR ITINERARY

| DEPART JAN 8 | Denver, CO to Austin, TX<br>Friday, January 8, 2010<br>Travel Time 2 h 10 m<br>(Nonstop) | #3138 | Depart Denver, CO (DEN)<br>Arrive in Austin, TX (AUS) | 4:15 PM<br>7:25 PM |

**YOU JUST SAVED UP TO $100 ROUNDTRIP!**



**BAG FEES = $0.00**
Bags Fly Free on Southwest.
First and second checked bags. Weight and size limits apply.

### BILLING

| Purchaser Name | Billing Address | City, State & Zip |
|---|---|---|
| Paul Trahan | 2106 Headwater | Austin, TX 78746 |

| Form of Payment | Number | Amount Applied | Remaining Balance |
|---|---|---|---|
| Visa | XXXXXXXXXXXX8082 | $209.70 | N/A |

### AIR PRICING

| Passenger Type | Trip | Routing | Fare Type | Base Fare | Govt. Taxes and Fees | Quantity | Total |
|---|---|---|---|---|---|---|---|
| Adult | Depart | DEN-AUS | Anytime | $185.12 | $24.58 | 1 | $209.70 |
| | | | | $185.12 | $24.58 | 1 | $209.70 |

## TRIP GRAND TOTAL: $209.70

$419.40

Search All Cars          Search All Hotels          Earn Rapid Rewards

**Wright, Julie**

**From:** Southwest Airlines [SouthwestAirlines@luv.southwest.com]
**Sent:** Friday, January 08, 2010 2:11 PM
**To:** Wright, Julie
**Subject:** Ticketless Travel Passenger Itinerary



This e-mail contains Southwest Airlines Ticketless Travel information and is being sent to you at the request of the Purchaser, Passenger, or individual responsible for arranging this air travel.

**Confirmation Number**
**NZZVD2**

**Be prepared when you get there!**
Consult **Travel Guide** for relevant tips from real travelers.

**Passenger(s):**
PAUL TRAHAN

**Itinerary**
Depart: Denver to Austin                              *Travel Time: 2 hrs 10 mins*

| Date | Flight | Routing Details |
|------|--------|-----------------|
| Fri Jan 08 | 3138 | Depart Denver(DEN) at 04:15 PM<br>Arrive in Austin(AUS) at 07:25 PM |

This is an itinerary only and is not considered a receipt.

**Click 'n Save ®**
Sign up today at www.southwest.com/email to receive a weekly e-mail announcing our latest special offers!

**Important Checkin Requirement**
Passengers who do not obtain a boarding pass and are not present and available for boarding in the departure gate area at least ten minutes prior to scheduled departure time may have their reserved space cancelled and will not be eligible for denied boarding compensation.

**Southwest Airlines Co. Notice of Incorporated Terms**
Air transportation by Southwest Airlines is subject to Southwest Airlines' Passenger Contract of Carriage, the terms of which are incorporated by reference.

Notice of Incorporated Terms

**Additional Information for Travelers**
Online Checkin | Free Baggage Allowance | Checkin Requirements
Inflight Service | Travel Tools | Refund Information | Privacy Policy | Southwest Airlines Destinations

01/08/2010

Southwest Airlines - Pricing and Restrictions                                        Page 1 of 1



# Austin, TX to Denver, CO

## Air Itinerary and Pricing

### AIR PRICING

| Passenger Type | Trip | Routing | Fare Type | Base Fare | Govt. Taxes and Fees | Quantity | Total |
|---|---|---|---|---|---|---|---|
| Adult | Depart | AUS-DEN | Anytime | $185.12 | $24.58 | 1 | $209.70 |
| | | | | $185.12 | $24.58 | 1 | $209.70 |

|  | |
|---|---|
| Total Due | $209.70 |



**1 TICKET.  2 BAGS. 0 FEES.**

**BAG FEES = $0.00**

Fly Southwest and save up to $100 roundtrip.

First and second checked bags.  Weight and size limits apply.

### AIR ITINERARY



| DEPART JAN 6 | **Austin, TX to Denver, CO** Wednesday, January 6, 2010 Travel Time 2 h 20 m (Nonstop) | #2913 | Depart **Austin, TX (AUS)** Arrive in **Denver, CO (DEN)** | 5:40 PM 7:00 PM |

**I accept the fare rules and want to continue with this purchase**

[ Continue ]



Save $20 on today's purchase!*
Plus receive up to 16 Rapid Rewards
credits—enough for a free flight. Apply Now!
* Receive a $20 credit on your Chase billing statement



05th January 2010

Mr Paul Trahan
600 Congress Ave Ste2400
Austin TX 78701
US

Mr Paul Trahan

Thank you for choosing the The Brown Palace Hotel and Spa Denver. We have reserved the following accommodations for Paul Trahan. Arrival on the 06th January 2010 and departure on the 08th January 2010 :

In anticipation of your guest's arrival, we would like you to review the following information:



| Guestname : | Paul Trahan |
| Confirmation # : | 5691196 |
| Room Rate : | $ |
| Number of Guests : | 1 |
| Room Reserved: | Superior 1 King Bed |
| Guaranteed : | Guaranteed to Credit Card |

Check In Time: 3:00 PM     Check Out Time: 12:00 PM



Your Confirmation Number is 5691196, and you are guaranteed for late arrival. If you find it necessary to cancel or change plans, please inform us by 12:00 pm Mountain Standard Time day prior to your arrival date to avoid one night's room and tax charge to your credit card.

For driving directions to the hotel, please press *here*

Again, thank you for choosing the The Brown Palace Hotel and Spa Denver. We look forward to having you as our guest.

Sincerely,

The Brown Palace Room Reservations Staff

The Brown Palace Hotel and Spa Denver  |  321 17th Street  |  Denver, CO 80202
Telephone: 1 303 297 3111  |  Facimille: 1 303 312 5900  |  Toll Free: 1 800 321 2599
Web Address: www.brownpalace.com  |  Contact Us: reservations@brownpalace.com

**Wright, Julie**

From:     Southwest Airlines [SouthwestAirlines@luv.southwest.com]
Sent:     Tuesday, January 05, 2010 11:04 AM
To:       Wright, Julie
Subject:  Ticketless Travel Passenger Itinerary


SOUTHWEST.COM

This e-mail contains Southwest Airlines Ticketless Travel information and is being sent to you at the request of the Purchaser, Passenger, or individual responsible for arranging this air travel.

**Confirmation Number**
Q44X53

**Be prepared when you get there!**
Consult Travel Guide for relevant tips from real travelers.

**Passenger(s):**
PAUL TRAHAN

**Itinerary**
**Depart: Austin to Denver**                        Travel Time: 2 hrs 20 mins

| Date | Flight | Routing Details |
|------|--------|-----------------|
| Wed Jan 06 | 2913 | Depart Austin(AUS) at 05:40 PM |
|  |  | Arrive in Denver(DEN) at 07:00 PM |

This is an itinerary only and is not considered a receipt.

**Click 'n Save ®**
Sign up today at www.southwest.com/email to receive a weekly e-mail announcing our latest special offers!

**Important Checkin Requirement**
Passengers who do not obtain a boarding pass and are not present and available for boarding in the departure gate area at least ten minutes prior to scheduled departure time may have their reserved space cancelled and will not be eligible for denied boarding compensation.

**Southwest Airlines Co. Notice of Incorporated Terms**
Air transportation by Southwest Airlines is subject to Southwest Airlines' Passenger Contract of Carriage, the terms of which are incorporated by reference.

Notice of Incorporated Terms

**Additional Information for Travelers**
Online Checkin | Free Baggage Allowance | Checkin Requirements
Inflight Service | Travel Tools | Refund Information | Privacy Policy | Southwest Airlines Destinations

01/05/2010

CHECK REQUISITION/EXPENSE REIMBURSEMENT

DATE: January 21, 2010

DATE & TIME NEEDED:

ISSUE CHECK PAYABLE TO: Paul Trahan

TAX NUMBER

CHECK SIGNER
VOUCHER #

ACCTG. USE ONLY

$951.40

| FIRM RECHARGE | ACCOUNT NAME/DESCRIPTION | | ACCOUNT NUMBER XX-XXX-XX-XXXX-XXX OFC-DPT-TM-MAJ-SUB | DOLLAR AMOUNT |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DESCRIPTION:

| MAJ-SUB | SELECTED ACCTS. | MAJ-SUB | SELECTED ACCTS. | MAJ-SUB | SELECTED ACCTS. |
|---|---|---|---|---|---|
| 0300-010 | MEETINGS & RETREAT-MEALS | 7030-020 | BUSINESS ENTERTAINMENT/TRAVEL | 8060-040 | RECRUITING-OTHER INC |
| 0300-040 | MEETINGS & RETREAT-OTHER | 7040-010 | CONV./INSTITUTES-MEALS | 8070-010 | SUMMER CLERKS-MEALS/ENT |
| 7010-010 | TRAVEL & INCIDENTAL-MEALS | 7040-020 | CONV./INSTITUTES-TRAVEL/OTHER | 8071-010 | SUMMER CLERKS-LUNCHES |
| 7010-040 | TRAVEL & INCIDENTAL-OTHER | 7040-030 | CONV./INSTITUTES-REGISTRATION FEE | 8072-010 | SUMMER CLERKS-DINNERS |
| 7020-000 | BAR ASSOCIATION DUES | 7060-010 | PROFESSIONAL/BAR ASSOC. MEALS | 8070-020 | SUMMER CLERKS-TRAVEL/INCID |
| 7020-040 | PROFESSIONAL ASSOCIATION DUES | 8060-010 | RECRUITING-MEALS ATTY INTERVIEWS | 8070-040 | SUMMER CLERKS-OTHER |
| 7030-010 | BUSINESS ENTERTAINMENT/MEALS | 8060-020 | RECRUITING-TRAVEL/INCID | 1132-000 | CLIENT UNALLOCATED REFUND |

