# ADDENDUM B-5

## Granite v. Alberta (U.S. District Court of Colorado) - Summary of Invoices

| Invoice | Date | Fees | Cost | Total | Status |
|---|---|---|---|---|---|
| 10975747 | 04/14/2009 | $ 6,477.30 | $ - | $ 6,477.30 | PAID |
| 10982815 | 05/11/2009 | $ 39,479.52 | $ 1,609.05 | $ 41,088.57 | PAID |
| 10993023 | 06/12/2009 | $ 25,522.95 | $ 866.90 | $ 26,389.85 | PAID |
| 11000150 | 07/09/2009 | $ 16,623.02 | $ 169.31 | $ 16,792.33 | PAID |
| 11010482 | 08/12/2009 | $ 33,245.62 | $ 570.04 | $ 33,815.66 | PAID |
| 11018175 | 09/09/2009 | $ 406.30 | $ 0.18 | $ 406.48 | PAID |
| 11018180 | 09/09/2009 | $ 39,995.90 | $ 966.54 | $ 40,962.44 | PAID |
| 11018185 | 09/09/2009 | $ 840.65 | $ - | $ 840.65 | PAID |
| 11025990 | 10/08/2009 | $ 46,422.32 | $ 525.87 | $ 46,948.19 | PAID |
| 11037073 | 11/11/2009 | $ 24,840.40 | $ 1,328.89 | $ 26,169.29 | PAID |
| 11037076 | 11/11/2009 | $ 20,419.55 | $ - | $ 20,419.55 | PAID |
| 11037080 | 11/11/2009 | $ 1,742.92 | $ - | $ 1,742.92 | PAID |
| 11045841 | 12/11/2009 | $ 26,604.57 | $ 414.35 | $ 27,018.92 | PAID |
| 11045856 | 12/11/2009 | $ 1,127.95 | $ - | $ 1,127.95 | PAID |
| 11045862 | 12/11/2009 | $ 181.05 | $ - | $ 181.05 | PAID |
| 11052391 | 01/12/2010 | $ 85,173.40 | $ 2,202.10 | $ 87,375.50 | PAID |
| 11052424 | 01/12/2010 | $ 30.17 | $ - | $ 30.17 | PAID |
| 11052436 | 01/12/2010 | $ 29,568.10 | $ - | $ 29,568.10 | PAID |
| 11061048 | 02/12/2010 | $ 117,665.92 | $ 7,458.82 | $ 125,124.74 | PAID |
| 11061056 | 02/12/2010 | $ 94,148.12 | $ 3.84 | $ 94,151.96 | PAID |
| 11061078 | 02/12/2010 | $ 2,659.65 | $ - | $ 2,659.65 | PAID |
| 11067197 | 03/08/2010 | $ 214,426.52 | $ 7,539.93 | $ 221,966.45 | PAID |
| 11067317 | 03/08/2010 | $ 29,209.40 | $ - | $ 29,209.40 | PAID |
| 11067321 | 03/08/2010 | $ 181.90 | $ - | $ 181.90 | PAID |
| 11067325 | 03/08/2010 | $ 1,432.67 | $ - | $ 1,432.67 | PAID |
| 11075185 | 04/09/2010 | $ 4,672.45 | $ 70.76 | $ 4,743.21 | PAID |
| 11075190 | 04/09/2010 | $ 1,405.90 | $ - | $ 1,405.90 | PAID |
| 11075191 | 04/09/2010 | $ 7,492.75 | $ - | $ 7,492.75 | PAID |
| 11075192 | 04/09/2010 | $ 31,931.95 | $ 4,407.76 | $ 36,339.71 | PAID |
| 11083128 | 05/10/2010 | $ 63,410.85 | $ 7,217.72 | $ 70,628.57 | PAID |
| 11083148 | 05/10/2010 | $ 8,168.07 | $ - | $ 8,168.07 | PAID |
| 11083155 | 05/10/2010 | $ 710.17 | $ - | $ 710.17 | PAID |
| 11083162 | 05/10/2010 | $ 379.52 | $ - | $ 379.52 | PAID |
| 11083165 | 05/10/2010 | $ 227.37 | $ - | $ 227.37 | PAID |
| 11083177 | 05/10/2010 | $ 657.47 | $ - | $ 657.47 | PAID |
| 11093316 | 06/09/2010 | $ 2,558.92 | $ 6,825.86 | $ 9,384.78 | PAID |
| 11093428 | 06/09/2010 | $ 1,088.42 | $ - | $ 1,088.42 | PAID |
| 11093434 | 06/09/2010 | $ 3,982.25 | $ - | $ 3,982.25 | PAID |
| 11093438 | 06/09/2010 | $ 904.40 | $ - | $ 904.40 | PAID |
| 11102102 | 07/12/2010 | $ 3,977.57 | $ - | $ 3,977.57 | PAID |
| 11102107 | 07/12/2010 | $ 7,865.05 | $ 4,705.36 | $ 12,570.41 | PAID |
| 11102113 | 07/12/2010 | $ 5,617.65 | $ - | $ 5,617.65 | PAID |
| 11109197 | 08/09/2010 | $ 33,777.30 | $ 8,665.20 | $ 42,442.50 | PAID |
| 11109223 | 08/09/2010 | $ 28,693.45 | $ - | $ 28,693.45 | PAID |
| 11109228 | 08/09/2010 | $ 286.87 | $ - | $ 286.87 | PAID |
| 11109229 | 08/09/2010 | $ 202.30 | $ - | $ 202.30 | PAID |

