# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 09-CV-00799-ZLW-KLM

GRANITE SOUTHLANDS TOWN CENTER, LLC,

    Plaintiff,

v.

ALBERTA TOWN CENTER, LLC, and
LAND TITLE GUARANTEE COMPANY,

    Defendants.

## AFFIDAVIT OF OSBORNE J. DYKES

| | |
|---|---|
| THE STATE OF COLORADO | § |
| | § |
| COUNTY OF DENVER | § |

    BEFORE ME, the undersigned authority, on this day personally appeared Osborne J. Dykes, whom, being by me duly sworn, on oath stated as follows:

    1.    "My name is Osborne J. Dykes. I am a lawyer duly licensed to practice in the State of Colorado and in the United States District Court for the District of Colorado. From November 13, 2006 until December 31, 2009, I was a senior litigation partner and served as Partner-in-Charge of the Denver office of Fulbright & Jaworski L.L.P. ("Fulbright"), located at 370 17th Street, Suite 2150, Denver, Colorado 80202. Since January 1, 2010, I have been "Of Counsel" with Fulbright. I have never been convicted of a felony or a crime of moral turpitude and am in all respects competent to make this affidavit. I have personal knowledge of the facts set forth in this affidavit, and they are true.

    2.    Fulbright represents plaintiff Granite Southlands Town Center, LLC ("Granite") in the above captioned cause. Paul Trahan, a partner in Fulbright's office in Austin, Texas, has been lead counsel for Granite in this case. Assisting Mr. Trahan in the prosecution of this cause were Jane Smith and Bryan Patrick, also in the Austin office, and myself, Benjamin Vetter and Lucy Arnold, all in Fulbright's Denver office.

86140212.1

      3.    Relevant biographical information for the billing attorneys on this matter is attached to the Affidavit of Paul Trahan. The relevant qualifications and experience of the billing attorneys on this matter are summarized as follows:

    a.    Paul Trahan, Partner. Admitted to the bar in Texas and the following courts: Western District of Texas, Southern District of Texas, Northern District of Texas, District of Colorado.

    b.    Jane Smith, Partner. Admitted to the bar in Texas, Georgia, and Missouri. Ms. Smith specializes in real estate law and is a Fellow in the American College of Real Estate Lawyers and a member of the Board of the International Council of Shopping Centers.

    c.    Osborne J. Dykes, Of Counsel. Admitted to the bar in Colorado and Texas and the following federal courts: Districts of Colorado, Southern, Eastern, and Northern Texas, the Fifth, Tenth, and Eleventh Circuits, and the U.S. Supreme Court. First admitted to the bar in Texas in 1973. Clerked for Hon. Homer Thornberry, Fifth Circuit Court of Appeals. Since 1979, Mr. Dykes has been certified as a specialist in Civil Trial Law by the Texas Board of Legal Specialization, and he holds the rank of "Advocate" in the American Board of Trial Advocates.

    d.    Bryan Patrick, Senior Associate. Admitted to the bar in Texas. Mr. Patrick specializes in real estate law and is a member of the Real Estate Council of Austin, Texas.

    e.    Benjamin M. Vetter, Senior Associate. Admitted to the bar in Colorado, Illinois, Wyoming, North Dakota and the following federal courts: District of Colorado, Northern District of Illinois, the Seventh and Tenth Circuits. First admitted to the bar in Illinois in 2004. Clerked for Justice Nathan B. Coats, Colorado Supreme Court and for the Honorable Harris L. Hartz, Tenth Circuit Court of Appeals.

    f.    Lucy D. Arnold, Associate. Admitted to the bar in Colorado and New York and the following federal courts: District of Colorado, Southern District of New York. First admitted to the bar in 2008.

      4.    Fulbright's fee arrangement with Granite is to bill on an hourly basis, not on a contingent fee basis or a fixed fee basis. The hourly rate billed for virtually all of Granite's attorneys for services performed in relation to the Escrow Claims is summarized, along with a summary of all fees charged and the average hourly rate, on the charts attached to this affidavit as <u>Addendum C-1</u>.

      5.    In my opinion, the hourly charges are reasonable for the preparation and handling of this case.

6.   In arriving at my opinion on a reasonable fee in this case, I reviewed Granite's Motion for Attorneys' Fees, including the attached invoices and affidavit of Paul Trahan along with the various addenda attached to Mr. Trahan's affidavit.

7.   I also considered and relied upon the factors set forth and listed in Colorado Rule of Professional Conduct 1.5. In my judgment, the most significant factors in this Rule for the instant case, and the ones to which I have given the greatest weight, are the following: (1) the time and labor required and the skill requisite to perform the legal service properly; (2) the fee customarily charged in the locality for similar service; and (3) the experience, reputation, and ability of the lawyer or lawyers performing the services.

8.   In reaching my conclusion that the hourly fees are reasonable, I also reviewed the fee information found in The Colorado Bar Association 2008 Economics of Law Practice Survey, which is <u>Addendum C-2</u>. According to the information in the Survey, the hourly billing rate for partners in law firms with 30+ partners, the category that fits Fulbright, ranged from $350 at the 75th percentile to $551 at the 95th percentile in 2008. <u>Addendum C-2</u> at 28. The billing rates for of counsel in the same category of firms ranged from $350 at the 75th percentile to $595 at the 95th percentile. *Id.* For associates, hourly rates ranged from $318 at the 75th percentile to $420 in the 95th percentile. *Id.* Based on the information in the 2008 survey, and my familiarity with billing rates in the Denver area, I conclude that the hourly rates charged by Fulbright in this cause are reasonable. None of the hourly rates billed by Fulbright attorneys exceed the ranges of rates for similar-sized firms reported in the 2008 survey.

Further affiant sayeth not.

_____
Osborne J. Dykes

SUBSCRIBED AND SWORN TO before me on this 16th day of September, 2011, to witness my hand and seal of office.

_____
NOTARY PUBLIC, State of Colorado

SUSAN QUINN
Notary Public
State of Colorado

86140212.1

-3-