# ADDENDUM C-1

# Granite v. Alberta - Summary of Fees Expenses Relating to Escrow Claims

| Invoice # | Invoice Date | Escrow Related Hours | Escrow Related Fees | Escrow Related Expenses | Total Fees & Expenses | General Description of Work |
|---|---|---|---|---|---|---|
| 10975747 | 04/14/2009 | 2.50 | $ 1,147.50 | $ - | $ 1,147.50 | Initial investigation of claims, assess and prepare demands to Land Title |
| 10982815 | 05/11/2009 | 41.15 | $ 16,939.65 | $ 258.99 | $ 17,198.64 | Continued investigation, research claims, prepare complaint, confer with opposing counsel |
| 10993023 | 06/12/2009 | 16.35 | $ 6,234.33 | $ 725.75 | $ 6,960.08 | Research remedies, confer with Land Title, prepare report to client, review answer & counterclaims, prepare summary of agreements and timeline |
| 11000150 | 07/09/2009 | 18.95 | $ 7,564.58 | $ 72.51 | $ 7,637.09 | Confer with opposing counsel, address scheduling issues, legal research, prepare settlement statement for magistrate |
| 11010482 | 08/12/2009 | 19.65 | $ 7,132.99 | $ 559.52 | $ 7,692.51 | Initial disclosures, Pretrial Order, Settlement Statement, Confer with Land Title, Scheduling Hearing, Assess Defendants' Disclosures, Confer on Disclosures |
| 11018185 | 09/09/2009 | 1.80 | $ 663.00 | $ - | $ 663.00 | Assess Status & Discovery |
| 11018175 | 09/09/2009 | 0.80 | $ 406.30 | $ - | $ 406.30 | Protective Order, Confer with Opposing Counsel |
| 11025990 | 10/08/2009 | 38.40 | $ 10,110.75 | $ - | $ 10,110.75 | Protective Order Assessment, Motion, Discussions & Hearing, Settlement Assessment, Document Production |

# Granite v. Alberta - Summary of Fees Expenses Relating to Escrow Claims

| Invoice # | Invoice Date | Escrow Related Hours | Escrow Related Fees | Escrow Related Expenses | Total Fees & Expenses | General Description of Work |
|---|---|---|---|---|---|---|
| 11037080 | 11/11/2009 | 5.70 | $ 1,742.92 | $ - | $ 1,742.92 | Assess Status & Discovery |
| 11045862 | 12/11/2009 | 0.60 | $ 181.08 | $ - | $ 181.08 | Prepare Discovery |
| 11052436 | 01/12/2010 | 84.50 | $ 29,259.98 | $ (485.70) | $ 28,774.28 | Assess & Repond to Alberta Summary Judgment, Interview Witnesses, Review Discovery Requests, Confer w/ Opposing Counsel re: Discovery Disputes, Prepare Summary Judgment Response w/ Evidence |
| 11061048 | 02/12/2010 | 251.20 | $ 102,722.08 | $ 1,037.87 | $ 103,759.95 | Review Alberta documents, Review of Granite Documents for Production to Alberta, Prepare for and Take Depositions, Settlement Discussions, Prepare for and Defend Depositions, Discovery Disputes, Interpleader Issues, Surreply to Summary Judgment, Mass Document Review |
| 11067197 | 03/08/2010 | 407.70 | $ 125,307.39 | $ 7,056.19 | $ 132,363.58 | Mass Document Review in Response to Alberta Discovery, Privilege Review of Documents, Take Depositions, Discovery Disputes |
| 11075192 | 04/09/2010 | 64.65 | $ 25,346.79 | $ 2,193.58 | $ 27,540.37 | Take Depositions, Discovery Disputes, Prepare Witnesses for Depositions, |
| 11083128 | 05/10/2010 | 118.55 | $ 52,810.71 | $ 4,430.09 | $ 57,240.80 | Prepare for & Attend Settlement Conference, Prepare & Defend Depositions, Interpleader Issues |

