EXHIBIT D

# FULBRIGHT & Jaworski L.L.P.

## BIOGRAPHY: Paul Trahan



**Paul Trahan**
ptrahan@fulbright.com
D: +1 512 536 5288

**Austin**
98 San Jacinto Boulevard
Suite 1100
Austin, TX 78701-4255
T: +1 512 474 5201
F: +1 512 536 4598

**Industries**
- *Banking and Finance*
- *Construction and Building Materials*
- *Government*
- *Real Estate*
- *Semiconductor*
- *Motor Vehicle*
- *Technology*
- *Transportation*

**Paul Trahan**
**Partner**

### AREAS OF CONCENTRATION

- Complex Commercial Litigation
- High Tech Litigation
- Real Estate & Construction Litigation
- Trade Secret
- Copyright & Patent Litigation
- Injunctions & Extraordinary Remedies
- Product Liability Litigation
- Class Action Litigation
- Texas Public Information Act Litigation
- Fiduciary Litigation

### EXPERIENCE

As a partner in Fulbright & Jaworski's Austin office, Paul Trahan's litigation practice is focused on complex commercial matters in a variety of industries, including technology, real estate, construction, banking, motor vehicle, health care, mining and retail.

Paul has significant jury trial, bench trial and arbitration experience. He has represented corporate clients across the country, handling all aspects of pretrial and trial work. Paul attempts to bring common sense and creativity to the table along with his passion for the courtroom.

Prior to attending law school and joining Fulbright & Jaworski, Paul was a commercial banker in Houston, Texas.

### REPRESENTATIVE EXPERIENCE

- Take nothing judgment for a hospital holding company following a jury trial and appeal to the Texas Supreme Court

- Take nothing judgment for a motor vehicle manufacturer following a jury trial

- Favorable plaintiff's verdict for a Mexican transport company against a multi-national company, including findings of fraud and breach of contract

- Summary Judgment in favor of a lottery services provider against a former consultant, successfully disposing of the entire case

- Summary Judgment in favor of a city in a death case, successfully disposing of the entire case

- Injunction preventing disclosure of proprietary commercial information under the Public Information Act in response to a competitor's request

- Injunction preventing disclosure of personal information under the Public Information Act in response to media requests

- Favorable ruling in Bankruptcy Court following trial of a dispute over an

## FULBRIGHT & Jaworski L.L.P.

## BIOGRAPHY: Paul Trahan

aircraft

- Transfer of venue in a class action lawsuit, resulting in plaintiff's dismissal of the entire case

- Appointment and successful representation of a receiver in managing and liquidating an internet banking company

- Successful defense of a court reporting company before its governing state agency

- Injunctions and appointment of receivers in various pre-foreclosure proceedings, including appointment of federal court receiver regarding properties in multiple states

- Successful representations of a pipeline company and transmission company in condemnation proceedings

- Dismissal of a foreign defendant for lack of jurisdiction in a commercial dispute

**PROFESSIONAL ACTIVITIES AND MEMBERSHIPS**
- Federal Bar Association

- State Bar of Texas

- Texas Bar Association

- Texas Bar Foundation (by invitation, <1% of Texas attorneys)

- Austin Bar Association (Judicial Affairs Committee)

**EDUCATIONAL BACKGROUND**
1997 - J.D., The University of Texas School of Law
1988 - M.B.A., Finance concentration, The University of Texas
1985 - B.A., cum laude, English major, French minor, Texas A&M University

While in law school, Paul served as a law clerk, served on the Board of Texas Law Fellowships and was active in trial advocacy competitions.

**INTERESTS**
Paul enjoys spending time with his family, fishing, cooking and following sports.

**CIVIC INVOLVEMENT**
- Diversity Mentoring Program

- Eanes Education Foundation, past President and Board Member

- Volunteer Legal Services, Board of Directors

- Leadership Austin

- High School mentor

- Special Education Parent Clinic volunteer

*Austin*
*Beijing*
*Dallas*
*Denver*
*Dubai*
*Hong Kong*
*Houston*
*London*
*Los Angeles*
*Minneapolis*
*Munich*
*New York*
*Pittsburgh-*
*Southpointe*
*Riyadh*
*San Antonio*
*St Louis*
*Washington, D.C.*



**FULBRIGHT** *& Jaworski L.L.P.*

## BIOGRAPHY: Osborne J. Dykes, III

**Osborne J. Dykes, III**
**Of Counsel, Denver**

### AREAS OF CONCENTRATION

- Litigation
- Energy
- Environmental
- Construction

- Contract
- Tort
- Libel and Slander

### EXPERIENCE

Jeff Dykes' practice as a trial lawyer has covered a wide range of cases, including energy, environmental, tort, contract, and construction matters. He has tried over seventy cases to jury verdict and he is certified as a Specialist in Civil Trial Law by the Texas Board of Legal Specialization.

Significant cases include:

- Representation of an owner of a nuclear power plant in litigation against the architect-engineer-constructor and the project manager for cost and schedule overruns. The appeal of one aspect of this litigation is reported as *City of Austin v. Houston Lighting and Power Co.*, 844 S.W. 2d 773 (Tex. App-- Dallas 1992, writ denied)

- Representation of major airline company in defense of suit by partners for alleged failure to properly manage project to develop state-of-the-art software for hospitality industry

- Lead counsel for waste disposal company in suit against environmental insurance company for bad faith denial of claims

- Lead counsel for a pipeline company against three gas producers in a fraud suit to terminate a long-term gas purchase contract

- Lead counsel for major oil and gas company in binding arbitration against royalty owners involving valuation of the royalty interest

- Lead counsel for a chemical company in a defamation suit involving patent and technology rights

- Lead counsel for oil and gas company in suit by state environmental agency for recovery of remediation expense; appeal is reported as *In the Matter of Crystal Oil Co.*, 158 F.3d 291 (5th Cir. 1998)

- Lead counsel for oil and gas company in suit by state highway department for environmental clean-up costs; appeal of one aspect of the case in reported as *Louisiana Department of Transportation and Development v. Kansas City Southern Railway*, 827 So. 2d 443 (La. App. 2d Cir. 2002), *rev'd* 846 So. 2d 734 (2003)

- Lead counsel for oilfield services company in toxic tort suit by over 1,000 plaintiffs for alleged personal injuries and diminution of property values

- Lead counsel for coal mining and quarry companies in antitrust price-fixing suit against manufacturers of commercial explosives

---

**Osborne J. Dykes, III**
jdykes@fulbright.com

**Denver**
Republic Plaza
370 17th Street
Suite 2150
Denver, CO 80202-5638
D: +1 303 801 2745
T: +1 303 801 2700
F: +1 303 801 2777

**Houston**
Fulbright Tower
1301 McKinney
Suite 5100
Houston, TX 77010-3095
D: +1 713 651 5545
T: +1 713 651 5151
F: +1 713 651 5246

