IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-00799-SJJ-KLM

GRANITE SOUTHLANDS TOWN CENTER LLC,

    Plaintiff,

v.

ALBERTA TOWN CENTER, LLC and
LAND TITLE GUARANTEE COMPANY,

    Defendants.

## NOTICE OF ERRATA

COMES NOW, Plaintiff Granite Southlands Town Center, LLC and files this Notice of Errata regarding the filing of Plaintiff's Motion for Attorneys' Fees and Expenses, which was e-filed with the Court on September 19, 2011, and is Docket No. 199.

In the process of breaking up Exhibit A so that it would fit within the file size limit, the attached documents were inadvertently omitted from Exhibit A.15 to the Motion for Attorneys' Fees and Expenses. By way of this Notice, Granite advises the Court and counsel of this omission and incorporates the attached to the beginning of Exhibit A.15.

86145310.1

- 1 -

- 2 -

Respectfully submitted,

*/s/ Paul Trahan*
Osborne J. Dykes, III
Benjamin M. Vetter
FULBRIGHT & JAWORSKI L.L.P.
370 Seventeenth Street, Suite 2150
Denver, CO  80202
(303) 801-2700 – Telephone
(303) 801-2777 – Facsimile
jdykes@fulbright.com
bvetter@fulbright.com

Paul Trahan
FULBRIGHT & JAWORSKI L.L.P.
600 Congress Avenue, Suite 2400
Austin, TX  78701
(512) 474-5201 – Telephone
(512) 536-4598 – Facsimile
ptrahan@fulbright.com

**Counsel for Plaintiff**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on the 20th day of September, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to attorneys for plaintiffs at the following e-mail addresses:

| | |
|---|---|
| Stephen L. Waters | swaters@rwolaw.com |
| Kimberly A. Bruetsch | kbruetsch@rwolaw.com |
| ROBINSON WATERS & O'DORISIO, P.C. | |
| 1099 18th Street, Suite 2600 | |
| Denver, CO 80202 | |
| *Attorneys for Land Title Guarantee* | |

| | |
|---|---|
| Stuart N. Bennett | sbennett@joneskeller.com |
| JONES & KELLER, P.C. | |
| 1999 Broadway, Suite 3150 | |
| Denver, CO 80202 | |
| *Attorneys for Alberta Town Center, LLC* | |

/s/ Paul Trahan
Paul Trahan