BlackRock Realty Advisors, Inc.
Invoice Number: 11158183
Invoice Date: February 9, 2011
Invoice Due Date: March 11, 2011

|  |  |
|---|---:|
|  | 6,954.14 |
| TOTAL FEES AND EXPENSES & SERVICES | $22,569.49 |
| TOTAL INVOICE AMOUNT DUE | $22,569.49 |

PREVIOUS BALANCE:

| DATE | INVOICE | BALANCE DUE |
|---|---|---|
| 11/12/10 | 11136349 | $55,612.45 |
| 11/12/10 | 11136366 | $3,564.90 |
| 12/14/10 | 11145137 | $167.69 |
| 12/14/10 | 11145139 | $3,584.02 |
| 1/12/11 | 11151559 | $9,784.17 |
| 1/12/11 | 11151566 | $828.32 |
| 1/12/11 | 11151571 | $1,881.05 |
| 1/12/11 | 11151582 | $505.75 |

|  |  |
|---|---:|
|  | $75,928.35 |
| TOTAL AMOUNT DUE | $98,497.84 |

BlackRock Realty Advisors, Inc.
Invoice Number: 11158183
Invoice Date: February 9, 2011
Invoice Due Date: March 11, 2011

---

Southlands Town Center Escrow AC70210076
Dispute {Escrow}

---

\* \* \* \* \*

The following is a summary of the time dedicated and the fees charged on an average hourly rate basis to this matter by the Firm's professional staff:

| TIMEKEEPER NAME | TITLE | HOURS | RATE | FEE |
|---|---|---|---|---|
| Osborne J. Dykes | Of Counsel_ | 11.60 | $650.00 | 7,540.00 |
| Jane Snoddy Smith | Partner | 0.80 | $625.00 | 500.00 |
| Paul Trahan | Partner | 5.60 | $575.00 | 3,220.00 |
| Bryan Wesley Patrick | Sr Associate | 6.10 | $410.00 | 2,501.00 |
| Benjamin Matthew Vetter | Sr Associate | 1.00 | $360.00 | 360.00 |
| Lucy D. Arnold | Associate | 17.00 | $250.00 | 4,250.00 |
| TOTAL | | 42.10 | | 18,371.00 |

| | HOURS | RATE | FEE |
|---|---|---|---|
| Attorney Personnel | 42.10 | $436.37 | 18,371.00 |
| TOTAL | 42.10 | | 18,371.00 |

\*\* Average Hourly Rate for all Personnel

Invoice Number: 11158183
Matter Number: 10904447

Invoice Date: February 9, 2011
Invoice Due Date: March 11, 2011

Jeremy A. Litt, Director, Legal & Comp.
BlackRock Realty Advisors, Inc.
BlackRock Realty Inc.
40 East 52nd Street
8th Floor
New York, NY 10022

**FULBRIGHT & JAWORSKI L.L.P.**
A Registered Limited Liability Partnership
600 Congress Avenue, Suite 2400
Austin, Texas 78701
(512) 474-5201

**Requesting Attorney: Jane Snoddy Smith**

Tax Identification Number
74-1201087

PLEASE RETURN WITH REMITTANCE
TOTAL AMOUNT (PAYABLE IN U.S. DOLLARS) DUE BY MARCH 11, 2011

Southlands Town Center Escrow AC70210076
Dispute (Escrow)

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through January 31, 2011 as follows:

| | |
|---|---|
| TOTAL FEES | $18,371.00 |
| LESS AGREED DISCOUNT | (2,755.65) |
| TOTAL EXPENSES & SERVICES | 6,954.14 |
| TOTAL FEES AND EXPENSES & SERVICES | $22,569.49 |
| TOTAL INVOICE AMOUNT DUE | $22,569.49 ** |

PREVIOUS BALANCE:

| DATE | INVOICE | BALANCE DUE |
|---|---|---|
| 11/12/10 | 11136349 | $55,612.45 |
| 11/12/10 | 11136366 | $3,564.90 |
| 12/14/10 | 11145137 | $167.69 |
| 12/14/10 | 11145139 | $3,584.02 |
| 1/12/11 | 11151559 | $9,784.17 |
| 1/12/11 | 11151566 | $828.32 |
| 1/12/11 | 11151571 | $1,881.05 |
| 1/12/11 | 11151582 | $505.75 |
| | | $75,928.35 |

TOTAL AMOUNT DUE .................................................................................................. $98,497.84

