# EXHIBIT 1

Exhibit 1

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLORADO
 2
        Civil Action No. 09-cv-00799-ZLW-KLM
 3
        GRANITE SOUTHLANDS TOWN CENTER, LLC,
 4
        Plaintiff,
 5
        v.
 6
        ALBERTA TOWN CENTER, LLC,
 7      LAND TITLE GUARANTEE COMPANY,
        DONALD G. PROVOST, ALLAN G. PROVOST,
 8      and PETER M. CUDLIP,
 9      Defendants.
        _____
10
        VIDEOTAPE DEPOSITION OF:   PETER M. CUDLIP
11                                 January 7, 2010
        _____
12
                    PURSUANT TO NOTICE, the videotape
13      deposition of PETER M. CUDLIP was taken on behalf of
        the Plaintiff at 600 17th Street, Suite 1800, Denver,
14      Colorado 80202, on January 7, 2010, at 9:36 a.m.,
        before Marchelle Hartwig, Certified Shorthand Reporter
15      and Notary Public within Colorado.
16
17
18
19
20
21
22
23
24
25
```

```
 1        A.    Three.
 2        Q.    Who are they?
 3        A.    Don Provost -- Donald Provost, Allan
 4   Provost, and myself.
 5        Q.    Have there ever been any other managers
 6   of Alberta?
 7        A.    No.
 8        Q.    When was Alberta formed?
 9              MR. BENNETT:  Let me interject.  There
10   are a number of Alberta entities.  At this point, do
11   you want us to assume you're talking about Alberta
12   Town Center, LLC, unless otherwise specified?
13              MR. TRAHAN:  That is correct.  Thank you.
14              MR. BENNETT:  Thank you.
15        A.    I am not positive of that.
16        Q.    (BY MR. TRAHAN)  Was Alberta Town Center,
17   LLC, formed for the purpose of developing the
18   Southlands Town Center?
19        A.    Correct.
20        Q.    Is -- does the Alberta Town Center,
21   LLC -- does that entity have -- currently have any
22   assets?
23        A.    Very little.
24        Q.    What would those assets be?
25        A.    Some cash.
```

```
 1        Q.   And does Alberta Town Center, LLC,
 2   currently have any debts?
 3        A.   Yes.
 4        Q.   What would those debts be, generally?
 5        A.   Legal fees, basically.
 6        Q.   Is Alberta Town Center, LLC, an operating
 7   entity?
 8        A.   Yes.
 9        Q.   What is the nature of its operations?
10        A.   It's still in existence until we resolve
11   this lawsuit.
12        Q.   So it exists for the purpose of resolving
13   this lawsuit?
14        A.   Yes.
15        Q.   Does Alberta have any role with respect
16   to the Southlands Town Center currently, other than
17   pursuing this lawsuit?
18        A.   Are you specifically talking about the
19   Town Center?  No, it doesn't.
20        Q.   Okay.  What is -- do you have any other
21   relationship or role with respect to Alberta, other
22   than being a manager of it?
23        A.   I don't understand the question.
24        Q.   Do you own any piece of it?
25        A.   Yes.
```

Granite Southlands Town Center v. Alberta Town Center   PETER M. CUDLIP   1/7/2010

Page 223

## REPORTER'S CERTIFICATE

STATE OF COLORADO        )
                         ) ss.
CITY AND COUNTY OF DENVER )

      I, MARCHELLE HARTWIG, Certified Shorthand Reporter and Notary Public, State of Colorado, do hereby certify that previous to the commencement of the examination, the said PETER M. CUDLIP was duly sworn by me to testify to the truth in relation to the matters in controversy between the parties hereto; that the said deposition was taken in machine shorthand by me at the time and place aforesaid and was thereafter reduced to typewritten form; that the foregoing is a true transcript of the questions asked, testimony given, and proceedings had.

      I further certify that I am not employed by, related to, nor of counsel for any of the parties herein, nor otherwise interested in the outcome of this litigation.

      IN WITNESS WHEREOF, I have affixed my signature this 13th day of January, 2010.

      My commission expires April 19, 2013.

  __X__ Reading and Signing was requested.
  _____ Reading and Signing was waived.
  _____ Reading and Signing is not required.