# EXHIBIT 3

Exhibit 3

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-00799-ZLW-KLM

GRANITE SOUTHLANDS TOWN CENTER, LLC,

    Plaintiff

v.

ALBERTA TOWN CENTER, LLC, and
LAND TITLE GUARANTEE COMPANY,

    Defendants.

---

## NOTICE OF LIEN

---

The law firm of Lindquist & Vennum, PLLP (hereinafter "Lindquist"), pursuant to C.R.S. § 12-5-119, hereby gives notice that it is asserting a lien on any claims, demands, judgments, choses in action, or proceeds thereof for any fees or balance of fees due or to become due from Defendant Alberta Town Center, LLC (hereinafter "Alberta"). In compliance with the statute, Lindquist asserts as follows:

    1.    The agreement of compensation between Lindquist and its client is an hourly fee agreement.

    2.    As of August 1, 2010, Alberta owed Lindquist fees and costs in this matter totaling not less than $285,851.66.

    3.    Lindquist claims that its attorneys fees pursuant to its fee agreement with Alberta, plus costs, together with all amounts to become due in the future plus interest, is and remain unpaid, and that Lindquist has not previously waived its right to assert an attorney's lien.

Dated the 31st day of August, 2010.

Doc# 3295036\1

Respectfully submitted,

s/ *Matthew S. McElhiney*
Matthew S. McElhiney
**LINDQUIST & VENNUM, P.L.L.P.**
600 - 17th Street, Suite 1800 –South
Denver, CO 80202
Telephone: (303) 573-5900
Fax: (303) 573-1956
E-mail: mmcelhiney@lindquist.com
Former Attorneys for Defendant Alberta Town Center, LLC

Doc# 3295036\1

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | | |
|---|---|---|
| *Attorneys for Plaintiff & Counter Defendant Granite Southlands Town Center, LLC* | jdykes@fulbright.com<br>bvetter@fulbright.com | Osborne J. Dykes, III<br>Benjamin M. Vetter<br>Fulbright & Jaworski LLP<br>370 – 17th Street, Suite 2150<br>Denver, CO  80202 |
| *Attorneys for Plaintiff & Counter Defendant Granite   Southlands Town Center, LLC* | ptrahan@fulbright.com | Paul Trahan<br>Fulbright & Jaworski LLP<br>600 Congress Avenue, Suite 2400<br>Austin, TX  78701 |
| *Defendant Land Title Guarantee Company* | kbruetsch@rwolaw.com | Kimberly A. Bruetsch<br>Robinson, Waters & O'Dorisio PC<br>1099 – 18th Street, 26th Floor<br>Denver, CO  80202 |
| *Attorneys for Defendant Alberta Town Center, LLC* | sbennett@joneskeller.com | Stuart Bennett<br>Jones & Keller PC<br>1999 Broadway, Suite 3150<br>Denver, Colorado 80202 |

And I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner indicated by the non-participant's name:   NONE

> s/ *Matthew S. McElhiney*
> Matthew S. McElhiney
> Lindquist & Vennum P.L.L.P.
> 600 - 17th Street, Suite 1800 –South
> Denver, CO 80202
> Telephone:         303-573-5900
> Fax:                     303-573-1956
> E-mail:         mmcelhiney@lindquist.com

Doc# 3295036\1