# EXHIBIT 4

Exhibit 4

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO.: 09-CV-00799-ZLW-KLM

GRANITE SOUTHLANDS TOWN CENER, LLC,

      Plaintiff

v.

ALBERTA TOWN CENTER, LLC and
LAND TITLE GUARANTEE COMPANY,

      Defendants.

---

### NOTICE OF CHARGING LIEN

---

The law firm of Starrs Mihm LLP gives notice of its charging lien pursuant to section 12-5-119, C.R.S. for fees and interest owed to Starrs Mihm LLP by Alberta Town Center, LLC as follows:

1.    Alberta Town Center, LLC is a party to the above-captioned civil action, Case No. 09-CV-00799, pending in the United States District Court for the District of Colorado.

2.    The law firm of Starrs Mihm LLP hereby asserts a charging lien pursuant to section 12-5-119, C.R.S. against all choses of action, claims, and demands asserted by Alberta Town Center, LLC in the action referenced in paragraph 1 above, and any judgment in favor of Alberta Town Center, LLC that may be entered in the action referenced in paragraph 1 above, or any fruits of such judgment. Starrs Mihm LLP asserts a first lien on any recovery that Alberta Town Center, LLC may obtain on such choses of action, claims, and demands, whether by collection on a judgment, settlement, or otherwise.

3.    Total outstanding costs, attorneys' fees and interest subject to the charging lien are as follows:

      Total unreimbursed costs billed through May 3, 2011:  $0
      Total unpaid attorneys' fees billed through May 3, 2011:  $20,802.83
      Total unpaid interest billed through May 3, 2011: $2,638.32
      Total owing as of May 3, 2011:  $23,441.15

1

Said fees and interest arise out of services rendered for Alberta Town Center, LLC in the matters referenced in paragraph 1 above.

    4.    The charging lien also shall be security for repayment of additional interest on the unpaid fees due to Starrs Mihm LLP relating to the matters referenced in paragraph 1 above.

    5.    The law firm of Starrs Mihm LLP certifies it has an engagement letter setting forth the terms of compensation between Starrs Mihm & Pulkrabek LLP now known as Starrs Mihm LLP and Alberta Town Center, LLC.  The agreement of compensation is an hourly fee agreement.

Dated this 6th day of May, 2011.

/s/ Elizabeth A. Starrs
Elizabeth A. Starrs
Elizabeth J. Hyatt
STARRS MIHM LLP
707 Seventeenth Street, Suite 2600
Denver, CO 80202
(303) 592-5900 – Telephone
(303) 592-5910 – Facsimile
estarrs@starrslaw.com
ehyatt@starrslaw.com

FORMER COUNSEL FOR ALBERTA TOWN CENTER, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of May, 2011, a true and correct copy of the foregoing **NOTICE OF CHARGING LIEN** was electronically filed with the Clerk of Court using the CM/ECF system which will send email notification of such filing to the following:

Osborne J. Dykes, III
Benjamin M. Vetter
Fulbright & Jaworski, LLP
370 Seventeenth Street, Suite 2150
Denver, CO 80202
jdykes@fulbright.com
bvetter@fulbright.com

Paul D. Trahan
Fulbright & Jaworski, LLP
600 Congress Avenue, Suite 2400
Austin, TX  78701
ptrahan@fulbright.com

Steven Robert Kabler
Stuart N. Bennett
Jones & Keller, PC
1999 Broadway, Suite 3150
Denver, CO 80202
skabler@joneskeller.com
sbennett@joneskeller.com

Kimberly A. Bruetsch
Robinson, Waters & O'Dorisio, P.C.
1099 18th Street, Suite 2600
Denver, CO 80202
kbruetsch@rwolaw.com

/s/Elizabeth A. Starrs

3