**Appendix I**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. _____

_____,

    Plaintiff,

v.

_____,

    Defendant.

## INFORMATION FOR TEMPORARY RESTRAINING ORDER
_____

Attorney for Plaintiff _____

_____ Telephone number _____

Attorney for Defendant _____

_____ Telephone number _____

Concise statement as to type of claim _____

_____

_____

Jurisdiction (cite statute) _____

Hearing:  See D.C.COLO.LCivR.7.1A

    Date Motion for Temporary Restraining Order filed _____

    Estimated length of hearing _____

Request hearing be set for _____ today _____ tomorrow _____ within one week

Reason why immediate action is required _____

_____

Notice:

Has opposing party and/or attorney been notified? _____ Yes _____ No

If "yes," state when _____ and by what means _____

If "no," state reason _____

(Rev. 11/04)