IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-00799-SJJ-KLM

GRANITE SOUTHLANDS TOWN CENTER LLC,

    Plaintiff,

v.

ALBERTA TOWN CENTER, LLC and
LAND TITLE GUARANTEE COMPANY,

    Defendants.

## ORDER GRANTING PLAINTIFF'S EMERGENCY MOTION FOR EXPEDITED DISCOVERY FOR PRELIMINARY INJUNCTION HEARING

After considering Plaintiff Granite Southlands Town Center LLC's Motion for Expedited Discovery for Preliminary Injunction Hearing, the Court finds it should be granted in all respects.

Alberta Town Center, LLC, therefore, is ORDERED, at least one full day before the Preliminary Injunction hearing in the captioned lawsuit, to produce a corporate representative prepared to testify about the following topics:

- Alberta's current financial condition, including a description of its assets, liabilities, and operations;

- Details concerning the settlement payments from Callison, including when, where, and how the money was received;

- Communications between Alberta and Callison relating to the settlement payments;

- Whether, and to whom, the Callison settlement proceeds have been paid or otherwise disbursed; and

- Where the Callison settlement proceeds currently are located, including who or what entity has the money along with the name of the bank or other financial institution and account numbers.

Alberta Town Center, LLC is FURTHER ORDERED to produce, at least one full day before the Preliminary Injunction hearing in the captioned lawsuit, the following documents:

- 2 -

- Alberta's financial statements for the past six months, including detailed statements of accounts receivable, accounts payable, and other outstanding obligations;

- Bank records and statements reflecting money received in relation to Alberta's settlement with Callison and any disbursements or payments made by Alberta in the last sixty days;

- Documents memorializing any payment obligations that Alberta has had during the past six months; and

- Communications between Alberta and Callison relating to the settlement payment.

SIGNED _____

_____
DISTRICT JUDGE PRESIDING