IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 2 6 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 09-CV-00799-SJJ-KLM

GRANITE SOUTHLANDS TOWN CENTER LLC,

    Plaintiff,

v.

ALBERTA TOWN CENTER, LLC and
LAND TITLE GUARANTEE COMPANY,

    Defendants.

## CASH IN LIEU OF BOND
## FOR TEMPORARY RESTRAINING ORDER

Plaintiff Granite Southlands Town Center LLC ("Plaintiff") applied for a Temporary Restraining Order against defendant Alberta Town Center LLC ("Defendant"), which the Court granted on September 22, 2011 (Docket #203).

Plaintiff hereby files cash in lieu of a bond in the amount of $10,000 as required by the Court and in an amount the Court has deemed proper pursuant to the terms of Temporary Restraining Order. By so doing, Plaintiff agrees to be held and firmly bound to Defendant for this amount and promises Plaintiff will pay to Defendant such damages, not exceeding the sum of Ten Thousand Dollars ($10,000), as Defendant may incur or suffer in the event the Court finds Defendant was wrongfully enjoined or restrained.

- 2 -

Respectfully submitted,

_/s/ Paul Trahan_
OSBORNE J. DYKES, III
BENJAMIN M. VETTER
FULBRIGHT & JAWORSKI L.L.P.
370 Seventeenth Street, Suite 2150
Denver, CO  80202
(303) 801-2700 – Telephone
(303) 801-2777 – Facsimile
jdykes@fulbright.com
bvetter@fulbright.com

PAUL TRAHAN
FULBRIGHT & JAWORSKI L.L.P.
98 San Jacinto Boulevard, Suite 1100
Austin, TX  78701
(512) 474-5201 – Telephone
(512) 536-4598 – Facsimile
ptrahan@fulbright.com
COUNSEL FOR PLAINTIFF