```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX041598
Cashier ID: sg
Transaction Date: 09/26/2011
Payer Name: FULBRIGHT AND JAWORSKI LLP
----------------------------------------
TREASURY REGISTRY
 For: FULBRIGHT AND JAWORSKI LLP
 Case/Party: D-COX-1-09-CV-000799-001
 Amount:         $10,000.00
----------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 13671
 Amt Tendered: $10,000.00
----------------------------------------
Total Due:       $10,000.00
Total Tendered: $10,000.00
Change Amt:      $0.00

PER ORDER DATED 09/23/11

SJJ-KLM

A fee of $45.00 will be assessed on
any returned check.
```



**FULBRIGHT**
**&Jaworski L.L.P.**
*Attorneys at Law*

**Paul Trahan**
*Partner*

98 San Jacinto Boulevard, Suite 1100 • Austin, Texas 78701-4255
ptrahan@fulbright.com • Direct: 512 536 5288 • Main: 512 474 5201 • Facsimile: 512 536 4598

September 26, 2011

Clerk of the Court                                           Via Hand Delivery
U.S. District Court for the District of Colorado
Alfred J. Arraj Courthouse
901 19th Street
Denver, CO 80294

Re:   Civil Action No. 09-CV-00799-SJJ-KLM; Granite Southlands Town Center LLC v. Alberta Town Center LLC and Land Title Guarantee Company; In the United States District Court for the District of Colorado

Dear Clerk:

Enclosed is this firm's check No. 13671, in the amount of $10,000, which represents Plaintiff's payment of a Cash in Lieu of Bond as required by the Temporary Restraining Order (Docket #203). Also enclosed for filing is Plaintiff's Cash in Lieu of Bond.

Very truly yours,

Paul Trahan

PT/jw

Enclosures

Cc:   Stuart N. Bennett                    *Via Fax: (303) 573-8133*
      Jones & Keller, P.C.
      1999 Broadway, Suite 3150
      Denver, CO 80202

      Stephen L. Waters                    *Via Fax: (303) 297-2750*
      Kimberly A. Bruetsch
      Robinson Waters & O'Dorisio, PC
      1099 18th Street, Suite 2600
      Denver, CO 80202

86152907.1

AUSTIN • BEIJING • DALLAS • DENVER • DUBAI • HONG KONG • HOUSTON • LONDON • LOS ANGELES • MINNEAPOLIS
MUNICH • NEW YORK • PITTSBURGH-SOUTHPOINTE • RIYADH • SAN ANTONIO • ST. LOUIS • WASHINGTON DC
www.fulbright.com