IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-00799-SJJ-KLM

GRANITE SOUTHLANDS TOWN CENTER LLC,

    Plaintiff,

v.

ALBERTA TOWN CENTER, LLC AND
LAND TITLE GUARANTEE COMPANY,

    Defendants.

## NOTICE OF FILING RETURN OF SERVICE

Plaintiff, Granite Southlands Town Center LLC, by and through its attorneys Fulbright & Jaworski L.L.P., hereby submits for filing in the record of this matter the attached Return of Service.

Date:  September 27, 2011      Respectfully submitted,

By: /s/ *Benjamin M. Vetter*
Benjamin M. Vetter
Osborne J. Dykes, III
Lucy Arnold
FULBRIGHT & JAWORSKI L.L.P.
370 Seventeenth Street, Suite 2150
Denver, CO  80202
(303) 801-2700 – Telephone
(303) 801-2777 – Facsimile
bvetter@fulbright.com
jdykes@fulbright.com
larnold@fulbright.com

86155116.1

- 2 -

        Paul Trahan
        FULBRIGHT & JAWORSKI L.L.P.
        600 Congress Avenue, Suite 2400
        Austin, TX 78701
        (512) 474-5201 – Telephone
        (512) 536-4598 – Facsimile
        ptrahan@fulbright.com

**Counsel for Plaintiff**

### CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on the 27th day of September, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to attorneys for plaintiffs at the following e-mail addresses:

Stephen L. Waters    swaters@rwolaw.com
Kimberly A. Bruetsch    kbruetsch@rwolaw.com
ROBINSON WATERS & O'DORISIO, P.C.
1099 18th Street, Suite 2600
Denver, CO 80202
*Attorneys for Land Title Guarantee*

Stuart N. Bennett    sbennett@joneskeller.com
JONES & KELLER, P.C.
1999 Broadway, Suite 3150
Denver, CO 80202
*Attorneys for Alberta Town Center, LLC*

        *s/Benjamin M. Vetter*
        Benjamin M. Vetter

# RETURN OF SERVICE

Case No. 09-CV-00799-SJJ-KLM

STATE OF COLORADO   )
                    ) ss.
City & County of Denver )

I, Matthew M. VanderKaay, the affiant, being duly sworn, say: that I am over the age of eighteen years and am not a party to the within action; and that I have served ALBERTA TOWN CENTER, LLC, a true and correct copy of the within Temporary Restraining Order Against Defendant Alberta, together with Cash in Lieu of Bond for Temporary Restraining Order, by leaving in the presence of PAM TRUJILLO, as Process Clerk to the Corporation Service Company, as Registered Agent to ALBERTA TOWN CENTER, LLC, at 1560 Broadway, Unit 2090, City of Denver, County of Denver, State of Colorado, on September 26, 2011 at 2:50 P.M.  PAM TRUJILLO being over the age of eighteen years.

Matthew M. VanderKaay
Private Process Server

Subscribed and sworn before me on September 27, 2011.
My commission expires on 09-27-14.

Notary Public
438 Bannock Street
Denver, CO 80204