UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLORADO

Civil Action No. 09-CV-00799-ZLW-KLM

GRANITE SOUTHLANDS TOWN CENTER, LLC,

    Plaintiff,

v.

ALBERTA TOWN CENTER, LLC and
LAND TITLE GUARANTEE COMPANY,

    Defendants.

## DEFENDANT LAND TITLE GUARANTEE COMPANY'S
## MOTION FOR ATTORNEYS FEES AND COSTS

Defendant, Land Title Guarantee Company, hereby submits this Motion for Attorneys Fees and Costs and, in support thereof, state as follows:

**Background and Basis for Fee Request**

1.    On or about April 8, 2009, Granite Southlands Town Center, LLC initiated this action seeking declaratory judgment regarding a Forward Purchase and Sale Agreement and accompanying Escrow Agreement between Granite Southlands Town Center, LLC as buyer and Alberta Town Center, LLC as seller (the "Contracts") of certain real property commonly known as the Southlands Town Center, Aurora, Colorado (the "Property") and disposition of earnest money associated with the contract.

2.    Land Title Guarantee Company received from Granite Southlands Town Center, LLC earnest money in the amount of $650,000 (the "Funds") to be held in escrow until closing.

3.   Land Title Guarantee Company was joined in this action solely because it held the Funds as the escrow agent.

4.   Pursuant to paragraph 5 of the Escrow Agreement, Land Title is entitled to recover its attorneys fees and costs incurred in this matter. Paragraph 5 states in relevant part:

> In the event Escrow Agent is made a party to litigation with respect to the Cash Funds held hereunder, or brings an action in interpleader or if Escrow Agent is required to render any service not provided for in this Agreement, Escrow Agent shall be entitled to reasonable compensation for such extraordinary services and reimbursement for all actual and reasonable fees, costs, liability and expenses, including reasonable attorneys' fees. Liability for such extraordinary services and reimbursement for all fees, costs, liability and expenses, including reasonable and actual attorneys' fees shall be paid by the party requesting such services or causing such services to be incurred.

A copy of the Escrow Agreement is attached hereto as Exhibit A.

5.   Due to the inclusion of Land Title as a Defendant in this matter, Land Title was required to retain counsel and participate in the litigation. As a result, Land Title seeks an order requiring that $16,144.10 be paid to Land Title from the Escrow Funds. This Court acknowledged Land Title's claim to attorneys fees in its Memorandum and Order and stated that Land Title may file its own motion for fees and costs.

**Request for Attorneys Fees**

6.   To determine a reasonable attorneys' fee, courts arrive at a "lodestar" figure by multiplying the hours counsel reasonably expends on litigation by a reasonable hourly rate. Dubray v. Intertribal Bison Coop, 192 P.3d 604, 608 (Colo.App. 2008). Once calculated, a "claimant is entitled to the presumption that this lodestar amount reflects a 'reasonable' fee." Degrado v. Jefferson Pilot Financial Ins. Co., No. 02-cv-01533-WYD-BNB, 2009 WL 1973501

at *6 (D.Colo., July 6, 2009)(*quoting* Robinson v. City of Edmond, 160 F.3d 1275, 1283 (10th cir. 1998).

7. All of the fees and costs sought by Land Title have been billed to the client and have been paid or will be paid in due course. *See* Affidavit of Kimberly A. Bruetsch attached hereto as Exhibit B.

8. In support of its claim for attorneys fees and costs, affidavits and billing records are submitted contemporaneously with this Motion. The billing records are attached hereto as Exhibit C and biographies of the attorneys involved in this matter are submitted as Exhibit D.

9. The legal services provided to Land Title were reasonable and necessary. The services provided generally involved investigating the claims, reviewing the pleadings and preparing responses to the same, attending and participating in the scheduling conference and communications with counsel to attempt to limit Land Title's involvement in this matter. *See* Exhibit B.

10. Land Title made significant efforts to limit its attorneys fees and costs incurred in this matter. Land Title proposed early on that the parties stipulate to interplead or escrow the funds and dismiss Land Title. Unfortunately, counsel for Granite and Alberta were unable to reach an agreement regarding dismissal of Land Title until December 2010. Nevertheless, Land Title's counsel limited its participation including seeking orders not requiring its presence at settlement conferences, limiting review of pleadings and documents and making continued efforts to stipulate to a resolution that would not require Land Title to participate in the trial.

11. Stephen L. Waters is the senior attorney responsible for this matter. Mr. Waters assigned primary responsibility for this matter to Kimberly Bruetsch in order to staff the case in an economical matter. Kristi Kellow is the paralegal assigned to this matter. Mr. Waters had

3

primary involvement for preparing for and attending the pretrial conference because Ms. Bruetsch was out of town during that time.

12. The hourly rates charged by Robinson Waters & O'Dorisio, P.C. are comparable to services by attorneys with similar skill and experience in Denver, Colorado.

13. Land Title's costs are limited to copy charges, postage and the LawTool Box docketing fee. These costs were billed to Land Title and are to be reimbursed pursuant to paragraph 5 of the Escrow Agreement.

14. To the extent further proceedings are required regarding Land Title's request for reimbursement of its attorneys fees and costs, Land Title reserves the right to supplement its fee request.

WHEREFORE, Land Title respectfully requests that this Court award it legal fees and expenses in the amount of $16,144.10 to be paid from the funds previously held in escrow and any and other further relief to which this Court deems just and proper.

DATED this 27th day of September 2011.

Respectfully submitted,

s/ Kimberly A. Bruetsch
Stephen L. Waters
Kimberly A. Bruetsch
ROBINSON WATERS & O'DORISIO, P.C.
1099 18th Street, Suite 2600
Denver, Colorado 80202
(303) 297-2600
*Counsel for Land Title Guarantee Company*

4

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of September 2011, a true and correct copy of the foregoing **MOTION FOR ATTORNEYS FEES** was served via CM/ECF on the following:

Osborne J. Dykes, III, Esq.
Benjamin M. Vetter, Esq.
Fulbright & Jaworski LLP
370 Seventeenth Street, Suite 2150
Denver, Colorado 80202
jdykes@fulbright.com
bvetter@fulbright.com

Paul Trahan, Esq.
Fulbright & Jaworski LLP
600 Congress Avenue, Suite 2400
Austin, Texas 78701
ptrahan@fulbright.com

Stuart N. Bennett, Esq.
Lindquist & Vennum, P.L.L.P.
600 17th Street, Suite 1800-South
Denver, Colorado 80202
sbennett@lindquist.com

*s/Kristi Kellow*