UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLORADO

Civil Action No. 09-CV-00799-ZLW-KLM

GRANITE SOUTHLANDS TOWN CENTER, LLC,

    Plaintiff,

v.

ALBERTA TOWN CENTER, LLC and
LAND TITLE GUARANTEE COMPANY,

    Defendants.

## AFFIDAVIT OF KIMBERLY A. BRUETSCH

| THE STATE OF COLORADO | § |
| --- | --- |
|  | § |
| COUNTY OF DENVER | § |

THE AFFIANT states as follows:

1. I am a lawyer duly licensed to practice in the State of Colorado and in the United States District Court for the District of Colorado. I am over 18 years of age and I am competent to testify to the matters herein.

2. Robinson Waters & O'Dorisio, P.C. ("RWO") represents Land Title Guarantee Company in the above captioned cause. Stephen L. Waters is the senior partner responsible for this matter and he assigned primary responsibility for this matter to me. I have been licensed to practice in the State of Colorado since 2001. In 2000, I clerked for the Honorable Bobby R Baldock on the Tenth Circuit Court of Appeals. I have jury trial, bench trial and arbitration experience. Kristi Kellow, a paralegal in our office, also assisted in this matter.


EXHIBIT B

3. RWO's fee arrangement with Land Title is to bill on an hourly basis, not on a contingent fee or fixed fee basis. The hourly rates billed along with the services performed are set forth on the bills attached to the Motion for Attorneys Fees as <u>Exhibit C</u>.

4. In my opinion, the hourly charges are reasonable for the preparation and handling of this matter. In addition, it is my opinion that the amount of services performed were also reasonable and necessary. In arriving at my opinion, I reviewed the invoices sent to Land Title as well as the pleadings filed in this matter.

5. I also considered and relied upon the factors set forth and listed in Colorado Rule of Professional Conduct 1.5.

6. The costs sought by Land Title were actually billed to and paid by Land Title.

Further Affiant Sayeth Naught.

DATED this 27th day of September, 2011.

*/s/ Kimberly Bruetsch*
Kimberly A. Bruetsch

Subscribed and sworn to before me this 27th day of September 2011 by Kimberly A. Bruetsch.

Witness my hand and official seal.

*/s/ Kristi Kellow*
Notary Public
My commission expires: 3/11/12