```
                    Robinson Waters & O'Dorisio PC
                       1099 18th St., 26th Floor
                           Denver, CO  80202
                             303-297-2600
```

```
                                             FEDERAL ID: 84-1376219

    Peter Griffiths
    Land Title Guarantee Company            REPORT DATE: 09/27/11
    3033 East 1st Avenue #600               CLIENT: 00939
    DENVER CO  80206
```

================================================================================
MATTER:  00939.169 SLW  - Granite Southlands Town Center

PROFESSIONAL SERVICES RENDERED FROM 04/21/09 THROUGH 12/08/10:

|     |                                                                                                    | DATE     | HOURS | RATE  | AMOUNT |
|-----|----------------------------------------------------------------------------------------------------|----------|-------|-------|--------|
| KAB | Telephone conference with P. Griffiths regarding new federal court matter; review file.            | 04/29/09 | 1.50  | 240.0 | 360.00 |
| KAB | Review e-mail from R. Hammer regarding additional information; telephone conference with counsel regarding interpleader. | 04/30/09 | 0.40  | 240.0 | 96.00  |
| KK  | Calendar deadlines regarding scheduling order.                                                     | 05/01/09 | 0.40  | 110.0 | 44.00  |
| KAB | Telephone conference with E. Starrs and J. Dykes regarding Land Title's role in litigation.        | 05/04/09 | 0.50  | 240.0 | 120.00 |
| KAB | Review e-mail from J. Dykes regarding stipulation.                                                 | 05/05/09 | 0.20  | 240.0 | 48.00  |
| KAB | Draft answer.                                                                                      | 05/06/09 | 1.00  | 240.0 | 240.00 |
| KAB | Review e-mail from J. Dykes regarding stipulation; respond to same.                                | 05/07/09 | 0.20  | 240.0 | 48.00  |
| KAB | Review answer and counterclaim.                                                                    | 05/11/09 | 0.20  | 240.0 | 48.00  |
| KAB | Review corporate disclosure statement of Granite.                                                  | 05/13/09 | 0.20  | 240.0 | 48.00  |
| KAB | Review Alberta's corporate disclosure statement.                                                   | 05/14/09 | 0.10  | 240.0 | 24.00  |
| KAB | Review corporate disclosure statement.                                                             | 05/18/09 | 0.20  | 240.0 | 48.00  |


EXHIBIT C

```
                        Robinson Waters & O'Dorisio PC
                         1099 18th St., 26th Floor
                            Denver, CO  80202
                              303-297-2600


                                         FEDERAL ID: 84-1376219

    Land Title Guarantee Company         REPORT DATE: 09/27/11
    MATTER: 00939.169 SLW   -  Granite Southlands Town Center
    PAGE:   2
```

================================================================================

| | | | | | |
|---|---|---|---|---|---|
| KAB | Revise motion for entry of stipulated order and order; review e-mail from E. Starrs regarding same. | 05/20/09 | 2.00 | 240.0 | 480.00 |
| SLW | Receipt, review and analysis of pleadings; conference regarding same. | 05/20/09 | 0.70 | 325.0 | 227.50 |
| KAB | Review motion for extension of time to File answer to counterclaims. | 05/29/09 | 0.20 | 240.0 | 48.00 |
| KAB | Review corporate disclosure statement. | 06/01/09 | 0.20 | 240.0 | 48.00 |
| KK | Telephone conference with counsel; draft motion to reset scheduling conference; file and serve same. | 06/01/09 | 0.50 | 110.0 | 55.00 |
| KAB | Review motion to reschedule setting conference; finalize same for filing. | 06/02/09 | 0.20 | 240.0 | 48.00 |
| KAB | Review e-mail regarding Rule 26 conference. | 06/02/09 | 0.20 | 240.0 | 48.00 |
| KAB | Review order granting continuance of scheduling conference. | 06/04/09 | 0.20 | 240.0 | 48.00 |
| KAB | Review e-mails regarding Rule 26 conference; respond to same. | 06/11/09 | 0.20 | 240.0 | 48.00 |
| KAB | Review answer to complaint. | 06/12/09 | 0.40 | 240.0 | 96.00 |
| KAB | Attend Rule 26 meeting. | 06/15/09 | 1.00 | 240.0 | 240.00 |
| KK | Draft Rule 26 disclosures. | 06/23/09 | 0.50 | 110.0 | 55.00 |
| KAB | Review draft protective order; attend conference call regarding scheduling order. | 06/24/09 | 1.00 | 240.0 | 240.00 |
| KAB | Review proposed scheduling order; revise | 06/30/09 | 1.30 | 240.0 | 312.00 |

```
                      Robinson Waters & O'Dorisio PC
                         1099 18th St., 26th Floor
                            Denver, CO  80202
                              303-297-2600
```

