DENVER 303.297.2600     TELLURIDE 970.728.3029                    THE LETTERS OF THE LAW IN COLORADO

# Stephen L. Waters

Serving the Rocky Mountain States from offices in Denver and Telluride, Colorado



**Stephen L. Waters**

swaters@rwolaw.com (mailto:swaters@rwolaw.com)

Download vCard:

Stephen L Waters.vcf (http://rwolaw.com/sites/rwolaw.com/files/Stephen_L_Waters.vcf)

B.S. in Business Administration, University of Kansas, 1967
J.D., University of Missouri School of Law, 1971



Stephen L. Waters attended Georgetown University prior to entering the University of Kansas School of Business where he received a Bachelor of Science degree in Business Administration. After graduating from the University of Missouri School of Law in 1971, he served as a Deputy District Attorney in Denver until he accepted a position in the 9th Judicial District as the Chief Trial Deputy and Assistant District Attorney. In this capacity Mr. Waters tried every felony in the district and was the Deputy in charge of the Aspen office. He eventually accepted a position as an Assistant United States Attorney for the District of Colorado and remained in that capacity before he, Pete Robinson and fellow shareholder, John O'Dorisio, formed Robinson Waters and O'Dorisio P.C. ("RWO").

Mr. Waters' practice is primarily centered in Denver, Colorado and the surrounding counties, but he has had significant trial experience in most of the western states.

Mr. Waters continues to be actively involved in the federal defense bar and a portion of his practice is dedicated to white collar criminal defense. He is admitted to the Supreme Court of the United States, and he is an active member of the Colorado Trial Lawyer's Association and the Colorado and Denver Bar Associations.

**Areas of Practice:**

Appeals (/appeals.html)

Arbitration & Mediation (/arbitration_mediation.html)

Commercial Disputes (/commercial-disputes.html)

Construction (/construction.html)

Eminent Domain (/eminent-domain.html)

Securities (/securities.html)

White Collar Criminal Defense (/white-collar-criminal.html)



EXHIBIT D

DENVER 303.297.2600     TELLURIDE 970.728.3029                THE LETTERS OF THE LAW IN COLORADO

## Kimberly A. Bruetsch

Serving the Rocky Mountain States from offices in Denver and Telluride, Colorado



**Kimberly A. Bruetsch**
kbruetsch@rwolaw.com (mailto:kbruetsch@rwolaw.com)

Download vCard:
Kimberly A Bruetsch.vcf (http://rwolaw.com/sites/rwolaw.com/files/Kimberly A Bruetsch.vcf)

B.A. in English, Monmouth College *Cum Laude*, 1987
J.D., University of Denver College of Law, 2000



Kimberly A. Bruetsch earned her Bachelor of Arts in English, cum laude, from Monmouth College in Monmouth, Illinois, in 1997 and her J.D. from the University of Denver College of Law in 2000, where she graduated Order of St. Ives and was a member of the Transportation Law Journal. Prior to joining RWO, Kim served as a law clerk for the Honorable Bobby R. Baldock on the Tenth Circuit Court of Appeals.

**Areas of Practice:**

Appeals (/appeals.html)

Arbitration & Mediation (/arbitration_mediation.html)

Commercial Disputes (/commercial-disputes.html)

Commercial Transactions (/commercial-transactions.html)

Employment Law (/employment.html)

Trademark & Copyright Infringement, Trade Secret Protection (/intellectual-property-litigation.html)