

**Paul Trahan**
*Partner*

98 San Jacinto Boulevard, Suite 1100 • Austin, Texas  78701-4255
ptrahan@fulbright.com • Direct: 512 536 5288 • Main: 512 474 5201 • Facsimile: 512 536 4598

September 27, 2011

Gregory C. Langham
Clerk of the Court
Alfred A. Arraj United States Courthouse
Room A105
901 19th Street
Denver, Colorado 80294-3589

Re:   Civil Action No. 09-CV-00799-ZLW-KLM; Granite Southlands Town Center LLC v. Alberta Town Center, LLC, Land Title Guarantee Company; In the United States District Court for the District of Colorado

Dear Mr. Langham:

Enclosed for filing is Plaintiff, Granite Southlands Town Center LLC's Bill of Costs.

Counsel for Plaintiff has conferred with counsel for Defendant Alberta Town Center, LLC, against whom costs are sought. After a reasonable effort to resolve disputes regarding costs, no agreement has been reached. If any portion of the costs are resolved between now and the date of the hearing, the parties will file a stipulation setting forth the applicable amount.

By agreement, Plaintiff sets this matter for a hearing on October 25, 2011 at 9:30 a.m.

Very truly yours,

Paul Trahan

PT/jw

86155269.1

AUSTIN • BEIJING • DALLAS • DENVER • DUBAI • HONG KONG • HOUSTON • LONDON • LOS ANGELES • MINNEAPOLIS
MUNICH • NEW YORK • PITTSBURGH-SOUTHPOINTE • RIYADH • SAN ANTONIO • ST. LOUIS • WASHINGTON DC
www.fulbright.com

Gregory C. Langham
September 27, 2011
Page 2

Cc: Stuart N. Bennett  *Via Fax: (303) 573-8133*
Jones & Keller, P.C.
1999 Broadway, Suite 3150
Denver, CO  80202

Stephen L. Waters  *Via Fax: (303) 297-2750*
Kimberly A. Bruetsch
Robinson Waters & O'Dorisio, PC
1099 18th Street, Suite 2600
Denver, CO  80202

86155269.1