```
                                                                1


  1               IN THE UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF COLORADO
  2
       Civil Action No. 09-cv-00799-SJJ-KLM
  3
       GRANITE SOUTHLANDS TOWN CENTER LLC,
  4
       Plaintiff,
  5
       vs.
  6
       ALBERTA TOWN CENTER, LLC and
  7    LAND TITLE GUARANTEE COMPANY,

  8    Defendants.

  9    _____

 10                     REPORTER'S TRANSCRIPT
                          (TRIAL TO COURT)
 11
       _____
 12
              Proceedings before the HONORABLE
 13    STERLING JOHNSON, JR., Senior Judge, United States
       District Court for District of Colorado, commencing at
 14    9:10 a.m. on Monday, February 14, 2011, in Courtroom
       A702, United States Courthouse, Denver, Colorado.
 15
                       A P P E A R A N C E S
 16
       FOR THE PLAINTIFF:
 17    PAUL TRAHAN, ESQ., OSBORNE J. DYKES, III, ESQ. and
       LUCY D. ARNOLD, ESQ., Law Firm of Fulbright & Jaworski
 18    L.L.P., 370 17th Street, Suite 2150, Denver, CO 80202

 19    FOR THE DEFENDANTS:
       STUART N. BENNETT, ESQ. and STEVEN R. KABLER, ESQ.,
 20    Law Firm of Jones & Keller, PC, 1999 Broadway, Suite
       3150, Denver, CO 80202
 21


 22


 23              ADRIENNE WHITLOW, CSR
              8000 E. Girard Avenue, Unit 109
 24                  Denver, CO 80231
          Proceeding Recorded by Mechanical Stenography
 25           Transcription Produced via Computer
```


EXHIBIT B

2

```
 1                    P R O C E E D I N G S
 2           (In open court at 9:10 a.m.)
 3               THE COURT:  Be seated.  Good morning.
 4               MR. BENNETT:  Good morning, your Honor.
 5               MR. TRAHAN:  Good morning, your Honor.
 6               THE COURT:  I understand that this is
 7   going to be a non-jury trial.
 8               MR. BENNETT:  That's correct.
 9               THE COURT:  First of all, would you note
10   your appearances.
11               MR. TRAHAN:  Paul Trahan for the
12   Plaintiff Granite Southlands Town Center LLC, along
13   with Lucy Arnold and Jeff Dykes.
14               THE COURT:  Okay.
15               MR. BENNETT:  Good morning, your Honor.
16   Stuart Bennett on behalf of the Defendant Alberta Town
17   Center, LLC.  With me at counsel table is Mr. Cudlip
18   and Mr. Provost, both principals of the defendant, and
19   Mr. Kabler from my office.
20               THE COURT:  Now, what we are going to do
21   this morning -- are there any administrative matters
22   that we have to take care of?
23               MR. TRAHAN:  We don't believe so, not
24   from our perspective.  Your Honor, we had filed
25   Motions in Limine.  Given that this is going to be
```

24

1   a significant red flag to Granite.  We're looking at
2   the May Estoppel, the tenant's saying we don't have
3   any lawsuits against you, we don't have any basis to
4   offset rents, et cetera, et cetera, $2 million a year
5   in rents, that was a significant term of the May 2008
6   Estoppel and the Form of Estoppel, and it's been
7   deleted in its entirely in the January 2009 Estoppel.
8   We would argue that that renders the estoppel not to
9   be substantially similar.
10              I should point out, your Honor, that
11  Judge Weinshienk, we think Judge Weinshienk has
12  essentially ruled on this issue.  I'll refer you to
13  your screen.  This is an excerpt from Judge
14  Weinshienk's Order denying Alberta's --
15              THE COURT:  Order for Summary Judgment?
16              MR. TRAHAN:  Yes, sir.
17              THE COURT:  Okay.
18              MR. TRAHAN:  We believe this matter's
19  been essentially decided, and for purposes of the
20  record, the Order says:  "No reasonable reading of the
21  two documents to produce a conclusion that the two
22  documents are substantially similar."  For the reason
23  we just mentioned, but also, your Honor, again,
24  comparing the May 2008 Estoppel to the January 2009
25  Estoppel, there it is again.  The May 2008 Estoppel