09/22/2011 17:59 FAX   512 536 4598         FULBRIGHT @ JAWORSKI                    ☒002/003



**FULBRIGHT**
*&Jaworski L.L.P.*
Attorneys at Law

**Paul Trahan**
*Partner*

98 San Jacinto Boulevard, Suite 1100 • Austin, Texas 78701-4255
ptrahan@fulbright.com • Direct: 512 536 5288 • Main: 512 474 5201 • Facsimile: 512 536 4598

September 22, 2011

Stuart N. Bennett                          *Via Fax: (303) 573-8133*
Steven Kabler
Jones & Keller, P.C.
1999 Broadway, Suite 3150
Denver, CO 80202

Re:   Civil Action No. 09-CV-00799-SJJ-KLM; *Granite Southlands Town Center LLC v. Alberta Town Center, LLC, Land Title Guarantee Company*, In the United States District Court for the District of Colorado

Dear Counsel:

In preparation for the September 28, 2011, Preliminary Injunction Hearing, Granite Southlands Town Center LLC ("Granite") requests Alberta Town Center, LLC's ("Alberta") agreement to provide very limited discovery. In particular, Granite requests a corporate representative for Alberta prepared to testify about the following topics:

- Alberta's current financial condition, including a description of its assets, liabilities, and operations;

- Details concerning the settlement payments from Callison, including when, where, and how the money was received;

- Communications between Alberta and Callison relating to the settlement payments;

- Whether, and to whom, the Callison settlement proceeds have been paid or otherwise disbursed; and

- Where the Callison settlement proceeds currently are located, including who or what entity has the money along with the name of the bank or other financial institution and account numbers.

With respect to documents, Granite requests copies of the following:

- Alberta's financial statements for the past six months, including detailed statements of accounts receivable, accounts payable, and other outstanding obligations;

86151394.1

AUSTIN • BEIJING • DALLAS • DENVER • DUBAI • HONG KONG • HOUSTON • LONDON • LOS ANGELES • MINNEAPOLIS
MUNICH • NEW YORK • PITTSBURGH-SOUTHPOINTE • RIYADH • SAN ANTONIO • ST. LOUIS • WASHINGTON DC
www.fulbright.com



EXHIBIT
C

Stuart N. Bennett
Steven Kabler
September 22, 2011
Page 2

- Bank records and statements reflecting money received in relation to Alberta's settlement with Callison and any disbursements or payments made by Alberta in the last sixty days;

- Documents memorializing any payment obligations that Alberta has had during the past six months; and

- Communications between Alberta and Callison relating to the settlement payment.

If Alberta agrees to produce a witness and documents but objects to any particular testimony or documents sought, please let us know, and we will attempt to resolve your concerns.

Please let us know by 10:00 am. MT tomorrow (Friday, September 23, 2011) if Alberta will agree to produce a witness and the requested documents or if Alberta will require Granite to move the Court to compel this discovery.

Very truly yours,

Paul Trahan

86151394.1