**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-CV-00799-ZLW-KLM

GRANITE SOUTHLANDS TOWN CENTER, LLC,

      Plaintiff

v.

ALBERTA TOWN CENTER, LLC,
LAND TITLE GUARANTEE COMPANY,

      Defendants.

## DEFENDANT ALBERTA TOWN CENTER, LLC'S NOTICE OF APPEAL

      Notice is hereby given that Alberta Town Center, LLC, defendant in the above named case, hereby appeals to the United States Court of Appeals for the 10th Circuit from the "Memorandum and Order" of this Court entered in this action on the 2nd day of September, 2011 (Docket # 195), the Addendum to the "Memorandum and Order" of this Court entered in this action on the 13th day of September, 2011 (Docket # 197), and the "Final Judgment" of this Court entered in this action on the 13th day of September, 2011 (Docket # 198).

      DATED: September 30, 2011.

      Respectfully submitted,

*s/ Stuart N. Bennett*
Stuart N. Bennett
**JONES & KELLER, P.C.**
1999 Broadway, Suite 3150
Denver, CO 80202
Telephone:  (303) 573-1600
Fax:  (303) 573-8133
E-mail:  sbennett@joneskeller.com
Attorneys for Defendants Alberta Town Center, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | | |
|---|---|---|
| *Attorneys for Plaintiff & Counter Defendant Granite Southlands Town Center, LLC* | jdykes@fulbright.com<br>bvetter@fulbright.com | Osborne J. Dykes, III<br>Benjamin M. Vetter<br>Fulbright & Jaworski LLP<br>370 – 17th Street, Suite 2150<br>Denver, CO   80202 |
| *Attorneys for Plaintiff & Counter Defendant Granite Southlands Town Center, LLC* | ptrahan@fulbright.com | Paul Trahan<br>Fulbright & Jaworski LLP<br>600 Congress Avenue, Suite 2400<br>Austin, TX  78701 |
| *Attorneys for Defendant Land Title Guarantee Company* | kbruetsch@rwolaw.com | Kimberly A. Bruetsch<br>Robinson, Waters & O'Dorisio PC<br>1099 – 18th Street, 26th Floor<br>Denver, CO   80202 |

And I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner indicated by the non-participant's name:    NONE

    *s/    Stuart N. Bennett*
    Stuart N. Bennett
    Attorneys for Defendant Alberta Town Center, LLC
    JONES & KELLER, P.C.
    1999 Broadway, Suite 3150
    Denver, CO 80202
    Telephone:     303-573-1600
    Fax:               303-573-8133
    E-mail:sbennett@joneskeller.com