Case No. 1:09-cv-00799-SJJ-KLM Document 215-3 filed 10/03/11 USDC Colorado pg 1 of 17

# EXHIBIT A

Invoice Number: 10975747
Matter Number: 10904447
Invoice Date: April 14, 2009
Invoice Due Date: May 14, 2009

Jeremy A. Litt, Director, Legal & Comp.
BlackRock Realty Advisors, Inc.
300 Campus Drive, 3rd Floor
Florham Park, NJ 07932

**FULBRIGHT & JAWORSKI L.L.P.**
A Registered Limited Liability Partnership
600 Congress Avenue, Suite 2400
Austin, Texas 78701
(512) 474-5201

Tax Identification Number
74-1201087

Requesting Attorney: Jane Snoddy Smith

---

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through March 31, 2009 as follows:

Southlands Town Center Escrow AC70210076 Dispute

| | DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|---|
| PL | 03/02/09 | BW Patrick | 1.90 | 674.50 | Prepare response letter to Alberta's February 27 letter; conference with J. Smith and P. Trahan concerning same. |
| PL | 03/02/09 | J S Smith | 1.00 | 565.00 | Draft response to escrow demand. |
| PL | 03/03/09 | BW Patrick | 3.00 | 1,065.00 | Review and revise response to February 27 Gibson Dunn letter; attention to transmittal of same; prepare response to March 2 Gibson Dunn letter; attention to transmittal of same; conferences with J. Smith and P. Trahan concerning response letters. |
| PL | 03/03/09 | J S Smith | 1.50 | 847.50 | Notice to title company. |
| PL | 03/04/09 | BW Patrick | 2.00 | 710.00 | Prepare demand letter to escrow agent requesting disbursement of estoppel holdback; e-mail correspondence and telephone conference with BlackRock parties concerning same. |
| PL | 03/04/09 | P Trahan | .20 | 102.00 | Conference with B. Patrick regarding the demand on the escrow agent. |
| PL | 03/10/09 | BW Patrick | 1.30 | 461.50 | Telephone conference with Escrow Agent regarding notice letter regarding interpleading of Estoppel Holdback; prepare letter responding to Escrow Agent's notice letter; conference with P. Trahan and J. Smith concerning same. |
| PL | 03/10/09 | J S Smith | .80 | 452.00 | Review and revise letter to title company regarding tender of deposit. |
| PL | 03/10/09 | P Trahan | .70 | 357.00 | Confer with B. Patrick regarding correspondence from the escrow agent; review correspondence relating to same. |
| PL | 03/11/09 | BW Patrick | .50 | 177.50 | E-mail correspondence and telephone conferences with title company, P. Trahan, and J. Smith in connection with escrow holdback. |
| PL | 03/11/09 | P Trahan | 1.00 | 510.00 | Review correspondence from the title company regarding its position as to the escrow funds; confer with real estate counsel regarding same. |

BlackRock Realty Advisors, Inc.
Invoice Number: 10975747
Invoice Date: April 14, 2009
Invoice Due Date: May 14, 2009
Page 2

| | DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|---|
| E | 03/27/09 | P Trahan | 1.50 | 765.00 | Investigate opposing entities for purposes determining venue, jurisdiction, and service; begin draft Complaint. |
| E | 03/30/09 | P Trahan | 1.00 | 510.00 | Continue preparation of the Complaint; review documents relating to entities. |

TOTAL CHARGEABLE HOURS ................................................................................................ 16.40

FEES ............................................................................................................................... $7,197.00

LESS: 10% FEE DISCOUNT ............................................................................................. (719.70)

TOTAL FEES ..................................................................................................................... $6,477.30

TOTAL FEES AND EXPENSES & SERVICES ........................................................................ $6,477.30

TOTAL AMOUNT DUE ....................................................................................................... $6,477.30

*[Handwritten notes:]*

Pre-Litigation = PL
Escrow Claim = E

Escrow Claim Fees for March 2009 = $1,147.50
Pre-litigation Fees for March 2009 = $5,329.80

BlackRock Realty Advisors, Inc.
Invoice Number: 10975747
Invoice Date: April 14, 2009
Invoice Due Date: May 14, 2009

