BlackRock Realty Advisors, Inc.
Invoice Number: 10993023
Invoice Date: June 12, 2009
Invoice Due Date: July 12, 2009
Page 4

| DATE | NAME | TIME | AMOUNT | SERVICES |
|------|------|------|--------|----------|
| | | | | REDACTED |
| REDACTED | | | | |

BlackRock Realty Advisors, Inc.
Invoice Number: 10993023
Invoice Date: June 12, 2009
Invoice Due Date: July 12, 2009
Page 5

| DATE | NAME | TIME | AMOUNT | SERVICES |
|------|------|------|--------|----------|

REDACTED

TOTAL CHARGEABLE HOURS ...............66.50

FEES ...............$30,027.00

LESS: 15% FEE DISCOUNT ...............(4,504.05)

TOTAL FEES ...............$25,522.95

EXPENSES & SERVICES:

| | | |
|---|---|---|
| E101S | Copy | 135.15 |
| E104S | Facsimile | 5.60 |
| E105S | Telephone | 73.08 |
| E106S | Online research | 10.00 |

BlackRock Realty Advisors, Inc.
Invoice Number: 10993023
Invoice Date: June 12, 2009
Page 6

| | | |
|---|---|---:|
| E107S | Delivery services/messengers | 47.88 |
| E112 | Court fees | 6.00 |
| F255S | Online Research - Westlaw | 589.19 |
| | | 866.90 |

TOTAL FEES AND EXPENSES & SERVICES ................................................................. $26,389.85

TOTAL INVOICE AMOUNT DUE ........................................................................................ $26,389.85

REDACTED



BlackRock Realty Advisors, Inc.
Invoice Number: 10993023
Invoice Date: June 12, 2009
Invoice Due Date: July 12, 2009

Southlands Town Center Escrow AC70210076 Dispute

\* \* \* \* \*

The following is a summary of the time dedicated and the fees charged on an average hourly rate basis to this matter by the Firm's professional staff:

| TIMEKEEPER NAME | TITLE | HOURS | RATE | FEE |
|---|---|---|---|---|
| Osborne J. Dykes | Partner | 3.60 | $650.00 | 2,340.00 |
| Jane Snoddy Smith | Partner | 11.60 | $565.00 | 6,554.00 |
| Paul Trahan | Partner | 20.90 | $510.00 | 10,659.00 |
| Bryan Wesley Patrick | Associate | 9.20 | $355.00 | 3,266.00 |
| Benjamin Matthew Vetter | Associate | 21.20 | $340.00 | 7,208.00 |
| TOTAL | | 66.50 | | 30,027.00 |

| | | HOURS | RATE | FEE |
|---|---|---|---|---|
| Attorney Personnel | | 66.50 | $451.53 | 30,027.00 |
| TOTAL | | 66.50 | | 30,027.00 |

\*\* Average Hourly Rate for all Personnel

Case No. 1:09-cv-00799-SJJ-KLM Document 215-4 filed 10/03/11 USDC Colorado pg 5 of 17

# EXHIBIT A.2

Invoice Number: 10993023
Matter Number: 10904447

Invoice Date: June 12, 2009
Invoice Due Date: July 12, 2009

Jeremy A. Litt, Director, Legal & Comp.
BlackRock Realty Advisors, Inc.
300 Campus Drive, 3rd Floor
Florham Park, NJ 07932

**FULBRIGHT & JAWORSKI L.L.P.**
A Registered Limited Liability Partnership
600 Congress Avenue, Suite 2400
Austin, Texas 78701
(512) 474-5201

Requesting Attorney: Jane Snoddy Smith

Tax Identification Number
74-1201087

PLEASE RETURN WITH REMITTANCE
TOTAL AMOUNT (PAYABLE IN U.S. DOLLARS) DUE BY JULY 12, 2009

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through May 31, 2009 as follows:

Southlands Town Center Escrow AC70210076 Dispute

| | |
|---|---|
| TOTAL FEES | $30,027.00 |
| LESS: 15% FEE DISCOUNT | (4,504.05) |
| TOTAL EXPENSES & SERVICES | 866.90 |
| TOTAL FEES AND EXPENSES & SERVICES | $26,389.85 |
| TOTAL INVOICE AMOUNT DUE | $26,389.85 ** |

