BlackRock Realty Advisors, Inc.  
Invoice Number: 11025990  
Invoice Date: October 8, 2009  
Invoice Due Date: November 7, 2009  
Page 5

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| 09/21/09 | P Trahan | .30 | 153.00 | {Escrow} Conference with opposing counsel about Protective Order; review and revise same. |
| 09/21/09 | L Valencia | 2.90 | 435.00 | {Escrow} Prepare electronic media for P. Trahan; OCR documents for same. |
| 09/22/09 | CA Collis | 1.90 | 418.00 | {Escrow} Review and revise Index to documents produced pursuant to Initial FRCP (26(a)(1) Disclosures; circulate same to appropriate attorneys. |
| REDACTED | | | | |
| 09/22/09 | P Trahan | 1.00 | 510.00 | {Escrow} review documents for production to opposing counsel in response to Rule 26(a)(1), including review for privilege and confidentiality designations; prepare related correspondence. |
| REDACTED | | | | |
| 09/24/09 | P Trahan | .90 | 459.00 | {Escrow} Prepare Motion for Entry of Protective Order. |
| REDACTED | | | | |
| REDACTED | | | | |
| REDACTED | | | | |

Total = 1,975.00

BlackRock Realty Advisors, Inc.
Invoice Number: 11025990
Invoice Date: October 8, 2009
Invoice Due Date: November 7, 2009
Page 6



REDACTED

BlackRock Realty Advisors, Inc.
Invoice Number: 11025990
Invoice Date: October 8, 2009
Invoice Due Date: November 7, 2009
Page 7

REDACTED

| | | | |
|---|---|---|---|
| TOTAL CHARGEABLE HOURS | | | 122.55 |
| FEES | | | $54,614.50 |
| LESS: 15% FEE DISCOUNT | | | (8,192.18) |
| TOTAL FEES | | | $46,422.32 |

EXPENSES & SERVICES:

| | | | | |
|---|---|---|---|---|
| E101S | | Copy | 382.80 | |
| E104S | | Facsimile | 19.20 | |
| E105S | | Telephone | 24.87 | |
| E107 | | Delivery services/messengers | 80.00 | |
| E107S | | Delivery services/messengers | 16.00 | |
| F256S | 09/11/09 | 12349 COLOR COPIES 6 AOGR05 | 3.00 | |
| | | | | 525.87 |

TOTAL FEES AND EXPENSES & SERVICES ........................ $46,948.19

TOTAL INVOICE AMOUNT DUE ........................ $46,948.19

Case 1:09-cv-00799-SJJ-KLM Document 199-6 Filed 09/19/11 USDC Colorado Page 1 of 17

# EXHIBIT A.5

BlackRock Realty Advisors, Inc.
Invoice Number: 11025990
Invoice Date: October 8, 2009
Invoice Due Date: November 7, 2009

PREVIOUS BALANCE:

| DATE | INVOICE | BALANCE DUE | |
|---|---|---|---|
| 7/9/09 | 11000150 | $16,792.33 | |
| 8/12/09 | 11010482 | $33,815.66 | |
| 9/9/09 | 11018175 | $406.48 | |
| 9/9/09 | 11018180 | $40,962.44 | |
| 9/9/09 | 11018185 | $840.65 | |
| | | | $92,817.56 |

TOTAL AMOUNT DUE ..................................................................................$139,765.75

BlackRock Realty Advisors, Inc.

BlackRock Realty Advisors, Inc.
Invoice Number: 11025990
Invoice Date: October 8, 2009
Invoice Due Date: November 7, 2009

