Case No. 1:09-cv-00799-SJJ-KLM Document 215-7 filed 09/19/11 USDC Colorado pg 1 of 17

Case 1:09-cv-00799-SJJ-KLM Document 199-7 Filed 09/19/11 USDC Colorado Page 4 of 17

BlackRock Realty Advisors, Inc.
Invoice Number: 11052436
Invoice Date: January 12, 2010
Invoice Due Date: February 11, 2010

BlackRock Realty Advisors, Inc.
Invoice Number: 11052436
Invoice Date: January 12, 2010
Invoice Due Date: February 11, 2010

Southlands Town Center Escrow AC70210076
Dispute {ESCROW}

* * * * *

The following is a summary of the time dedicated and the fees charged on an average hourly rate basis to this matter by the Firm's professional staff:

| TIMEKEEPER NAME | TITLE | HOURS | RATE | FEE |
|---|---|---|---|---|
| Osborne J. Dykes | Of Counsel_ | 3.30 | $650.00 | 2,145.00 |
| Jane Snoddy Smith | Partner | 4.80 | $565.00 | 2,712.00 |
| Paul Trahan | Partner | 18.50 | $510.00 | 9,435.00 |
| Bryan Wesley Patrick | Associate | 38.00 | $355.00 | 13,490.00 |
| Benjamin Matthew Vetter | Associate | 20.60 | $340.00 | 7,004.00 |
| TOTAL | | 85.20 | | 34,786.00 |

| | | HOURS | RATE | FEE |
|---|---|---|---|---|
| Attorney Personnel | | 85.20 | $408.29 | 34,786.00 |
| TOTAL | | 85.20 | | 34,786.00 |

** Average Hourly Rate for all Personnel

Invoice Number: 11052436
Matter Number: 10904447

Invoice Date: January 12, 2010
Invoice Due Date: February 11, 2010

Jeremy A. Litt, Director, Legal & Comp.
BlackRock Realty Advisors, Inc.
300 Campus Drive, 3rd Floor
Florham Park, NJ 07932

## FULBRIGHT & JAWORSKI L.L.P.
A Registered Limited Liability Partnership
600 Congress Avenue, Suite 2400
Austin, Texas 78701
(512) 474-5201

Requesting Attorney: Jane Snoddy Smith

Tax Identification Number
74-1201087

### PLEASE RETURN WITH REMITTANCE
TOTAL AMOUNT (PAYABLE IN U.S. DOLLARS) DUE BY FEBRUARY 11, 2010

Southlands Town Center Escrow AC70210076
Dispute {ESCROW}

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through December 31, 2009 as follows:

TOTAL FEES .......................................................................................................................... $34,786.00

LESS: 15% FEE DISCOUNT ............................................................................................... (5,217.90)

TOTAL FEES AND EXPENSES & SERVICES ................................................................ $29,568.10

TOTAL INVOICE AMOUNT DUE ....................................................................................... $29,568.10 **

Invoice Number: 11061048
Matter Number: 10904447
Invoice Date: February 12, 2010
Invoice Due Date: March 14, 2010

Jeremy A. Litt, Director, Legal & Comp.
BlackRock Realty Advisors, Inc.
300 Campus Drive, 3rd Floor
Florham Park, NJ 07932

FULBRIGHT & JAWORSKI L.L.P.
A Registered Limited Liability Partnership
600 Congress Avenue, Suite 2400
Austin, Texas 78701
(512) 474-5201

Tax Identification Number
74-1201087

Requesting Attorney: Jane Snoddy Smith

Southlands Town Center Escrow AC70210076
Dispute {ESCROW}

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through January 31, 2010 as follows:

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| 01/02/10 | BW Patrick | 3.10 | 1,162.50 | Review documents produced by Alberta in Escrow litigation. |
| 01/03/10 | BW Patrick | 2.50 | 937.50 | Continue reviewing documents produced by Alberta in Escrow litigation. |
| REDACTED | | | | |
| 01/04/10 | BW Patrick | 7.60 | 2,850.00 | Continue reviewing documents produced by Alberta; conferences with P. Trahan and J. Smith concerning same. |
| 01/05/10 | BW Patrick | 8.40 | 3,150.00 | Continue review of documents produced by Alberta; prepare J. Dykes for Inclan deposition; conferences with J. Smith and P. Trahan concerning same. |
| 01/06/10 | OJ Dykes | 4.00 | 2,600.00 | Prepare for and take deposition of Jose Inclan; phone conference and exchange emails with attorneys regarding Inclan testimony concerning Black Rock visit to property in September 2008; summarize Inclan deposition; receive and review email of A. Kralovec regarding September 2008 visit to property. |
| 01/06/10 | BW Patrick | 10.90 | 4,087.50 | Continue review of documents produced by Alberta; prepare P. Trahan for P. Cudlip deposition; conference with J. Smith concerning discovery. |
| 01/07/10 | BW Patrick | 4.30 | 1,612.50 | Review discovery produced by Alberta. |
| 01/07/10 | P Trahan | 10.00 | 5,350.00 | Prepare for and take the deposition of P. Cudlip; conference with team in relation to same. |
| 01/08/10 | BW Patrick | 4.60 | 1,725.00 | Continue reviewing documents produced by Alberta in |