OFFICE CODES
01: HOUSTON   06: AUSTIN   15: LONDON   21: BEIJING
02: NEW YORK   09: WASHINGTON   16: ST. LOUIS
03: LOS ANGELES   10: HONG KONG   17: RIYADH
05: SAN ANTONIO   11: MINNEAPOLIS   18: DUBAI
07: DALLAS   12: MUNICH   19: DENVER

DEPT. CODES
004: BANKRUPTCY   015: HEALTH   038: ENERGY & REAL PROP.
006: CORP. & BANK   021: LABOR   039: TAX
007: TECHNOLOGY   024: LITIGATION   048: ADMIN
009: ENVIRONMENTAL   030: INTEL. PROP   092: SUMMER CLERKS
012: FAMILY   033: PUBLIC   000: GENERAL

PLEASE PROVIDE DETAILED SUPPORT FOR ALL MEAL, ENTERTAINMENT AND TRAVEL EXPENSES (FIRM RECHARGE AND CLIENT RECHARGE) ON THE REVERSE SIDE AND ATTACH RECEIPTS IN ACCORDANCE WITH IRS REGULATIONS.

| CLIENT RECHARGE COST CODE | MATTER # | CLIENT AND MATTER NAME | AMOUNT | COST CODES | |
|---|---|---|---|---|---|
| E110 | 10904447 | Blackrock/Southlands | 489.10 | E121 | ARBITRATORS/MEDIATORS |
| | | | | F200 | CONFERENCE EXPENSES |
| | | | | E107 | DELIVERY SERVICES |
| | | | | E115 | DEPOSITIONS/TRANSCRIPTS |

Air fare from Austin to Orange County, CA and return to Austin – Blackrock personnel depos

| E110 | 10904447 | Blackrock/Southlands | 200.00 |
|---|---|---|---|

Expense for rent car while in California for Blackrock personnel depositions

| E110 | 10904447 | Blackrock/Southlands | 249.30 |
|---|---|---|---|

Hotel while in California for Blackrock personnel depositions

| E111 | 10904447 | Blackrock/Southlands | 13.00 |
|---|---|---|---|

E101 DUPLICATING EXPENSES
E119 EXPERTS
E112 FILING FEES/COURT FEES
F211 FOREIGN ASSOCIATE
E105 ID TELEPHONE
E118 LITIGATION SUPPORT VENDORS
F208 LOBBY - MEALS/ENT
F209 LOBBY OTHER
E122 LOCAL COUNSEL
E109 LOCAL TRAVEL
E111 MEALS
E106 ONLINE RESEARCH
E123 OTHER PROFESSIONALS
E124 OTHER (EXPLAIN)
E110 OUT OF TOWN TRAVEL
E102 OUTSIDE PRINTING
E108 POSTAGE
E120 PRIVATE INVESTIGATIONS
F201 PTO FEES
F213 PTO MAINTENANCE FEE
F207 RECORDS
F214 REFUND OF CLIENT COST CREDIT
F204 SECRETARY OVERTIME
E113 SUBPOENA FEES
E117 TRIAL EXHIBITS
E116 TRIAL TRANSCRIPTS
E114 WITNESS FEES

NARRATIVE:
Breakfast with M. Krier (deponent)

ALL MEALS AND ENTERTAINMENT MUST BE SEPARATELY DISCLOSED ABOVE AND ON THE REVERSE SIDE.

DC CHECK TO:   JULIE WRIGHT

PAUL TRAHAN
ATTORNEY NAME (PRINT)

ATTORNEY SIGNATURE

08733
ATTORNEY #

DETAIL OF EXPEN

BUSINESS MEALS AND ENTERTAINMENT

| DATE | PLACE (NAME OF CLUB, RESTAURANT, ETC.) | NAME (TITLE OF PERSON) IN ATTENDANCE | TOTAL $ |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

BUSINESS PURPOSE

BUSINESS PURPOSE

TRAVEL DETAILS

DEPARTURE POINT/ DESTINATION

**DAILY RECORD**

| DATE | MEALS # OF MEALS | MEALS $ AMOUNT | OTHER TRAVEL & SUBSISTENCE # OF ML | AUTO EXP. $ | AIR TRAVEL | HOTEL | PARKING, TAXI, LIMO, ETC. | TELEPHONE | OTHER DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| SUN |  |  |  |  |  |  |  |  |  |  |
| MON |  |  |  |  |  |  |  |  |  |  |
| TUE |  |  |  |  |  |  |  |  |  |  |
| WED 1/13/10 |  |  |  |  | 140.40 |  |  |  |  | 140.40 |
| THURS 1/14/10 |  |  |  |  |  | 249.30 | 200.00 |  |  | 462.30 |
| FRI 1/15/10 | 1 | 13.00 |  |  |  |  |  |  |  |  |
| SAT |  |  |  |  |  |  |  |  |  |  |
| SUN 1/17/10 |  |  |  |  | 348.70 |  |  |  |  | 348.70 |
| MON |  |  |  |  |  |  |  |  |  |  |
| TUE |  |  |  |  |  |  |  |  |  |  |
| WED |  |  |  |  |  |  |  |  |  |  |
| THURS |  |  |  |  |  |  |  |  |  |  |
| FRI |  |  |  |  |  |  |  |  |  |  |
| TOTAL |  | 13.00 |  |  | 489.10 | 249.30 | 200.00 |  |  | 951.40 |

# *Radisson*

Paul Trahan
2601 Headwater
Austin, 78746
US

**INVOICE**
Membership No.      :
A/R Number           :
Group Code            :
Company Name       :

| | |
|---|---|
| Room No. | : 0525 |
| Arrival | : 01-13-10 |
| Departure | : 01-15-10 |
| Page No. | : 1 of 1 |
| Folio No. | : 1040778 |
| Conf. No. | : 1004530 |
| Cashier No. | : 1008 |

01-15-10

| Date | Text | | Charges | Credits |
|---|---|---|---|---|
| | | | | 249.30 |
| 01-13-10 | Advance Deposit Transferred at | | | |
| 01-13-10 | Room | | 119.20 | |
| 01-13-10 | City Tax /Assessment 10.1% | | 12.04 | |
| 01-13-10 | Newport Beach Tourism Assess | | 2.38 | |
| 01-14-10 | Room | | 103.20 | |
| 01-14-10 | City Tax /Assessment 10.1% | | 10.42 | |
| 01-14-10 | Newport Beach Tourism Assess | | 2.06 | |
| 01-15-10 | Tiffany's | CHECK# 9228 | 13.00 | |
| 01-15-10 | Mastercard | | | 13.00 |
| | XXXXXXXXXXXX2857   XX/XX | | | |

| | Charges | Credits |
|---|---|---|
| **Total** | 262.30 | 262.30 |
| **Balance** | | 0.00 |

Join goldpoints plus today!  Enroll in goldpoints plus at a participating hotel front desk or on line at
goldpointsplus.com and start earning Gold Points today!

**Thank You For Staying With Us**

I agree that my liability for this bill is not waived and agree to be held personally responsible in the event that the indicated person, company or association
falls to pay for any portion or the full amount of these charges.

Guest Signature_____

Radisson Hotel Newport Beach
4545 MacArthur Boulevard
Newport Beach, CA 92660
Telephone: (949) 833-0570 Fax: (949) 833-3927
Email: RHI_NEBE@radisson.com

## Confirmation Number: 722CNYD

**Radisson Hotel Newport Beach**

0.0 from Downtown



4545 Macarthur Boulevard
Newport Beach, CA 92660
(949) 833-0570
**Map & Directions**

Next to John Wayne Airport, Broadcom, Toshiba and Deloitte

**Hotel Details**      **More Photos**

## Reservation Summary

| | | | |
|---|---|---|---|
| **Check In:** | Wed Jan 13, 2010 <br> **Check In Time** is 15:00 | **Guest Name:** | Paul Trahan |
| **Check Out:** | Fri Jan 15, 2010 <br> **Check Out Time** is 12:00 | **Address:** | 2601 Headwater <br> Austin, US 78746 |
| **Number of Rooms:** | 1 | **Phone:** | (512) 751-5288 |
| **Guests:** | 1 (1 Adult, 0 Children) | **Email:** | PTRAHAN@FULBRIGHT.COM |
| | | **goldpoints plus:** | |

**Hot Deals Rate-Guest Room-Balcony**

**Room 1 Summary:**

| | |
|---|---|
| **Adult:** | Paul Trahan |
| **Guests:** | 1 (1 Adult, 0 Children) |
| **Room Desc:** | Guest Room-Balcony-High Speed Internet <br> King size /queen size bed requested |

Special requests can not be guaranteed and are subject to availability.

## Rate Summary

**Room Cost**

| | |
|---|---|
| Wed Jan 13, 2010 | $119.20 USD |
| Thu Jan 14, 2010 | $103.20 USD |

**Guarantee Policy**

VI ***********8082 Exp 03/11 Card will be billed
249.31 USD by hotel at time of booking

**Cancellation Policy**

Reservation Confirmation

| Room 1 Cost | $222.40 USD |
|---|---|
| **Estimated Taxes and Fees** | $26.91 USD |
| **Total Estimated Cost for 1 Room** | **$249.31 USD** |

Additional taxes and surcharges may apply.
Total estimated cost is only available in the currency applicable to the hotel.