| Invoice | Date | Fees | Cost | Total | Status |
|---|---|---|---|---|---|
| 11117060 | 09/09/2010 | $ 17,454.32 | $ 4,032.45 | $ 21,486.77 | PAID |
| 11117077 | 09/09/2010 | $ 90.95 | $ - | $ 90.95 | PAID |
| 11117085 | 09/09/2010 | $ 63.75 | $ - | $ 63.75 | PAID |
| 11117102 | 09/09/2010 | $ 4,414.05 | $ - | $ 4,414.05 | PAID |
| 11127403 | 10/13/2010 | $ 4,671.17 | $ - | $ 4,671.17 | PAID |
| 11127431 | 10/13/2010 | $ 5,655.90 | $ - | $ 5,655.90 | PAID |
| 11136349 | 11/12/2010 | $ 43,996.00 | $ 11,616.45 | $ 55,612.45 | PAID |
| 11136365 | 11/12/2010 | $ 3,432.30 | $ 14.72 | $ 3,447.02 | PAID |
| 11136366 | 11/12/2010 | $ 3,564.90 | $ - | $ 3,564.90 | PAID |
| 11145137 | 12/14/2010 | $ (3,387.13) | $ 3,554.82 | $ 167.69 | PAID |
| 11145139 | 12/14/2010 | $ 3,584.02 | $ - | $ 3,584.02 | PAID |
| 11151559 | 01/12/2011 | $ 6,248.35 | $ 3,535.82 | $ 9,784.17 | PAID |
| 11151566 | 01/12/2011 | $ 828.32 | $ - | $ 828.32 | PAID |
| 11151571 | 01/12/2011 | $ 1,881.05 | $ - | $ 1,881.05 | PAID |
| 11151582 | 01/12/2011 | $ 505.75 | $ - | $ 505.75 | PAID |
| 11158183 | 02/09/2011 | $ 15,615.35 | $ 6,954.14 | $ 22,569.49 | PAID |
| 11158195 | 02/09/2011 | $ 43,164.27 | $ 146.14 | $ 43,310.41 | PAID |
| 11158256 | 02/09/2011 | $ 3,774.85 | $ - | $ 3,774.85 | PAID |
| 11163455 | 02/25/2011 | $ 4,154.37 | $ 49.36 | $ 4,203.73 | PAID |
| 11167414 | 03/10/2011 | $ 95,429.07 | $ 7,648.42 | $ 103,077.49 | PENDING |
| 11167425 | 03/10/2011 | $ 2,473.50 | $ - | $ 2,473.50 | PAID |
| 11174413 | 04/12/2011 | $ 8,815.94 | $ 5,412.96 | $ 14,228.90 | PAID |
| 11174420 | 04/12/2011 | $ 737.37 | $ - | $ 737.37 | PAID |
| 11174456 | 04/12/2011 | $ 556.75 | $ - | $ 556.75 | PAID |
| 11184051 | 05/13/2011 | $ 12,536.22 | $ 6,157.68 | $ 18,693.90 | PAID |
| 11184167 | 05/13/2011 | $ 11,907.65 | $ - | $ 11,907.65 | PAID |
| 11184276 | 05/13/2011 | $ 8,829.37 | $ - | $ 8,829.37 | PAID |
| 11184301 | 05/13/2011 | $ 418.20 | $ - | $ 418.20 | PAID |
| 11192319 | 06/13/2011 | $ 1,312.50 | $ - | $ 1,312.50 | PENDING |
| 11192438 | 06/13/2011 | $ 2,419.00 | $ - | $ 2,419.00 | PENDING |
| | **Total Billed** | **$ 1,436,925.40** | **$ 110,778.19** | **$ 1,547,703.59** | |
| | **Total Paid** | $ 1,337,764.83 | $ 103,129.77 | $ 1,440,894.60 | |
| | **Total Pending** | $ 99,160.57 | $ 7,648.42 | $ 106,808.99 | |

| | |
|---|---|
| Total Escrow Related Fees & Expenses Billed* | $ 635,046.12 |
| Total Escrow Related Fees & Expenses Paid | $ 528,237.13 |
| Total Escrow Fees & Costs Pending | $ 106,808.99 |

*Exclusive of amounts sought in Bill of Costs