# Granite v. Alberta - Summary of Fees Expenses Relating to Escrow Claims

| Invoice # | Invoice Date | Escrow Related Hours | Escrow Related Fees | Escrow Related Expenses | Total Fees & Expenses | General Description of Work |
|---|---|---|---|---|---|---|
| 11093316 | 06/09/2010 | 5.70 | $ 2,495.17 | $ 5,746.32 | $ 8,241.49 | Escrow Issues, Settlement Strategy |
| 11102107 | 07/12/2010 | 13.90 | $ 5,880.30 | $ 4,356.86 | $ 10,237.16 | Pretrial Order, Settlement, Escrow Funds Issues |
| 11109197 | 08/09/2010 | 20.80 | $ 32,228.17 | $ 3,400.96 | $ 35,629.13 | Pretrial Order, Exhibit & Witness Lists, Review Settlement Issues, Settlement Memo |
| 11117085 | 09/09/2010 | 12.40 | $ 63.75 | $ - | $ 63.75 | Alberta's Motion to Expedite |
| 11127431 | 10/13/2010 | 12.40 | $ 5,655.90 | $ - | $ 5,655.90 | Prepare for & Attend Settlement Conference |
| 11136366 | 11/12/2010 | 6.90 | $ 2,425.05 | $ - | $ 2,425.05 | Settlement, Trial Logistics |
| 11145137 | 12/14/2010 | 10.90 | $ 1,290.30 | $ 3,403.12 | $ 4,693.42 | Interpleader of Funds, Trial Logistics |
| 11151559 | 01/12/2011 | 13.50 | $ 6,248.35 | $ 3,400.00 | $ 9,648.35 | Trial Prep, Status Conference, Pretrial Matters, Motion in Limine |
| 11158183 | 02/09/2011 | 212.10 | $ 15,615.35 | $ 78.17 | $ 15,693.52 | Pretrial Motions, Amended Complaint, Prepare Exhibits, Settlement Discussions, Damages Statement, Voir Dire Questions |
| 11167414 | 03/10/2011 | 17.00 | $ 95,429.07 | $ 7,167.75 | $ 102,596.82 | Prepare for and Attend Trial, Review Pretrial Submissions, Exhibit Objections, Witness Outlines, Witness Preparation, Findings of Fact & Conclusions of Law, Written Closing |
| 11174413 | 04/12/2011 | 79.60 | $ 8,815.94 | $ 5,083.14 | $ 13,899.08 | Research Attorneys' Fees & Post-trial Issues |

# Granite v. Alberta - Summary of Fees Expenses Relating to Escrow Claims

| Invoice # | Invoice Date | Escrow Related Hours | Escrow Related Fees | Escrow Related Expenses | Total Fees & Expenses | General Description of Work |
|---|---|---|---|---|---|---|
| 11184051 | 05/13/2011 | 10.60 | $ 12,536.22 | $ 6,157.68 | $ 18,693.90 | Post-trial Issues including Review of Transcript, Revising Proposed Findings of Fact and Conclusions of Law |
| 11184301 | 05/13/2011 | 1.20 | $ 418.20 | $ - | $ 418.20 | Prepare Claim for Attorneys' Fees |
| 11192319 | 06/13/2011 | 2.50 | $ 1,312.50 | $ - | $ 1,312.50 | Post-Trial Issues |
| 11192438 | 06/13/2011 | 5.90 | $ 2,419.00 | $ - | $ 2,419.00 | Prepare Claim for Attorneys' Fees |
| | **Sub-total** | **1,497.90** | **$ 580,403.32** | **$ 54,642.80** | **$ 635,046.12** | |
| | | | | | | |
| | **Fees Not Yet Invoiced** | 109.50 | $ 38,879.00 | $ - | $ 38,879.00 | Assess Ruling, Prepare Atty. Fees Request w/ supporting evidence & Confer w/ Land Title |
| | | | | | | |
| | **Estimate of Future Fees** | 30.00 | $ 12,000.00 | $ - | $ 12,000.00 | Pursue Atty. Fees & Collection of judgment |
| | | | | | | |
| | **Total** | **1,637.40** | **$ 631,282.32** | **$ 54,642.80** | **$ 685,925.12** | |
| | | | | | | |
| | **Average Rate** | $ 385.54 | | | | |