**Experience**
- *First-chair litigator for jury trials*
- *Represents both plaintiffs and defendants*

**Industries**
- *Energy and Utilities*
- *Oil and Petroleum Products*
- *Natural Gas*
- *Pipelines*
- *Insurance*

| FULBRIGHT &Jaworski L.L.P. | BIOGRAPHY: Osborne J. Dykes, III |
|---|---|

- Lead counsel for an oil and gas company in an alleged class action suit in which plaintiff royalty owners claimed intentional undermeasurement of purchased oil on a statewide basis for over a fourteen-year period
- Lead counsel for 22 pipeline companies as plaintiffs against a state port authority and the U.S. Army Corps of Engineers concerning the cost of relocating pipelines to accommodate a federal-state navigation project; appeal is reported as *Air Liquide America Corp. v. U.S. Army Corps of Engineers,* 359 F.3d 358 (5th Cir. 2004) *cert. denied* 125 S.Ct.107 (2004)
- Lead counsel for transmission pipeline companies in suits by municipalities for franchise or "street-crossing" fees
- Lead counsel for a physician staffing company in suit against medical malpractice insurer for bad faith cancellation of coverage; appeal is reported as *Scottsdale Ins. Co. v. National Emergency Services, Inc.,* 175 S.W.3d 284 (Houston [1st Dist.] 2004, *pet. denied*)
- Lead counsel for a Qualified Scheduling Entity in antitrust suits alleging manipulation of the Texas wholesale electricity market.  The appeal of one such case is reported as *Texas Commercial Energy v. TXU Energy, Inc.*, 413 F.3d 503 (5th Cir. 2005) *cert. denied* 126 S.Ct. 1033 (2006)
- Lead counsel for directors of parent company of insolvent HMOs in litigation raising issues of corporate governance and corporate separateness
- Representation of a former owner of an aluminum extrusion plant in an action under CERCLA for  costs to respond to groundwater contamination
- Representation of pipeline company in dispute arising from construction of gas processing plant in Wyoming, in which contractor made claim for additional compensation not covered by change orders
- Lead counsel for exploration and production company in suits by surface owners to compel directional drilling and for surface damages.  In one such case, the trial court's rulings on summary judgment and following trial are reported as *Zeiler Farms, Inc. v. Anadarko E&P Company et al.*, 2009 WL 890716 and 2010 WL 2681724 (D. Colo.)
- Representation of oil and gas operator in suit for damages allegedly caused by subsurface trespass and migration of coal bed methane gas
- Representation of NASCAR racetrack owner in suit for breach of contract to sell racetrack
- Representation of individual in *quantum meruit* suit against Las Vegas Sands, Inc. to recover value of services in obtaining gaming license in Macau.  An appeal of this case is reported as *Las Vegas Sands, Inc. v. Suen*, 2010 WL 4673567 (Nevada)
- Representation of title insurance company in suit for policy proceeds and bad faith
- Representation of major interstate pipeline company in suit for breach of contract against Minerals Management Service of U.S. Department of Interior
- Lead counsel for major health insurance company in trademark infringement suit

| FULBRIGHT &Jaworski L.L.P. | BIOGRAPHY: Osborne J. Dykes, III |
|---|---|

**PROFESSIONAL ACTIVITIES AND MEMBERSHIPS**
- Colorado Bar Association
- The Rocky Mountain Mineral Law Foundation
- Denver Petroleum Club, Director
- Federal Bar Association, Past President, Southern District of Texas Chapter
- Texas Bar Association
- Texas Association of Civil Trial and Appellate Specialists, Director and Past President

**PROFESSIONAL HONORS**
- American Board of Trial Advocates, Advocate
- "Colorado Super Lawyer," *Law & Politics*
- "Texas Super Lawyer," *Law & Politics*
- *Chambers USA*, ranked among the leading attorneys in Energy & Natural Resources in Texas
- *Legal 500 US*, noted for Energy:  Litigation work (2011)
- *The Best Lawyers in America*
- *Who's Who in American Law*

**PUBLICATIONS**
- Co-author, *Trends In Energy Litigation*, 2007
- Co-author, "Issues Impacting the Energy Industry After the Hurricanes," State Bar of Texas, *Oil, Gas, and Energy Section Report*, December 2005
- Co-author, *Trends In Energy Litigation*, 2004
- "Street Crossing Fees: A Misconceived Attack On The Pipeline Industry," *World Energy*, 1998

**SPEECHES**
- "Surface Owners vs. Mineral Lessees," Denver Petroleum Club, March 2008
- "Duties of Directors," Fulbright & Jaworski L.L.P. Client Seminar, Denver, Colorado, September 2007
- "Getting Ahead of the Game: Planning for E-Discovery Before Litigation Happens," Fulbright & Jaworski L.L.P. Client Seminar, Denver, Colorado, May 2007
- "Oil and Gas Development in the Rockies: The Risks and Rewards," Fulbright & Jaworski L.L.P. and IPAMS Client Seminar, Panel Moderator, Denver, Colorado, October 2006
- "Current Issues in Gas Marketing, Civil and Criminal Perspectives," Fulbright & Jaworski L.L.P. Client Seminar, Panel Moderator, Denver, Colorado, September 2006
- "The Energy Industry After the Hurricanes: Dealing with Storms of Controversy and Private Law," Fulbright & Jaworski L.L.P. Client Seminar, Panel Moderator, Houston, Texas, November 2005

| FULBRIGHT<br>& Jaworski L.L.P. | BIOGRAPHY: Osborne J. Dykes, III |
|---|---|

- "Best Practice: Establish a Records Management Policy - And Designate One Person Who Is Truly Responsible," Panelist, Martindale-Hubbell Counsel-to-Counsel Forum, Houston, Texas, November 2005
- "Directors' Duties in the Zone Of Insolvency," Financial Executives International, Houston, Texas, September 2004
- "Cities versus Pipelines: Issues On And Below The Surface,"  Fulbright & Jaworski L.L.P. Client Seminar, Houston, Texas, May 2004
- "Energy Litigation Trends 2004," Fulbright & Jaworski L.L.P. Client Seminar, Panel Moderator, Houston, Texas, April 2004
- "Changing The Rules (State and Federal)," El Paso Corporation, Legal Department, Houston, Texas, February 2004

**EDUCATIONAL BACKGROUND**

1972 - J.D., University of Texas School of Law
1968 - M.A., Humanities and German, Stanford University
1966 - B.A., with distinction, Germanic Languages, Stanford University

While attending Stanford University, Jeff was elected to Phi Beta Kappa. He attended the Free University of Berlin on an exchange graduate fellowship. While attending law school, he was elected to the Order of the Coif and the *Texas Law Review*. In 1972-73, Jeff served as a law clerk for the Honorable Homer Thornberry of the United States Court of Appeals for the Fifth Circuit.

Jeff is admitted to the bar in Colorado and Texas, and he is admitted to practice before the United States Supreme Court, the U.S. Courts of Appeals for the Fifth, Tenth, and Eleventh Circuits, and the U.S. District Courts for the District of Colorado and the Southern, Eastern, and Northern Districts of Texas.

**INTERESTS**

Jeff is an avid bicyclist and a founding member of the Rocket Sprockets cycling team.  He has completed  the 500-mile "Pedal The Peaks" tour of the Rockies, twelve MS 150 bicycle tours from Houston to Austin (182 miles), and the 120-mile "Triple Bypass" and the 80-mile "Copper Triangle" in Colorado.

**LANGUAGE CAPABILITIES**

- German – Fluent
- French – Limited Proficiency

*Austin*
*Beijing*
*Dallas*
*Denver*
*Dubai*
*Hong Kong*
*Houston*
*London*
*Los Angeles*
*Minneapolis*
*Munich*
*New York*
*Riyadh*
*San Antonio*
*St Louis*
*Washington, D.C.*

8/12/11

# FULBRIGHT
## *& Jaworski L.L.P.*

## BIOGRAPHY: Jane Snoddy Smith



**Jane Snoddy Smith**
jsmith@fulbright.com
D: +1 512 536 5238

**Austin**
98 San Jacinto Boulevard
Suite 1100
Austin, TX 78701-4255
T: +1 512 474 5201
F: +1 512 536 4598

**Experience**
- *Complex multi-state and multi-national transactions and FCPA*
- *Extensive shopping center transactions*
- *All types of lending secured by real estate*
- *Retail, multi-family, mixed use hotel, residential & office development*
- *Compliance, ADA, FHA, Land use regulation and impact fees*
- *Brownfield redevelopments wind and alternative energy LEED green building*

**Industries**
- *Real Estate*
- *Banking and Finance*
- *Construction and Building Materials*
- *Retail*
- *Energy and Utilities*
- *Health Care Products and Services*

**Jane Snoddy Smith**
**Partner**

*"Creative business solutions and sound risk management strategies"*

### AREAS OF CONCENTRATION

- Real Estate
- Real Estate Tax
- Retail and Mixed Use Developments
- Environmental
- Structured and Project Finance

- Climate Change
- Energy
- Health Care
- Wind and Solar Energy

### EXPERIENCE

Jane Smith's practice focuses on transactional law with a concentration in commercial real estate. Her broad range of experience extends to the:

- Creation of joint ventures for multi-family, retail and office projects
- Sale of industrial and office properties
- Evaluation of distressed properties
- Formation of urban redevelopment and public private partnerships
- Evaluation of alternative energy projects
- Operation of shopping centers
- Negotiation of office, industrial, and retail space leases
- Development of medical office buildings
- Construction of mixed use and brownfield projects

Jane has extensive expertise in shopping centers, having worked on transactions involving more than 130 regional, million-plus square foot centers in more than 34 states. She also has experience with equity investments in real estate, all types of lending secured by real estate representing life insurance companies, national banking associations and investment funds.