Invoice Number: 11167414
Matter Number: 10904447
Invoice Date: March 10, 2011
Invoice Due Date: April 9, 2011

Jeremy A. Litt, Director, Legal & Comp.
BlackRock Realty Advisors, Inc.
BlackRock Realty Inc.
40 East 52nd Street
8th Floor
New York, NY  10022

**FULBRIGHT & JAWORSKI L.L.P.**
**A Registered Limited Liability Partnership**
**600 Congress Avenue, Suite 2400**
**Austin, Texas 78701**
**(512) 474-5201**

Requesting Attorney: Jane Snoddy Smith

Tax Identification Number
74-1201087

Southlands Town Center Escrow AC70210076
Dispute {Escrow}

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through February 28, 2011 as follows:

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| 02/01/11 | OJ Dykes | 2.50 | 1,625.00 | Receive and review Alberta's pretrial submission concerning damages, voir dire, and proposed jury instructions; e-mails to Messrs. Trahan and Patrick and Ms. Smith regarding same, including Alberta's dismissal of true up claim; outline objections to proposed jury instructions; phone conferences with Mr. Patrick and Ms. Smith regarding same and regarding anticipated witnesses at trial; receive and review research memo regarding procedure for recovering damages and e-mail to Mr. Trahan regarding witness selection and attorney fees claim. |
| 02/01/11 | BW Patrick | 0.60 | 246.00 | Review of Alberta's statement of damages and voir dire questions; conference with J. Dykes concerning same. |
| 02/02/11 | OJ Dykes | 1.80 | 1,170.00 | Phone conference with Mr. Trahan regarding trial preparation, including witness selection and presentation of claims; voice message to Mr. Bennett regarding dismissal without prejudice of Alberta's true up claim; review final pretrial order, including witness and exhibit lists; begin review of designated trial exhibits. |
| 02/03/11 | OJ Dykes | 4.00 | 2,600.00 | Study contracts in relation to claims; review 2-9-09 order denying summary judgment; phone conference with Mr. Bennett regarding dismissal of true up claim, witnesses and trial presentation; memo to Ms. Smith and Messrs. Trahan and Patrick regarding same; phone conference with Mr. Patrick regarding pertinent contractual terms, including claim for attorney fees; phone conference with Ms. Smith regarding unavailability of Mr. Piekarski for trial; begin memorandum regarding trial claims and witnesses. |
| 02/03/11 | BW Patrick | 0.50 | 205.00 | Telephone conference with J. Dykes regarding estoppel |

BlackRock Realty Advisors, Inc.
Invoice Number: 11167414
Invoice Date: March 10, 2011
Invoice Due Date: April 9, 2011
Page 2

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| | | | | holdback dispute in preparation for trial. |
| 02/03/11 | J S Smith | 0.10 | 62.50 | Review witness and jury waiver; request disc from J. Dykes. |
| 02/07/11 | OJ Dykes | 1.00 | 650.00 | Receive voice message from and phone conference with Mr. Bennett regarding trial presentation and logistics matters; phone conference with Mr. Trahan regarding same, including question of whether to waive jury; continue review of documents for exhibits at trial. |
| 02/07/11 | SL Jett | 3.00 | 675.00 | Conference with P. Trahan regarding processing of trial exhibits for use in Sanction software; telephone conference with S. Viramontez regarding use of 3B Studio as vendor for processing data; telephone conference with J. Baker of 3B Studio regarding request for creation of Sanction database for use at trial; confer with P. Trahan regarding descriptive titling of trial exhibits for use during trial; renaming and gathering of additional exhibits; confer with B. Patrick and P. Trahan regarding additional exhibits not currently created or on CD containing exhibits. |
| 02/07/11 | BW Patrick | 0.90 | 369.00 | Conferences with P. Trahan and S. Jett regarding exhibits and preparations for trial. |
| 02/07/11 | J S Smith | 1.20 | 750.00 | Discussion with P. Trahan; preparation for trial preparation (jury); Sur reply. |
| 02/07/11 | P Trahan | 7.00 | 4,025.00 | Confer with local counsel about trial preparation; review issues relating to exhibits and witness preparation; prepare witness outline for Chris Silva; prepare documents for trial; review legal issues relating to remaining cause of action. |
| 02/08/11 | LD Arnold | 2.50 | 625.00 | (Escrow) Research definitions of "material" for jury instructions and to counter Alberta's proposed jury instructions; analysis of whether to submit a pre-trial statement; research deadline for offering deposition testimony at trial to prepare objections for trial. |
| 02/08/11 | OJ Dykes | 1.00 | 650.00 | Phone conferences with Mr. Trahan, including conference with Mr. Bennett regarding trial witnesses, trial exhibits, electronic display of exhibits at trial, and possible waiver of jury; further review of exhibits for trial use. |
| 02/08/11 | SL Jett | 7.80 | 1,755.00 | Telephone conference with P. Trahan regarding trial preparation tasks; upload Granite trial exhibits to 3B Studio ftp site for processing and conversion for use in Sanction; perform searches on Ringtail database to locate all Chris Silva communications; review Chris Silva binder and remove duplicates and/or irrelevant documents. |
| 02/08/11 | BW Patrick | 0.30 | 123.00 | Conference with J. Smith regarding J. Alexander's knowledge of transaction. |
| 02/08/11 | P Trahan | 4.50 | 2,587.50 | Prepare authority and materials for trial; review trial materials; confer with opposing counsel; confer with Chris Silva about trial preparation and trial; confer with Angela Kralovec regarding same. |
| 02/09/11 | CA Allen | 1.00 | 160.00 | Preparation of trial subpoenas for Joseph Bellio, Jose |