FEDERAL ID: 84-1376219

Land Title Guarantee Company                REPORT DATE: 09/27/11
MATTER: 00939.169 SLW   -  Granite Southlands Town Center
PAGE:    3

==============================================================================

| | | | | | |
|---|---|---|---|---|---|
| | same; draft confidential settlement statement. | | | | |
| KAB | Review e-mails regarding revisions to scheduling order; revise same. | 07/01/09 | 0.70 | 240.0 | 168.00 |
| KAB | Review and revise Rule 26 disclosures. | 07/02/09 | 0.50 | 240.0 | 120.00 |
| KAB | Attend scheduling conference. | 07/06/09 | 1.00 | 240.0 | 240.00 |
| KK | Docket/calendar deadlines regarding scheduling order and court's minute order. | 07/06/09 | 0.40 | 110.0 | 44.00 |
| SLW | Receipt, review and analysis of orders from court; conference regarding same. | 07/07/09 | 0.60 | 325.0 | 195.00 |
| KAB | Review e-mails regarding protective order; send e-mail regarding dismissal of Land Title. | 07/20/09 | 0.20 | 240.0 | 48.00 |
| KAB | Review documents for production. | 07/24/09 | 2.00 | 240.0 | 480.00 |
| KAB | Review e-mail regarding protective order and draft of same. | 07/27/09 | 0.40 | 240.0 | 96.00 |
| KAB | Review e-mails regarding protective order; respond to same. | 08/10/09 | 0.20 | 240.0 | 48.00 |
| KAB | Telephone conference with B. Vetter regarding extension of time to amend pleadings. | 08/21/09 | 0.20 | 240.0 | 48.00 |
| KAB | Review order regarding pleading deadlines. | 08/24/09 | 0.10 | 240.0 | 24.00 |
| KAB | Review e-mail from E. Hyatt regarding conference with magistrate regarding protective order; review e-mail from Magistrate Mix regarding same. | 09/01/09 | 0.40 | 240.0 | 96.00 |

```
                    Robinson Waters & O'Dorisio PC
                      1099 18th St., 26th Floor
                         Denver, CO  80202
                           303-297-2600
```

FEDERAL ID: 84-1376219

Land Title Guarantee Company                           REPORT DATE: 09/27/11
MATTER: 00939.169 SLW   -  Granite Southlands Town Center
PAGE:    4

======================================================================

| | | | | | |
|---|---|---|---|---|---|
| KAB | Telephone conference with E. Hyatt regarding documents; attend conference with Magistrate Mix regarding discovery dispute. | 09/02/09 | 1.20 | 240.0 | 288.00 |
| KAB | Review minute order from status conference. | 09/03/09 | 0.20 | 240.0 | 48.00 |
| KAB | Review amended complaint. | 09/04/09 | 0.30 | 240.0 | 72.00 |
| KAB | Review orders regarding amended complaint. | 09/16/09 | 0.30 | 240.0 | 72.00 |
| KAB | Review documents regarding E. Hyatt's request regarding assignment of escrow agreement. | 09/18/09 | 2.00 | 240.0 | 480.00 |
| KAB | Review draft protective order; review e-mail regarding same. | 09/21/09 | 0.40 | 240.0 | 96.00 |
| KAB | Review entry of appearance. | 09/24/09 | 0.20 | 240.0 | 48.00 |
| KAB | Review correspondence from P. Trahan; draft answer to amended complaint. | 09/25/09 | 1.40 | 240.0 | 336.00 |
| KAB | Review e-mail from E. Hyatt regarding amended complaint. | 09/30/09 | 0.20 | 240.0 | 48.00 |
| KAB | Review minute order regarding deadlines to answer. | 10/02/09 | 0.20 | 240.0 | 48.00 |
| KAB | Review motion to withdraw. | 10/07/09 | 0.20 | 240.0 | 48.00 |
| KAB | Review motion to continue settlement conference. | 10/09/09 | 0.20 | 240.0 | 48.00 |
| KAB | Review motion to continue settlement conference. | 10/09/09 | 0.20 | 240.0 | 48.00 |
| KAB | Review motion to continue settlement conference and e-mails regarding same. | 10/12/09 | 0.20 | 240.0 | 48.00 |

```
                    Robinson Waters & O'Dorisio PC
                      1099 18th St., 26th Floor
                         Denver, CO  80202
                           303-297-2600
```