Southlands Town Center Escrow AC70210076 Dispute

\* \* \* \* \*

The following is a summary of the time dedicated and the fees charged on an average hourly rate basis to this matter by the Firm's professional staff:

| TIMEKEEPER NAME | TITLE | HOURS | RATE | FEE |
|---|---|---|---|---|
| Jane Snoddy Smith | Partner | 3.30 | $565.00 | 1,864.50 |
| Paul Trahan | Partner | 4.40 | $510.00 | 2,244.00 |
| Bryan Wesley Patrick | Associate | 8.70 | $355.00 | 3,088.50 |
| TOTAL | | 16.40 | | 7,197.00 |

| | HOURS | RATE | FEE |
|---|---|---|---|
| Attorney Personnel | 16.40 | $438.84 | 7,197.00 |
| TOTAL | 16.40 | | 7,197.00 |

\*\* Average Hourly Rate for all Personnel

Invoice Number: 10975747
Matter Number: 10904447

Invoice Date: April 14, 2009
Invoice Due Date: May 14, 2009

Jeremy A. Litt, Director, Legal & Comp.
BlackRock Realty Advisors, Inc.
300 Campus Drive, 3rd Floor
Florham Park, NJ 07932

**FULBRIGHT & JAWORSKI L.L.P.**
A Registered Limited Liability Partnership
600 Congress Avenue, Suite 2400
Austin, Texas 78701
(512) 474-5201

Requesting Attorney: Jane Snoddy Smith

Tax Identification Number
74-1201087

PLEASE RETURN WITH REMITTANCE
TOTAL AMOUNT (PAYABLE IN U.S. DOLLARS) DUE BY MAY 14, 2009

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through March 31, 2009 as follows:

Southlands Town Center Escrow AC70210076 Dispute

TOTAL FEES ..................................................................................................$7,197.00

LESS: 10% FEE DISCOUNT .............................................................................(719.70)

TOTAL FEES AND EXPENSES & SERVICES ..................................................$6,477.30

TOTAL AMOUNT DUE ......................................................................................$6,477.30

Invoice Number: 10982815
Matter Number: 10904447
Invoice Date: May 11, 2009
Invoice Due Date: June 10, 2009

Jeremy A. Litt, Director, Legal & Comp.
BlackRock Realty Advisors, Inc.
300 Campus Drive, 3rd Floor
Florham Park, NJ 07932

**FULBRIGHT & JAWORSKI L.L.P.**
A Registered Limited Liability Partnership
600 Congress Avenue, Suite 2400
Austin, Texas 78701
(512) 474-5201

Requesting Attorney: Jane Snoddy Smith

Tax Identification Number
74-1201087

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through May 7, 2009 as follows:

Southlands Town Center Escrow AC70210076 Dispute

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| 04/02/09 | BW Patrick | .20 | 71.00 | Conference with J. Smith concerning litigation status. |
| 04/02/09 | J S Smith | 1.00 | 565.00 | Litigation review. |
| 04/02/09 | P Trahan | 2.30 | 1,173.00 | Confer with J. Smith regarding the facts underlying the lawsuit; continue draft of Complaint; confer with associate about legal research regarding venue. |
| 04/03/09 | SH Briggle | 2.50 | 612.50 | Strategy conference with P. Trahan regarding legal research for venue issue; legal research regarding whether the Colorado LLC in this case could be a "resident" of New Jersey for venue purposes under 28 uscs 1389(c); legal research whether diversity jurisdiction in federal courts is then lost if the LLC is deemed to reside in New Jersey for federal venue diversity purposes; email correspondence with P. Trahan regarding same. |
| REDACTED | | | | |
| 04/03/09 | J S Smith | 2.70 | 1,525.50 | Teleconference with J. Litt; litigation questions; review confidentiality, asset search. |
| 04/03/09 | P Trahan | 5.00 | ~~2,550.00~~ $1,275.00 | Confer with J. Litt about the litigation plan; legal research regarding venue and causes of action; review documents regarding same; confer with team about potential causes of action, specifically breach of contract, and collectibility issues; ~~confer with counsel for Callison regarding the arbitration and an exchange of documents; prepare related correspondence; review documents received from Callison~~; review research regarding venue. |
| 04/05/09 | P Trahan | 2.00 | 1,020.00 | Prepare draft of Complaint for the escrow funds. |
| 04/06/09 | OJ Dykes | .50 | 325.00 | Review and comment on complaint regarding escrow lawsuit, including exchange of emails with P. Trahan regarding same and regarding local procedures and formatting in Denver. |