PREVIOUS BALANCE:

| DATE | INVOICE | BALANCE DUE |
|---|---|---|
| 4/14/09 | 10975747 | $6,477.30 |
| 5/11/09 | 10982815 | $41,088.57 |
| | | $47,565.87 |

TOTAL AMOUNT DUE .................................................................................................... $73,955.72

Invoice Number: 11000150
Matter Number: 10904447
Invoice Date: July 9, 2009
Invoice Due Date: August 8, 2009

Jeremy A. Litt, Director, Legal & Comp.
BlackRock Realty Advisors, Inc.
300 Campus Drive, 3rd Floor
Florham Park, NJ 07932

**FULBRIGHT & JAWORSKI L.L.P.**
A Registered Limited Liability Partnership
600 Congress Avenue, Suite 2400
Austin, Texas 78701
(512) 474-5201

Tax Identification Number
74-1201087

Requesting Attorney: Jane Snoddy Smith

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through June 30, 2009 as follows:

Southlands Town Center Escrow AC70210076 Dispute

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| 06/01/09 | P Trahan | .30 | 153.00 | Multiple conversations with opposing counsel and Colorado counsel about the Court Mandated Conference and Rule 26(f) conference. |
| 06/01/09 | BM Vetter | .30 | 102.00 | Telephone conference with K. Breutsch regarding Rule 26(f) conference; correspondence with P. Trahan regarding conference; correspondence with E. Starrs regarding scheduling conference. |
| 06/02/09 | J S Smith | .10 | 56.50 | E-mails regarding extension. |
| 06/02/09 | BM Vetter | .20 | 68.00 | Telephone conference with E. Starrs regarding availability to reschedule scheduling conference; telephone conference with K. Breutsch to agree to delay Rule 26(f) conference. |
| | REDACTED | | | |
| 06/08/09 | OJ Dykes | .50 | 325.00 | Review status and conference with B. Vetter regarding further handling |
| | REDACTED | | | |
| | REDACTED | | | |

Total = 704.50

BlackRock Realty Advisors, Inc.
Invoice Number: 11000150
Invoice Date: July 9, 2009
Invoice Due Date: August 8, 2009
Page 2

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| REDACTED | | | | |
| 06/12/09 | OJ Dykes | 2.50 | 1,625.00 | Conferences with B. Vetter regarding approach to settlement conference; attend court-ordered settlement conference with Magistrate Schaffer. |
| REDACTED | | | | |
| 06/15/09 | BM Vetter | .80 | 272.00 | Attend Rule 26(f) conference with opposing counsel; conference with P. Trahan regarding draft scheduling order. |
| REDACTED | | | | |

Total = 1897.00

BlackRock Realty Advisors, Inc.
Invoice Number: 11000150
Invoice Date: July 9, 2009
Invoice Due Date: August 8, 2009
Page 3

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| REDACTED | | | | |
| 06/24/09 | P Trahan | 2.70 | 1,377.00 | Conference with opposing counsel about the Proposed Scheduling Order and Protective Order; review and revise the draft Protective Order; prepare a Proposed Scheduling Order; conference with client regarding same; conference with Colorado counsel regarding same. |
| 06/24/09 | BM Vetter | 1.30 | 442.00 | Telephone conference with P. Trahan regarding draft scheduling order; locate template for litigation hold memo to send to client; review previous scheduling orders regarding designations of expert witnesses; make revisions to draft scheduling order. |
| REDACTED | | | | |
| 06/26/09 | BW Patrick | .20 | 71.00 | Review memorandum regarding Legal Hold; conference with P. Trahan concerning same. |
| 06/26/09 | P Trahan | 2.30 | 1,173.00 [586.50] | Prepare Litigation Hold Notice; confer with client and team regarding same; REDACTED REDACTED confer with Colorado counsel about revisions to the proposed Scheduling Order; confer with opposing counsel about extension to deadline for initial disclosures. |
| 06/26/09 | BM Vetter | 1.40 | 476.00 | Review revisions to scheduling order made by Ms. Hyatt, counsel for Alberta; summarize revisions for P. Trahan; revise scheduling order to incorporate Ms. Hyatt's changes and P. Trahan's suggested responses; draft template for Rule 26(a) disclosure; send copies of revised scheduling order and Rule 26(a) disclosure to P. Trahan. |
| REDACTED | | | | |
| 06/29/09 | BM Vetter | .80 | 272.00 | Revise scheduling order to incorporate edits of Ms. Starrs and P. Trahan; search for past confidential settlement statements; create template for confidential settlement statement; proofread revised scheduling order; circulate to opposing counsel. |
| 06/30/09 | BW Patrick | 2.10 | 745.50 | Review and revise FRCP 26 disclosure; conference with J. Smith concerning same. |
| 06/30/09 | J S Smith | .60 | 339.00 | Review Settlement Agreement; review revised Scheduling Order. |