Southlands Town Center Escrow AC70210076 Dispute

\* \* \* \* \*

The following is a summary of the time dedicated and the fees charged on an average hourly rate basis to this matter by the Firm's professional staff:

| TIMEKEEPER NAME | TITLE | HOURS | RATE | FEE |
|---|---|---|---|---|
| Osborne J. Dykes | Partner | 15.30 | $650.00 | 9,945.00 |
| Jane Snoddy Smith | Partner | 20.80 | $565.00 | 11,752.00 |
| Paul Trahan | Partner | 37.25 | $510.00 | 18,997.50 |
| Bryan Wesley Patrick | Associate | 16.20 | $355.00 | 5,751.00 |
| Benjamin Matthew Vetter | Associate | 9.50 | $340.00 | 3,230.00 |
| Cynthia A. Collis | Sr Paralegal | 20.20 | $220.00 | 4,444.00 |
| Linda Valencia | Project Ast | 3.30 | $150.00 | 495.00 |
| TOTAL | | 122.55 | | 54,614.50 |

| | HOURS | RATE | FEE |
|---|---|---|---|
| Attorney Personnel | 99.05 | $501.52 | 49,675.50 |
| Paralegal Personnel | 23.50 | $210.17 | 4,939.00 |
| TOTAL | 122.55 | | 54,614.50 |

\*\* Average Hourly Rate for all Personnel

Invoice Number: 11025990
Matter Number: 10904447

Invoice Date: October 8, 2009
Invoice Due Date: November 7, 2009

Jeremy A. Litt, Director, Legal & Comp.
BlackRock Realty Advisors, Inc.
300 Campus Drive, 3rd Floor
Florham Park, NJ 07932

**FULBRIGHT & JAWORSKI L.L.P.**
A Registered Limited Liability Partnership
600 Congress Avenue, Suite 2400
Austin, Texas 78701
(512) 474-5201

Requesting Attorney: Jane Snoddy Smith

Tax Identification Number
74-1201087

PLEASE RETURN WITH REMITTANCE
TOTAL AMOUNT (PAYABLE IN U.S. DOLLARS) DUE BY NOVEMBER 7, 2009

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through September 30, 2009 as follows:

Southlands Town Center Escrow AC70210076 Dispute

| | |
|---|---:|
| TOTAL FEES | $54,614.50 |
| LESS: 15% FEE DISCOUNT | (8,192.18) |
| TOTAL EXPENSES & SERVICES | 525.87 |
| TOTAL FEES AND EXPENSES & SERVICES | $46,948.19 |
| TOTAL INVOICE AMOUNT DUE | $46,948.19 ** |

PREVIOUS BALANCE:

| DATE | INVOICE | BALANCE DUE |
|---|---|---|
| 7/9/09 | 11000150 | $16,792.33 |
| 8/12/09 | 11010482 | $33,815.66 |
| 9/9/09 | 11018175 | $406.48 |
| 9/9/09 | 11018180 | $40,962.44 |
| 9/9/09 | 11018185 | $840.65 |

$92,817.56

TOTAL AMOUNT DUE .................................................................................. $139,765.75

BlackRock Realty Advisors, Inc.
Invoice Number: 11025990
Invoice Date: October 8, 2009
Invoice Due Date: November 7, 2009

Invoice Number: 11037080
Matter Number: 10904447
Invoice Date: November 11, 2009
Invoice Due Date: December 11, 2009

Jeremy A. Litt, Director, Legal & Comp.
BlackRock Realty Advisors, Inc.
300 Campus Drive, 3rd Floor
Florham Park, NJ  07932

**FULBRIGHT & JAWORSKI L.L.P.**
A Registered Limited Liability Partnership
600 Congress Avenue, Suite 2400
Austin, Texas 78701
(512) 474-5201

Requesting Attorney: Jane Snoddy Smith

Tax Identification Number
74-1201087

Southlands Town Center Escrow AC70210076
Dispute {Escrow}

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through October 31, 2009 as follows:

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| 10/07/09 | BM Vetter | 3.30 | 1,122.00 | Prepare and proofread first set of Requests for Production; review local rules regarding service of process; review cases discussing defective service of process and when the objection must be raised; review motions for entry of appearance and withdrawal of counsel; secure summons for service in case needed. |
| 10/07/09 | BM Vetter | 1.90 | 646.00 | Review Proposed Scheduling order filed with the court; attend scheduling conference in Judge Hagerty's courtroom. |
| 10/16/09 | J S Smith | .50 | 282.50 | Review of memo. |

TOTAL CHARGEABLE HOURS ................................................................................................................. 5.70

FEES ................................................................................................................................................... $2,050.50

LESS:  15% FEE DISCOUNT ................................................................................................................ (307.58)