Total = 23,475.00

BlackRock Realty Advisors, Inc.
Invoice Number: 11061048
Invoice Date: February 12, 2010
Invoice Due Date: March 14, 2010
Page 2

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| | | | | discovery. |
| 01/08/10 | P Trahan | 7.00 | 3,745.00 | Prepare for and take the deposition of D. Provost; conference with client and team on discovery issues. |
| 01/09/10 | P Trahan | .50 | 267.50 | Conference with team about outstanding issues on discovery. |
| 01/11/10 | OJ Dykes | 4.00 | 2,600.00 [1300.00] | Receive and review email from phone conference with P. Trahan regarding subjects to be covered in A. Provost deposition; REDACTED REDACTED REDACTED review portions of testimony of D. Provost and P. Cudlip deposition testimony and exhibits and prepare outline in preparation for A. Provost deposition; travel to Golden and take deposition to A. Provost; summarize same. |
| 01/11/10 | BW Patrick | 4.50 | 1,687.50 | Continue reviewing documents produced by Alberta. |
| 01/11/10 | P Trahan | .50 | 267.50 | Conference with J. Dykes about topics to cover in A. Provost's deposition. |
| 01/11/10 | P Trahan | 6.50 | 3,477.50 [1738.75] | {Escrow/RED} Finalize and serve the discovery responses; REDACTED REDACTED conference with A. Piekarski about settlement discussions with D. Provost; prepare deposition topics for J. Dykes to cover in the A. Provost deposition; conference with J. Smith and b. Patrick on document collection issues; conference with client regarding same; conference with A. Kralovec and M. Krier about their depositions. |
| 01/12/10 | BW Patrick | 8.80 | 3,300.00 | Continue reviewing documents produced by Alberta; conference with B. Vetter concerning Alberta's reply in support of motion for summary judgment; begin outlining response to Alberta's reply in support of motion for summary judgment. |
| 01/13/10 | BW Patrick | 1.70 | 637.50 | Review and revise settlement statement; continue preparing analysis for sur-reply to Alberta's partial summary judgment motion on the escrow claim. |
| 01/13/10 | P Trahan | 8.00 | 4,280.00 [2140.00] | {Escrow/RED} Prepare materials for M. Krier and A. Kralovec depositions; conference with client in relation to same; REDACTED REDACTED |
| 01/14/10 | OJ Dykes | 1.50 | 975.00 | {Escrow/RED} Receive and review email from Granite's counsel demanding copy of Inspection Report; conference with B. Patrick and J. Smith regarding same and document production generally; exchange emails with P. Trahan regarding scope of deposition of A. Kralovec; conference with B. Vetter regarding possible surreply to reply in support of motion for partial summary judgment regarding Estoppel Holdback. |

REDACTED

Total = 16058.75

BlackRock Realty Advisors, Inc.
Invoice Number: 11061048
Invoice Date: February 12, 2010
Invoice Due Date: March 14, 2010
Page 3