Penalty applies to all cancellations. Cancel today thru Jan 13 2010 = 133.62 USD.

Avis Rent A Car: Print Reservation                                      Page 1 of 4



## Thank you Paul, for renting with us! Your car is reserved.

Your Confirmation Number: **49952614US5**

| | |
|---|---|
| **Base Rate: 3 day(s) , 12 hour(s)** | 286.40 USD |
| **Taxes & Surcharges:** | 70.16 USD |

Surcharge                                   42.28 USD
$0.10 per day (Vehicle License Fee)
3.50% (Tourism Assessment Fee)
11.11% (Concession Recovery Fee)
Tax ( 8.750% )                              27.88 USD

| **Mileage:** | Unlimited |
|---|---|
| **Approximate Total** | **356.56 USD** |

**Rate Rules:**
Maximum 4 Day(s) and 2 hour(s)

| **Estimated Total** | **356.56 USD** |
|---|---|

**Notes:**
- Your rate was calculated based on the information provided. Some modifications may change this rate.

**Contact Us**
Reservations & Avis.com Assistance
1-800-230-4898
Wizard Number / Preferred Profile Updates
1-866-842-5552
Monday - Friday 8am-5pm EST



Thank you for renting from Avis.

| RENTAL NUMBER | CAR NUMBER | CAR GROUP |
|---|---|---|
| 692057796 | 41S09836 | B |

TRAHAN , PAUL
AWD = A597500
CV - CMXXXXXXXXXXXX2867

```
* OUT SNA 13JAN10/1838 MI = 5147
  IN  SAN 17JAN10/0624 MI = 5383
     236 MI@    .00 =
            HR@ 53.70 =
       4 DY@ 71.60 =       286.40
  **11.11% FEE        =        31.86
  FUEL SERVICE
  $  0.10 /DY VLF     =          .40
  TAXABLE SUBTOT      =       318.66
  TAX  8.750%         =        27.88
  #3.5% TAF           =        10.02

  TOTAL CHARGES       =       356.56
  **CONCESSION RECOVERY FEE
  #TOURISM ASSESSMENT FEE
* VEH LICENSE RECOUP FEE
```

*Please check your car for personal effects.*

Recharge $200

**YOUR TIME & PLACE**

**Pick-up Information**
Wednesday, January 13, 2010 @ 07:00 PM
John Wayne Airport - SNA
18601 Airport Way
NA Santa Ana  CA  92707
U S A
(1) 949-660-5200
Sun - Sat 6:00 AM - 11:30 PM

*AVIS Preferred service*

**Return Information**
Sunday, January 17, 2010 @ 06:30 AM
San Diego Intl Airport -  SAN
3180 North Harbor Drive
NA San Diego  CA  92101
U S A
(1) 619-688-5000
Sun - Sat Open 24 hrs

*AVIS Preferred service*

**RATE & BENEFIT INFORMATION**

| 'D Number: | A597500 |
|---|---|
| ..te Type: | Lowest |
| Rate Code: | 4W |
| Coupon Number: | N/A |

Receive rental receipts by email every time you rent.
And get access to special offers & more. See reverse.

https://www.avis.com/car-rental/reservation/print-res-confirmation.ac                01/12/2010

Avis Rent A Car: Print Reservation



## YOUR CAR

**Compact Chevrolet Cobalt or similar**



| | |
|---|---|
| 4 | • 4 or 5 doors |
| 1 | • AM/FM Radio |
| 1 | • Air Conditioning |
| 22/32 | • Cruise Control |
| | • Automatic |

## YOUR OPTIONS

| | | |
|---|---|---|
| Rental Options: | None | |
| Protections - Coverages: | Loss Damage Waiver (LDW) | Declined |
| | Personal Accident Insurance (PAI) | Declined |
| | Personal Effects Protection (PEP) | Declined |
| | Additional Liability Insurance (ALI) | Declined |

## YOUR INFORMATION

| | |
|---|---|
| ne: Email Address: | Paul Trahan PTRAHAN@FULBRIGHT.COM |
| Phone: | 512-751-5288 |
| Miles / Points: | N/A |
| Flight Information: | – Flight#: 2525 |
| Wizard Number: | N/A |

## Reservation Terms & Conditions:

Credit Card Policies
Debit Card Policies
Additional Fees
Age Requirements
DMV Checks
Estimated Totals
Rental Options

### Credit Card Policies

Avis accepts most major credit cards as credit identification at the time of rental.

Accepted credit card list: Avis Charge Card, American Express, AT&T Capital, Diner's Club, Diner's Club Int'l, Discover, GE Capital, JCB, MasterCard, Peterson, Howell and Heather (PHH), Sears and Visa.

Some locations may not accept each of the referenced cards.

▲Top

Avis Rent A Car: Print Reservation

**Debit Card Policies**

Th.. ocation does accept bank debit cards with the MasterCard or Visa logo at the time of rental if you are at least 25 years of age. You will be subject to a credit check to determine creditworthiness.

Avis reserves the right, in its sole discretion, to seek a Debit Card authorization hold in excess of the estimated rental charges. When using a debit card at Avis there may be a minimum hold of $500 and a maximum hold of the estimated rental charges will be placed on your account.

Upon returning the vehicle, Avis will process a release of the unused portion of the hold subject to your Bank's procedures. The hold may take up to 2 weeks to be released by your bank.

If you fail to return the vehicle as agreed, Avis will obtain additional authorizations from your account to cover the rental charges.

Avis is not responsible for any returned checks or over-drafts based on this policy.

Positive identification in addition to your driver's license may be required.

In the United States, Debit, Cash or Check cards can be used at the end for payment of rental charges. For acceptable credit identification and payment methods in countries outside of the United States, please consult the Renter's Guide and search for the specific location.

**Note:** Prepaid Debit/Gift cards are not acceptable methods of credit identification to pick up a car at any location. One of the above mentioned cards must be presented. Prepaid Debit/Gift cards are accepted at time of return only.

Top

**Additional Fees**

Extensions or late returns result in additional charges.

Top

**Age Requirements**

Rather than requiring customers to be 25 to rent, Avis at this location now rents to customers between the ages of 21-24 with a valid credit card and driver's license. At time of rental, we will automatically apply an additional $27-per-day underage surcharge for these drivers.

Additionally, the following restrictions also will apply for renters between the ages of 21-24: Renters of luxury cars, mini-vans, 12-passenger vans, specialty cars, full-size SUVs and premium SUVs will not be permitted.

**Government Minimum Age Policy - Military (FEMA, US Postal Dept., Navy and Army) and Civilian Personnel**

- Minimum age - 18 years (no underage surcharge will apply) with government travel or purchase order
- Minimum age - 21 years (no underage surcharge will apply) with no government travel or purchase order

Top

**DMV Checks**

At the time of rental, the renter or authorized driver may be subject to an electronic DMV check from the issuing state of the driver's license, or may be asked to sign a declaration attesting to specific criteria:

- The renter/authorized driver has a valid license that is not currently suspended, expired, revoked, canceled or surrendered.
- The renter/authorized driver has not, within the last 36 months had 1 or more convictions for

Avis Rent A Car: Print Reservation                                                    Page 4 of 4

reckless driving.
- The renter/authorized driver has not, within the last 36 months had 1 or more convictions for driving under the influence (DUI), driving while intoxicated (DWI), or driving while alcohol impaired (DWAI).
- The renter/authorized driver has not, within the last 36 months failed to report or leave the scene of an accident.
- The renter/authorized driver has never been in possession of a stolen vehicle or used a vehicle in a crime.
- The renter/authorized driver has not, within the last 24 months had 3 or more convictions for moving violations (including seat belt violations).
- The renter/authorized driver has not, within the last 36 months had 3 or more accidents

🔺Top

### Estimated Totals

Approximate total includes base rate, taxes, and surcharges. Items such as coupon discounts, child safety seats and gas are NOT included in the estimated total. Optional coverages and one-way fees are subject to tax in certain locations. This tax is not reflected in the Estimated Total.

Estimated total is subject to change based upon exchange rates at the time of rental.

🔺Top

### Rental Options

If you have added any of the following rental options to your reservation, terms and conditions may apply.

Where2 GPS Navigation:

- Taxes not included.
- Available at participating locations.
- Minimum age is 25 but may vary by location, underage surcharges may apply at certain locations.
- Reliability of directions subject to timing of software implementation as well as that of which has been provided by the maker of the installed maps.
- I (renter) acknowledge that the rental vehicle may be equipped with Where2 which utilizes global positioning satellites. I acknowledge that Where2 may be limited by atmospheric or topographical conditions. I further acknowledge that Where2 may be rendered inoperative if Where2 is tampered with or destroyed and or damaged in an accident or if the satellite systems are obstructed and inoperative.
- Customer is responsible for all costs in the event of lost, stolen or damaged Where2 Unit and all of its components.
- Renter agrees to release and hold Avis harmless for any Where2 failures.

Gas Service Option:

- Fees for the Gas Service Option are not included in the Estimated Total.
- Fees are assessed and applied at the time of rental.
- Fees vary by location and are determined by current market value of gasoline in surrounding area of rental location and the fuel tank size of rental vehicle.
- Customer will receive no credit or refund for unused fuel left in tank at time of return.