## Granite v. Alberta - Document Review Summary

| Month | Timekeeper | Rate Charged | Hours | Fees |
|---|---|---|---|---|
| Feb-10 | | | | |
| | Jennifer Sherrill | $ 403.75 | 24.80 | $ 10,013.00 |
| | Tamsen Barrett | $ 267.75 | 0.70 | $ 187.43 |
| | Holly Kipp | $ 229.50 | 0.50 | $ 114.75 |
| | Todd Hambidge | $ 289.00 | 0.70 | $ 202.30 |
| | S.A. Hayden Briggle | $ 216.75 | 0.50 | $ 108.38 |
| | Jerod Neas | $ 216.75 | 0.50 | $ 108.38 |
| | Chris Weimer | $ 195.50 | 0.60 | $ 117.30 |
| | Tracy Stewart | $ 195.50 | 0.60 | $ 117.30 |
| | Leaf McGregor | $ 182.75 | 0.80 | $ 146.20 |
| | Paralegal Personnel | | | |
| | Paula Miller | $ 140.25 | 2.00 | $ 280.50 |
| | Mary Murchison | $ 119.00 | 0.20 | $ 23.80 |
| Mar-10 | | | | |
| | Jennifer Sherrill | $ 403.75 | 102.80 | $ 41,505.50 |
| | Tamsen Barrett | $ 267.75 | 39.60 | $ 10,602.90 |
| | Holly Kipp | $ 229.50 | 58.90 | $ 13,517.55 |
| | Todd Hambidge | $ 289.00 | 19.30 | $ 5,577.70 |
| | S.A. Hayden Briggle | $ 216.75 | 123.00 | $ 26,660.25 |
| | Jerod Neas | $ 216.75 | 111.30 | $ 24,124.28 |
| | Chris Weimer | $ 195.50 | 35.20 | $ 6,881.60 |
| | Tracy Stewart | $ 195.50 | 27.50 | $ 5,376.25 |
| | Leaf McGregor | $ 182.75 | 13.50 | $ 2,467.13 |
| | Travis Siebeneicher | $ 297.50 | 59.50 | $ 17,701.25 |
| | | **TOTALS** | **622.50** | **$ 165,833.73** |
| | | **50% Discount** | **311.25** | **$ 82,916.86** |
| | | **Avg Rate** | | **$ 266.40** |

**Granite v. Alberta - Summary of Hours, Fees, and Rates for Core Team**

| Month | Timekeeper | Discounted Rate (15%)* | Escrow Hours | Fees for Escrow Claims |
|---|---|---|---|---|
| Mar-09 | | | | |
| | Paul Trahan | $ 459.00 | 2.50 | $ 1,147.50 |
| Apr-09 | | | | |
| | Jeff Dykes | $ 552.50 | 4.40 | $ 2,431.00 |
| | Jane Smith | $ 480.25 | 7.20 | $ 3,457.80 |
| | Paul Trahan | $ 433.50 | 19.55 | $ 8,474.93 |
| | Bryan Patrick | $ 301.75 | 6.20 | $ 1,870.85 |
| | Ben Vetter | $ 289.00 | 1.30 | $ 375.70 |
| May-09 | | | | |
| | Jeff Dykes | $ 552.50 | 1.00 | $ 552.50 |
| | Jane Smith | $ 480.25 | 2.70 | $ 1,296.68 |
| | Paul Trahan | $ 433.50 | 4.65 | $ 2,015.78 |
| | Bryan Patrick | $ 301.75 | 4.50 | $ 1,357.88 |
| | Ben Vetter | $ 289.00 | 3.50 | $ 1,011.50 |
| Jun-09 | | | | |
| | Jeff Dykes | $ 552.50 | 3.00 | $ 1,657.50 |
| | Jane Smith | $ 480.25 | 0.70 | $ 336.18 |
| | Paul Trahan | $ 433.50 | 7.85 | $ 3,402.98 |
| | Bryan Patrick | $ 301.75 | 2.30 | $ 694.03 |
| | Ben Vetter | $ 289.00 | 5.10 | $ 1,473.90 |
| Jul-09 | | | | |
| | Jeff Dykes | $ 552.50 | 2.30 | $ 1,270.75 |
| | Jane Smith | $ 480.25 | 1.60 | $ 768.40 |
| | Paul Trahan | $ 433.50 | 7.70 | $ 3,337.95 |
| | Bryan Patrick | $ 301.75 | 2.85 | $ 859.99 |
| | Ben Vetter | $ 289.00 | 5.20 | $ 1,502.80 |
| Aug-09 | | | | |
| | Jeff Dykes | $ 552.50 | 0.50 | $ 276.25 |
| | Jane Smith | $ 480.25 | 0.00 | $ - |
| | Paul Trahan | $ 433.50 | 0.60 | $ 260.10 |
| | Bryan Patrick | $ 301.75 | 0.00 | $ - |
| | Ben Vetter | $ 289.00 | 1.50 | $ 433.50 |
| Sep-09 | | | | |
| | Jeff Dykes | $ 552.50 | 0.20 | $ 110.50 |
| | Jane Smith | $ 480.25 | 0.60 | $ 288.15 |
| | Paul Trahan | $ 433.50 | 9.90 | $ 4,291.65 |
| | Bryan Patrick | $ 301.75 | 5.50 | $ 1,659.63 |
| | Ben Vetter | $ 289.00 | 0.00 | $ - |
| Oct-09 | | | | |
| | Jeff Dykes | $ 552.50 | 0.00 | $ - |
| | Jane Smith | $ 480.25 | 0.50 | $ 240.13 |
| | Paul Trahan | $ 433.50 | 0.00 | $ - |
| | Bryan Patrick | $ 301.75 | 0.00 | $ - |
| | Ben Vetter | $ 289.00 | 5.20 | $ 1,502.80 |
| Nov-09 | | | | |
| | Bryan Patrick | $ 301.75 | 0.60 | $ 181.05 |
| Dec-09 | | | | $ - |
| | Jeff Dykes | $ 552.50 | 3.30 | $ 1,823.25 |
| | Jane Smith | $ 480.25 | 4.70 | $ 2,257.18 |
| | Paul Trahan | $ 433.50 | 17.90 | $ 7,759.65 |
| | Bryan Patrick | $ 301.75 | 38.00 | $ 11,466.50 |
| | Ben Vetter | $ 289.00 | 20.60 | $ 5,953.40 |
| Jan-10 | | | | |
| | Jeff Dykes | $ 552.50 | 9.40 | $ 5,193.50 |
| | Jane Smith | $ 505.75 | 21.00 | $ 10,620.75 |