She represents clients on a range of complex multi-state and multi-national transactions. Her client counsel includes tax advantage strategies for investment property, the redevelopment of manufacturing sites into commercial uses, in-fill and mixed-used development and dispositions of properties needing remedial action plans.

Her clients have included banking institutions, hospitals, real estate investment trusts (REITs), national insurance companies, pension fund advisors, national real

| FULBRIGHT &Jaworski L.L.P. | BIOGRAPHY: Jane Snoddy Smith |
|---|---|

estate and energy developers and big box and department store retailers.

She has advised clients in all areas of compliance, including FCPA, land use regulation and development, including Brownfield No Further Action letters, zoning, taxation, green building (LEED), ADA and FHA accessibility standards, air rights, wind energy, public parks, public art and impact fees.

**REPRESENTATIVE EXPERIENCE**

Jane's recent projects include representing:

- One of the largest public retirement systems in a transaction recognized nationally as a mega deal and only one of few to close since the credit markets froze in the purchase of a portfolio of over ninety buildings containing more than 9 million square feet of industrial property located in nine states. The innovative structure guaranteed a closing without requiring the purchaser to select properties or to allocate the purchase price until just before closing.

- A national investment advisor to a state pension fund in the Midwest in the build-to-suit acquisition of multi-family housing in a city planned redevelopment project financed through tax abatements. City resolutions were successfully obtained so that all contract milestones were achieved on time.

- A Canadian developer in the development, sale and financing of a regional shopping center with an associated planned residential, office and industrial community in the southeast involving a master plan of easements to divert existing waterways and control flooding in conjunction with the U.S. Army Corps of Engineers. All government permits were obtained and a layer of multiple covenant and restriction agreements permitted the development of the properties. The diversion of water also provided a recreational lake.

- The nation's second largest bank in the finance of a U.S. REIT's acquisition of a substantial portion of the U.S. retail assets of a Dutch holding company. This transaction was completed on a fast track basis over a holiday season.

- A national insurance company's foreign investment fund in the sale of a retail shopping center in Chicago prior to the completion of a Remedial Action Plan and receipt of a No Further Action letter. The client was able to close the fund as scheduled.

- A pension fund advisor in the acquisition of a historic downtown Boston office building involving zoning issues and neighboring redevelopment concerns. The client was able to complete acquisitions within the quarter, allowing them to meet financial projections.

**PROFESSIONAL ACTIVITIES AND MEMBERSHIPS**

- International Council of Shopping Centers

   - Law Conference, Chair (2008)

   - Board (2000 - 2011)

| FULBRIGHT *& Jaworski L.L.P.* | **BIOGRAPHY: Jane Snoddy Smith** |
|---|---|

- CREW Network
  - Trustee, CREW Foundation (2011)
  - Executive Committee and Immediate Past President (2010)
  - President (2009)
  - President Elect (2008)
  - Director (2007 - 2009)
- Founder, Center for Women in Law, University of Texas School of Law (2011)
- CREW Austin, Inc., President (2005)
- The General Counsel Forum - Austin San Antonio Chapter, Secretary (2011)
- *Commercial Leasing and Strategy* - Monthly Newsletter Editorial Board
- American Bar Association - Real Property, Probate and Trust Law Section
- State Bar of Texas
- State Bar of Georgia
- Missouri Bar Association

**PROFESSIONAL HONORS**

- American College of Real Estate Lawyers (ACREL), Fellow
- "Woman of Influence," Real Estate Forum (2008 - 2009)
- *The Best Lawyers in America,* Real Estate Law (2008 - 2011)
- "Texas Super Lawyer," Thomson Reuters, Legal (2008 - 2011)
- "Profiles in Power," Finalist, *Austin Business Journal* (2008)
- Featured in *New York Times* article, "Women in Commercial Real Estate: Reaching Out to a Strong Network in a Weak Economy" (2008)

**PUBLICATIONS**

Jane has published more than 30 articles on numerous topics and presented papers at the International Council of Shopping Centers (ICSC) Conferences, American College of Real Estate Lawyers (ACREL) meeting, the Georgia Real Property Law Institute, Texas Bar Advanced Commercial Real Estate Seminar and the Mortgage Lending Institute.

Some of her recent publications and speeches include:

- "Overreaching by Lenders and Borrowers: How the Terms of Loan Documents Can Become Tangled and Undone," ALI-ABA, August 3, 2011
- "Whether Inside or Outside of the U.S. What You Need to Know to Avoid Compliance Fines and Charges from Your Real Estate Projects", RECon

| FULBRIGHT &Jaworski L.L.P. | BIOGRAPHY: Jane Snoddy Smith |
|---|---|

ICSC Convention, May 23, 2011

- "Show Me the Money - Maximizing your Stimulus Dollars," CREWNetwork, San Francisco, CA, October 22, 2010

- "Pigs Get Fed and Hogs Get Slaughtered - Making Sausage from Butchered Deals," American College of Real Estate Lawyers, Toronto, Canada, October 7, 2010

- "Ten Things I Hate about My last Deal - What to Do Better Next Time: Practical Advice for Real Estate Lawyers," Mortgage Lending Institute, Dallas, TX and Austin, TX, September 24, and October 15, 2010

- "Go Green, Get Green: Environmentally Friendly Buildings May Help Property-Owners Survive," *Scotsman Guide*, January 2010

- "Gains of Building Green in Long Run Can Outweigh Initial Costs," *Austin Business Journal*, November 2009

- "Greening Real Estate Transactions: What Real Estate Attorneys Should Know About Being Green," Advanced Real Estate Strategies, Texas Bar, Sante Fe, NM, October 16, 2009

- "On the Ropes: Commercial Real Estate Relationships in Today's Challenging Climate:  Considerations for Lenders, Landlords, Tenants, and Brokers," CTCAR, Austin, TX, September 25, 2009

- "Career Trends and Critical Job Skills in 2010s," ReCon, Las Vegas, NV, May 19, 2009

- "The Art of Business Conversation in an Increasingly Diverse Business World," ICSC 2008 ReCon, Las Vegas, NV, May 21, 2008; BOMA International Conference, Denver, CO, June 24, 2008; CREW Network Convention, Houston, TX, October 16, 2008

- "Commercial Leases and Acquisitions: Serving the Unique Needs of Real Estate Investors and Users," (CTCAR - CLE) Instructor, Austin, TX, July 17, 2008

- "Joint Venture Investing" , NAREIM (National Association of Real Estate Investment Managers), Senior Officer Asset/Portfolio Management Discussion Forum, Chicago, IL, April 14, 2008

- "Four Things Lawyers Should Know About the Margin Tax," *Texas Lawyer*, February 18, 2008

- "Effective Management of Corporate Real Estate Portfolios," CCIM/IREM Success Series 2007, San Antonio, TX, October 19, 2007

- "Protecting and Attacking Exclusive Use Provisions in Retail Leases," *Commercial Leasing Law & Strategy*, June 2007

- "Recent Developments in Real Estate Law," International Council of Shopping Center Law Conference, Orlando, FL, October 2006

**FULBRIGHT**
*& Jaworski L.L.P.*

# BIOGRAPHY: Jane Snoddy Smith

*Austin*
*Beijing*
*Dallas*
*Denver*
*Dubai*
*Hong Kong*
*Houston*
*London*
*Los Angeles*
*Minneapolis*
*Munich*
*New York*
*Pittsburgh-*
*Southpointe*
*Riyadh*
*San Antonio*
*St Louis*
*Washington, D.C.*

- "How Smart Tenants Lease Brownfields," *Commercial Leasing Law & Strategy*, February 2005
- "Recent Developments in Real Estate Law," International Council of Shopping Center Law Conference, Orlando, FL, October 2006

**EDUCATIONAL BACKGROUND**
1983 - J.D., Emory University School of Law
1976 - M.S., Special Education: Educational & Diagnostic Testing, Vanderbilt University
1975 - B.S., Biology, College of William and Mary

Jane is admitted to practice law in Texas, Georgia and Missouri.