BlackRock Realty Advisors, Inc.
Invoice Number: 11167414
Invoice Date: March 10, 2011
Invoice Due Date: April 9, 2011
Page 3

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| 02/09/11 | LD Arnold | 4.00 | 1,000.00 | Inclan and Thomas Blake<br>Prepare for trial including prepare exhibits, prepare final exhibit list, prepare pretrial memorandum for court; prepare three subpoenas; arrange service of one subpoena (Land Title). |
| 02/09/11 | OJ Dykes | 4.50 | 2,925.00 | Receive and review Alberta's trial memorandum and conference and exchange e-mails with attorneys regarding reply; review exhibits to select trial exhibits and e-mail to and phone conferences with Mr. Trahan regarding same; phone conference with Mr. Trahan regarding witnesses potentially needed for authentication of exhibits and attention to issuance of subpoenas; voice message and e-mail to and phone conference with counsel for Land Title regarding accepting service of subpoena for Land Title witness Thomas Blake; begin review of depositions in preparation for trial testimony; receive and review Alberta's motion to compel attendance of Mr. Alexander at trial. |
| 02/09/11 | MH Greer | 0.30 | 180.00 | Confer with P. Trahan regarding implications and strategic considerations of bench versus jury trial. |
| 02/09/11 | SL Jett | 2.00 | 450.00 | Attention to loading and manipulation of Sanction database to dedicated laptop in anticipation of trial; confer with P. Trahan regarding Sanction database. |
| 02/09/11 | BW Patrick | 0.30 | 123.00 | Various conferences with P. Trahan, J. Smith, and litigation team in preparation for trial. |
| 02/09/11 | J S Smith | 1.70 | 1,062.50 | Review of jury trial preparation issue; review of Motion to Compel question; issue contract negotiation of etoppels. |
| 02/09/11 | P Trahan | 5.50 | 3,162.50 | Confer with Chris Silva in preparation for trial; review Motion to Dismiss filed by Alberta on the true-up claim and related order; review documents in preparation for trial; begin draft of trial brief. |
| 02/09/11 | SJ Wolf | 0.20 | 79.00 | Legal research regarding potentially different standards of review in Tenth Circuit for bench and jury trials; conference with P. Trahan regarding same. |
| 02/10/11 | CA Allen | 0.50 | 80.00 | Revisions/preparation of trial subpoenas for Joseph Bellio, Jose Inclan and Thomas Blake. |
| 02/10/11 | CA Allen | 0.50 | 80.00 | Delivery/service of trial subpoena to Thomas Blake's attorney. |
| 02/10/11 | LD Arnold | 7.10 | 1,775.00 | Prepare for trial including prepare and revise trial brief, prepare exhibits, prepare demonstrative exhibits; correspondence with opposing counsel regarding trial logistics; telephone conference with court clerk regarding logistics, possible meeting with Judge Johnson and possibilty of waiver of jury trial; correspondence to opposing counsel regarding document under protective order. |
| 02/10/11 | OJ Dykes | 4.50 | 2,925.00 | Exchange e-mails with attorneys and conferences with Mr. Trahan and Ms. Arnold regarding exhibits; phone conference with Mr. Trahan regarding need for conference |