FEDERAL ID: 84-1376219

Land Title Guarantee Company                REPORT DATE: 09/27/11
MATTER: 00939.169 SLW    -  Granite Southlands Town Center
PAGE:    5

======================================================================

| | | | | |
|---|---|---|---|---|
| KAB | Review motion to continue settlement conference and e-mails regarding same. | 10/12/09 | 0.20 240.0 | 48.00 |
| KAB | Draft updated confidential settlement statement per court order. | 10/13/09 | 1.50 240.0 | 360.00 |
| KAB | Review motion to file under seal; review motion to dismiss; review answer to amended complaint; review order resetting scheduling conference. | 10/14/09 | 0.40 240.0 | 96.00 |
| SLW | Receipt, review and analysis of motion to file documents under seal; receipt, review and analysis of Alberta Town Center's answer and counterclaims against plaintiff. | 10/15/09 | 0.80 325.0 | 260.00 |
| KK | Review and redaction of documents for production to opposing counsel. | 10/16/09 | 2.50 110.0 | 275.00 |
| SLW | Receipt, review and analysis of defendants' motion to dismiss. | 10/19/09 | 0.60 325.0 | 195.00 |
| KAB | Review order permitting E. Starrs withdrawal. | 10/21/09 | 0.20 240.0 | 48.00 |
| KAB | Review notice of case association. | 10/23/09 | 0.20 240.0 | 48.00 |
| KAB | Review response to motion to dismiss. | 11/03/09 | 0.30 240.0 | 72.00 |
| KAB | Review e-mails regarding discovery and depositions. | 11/05/09 | 0.20 240.0 | 48.00 |
| KAB | Review motion to reset scheduling order deadlines. | 11/09/09 | 0.30 240.0 | 72.00 |
| KAB | Review first set of written discovery requests. | 11/12/09 | 0.20 240.0 | 48.00 |

```
                      Robinson Waters & O'Dorisio PC
                         1099 18th St., 26th Floor
                             Denver, CO  80202
                               303-297-2600
```

                                            FEDERAL ID: 84-1376219

Land Title Guarantee Company                REPORT DATE: 09/27/11
MATTER: 00939.169 SLW   -  Granite Southlands Town Center
PAGE:    6