TOTAL = $ 6,567.00

BlackRock Realty Advisors, Inc.
Invoice Number: 10982815
Invoice Date: May 11, 2009
Invoice Due Date: June 10, 2009
Page 2

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| 04/06/09 | BW Patrick | 4.60 | 1,633.00 | Review and revise complaint in escrow dispute; conferences with P. Trahan and J. Smith concerning same. |
| 04/06/09 | J S Smith | .60 | 339.00 | E-mail to J. Litt; review complaint. |
| 04/06/09 | P Trahan | 6.50 | 3,315.00 | Confer with B. Patrick regarding the facts and circumstances underlying the sale and dispute; continue drafting and complete drafting of the Plaintiff's Original Complaint; review documents regarding same; confer with J. Smith regarding same; confer with Colorado counsel regarding same. |
| 04/07/09 | OJ Dykes | .25 | 162.50 | Receive complaint and attention to finalizing and filing. |
| 04/07/09 | BW Patrick | .40 | 142.00 | Email correspondence with P. Trahan and J. Smith concerning filing of complaint and questions concerning same. |
| REDACTED | | | | |
| 04/07/09 | P Trahan | 1.50 | 765.00 | Review and revise Complaint and underlying agreements; confer with client regarding same; confer with Denver counsel in facilitation of finalization and filing. |
| REDACTED | | | | |
| 04/08/09 | J S Smith | 1.60 | 904.00 | Telephone conference with J. Litt; e-mail same; telephone conference with P. Yee and C. Silva; review status and ratification. |
| 04/08/09 | P Trahan | 2.50 | 1,275.00 / 637.50 | REDACTED coordinate filing and circulation of the Complaint; confer with representative of the title company to confirm it will not be instituting a separate action; REDACTED REDACTED prepare correspondence to counsel for Alberta and Land Title enclosing the Complaint. |
| 04/13/09 | OJ Dykes | 1.00 | 650.00 | Receive review information regarding facts and issues. |
| REDACTED | | | | |
| REDACTED | | | | |
| 04/14/09 | J S Smith | .40 | 226.00 | Litigation question; trail of money. |
| REDACTED | | | | |
| 04/15/09 | OJ Dykes | .25 | 162.50 | Exchange email with P. Trahan regarding service of process and regarding research issues. |
| REDACTED | | | | |

Total = 8936.50

BlackRock Realty Advisors, Inc.
Invoice Number: 10982815
Invoice Date: May 11, 2009
Invoice Due Date: June 10, 2009
Page 3

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| | | | | REDACTED |
| 04/15/09 | BM Vetter | .40 | 136.00 | Coordinate with P. Trahan and J. Dykes regarding service of complaint; review memo sent by P. Trahan regarding questions of Colorado law. |
| 04/16/09 | OJ Dykes | 1.30 | 845.00 | Receive and review memoranda from P. Trahan regarding facts, need for asset investigation, and potential claims; phone conference with P. Trahan regarding same. |
| 04/16/09 | BW Patrick | .60 | 213.00 | Review memorandum prepared by P. Trahan regarding the facts underlying the escrow dispute; e-mail correspondence to J. Dykes, B. Vetter, and P. Trahan supplementing same. |
| 04/16/09 | P Trahan | 3.00 | 1,530.00 | Prepare summary of facts underlying the dispute for the benefit of Colorado counsel and to ensure that we are clear on all the facts for purposes of the litigation; confer with Colorado counsel about the need to focus on asset tracing and asset investigation, to see if there is money to satisfy a judgment; confer with Colorado counsel about the needed legal research regarding; confer with real estate team about details of cash flow at closing. |
| 04/16/09 | BM Vetter | .90 | 306.00 | Review factual e-mail sent by P. Trahan; telephone conference with P. Trahan regarding case status and necessary research. |
| REDACTED | | | | |
| REDACTED | | | | |
| REDACTED | | | | |
| 04/20/09 | BW Patrick | .40 | 142.00 | Conference with P. Trahan concerning documents received from BlackRock, Marx Okubo, and Callison Architecture relating to escrow dispute. |
| REDACTED | | | | |
| REDACTED | | | | |
| 04/21/09 | OJ Dykes | .30 | 195.00 | Receive and review correspondence to defendants regarding scheduling order; exchange emails with Mr. Trahan regarding same and regarding time to trial. |