Total = 4,309.00

BlackRock Realty Advisors, Inc.
Invoice Number: 11000150
Invoice Date: July 9, 2009
Invoice Due Date: August 8, 2009
Page 4

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| 06/30/09 | P Trahan | 3.70 | 1,887.00 | Review and revise Scheduling Order, which includes statements as to the parties' positions regarding the disputed issues; prepare Confidential Settlement Statement for review by the Magistrate; review draft of initial disclosures; conference with client, team, and opposing counsel regarding same; review pleadings, agreements, and correspondence regarding same; conference with Colorado counsel in preparation for Scheduling Conference. |
| 06/30/09 | BM Vetter | .30 | 102.00 | Review revised confidential settlement statement and send suggested changes to P. Trahan; review opposing counsel's revisions to proposed scheduling order. |

TOTAL CHARGEABLE HOURS ..................................................................................................... 41.40

FEES ............................................................................................................................................ $19,556.50

LESS: 15% DISCOUNT ............................................................................................................... (2,933.48)

TOTAL FEES ............................................................................................................................... $16,623.02

EXPENSES & SERVICES:

| | | | |
|---|---|---|---|
| E101S | | Copy | 27.30 |
| E104S | | Facsimile | 1.60 |
| E105S | | Telephone | 46.68 |
| F255S | 06/08/09 | WL-WESTLAW DOCUMENTS / VETTER,BENJAMIN / | 12.43 |
| F255S | 06/08/09 | WL-TRANSACTIONAL ONLINE FINDS / VETTER,BENJAMIN / | 10.36 |
| F256S | 06/30/09 | 08733 COLOR COPIES 18 AOGR04 | 9.00 |
| F256S | 06/30/09 | 08733 COLOR COPIES 41 AOGR04 | 20.50 |
| F256S | 06/30/09 | 08733 COLOR COPIES 41 AOGR04 | 20.50 |
| F256S | 06/30/09 | 08733 COLOR COPIES 39 AOGR04 | 19.50 |
| F268S | 05/08/09 | Pacer Document Type: DOCKET REPORT Search: 1:09-CV-00799-ZLW-KLM Pages: 1 Court: CODC Recharge: 10904447/08733 | 0.08 |
| F268S | 05/08/09 | Pacer Document Type: CIVIL SRCH PG 1 Search: 09-00799 Pages: 1 Court: 00IDX Recharge: 10904447/08733 | 0.08 |
| F268S | 05/08/09 | Pacer Document Type: CODCE PARTIES PG 1 Search: 1:2009CV00799 Pages: 1 Court: 00IDX Recharge: 10904447/08733 | 0.08 |
| F268S | 05/12/09 | Pacer Document Type: IMAGE 7-0 Search: 1:09-CV-00799-ZLW-KLM DOCUMENT 7-0 Pages: 8 Court: CODC Recharge: 10904447/08733 | 0.64 |
| F268S | 05/12/09 | Pacer Document Type: IMAGE 9-0 Search: 1:09-CV-00799-ZLW-KLM DOCUMENT 9-0 Pages: 2 Court: CODC Recharge: 10904447/08733 | 0.16 |
| F268S | 05/12/09 | Pacer Document Type: DOCKET REPORT Search: 1:09-CV-00799-ZLW-KLM Pages: 2 Court: CODC | 0.16 |