TOTAL FEES ....................................................................................................................................... $1,742.92

TOTAL FEES AND EXPENSES & SERVICES ....................................................................................... $1,742.92

TOTAL INVOICE AMOUNT DUE .......................................................................................................... $1,742.92

BlackRock Realty Advisors, Inc.
Invoice Number: 11037080
Invoice Date: November 11, 2009
Invoice Due Date: December 11, 2009

Southlands Town Center Escrow AC70210076
Dispute {Escrow}

* * * * *

The following is a summary of the time dedicated and the fees charged on an average hourly rate basis to this matter by the Firm's professional staff:

| TIMEKEEPER NAME | TITLE | HOURS | RATE | FEE |
|---|---|---|---|---|
| Jane Snoddy Smith | Partner | 0.50 | $565.00 | 282.50 |
| Benjamin Matthew Vetter | Associate | 5.20 | $340.00 | 1,768.00 |
| TOTAL | | 5.70 | | 2,050.50 |

| | HOURS | RATE | FEE |
|---|---|---|---|
| Attorney Personnel | 5.70 | $359.74 | 2,050.50 |
| TOTAL | 5.70 | | 2,050.50 |

** Average Hourly Rate for all Personnel

Invoice Number: 11037080
Matter Number: 10904447

Invoice Date: November 11, 2009
Invoice Due Date: December 11, 2009

Jeremy A. Litt, Director, Legal & Comp.
BlackRock Realty Advisors, Inc.
300 Campus Drive, 3rd Floor
Florham Park, NJ  07932

**FULBRIGHT & JAWORSKI L.L.P.**
A Registered Limited Liability Partnership
600 Congress Avenue, Suite 2400
Austin, Texas 78701
(512) 474-5201

Requesting Attorney: Jane Snoddy Smith

Tax Identification Number
74-1201087

PLEASE RETURN WITH REMITTANCE
TOTAL AMOUNT (PAYABLE IN U.S. DOLLARS) DUE BY DECEMBER 11, 2009

Southlands Town Center Escrow AC70210076
Dispute {Escrow}

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through October 31, 2009 as follows:

TOTAL FEES .................................................................................................................................$2,050.50

LESS:  15% FEE DISCOUNT ..................................................................................................(307.58)

TOTAL FEES AND EXPENSES & SERVICES .......................................................................$1,742.92

TOTAL INVOICE AMOUNT DUE................................................................................................ $1,742.92 **

Invoice Number: 11045862
Matter Number: 10904447
Invoice Date: December 11, 2009
Invoice Due Date: January 10, 2010

Jeremy A. Litt, Director, Legal & Comp.
BlackRock Realty Advisors, Inc.
300 Campus Drive, 3rd Floor
Florham Park, NJ 07932

**FULBRIGHT & JAWORSKI L.L.P.**
A Registered Limited Liability Partnership
600 Congress Avenue, Suite 2400
Austin, Texas 78701
(512) 474-5201

Tax Identification Number
74-1201087

Requesting Attorney: Jane Snoddy Smith

Southlands Town Center Escrow AC70210076
Dispute

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through November 30, 2009 as follows:

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| 11/12/09 | BW Patrick | .60 | 213.00 | Review and revise discovery request; conference with P. Trahan concerning same. |

TOTAL CHARGEABLE HOURS ................................................................................................................. 0.60

FEES .................................................................................................................................................. $213.00

LESS: 15% FEE DISCOUNT ............................................................................................................... (31.95)

TOTAL FEES ..................................................................................................................................... $181.05

TOTAL FEES AND EXPENSES & SERVICES ................................................................................... $181.05

TOTAL INVOICE AMOUNT DUE ....................................................................................................... $181.05

BlackRock Realty Advisors, Inc.
Invoice Number: 11045862
Invoice Date: December 11, 2009
Invoice Due Date: January 10, 2010

Southlands Town Center Escrow AC70210076
Dispute

\* \* \* \* \*

The following is a summary of the time dedicated and the fees charged on an average hourly rate basis to this matter by the Firm's professional staff:

| TIMEKEEPER NAME | TITLE | HOURS | RATE | FEE |
|---|---|---|---|---|
| Bryan Wesley Patrick | Associate | 0.60 | $355.00 | 213.00 |
| TOTAL | | 0.60 | | 213.00 |

| | HOURS | RATE | FEE |
|---|---|---|---|
| Attorney Personnel | 0.60 | $355.00 | 213.00 |
| TOTAL | 0.60 | | 213.00 |