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| 01/14/10 | BW Patrick | 8.50 | 3,187.50 | Continue revising confidential settlement statement; prepare litigation status update to J. Litt; conferences with P. Trahan concerning upcoming depositions; multiple conferences with team concerning BlackRock discovery production and requested information from Alberta. |
| 01/14/10 | J S Smith | 3.10 | 1,844.50 | Prepare for depositions discussion with P. Trahan, A. Kralovec and M. Krier. |
| 01/14/10 | P Trahan | 8.50 | 4,547.50 | Prepare M. Krier and A. Kralovec for their depositions. |
| 01/14/10 | BM Vetter | 2.90 | 1,029.50 | Review Alberta's reply in support of motion for partial summary judgment; review original motion for partial summary judgment; draft memo analyzing arguments raised in reply and suggesting response for a surreply to address new arguments; correspondence to S. Bennett regarding depositions. |
| 01/15/10 | OJ Dykes | 1.00 | 650.00 | Exchange emails with attorneys regarding depositions in progress; receive and review magistrate's order extending defendants' discovery deadline for certain depositions; conference with B. Vetter regarding extension of deadlines for plaintiff and receive and review draft motion for same. |
| 01/15/10 | BW Patrick | 1.80 | 675.00 | Telephone conferences and e-mail correspondence with P. Trahan regarding depositions of M. Krier and A. Kralovec; conference with J. Smith concerning same. |
| 01/15/10 | J S Smith | .20 | 119.00 | Prepare for depositions. |
| 01/15/10 | P Trahan | 9.00 | 4,815.00 | Defend M. Krier and A. Kralovec's depositions and provide associated counsel. |
| 01/15/10 | BM Vetter | 1.30 | 461.50 | Review motion for extension of discovery filed by Alberta; draft motion for extension of discovery to take additional depositions; correspondence with S. Bennett regarding additional depositions; update case schedules and charts of deadlines. |
| 01/16/10 | J S Smith | .10 | 59.50 | Review of depositions. |
| 01/17/10 | J S Smith | .20 | 119.00 | Review of deposition. |
| 01/18/10 | BW Patrick | .30 | 112.50 | Conference with J. Smith concerning production of BlackRock documents. |
| 01/18/10 | J S Smith | .30 | 178.50 [handwritten: 89.25] | Discovery information REDACTED. |
| 01/19/10 | BW Patrick | 2.80 | 1,050.00 | Begin review of documents to be produced to Alberta; multiple conferences with J. Smith, P. Trahan, and J. Sherrill concerning same. |
| 01/19/10 | JD Sherrill | .40 [handwritten: .2] | 190.00 [handwritten: 95.00] | Conference regarding litigation strategy with J. Smith and B. Patrick. |
| 01/19/10 | J S Smith | 3.20 | 1,904.00 | Prepare fore for discovery and deposition. |
| 01/19/10 | P Trahan | 5.00 | 2,675.00 | Confeence with C. Silva about first notice of litigation; conference with team about legal research; coordinate discovery, including depositions and document review and production; prepare settlement statement; demand additional depositions; conference with client representatives about their depositions. |
| 01/19/10 | BM Vetter | 2.70 | 958.50 | File motion to extend discovery deadline; review Alberta's |

[handwritten: Total = 24,487.25 (crossed out)
$24,392.25]

BlackRock Realty Advisors, Inc.
Invoice Number: 11061048
Invoice Date: February 12, 2010
Invoice Due Date: March 14, 2010
Page 4

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| | | | | response to second discovery requests; conference with K. Breutsch regarding settlement conference; review and finalize draft protective order; review confidential settlement statement. |
| 01/20/10 | BW Patrick | 7.30 | 2,737.50 | Strategy conference call with litigation team; prepare schedule of case deadlines; review and revise confidential settlement statement; conference with J. Smith concerning same; begin preparing sur-reply to respond to new argument in Alberta's reply regarding Alberta's motion for partial summary judgment. |
| 01/20/10 | JD Sherrill | ~~2.50~~ 1.25 | ~~1,187.50~~ 593.75 | Work with J. Smith, B. Patrick and P. Trahan regarding document review, litigation preparation and litigation strategy. |
| 01/20/10 | J S Smith | 3.20 | 1,904.00 | Discovery production; Settlement Statement; reply drafts; calendar. |
| 01/20/10 | P Trahan | 6.50 | 3,477.50 | Team meeting to discuss outstanding issues; conference with B. Patrick about discovery issues; prepare settlement statement; conference with client in relation to same; conference with opposing counsel about motion to cancel settlement conference; review same; conference with M. O'Brien about document collection. |
| 01/21/10 | BW Patrick | 11.00 | 4,125.00 | Prepare sur-reply to Alberta's Response regarding Alberta's Motion for Partial Summary Judgment on the escrow dispute. |
| 01/21/10 | JD Sherrill | ~~.40~~ .2 | ~~190.00~~ 95.00 | Work with B. Patrick regarding discovery issues. |
| 01/21/10 | J S Smith | 2.20 | 1,309.00 | Draft of Surreply; discovery preparation. |
| 01/21/10 | J S Smith | .20 | 119.00 | Telephone conference with P. Trahan. |
| 01/21/10 | P Trahan | 3.00 | 1,605.00 802.50 | {Escrow REDA } Conference with opposing counsel about depositions and interpleader; review schedule; REDACTED |
| 01/21/10 | BM Vetter | 2.50 | 887.50 | Search for 10th Circuit and district of colorado cases regarding motions for leave to file surrpely; draft motion for leave to file surreply; respond to B. Patrick's questions regarding effect of certain contract provisions under Colorado law; update chart of deadlines. |
| 01/22/10 | BW Patrick | 5.80 | 2,175.00 | Revise sur-reply to Alberta's Motion for Partial Summary Judgment; conferences with P. Trahan and J. Smith concerning same; revise sur-reply in accordance with same. |
| 01/22/10 | JD Sherrill | ~~2.50~~ 1.25 | ~~1,187.50~~ 593.75 | Work with J. Smith, B. Patrick and P. Trahan regarding litigation and discovery issue. |
| 01/22/10 | J S Smith | 2.40 | 1,428.00 714.00 | {Escrow REDA } Review and revise Surreply; REDACTED REDACTED |
| 01/22/10 | P Trahan | 7.00 | 3,745.00 1872.50 | Review and revise summary judgment surreply; REDACTED |