🔺Top

Southwest Airlines - Purchase Confirmation                                          Page 1 of 2



# Thank you!
# Your Confirmation is NW5YRO

✓ Extra Convenience          Get it Now           Book a Car
✓ Better Boarding Position
✓ Earlier Access to Overhead Bins   Learn More ›          Book a Hotel

Book a Flight

**Air**

**Adult 1:** PAUL TRAHAN          Acct#: 00000051704940          Confirmation # NW5YRO

AIR ITINERARY

| DEPART JAN 13 | **Austin, TX to Orange County, CA**<br>Wednesday, January 13, 2010<br>Travel Time 5 h 15 m<br>(1 stop, Includes 1 plane change) | #26 | Depart **Austin, TX (AUS)** | 3:15 PM |
| | | | Arrive in Phoenix, AZ (PHX) | 4:55 PM |
| | | #2525 | Change  in Phoenix, AZ (PHX) | 6:15 PM |
| | | | Arrive in **Orange County, CA (SNA)** | 6:30 PM |

# YOU JUST SAVED UP TO $100 ROUNDTRIP!

# BAG FEES = $0.00
Bags Fly Free on Southwest.
First and second checked bags. Weight and size limits apply.

BILLING

| Purchaser Name | Billing Address | City, State & Zip |
| --- | --- | --- |
| Paul Trahan | 2106 Headwater | Austin, TX 78746 |

| Form of Payment | Number | Amount Applied | Remaining Balance |
| --- | --- | --- | --- |
| Visa | XXXXXXXXXXXX8082 | $140.40 | N/A |

AIR PRICING

| Passenger Type | Trip | Routing | Fare Type | Base Fare | Govt. Taxes and Fees | Quantity | Total |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Adult | Depart | AUS-PHX-SNA | Wanna Get Away | $110.70 | $29.70 | 1 | $140.40 |
| | | | | **$110.70** | **$29.70** | **1** | **$140.40** |

# TRIP GRAND TOTAL: $140.40

Southwest Airlines - Purchase Confirmation



Search All Cars



Search All Hotels



Earn Rapid Rewards

**Wright, Julie**

From:     Southwest Airlines [SouthwestAirlines@luv.southwest.com]
Sent:     Tuesday, January 12, 2010 11:09 AM
To:       Wright, Julie
Subject:  Ticketless Travel Passenger Itinerary


**SOUTHWEST.COM**

This e-mail contains Southwest Airlines Ticketless Travel information and is being sent to you at the request of the Purchaser, Passenger, or individual responsible for arranging this air travel.

### Confirmation Number
### NW5YRO

**Be prepared when you get there!**
Consult Travel Guide for relevant tips from real travelers.

**Passenger(s):**
PAUL TRAHAN

**Itinerary**
Depart: Austin to Orange County                    *Travel Time: 5 hrs 15 mins*

| Date | Flight | Routing Details |
|------|--------|-----------------|
| Wed Jan 13 | 26 | Depart Austin(AUS) at 03:15 PM<br>Arrive in Phoenix(PHX) at 04:55 PM |
|  | 2525 | Change planes in Phoenix(PHX) departing at 06:15 PM<br>Arrive in Orange County(SNA) at 06:30 PM |

This is an itinerary only and is not considered a receipt.

**Click 'n Save ®**
Sign up today at www.southwest.com/email to receive a weekly e-mail announcing our latest special offers!

**Important Checkin Requirement**
Passengers who do not obtain a boarding pass and are not present and available for boarding in the departure gate area at least ten minutes prior to scheduled departure time may have their reserved space cancelled and will not be eligible for denied boarding compensation.

**Southwest Airlines Co. Notice of Incorporated Terms**
Air transportation by Southwest Airlines is subject to Southwest Airlines' Passenger Contract of Carriage, the terms of which are incorporated by reference.

Notice of Incorporated Terms

**Additional Information for Travelers**
Online Checkin | Free Baggage Allowance | Checkin Requirements
Inflight Service | Travel Tools | Refund Information | Privacy Policy | Southwest Airlines Destinations

Southwest Airlines - Purchase Confirmation                                    Page 1 of 1



# Thank you!
# Your Confirmation is NXDYR4

✓ Extra Convenience          Get it Now          Book a Car
✓ Better Boarding Position
✓ Earlier Access to Overhead Bins   Learn More ›   Book a Hotel

Book a Flight

## Air

**Adult 1:** PAUL TRAHAN          Acct#: 00000051704940          Confirmation # NXDYR4

AIR ITINERARY

| DEPART JAN 17 | Anytime Fare **San Diego, CA to Austin, TX** Sunday, January 17, 2010 Travel Time 2 h 45 m (Nonstop) | #1365 | Depart **San Diego, CA (SAN)** Arrive in **Austin, TX (AUS)** | 8:05 AM 12:50 PM |
|---|---|---|---|---|

BILLING

| Form of Payment | Number | Amount Applied | Remaining Balance |
|---|---|---|---|
| Exchanged Southwest Travel Funds | NXDYR4 - 6272 | $348.70 | $10.70 |

AIR PRICING

| Passenger Type | Trip | Routing | Fare Type | Base Fare | Govt. Taxes and Fees | Quantity | Total |
|---|---|---|---|---|---|---|---|
| Adult | Depart | SAN-AUS | Anytime | $314.42 | $34.28 | 1 | $348.70 |
|  |  |  |  | **$314.42** | **$34.28** | **1** | **$348.70** |



Search All Cars



Search All Hotels



Earn Rapid Rewards

**Wright, Julie**

From:     Southwest Airlines [SouthwestAirlines@luv.southwest.com]
Sent:     Tuesday, January 12, 2010 11:25 AM
To:       Wright, Julie
Subject:  Ticketless Travel Passenger Itinerary


**SOUTHWEST.COM**

This e-mail contains Southwest Airlines Ticketless Travel information and is being sent to you at the request of the Purchaser, Passenger, or individual responsible for arranging this air travel.

**Confirmation Number**
    **NXDYR4**

**Be prepared when you get there!**
Consult **Travel Guide** for relevant tips from real travelers.

**Passenger(s):**
PAUL TRAHAN

**Itinerary**
**Depart:** San Diego to Austin                    *Travel Time: 2 hrs 45 mins*

| Date | Flight | Routing Details |
|------|--------|-----------------|
| Jn Jan 17 | 1365 | Depart San Diego(SAN) at 08:05 AM |
|  |  | Arrive in Austin(AUS) at 12:50 PM |

This is an itinerary only and is not considered a receipt.

**Click 'n Save ®**
Sign up today at www.southwest.com/email to receive a weekly e-mail announcing our latest special offers!

**Important Checkin Requirement**
Passengers who do not obtain a boarding pass and are not present and available for boarding in the departure gate area at least ten minutes prior to scheduled departure time may have their reserved space cancelled and will not be eligible for denied boarding compensation.

**Southwest Airlines Co. Notice of Incorporated Terms**
Air transportation by Southwest Airlines is subject to Southwest Airlines' Passenger Contract of Carriage, the terms of which are incorporated by reference.

**Notice of Incorporated Terms**

**Additional Information for Travelers**
Online Checkin | Free Baggage Allowance | Checkin Requirements
Inflight Service | Travel Tools | Refund Information | Privacy Policy | Southwest Airlines Destinations

01/12/2010

CHECK REQUISITION/EXPENSE REIMBURSEMENT

DATE:   January 27, 2010

DATE & TIME NEEDED:

ISSUE CHECK PAYABLE TO:   Paul Trahan

TAX ID NUMBER

CHECK SIGNER
VOUCHER #

ACCTG USE ONLY

CK 616230410

$121.20

| FIRM RECHARGE | ACCOUNT NAME/DESCRIPTION | ACCOUNT NUMBER XX-XXX-XX-XXXX-XXX OFC-DPT-TM-MAJ-SUB | DOLLAR AMOUNT |
|---|---|---|---|
| Business Entertainment/meals | | 08-024-7030-010 | 61.12 |
| | | | |
| | | | |

DESCRIPTION:   Dinner with client

| MAJ-SUB | SELECTED ACCTS. | MAJ-SUB | SELECTED ACCTS. | MAJ-SUB | SELECTED ACCTS. |
|---|---|---|---|---|---|
| 6300-010 | MEETINGS & RETREAT-MEALS | 7030-020 | BUSINESS ENTERTAINMENT/TRAVEL | 8060-040 | RECRUITING-OTHER INC. |
| 6300-040 | MEETINGS & RETREAT-OTHER | 7040-010 | CONV./INSTITUTES-MEAL S/ENT. | 8070-010 | SUMMER CLERKS-MEAL S/ENT. |
| 7010-010 | TRAVEL & INCIDENTAL-MEALS | 7040-020 | CONV./INSTITUTES-TRAVEL/OTHER | 8071-010 | SUMMER CLERKS-LUNCHES |
| 7010-040 | TRAVEL & INCIDENTAL-OTHER | 7040-030 | CONV./INSTITUTES-REGISTRATION FEE | 8072-010 | SUMMER CLERKS-DINNERS |
| 7020-000 | BAR ASSOCIATION DUES | 7050-010 | PROFESSIONAL/BAR ASSOC. MEALS | 8070-020 | SUMMER CLERKS-TRAVEL/INCID. |
| 7020-040 | PROFESSIONAL ASSOCIATION DUES | 8000-010 | RECRUITING-MEALS/ATTY. INTERVIEWS | 8070-040 | SUMMER CLERKS-OTHER |
| 7030-010 | BUSINESS ENTERTAINMENT/MEALS | 8060-020 | RECRUITING-TRAVEL/INCID. | 1132-000 | CLIENT UNALLOCATED REFUND |