| Month | Timekeeper | Discounted Rate (15%)* | Escrow Hours | Fees for Escrow Claims |
|---|---|---|---|---|
| | Paul Trahan | $ 454.75 | 84.00 | $ 38,199.00 |
| | Bryan Patrick | $ 318.75 | 105.40 | $ 33,596.25 |
| | Ben Vetter | $ 301.75 | 14.45 | $ 4,360.29 |
| Feb-10 | | | | |
| | Jeff Dykes | $ 552.50 | 0.00 | $ - |
| | Jane Smith | $ 505.75 | 19.60 | $ 9,912.70 |
| | Paul Trahan | $ 454.75 | 5.50 | $ 2,501.13 |
| | Bryan Patrick | $ 318.75 | 86.20 | $ 27,476.25 |
| | Ben Vetter | $ 301.75 | 0.30 | $ 90.53 |
| Mar-10 | | | | |
| | Jeff Dykes | $ 552.50 | 14.70 | $ 8,121.75 |
| | Jane Smith | $ 505.75 | 4.20 | $ 2,124.15 |
| | Paul Trahan | $ 454.75 | 3.55 | $ 1,614.36 |
| | Bryan Patrick | $ 301.75 | 36.20 | $ 10,923.35 |
| | Ben Vetter | $ 301.75 | 0.30 | $ 90.53 |
| Apr-10 | | | | |
| | Jane Smith | $ 505.75 | 39.65 | $ 20,052.99 |
| | Paul Trahan | $ 454.75 | 57.70 | $ 26,239.08 |
| | Bryan Patrick | $ 318.75 | 19.50 | $ 6,215.63 |
| May-10 | | | | |
| | Jane Smith | $ 505.75 | 2.90 | $ 1,466.68 |
| | Paul Trahan | $ 454.75 | 1.00 | $ 454.75 |
| | Bryan Patrick | $ 318.75 | 1.80 | $ 573.75 |
| Jun-10 | | | | |
| | Jeff Dykes | $ 552.50 | 4.50 | $ 2,486.25 |
| | Jane Smith | $ 505.75 | 0.40 | $ 202.30 |
| | Paul Trahan | $ 454.75 | 2.95 | $ 1,341.51 |
| | Bryan Patrick | $ 318.75 | 1.45 | $ 462.19 |
| | Ben Vetter | $ 301.75 | 4.60 | $ 1,388.05 |
| Jul-10 | | | | |
| | Jeff Dykes | $ 552.50 | 4.65 | $ 2,569.13 |
| | Jane Smith | $ 505.75 | 13.60 | $ 6,878.20 |
| | Paul Trahan | $ 454.75 | 13.10 | $ 5,957.23 |
| | Bryan Patrick | $ 318.75 | 33.00 | $ 10,518.75 |
| | Ben Vetter | $ 301.75 | 5.60 | $ 1,689.80 |
| Aug-10 | | | | |
| | Bryan Patrick | $ 318.75 | 0.20 | $ 63.75 |
| Sep-10 | | | | |
| | Jane Smith | $ 505.75 | 1.40 | $ 708.05 |
| | Paul Trahan | $ 454.75 | 10.60 | $ 4,820.35 |
| | Bryan Patrick | $ 318.75 | 0.40 | $ 127.50 |
| Oct-10 | | | | |
| | Jeff Dykes | $ 552.50 | 0.50 | $ 276.25 |
| | Jane Smith | $ 505.75 | 0.00 | $ - |
| | Paul Trahan | $ 454.75 | 0.80 | $ 363.80 |
| | Bryan Patrick | $ 318.75 | 5.60 | $ 1,785.00 |
| Nov-10 | | | | |
| | Jane Smith | $ 505.75 | 1.50 | $ 758.63 |
| | Paul Trahan | $ 454.75 | 9.00 | $ 4,092.75 |
| | Bryan Patrick | $ 318.75 | 0.10 | $ 31.88 |
| | Ben Vetter | $ 301.75 | 0.30 | $ 90.53 |
| Dec-10 | | | | |
| | Jeff Dykes | $ 552.50 | 4.30 | $ 2,375.75 |
| | Jane Smith | $ 505.75 | 0.70 | $ 354.03 |
| | Paul Trahan | $ 454.75 | 6.10 | $ 2,773.98 |
| | Bryan Patrick | $ 318.75 | 1.20 | $ 382.50 |