**INTERESTS**
Jane enjoys spending time with her husband and three children. She is dedicated to causes involving the health and development of young adults and advocacy for people with disabilities.

**CIVIC INVOLVEMENT**
- "Fight SMA," a foundation supporting medical research for spinal muscular atrophy, Board Member (1991 - 2009)
- United Way Law Section Women's Leadership Giving Program (1997 - 2011)
- Trained Stephen's Minister



## BIOGRAPHY: Bryan W. Patrick



**Bryan W. Patrick**
bpatrick@fulbright.com
D: +1 512 536 3180

**Austin**
98 San Jacinto Boulevard
Suite 1100
Austin, TX 78701-4255
T: +1 512 474 5201
F: +1 512 536 4598

**Experience**
- *Acquisitions and dispositions*
- *Leases for both landlords and tenants*
- *Real estate development joint ventures*
- *General corporate matters*

**Industries**
- *Real Estate*
- *Construction and Building Materials*
- *Retail*
- *Health Care Products and Services*
- *Insurance*

**Bryan W. Patrick**
**Sr. Associate**

**AREAS OF CONCENTRATION**
- Real Estate
- Corporate

**EXPERIENCE**
Fulbright & Jaworski L.L.P. Associate Bryan Patrick practices in the firm's Austin office. He focuses on corporate and real estate law.

**REPRESENTATIVE EXPERIENCE**

Real Estate:

- Acquisitions and dispositions of warehouses, apartment complexes, shopping centers and various real property assets

- Negotiates leases for both landlords and tenants

- Assists with the formation and negotiation of real estate development joint ventures

Corporate:

- Corporate formation and organization

- Contract preparation and negotiation

- Mergers and acquisitions

- Contract review and due diligence

**PROFESSIONAL ACTIVITIES AND MEMBERSHIPS**
- State Bar of Texas

- Real Estate Council of Austin

**PUBLICATIONS**
- "5 Things to Understand about the Texas Broker's Lien," *CTCAR Newsletter*, December 2009

- "Leveraging Your Lease in These Turbulent Times," *Commercial Leasing Law and Strategy*, November 2009

- "Potential Tax-Saving Tool: The Cost Segregation Study," *Flick Report*, February / March 2008

- "Protecting and Attacking Exclusive Use Provisions in Retail Leases," *Commercial Leasing Law and Strategy*, June 2007

**FULBRIGHT**
*& Jaworski L.L.P.*

## BIOGRAPHY: Bryan W. Patrick

*Austin*
*Beijing*
*Dallas*
*Denver*
*Dubai*
*Hong Kong*
*Houston*
*London*
*Los Angeles*
*Minneapolis*
*Munich*
*New York*
*Pittsburgh-*
*Southpointe*
*Riyadh*
*San Antonio*
*St Louis*
*Washington, D.C.*

**SPEECHES**
- Panelist, "On The Ropes: Commercial Real Estate Relationships in Today's Challenging Climate: Considerations for Lenders, Landlords, Tenants, and Brokers," CTCAR Presentation, Austin, Texas, September 25, 2009

- Panelist, "Commercial Leases and Acquisitions: Serving the Unique Needs of Real Estate Investors and Users," CTCAR and CLBA Presentation, Austin, Texas, July 17, 2008

- Panelist, "Real Estate Development and the Needs of New Corporate America," Lorman Education Seminar, Austin, Texas, February 23, 2007

**EDUCATIONAL BACKGROUND**
2005 - J.D., with honors, University of Texas School of Law
1999 - B.B.A., Accounting, Texas A&M University

While in law school, Bryan was a member of the Texas Law Review. He was admitted to practice law in 2005.

**INTERESTS**
Bryan enjoys college football, basketball and travel.

**CIVIC INVOLVEMENT**
- United Way Capital Area Young Leaders Society (2009 - 2010)

- Mesa Community Church, Apostolic Team Member (2004 - 2009)

- Micah 6 Food Pantry, Volunteer (2006 - 2008)

# FULBRIGHT
## &Jaworski L.L.P.

# BIOGRAPHY: Lucy D. Arnold



**Lucy D. Arnold**
larnold@fulbright.com
D: +1 303 801 2705

**Denver**
Republic Plaza
370 17th Street
Suite 2150
Denver, CO 80202-5638
T: +1 303 801 2700
F: +1 303 801 2777

**Lucy D. Arnold**
**Associate**

**AREAS OF CONCENTRATION**
- Litigation
- Corporate

**EXPERIENCE**
Lucy Arnold joined Fulbright & Jaworski L.L.P.'s New York office in 2007, transferring to the Denver office in 2009. Lucy's practice includes both litigation and corporate matters and is focused on energy related issues.

**REPRESENTATIVE EXPERIENCE**
- Lead counsel in representation of non-U.S. oil and gas exploration and development company in disputes with surface owners

- Lead counsel in representation of non-U.S. energy company entry into participation agreement

- Lead counsel in dispute between participants in a participation agreement and joint operating agreement

- Representation of non-U.S. energy companies in asset acquisitions and corporate acquisitions of U.S. oil and gas assets

- Representation of mid-stream gas company in development of new gas processing contracts

- Lead counsel in representation of local medical management company asserting breach of contract claim

- Lead counsel in defense of brokerage house against unauthorized trading claim

- Representation of major gas pipeline company asserting breach of contract claim against the Department of Interior

- Defense of international pharmaceutical company against failure to warn claim

- Lead counsel in defense of real property seller against claim for breach of contract

- Defense of major brokerage house in arbitration with former broker; successfully argue for expungement of broker's record

- Defense of regional oil producer against claim for breach of contract by surface owner

- Defense of major title insurance company against $4 million claim for bad faith breach of insurance contract

- Lead counsel in defense of major monthly publication against defamation

**FULBRIGHT** *& Jaworski L.L.P.*

## BIOGRAPHY: Lucy D. Arnold

claim

- Representation of minority shareholder in dispute with closely held corporation
- Representation of a Fortune 500 company CEO in state tax audit

**PROFESSIONAL ACTIVITIES AND MEMBERSHIPS**
- Colorado State Bar
- New York State Bar
- Women in Energy
- Women in Sustainable Energy

**PUBLICATIONS**
- "I Didn't Say That!: 'No Oral Modification Clauses in Energy Transactions'," *Western Lands & Energy Newsletter,* March 2011

**EDUCATIONAL BACKGROUND**
2007 - J.D., cum laude and Order of the Coif, University of Washington School of Law
1994 - A.B., cum laude, Harvard University

In law school, Lucy was a managing editor of the *Washington Law Review* and a member of the Student Health Law Organization. She also was a Moot Court Local Mediation Competition winner.

Lucy is admitted to practice law in the states of New York and Colorado, the Southern District of New York and the District of Colorado.

**CIVIC INVOLVEMENT**
- American Red Cross - AmeriCorps, volunteer

*Austin*
*Beijing*
*Dallas*
*Denver*
*Dubai*
*Hong Kong*
*Houston*
*London*
*Los Angeles*
*Minneapolis*
*Munich*
*New York*
*Pittsburgh-*
*Southpointe*
*Riyadh*
*San Antonio*
*St Louis*
*Washington, D.C.*

# FULBRIGHT & Jaworski L.L.P.

## BIOGRAPHY: Benjamin Vetter



**Benjamin Vetter**
bvetter@fulbright.com
D: +1 303 801 2720

**Denver**
Republic Plaza
370 17th Street
Suite 2150
Denver, CO 80202-5638
T: +1 303 801 2700
F: +1 303 801 2777

**Industries**
- *Energy and Utilities*
- *Government*

**Benjamin Vetter**
**Sr. Associate**

**AREAS OF CONCENTRATION**
- Litigation
- Environmental
- Western Lands and Energy Practice
- Appellate

**EXPERIENCE**
Benjamin Vetter joined the Denver office of Fulbright & Jaworski L.L.P. in 2008, where he works primarily in the Western Lands & Energy and Litigation practice groups.