BlackRock Realty Advisors, Inc.
Invoice Number: 11167414
Invoice Date: March 10, 2011
Invoice Due Date: April 9, 2011
Page 4

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| | | | | with court, decision to waive jury, and subpoenaing witnesses Bellio and Inclan; exchange e-mails with Mr. Bennett regarding exhibits; conference with Ms. Arnold regarding demonstrative exhibits and regarding jury instruction on materiality; review deposition testimony in preparation for trial testimony. |
| 02/10/11 | SL Jett | 0.20 | 45.00 | Confer with L. Arnold regarding missing/not provided trial exhibits. |
| 02/10/11 | BW Patrick | 2.90 | 1,189.00 | Prepare litigation team for trial; telephone conference with J. Smith, C. Silva, and P. Trahan concerning same. |
| 02/10/11 | J S Smith | 2.60 | 1,625.00 | Discussion with C. Silva; review J. Alexander questions; trial preparation preparation. |
| 02/10/11 | P Trahan | 9.00 | 5,175.00 | Prepare materials for trial; review documents regarding same; confer with Chris Silva in relation to same. |
| 02/11/11 | CA Allen | 0.10 | 16.00 | Instructions to Checkmate for service of trial subpoena on Jose Inclan and Joseph Bellio. |
| 02/11/11 | LD Arnold | 8.50 | 2,125.00 | Research and memo regarding presentation of attorneys fees; revise response to motion to compel attendance; prepare exhibits for trial; meeting with court clerk regarding trial logistics and technology; correspondence with opposing counsel regarding exhibits; prepare demonstrative exhibits. |
| 02/11/11 | OJ Dykes | 7.00 | 4,550.00 | Review depositions in preparaton for trial testimony; conferences with Mr. Trahan and Ms. Arnold regarding exhibits and witnesses for trial; exchange e-mails with Mr. Bennett regarding waiver of jury; prepare objections to Alberta's designations from A. Piekarski deposition and prepare supplemental designation; examine courtroom electronic equipment for presentation of exhibits; review and comment on trial brief and response to motion to compel Mr. Alexander to attend trial; phone conference with Ms. Breutsch, counsel for Land Title, regarding need and timing for Mr. Blake's appearance as witness at trial. |
| 02/11/11 | MH Greer | 0.30 | 180.00 | E-mail conferences with P. Trahan regarding findings of fact and conclusions of law and limine issues for bench trial. |
| 02/11/11 | BW Patrick | 0.50 | 205.00 | Conferences with team in preparation for trial. |
| 02/11/11 | J S Smith | 0.90 | 562.50 | Trial preparation; review trial preparation brief questions. |
| 02/11/11 | P Trahan | 16.00 | 9,200.00 | Review documents in preparation for trial; prepare witness outline for Chris Silva; prepare for Cudlip examination; tour courtroom; finalize and file Trial Brief; finalize and file Response to Motion to Compel Jay Alexander's presence at trial; prepare materials for opening statement; confer with the court about a jury trial versus a bench trial. |
| 02/12/11 | LD Arnold | 6.70 | 1,675.00 | Review and revise objections and designations for Piekarski deposition; draft brief objections to Alberta's recently disclosed exhibit list; prepare exhibits for trial; prepare final witness and exhibit lists for trial (required by Court); correspondence with opposing counsel regarding |

BlackRock Realty Advisors, Inc.
Invoice Number: 11167414
Invoice Date: March 10, 2011
Invoice Due Date: April 9, 2011
Page 5