====================================================================

| | | | | | |
|---|---|---|---|---|---|
| KAB | Review minute order. | 11/19/09 | 0.20 | 240.0 | 48.00 |
| KAB | Review correspondence from P. Trahan regarding depositions. | 11/20/09 | 0.20 | 240.0 | 48.00 |
| KAB | Review correspondence regarding interpleader and depositions. | 11/24/09 | 0.20 | 240.0 | 48.00 |
| KAB | Review correspondence regarding depositions. | 11/25/09 | 0.20 | 240.0 | 48.00 |
| SLW | Review of file regarding issues related to interpleading funds; conference regarding same. | 12/01/09 | 0.50 | 325.0 | 162.50 |
| KAB | Review correspondence regarding depositions. | 12/04/09 | 0.20 | 240.0 | 48.00 |
| KAB | Review correspondence regarding depositions. | 12/07/09 | 0.20 | 240.0 | 48.00 |
| KAB | Review correspondence regarding depositions. | 12/15/09 | 0.20 | 240.0 | 48.00 |
| KAB | Review protective order. | 12/17/09 | 0.20 | 240.0 | 48.00 |
| KK | Draft motion for leave to be excused from attending settlement conference; draft monetary demand pursuant to court order; file and serve same. | 01/12/10 | 1.00 | 110.0 | 110.00 |
| KAB | Review and revise monetary demand; review and revise motion to be excused from settlement conference; telephone conference with S. Bennett and B. Vetter regarding same. | 01/19/10 | 1.20 | 240.0 | 288.00 |
| KAB | Revise confidential settlement statement. | 01/20/10 | 0.40 | 240.0 | 96.00 |
| KK | Draft updated confidential settlement statement; forward to magistrate. | 01/20/10 | 0.50 | 110.0 | 55.00 |

```
                      Robinson Waters & O'Dorisio PC
                       1099 18th St., 26th Floor
                           Denver, CO  80202
                             303-297-2600



                                       FEDERAL ID: 84-1376219

  Land Title Guarantee Company          REPORT DATE: 09/27/11
    MATTER: 00939.169 SLW   -  Granite Southlands Town Center
    PAGE:     7


==========================================================================

SLW   Receipt, review and analysis of various    01/20/10  1.20 325.0   390.00
      pleadings including response to discovery
      by Alberta; telephone conference with
      counsel regarding same.

KAB   Review and revise motion to interplead.    04/07/10  0.50 240.0   120.00

KK    Draft stipulated motion to interplead      04/07/10  1.30 110.0   143.00
      funds and forward to opposing counsel.

KK    Telephone conference with magistrate's     04/12/10  0.20 110.0    22.00
      clerk regarding settlement conference.

KAB   Review e-mail from R. Hammer regarding     04/21/10  0.40 240.0    96.00
      Granite settlement conference; respond to
      same; review minute order regarding
      settlement.

KAB   Review e-mail from P. Trahan regarding     04/26/10  0.40 240.0    96.00
      interpleader stipulation; draft e-mail to R.
      Hammer regarding escrow balance; review
      response to same.

SLW   Receipt, review and analysis of motion to  04/27/10  0.40 325.0   130.00
      amend complaint.

KAB   Review e-mail from P. Trahan regarding     05/24/10  0.40 240.0    96.00
      revisions to stipulation; respond to same.

KAB   Revise stipulation per P. Trahan's comments. 05/25/10 0.50 240.0  120.00

KAB   Conference with P. Trahan regarding account 05/26/10 0.70 240.0   168.00
      balance; conference with P. Griffiths
      regarding same; review documents related
      to same.

SLW   Office conference regarding facts; review  06/01/10  0.90 325.0   292.50
```

```
                    Robinson Waters & O'Dorisio PC
                      1099 18th St., 26th Floor
                           Denver, CO  80202
                            303-297-2600
```

FEDERAL ID: 84-1376219

Land Title Guarantee Company                    REPORT DATE: 09/27/11
MATTER: 00939.169 SLW    -  Granite Southlands Town Center
PAGE:    8

========================================================================

|     | of correspondence; telephone conference with P. Griffiths. | | | | |
|-----|---|---|---|---|---|
| KAB | Draft correspondence to counsel. | 06/04/10 | 0.70 | 240.0 | 168.00 |
| KAB | Telephone conference with P. Trahan regarding e-mails and document requests. | 06/07/10 | 0.20 | 240.0 | 48.00 |
| KAB | Left voicemail for P. Trahan regarding escrow; review voicemail from P. Trahan regarding escrow. | 06/08/10 | 0.30 | 240.0 | 72.00 |
| KAB | Review additional documents for production. | 06/10/10 | 1.00 | 240.0 | 240.00 |
| KAB | Review additional documents received for production. | 06/11/10 | 0.80 | 240.0 | 192.00 |
| KK  | Preparation, bate identification and production of documents to opposing counsel. | 06/11/10 | 1.20 | 110.0 | 132.00 |
| KAB | Review e-mail from P Trahan regarding document request; review bills and summarize for response. | 06/14/10 | 0.50 | 240.0 | 120.00 |
| SLW | Review and analysis of file; conference regarding issues related to interpleading funds. | 06/25/10 | 1.10 | 325.0 | 357.50 |
| KAB | Review order denying motion for leave to amend complaint. | 06/28/10 | 0.20 | 240.0 | 48.00 |
| SLW | Conference regarding pretrial order and related issues; review of file. | 06/30/10 | 1.10 | 325.0 | 357.50 |
| SLW | Analysis of issues related to pretrial order; telephone conference with B. Vetters regarding same. | 07/02/10 | 0.60 | 325.0 | 195.00 |

```
                        Robinson Waters & O'Dorisio PC
                          1099 18th St., 26th Floor
                             Denver, CO  80202
                                303-297-2600


                                              FEDERAL ID: 84-1376219

    Land Title Guarantee Company          REPORT DATE: 09/27/11
    MATTER: 00939.169 SLW   -  Granite Southlands Town Center
    PAGE:    9
```