Total = 3367.00

BlackRock Realty Advisors, Inc.
Invoice Number: 10982815
Invoice Date: May 11, 2009
Invoice Due Date: June 10, 2009
Page 4

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| 04/21/09 | P Trahan | 1.00 | 510.00 ~~255.00~~ | REDACTED REDACTED confer with local counsel about the scheduling conference; prepare correspondence to Alberta and Land Title enclosing a courtesy copy of the Court's Order; prepare correspondence to the client regarding same. |
| | | | | REDACTED |
| | | | | REDACTED |
| | | | | REDACTED |
| | | | | REDACTED |
| 04/29/09 | J S Smith | .90 | 508.50 | Review claim; telephone conference with J. Litt; |

Total = 763.50

BlackRock Realty Advisors, Inc.
Invoice Number: 10982815
Invoice Date: May 11, 2009
Invoice Due Date: June 10, 2009
Page 5

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| | | | | discussion with P. Trahan. |
| REDACTED | | | | |
| REDACTED | | | | |
| 05/04/09 | OJ Dykes | .30 | 195.00 | Phone conference with Ms. Kimberly Bruetsch, attorney for Land Title Company, regarding possible stipulation for interest bearing account or interpleader. |
| REDACTED | | | | |

Total = 195.00

# EXHIBIT A.1

BlackRock Realty Advisors, Inc.
Invoice Number: 10982815
Invoice Date: May 11, 2009
Invoice Due Date: June 10, 2009
Page 6

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| | | | | REDACTED |
| 05/05/09 | OJ Dykes | .50 | 325.00 | Exchange email with attorneys regarding stipulation proposed by Land Title concerning escrowing of funds; email to Ms. Bruetsch regarding same; receive and review time line; email to attorneys re limitations based on facts in timeline. |

TOTAL CHARGEABLE HOURS ............................................................................................................. 99.60

FEES ........................................................................................................................................... $46,446.50

LESS: 15% FEE DISCOUNT ............................................................................................... (6,966.98)

TOTAL FEES ............................................................................................................................. $39,479.52

EXPENSES & SERVICES:

| E101S | | Copy | 98.85 |
|---|---|---|---|
| REDACTED | | | |
| E104S | | Facsimile | 20.80 |
| E105S | | Telephone | 9.27 |
| E107 | | Delivery services/messengers | 117.00 |
| E107S | | Delivery services/messengers | 7.99 |
| E112 | 04/20/09 | Court fees - Jeff Dykes 04/08/09 Filing fee for filing new case in federal court Bank ID: 008 Check Number: 158974 | 350.00 |
| F254S | 04/03/09 | LEXIS - LEXIS LEGAL SERVICES - SEARCHES USER - BRIGGLE, HAYDEN | 120.00 |
| F254S | 04/24/09 | LEXIS - LEGAL SERVICES - SINGLE DOCUMENT R USER - HOUSTON, CUI | 12.00 |
| F254S | 05/03/09 | LEXIS - LEGAL SERVICES - SINGLE DOCUMENT R USER - HOUSTON, CUI | 2.00 |

608.99                                                                                                          1,609.05

TOTAL FEES AND EXPENSES & SERVICES ............................................................... $41,088.57

TOTAL INVOICE AMOUNT DUE .......................................................................................... $41,088.57

REDACTED

Total Fees = 325.00
Total Expenses = 737.91

BlackRock Realty Advisors, Inc.
Invoice Number: 10982815
Invoice Date: May 11, 2009
Invoice Due Date: June 10, 2009