Total = 1989.00

BlackRock Realty Advisors, Inc.
Invoice Number: 11000150
Invoice Date: July 9, 2009
Page 5

| | | | | |
|---|---|---|---|---|
| F268S | 05/12/09 | Recharge: 10904447/00304<br>Pacer Document Type: IMAGE 8-0 Search: 1:09-CV-00799-ZLW-KLM DOCUMENT 8-0 Pages: 3 Court: CODC Recharge: 10904447/00304 | 0.24 | |
| | | | | 169.31 |

TOTAL FEES AND EXPENSES & SERVICES ................................................................. $16,792.33

TOTAL INVOICE AMOUNT DUE ............................................................................... $16,792.33

PREVIOUS BALANCE:

| DATE | INVOICE | BALANCE DUE |
|---|---|---|
| 4/14/09 | 10975747 | $6,477.30 |
| 5/11/09 | 10982815 | $41,088.57 |
| 6/12/09 | 10993023 | $26,389.85 |

$73,955.72

TOTAL AMOUNT DUE ............................................................................................ $90,748.05

BlackRock Realty Advisors, Inc.
Invoice Number: 11000150
Invoice Date: July 9, 2009
Invoice Due Date: August 8, 2009

Southlands Town Center Escrow AC70210076 Dispute

\* \* \* \* \*

The following is a summary of the time dedicated and the fees charged on an average hourly rate basis to this matter by the Firm's professional staff:

| TIMEKEEPER NAME | TITLE | HOURS | RATE | FEE |
|---|---|---|---|---|
| Osborne J. Dykes | Partner | 3.50 | $650.00 | 2,275.00 |
| Jane Snoddy Smith | Partner | 4.70 | $565.00 | 2,655.50 |
| Paul Trahan | Partner | 19.30 | $510.00 | 9,843.00 |
| Bryan Wesley Patrick | Associate | 3.80 | $355.00 | 1,349.00 |
| Benjamin Matthew Vetter | Associate | 10.10 | $340.00 | 3,434.00 |
| TOTAL | | 41.40 | | 19,556.50 |

| | HOURS | RATE | FEE |
|---|---|---|---|
| Attorney Personnel | 41.40 | $472.38 | 19,556.50 |
| TOTAL | 41.40 | | 19,556.50 |

\*\* Average Hourly Rate for all Personnel

Invoice Number: 11000150
Matter Number: 10904447

Invoice Date: July 9, 2009
Invoice Due Date: August 8, 2009

Jeremy A. Litt, Director, Legal & Comp.
BlackRock Realty Advisors, Inc.
300 Campus Drive, 3rd Floor
Florham Park, NJ 07932

**FULBRIGHT & JAWORSKI L.L.P.**
A Registered Limited Liability Partnership
600 Congress Avenue, Suite 2400
Austin, Texas 78701
(512) 474-5201

Requesting Attorney: Jane Snoddy Smith

Tax Identification Number
74-1201087

PLEASE RETURN WITH REMITTANCE
TOTAL AMOUNT (PAYABLE IN U.S. DOLLARS) DUE BY AUGUST 8, 2009

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through June 30, 2009 as follows:

Southlands Town Center Escrow AC70210076 Dispute

| | |
|---|---:|
| TOTAL FEES | $19,556.50 |
| LESS: 15% DISCOUNT | (2,933.48) |
| TOTAL EXPENSES & SERVICES | 169.31 |
| TOTAL FEES AND EXPENSES & SERVICES | $16,792.33 |
| TOTAL INVOICE AMOUNT DUE | $16,792.33 ** |

PREVIOUS BALANCE:

| DATE | INVOICE | BALANCE DUE |
|---|---|---|
| 4/14/09 | 10975747 | $6,477.30 |
| 5/11/09 | 10982815 | $41,088.57 |
| 6/12/09 | 10993023 | $26,389.85 |
| | | $73,955.72 |