\*\* Average Hourly Rate for all Personnel

Invoice Number: 11052436
Matter Number: 10904447
Invoice Date: January 12, 2010
Invoice Due Date: February 11, 2010

Jeremy A. Litt, Director, Legal & Comp.
BlackRock Realty Advisors, Inc.
300 Campus Drive, 3rd Floor
Florham Park, NJ 07932

**FULBRIGHT & JAWORSKI L.L.P.**
A Registered Limited Liability Partnership
600 Congress Avenue, Suite 2400
Austin, Texas 78701
(512) 474-5201

Tax Identification Number
74-1201087

Requesting Attorney: Jane Snoddy Smith

Southlands Town Center Escrow AC70210076
Dispute {ESCROW}

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through December 31, 2009 as follows:

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| 12/03/09 | BW Patrick | .70 | 248.50 | Review Alberta's motion for summary judgment; e-mail correspondence with P. Trahan and J. Smith concerning same. |
| 12/03/09 | J S Smith | .40 | 226.00 | Review response. |
| 12/04/09 | P Trahan | 2.00 | 1,020.00 | Conference with opposing counsel about outstanding discovery issues; conference with Forest City about Marko Blinder's deposition; prepare correspondence to counsel about discovery issues. |
| 12/04/09 | BM Vetter | 2.00 | 680.00 | Review Alberta's response to deposition notices; review motion for partial summary judgment; confirm due date of response to motion for partial summary judgment; review case file to ensure that Alberta did not serve any discovery requests. |
| 12/07/09 | P Trahan | 1.20 | 612.00 / 306.00 | Conference with team about interview and deposition of Marko Blinder; prepare correspondence to opposing counsel regarding outstanding issues; REDACTED |
| 12/07/09 | BM Vetter | 3.50 | 1,190.00 | Review discovery requests; review correspondence between the parties regarding discovery disputes; prepare notice of deposition for Blinder deposition. |
| 12/08/09 | BW Patrick | 2.30 | 816.50 | Review Alberta's motion for partial summary judgment; review case law cited in same; review correspondence relating to escrow dispute. |
| 12/09/09 | BW Patrick | .50 | 177.50 | Continue preparing response to Alberta's motion for summary judgment. |
| REDACTED | | | | |
| 12/10/09 | BW Patrick | 6.30 | 2,236.50 | Continue preparing response to Alberta's motion for partial summary judgment. |

Total = 6,901.00

# EXHIBIT A.6

BlackRock Realty Advisors, Inc.
Invoice Number: 11052436
Invoice Date: January 12, 2010
Invoice Due Date: February 11, 2010
Page 2