~~Total = 22,688.50~~ $21,406.00

BlackRock Realty Advisors, Inc.
Invoice Number: 11061048
Invoice Date: February 12, 2010
Invoice Due Date: March 14, 2010
Page 5

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
|  |  |  |  | REDACTED |
|  |  |  |  | review documents; conference with litigation support in relation to same. |
| 01/22/10 | BM Vetter | 1.30 | 461.50 | Review draft of Surreply sent by B. Patrick; draft memo regarding surreply to J. Dykes. |
| 01/25/10 | OJ Dykes | 1.80 | 1,170.00 *[585.00]* | {Escrow REDACTED} Review and comment on surreply in opposition to Alberta's motion for partial summary judgment and on motion for leave to file Surreply, including email and phone conference with P. Trahan regarding same; REDACTED REDACTED |
| 01/25/10 | MH Greer | 1.10 | 616.00 | Review motion for summary judgment, response, and reply. |
| 01/25/10 | BW Patrick | 1.50 *[1.25]* | 562.50 *[593.75]* | Multiple conferences with team concerning BlackRock discovery production. |
| 01/25/10 | JD Sherrill | 2.50 | 1,187.50 | Follow-up on discovery issues and preparation of document review. |
| 01/25/10 | J S Smith | 2.30 | 1,368.50 *[684.25]* | {Escrow REDACTED} Edits and discussion with P. Trahan; REDACTED Discovery production. |
| 01/25/10 | P Trahan | 4.00 | 2,140.00 | Review and revise surreply to Motion for Partial Summary Judgment; review documents and conference with team in relation to same; conference with team regarding document processing and review issues. |
| 01/26/10 | PI Miller | 1.00 | 165.00 | Review all hard files for relevant correspondence and fully-executed documents to be loaded into Ringtail for attorney review and discovery purposes. |
| 01/26/10 | BW Patrick | .20 | 75.00 *[285]* | Conference with P. Trahan concerning sur-reply. |
| 01/26/10 | JD Sherrill | 1.20 *[.6]* | 570.00 *[285]* | Litigation preparation and document review. |
| 01/26/10 | J S Smith | .60 | 357.00 | Revisions; discuss P. Trahan. |
| 01/26/10 | P Trahan | 6.00 | 3,210.00 | Review and revise surreply on Motion for Partial Summary Judgment; review documents and confer with team in relation to same. |
| 01/27/10 | PI Miller | 1.00 | 165.00 | Continue review of all hard files for relevant correspondence and fully-executed documents to be loaded into Ringtail for attorney review and discovery purposes. |
| 01/27/10 | BW Patrick | 3.10 | 1,162.50 | Review and revise sur-reply to Alberta's Motion for Partial Summary Judgment; conferences with J. Smith and P. Trahan concerning same. |
| 01/27/10 | JD Sherrill | .20 *[.1]* | 95.00 *[47.50]* | Document review for discovery. |
| 01/27/10 | J S Smith | 2.60 | 1,547.00 | Review and revise; Surreply discussion with P. Trahan. |
| 01/27/10 | P Trahan | 1.00 | 535.00 | Review and revise Surreply to Motion for Partial Summary Judgment; conference with team in relation to same. |
| 01/28/10 | MH Greer | .90 | 504.00 | Review and suggest revisions to Surreply as to summary judgment. |
| 01/28/10 | BW Patrick | 1.40 | 525.00 | Review and revise sur-reply to Alberta's Motion for Partial |

*Handwritten annotations at bottom:* Total = 15147.25 / $14,221.00

# EXHIBIT A.7

Case No. 1:09-cv-00799-SJJ-KLM Document 215-7 filed 10/03/11 USDC Colorado pg 9 of 17

BlackRock Realty Advisors, Inc.
Invoice Number: 11061048
Invoice Date: February 12, 2010
Invoice Due Date: March 14, 2010
Page 6