OFFICE CODES

| | | DEPT. CODES | |
|---|---|---|---|
| 01: HOUSTON | 08: AUSTIN | 15: LONDON | 21: BEIJING |
| 02: NEW YORK | 09: WASHINGTON | 16: ST. LOUIS | |
| 03: LOS ANGELES | 10: HONG KONG | 17: RIYADH | |
| 06: SAN ANTONIO | 11: MINNEAPOLIS | 18: DUBAI | |
| 07: DALLAS | 12: MUNICH | 19: DENVER | |

| 004: BANKRUPTCY | 015: HEALTH | 036: ENERGY & REAL PROP. |
|---|---|---|
| 006: CORP. & BANK | 021: LABOR | 033: TAX |
| 007: TECHNOLOGY | 024: LITIGATION | 048: ADMIN |
| 009: ENVIRONMENTAL | 030: INTEL. PROP. | 092: SUMMER CLERKS |
| 012: FAMILY | 033: PUBLIC | 000: GENERAL |

PLEASE PROVIDE DETAILED SUPPORT FOR ALL MEAL, ENTERTAINMENT AND TRAVEL EXPENSES (FIRM RECHARGE AND CLIENT RECHARGE) ON THE REVERSE SIDE AND ATTACH RECEIPTS IN ACCORDANCE WITH IRS REGULATIONS.

| CLIENT RECHARGE COST CODE | MATTER # | CLIENT AND MATTER NAME | AMOUNT | COST CODES | |
|---|---|---|---|---|---|
| E1 | 10904447 | Southlands | 60.00 | E121 | ARBITRATORS/MEDIATORS |
| | | | | F200 | CONFERENCE EXPENSES |
| | | | | E107 | DELIVERY SERVICES |
| Parking at Austin Airport while in California to defend client depositions | | | | E115 | DEPOSITIONS/TRANSCRIPTS |
| | | | | E101 | DUPLICATING EXPENSES |
| | | | | E119 | EXPERTS |
| | | | | E112 | FILING FEES/COURT FEES |
| | | | | F211 | FOREIGN ASSOCIATE |
| | | | | E105 | LD TELEPHONE |
| | | | | E118 | LITIGATION SUPPORT VENDORS |
| | | | | F208 | LOBBY - MEAL S/ENT |
| | | | | F209 | LOBBY OTHER |
| | | | | E122 | LOCAL COUNSEL |
| | | | | E109 | LOCAL TRAVEL |
| | | | | E111 | MEALS |
| | | | | E106 | ONLINE RESEARCH |
| | | | | E123 | OTHER PROFESSIONALS |
| | | | | E124 | OTHER (EXPLAIN) |
| | | | | E110 | OUT OF TOWN TRAVEL |
| | | | | E102 | OUTSIDE PRINTING |
| | | | | E108 | POSTAGE |
| | | | | E120 | PRIVATE INVESTIGATIONS |
| | | | | F201 | PTO FEES |
| | | | | F213 | PTO MAINTENANCE FEE |
| | | | | F207 | RECORDS |
| | | | | F214 | REFUND OF CLIENT COST CREDIT |
| | | | | F204 | SECRETARY OVERTIME |
| | | | | E113 | SUBPOENA FEES |
| | | | | E117 | TRIAL EXHIBITS |
| | | | | E116 | TRIAL TRANSCRIPTS |
| | | | | E114 | WITNESS FEES |

ALL MEALS AND ENTERTAINMENT MUST BE SEPARATELY DISCLOSED ABOVE AND ON THE REVERSE SIDE.

DELIVER CHECK TO:   JULIE WRIGHT

PAUL TRAHAN
ATTORNEY NAME (PRINT)

ATTORNEY SIGNATURE

08733
ATTORNEY #

DETAIL OF EXPENSE

## BUSINESS MEALS AND ENTERTAINMENT

| DATE | PLACE (NAME OF CLUB, RESTAURANT, ETC.) | NAME (TITLE OF PERSON IN ATTENDANCE) | | | | | | TOTAL $ |
|---|---|---|---|---|---|---|---|---|
| 1/14/2010 | Billy's at the Beach | P. Trahan, Michael Krier and Angela Kralovec | | | | | | 61.12 |
| | Dinner with Blackrock personnel while in Calif. Preparing them for and defending their depositions | | | | | | | |

BUSINESS PURPOSE

BUSINESS PURPOSE

DEPARTURE POINT/ DESTINATION

TRAVEL DETAILS

### MEALS

| DATE | # OF MEALS | $ AMOUNT |
|---|---|---|

### OTHER TRAVEL & SUBSISTENCE

| DAILY RECORD | | OTHER TRAVEL & SUBSISTENCE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DATE | | # OF M | AUTO EXP. | AIR TRAVEL | HOTEL | PARKING, TAXI, LIMO, ETC. | TELEPHONE | OTHER DESCRIPTION | AMOUNT | AMOUNT |
| SUN | | | $ | | | | | | | |
| MON | | | | | | | | | | |
| TUE | | | | | | | | | | |
| WED | 1/13/2020 | | | | | 60.00 | | | | 60.00 |
| THURS | | | | | | | | | | |
| FRI | | | | | | | | | | |
| SAT | | | | | | | | | | |
| SUN | | | | | | | | | | |
| MON | | | | | | | | | | |
| TUE | | | | | | | | | | |
| WED | | | | | | | | | | |
| THURS | | | | | | | | | | |
| FRI | | | | | | | | | | |
| TOTAL | | | | | | 60.00 | | | | 60.00 |

AUSTIN-BERGSTROM
INTERNATIONAL AIRPORT PARKING
CITY OF AUSTIN

$60

$80.00 2857

147525

1950 01/13 14:05 01/17 12:41 $80.00 2857

BILLY'S
AT THE BEACH
Newport Beach, CA
Date:        Jan14.'10 01:00PM
Card Type:   MC
Acct #:      XXXXXXXXXXXX2857
Trans Key:   EIEQ0213200965l
Exp Date:    XX/XX
Auth Code:   531208
Check:       8261
Table:       73A
Server:      1004 Kristin

Subtotal:              53.12

TIP_____ 8.00

TOTAL_____ $ 61.12

SIGNATURE
I AGREE TO PAY THE ABOVE TOTAL
ACCORDING TO MY CARD ISSUER
AGREEMENT!

CHECK REQUISITION/EXPENSE REIMBURSEMENT

DATE: July 10, 2009

DATE & TIME NEEDED:

ISSUE CHECK PAYABLE TO: Paul Trahan

TAX ID NUMBER

CHECK SIGNER
VOUCHER #

ACCTG USE ONLY

$ 588.28  544.28

*(handwritten: pd ck# 64751 7/2/09)*

| FIRM RECHARGE | ACCOUNT NAME/DESCRIPTION | ACCOUNT NUMBER XX-XXX-XX-XXXX-XXX OFC-OPT-TM-MAJ-SUB | DOLLAR AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

DESCRIPTION:

| MAJ-SUB | SELECTED ACCTS. | MAJ-SUB | SELECTED ACCTS. | MAJ-SUB | SELECTED ACCTS. |
|---|---|---|---|---|---|
| 6300.010 | MEETINGS & RETREAT-MEALS | 7010.020 | BUSINESS ENTERTAINMENT/TRAVEL | 8060-040 | RECRUITING-OTHER INS |
| 6300.040 | MEETINGS & RETREAT-OTHER | 8040-010 | CONV./INSTITUTES-MEALS/ENT | 8070-010 | SUMMER CLERKS-MEALS/ENT |
| 7010.010 | TRAVEL & INCIDENTAL-MEALS | 7040-020 | CONV./INSTITUTES-TRAVEL/OTHER | 8071-010 | SUMMER CLERKS-LUNCHES |
| 7010.040 | TRAVEL & INCIDENTAL-OTHER | 7040-030 | CONV./INSTITUTES-REGISTRATION FEE | 8072-010 | SUMMER CLERKS-DINNERS |
| 7020.000 | BAR ASSOCIATION DUES | 7060-010 | PROFESSIONAL/BAR ASSOC MEALS | 8070-020 | SUMMER CLERKS-TRAVEL/OTHER |
| 7020.040 | PROFESSIONAL ASSOCIATION DUES | 8060-020 | RECRUITING-MEALS ATTY INTERVIEWS | 8070-040 | SUMMER CLERKS-OTHER |
| 7030.010 | BUSINESS ENTERTAINMENT-MEALS | 8060-020 | RECRUITING-TRAVEL/INCID | 1332-000 | CLIENT UNALLOCATED REFUND |

OFFICE CODES

| 01 HOUSTON | 08 AUSTIN | 15 LONDON | 21 BEIJING | | DEPT CODES | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 02 NEW YORK | 09 WASHINGTON | 16 ST. LOUIS | | 000 BANKRUPTCY | 015 HEALTH | 006 ENERGY & REAL PROP | | | |
| 03 LOS ANGELES | 10 HONG KONG | 17 RIYADH | | 006 CORP & BANK | 021 LABOR | 033 TAX | | | |
| 04 SAN ANTONIO | 11 MINNEAPOLIS | 18 DUBAI | | 007 TECHNOLOGY | 024 LITIGATION | 61A ADMIN | | | |
| 05 DALLAS | 12 MUNICH | 19 DENVER | | 009 ENVIRONMENTAL | 030 INTEL PROP | 092 SUMMER CLERKS | | | |
| | | | | 012 FAMILY | 033 PUBLIC | 600 GENERAL | | | |

PLEASE PROVIDE DETAILED SUPPORT FOR ALL MEAL, ENTERTAINMENT AND TRAVEL EXPENSES (FIRM RECHARGE AND CLIENT RECHARGE) ON THE REVERSE SIDE AND ATTACH RECEIPTS IN ACCORDANCE WITH IRS REGULATIONS.