| Month | Timekeeper | Discounted Rate (15%)* | Escrow Hours | Fees for Escrow Claims |
|---|---|---|---|---|
| Jan-11 | Ben Vetter | $ 301.75 | 1.20 | $ 362.10 |
| | Jeff Dykes | $ 552.50 | 11.60 | $ 6,409.00 |
| | Jane Smith | $ 531.25 | 0.80 | $ 425.00 |
| | Paul Trahan | $ 488.75 | 5.60 | $ 2,737.00 |
| | Bryan Patrick | $ 348.50 | 6.10 | $ 2,125.85 |
| Feb-11 | Ben Vetter | $ 306.00 | 1.00 | $ 306.00 |
| | Lucy Arnold | $ 212.50 | 17.00 | $ 3,612.50 |
| | Jeff Dykes | $ 552.50 | 47.90 | $ 26,464.75 |
| | Jane Smith | $ 531.25 | 9.20 | $ 4,887.50 |
| | Paul Trahan | $ 488.75 | 96.70 | $ 47,262.13 |
| | Bryan Patrick | $ 348.50 | 9.10 | $ 3,171.35 |
| Mar-11 | Lucy Arnold | $ 212.50 | 49.20 | $ 10,455.00 |
| | Jeff Dykes | $ 552.50 | 0.50 | $ 276.25 |
| | Paul Trahan | $ 488.75 | 0.30 | $ 146.63 |
| Apr-11 | Bryan Patrick | $ 348.50 | 0.30 | $ 104.55 |
| | Jeff Dykes | $ 552.50 | 1.60 | $ 884.00 |
| | Paul Trahan | $ 488.75 | 18.10 | $ 8,846.38 |
| | Bryan Patrick | $ 348.50 | 3.10 | $ 1,080.35 |
| May-11 | Lucy Arnold | $ 212.50 | 9.00 | $ 1,912.50 |
| | Jeff Dykes | $ 552.50 | 0.50 | $ 276.25 |
| | Paul Trahan | $ 488.75 | 1.50 | $ 733.13 |
| | Bryan Patrick | $ 348.50 | 5.90 | $ 2,056.15 |
| | Lucy Arnold | $ 212.50 | 0.50 | $ 106.25 |
| | | **TOTALS** | **1156.30** | **$ 464,766.40** |

*NB: The discount in March 2009 is of 10%, not 15%.

**Average Rate** $ **401.94**