Before joining Fulbright, Benjamin clerked for Justice Nathan B. Coats, Supreme Court of Colorado, and the Honorable Harris L Hartz, United States Court of Appeals for the Tenth Circuit. Between his clerkships, he worked as an associate in the securities litigation and appellate practice groups at a large Chicago law firm. During his time in Chicago, he gained significant experience representing clients in securities class action litigation. He also gained extensive appellate experience while working on cases on appeal to the Illinois Supreme Court, the Missouri Supreme Court, and the United States Supreme Court.

In recognition of briefing filed before both the United States and Illinois Supreme Courts, Benjamin, along with three other attorneys, was named Pro Bono Advocate of the Year by the Cook County Public Guardian in 2006.

**PROFESSIONAL ACTIVITIES AND MEMBERSHIPS**
- North Dakota Bar Association
- Denver Bar Association
- North Dakota Petroleum Council

**PROFESSIONAL HONORS**
- Cook County Public Guardian, Pro Bono Advocate of the Year, 2006

**EDUCATIONAL BACKGROUND**
2004 - J.D., University of Chicago Law School
1999 - M.A., American Studies, Baylor University
1997 - B.A., English, Pensacola Christian College

While in law school, Benjamin was a member of the *Chicago Law Review*.

He is admitted to practice law in Colorado, Wyoming, North Dakota, and Illinois. He is also admitted to practice before the United States Courts of Appeal for the Seventh and Tenth Circuits, the United States District Courts for the District of

**FULBRIGHT**
*& Jaworski L.L.P.*

## BIOGRAPHY: Benjamin Vetter

Colorado and the Northern District of Illinois.

*Austin*
*Beijing*
*Dallas*
*Denver*
*Dubai*
*Hong Kong*
*Houston*
*London*
*Los Angeles*
*Minneapolis*
*Munich*
*New York*
*Pittsburgh-*
*Southpointe*
*Riyadh*
*San Antonio*
*St Louis*
*Washington, D.C.*

# FULBRIGHT & Jaworski L.L.P.

## BIOGRAPHY: Christopher Weimer



**Christopher Weimer**
cweimer@fulbright.com
D: +1 512 536 4553

**Austin**
98 San Jacinto Boulevard
Suite 1100
Austin, TX 78701-4255
T: +1 512 474 5201
F: +1 512 536 4598

**Christopher Weimer**
**Associate**

**AREAS OF CONCENTRATION**
• Litigation
• Securities Litigation and Enforcement Actions
• Intellectual Property and Technology
• Bankruptcy and Insolvency
• Corporate

**EXPERIENCE**
Chris joined the Austin office of Fulbright & Jaworski, L.L.P. in 2010. As an associate, Chris focuses his time on a variety of litigation matters. He has drafted pleadings and dispositive motions, coordinated e-discovery, argued to defend privileged material, taken fact depositions and negotiated settlements. He has also participated in trademark, corporate, labor and employment, real estate and health care compliance matters.

**REPRESENTATIVE EXPERIENCE**
• Defended national retailer in premises liability action, obtaining a favorable early settlement

• Obtained grant of asylum for torture victim and his family in pro bono representation

• Assisted health care providers in responding to Requests to Examine from the Texas Attorney General

• Helped win transfer of a disputed domain name in proceedings before the National Arbitration Forum

• Prepared entity formation documents for LLCs

• Assisted quick service food chain in protecting international trademark portfolio

**PROFESSIONAL ACTIVITIES AND MEMBERSHIPS**
• State Bar of Texas

• U.S. - Mexico Bar Association

• American Bankruptcy Institute

**PUBLICATIONS**
• Co-Author, "Supreme Court Finds Adverse Event Reports 'Material' Despite Lack of Statistical Significance," *Fulbright Alert*, March 23, 2011.

**SPEECHES**
• Co-Presenter, "An Update and Refresher of Constructing and Proving Damages," 34th Annual Page Keeton Civil Litigation CLE, October 28-29,

## FULBRIGHT & Jaworski L.L.P.

### BIOGRAPHY: Christopher Weimer

2010

**EDUCATIONAL BACKGROUND**
2009 – J.D., high honors, The University of Texas School of Law
2003 – B.A., History, and American Studies, Wesleyan University

While in law school, Chris served as an Articles Editor for the *Texas Law Review*, and as the Society Coordinator for the Gus Hodges Society. He was also a member of the U.S. - Mexico Bar Association (UT Law Chapter) and the Order of the Coif.

Chris is admitted to practice in the State of Texas and the Federal District Court for the Western District of Texas.

**INTERESTS**
Prior to joining Fulbright, Chris worked for several years in Monterrey, Mexico.

**LANGUAGE CAPABILITIES**
• Spanish - Fluent

• Portuguese - Limited Proficiency

*Austin*
*Beijing*
*Dallas*
*Denver*
*Dubai*
*Hong Kong*
*Houston*
*London*
*Los Angeles*
*Minneapolis*
*Munich*
*New York*
*Pittsburgh-Southpointe*
*Riyadh*
*San Antonio*
*St Louis*
*Washington, D.C.*

## FULBRIGHT
### *&Jaworski L.L.P.*

## BIOGRAPHY: Tamsen Barrett



**Tamsen Barrett**
tbarrett@fulbright.com
D: +1 512 536 3123

**Austin**
98 San Jacinto Boulevard
Suite 1100
Austin, TX 78701-4255
T: +1 512 474 5201
F: +1 512 536 4598

**Experience**
- *Intellectual property matters*
- *Domestic and foreign patent prosecution*

**Industries**
- *Biotechnology*
- *Health Care Products and Services*
- *Pharmaceutical Industry*

**Tamsen Barrett**
**Associate**

### AREAS OF CONCENTRATION
- Intellectual Property and Technology
- Patent Prosecution
- IP Portfolio Management
- IP Due Diligence

### EXPERIENCE
Tamsen Barrett joined Fulbright & Jaworski L.L.P.'s Austin office in 2007. As an associate, she focuses her practice on intellectual property matters which include both domestic and foreign patent prosecution.

Tamsen's experience includes patent counseling and patent prosecution, with an emphasis in biotechnology related matters. Her practice includes:

- Preparing and prosecuting patent applications relating to biotechnology, pharmaceuticals, renewable energy, and organic chemistry

- Supervising the prosecution of patent applications before many foreign patent offices

- Evaluating new products and processes to determine patentability and advising clients on the same

Prior to joining the firm, Tamsen worked as a registered contract patent agent and served as an intern for the District Court of the Honorable Judge Joy Flowers Conti.

### REPRESENTATIVE EXPERIENCE
- Experience in preparing patent applications, responses to office actions, appeal briefs, examiner interviews and a variety of other related prosecution matters

- Formulating strategies for prosecuting patent applications in foreign jurisdictions

- Assisted with developing strategies and process of IP review and clearance during product development

- Managed the monitoring and maintenance of a company's patent portfolio

- Researched and advised a company on the process of design registration in foreign jurisdictions

- Assisted with due diligence projects for clients looking to acquire or sell intellectual property

### PROFESSIONAL ACTIVITIES AND MEMBERSHIPS

# FULBRIGHT
## *& Jaworski L.L.P.*

# BIOGRAPHY: Tamsen Barrett

- Austin Intellectual Property Association (AIPLA)
- US Patent and Trademark Office
- State Bar of Texas
- State Bar of Minnesota

**PUBLICATIONS**
- "En Banc Federal Circuit Holds Section 112, First Paragraph Does Include A Separate Written Description Requirement," *Fulbright & Jaworski L.L.P. Briefing,* March 26, 2010

**EDUCATIONAL BACKGROUND**
2006 – J.D., University of Pittsburgh
2003 – B.S., Biochemistry, Iowa State University

While in law school, Tamsen was honored as a member of the Order of the Barristers and received the CALI Excellence for the Future Award in Patent Law in 2004. Tamsen also participated in the Giles Rich Moot Court Competition and served as the Vice President to the Student Intellectual Property Law Society.

Tamsen is admitted to practice in Texas and Minnesota.