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| | | | | designations, appearance of Mr. Inclan; telephone conference with Mr. Inclan regarding appearance; prepare exhibits for trial; prepare direct examination of Mr. Blake (Land Title); prepare e-mail to Ms. Breutsch regarding Mr. Blake. |
| 02/12/11 | OJ Dykes | 5.00 | 3,250.00 | Review and comment on objections to exhibits, objections to new witnesses, and proposed findings of fact and conclusions of law, including conferences with Mr. Trahan and Ms. Arnold regarding same; conferences with attorneys regarding assignments; prepare trial plan and final preparation task list; review Inclan deposition and conferences with Ms. Arnold and Mr. Trahan regarding need for Inclan as a witness; review and comment on witness outline for Mr. Silva, including conference with Mr. Trahan regarding same. |
| 02/12/11 | BW Patrick | 1.10 | 451.00 | Conferences and e-mail correspondence with litigation team and J. Smith in preparation for trial. |
| 02/12/11 | J S Smith | 0.20 | 125.00 | Trial preparation; review of closing requirements. |
| 02/12/11 | P Trahan | 12.00 | 6,900.00 | Continue to prepare for trial; draft witness outlines; review depositions; prepare materials for opening statement; prepare Proposed Findings of Fact and Conclusions of Law. |
| 02/13/11 | LD Arnold | 9.40 | 2,350.00 | Prepare for trial (exhibits, witnesses, logistics). |
| 02/13/11 | OJ Dykes | 7.00 | 4,550.00 | Outline cross-examination of Inclan, including selection of exhibits; conference with Mr. Trahan regarding opening statement; conference with Ms. Kralovec in preparation for possible trial testimony; review and comment on Silva direct examination outline; conferences with attorneys regarding exhibit lists, witnesses to be called, and preparation for presentation of certain motions and objections; reveiw research regarding standard for materiality. |
| 02/13/11 | J S Smith | 1.60 | 1,000.00 | Review of theater damage reports; trial preparation. |
| 02/13/11 | P Trahan | 16.00 | 9,200.00 | Prepare for trial, including preparation of opening statement, preparation of Chris Silva and Angela Kralovec, review and revisions of pre-trial pleadings, preparation of demonstratives for trial and witness examinations, and review of exhibits. |
| 02/14/11 | LD Arnold | 10.00 | 2,500.00 | Prepare for and attend trial; assist at trial. |
| 02/14/11 | OJ Dykes | 8.00 | 5,200.00 | Trial of cause. |
| 02/14/11 | J S Smith | 0.20 | 125.00 | Litigation - information regarding hearing. |
| 02/14/11 | P Trahan | 11.00 | 6,325.00 | Prepare for and attend Southlands trial. |
| 02/15/11 | LD Arnold | 0.40 | 100.00 | Revise final exhibit list to show those exhibits admitted at trial; telephone conference with court clerk regarding exhibits 121-128; prepare exhibits 121-128 for filing. |
| 02/15/11 | OJ Dykes | 0.50 | 325.00 | Conference with Mr. Trahan and Ms. Arnold regarding possible motion for judgment and regarding handling and timing of proposed findings of fact and conclusions of law as required by court; receive and review Alberta's |

BlackRock Realty Advisors, Inc.
Invoice Number: 11167414
Invoice Date: March 10, 2011
Invoice Due Date: April 9, 2011
Page 6

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| | | | | designations of Jay Alexander deposition and conferences and exchange e-mails with Mr. Trahan and Ms. Arnold regarding same, including possible counterdesignations. |
| 02/15/11 | BW Patrick | 1.00 | 410.00 | Trial debrief conference with J. Smith and P. Trahan. |
| 02/15/11 | J S Smith | 0.70 | 437.50 | Review litigation statutes and hearing notes. |
| 02/15/11 | P Trahan | 8.00 | 4,600.00 | Confer with client about trial and post-trial issues and tasks; report to client and team in relation to same; unproductive travel time. |
| 02/16/11 | P Trahan | 3.20 | 1,840.00 | Begin preparation of written closing statement and related exhibits; confer with Land Title's counsel in relation to same; revise Preliminary Findings of Fact and Conclusions of Law in relation to same. |
| 02/16/11 | P Trahan | 0.80 | 460.00 | Review designations for Jay Alexander deposition and prepare objections and counterdesignations. |
| 02/17/11 | LD Arnold | 0.50 | 125.00 | Revisions to Brief Closing; communications with opposing counsel (Stu Bennett) regarding filing brief closing. |
| 02/17/11 | OJ Dykes | 0.50 | 325.00 | Review and comment on draft written closing statement to court, including exchange of e-mails with Mr. Trahan. |
| 02/17/11 | BW Patrick | 1.00 | 410.00 | Review and revise Brief Close; conference with P. Trahan concerning same. |
| 02/17/11 | P Trahan | 3.70 | 2,127.50 | Prepare written Brief Closing and associated Findings of Fact and Conclusions of Law along with related Motion for Leave to file; review documents and evidence in relation to same. |
| 02/18/11 | OJ Dykes | 0.30 | 195.00 | E-mail to Mr. Trahan regarding preparation of motion to claim attorney fees and opposition to Land Title's anticipated claim for attorney fees. |
| 02/21/11 | LD Arnold | 0.10 | 25.00 | Prepare exhibit 63 for filing. |
| 02/21/11 | OJ Dykes | 0.30 | 195.00 | Exchange e-mails with Mr. Trahan regarding presentation of attorney fee issues, including defining research issue. |