====================================================================

| | | | | | |
|---|---|---|---|---|---|
| SLW | Telephone conference with B. Vetters regarding pretrial order; draft language for inclusion in order; conference regarding same; receipt, review and analysis of pretrial order; review of file and analysis. | 07/06/10 | 1.40 | 325.0 | 455.00 |
| SLW | Telephone conference with S. Bennett regarding indemnification regarding assertion that interest payments were improperly made; review of pretrial order regarding same. | 07/07/10 | 0.80 | 325.0 | 260.00 |
| SLW | Telephone conference with opposing counsel regarding interpleading funds. | 07/08/10 | 0.30 | 325.0 | 97.50 |
| SLW | Review of escrow agreement; telephone conference with P. Griffiths; analysis of issues in preparation for pretrial conference. | 07/09/10 | 0.80 | 325.0 | 260.00 |
| SLW | Attendance at pretrial conference. | 07/12/10 | 0.80 | 325.0 | 260.00 |
| SLW | Receipt, review and analysis of pretrial order; draft memorandum to file regarding outstanding issues. | 07/13/10 | 0.70 | 325.0 | 227.50 |
| KAB | Review final pretrial order. | 07/16/10 | 0.50 | 240.0 | 120.00 |
| KK | Calendar/docket trial deadlines. | 07/29/10 | 0.50 | 110.0 | 55.00 |
| KAB | Review motion for entry of judgment. | 08/05/10 | 0.20 | 240.0 | 48.00 |
| KAB | Review order regarding motion for expedited relief. | 08/09/10 | 0.20 | 240.0 | 48.00 |
| KAB | Review notice of appeal. | 10/04/10 | 0.40 | 240.0 | 96.00 |

```
                   Robinson Waters & O'Dorisio PC
                      1099 18th St., 26th Floor
                          Denver, CO  80202
                            303-297-2600



                                           FEDERAL ID: 84-1376219

    Land Title Guarantee Company           REPORT DATE: 09/27/11
    MATTER: 00939.169 SLW   -  Granite Southlands Town Center
    PAGE:   10


==================================================================

KAB   Review correspondence to counsel regarding    10/15/10  0.50 240.0    120.00
      escrow funds.

KAB   Review correspondence from P. Trahan.         10/25/10  0.20 240.0     48.00

SLW   Conference regarding trial setting;           10/25/10  0.80 325.0    260.00
      receipt, review and analysis of mediation
      conference notice; conference regarding
      issues.

KAB   Draft correspondence to counsel regarding     10/26/10  0.40 240.0     96.00
      stipulation.

KAB   Review P. Trahan revisions to stipulation.    11/03/10  0.20 240.0     48.00

SLW   Receipt, review and analysis of stipulation   11/03/10  0.30 325.0     97.50
      regarding funds; conference regarding same.

KAB   Revise stipulation.                           11/10/10  0.20 240.0     48.00

KAB   Conference with counsel regarding             12/02/10  0.50 250.0    125.00
      stipulation; request account balance from
      Land Title and review same.

KAB   Finalize stipulation; revise same for S.      12/03/10  0.30 250.0     75.00
      Bennett signature.

KAB   Review order to interplead funds;             12/07/10  0.20 250.0     50.00
      conference with P. Griffiths regarding same.
                                                                         -----------
      PROFESSIONAL SERVICES:                                  64.80     $15616.00

COSTS ADVANCED FROM 04/21/09 THROUGH 12/08/10:
126   LawToolBox.com - calendar/docket              05/04/09                 69.00
101   COPY CHARGES                                  06/02/09    52  0.15      7.80
101   COPY CHARGES                                  06/02/09     8  0.15      1.20
101   COPY CHARGES                                  06/02/09     3  0.15      0.45
```

```
                    Robinson Waters & O'Dorisio PC
                       1099 18th St., 26th Floor
                          Denver, CO  80202
                            303-297-2600



                                              FEDERAL ID: 84-1376219

    Land Title Guarantee Company           REPORT DATE: 09/27/11
    MATTER: 00939.169 SLW    -  Granite Southlands Town Center
    PAGE:   11


==================================================================