Southlands Town Center Escrow AC70210076 Dispute

\* \* \* \* \*

The following is a summary of the time dedicated and the fees charged on an average hourly rate basis to this matter by the Firm's professional staff:

| TIMEKEEPER NAME | TITLE | HOURS | RATE | FEE |
|---|---|---|---|---|
| Osborne J. Dykes | Partner | 8.20 | $650.00 | 5,330.00 |
| Jane Snoddy Smith | Partner | 13.70 | $565.00 | 7,740.50 |
| Paul Trahan | Partner | 41.30 | $510.00 | 21,063.00 |
| Jennifer Diane Sherrill | Counsel | 0.40 | $450.00 | 180.00 |
| Bryan Wesley Patrick | Associate | 8.70 | $355.00 | 3,088.50 |
| Benjamin Matthew Vetter | Associate | 24.80 | $340.00 | 8,432.00 |
| S. A. Hayden Briggle | Associate | 2.50 | $245.00 | 612.50 |
| TOTAL | | 99.60 | | 46,446.50 |

| | HOURS | RATE | FEE |
|---|---|---|---|
| Attorney Personnel | 99.60 | $466.33 | 46,446.50 |
| TOTAL | 99.60 | | 46,446.50 |

\*\* Average Hourly Rate for all Personnel

Invoice Number: 10982815
Matter Number: 10904447

Invoice Date: May 11, 2009
Invoice Due Date: June 10, 2009

Jeremy A. Litt, Director, Legal & Comp.
BlackRock Realty Advisors, Inc.
300 Campus Drive, 3rd Floor
Florham Park, NJ 07932

**FULBRIGHT & JAWORSKI L.L.P.**
A Registered Limited Liability Partnership
600 Congress Avenue, Suite 2400
Austin, Texas 78701
(512) 474-5201

Requesting Attorney: Jane Snoddy Smith

Tax Identification Number
74-1201087

PLEASE RETURN WITH REMITTANCE
TOTAL AMOUNT (PAYABLE IN U.S. DOLLARS) DUE BY JUNE 10, 2009

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through May 7, 2009 as follows:

Southlands Town Center Escrow AC70210076 Dispute

| | |
|---|---:|
| TOTAL FEES | $46,446.50 |
| LESS: 15% FEE DISCOUNT | (6,966.98) |
| TOTAL EXPENSES & SERVICES | 1,609.05 |
| TOTAL FEES AND EXPENSES & SERVICES | $41,088.57 |
| TOTAL INVOICE AMOUNT DUE | $41,088.57 ** |

PREVIOUS BALANCE:

| DATE | INVOICE | BALANCE DUE |
|---|---|---|
| 4/14/09 | 10975747 | $6,477.30 |

$6,477.30

TOTAL AMOUNT DUE ................$47,565.87

Invoice Number: 10993023
Matter Number: 10904447
Invoice Date: June 12, 2009
Invoice Due Date: July 12, 2009

Jeremy A. Litt, Director, Legal & Comp.
BlackRock Realty Advisors, Inc.
300 Campus Drive, 3rd Floor
Florham Park, NJ 07932

**FULBRIGHT & JAWORSKI L.L.P.**
A Registered Limited Liability Partnership
600 Congress Avenue, Suite 2400
Austin, Texas 78701
(512) 474-5201

Requesting Attorney: Jane Snoddy Smith

Tax Identification Number
74-1201087

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through May 31, 2009 as follows:

Southlands Town Center Escrow AC70210076 Dispute

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| REDACTED | | | | |
| 05/04/09 | BW Patrick | .20 | 71.00 | Review e-mail correspondence from P. Trahan and J. Smith concerning update on escrow dispute. |
| 05/04/09 | J S Smith | 1.60 | 904.00 | Telephone conference regarding status; review research questions. |
| 05/04/09 | BM Vetter | 2.70 | 918.00 | Review Colorado Supreme Court case addressing constitutionality of Rule 102 on attachment; review United States Supreme Court cases on the procedures necessary for attachment to be constitutional; draft e-mail response to J. Dykes questions regarding procedures required by the due process clause; telephone conference with J. Dykes and K. Bruetsch (counsel for escrow agent) regarding funds held in escrow; correspondence with P. Trahan and J. Smith regarding escrowed funds; begin review of Colorado law on apportionment of attorney fees among various claims; review Colorado cases on offsets in damages awards. |
| 05/05/09 | BW Patrick | .50 | 177.50 | Review questions from P. Trahan regarding timeline of events leading up to litigation; review timeline of events in connection with same; e-mail correspondence with B. Vetter concerning same. |
| 05/05/09 | J S Smith | .80 | 452.00 | Review of escrow deposit questions; telephone conference with P. Trahan regarding time and response. |
| REDACTED | | | | |

Total = $2,522.50

BlackRock Realty Advisors, Inc.
Invoice Number: 10993023
Invoice Date: June 12, 2009
Invoice Due Date: July 12, 2009
Page 2

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| 05/05/09 | BM Vetter | .30 | 102.00 | Correspondence with P. Trahan and J. Smith regarding title companies offer to enter stipulation regarding escrowed funds or to interplead; review local rules regarding investment of interpleaded funds; summarize local rule on investment of interpleaded funds for P. Trahan and J. Smith. |
| REDACTED | | | | |
| 05/07/09 | OJ Dykes | .50 | 325.00 | Receive and review answer of Land Title; exchange email regarding Land Title's proposal for stipulation to retain disputed funds. |
| REDACTED | | | | |
| 05/07/09 | P Trahan | 3.50 | 1,785.00 | Prepare letter to Alberta's counsel; prepare related correspondence to client; confer with A. Kralovec; prepare Litigation Report; review Land Title answer; prepare response to Alberta counsel's e-mail. |
| REDACTED | | | | |
| 05/08/09 | J S Smith | .30 | 169.50 | E-mail to A. Piekarski; telephone conference and e-mail to P. Trahan. |
| REDACTED | | | | |
| 05/11/09 | OJ Dykes | .50 | 325.00 | Receive and review answer and counterclaim of Alberta. |
| 05/11/09 | BW Patrick | 1.20 | 426.00 | Prepare memorandum regarding requirements relating to Alberta's obligations under the purchase agreement and the historical timeline of the correspondence among the parties relating to the rejection of the estoppels. |

Total = 3132.50

BlackRock Realty Advisors, Inc.
Invoice Number: 10993023
Invoice Date: June 12, 2009
Invoice Due Date: July 12, 2009
Page 3

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| REDACTED | | | | |
| 05/11/09 | P Trahan | .70 | 357.00 | Review Alberta's Answer and Counterclaims; prepare correspondence to Colorado counsel regarding same; review correspondence from opposing counsel about true-up; prepare correspondence to opposing counsel about true-up. |
| REDACTED | | | | |
| 05/12/09 | BW Patrick | 1.80 | 639.00 | Continue preparing memorandum outlining contractual obligations of parties with respect to estoppel holdback and timeline of pertinent dates relating to same. |
| REDACTED | | | | |
| REDACTED | | | | |
| 05/13/09 | BW Patrick | .50 | 177.50 | Review and revise affidavit relating to parent entities of Granite Southlands Town Center LLC. |
| 05/13/09 | P Trahan | .70 | 357.00 [178.50] | Confer with B. Patrick about the timeline and discussions with Colorado counsel about limitations issues; REDA[CTED] |
| | | | | REDACTED |
| 05/14/09 | P Trahan | .10 | 51.00 | Conference with Colorado counsel about outstanding legal research. |
| REDACTED | | | | |
| REDACTED | | | | |
| 05/15/09 | BM Vetter | .50 | 170.00 | Final proofread and revision of memo for P. Trahan, J. Dykes, and J. Smith regarding Colorado law issues. |
| 05/18/09 | BW Patrick | .30 | 106.50 | Review memorandum prepared by B. Vetter regarding questions of law in connection with escrow dispute. |
| REDACTED | | | | |
| REDACTED | | | | |
| REDACTED | | | | |

Total = 1,679.50