TOTAL AMOUNT DUE ..................................................................$90,748.05

Invoice Number: 11010482
Matter Number: 10904447
Invoice Date: August 12, 2009
Invoice Due Date: September 11, 2009

Jeremy A. Litt, Director, Legal & Comp.
BlackRock Realty Advisors, Inc.
300 Campus Drive, 3rd Floor
Florham Park, NJ 07932

**FULBRIGHT & JAWORSKI L.L.P.**
A Registered Limited Liability Partnership
600 Congress Avenue, Suite 2400
Austin, Texas 78701
(512) 474-5201

Requesting Attorney: Jane Snoddy Smith

Tax Identification Number
74-1201087

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through July 31, 2009 as follows:

Southlands Town Center Escrow AC70210076 Dispute

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| 06/18/09 | OJ Dykes | .30 | 195.00 | Receive and review final confidential settlement statement. |
| 07/01/09 | OJ Dykes | .50 | 325.00 | Receive and review Confidential Settlement Statement and Proposed Pretrial Order. |
| 07/01/09 | BW Patrick | 1.50 | 532.50 | Conference with P. Trahan concerning FRCP 26(a) Disclosure; review and revise same; e-mail correspondence transmitting same to J. Litt. |
| 07/01/09 | J S Smith | 1.20 | 678.00 | Review of court filings; discussion with P. Trahan. |
| 07/01/09 | P Trahan | 3.00 | 1,530.00 | Confer with B. Patrick about the initial disclosures and revisions to the initial disclosures; review and revise same; confer with client regarding same; finalize and file the Confidential Mediation Statement and Proposed Scheduling Order. |
| 07/01/09 | BM Vetter | 1.90 | 646.00 | Review and revise Rule 26(a) disclosures; conference with B. Patrick regarding potential witnesses and documents; final review and proofread of proposed scheduling order; file proposed scheduling order. |
| 07/02/09 | OJ Dykes | .50 | 325.00 | Receive and review disclosures. |
| 07/02/09 | BW Patrick | 1.00 | 355.00 | Review revised FRCP 26(a) disclosure; telephone conferences with P. Trahan and B. Vetter concerning same. |
| 07/02/09 | J S Smith | .40 | 226.00 | Disclosure; review of escrow and court registry; review of multi-party question. |
| REDACTED | | | | |
| 07/02/09 | P Trahan | .70 | 357.00 | Conference with client and team regarding revisions to and service of the initial disclosures; conference with counsel for Land Title regarding disposition of the escrowed funds. |

Total = 5,169.50

BlackRock Realty Advisors, Inc.
Invoice Number: 11010482
Invoice Date: August 12, 2009
Invoice Due Date: September 11, 2009
Page 2

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| 07/02/09 | BM Vetter | 1.20 | 408.00 | Conference with P. Trahan regarding disclosures; review edits made by P. Trahan to disclosures; revise formatting on disclosures to simplify and reduce length; final review, proofread and filing of disclosures. |
| 07/06/09 | OJ Dykes | .50 | 325.00 | Conference with P. Trahan and B. Vetter regarding approach to court-ordered scheduling conference; receive and review Scheduling Order as entered. |
| 07/06/09 | P Trahan | 8.00 | 4,080.00 / 2,040.00 | Prepare for and attend hearing on Proposed Scheduling Order, including review of documents and consultation with Colorado counsel about the magistrate; REDACTED REDACTED |
| 07/06/09 | BM Vetter | 2.10 | 714.00 | Meet with P. Trahan regarding scheduling conference; attend scheduling conference. |
| REDACTED | | | | |
| 07/07/09 | BW Patrick | .70 | 248.50 / 124.25 | Telephone conference with P. Trahan and J. Smith concerning 7/6 hearing REDACTED REDACT |
| REDACTED | | | | |

Total = $2897.25

# EXHIBIT A.3

BlackRock Realty Advisors, Inc.
Invoice Number: 11010482
Invoice Date: August 12, 2009
Invoice Due Date: September 11, 2009
Page 3

| DATE | NAME | TIME | AMOUNT | SERVICES |
|------|------|------|--------|----------|

REDACTED