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| 12/11/09 | BW Patrick | .30 | 106.50 | Continue revising response to Alberta's Motion for Summary Judgment. |
| 12/11/09 | BM Vetter | 6.80 | 2,312.00 | Review correspondence from S. Bennett regarding discovery disputes; draft and send letter responding to S. Bennett; review and revise draft of response to Alberta's motion for partial summary judgment. |
| 12/14/09 | BW Patrick | 3.80 | 1,349.00 | Review and revise response to Alberta's Motion for Partial Summary Judgment; e-mail correspondence and telephone conferences with J. Smith and P. Trahan concerning same. |
| 12/14/09 | J S Smith | 3.20 | 1,808.00 | Discussion and review; discovery requests; partial summary motion response. |
| 12/14/09 | P Trahan | 2.50 | 1,275.00 | Review correspondence from opposing counsel; review list of deadlines; review and revise Response to Summary Judgment Motion. |
| 12/15/09 | BW Patrick | .90 | 319.50 | E-mail correspondence and conferences with J. Smith, P. Trahan and B. Vetter regarding response to Alberta's motion for partial summary judgment and Alberta's discovery responses. |
| 12/15/09 | J S Smith | .70 | 395.50 | Review Motion for Summary Judgment. |
| 12/15/09 | P Trahan | 1.50 | 765.00 | Multiple communications with team about summary judgment response and discovery issues. |
| 12/15/09 | BM Vetter | 6.70 | 2,278.00 | Conferences with opposing counsel and P. Trahan regarding deposition scheduling; review revisions to response to partial summary judgment motion; outline disputed discovery issues to discuss with opposing counsel; search for most recent copy of agreed protective order; telephone conference with Alberta's counsel regarding production of documents. |
| 12/16/09 | OJ Dykes | 2.00 | 1,300.00 | Further work on response to Alberta's motion for partial summary judgment, including conference with B. Vetter regarding same and phone conference with P. Trahan regarding same and regarding discovery. |
| 12/16/09 | BW Patrick | 7.80 | 2,769.00 | Continue review and revision of response to Alberta's motion for partial summary judgment on the escrow claim. |
| 12/16/09 | P Trahan | 4.50 | 2,295.00 | Conference with team and opposing counsel about securing a signed Protective Order; begin preparation of affidavit to support summary judgment response; prepare draft of document subpoenas for Southlands tenants; conference with team about appropriate affiant; conference with prior counsel for Alberta about the Protective Order; conference with J. Litt about outstanding issues. |
| 12/17/09 | OJ Dykes | .30 | 195.00 | Receive and review emails from counsel regarding discovery, including conference with B. Vetter regarding protective order and timing of discovery. |
| 12/17/09 | BW Patrick | .60 | 213.00 | Continue revising draft of response to Alberta's motion for summary judgment. |

Total 17,380.50

BlackRock Realty Advisors, Inc.
Invoice Number: 11052436
Invoice Date: January 12, 2010
Invoice Due Date: February 11, 2010
Page 3

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| 12/17/09 | J S Smith | .40 | 226.00 | Review of response. |
| 12/17/09 | P Trahan | 6.80 | 3,468.00 | Multiple communications with team and opposing counsel about discovery issues, including depositions and the Protective Order; review and revise Response to Summary Judgment Motion. |
| 12/17/09 | BM Vetter | 1.60 | 544.00 | Review revisions to Protective Order made by Alberta's counsel; conference with P. Trahan regarding revisions; telephone conference with S. Bennett and P. Trahan regarding protective order and other discovery issues; review local rule regarding exhibits to summary judgment responses; review most recent version of summary judgment response; send agreed protective order with all counsel's signatures to D. Polk, counsel for A. Provost, for his review. |
| 12/18/09 | BW Patrick | 1.20 | 426.00 | Conference with P. Trahan regarding revised discovery request to Alberta; prepare additional interrogatories and requests for production and admission in connection with same; telephone conference with J. Litt regarding response to summary judgment motion. |
| 12/21/09 | BW Patrick | 4.00 | 1,420.00 | Continue review and revision of response to Alberta's partial motion for summary judgment; conferences with P. Trahan, J. Smith, and B. Vetter concerning same. |
| 12/22/09 | OJ Dykes | 1.00 | 650.00 | Review and comment on revised draft response to motion for partial summary judgment; phone conference with P. Trahan regarding same and regarding depositions. |
| 12/22/09 | BW Patrick | 2.80 | 994.00 | Continue revising response to Alberta's motion for partial summary judgment. |
| 12/23/09 | BW Patrick | 5.60 | 1,988.00 | Final review and revision of response to Alberta's motion for partial summary judgment; conferences with J. Smith and P. Trahan in preparation for depositions; begin review of documents produced by Alberta; review of document subpoenas. |
| 12/29/09 | BW Patrick | 1.20 | 426.00 | Begin review of documents produced by Alberta relating to true-up and escrow disputes. |

TOTAL CHARGEABLE HOURS ..................................................................................................... 85.20

FEES .............................................................................................................................................. $34,786.00

LESS: 15% FEE DISCOUNT ....................................................................................................... (5,217.90)

TOTAL FEES ................................................................................................................................. $29,568.10

TOTAL FEES AND EXPENSES & SERVICES ............................................................................. $29,568.10

TOTAL INVOICE AMOUNT DUE .................................................................................................. $29,568.10

*Total = 101,142.00*