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| 01/28/10 | JD Sherrill | ~~2.80~~ 1.4 | ~~1,330.00~~ 665 | Summary Judgment; conferences with P. Trahan and J. Litt concerning same. Work regarding production of Fulbright & Jaworski hard copy files and review of BlackRock electronic documents. |
| 01/28/10 | J S Smith | 1.90 | ~~1,130.50~~ 565.25 | {Escrow/RED} Discovery preparation; Surreply; REDACTED |
| 01/28/10 | P Trahan | 3.50 | ~~1,872.50~~ 936.25 | {Escrow/RED} Continue draft of Surreply to Summary Judgment Motion; conference with client regarding changes to same; REDACTED REDACTED begin Countermotion for Summary Judgment on the escrow dispute; confer with tenants about response to document subpoenas. |
| 01/29/10 | TL Barrett | ~~.70~~ .35 | ~~220.50~~ 110.25 | Participate in telephone conference regarding training for the document review project. |
| 01/29/10 | SH Briggle | ~~.50~~ .25 | ~~127.50~~ 63.75 | Telephone training conference regarding Southlands document review. |
| REDACTED | | | | |
| 01/29/10 | TR Hambidge | ~~.50~~ .25 | ~~170.00~~ 85.00 | Document review training. |
| 01/29/10 | HM Kipp | ~~.50~~ .25 | ~~135.00~~ 67.50 | Prepare for and attend training call for the first-level review of documents related to the Southlands Town Center Escrow Dispute. |
| 01/29/10 | SD McGregor | ~~.80~~ .4 | ~~172.00~~ 86.00 | Initial document review strategy meeting. |
| 01/29/10 | JC Neas | ~~1.00~~ .5 | ~~235.00~~ 117.50 | Conference call with J. Sherrill and B. Patrick regarding Southlands document review; research and review information regarding Southlands. |
| 01/29/10 | BW Patrick | 5.30 | 1,987.50 | Final revisions to sur-reply; conferences with J. Smith, P. Trahan and J. Sherrill concerning discovery production; conference with discovery team concerning history of the case and the disputes at issue. |
| 01/29/10 | JD Sherrill | ~~6.50~~ 3.25 | ~~3,087.50~~ 1,543.75 | Conference with J. Smith and B. Patrick regarding case strategies, discovery issues and document review; assemble and train review team; prepare review template and review protocol; follow-up regarding same. |
| 01/29/10 | J S Smith | 3.30 | ~~1,963.50~~ 981.75 | {Escrow/REDA} Discovery production; Surreply revisions; REDACTED |
| 01/29/10 | TN Stewart | ~~.60~~ .3 | ~~138.00~~ 69 | Attend instructional meeting in preparation for document review. |
| 01/29/10 | P Trahan | 5.50 | ~~2,942.50~~ 1471.25 | {Escrow/RED} Finalize and file Surreply to Summary Judgment Motion; review documents and exhibits in relation to same; conference with M. Greer in relation to same; REDACTED REDACTED |

Total = ~~11557.50~~ 8749.75

BlackRock Realty Advisors, Inc.
Invoice Number: 11061048
Invoice Date: February 12, 2010
Invoice Due Date: March 14, 2010
Page 7

| DATE | NAME | TIME | AMOUNT | SERVICES |
|------|------|------|--------|----------|
| 01/29/10 | BM Vetter | 6.50 | 2,307.50 | {Escrow RED } REDACTED |
|  |  |  | 1153.75 | REDACTED |
|  |  |  |  | REDA ; review revised surrpely; revise motion for leave to harmonize with surreply; file motion for leave and surreply; review Colorado cases for authority that parole evidence may be considered provisionally to determine whether a contract is ambiguous; REDACTED REDACTED |
| 01/29/10 | CM Weimer | .60 (.3) | 138.00 (69) | Conference call regarding underlying facts of case and work assignments; |
| 01/30/10 | JD Sherrill | 5.80 (2.90) | 2,755.00 (1377.5) | Work on document reviews and discovery responses. |
| 01/30/10 | J S Smith | .20 | 119.00 | Review production of discovery issues. |
| 01/30/10 | P Trahan | 1.00 | 535.00 | Conference with team regarding document collection and review issues. |
| 01/31/10 | J S Smith | .10 | 59.50 | Review discovery production. |
| 01/31/10 | P Trahan | 5.00 | 2,675.00 | Prepare parameters for document processing and review; review discovery requests in relation to same; conference with team in relation to same. |

TOTAL CHARGEABLE HOURS .................................................................................................. 296.60

FEES ................................................................................................................................. $138,430.50

LESS: 15% FEE DISCOUNT .................................................................................................. (20,764.58)

TOTAL FEES ................................................................................................................. $117,665.92

EXPENSES & SERVICES:

| | | | |
|---|---|---|---|
| E101S | | Copy | 543.30 |
| E104S | | Facsimile | 3.20 |
| E105S | | Telephone | 25.74 |
| E107 | | Delivery services/messengers | 20.00 |
| E107S | | Delivery services/messengers | 8.71 |
| F254S | | Online Research - Lexis | 614.00 |
| F255S | | Online Research - Westlaw | 1,895.03 |
| E110 | 01/20/10 | Out-of-town travel - Paul Trahan Airfare $419.40, Hotel $447.94 and parking/taxi $172.00 expenses incurred while traveling to Denver, CO for depositions 01/06-08/2010. Bank ID: 139 Check Number: 67356 | 1,039.34 |
| E110 | 01/25/10 | Out-of-town travel - Paul Trahan Travel Expenses(Air Fare $489.10; Hotel $249.30; Car Rental $200.00) during Trip to Los Angeles for Blackrock Personnel Depositions -- 1/13/2010 -- 10904447 Bank ID: 139 Check Number: 67623 | 938.40 |
| E110 | 01/29/10 | Out-of-town travel - Paul Trahan Parking $60.00 expense incurred at ABIA while traveling to CA to defend client depositions 01/13-17/2010 Bank ID: 139 | 60.00 |