CLIENT RECHARGE

| COST CODE | MATTER # | CLIENT AND MATTER NAME | AMOUNT | | COST CODES | |
|---|---|---|---|---|---|---|
| E1 | 10904447 | Granite/Southland | 196.60 | | E121 | ARBITRATORS/MEDIATORS |
| | | | | | F209 | CONFERENCE EXPENSES |
| Air fare from Denver CO to Austin, TX | | | | | E107 | DELIVERY SERVICES |
| | | | | | E115 | DEPOSITIONS/TRANSCRIPTS |
| | | | | | E101 | DUPLICATING EXPENSES |
| E110 | 10904447 | Granite/Southland | 109.58 | | E113 | EXPERTS |
| | | | | | E112 | FILING FEES/COURT FEES |
| | | | | | F211 | FOREIGN ASSOCIATE |
| Car rental while in Denver, CO for hearing and site inspection | | | | | E105 | LD TELEPHONE |
| | | | | | E116 | LITIGATION SUPPORT VENDORS |
| | | | | | F204 | LOBBY - MEALS/ENT |
| E110 | 10904447 | Granite/Southland | 238.10  215.10 | | F205 | LOBBY OTHER |
| | | | | | E122 | LOCAL COUNSEL |
| | | | | | E105 | LOCAL TRAVEL |
| | | | | | E111 | MEALS |
| Hotel while in Denver CO for hearing and site inspection | | | | | D105 | ONLINE RESEARCH |
| | | | | | E123 | OTHER PROFESSIONALS |
| | | | | | E124 | OTHER (EXPLAIN) |
| | | | | | E110 | OUT OF TOWN TRAVEL |
| E110 | 10904447 | Granite/Southland | 44.00 | | E102 | OUTSIDE PRINTING |
| | | | | | E108 | POSTAGE |
| | | | | | E120 | PRIVATE INVESTIGATIONS |
| NARRATIVE: | | | | | F201 | PTO FEES |
| Parking and cab fare while in Denver for hearing & site inspection/ cab fare from Austin airport to office | | | | | F213 | PTO MAINTENANCE FEE |
| | | | | | F207 | RECORDS |
| | | | | | F214 | REFUND OF CLIENT COST   CREDIT |
| | | | | | F204 | SECRETARY OVERTIME |
| | | | | | E113 | SUBPOENA FEES |
| | | | | | E117 | TRIAL EXHIBITS |
| | | | | | E116 | TRIAL TRANSCRIPTS |
| | | | | | E114 | WITNESS FEES |

ALL MEALS AND ENTERTAINMENT MUST BE SEPARATELY DISCLOSED ABOVE AND ON THE REVERSE SIDE.

DELIVER CHECK TO: JULIE WRIGHT

PAUL TRAHAN
ATTORNEY NAME (PRINT)

ATTORNEY SIGNATURE

08733
ATTORNEY #

## DETAIL OF EN...

### BUSINESS MEALS AND ENTERTAINMENT

| DATE | PLACE (NAME OF CLUB, RESTAURANT, ETC.) | BUSINESS PURPOSE | NAME (TITLE OF PERSON) IN ATTENDANCE | TOTAL $ |
|---|---|---|---|---|
| | | | | ', |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### TRAVEL & INCIDENTAL

DEPARTURE POINT/ DESTINATION — TRAVEL DETAILS

### DAILY RECORD

| DATE | MEALS # OF MEALS | MEALS $ AMOUNT | # OF M | AUTO EXP. | AIR TRAVEL | HOTEL | PARKING, TAXI, LIMO, ETC | TELEPHONE | OTHER DESCRIPTION | AMOUNT | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SUN | | | | $ | | | | | | | |
| MON 7/6/09 | | | | | 196.60 | 238.10 | 153.58 | | | | 588.28 |
| TUE | | | | | | | | | | | |
| WED | | | | | | | | | | | |
| THU | | | | | | | | | | | |
| FRI | | | | $ 0.00 | | | | | | | |
| SAT | | | | $ 0.00 | | | | | | | |
| SUN | | | | $ 0.00 | | | | | | | |
| MON | | | | $ 0.00 | | | | | | | |
| TUE | | | | | | | | | | | |
| WED | | | | $ 0.00 | | | | | | | |
| THU | | | | $ 0.00 | | | | | | | |
| FRI | | | | | 196.60 | 238.10 | 153.58 | | | | |
| TOTAL | | | | | 196.60 | 238.10 | 153.58 | | | | 588.28 |

```
                                      636
Paul Trahan                           169.00
Fulbright And Jaworski/spb            1
600 Congress Ave                      247960        EX-A
Suite 2400                            1
Austin, TX 78701                      05-JUL-09   00:27
                                      06-JUL-09
                                      MC
```

| Date | | Description | | |
|---|---|---|---|---|
| 05-JUL-09 | RT636 | Room Chrg Corp Volume NLRA | | 169.00 |
| 05-JUL-09 | RT636 | Occupancy/Tourism | | 25.10 |
| 05-JUL-09 | RT636 | Parking | | 21.00 |
| 06-JUL-09 | MC | MasterCard/Euro | 215.10- | |
| | | Balance Due | 0.00 | |

For your convenience, we have prepared this zero-balance folio indicating a $0 balance on your account. Please be advised that any charges not reflected on this folio will be charged to the credit card on file with the hotel. While this folio reflects a $0 balance your credit card may not be charged until after your departure.  You are ultimately responsible for paying all of your folio charges in full.

EXPENSE REPORT SUMMARY

| Date | ROOM | F&B | Phn/Intrnt | Misc. | Laundry | Misc. | Other |
|---|---|---|---|---|---|---|---|
| 05-JUL-09 | 194.10 | 0.00 | 0.00 | 0.00 | 0.00 | 21.00 | 0.00 |
| Total | 194.10 | 0.00 | 0.00 | 0.00 | 0.00 | 21.00 | 0.00 |

| Date | Total | Payment |
|---|---|---|
| 05-JUL-09 | 215.10 | 0.00 |
| Total | 215.10 | 0.00 |

Thank you for choosing Starwood Hotels. We look forward to welcoming you back soon!

As a Starwood Preferred Guest, you could have earned 338 Starpoints for this visit. Please provide your member number or enroll today.
Paul Trahan
FOLIO  247960    05-JUL-09

Southwest Airlines Receipt and Itinerary                                    Page 1 of 2

**Trahan, Paul**

**From:** Southwest Airlines [SouthwestAirlines@mail.southwest.com]
**Sent:** Monday, June 29, 2009 11:29 AM
**To:** Trahan, Paul
**Subject:** Ticketless Confirmation - TRAHAN/PAUL - JL2TAM


SOUTHWEST.COM

Receipt and Itinerary as of 06/29/09 11:29 AM

**Confirmation Number**
**JL2TAM**


Sit Where You Like

Confirmation Date: 06/29/09
Received: WN/PAUL TRAHAN BY ICBM

**Be prepared when you get there!**
Consult Travel Guide for relevant
tips from real travelers.

### Passenger Information

| Passenger Name | Account Number | Ticket# | Expiration[1] |
|---|---|---|---|
| TRAHAN/PAUL | 00000051704940 | 5262138829383 | 06/29/10 |

[1] All travel involving funds from this Confirmation Number must be completed by the expiration date.

### Itinerary

| Date | Flight | Routing Details |
|---|---|---|
| Mon Jul 06 | 2889 | Depart DENVER CO (DEN) at 7:15 PM, Arrive in AUSTIN TX (AUS) at 10:25 PM |

### Cost and Payment Summary

| | |
|---|---|
| Air | $ 173.02 |
| Tax | $ 16.58 |
| PFC Fee | $ 4.50 |
| Security Fee | $ 2.50 |

**Total Payment:** 196.60

Current payment(s)
06/29/09 Visa XXXXXXXXXXXX8082 $196.60

**Fare Rule(s)**
Valid only on Southwest Airlines. NON REFUNDABLE/ STANDBY REQ UPGRADE TO YL. All
travel involving funds from this Confirmation Number must be completed by the expiration date.
Any change to this itinerary may result in a fare increase.

Fare Calculation:

DEN WN AUS173.02YL 173.02 END ZPDEN XFDEN4.5 AY2.50$DEN2.50

06/29/2009

Southwest Airlines Receipt and Itinerary                                     Page 2 of 2

**Important Checkin Requirement**
Passengers who do not obtain a boarding pass and are not present and available for boarding in the departure gate area at least ten minutes prior to scheduled departure time may have their reserved space cancelled and will not be eligible for denied boarding compensation.

**Southwest Airlines Co. Notice of Incorporated Terms**
Air transportation by Southwest Airlines is subject to Southwest Airlines' Passenger Contract of Carriage, the terms of which are incorporated by reference.

Notice of Incorporated Terms

**Additional Information for Travelers**
Online Checkin | Free Baggage Allowance | Checkin Requirements | Print Security Document
Inflight Service | Travel Tips | Refund Information | Privacy Policy | Southwest Airlines Destinations

We can notify you of flight departure or arrival status via text messages on your cell phone, pager, personal digital assistant (PDA), or e-mail account. Or, use our automated phone service by calling 1-888-SWA-TRIP.