**INTERESTS**
Tamsen enjoys scuba diving and following her favorite NHL team, the Minnesota Wild.

*Austin*
*Beijing*
*Dallas*
*Denver*
*Dubai*
*Hong Kong*
*Houston*
*London*
*Los Angeles*
*Minneapolis*
*Munich*
*New York*
*Pittsburgh-Southpointe*
*Riyadh*
*San Antonio*
*St Louis*
*Washington, D.C.*

# FULBRIGHT
### *&Jaworski L.L.P.*

## BIOGRAPHY: David Joseph Diamond



**David Joseph Diamond**
ddiamond@fulbright.com
D: +1 512 536 2423

**Austin**
98 San Jacinto Boulevard
Suite 1100
Austin, TX 78701-4255
T: +1 512 474 5201
F: +1 512 536 4598

*Austin*
*Beijing*
*Dallas*
*Denver*
*Dubai*
*Hong Kong*
*Houston*
*London*
*Los Angeles*
*Minneapolis*
*Munich*
*New York*
*Pittsburgh-*
*Southpointe*
*Riyadh*
*San Antonio*
*St Louis*
*Washington, D.C.*

**David Joseph Diamond**
**Associate**

### AREAS OF CONCENTRATION
- Litigation
- Intellectual Property and Technology

### EXPERIENCE
David Diamond joined the Austin office of Fulbright & Jaworski L.L.P. in 2010. As an associate, David focuses his practice on litigation and intellectual property matters. He has also participated in labor and employment matters as well as FCPA and international anti-corruption matters.

In his litigation experience, David has been involved in toxic tort matters, real estate and construction litigation, and insurance class actions. Additionally, David's intellectual property experience includes trademark litigation in federal district court, opposition proceedings before the Trademark Trial and Appeal Board, and advising clients in trademark policing. Through his pro bono practice, David has assisted in the representation of criminal clients in federal district court.

### PROFESSIONAL ACTIVITIES AND MEMBERSHIPS
- State Bar of Texas

- Austin Bar Association

- Austin Young Lawyers Association

### EDUCATIONAL BACKGROUND
2010 - J.D., Yale Law School
2007 - B.A., summa cum laude, Economics, Wake Forest University

While in law school, David was a Senior Editor for the *Yale Law Journal*.

### INTERESTS
When not focused on his clients, David enjoys backpacking, swimming and ACC basketball.

**FULBRIGHT**
*& Jaworski L.L.P.*

## BIOGRAPHY: Todd Ryan Hambidge



**Todd Ryan Hambidge**
thambidge@fulbright.com
D: +1 212 318 3010

**New York**
666 Fifth Avenue
New York, NY 10103-3198
T: +1 212 318 3000
F: +1 212 318 3400

**Experience**
• *General litigation*
• *Arbitration*
• *Trademark prosecution*
• *Trademark litigation*
• *Patent litigation*

*Austin*
*Beijing*
*Dallas*
*Denver*
*Dubai*
*Hong Kong*
*Houston*
*London*
*Los Angeles*
*Minneapolis*
*Munich*
*New York*
*Pittsburgh-Southpointe*
*Riyadh*
*San Antonio*
*St Louis*
*Washington, D.C.*

**Todd Ryan Hambidge**
**Associate**

**AREAS OF CONCENTRATION**
• Litigation
• Arbitration
• Intellectual Property and Technology
• Trademarks

**EXPERIENCE**
Todd Hambidge joined the New York office of Fulbright & Jaworski L.L.P. in 2007. As an associate, he works with the firm's Intellectual Property and Litigation practices. Todd's experience includes:

• Conducting research and drafting memoranda and briefs for patent, trademark, privacy, and general litigation

• Drafting complaints and other pleadings for trademark and general litigation

• Drafting interrogatories and document requests and responses to same

• Managing litigation discovery

• Drafting lines of questioning for cross-examination

• Prosecution of trademark and copyright applications

• Assisting in opposition and cancellation proceedings

• Assisting in management of foreign trademark portfolios

• Assisting in enforcing trademark and copyright rights through cease and desist letters and Notice and Takedown letters

• Negotiating and drafting settlement, coexistence, and licensing agreements

• Conducting trademark due diligence

**PROFESSIONAL ACTIVITIES AND MEMBERSHIPS**
• International Trademark Association (INTA)

• New York County Bar Association

• American Bar Association

    • Trademark Litigation Committee

    • IP Licensing Committee

**PUBLICATIONS**
• "Containing Online Copyright Infringement: Use of the Digital Millennium Copyright Act's Foreign Site Provision to Block U.S. Access to Infringing Foreign Websites," *Vanderbilt Law Review*, Volume 60, Page 905, 2007

## FULBRIGHT
### *&Jaworski L.L.P.*

## BIOGRAPHY: Todd Ryan Hambidge

**EDUCATIONAL BACKGROUND**
2007 - J.D., Vanderbilt University Law School
2004 - B.A., magna cum laude, Political Science, DePauw University

As an undergraduate, Todd was a member of Phi Beta Kappa and a Frees Management Scholar. During law school, Todd participated in Mock Trial and was the Notes Development Editor of the *Vanderbilt Law Review*. In addition to being admitted to practice in the State of New York, Todd is admitted to practice in New York's Southern and Eastern District Courts.

# FULBRIGHT
## *& Jaworski L.L.P.*

## BIOGRAPHY: S. A. Hayden Briggle



**S. A. Hayden Briggle**
hbriggle@fulbright.com
D: +1 512 536 2410

**Austin**
98 San Jacinto Boulevard
Suite 1100
Austin, TX 78701-4255

*Austin
Beijing
Dallas
Denver
Dubai
Hong Kong
Houston
London
Los Angeles
Minneapolis
Munich
New York
Pittsburgh-Southpointe
Riyadh
San Antonio
St Louis
Washington, D.C.*

**S. A. Hayden Briggle**
**Associate**

**AREAS OF CONCENTRATION**
• Corporate
• Health
• Litigation

**EXPERIENCE**
Hayden Briggle is an associate in Fulbright & Jaworski L.L.P.'s Austin office. He focuses his practice on corporate law, health care law and litigation matters.

**EDUCATIONAL BACKGROUND**
2007 - J.D., honors, The University of Texas School of Law
2004 - M.P.A., Masters in Professional Accounting, The University of Texas at Austin
2002 - B.A., honors, Plan II and Spanish, The University of Texas at Austin

While in law school, Hayden was a member of the *Texas Law Review*.

He is admitted to practice law in Texas.

**INTERESTS**
Hayden enjoys all sports, especially football, hunting and golf.

# FULBRIGHT
## *& Jaworski L.L.P.*

## BIOGRAPHY: Jerod Christopher Neas



**Jerod Christopher Neas**
jneas@fulbright.com
D: +1 512 536 2454

**Austin**
98 San Jacinto Boulevard
Suite 1100
Austin, TX 78701-4255
T: +1 512 474 5201
F: +1 512 536 4598

**Industries**
- *Banking and Finance*
- *Energy and Utilities*

*Austin*
*Beijing*
*Dallas*
*Denver*
*Dubai*
*Hong Kong*
*Houston*
*London*
*Los Angeles*
*Minneapolis*
*Munich*
*New York*
*Pittsburgh-Southpointe*
*Riyadh*
*San Antonio*
*St Louis*
*Washington, D.C.*

**Jerod Christopher Neas**
**Counsel**

**AREAS OF CONCENTRATION**
- Corporate

**EXPERIENCE**
Jerod Neas joined the Austin office of Fulbright & Jaworski L.L.P. in 2007. As an associate, he works with the firm's corporate practice group.

**PUBLICATIONS**
- "*Dura* Duress: Loss Causation Under Rule 10b-5," 78 U. Colo. L. Rev. 347 (2007)

**EDUCATIONAL BACKGROUND**
2007 - J.D., University of Colorado
2004 - B.S., high distinction, University of Colorado

While in law school, Jerod was an associate editor of the *University of Colorado Law Review*.