**FOR PREVIOUSLY UNBILLED PRACTICE SUPPORT PROFESSIONAL SERVICES RENDERED**
through February 28, 2011 as follows:#PSGTDE#

| 02/13/11 | RG Perez | 0.30 | 51.00 | As per request by Paul Trahan, made edits to a graphic. |
|---|---|---|---|---|

TOTAL CHARGEABLE HOURS ..................................................................................................228.30

FEES ...................................................................................................................................$112,269.50

LESS AGREED DISCOUNT ...............................................................................................(16,840.43)

TOTAL FEES.........................................................................................................................$95,429.07

**EXPENSES & SERVICES:**

| E101S | Copy | 736.35 |
| E105S | Telephone | 10.92 |

| Code | Date | Description | Amount |
|---|---|---|---|
| E107S | | Delivery services/messengers | 307.98 |
| F255S | | Online Research - Westlaw | 43.39 |
| E101 | 02/09/11 | Copy - EDOX Document Technologies Copies of Plaintiff's Trial Exhibits - 012811 Bank ID: 008 Check Number: 187703 | 161.61 — |
| E101 | 02/15/11 | Copy - EDOX Document Technologies Copies of Plaintiffs' Trial Exhibits - Notebooks for court and counsel/02112011 Bank ID: 008 Check Number: 187889 | 843.57 — |
| E109 | 02/28/11 | Local travel - Christine Allen 02/14/11 Parking charges to deliver/pickup exhibits to court for hearing Bank ID: 008 Check Number: 188673 VOID - Bank ID: 008 Check Number: 188673 Bank ID: 008 Check Number: 188814 | 21.00 — |
| E113 | 02/22/11 | Subpoena fees - Checkmate, Inc. Delivery of trial subpoenas - Joseph M. Bellio/02212011 Bank ID: 008 Check Number: 188189 | 40.00 — |
| E113 | 02/24/11 | Subpoena fees - Checkmate, Inc. Serv. of subpoena f/appearance at trial on Jose Inclan - 021511 Bank ID: 008 Check Number: 188290 | 65.00 — |
| E114 | 02/17/11 | Witness fees - Jeff Dykes Trial witness fees Bank ID: 008 Check Number: 188024 VOID - Bank ID: 008 Check Number: 188024 Bank ID: 008 Check Number: 188154 | 44.77 — |
| E114 | 02/17/11 | Witness fees - Gene Hamilton Witness fee - Jose Inclan Bank ID: 008 Check Number: 188042 VOID - Bank ID: 008 Check Number: 188042 Bank ID: 008 Check Number: 188154 | 62.54 — |
| E114 | 02/17/11 | Witness fees - Gene Hamilton Witness fee - Joseph Bellio Bank ID: 008 Check Number: 188042 VOID - Bank ID: 008 Check Number: 188042 Bank ID: 008 Check Number: 188154 | 45.76 — |
| E115 | 02/24/11 | Deposition transcripts - Adrienne Whitlow Case No. 09-cv-00799-SJJ-KLM: Deposit for transcript of 02/14/2011 trial / 10904447 Bank ID: 038 Check Number: 11152 | 250.00 — |
| E117 | 02/15/11 | Trial exhibits - EDOX Document Technologies Preparation of (12) Trial Boards for exhibition at trial/02112011 Bank ID: 008 Check Number: 187892 | 969.48 — |
| E123 | 02/25/11 | Other professionals - 3B Studio, Inc. For taking pdf documents, changing to tif and loading on to Sanctions database for use at trial - 02-21-11 / 10904447 Bank ID: 038 Check Number: 11192 | 435.00 — |
| E124 | 02/24/11 | Other - Lucy D. Arnold 02/14/11 Demonstrative exhibits for trial Bank ID: 008 Check Number: 188677 | 211.05 — |
| F264S[1] | 02/28/11 | Data Management, Maintenance & Support $200 per | 3,400.00 — |

*Total Fees = 6549.78* (handwritten)

---

[1] Per GB per month fee assessed during the discovery phase of a case for matters in which the firm's Automated Litigation Support System is used to manage case documents and information. Fee includes project management and technical services to:

- Serve as a single point of contact for all aspects of a project.
- Design and develop database in which hard copy documents and electronic data are maintained.
- Support use of Automated Litigation Support System.