101   COPY CHARGES                    10/13/09    42   0.15     6.30
101   COPY CHARGES                    10/14/09    22   0.15     3.30
101   COPY CHARGES                    10/14/09    60   0.15     9.00
101   COPY CHARGES                    10/21/09    44   0.15     6.60
101   COPY CHARGES                    11/03/09    60   0.15     9.00
101   COPY CHARGES                    11/13/09    18   0.15     2.70
101   COPY CHARGES                    11/16/09    16   0.15     2.40
101   COPY CHARGES                    11/17/09     8   0.15     1.20
101   COPY CHARGES                    11/24/09     4   0.15     0.60
101   COPY CHARGES                    11/24/09     6   0.15     0.90
101   COPY CHARGES                    12/01/09    34   0.15     5.10
101   COPY CHARGES                    12/02/09    84   0.15    12.60
101   COPY CHARGES                    12/03/09     4   0.15     0.60
101   COPY CHARGES                    12/14/09    87   0.15    13.05
101   COPY CHARGES                    12/15/09    12   0.15     1.80
101   COPY CHARGES                    12/15/09     2   0.15     0.30
101   COPY CHARGES                    12/15/09    36   0.15     5.40
101   COPY CHARGES                    12/23/09   108   0.15    16.20
101   COPY CHARGES                    01/07/10     8   0.15     1.20
101   COPY CHARGES                    01/07/10     8   0.15     1.20
101   COPY CHARGES                    01/08/10    14   0.15     2.10
101   COPY CHARGES                    01/12/10   164   0.15    24.60
101   COPY CHARGES                    01/12/10    10   0.15     1.50
101   COPY CHARGES                    01/13/10     1   0.15     0.15
101   COPY CHARGES                    01/14/10   181   0.15    27.15
101   COPY CHARGES                    01/14/10    21   0.15     3.15
101   COPY CHARGES                    01/14/10    16   0.15     2.40
101   COPY CHARGES                    01/20/10   124   0.15    18.60
101   COPY CHARGES                    01/20/10    36   0.15     5.40
101   COPY CHARGES                    01/21/10    24   0.15     3.60
101   COPY CHARGES                    01/29/10    82   0.15    12.30
101   COPY CHARGES                    02/01/10    57   0.15     8.55
101   COPY CHARGES                    02/12/10   124   0.15    18.60
101   COPY CHARGES                    06/04/10     6   0.15     0.90
101   COPY CHARGES                    06/04/10    32   0.15     4.80
101   COPY CHARGES                    06/11/10    29   0.15     4.35
104   Postage                         06/18/10                  1.32
101   COPY CHARGES                    07/06/10     4   0.15     0.60
```

```
                        Robinson Waters & O'Dorisio PC
                          1099 18th St., 26th Floor
                              Denver, CO  80202
                                303-297-2600



                                              FEDERAL ID: 84-1376219

  Land Title Guarantee Company              REPORT DATE: 09/27/11
  MATTER: 00939.169 SLW   -  Granite Southlands Town Center
  PAGE:   12


================================================================================
101    COPY CHARGES                         07/06/10      3    0.15       0.45
101    COPY CHARGES                         07/06/10      9    0.15       1.35
101    COPY CHARGES                         07/06/10     11    0.15       1.65
101    COPY CHARGES                         07/06/10      5    0.15       0.75
101    COPY CHARGES                         07/06/10     14    0.15       2.10
101    COPY CHARGES                         07/07/10     62    0.15       9.30
101    COPY CHARGES                         07/07/10      5    0.15       0.75
101    COPY CHARGES                         07/09/10     85    0.15      12.75
101    COPY CHARGES                         07/09/10      3    0.15       0.45
101    COPY CHARGES                         07/09/10     31    0.15       4.65
101    COPY CHARGES                         07/09/10     22    0.15       3.30
101    COPY CHARGES                         07/09/10     22    0.15       3.30
101    COPY CHARGES                         07/09/10      1    0.15       0.15