Total = 7435.25 $5,988.75

BlackRock Realty Advisors, Inc.
Invoice Number: 11061048
Invoice Date: February 12, 2010
Page 8

| | | | |
|---|---|---|---|
| E111 | 01/20/10 | Check Number: 67623<br>Meals - Jeff Dykes 01/08/09 Lunch meeting regarding depositions of principals of Alberta Bank ID: 008 Check Number: 171487 | 12.40 |
| E111 | 01/25/10 | Meals - Paul Trahan Meal Expense during Trip to Los Angeles for Blackrock Personnel Depositions -- 1/13/2010 -- 10904447 Bank ID: 139 Check Number: 67623 | 13.00 |
| E113 | 01/05/10 | Subpoena fees - Checkmate, Inc. Service of subpoena for records on Brian Langenfeld, DDS/01042010 Bank ID: 008 Check Number: 171025 | 42.00 |
| E113 | 01/05/10 | Subpoena fees - Checkmate, Inc. Service of subpoena for records on Stephen Rose; Emmanual Bible and Jeffrey Barber @ American Family Insurance/01042010 Bank ID: 008 Check Number: 171025 | 100.00 |
| E113 | 01/05/10 | Subpoena fees - Checkmate, Inc. Service of subpoena for records on Melissa Ann Bow-Richardson for DCC Architects and Kevin Dyk for Family Life Counseling/01042010 Bank ID: 008 Check Number: 171025 | 181.20 |
| E113 | 01/08/10 | Subpoena fees - Checkmate, Inc. Service of subpoena for records on Noodles & Co./01062010 Bank ID: 008 Check Number: 171188 | 82.50 |
| E113 | 01/11/10 | Subpoena fees - Checkmate, Inc. Service of subpoena for records on Cinema Group/01072010 Bank ID: 008 Check Number: 171226 | 40.00 |
| E113 | 01/13/10 | Subpoena fees - Checkmate, Inc. Service of subpoena for records on The Beck Group/01112010 Bank ID: 008 Check Number: 171263 | 40.00 |
| F264S[1] | 01/31/10 | Data Management, Maintenance & Support $200 per | 1,800.00 |

*Total Fees = 4348.84* (handwritten)

---

[1] Per GB per month fee assessed during the discovery phase of a case for matters in which the firm's Automated Litigation Support System is used to manage case documents and information. Fee includes project management and technical services to:

- Serve as a single point of contact for all aspects of a project.
- Design and develop database in which hard copy documents and electronic data are maintained.
- Support use of Automated Litigation Support System.
- Coordinate collection of hard copy and electronic data.
- Evaluate, recommend and coordinate with litigation support vendors.
- Assist electronic discovery technologist in reporting, quality control and management of electronic discovery efforts.
- Design document review strategy; manage document review process and timelines.
- Support strategic document analysis, measurement and reporting of document review efficiencies.
- Coordinate criteria, format, quality control and timelines for document productions.
- Provide recommendations regarding application of technology in all phases of litigation.
- Load data received from scanning and electronic discovery vendors and opposing counsel; maintain quality assurance.

BlackRock Realty Advisors, Inc.
Invoice Number: 11061048
Invoice Date: February 12, 2010
Page 9

| | | |
|---|---|---|
| GB per month (9 GB) | | 7,458.82 |

TOTAL FEES AND EXPENSES & SERVICES .................................................................................... $125,124.74

TOTAL INVOICE AMOUNT DUE ....................................................................................................... $125,124.74

PREVIOUS BALANCE:

| DATE | INVOICE | BALANCE DUE |
|---|---|---|
| 12/11/09 | 11045841 | $17,917.33 |
| 12/11/09 | 11045856 | $1,127.95 |
| 12/11/09 | 11045862 | $181.05 |
| 1/12/10 | 11052391 | $87,375.50 |
| 1/12/10 | 11052424 | $30.17 |
| 1/12/10 | 11052436 | $29,568.10 |

$136,200.10

TOTAL AMOUNT DUE ........................................................................................................................ $261,324.84

BlackRock Realty Advisors, Inc.
Invoice Number: 11061048
Invoice Date: February 12, 2010
Invoice Due Date: March 14, 2010