06/29/2009

RENTAL RECEIPT (e-Receipt)                                                    Page 1 of 1

Login    Register Now    Country / Language    Custom

SEARCH

## RENTAL RECEIPT (e-Receipt)

Your Rental Agreement Number: 104065990

Contact Us

| Rate Information | | TAXABLE SUBTOTAL | 71.45 |
|---|---|---|---|
| | | TAX 13.350% | 9.54 |
| MINIMUM CHARGE | 62.00 | Non Taxable Extras | |
| **Taxable Extras** | | | |
| | | $ 2.00 /DY SSU | 2.00 |
| Per Day Surcharge | 1.00 | FUEL SERVICE | 26.59 |
| *** *** FEE | 7.18 | | |
| S-67-DY FRF | .47 | | |
| **TAXABLE SUBTOTAL** | **71.45** | **Total Charges** | **109.58 USD** |

Contact Us
Reservations & Assistance
1-800-230-4898
Wizard Number
Profile Updates
1-866-842-5552
Monday – Friday 8
Worldwide Telep
Numbers   click

GET FREQUENT MILES/POINTS
PRINT A COPY OF THIS PAGE
MAIL A COPY OF THIS RECEIPT
EMAIL A COPY OF THIS RECEIPT
MAKE A NEW RESERVATION
CREATE MY AVIS ACCOUNT

*CONCESSION RECOVERY FEE
*DAILY FACILITY USE FEE
ENERGY RECOVERY FEE  .67/DY
CO ROAD SAFETY PROG FEE

## YOUR INFORMATION

| | |
|---|---|
| Name: | PAUL TRAHAN |
| Username / Wizard: | N/A |
| ID Number: | A1939900 |
| Method of Payment: | MasterCard |
| Credit Card Number: | ***********2857 |
| Miles / Points Partner: | N/A |
| Membership Number: | N/A |
| Residence: | US |

## YOUR RENTAL

| Pick-up Information | |
|---|---|
| Location: | Denver Intl Airport |
| | 25500 East 78th Avenue, Denver, CO 80249 US |
| Date & Time: | Sunday, July 05, 2009 @ 11:40 PM |
| Mileage: | 10622     Fuel:     N/A |

| Return Information | |
|---|---|
| Location: | Denver Intl Airport |
| | 25500 East 78th Avenue, Denver, CO 80249 US |
| Date & Time: | Monday, July 06, 2009 @ 05:28 PM |
| Mileage: | 10698     Fuel:     N/A |

## YOUR CAR

Car Description: Pontiac Vibe or similar
Car Group: I
Car Number: 03577830

Home : Reservations | Locations : Deals | Cars & Services  | Used Car Sales | Customer Service | Login |
...at Avis : Employment : Travel Agents : Affiliates | Preferred Enrollment | Business Programs | FAQs : Site Map
: 2009 Avis Rent A Car System, LLC . Terms of Use : Privacy Policy.

 

**Fare Receipt**
Austin, TX (512) 452-9999

Yellow Cab

Date **7-6-09**

Received of _____

the Sum of _____ **#23.00**

from _____ Airport

to _____ Office

Yellow Cab

No. _____ Driver _____



AVIS.

Thank you for renting from Avis.

| RENTAL NUMBER | CAR NUMBER | CAR GROUP |
|---|---|---|
| 104065990 | 03577630 | F |

TRAHAN,PAUL
= A193900
CV = CMXXXXXXXXXXXX2857

OUT LEN 05JUL09/2340 MI = 10832
IN   DEN 05JUL09/1728 MI = 10898

```
    73 MI@      00 =
    18 HR@   46.51
        DY@  62.00  =         62.00
MINIMUM CHARGE       =         62.00
'$1.60/DAY FEE       =          1.60
$.67/DY ERF          =           .67
''11.11% FEE         =          7.18
TAXABLE SUBTOT       =         71.45
TAX 13.350%          =          9.54
FUEL SERVICE         =         26.59
$ 2.00 /DY SSU       =          2.00

TOTAL CHARGES        =        105.12
```

TRANSPORTATION FACILITY FEE
DAILY FACILITY USE FEE
ENERGY RECOVERY FEE .67/DY
ROAD SAFETY PROG FEE

*Please check your car for personal effects.*

Receive rental receipts by email every time you rent.
And get access to special offers & more. See reverse.

**CHECK REQUISITION/EXPENSE REIMBURSEMENT**    #188814    3/9/·

| | |
|---|---|
| DATE: February 21, 2011 | CHECK SIGNER VOUCHER # |
| DATE & TIME NEEDED: ASAP | |
| ISSUE CHECK PAYABLE TO: Chris Allen | |
| | ACCTG. USE ONLY |

TAX ID NUMBER
REQUIRED for payments to attorneys/law firms and individuals (other than clients, employees and partners)

ADDRESS:

**AMOUNT: $21.00**

| FIRM RECHARGE | ACCOUNT NAME/DESCRIPTION | ACCOUNT NUMBER XX-XXX-XX-XXXX-XXX OFC-DPT-TM-MAJ-SUB | DOLLAR AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

DESCRIPTION:

| MAJ-SUB | SELECTED ACCTS. | MAJ-SUB | SELECTED ACCTS. | MAJ-SUB | SELECTED ACCTS. |
|---|---|---|---|---|---|
| 6300-010 | MEETINGS & RETREAT-MEALS | 7030-020 | BUSINESS ENTERTAINMENT/TRAVEL | 8060-040 | RECRUITING-OTHER INC. |
| 6300-010 | MEETINGS & RETREAT-OTHER | 7040-010 | CONV./INSTITUTES-MEALS/ENT. | 8070-010 | SUMMER CLERKS-MEALS/ENT. |
| 7010-010 | TRAVEL & INCIDENTAL-MEALS | 7040-020 | CONV./INSTITUTES-TRAVEL/OTHER | 8071-010 | SUMMER CLERKS-LUNCHES |
| 7010-010 | TRAVEL & INCIDENTAL-OTHER | 7040-030 | CONV./INSTITUTES-REGISTRATION FEE | 8072-010 | SUMMER CLERKS-DINNERS |
| 7020-000 | BAR ASSOCIATION DUES | 7060-010 | PROFESSIONAL/BAR ASSOC. MEALS | 8070-020 | SUMMER CLERKS-TRAVEL/INCID. |
| 7020-040 | PROFESSIONAL ASSOCIATION DUES | 8060-010 | RECRUITING-MEALS.ATTY INTERVIEWS | 8070-040 | SUMMER CLERKS-OTHER |
| 7030-010 | BUSINESS ENTERTAINMENT/MEALS | 8080-020 | RECRUITING-TRAVEL/INCID. | 1132-000 | CLIENT UNALLOCATED REFUND |

OFFICE CODES

| | | | | DEPT. CODES | | | |
|---|---|---|---|---|---|---|---|
| 01: HOUSTON | 08: AUSTIN | 15: LONDON | 21: BEIJING | 004: BANKRUPTCY | 015: HEALTH | 036: ENERGY & REAL PROP. |
| 02: NEW YORK | 09: WASHINGTON | 16: ST. LOUIS | | 006: CORP. & BANK | 021: LABOR | 039: TAX |
| 03: LOS ANGELES | 10: HONG KONG | 17: RIYADH | | 007: TECHNOLOGY | 024: LITIGATION | 048: ADMIN |
| 06: SAN ANTONIO | 11: MINNEAPOLIS | 18: DUBAI | | 009: ENVIRONMENTAL | 030: INTEL. PROP | 092: SUMMER CLERKS |
| 07: DALLAS | 12: MUNICH | 19: DENVER | | 012: FAMILY | 033: PUBLIC | 000: GENERAL |

PLEASE PROVIDE DETAILED SUPPORT FOR ALL MEAL, ENTERTAINMENT AND TRAVEL EXPENSES (FIRM RECHARGE AND CLIENT RECHARGE) ON THE REVERSE SIDE AND ATTACH RECEIPTS IN ACCORDANCE WITH IRS REGULATIONS.

CLIENT RECHARGE

| COST CODE | MATTER # | CLIENT AND MATTER NAME | AMOUNT | COST CODES | |
|---|---|---|---|---|---|
| E109 | 10904447 | Granite v. Southlands | 21.00 | E121 | ARBITRATORS/MEDIATORS |
| | | | | F200 | CONFERENCE EXPENSES |
| NARRATIVE: | | | | E107 | DELIVERY SERVICES |
| Parking charges to deliver/pickup exhibits to court for hearing | | | | E115 | DEPOSITIONS/TRANSCRIPTS |
| | | | | E101 | DUPLICATING EXPENSES |
| | | | | E119 | EXPERTS |
| | | | | E112 | FILING FEES/COURT FEES |
| | | | | F211 | FOREIGN ASSOCIATE |
| | | | | E105 | LD TELEPHONE |
| NARRATIVE: | | | | E118 | LITIGATION SUPPORT VENDORS |
| | | | | F208 | LOBBY – MEALS/ENT |
| | | | | F209 | LOBBY OTHER |
| | | | | E122 | LOCAL COUNSEL |
| | | | | E109 | LOCAL TRAVEL |
| | | | | E111 | MEALS |
| | | | | E106 | ONLINE RESEARCH |
| NARRATIVE: | | | | E123 | OTHER PROFESSIONALS |
| | | | | E124 | OTHER (EXPLAIN) |
| | | | | E110 | OUT OF TOWN TRAVEL |
| | | | | E102 | OUTSIDE PRINTING |
| | | | | E108 | POSTAGE |
| | | | | E120 | PRIVATE INVESTIGATIONS |
| | | | | F201 | PTO FEES |
| | | | | F213 | PTO MAINTENANCE FEE |
| NARRATIVE: | | | | F207 | RECORDS |
| | | | | F214 | REFUND OF CLIENT COST CREDIT |
| | | | | F204 | SECRETARY OVERTIME |
| | | | | E113 | SUBPOENA FEES |
| | | | | E117 | TRIAL EXHIBITS |
| | | | | E116 | TRIAL TRANSCRIPTS |
| | | | | E114 | WITNESS FEES |

ALL MEALS AND ENTERTAINMENT MUST BE SEPARATELY DISCLOSED ABOVE AND ON THE REVERSE SIDE.