# FULBRIGHT
## & Jaworski L.L.P.

## BIOGRAPHY: Holly Marie Kipp



**Holly Marie Kipp**
hkipp@fulbright.com
D: +1 512 536 5267

**Austin**
98 San Jacinto Boulevard
Suite 1100
Austin, TX 78701-4255
T: +1 512 474 5201
F: +1 512 536 4598

**Experience**
- *Litigation Readiness*
- *Reviewing and producing documents*
- *Analyzing due diligence*
- *Preparing document retention policies*

**Industries**
- *Banking and Finance*
- *Pharmaceutical Medical Devices*
- *Insurance*
- 
  *Austin*
  *Beijing*
  *Dallas*
  *Denver*
  *Dubai*
  *Hong Kong*
  *Houston*
  *London*
  *Los Angeles*
  *Minneapolis*
  *Munich*
  *New York*
  *Pittsburgh-Southpointe*
  *Riyadh*
  *San Antonio*
  *St Louis*
  *Washington, D.C.*

**Holly Marie Kipp**
**Associate**

### AREAS OF CONCENTRATION
- Litigation
- Pharmaceutical and Medical Devices

### EXPERIENCE
Fulbright & Jaworski L.L.P. counsel Holly Kipp focuses her practice on complex litigation emphasizing pharmaceutical and commercial litigation. She is experienced in litigation readiness, preparing document retention policies and litigation holds, the processing, review and production of electronic documents, analyzing due diligence, and other matters.

### PROFESSIONAL ACTIVITIES AND MEMBERSHIPS
- State Bar of Texas

### PUBLICATIONS
- Co-Author with Lana Varney, "Seeing Is Believing: Trial Exhibits That Work," IADC 2009 Midyear Meeting, Carlsbad, California, February 21, 2009

- Co-Author with Lana Varney, "Causation and the Role of Meta-Analysis in Product Liability Litigation," 2008 Page Keeton Civil Litigation Conference, Austin, Texas, October 31, 2008

- Co-Author with Lana Varney, "Demonstrative Evidence: The Jury Hears What it Sees", presented at the 2008 SBOT 21st Annual Advanced Evidence and Discovery Course, April 24-25, 2008, Houston, Texas, and May 22-23, 2008, San Antonio, Texas

- Co-Author with Terry Tottenham, "Pharmaceutical Mass Tort Litigation Update," presented at the 14th Annual AdvaMed Medical Malpractice Course, Santa Fe, New Mexico, March 15-16, 2007

### SPEECHES
- "I Know That's What I Wrote, But It's Not What I Meant: Avoiding The E-Mail Trap," Presented at the Healthcare Businesswomen's Association Leadership Conference, November 6, 2008

### EDUCATIONAL BACKGROUND
2006 - J.D., The University of Texas School of Law, Austin, Texas
2002 - B.A., Political Science, Texas A&M University

While in law school, Holly worked as Staff Editor for the *Texas Review of Entertainment and Sports Law*.



# BIOGRAPHY: Leaf Dilts McGregor



**Leaf Dilts McGregor**
smcgregor@fulbright.com
D: +1 612 321 2239

**Minneapolis**
2100 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2112
T: +1 612 321 2800
F: +1 612 321 2288

**Industries**
- *Energy and Utilities*
- *Construction and Building Materials*
- *Education*

**Leaf Dilts McGregor**
**Associate**

**AREAS OF CONCENTRATION**
- Litigation
- e-Discovery and Information Governance
- Labor and Employment

**EXPERIENCE**
Leaf Dilts McGregor joined the Minneapolis office of Fulbright & Jaworski L.L.P. in 2008. As an associate, he works in the litigation department.

**REPRESENTATIVE EXPERIENCE**
Leaf has recently:

- Defended class actions, successfully avoiding certification

- Defended several claims based on federal consumer lending regulations, including FDCPA, FCRA, RESPA and TILA actions

- Brought complex commercial foreclosure actions

- Defended complex commercial eviction action

- Managed review and production of e-discovery in several cases

- Helped coordinate a large, international, internal investigation

- Successfully drafted and argued dispositive motions

- Obtained receivership in complex commercial foreclosure actions

**PROFESSIONAL ACTIVITIES AND MEMBERSHIPS**
- The Federal Bar Association

- The State Bar of Minnesota

- Adjunct Professor, University of Minnesota Law School, Legal Research and Writing (2010 - 2011)

**PUBLICATIONS**
- Co-author with Cynthia Bremer, "Using Negotiation and Settlement Skills to Your Tactical Advantage," Minnesota CLE, March 3, 2010

- Co-author with Ronn Kreps and Meika Vogel, "The Smoking Gun (in 140 Characters or Less): Getting Your E-Discovery into Evidence at Trial or on Summary Judgment," *Minnesota CLE*, August 2009

- Co-author with Cynthia Bremer, "8th Circuit Update," *2009 Upper Midwest Employment Law Institute*, May 28, 2009

**EDUCATIONAL BACKGROUND**

**FULBRIGHT** *& Jaworski L.L.P.*

## BIOGRAPHY: Leaf Dilts McGregor

2008 - J.D., magna cum laude, University of Minnesota
1998 - B.A., with honors, English, Illinois State University

Leaf is admitted to practice law in Minnesota State Court and in Federal Court in the District of Minnesota.

**INTERESTS**
Leaf enjoys running, cycling, reading and traveling.

*Austin*
*Beijing*
*Dallas*
*Denver*
*Dubai*
*Hong Kong*
*Houston*
*London*
*Los Angeles*
*Minneapolis*
*Munich*
*New York*
*Pittsburgh-Southpointe*
*Riyadh*
*San Antonio*
*St Louis*
*Washington, D.C.*

# FULBRIGHT & Jaworski L.L.P.

# BIOGRAPHY: Mary W. Murchison



**Mary W. Murchison**
mmurchison@fulbright.com
D: +1 512 536 2428

**Austin**
98 San Jacinto Boulevard
Suite 1100
Austin, TX 78701-4255
T: +1 512 474 5201
F: +1 512 536 4598

*Austin*
*Beijing*
*Dallas*
*Denver*
*Dubai*
*Hong Kong*
*Houston*
*London*
*Los Angeles*
*Minneapolis*
*Munich*
*New York*
*Pittsburgh-Southpointe*
*Riyadh*
*San Antonio*
*St Louis*
*Washington, D.C.*

**Mary W. Murchison**
**Project Assistant**

## AREAS OF CONCENTRATION
- Intellectual Property and Technology
- Corporate

## EXPERIENCE
A Project Assistant in Fulbright & Jaworski L.L.P's Intellectual Property & Technology Department, Mary focuses on U.S. and international trademark prosecution, litigation and general enforcement matters on behalf of a wide variety of clients in a several industries.

## REPRESENTATIVE EXPERIENCE
- Manage national and international trademark prosecution portfolios for clients from the clearance search stage through post-registration maintenance
- Maintain daily communications with clients regarding their trademark prosecution matters
- Audit and inventory incoming trademark portfolios
- Coordinate client corporate filings with Secretary of State
- Research and retrieval of corporate and other statutory documents from numerous state agencies
- Maintain numerous dockets and enforcement files
- Internet research
- Electronic document filing

## PROFESSIONAL ACTIVITIES AND MEMBERSHIPS
- Lexis-Nexis Level I Certificate of Mastery in Initial Case Analysis, Site Checking, Locating and Profiling People, and Corporate and Financial Research

## EDUCATIONAL BACKGROUND
1994 - B.A., Liberal Arts, St. Edwards University

## CIVIC INVOLVEMENT
- Paramount Theatre's 95th & State Theatre's 75th Anniversary Gala, auction committee (2011)
- HeartGift Foundation, committee member (2010)
- Volunteer Adult Literacy Instructor, Literacy Austin (2005 - 2007)

# FULBRIGHT &Jaworski L.L.P.

## BIOGRAPHY: Jennifer Sherrill



**Jennifer Sherrill**
jsherrill@fulbright.com
D: +1 512 536 5249

**Austin**
98 San Jacinto Boulevard
Suite 1100
Austin, TX 78701-4255
T: +1 512 474 5201
F: +1 512 536 4598

**Experience**
- *Commercial and multi-family residential property sales and purchases*
- *Construction matters*
- *Commercial leasing*
- *Property-related disputes and litigation*
- *Alternate/sustainable energy projects*

**Industries**
- *Real Estate*
- *Manufacturing*
- *Health Care Products and Services*
- *Consumer Products*
- *Alternative Energy*
- *Manufacturing*

Jennifer Sherrill
Counsel

**AREAS OF CONCENTRATION**
- Real Estate
- Litigation
- Corporate
- Mergers & Acquisitions

**EXPERIENCE**
As counsel in Fulbright & Jaworski L.L.P.'s Austin location, Jennifer Sherrill focuses her practice on real estate matters. Jennifer's experience includes commercial and multi-family residential property sales and purchases, construction matters, commercial leasing, green development projects, property-related disputes, litigation, environmental issues, oil and gas matters, sustainable/alternate energy and wind energy development projects. She is a member of Fulbright's Change in Climate Practice Group.