101    COPY CHARGES                         07/12/10      8    0.15       1.20
101    COPY CHARGES                         07/12/10      2    0.15       0.30
101    COPY CHARGES                         07/12/10     15    0.15       2.25
101    COPY CHARGES                         07/13/10      8    0.15       1.20
101    COPY CHARGES                         07/13/10     72    0.15      10.80
101    COPY CHARGES                         07/14/10     33    0.15       4.95
101    COPY CHARGES                         07/14/10      6    0.15       0.90
101    COPY CHARGES                         08/06/10     86    0.15      12.90
101    COPY CHARGES                         08/09/10      3    0.15       0.45
101    COPY CHARGES                         08/09/10      1    0.15       0.15
101    COPY CHARGES                         08/09/10      6    0.15       0.90
101    COPY CHARGES                         08/10/10     40    0.15       6.00
101    COPY CHARGES                         08/11/10      7    0.15       1.05
101    COPY CHARGES                         08/17/10     79    0.15      11.85
101    COPY CHARGES                         08/19/10     46    0.15       6.90
101    COPY CHARGES                         08/19/10      9    0.15       1.35
101    COPY CHARGES                         08/19/10      9    0.15       1.35
101    COPY CHARGES                         08/20/10     32    0.15       4.80
101    COPY CHARGES                         09/02/10     48    0.15       7.20
101    COPY CHARGES                         09/02/10      1    0.15       0.15
101    COPY CHARGES                         09/02/10      8    0.15       1.20
101    COPY CHARGES                         09/02/10      8    0.15       1.20
101    COPY CHARGES                         10/06/10    216    0.15      32.40
101    COPY CHARGES                         10/06/10     10    0.15       1.50
101    COPY CHARGES                         10/06/10      3    0.15       0.45
```

```
                        Robinson Waters & O'Dorisio PC
                           1099 18th St., 26th Floor
                              Denver, CO  80202
                                303-297-2600




                                            FEDERAL ID: 84-1376219

    Land Title Guarantee Company            REPORT DATE: 09/27/11
    MATTER: 00939.169 SLW   -  Granite Southlands Town Center
    PAGE:   13


==============================================================================
 101   COPY CHARGES                     10/07/10      6   0.15       0.90
 101   COPY CHARGES                     10/08/10      5   0.15       0.75
 101   COPY CHARGES                     10/08/10      2   0.15       0.30
 101   COPY CHARGES                     10/11/10      1   0.15       0.15
 101   COPY CHARGES                     10/11/10      9   0.15       1.35
 101   COPY CHARGES                     10/12/10      5   0.15       0.75
 101   COPY CHARGES                     10/19/10     14   0.15       2.10
 101   COPY CHARGES                     10/19/10     28   0.15       4.20
 101   COPY CHARGES                     10/19/10      4   0.15       0.60
 101   COPY CHARGES                     10/19/10    190   0.15      28.50
 104   Postage                          10/20/10                     0.88
 101   COPY CHARGES                     10/20/10      4   0.15       0.60
 101   COPY CHARGES                     10/20/10      1   0.15       0.15
 101   COPY CHARGES                     10/20/10      3   0.15       0.45
 101   COPY CHARGES                     10/20/10      1   0.15       0.15
 101   COPY CHARGES                     10/21/10     11   0.15       1.65
 101   COPY CHARGES                     10/27/10      6   0.15       0.90
 101   COPY CHARGES                     12/07/10     76   0.15      11.40
                                                                -----------
       TOTAL COSTS ADVANCED:                                       $528.10
                                                                -----------
       TOTAL REPORT:                                             $16144.10
                                                                ===========
```