Southlands Town Center Escrow AC70210076
Dispute {ESCROW}

* * * * *

The following is a summary of the time dedicated and the fees charged on an average hourly rate basis to this matter by the Firm's professional staff:

| TIMEKEEPER NAME | TITLE | HOURS | RATE | FEE |
|---|---|---|---|---|
| Osborne J. Dykes | Of Counsel_ | 15.90 | $650.00 | 10,335.00 |
| Jane Snoddy Smith | Partner | 26.40 | $595.00 | 15,708.00 |
| Marcy Hogan Greer | Partner | 2.00 | $560.00 | 1,120.00 |
| Paul Trahan | Partner | 97.50 | $535.00 | 52,162.50 |
| Jennifer Diane Sherrill | Counsel | 24.80 | $475.00 | 11,780.00 |
| Bryan Wesley Patrick | Associate | 105.40 | $375.00 | 39,525.00 |
| Benjamin Matthew Vetter | Associate | 17.20 | $355.00 | 6,106.00 |
| Todd Ryan Hambidge | Associate | 0.50 | $340.00 | 170.00 |
| Tamsen Lee Barrett | Associate | 0.70 | $315.00 | 220.50 |
| Holly Kipp | Counsel | 0.50 | $270.00 | 135.00 |
| S. A. Hayden Briggle | Associate | 0.50 | $255.00 | 127.50 |
| Jerod Christopher Neas | Counsel | 1.00 | $235.00 | 235.00 |
| Christopher Mark Weimer | Associate | 0.60 | $230.00 | 138.00 |
| Tracy Nicole Stewart | Associate | 0.60 | $230.00 | 138.00 |
| Sparrowleaf Dilts McGregor | Associate | 0.80 | $215.00 | 172.00 |
| Paula Irene Miller | Secretary | 2.00 | $165.00 | 330.00 |
| Mary W. Murchison | Project Ast | 0.20 | $140.00 | 28.00 |
| TOTAL | | 296.60 | | 138,430.50 |

| | HOURS | RATE | FEE |
|---|---|---|---|
| Attorney Personnel | 294.40 | $469.00 | 138,072.50 |
| Paralegal Personnel | 2.20 | $162.73 | 358.00 |
| TOTAL | 296.60 | | 138,430.50 |

** Average Hourly Rate for all Personnel

Invoice Number: 11061048
Matter Number: 10904447

Invoice Date: February 12, 2010
Invoice Due Date: March 14, 2010

Jeremy A. Litt, Director, Legal & Comp.
BlackRock Realty Advisors, Inc.
300 Campus Drive, 3rd Floor
Florham Park, NJ 07932

**FULBRIGHT & JAWORSKI L.L.P.**
A Registered Limited Liability Partnership
600 Congress Avenue, Suite 2400
Austin, Texas 78701
(512) 474-5201

Requesting Attorney: Jane Snoddy Smith

Tax Identification Number
74-1201087

PLEASE RETURN WITH REMITTANCE
TOTAL AMOUNT (PAYABLE IN U.S. DOLLARS) DUE BY MARCH 14, 2010

Southlands Town Center Escrow AC70210076
Dispute {ESCROW}

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through January 31, 2010 as follows:

| | |
|---|---|
| TOTAL FEES | $138,430.50 |
| LESS: 15% FEE DISCOUNT | (20,764.58) |
| TOTAL EXPENSES & SERVICES | 7,458.82 |
| TOTAL FEES AND EXPENSES & SERVICES | $125,124.74 |

TOTAL INVOICE AMOUNT DUE ................................................................ $125,124.74 **

PREVIOUS BALANCE:

| DATE | INVOICE | BALANCE DUE |
|---|---|---|
| 12/11/09 | 11045841 | $17,917.33 |
| 12/11/09 | 11045856 | $1,127.95 |
| 12/11/09 | 11045862 | $181.05 |
| 1/12/10 | 11052391 | $87,375.50 |
| 1/12/10 | 11052424 | $30.17 |
| 1/12/10 | 11052436 | $29,568.10 |

$136,200.10

TOTAL AMOUNT DUE ................................................................ $261,324.84

Invoice Number: 11067197
Matter Number: 10904447
Invoice Date: March 8, 2010
Invoice Due Date: April 7, 2010

Jeremy A. Litt, Director, Legal & Comp.
BlackRock Realty Advisors, Inc.
300 Campus Drive, 3rd Floor
Florham Park, NJ 07932

FULBRIGHT & JAWORSKI L.L.P.
A Registered Limited Liability Partnership
600 Congress Avenue, Suite 2400
Austin, Texas 78701
(512) 474-5201

Requesting Attorney: Jane Snoddy Smith

Tax Identification Number
74-1201087

Southlands Town Center Escrow AC70210076
Dispute Escrow

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through February 28, 2010 as follows:

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| REDACTED | | | | |
| 02/01/10 | JC Neas | ~~2.00~~ 1.00 | ~~470.00~~ 235.00 | Review and code documents in connection with Southlands litigation. |
| 02/01/10 | JD Sherrill | ~~6.30~~ 3.15 | ~~2,992.50~~ 1,496.25 | Work on document review and discovery responses; complete document review protocol and fact sheet; review documents for discovery production; communications with P. Trahan, B. Patrick and J. Smith regarding same. |
| 02/01/10 | J S Smith | 0.40 | 238.00 | Telephone conference with A. Piekarski and C. Silva; discovery preparation. |
| 02/02/10 | TL Barrett | ~~3.10~~ 1.55 | ~~976.50~~ 488.25 | Review documents for production. |
| 02/02/10 | SH Briggle | ~~8.80~~ 4.4 | ~~2,244.00~~ 1,122.00 | Legal review of memorandum and discovery requests in preparation for document review regarding BlackRock Southlands litigation; confer with J. Sherrill regarding issues and questions concerning document review of BlackRock Southlands litigation; legal review of documents in binder "PSG/SJH: Search 5 (02/01/10)" in connection with BlackRock Southlands litigation. |
| 02/02/10 | HM Kipp | ~~3.40~~ 1.70 | ~~918.00~~ 459.00 | Conduct review and analysis of the coding template and other background materials and begin review of documents for relevance and privilege related to the Southlands Town Center Escrow Dispute. |
| 02/02/10 | JC Neas | ~~1.50~~ .75 | ~~352.50~~ 176.25 | Review privilege memo; review and code documents in connection with document review for Southlands litigation. |
| 02/02/10 | JD Sherrill | ~~5.80~~ 2.90 | ~~2,755.00~~ 1,377.50 | Work on discovery responses and document review; |

Total = ~~10,946.50~~
TOTAL = 5,592.25

BlackRock Realty Advisors, Inc.
Invoice Number: 11067197
Invoice Date: March 8, 2010
Invoice Due Date: April 7, 2010
Page 2

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| REDACTED | | | | |
| 02/02/10 | TN Stewart | .25 ~~0.50~~ | ~~115.00~~ | Review list 6 for relevancy in preparation for production of documents. |
| 02/02/10 | BM Vetter | 0.30 | 106.50 | Review case docket and update chart of deadlines. |
| 02/02/10 | CM Weimer | ~~4.40~~ | ~~1,012.00~~ | Legal review of documents in binder 7 related to Southlands litigation. |
| 02/03/10 | TL Barrett | ~~2.70~~ | ~~850.50~~ | Review documents for production. |
| 02/03/10 | SH Briggle | ~~8.60~~ | ~~2,193.00~~ | Legal review of documents in binder "PSG/SJH: Search 5 (02/01/10)" in connection with BlackRock Southlands litigation. |
| 02/03/10 | TR Hambidge | ~~3.50~~ | ~~1,190.00~~ | Document review. |
| 02/03/10 | HM Kipp | ~~7.50~~ | ~~2,025.00~~ | Conduct review and analysis of documents for relevance and privilege related to the Southlands Town Center Escrow Dispute. |
| 02/03/10 | SD McGregor | ~~3.00~~ | ~~585.00~~ | Review documents for privilege and responsiveness for production in escrow action. |
| 02/03/10 | JC Neas | ~~6.50~~ | ~~1,527.50~~ | Review and code documents for relevance in connection with Southlands litigation matter. |
| 02/03/10 | BW Patrick | 1.60 | 600.00 | Attention to discovery production; begin QC review of documents cleared for production; conference with J. Sherrill concerning same. |
| 02/03/10 | JD Sherrill | ~~2.50~~ | ~~1,187.50~~ | Work on document review issues; supervise document review team; privilege review; discuss strategy on discovery issues with P. Trahan. |
| 02/03/10 | CM Weimer | ~~4.70~~ | ~~1,081.00~~ | Legal review of documents related to Southlands litigation. |
| 02/04/10 | TL Barrett | ~~5.40~~ | ~~1,701.00~~ | Review documents for production. |
| 02/04/10 | SH Briggle | ~~9.20~~ | ~~2,346.00~~ | Legal review of documents in binder "PSG/SJH: Search 5 (02/01/10)" in connection with BlackRock Southlands litigation; conduct QC check of same. |
| 02/04/10 | TR Hambidge | ~~8.80~~ | ~~2,992.00~~ | Document review. |
| 02/04/10 | HM Kipp | ~~6.60~~ | ~~1,782.00~~ | Conduct review and analysis of documents for relevance and privilege related to the Southlands Town Center Escrow Dispute. |
| 02/04/10 | SD McGregor | ~~4.40~~ | ~~858.00~~ | Review documents for privilege and responsiveness for production in escrow action. |
| 02/04/10 | JC Neas | ~~7.30~~ | ~~1,715.50~~ | Review and code documents for first level review in connection with Southlands litigation. |
| 02/04/10 | BW Patrick | 2.50 | 937.50 | Conferences and e-mail correspondence with F&J team regarding discovery production; begin QC review of documents. |
| 02/04/10 | JD Sherrill | ~~5.80~~ | ~~2,755.00~~ | Work on document review and production. |

Total = ~~27,560.00~~

14,602.00