DELIVER CHECK TO:    Chris Allen - Denver

| | | | |
|---|---|---|---|
| Poe Leggette | *J.P. Leggette* | | LL01283 |
| ATTORNEY NAME (PRINT) | ATTORNEY SIGNATURE | | ATTORNEY # |



**Express Park Receipt**
Denver Pavilions
500 Sixteenth Street
Denver, CO 80202

175396

832902

7090 02/14 18:06 02/14 19:02 $7.00   4247



**Express Park Receipt**
Denver Pavilions
500 Sixteenth Street
Denver, CO 80202

175379

832902

7029 02/14 08:29 02/14 17:19 $14.00   4247

FULBRIGHT & JAWORSKI L.L.   VENDOR:   013455   Lucy D. Arnold   CHECK NO:   188677

| APPR# | INVOICE# | DATE | AMOUNT | DESCRIPTION | VOUCH# |
|-------|----------|------|--------|-------------|--------|
| 13455 | 022211/13455 | 02-22-11 | 211.05 | 02/14/11 Demonstrative exhibits for trial | 11220178 |

CHECK REQUISITION/EXPENSE REIMBURSEMENT

DATE: February 23, 2011

DATE & TIME NEEDED:

ISSUE CHECK PAYABLE TO: 3B Studio, Inc.

TAX ID NUMBER 76-0691453

405 Main Street, #1100

Houston, TX 77002                    $435.00

CHECK SIGNER
VOUCHER #

ACCTG. USE ONLY

| FIRM RECHARGE | ACCOUNT NAME/DESCRIPTION | ACCOUNT NUMBER XX-XXX-XX-XXXXX-XXX OFC-DPT-TM-MAJ-SUB | DOLLAR AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

DESCRIPTION:

| MAJ-SUB | SELECTED ACCTS. | MAJ-SUB | SELECTED ACCTS. | MAJ-SUB | SELECTED ACCTS. |
|---|---|---|---|---|---|
| 6300-010 | MEETINGS & RETREAT-MEALS | 7030-020 | BUSINESS ENTERTAINMENT/TRAVEL | 8080-040 | RECRUITING-OTHER INC. |
| 6300-040 | MEETINGS & RETREAT-OTHER | 7040-010 | CONV./INSTITUTES-MEAL/ENT. | 8070-010 | SUMMER CLERKS-MEALS/ENT |
| 7010-010 | TRAVEL & INCIDENTAL-MEALS | 7040-020 | CONV./INSTITUTES-TRAVEL/OTHER | 8071-010 | SUMMER CLERKS-LUNCHES |
| 7010-040 | TRAVEL & INCIDENTAL-OTHER | 7040-030 | CONV./INSTITUTES-REGISTRATION FEE | 8072-010 | SUMMER CLERKS-DINNERS |
| 7020-000 | BAR ASSOCIATION DUES | 7090-010 | PROFESSIONAL/BAR ASSOC. MEALS | 8070-020 | SUMMER CLERKS-TRAVEL/INCID. |
| 7020-040 | PROFESSIONAL ASSOCIATION DUES | 8060-010 | RECRUITING-MEALS/ATTY INTERVIEWS | 8070-040 | SUMMER CLERKS-OTHER |
| 7030-010 | BUSINESS ENTERTAINMENT/MEALS | 8060-020 | RECRUITING-TRAVEL/INCID. | 1132-000 | CLIENT UNALLOCATED REFUND |

| OFFICE CODES | | | | DEPT. CODES | | | |
|---|---|---|---|---|---|---|---|
| 01: HOUSTON | 08: AUSTIN | 16: LONDON | 21: BEIJING | 004: BANKRUPTCY | 015: HEALTH | 036: ENERGY & REAL PROP. |
| 02: NEW YORK | 09: WASHINGTON | 16: ST. LOUIS | | 006: CORP. & BANK | 021: LABOR | 039: TAX |
| 03: LOS ANGELES | 10: HONG KONG | 17: RIYADH | | 007: TECHNOLOGY | 024: LITIGATION | 049: ADMIN |
| 06: SAN ANTONIO | 11: MINNEAPOLIS | 18: DUBAI | | 008: ENVIRONMENTAL | 030: INTEL PROP | 092: SUMMER CLERKS |
| 07: DALLAS | 12: MUNICH | 19: DENVER | | 012: FAMILY | 033: PUBLIC | 000: GENERAL |

PLEASE PROVIDE DETAILED SUPPORT FOR ALL MEAL, ENTERTAINMENT AND TRAVEL EXPENSES (FIRM RECHARGE AND CLIENT RECHARGE) ON THE REVERSE SIDE AND ATTACH RECEIPTS IN ACCORDANCE WITH IRS REGULATIONS.

| CLIENT RECHARGE | | | | | COST CODES | |
|---|---|---|---|---|---|---|
| COST CODE | MATTER # | CLIENT AND MATTER NAME | AMOUNT | | E121 | ARBITRATORS/MEDIATORS |
| E123 | 10904447 | Granite Southlands | 435.00 | | F200 | CONFERENCE EXPENSES |
| | | | | | E107 | DELIVERY SERVICES |
| | | | | | E115 | DEPOSITIONS/TRANSCRIPTS |
| For taking pdf documents, changing to tif and loading on to Sanctions database for use at trial. | | | | | E101 | DUPLICATING EXPENSES |
| | | | | | E119 | EXPERTS |
| | | | | | E112 | FILING FEES/COURT FEES |
| | | | | | F211 | FOREIGN ASSOCIATE |
| | | | | | E105 | LD TELEPHONE |
| | | | | | E118 | LITIGATION SUPPORT VENDORS |
| | | | | | F208 | LOBBY - MEALS/ENT |
| | | | | | F209 | LOBBY OTHER |
| | | | | | E122 | LOCAL COUNSEL |
| | | | | | E109 | LOCAL TRAVEL |
| | | | | | E111 | MEALS |
| | | | | | E106 | ONLINE RESEARCH |
| | | | | | E123 | OTHER PROFESSIONALS |
| | | | | | E124 | OTHER (EXPLAIN) |
| | | | | | E110 | OUT OF TOWN TRAVEL |
| | | | | | E102 | OUTSIDE PRINTING |
| | | | | | E108 | POSTAGE |
| | | | | | E120 | PRIVATE INVESTIGATIONS |
| | | | | | F201 | PTO FEES |
| | | | | | F213 | PTO MAINTENANCE FEE |
| | | | | | F207 | RECORDS |
| | | | | | F214 | REFUND OF CLIENT COST CREDIT |
| | | | | | F204 | SECRETARY OVERTIME |
| | | | | | E113 | SUBPOENA FEES |
| | | | | | E117 | TRIAL EXHIBITS |
| | | | | | E116 | TRIAL TRANSCRIPTS |
| | | | | | E114 | WITNESS FEES |

ALL MEALS AND ENTERTAINMENT MUST BE SEPARATELY DISCLOSED ABOVE AND ON THE REVERSE SIDE.

DELIVER CHECK TO: MAIL

PAUL TRAHAN                                              08733

ATTORNEY NAME (PRINT)          ATTORNEY SIGNATURE          ATTORNEY #

**3 B studio inc.**
Litigation Graphics & Technology Firm

405 Main Street, #1100
Houston, Texas 77002

FEB 2 2 2011
**RECEIVED**

February 21, 2011

*Sent Via Fedex*

Stacey Jett
Fulbright & Jaworski
600 Congress, Suite 2400
Austin, Texas 78701

*Re: Granite Southlands*

Dear Stacey:

The enclosed fees are for work performed on the above referenced matter. In addition, any expenses involved while performing the work are included as well.

**Invoice Total**

These fees and expenses are inclusive through February 8, 2011 and are complete for all work and expenses performed on the project to date.

| | |
|---|---|
| **Invoice Total:** | **$435.00** |

*took pdf docs - charged to tif docs for loading on to sanctions data base for use at trial.*

**Invoice Summary**

**Fees**

As stated in the engagement letter, 3B Studio bills at an hourly rate based upon the task being performed. Below are the total fees for the tasks performed during the time for this invoice:

| | |
|---|---|
| Technical Support | $435.00 |
| Rate: $145.00 hr | |
| Hours: 3 | |

*Page 2,*

|  |  |  |
|---|---|---|
| **Total Fees** | | **$435.00** |

**Expenses**

**No Job Related Expenses**

Stacey, we at 3B Studio appreciate the opportunity to have served you and your client on this matter and look forward to further successful projects.

Sincerely,

Ron Migl
3B Studio, Inc.
Federal Tax ID# 76-0691453