Before joining Fulbright in 2006, Jennifer was Assistant General Counsel, Litigation Counsel and Director of Real Estate for a Fortune 500 manufacturing company. She was second in command for all litigation and was responsible for internal investigations and compliance matters. As Director of Real Estate, she managed a portfolio of more than 550 leased and owned properties, both domestic and international. In that capacity, and currently as outside counsel for that company, she coordinates the disposition of the company's excess properties in the U.S. and several countries, and has developed a property auction protocol to facilitate that effort.

**PROFESSIONAL ACTIVITIES AND MEMBERSHIPS**
- CREW Network
  - CREW Network Communication and Editorial Committee (2010)
  - CREW Network Recognition Committee (2009)
- CREW Austin, Inc
  - Commercial Real Estate Leadership Conference (2009)
  - Board of Directors (2008 - 2010)
    - Treasurer (2010 - 2011)
    - Secretary (2009 - 2010)
  - Co-Chair, Foundation (Advisor CREW Careers/U CREW) (2008 - 2009)
  - Co-Chair CREW Careers (2007 - 2008)
- Central Texas Commercial Association of Real Estate Professionals

| FULBRIGHT & Jaworski L.L.P. | BIOGRAPHY: Jennifer Sherrill |
|---|---|

- Board of Directors (2008 - 2011)
- Education Committee (2008 - 2010)
- Residential Outreach Committee (2009 - 2010)
- Liaison between CTCAR and CREW Austin, Inc.
- Real Estate Counsel of Austin
- Missouri Bar Association
- Texas Bar Association

**PROFESSIONAL HONORS**
- Nominated for "20 Under 40," CREW Network, Inc. (May 2009)

**PUBLICATIONS**
- "Making the Corporate Cut," *Commercial Investment Real Estate Magazine*, May/June 2008.

**SPEECHES**
- "Green-- It's the New Black:  Future of Green -- Considerations for the Real Estate Professional", Moderator, 2010 CREW Network Convention, San Francisco, California, October 21, 2010

- "On the Ropes: Commercial Real Estate Relationships in Today's Challenging Climate: Considerations for Lenders, Landlords, Tenants, and Brokers," Moderator, Central Texas Commercial Association of Realtors (CTCAR), Austin, Texas, September 25, 2009

- "Not Easy Being Green," Panelist, CREW Austin, Austin, Texas, June 16, 2009

- "Effective Management of Corporate Real Estate Portfolios," 2008 CREW Network Convention, Houston, Texas, October 16, 2008

- "Commercial Leases and Acquisitions: Serving the Unique Needs of Real Estate Investors and Users," Instructor, Austin, Texas, July 17, 2008

- "Effective Management of Corporate Real Estate Portfolios," Panelist, Success Series 2007 by CCIM & IREM, San Antonio, Texas, October 19, 2007

- "Real Estate Development and the Needs of the New Corporate America," Panelist, Lorman Education Seminar, Austin, Texas, February 23, 2007

- "The Top Ten Things You Should Do and Shouldn't Do in Managing Corporate Real Estate," Panelist, ACCA Austin chapter meeting, Austin, Texas, February 15, 2007

**EDUCATIONAL BACKGROUND**
1995 - J.D., The University of Texas School of Law

# FULBRIGHT
## *& Jaworski L.L.P.*

## BIOGRAPHY: Jennifer Sherrill

1992 - B.A., The University of Texas

Jennifer was a law clerk to former Texas Supreme Court Judge Lloyd Doggett. She is admitted to practice law in Texas and Missouri.

**INTERESTS**
Jennifer enjoys spending time with her husband and four children, snow skiing, traveling, running, reading and listening to live music.

**CIVIC INVOLVEMENT**
*   American Lung Associate (Austin Chapter)

*   Board Member (2010)

*Austin*
*Beijing*
*Dallas*
*Denver*
*Dubai*
*Hong Kong*
*Houston*
*London*
*Los Angeles*
*Minneapolis*
*Munich*
*New York*
*Pittsburgh-*
*Southpointe*
*Riyadh*
*San Antonio*
*St Louis*
*Washington, D.C.*

# FULBRIGHT & Jaworski L.L.P.

## BIOGRAPHY: Travis J. Siebeneicher



**Travis J. Siebeneicher**
tsiebeneicher@fulbright.com
D: +1 512 536 4585

**Austin**
98 San Jacinto Boulevard
Suite 1100
Austin, TX 78701-4255
T: +1 512 474 5201
F: +1 512 536 4598

**Experience**
•  *Real estate and corporate matters*

**Industries**
•  *Real Estate*

**Travis J. Siebeneicher**
**Sr. Associate**

**AREAS OF CONCENTRATION**
•  Real Estate
•  Corporate
•  Alternative Energy
•  Climate Change
•  Bankruptcy and Insolvency

**EXPERIENCE**
Travis Siebeneicher focuses his practice on transactional law with a focus on real estate and corporate matters.  Travis's experience includes assisting with the representation of clients related to the following:

•  Purchase, sale, financing and development of office, industrial, shopping center and multi-family residential projects

•  Formation of joint ventures with equity and debt interests in commercial real estate projects

•  Construction matters

•  Commercial leasing and subleasing (tenant and landlord)

•  Leasing and development of health care projects

•  The development of sustainable–alternative energy projects

**PROFESSIONAL ACTIVITIES AND MEMBERSHIPS**
•  Austin Bar Association

  •  Real Estate Section – Board of Directors (2008-2009)

•  Austin Young Lawyers Association

•  Real Estate Counsel of Austin

  •  Transportation Committee

  •  Affordable Housing Committee

•  Texas Bar Association

**PUBLICATIONS**
•  Co-author, "Siting Projects in the U.S.," *US-China Quarterly Market Review*, a collaborative report by American Council on Renewable Energy (ACORE) and Chinese Renewable Energies Industries Association (CREIA), May 2011

•  Co-author with Ronald J. Mann, "Just One Click: The Reality of Internet Retail Contracting," 108 Columbia Law Review 984, May 2008

•  Co-author with Jane Snoddy Smith, "Preparing Form Leases for Mixed-Use

| FULBRIGHT *&Jaworski L.L.P.* | **BIOGRAPHY: Travis J. Siebeneicher** |
|---|---|

Projects," 21 Commercial Leasing Law & Strategy 1, June 2008

**SPEECHES**

- Co-panelist with Jerry Converse, "Acquisition Letters of Intent: The What, Why, When and How," Commercial Leases and Acquisitions: Serving the Unique Needs of Real Estate Investors and Users (CTCAR-CLE), Austin, Texas, July 17, 2008

- Co-panelist with Amy Mitchell, "How to Add Value Negotiating Work Letters," Commercial Leases and Acquisitions: Serving the Unique Needs of Real Estate Investors and Users (CTCAR-CLE), Austin, Texas, July 17, 2008

- Panelist, "Real Estate Development and the Needs of New Corporate America," Lorman Education Seminar, Austin, Texas, February 23, 2007

**EDUCATIONAL BACKGROUND**

2006 - J.D., high honors, University of Texas School of Law
2003 - B.B.A., summa cum laude, Economics, Texas State University

While in law school, Travis was an Articles Editor for the *Texas Law Review*; a fellow in the Center for Law, Business, & Economics; and a member of the Order of the Coif and of the University of Texas Chancellors.  Travis is admitted to practice law in Texas.

*Austin*
*Beijing*
*Dallas*
*Denver*
*Dubai*
*Hong Kong*
*Houston*
*London*
*Los Angeles*
*Minneapolis*
*Munich*
*New York*
*Pittsburgh-Southpointe*
*Riyadh*
*San Antonio*
*St Louis*
*Washington, D.C.*