BlackRock Realty Advisors, Inc.
Invoice Number: 11067197
Invoice Date: March 8, 2010
Invoice Due Date: April 7, 2010
Page 3

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| REDACTED | | | | |
| 02/04/10 | TJ Siebeneicher | ~~1.50~~ | ~~525.00~~ | Conference with B. Patrick regarding QC of production documents; quality control review of production documents. |
| 02/04/10 | J S Smith | 0.20 | 119.00 | Review QC on Discovery. |
| 02/04/10 | TN Stewart | ~~0.30~~ | ~~69.00~~ | Review documents in Search 6 for relevancy in preparation for production of documents. |
| 02/04/10 | CM Weimer | ~~9.90~~ | ~~2,277.00~~ | {Ewcrow} Legal review of documents for Southlands litigation. |
| 02/05/10 | TL Barrett | ~~7.90~~ | ~~2,488.50~~ | Review documents for production. |
| 02/05/10 | SH Briggle | ~~8.60~~ | ~~2,193.00~~ | Legal review of documents in binder "PSG/SJH: Search 5 (02/01/10)" in connection with BlackRock Southlands litigation; conduct QC check of same. |
| 02/05/10 | TR Hambidge | ~~5.00~~ | ~~1,700.00~~ | Document review. |
| 02/05/10 | HM Kipp | ~~0.80~~ | ~~216.00~~ | Conduct review and analysis of documents for relevance and privilege related to the Southlands Town Center Escrow Dispute. |
| 02/05/10 | SD McGregor | ~~6.10~~ | ~~1,189.50~~ | Review documents for privilege and responsiveness for production in escrow action. |
| 02/05/10 | JC Neas | ~~7.00~~ | ~~1,645.00~~ | Review and code documents for privilege; draft description of privileged content for privilege log. |
| 02/05/10 | BW Patrick | 0.30 | 112.50 | Conferences with T. Siebeneicher concerning QC review of Southlands production. |
| 02/05/10 | JD Sherrill | ~~4.50~~ | ~~2,137.50~~ | Work on document review and production; supervisor of document review and privilege review; communications with J. smith and P. Trahan regarding same. |
| 02/05/10 | TJ Siebeneicher | ~~2.00~~ | ~~700.00~~ | QC review of production documents; conferences with B. Patrick and J. Sherrill regarding same. |
| 02/05/10 | J S Smith | 0.30 | 178.50 | Discovery questions. |
| 02/05/10 | TN Stewart | ~~2.90~~ | ~~667.00~~ | Review documents for relevancy in preparation for production of documents. |
| 02/05/10 | P Trahan | 0.50 | 267.50 | Conference with J. Sherrill in relation to document collection and review issues. |
| 02/05/10 | CM Weimer | 3.40 | 782.00 | Legal review of documents for Southlands litigation. |
| 02/07/10 | SH Briggle | ~~1.70~~ | ~~433.50~~ | Legal review of documents in binder "PSG/SJH: Search 3 (02/01/10)" in connection with BlackRock Southlands litigation; conduct QC check of same. |
| 02/07/10 | HM Kipp | ~~6.90~~ | ~~1,863.00~~ | Conduct review and analysis of documents for relevance and privilege related to the Southlands Town Center Escrow Dispute. |
| 02/07/10 | JC Neas | ~~3.10~~ | ~~728.50~~ | Review and code documents for privilege in connection with Southlands litigation. |
| 02/08/10 | TL Barrett | ~~6.80~~ | ~~2,142.00~~ | Review documents for production. |
| 02/08/10 | SH Briggle | ~~8.30~~ | ~~2,116.50~~ | Legal review of documents in binder "PSG/SJH: Search 3 (02/01/10)" in connection with BlackRock Southlands |

Total = ~~24,550.50~~   12,773.50

BlackRock Realty Advisors, Inc.
Invoice Number: 11067197
Invoice Date: March 8, 2010
Invoice Due Date: April 7, 2010
Page 4

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| REDACTED | | | | |
| 02/08/10 | TR Hambidge | ~~2.00~~ | ~~680.00~~ | Document review. |
| 02/08/10 | JC Neas | ~~6.50~~ | ~~1,527.50~~ | Review and code documents for relevance in connection with Southlands litigation. |
| 02/08/10 | BW Patrick | 10.60 | 3,975.00 | QC review of documents to be produced in Southlands case. |
| 02/08/10 | JD Sherrill | ~~3.50~~ | ~~1,662.50~~ | Continue document review, QC and preparation of privilege log. |
| 02/08/10 | TJ Siebeneicher | ~~7.30~~ | ~~2,555.00~~ | QC review of documents in connection with discovery requests; conferences with B. Patrick and J. Sherrill regarding same. |
| 02/08/10 | TN Stewart | ~~5.60~~ | ~~1,288.00~~ | Review documents for relevancy in Searches 3 and 6 in preparation for production of documents. |
| 02/09/10 | TL Barrett | ~~1.90~~ | ~~598.50~~ | Review documents for production. |
| 02/09/10 | SH Briggle | ~~9.80~~ | ~~2,499.00~~ | Conduct Privilege Review of privileged documents and prepare descriptions of privileged content in connection with BlackRock Southlands litigation |
| REDACTED | | | | |
| 02/09/10 | JC Neas | ~~7.80~~ | ~~1,833.00~~ | Review and code documents for privilege; describe contents of privileged documents in connection with Southlands litigation. |
| 02/09/10 | BW Patrick | 9.20 | 3,450.00 | Continue QC review of BlackRock production. |
| 02/09/10 | JD Sherrill | ~~7.20~~ | ~~3,420.00~~ | Document QC and privilege review. |
| 02/09/10 | TJ Siebeneicher | ~~2.50~~ | ~~875.00~~ | Quality control review of documents in connection with discovery requests; conferences with B. Patrick and J. Sherrill regarding same. |
| REDACTED | | | | |
| 02/09/10 | TN Stewart | ~~4.10~~ | ~~943.00~~ | Review documents in Searches 3 and "Fulbright hard copy and disk docs (02/12/10)" in preparation for production of documents. |
| 02/09/10 | P Trahan | 0.50 | 267.50 / 133.75 | Review Order Denying Alberta's Motion for Partial Summary Judgment; conference with client in relation to same; conference with team in relation to same REDACT |
| REDACTED | | | | |
| 02/10/10 | TL Barrett | ~~1.90~~ | ~~598.50~~ | Review documents for production. |
| 02/10/10 | SH Briggle | ~~9.50~~ | ~~2,422.50~~ | Conduct Privilege Review of privileged documents and prepare descriptions of privileged content in connection |

TOTAL = $ 28,461.25    14,035.00

# EXHIBIT A.8

BlackRock Realty Advisors, Inc.
Invoice Number: 11067197
Invoice Date: March 8, 2010
Invoice Due Date: April 7, 2010
Page 6

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| REDACTED | | | | |
| 02/12/10 | HM Kipp | ~~2.10~~ | ~~567.00~~ | Conduct review and analysis of documents for relevance and privilege related to the Southlands Town Center Escrow Dispute. |
| 02/12/10 | JC Neas | ~~6.50~~ | ~~1,527.50~~ | Review for QC privilege documents. |
| 02/12/10 | BW Patrick | 3.00 | 1,125.00 | Continue QC review of document production; conferences with team concerning discovery production and additional documents to be reviewed; review correspondence from S. Bennett relating to discovery production. |
| 02/12/10 | JD Sherrill | ~~4.80~~ | ~~2,280.00~~ | Document review and production; discovery issues. |
| 02/12/10 | TJ Siebeneicher | ~~7.10~~ | ~~2,485.00~~ | QC review of documents in connection with discovery requests; conferences with B. Patrick and J. Sherrill regarding same; conference with J. Smith regarding certain findings based on review. |
| 02/12/10 | TN Stewart | ~~6.60~~ | ~~1,518.00~~ | Review documents in Search "Fulbright hard copy and disk docs (02/12/10)" in preparation for production of documents. |
| 02/12/10 | P Trahan | 1.00 | 535.00 | Conference with opposing counsel about depositions; confer with team about open issues, including document review issues. |
| 02/12/10 | CM Weimer | ~~2.40~~ | ~~552.00~~ | Legal review of documents related to Southlands litigation. |
| 02/13/10 | SH Briggle | ~~6.60~~ | 1,683.00 | {Escrow{}} Legal review of documents in "PSG/SJH: 02/12/10 Amended Binder 1" and prepare descriptions of content in connection with BlackRock Southlands litigation. |
| 02/13/10 | HM Kipp | ~~1.80~~ | 486.00 | Conduct review and analysis of documents for relevance and privilege related to the Southlands Town Center Escrow Dispute. |
| 02/13/10 | JC Neas | ~~2.50~~ | ~~587.50~~ | Review and code documents for relevance and privilege in connection with Southlands litigation. |
| 02/13/10 | BW Patrick | 1.70 | 637.50 | Continue QC review of BlackRock production. |
| 02/13/10 | CM Weimer | ~~0.40~~ | ~~92.00~~ | Legal review of documents related to Southlands litigation. |
| 02/14/10 | TL Barrett | ~~5.70~~ | 1,795.50 | Review documents for production. |
| 02/14/10 | SH Briggle | ~~1.50~~ | 382.50 | Legal review of documents in "PSG/SJH: 02/12/10 Amended Binder 1" and prepare descriptions of content in connection with BlackRock Southlands litigation. |
| 02/14/10 | HM Kipp | ~~7.90~~ | ~~2,133.00~~ | Conduct review and analysis of documents for relevance and privilege related to the Southlands Town Center Escrow Dispute. |
| 02/14/10 | JC Neas | ~~3.50~~ | ~~822.50~~ | Draft descriptions of privileged content for privileged matters in connection with Southlands litigation. |

Total = 19209.00          9,627.75

BlackRock Realty Advisors, Inc.
Invoice Number: 11067197
Invoice Date: March 8, 2010
Invoice Due Date: April 7, 2010
Page 7

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| REDACTED | | | | |
| 02/14/10 | BW Patrick | 1.40 | 525.00 | Continue QC review of BlackRock document production. |
| 02/14/10 | CM Weimer | ~~4.10~~ | ~~943.00~~ | Legal review of documents related to Southlands litigation. |
| 02/15/10 | TL Barrett | ~~1.60~~ | ~~504.00~~ | Review documents for production. |
| REDACTED | | | | |
| 02/15/10 | SH Briggle | ~~3.90~~ | ~~994.50~~ | Legal review of documents in "PSG/SJH: 02/12/10 Amended Binder 1" and prepare descriptions of content in connection with BlackRock Southlands litigation; conduct privilege review of documents in "PSG/SJH: 02/12/10 Amended Binder 1" and prepare descriptions of privileged content in connection with BlackRock Southlands litigation; conduct QC review of documents in "PSG/SJH: 02/12/10 Amended Binder 1" and prepare descriptions of content in connection with BlackRock Southlands litigation; legal review of documents in discrepancy review binder and prepare descriptions of content in connection with BlackRock Southlands litigation |
| REDACTED | | | | |
| 02/15/10 | HM Kipp | ~~7.90~~ | ~~2,133.00~~ | Conduct review and analysis of documents for relevance and privilege related to the Southlands Town Center Escrow Dispute. |
| 02/15/10 | JC Neas | ~~7.50~~ | ~~1,762.50~~ | Review and code documents and draft description of privileged content in connection with Southlands litigation. |
| 02/15/10 | BW Patrick | 10.20 | 3,825.00 | Continue QC review of document production; conference |

10687.00     6,993.50

BlackRock Realty Advisors, Inc.  
Invoice Number: 11067197  
Invoice Date: March 8, 2010  
Invoice Due Date: April 7, 2010  
Page 8

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| REDACTED | | | | |
| 02/15/10 | JD Sherrill | ~~6.80~~ | ~~3,230.00~~ | Document review and production; discovery issues. |
| 02/15/10 | TJ Siebeneicher | ~~6.30~~ | ~~2,205.00~~ | Quality control review of documents in connection with discovery requests; conferences with B. Patrick and J. Sherrill regarding same. |
| 02/15/10 | J S Smith | 6.40 | 3,808.00 / *1904.00* | REDACTED Discovery preparation. |
| 02/15/10 | P Trahan | 4.00 | 2,140.00 / *1070.00* | REDACTED Team status and strategy call; review discovery and document issues; REDACTED conference with opposing counsel about the Bellio and Zezulak depositions; prepare letter to opposing counsel regarding discovery issues; REDACTED |
| 02/15/10 | CM Weimer | ~~5.90~~ | ~~1,357.00~~ | Legal review of documents in preparation for Southlands litigation. |
| 02/16/10 | TL Barrett | ~~2.60~~ | ~~819.00~~ | Review documents for production. |
| 02/16/10 | SH Briggle | ~~2.40~~ | ~~612.00~~ | Legal review of documents in discrepancy review binder and prepare descriptions of content in connection with BlackRock Southlands litigation; QC level legal review of documents and prepare descriptions of content in connection with BlackRock Southlands litigation. |
| REDACTED | | | | |
| 02/16/10 | HM Kipp | ~~5.10~~ | ~~1,377.00~~ | Conduct review and analysis of documents for relevance and privilege related to the Southlands Town Center Escrow Dispute. |
| 02/16/10 | JC Neas | ~~5.80~~ | ~~1,363.00~~ | Review problem documents and recode accordingly; review discrepancy list and recode accordingly in connection with Southlands litigation. |
| 02/16/10 | BW Patrick | 11.30 | 4,237.50 | Continue QC review of document production. |
| 02/16/10 | JD Sherrill | ~~11.50~~ | ~~5,462.50~~ | Document review; QC production. |
| 02/16/10 | TJ Siebeneicher | ~~7.40~~ | ~~2,590.00~~ | QC review of documents in connection with discovery requests; conferences with B. Patrick and J. Sherrill |

*Total = 26227.00       13,745.25*

BlackRock Realty Advisors, Inc.
Invoice Number: 11067197
Invoice Date: March 8, 2010
Invoice Due Date: April 7, 2010
Page 9

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| REDACTED | | | | |
| REDACTED | | | | |
| 02/17/10 | SH Briggle | ~~5.20~~ | ~~1,326.00~~ | Legal review of documents in "DRC not equal to yes" review binder and prepare descriptions of content in connection with BlackRock Southlands litigation; QC level legal review of documents and prepare descriptions of content in connection with BlackRock Southlands litigation. |
| REDACTED | | | | |
| 02/17/10 | HM Kipp | ~~3.10~~ | ~~837.00~~ | Conduct review and analysis of documents for relevance and privilege related to the Southlands Town Center Escrow Dispute. |
| 02/17/10 | JC Neas | ~~7.30~~ | ~~1,715.50~~ | Review and resolve technical problems for documents related to the Southlands litigation (3.5); review and code documents for first level review in connection with Southlands litigation (2.8); perform QC review on previously coded documents (1.0). |
| 02/17/10 | BW Patrick | 14.10 | 5,287.50 | Continue QC review of document production. |
| 02/17/10 | JD Sherrill | ~~11.30~~ | ~~5,367.50~~ | Working document review and discovery. |
| 02/17/10 | J S Smith | 6.40 | 3,808.00 | Discovery final production; review order; e-mail to J. Litt. |
| 02/17/10 | TN Stewart | ~~3.20~~ | ~~736.00~~ | Review documents in binder "DRC not equal to yes" in preparation for production of documents. |
| 02/17/10 | P Trahan | 1.00 | 535.00 | Prepare correspondence to opposing counsel regarding discovery issues; review ruling from the court on the motion for reconsideration; confer with team regarding same; prepare correspondence to client regarding same. |
| 02/18/10 | SH Briggle | ~~11.30~~ | ~~2,881.50~~ | Legal review of all remaining documents for production and prepare descriptions of content in connection with BlackRock Southlands litigation; QC level legal review of all remaining documents for production and prepare |

Total = 22494.00     10,774.50

BlackRock Realty Advisors, Inc.
Invoice Number: 11067197
Invoice Date: March 8, 2010
Invoice Due Date: April 7, 2010
Page 10

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| REDACTED | | | | |
| 02/18/10 | JC Neas | ~~6.50~~ | ~~1,527.50~~ | Review and update fields for documents coded as relevant but non-responsive; review and code documents marked as technical problems. |
| 02/18/10 | BW Patrick | 10.00 | 3,750.00 | Complete QC review of Southlands document production. |
| 02/18/10 | JD Sherrill | 8.30 | 3,942.50 / 1971.25 | REDACTED Document review and production; follow-up regarding same. |
| 02/18/10 | TJ Siebeneicher | ~~8.50~~ | ~~2,975.00~~ | Conference with J. Smith regarding revised production review standards; review production set of documents and code same based on new standards; multiple conferences with B. Patrick, P. Trahan, J. Smith and J. Sherrill regarding same. |
| 02/18/10 | J S Smith | 9.10 | 5,414.50 | Discovery production; discussion with P. Trahan regarding delivery and conference call. |
| 02/18/10 | P Trahan | 1.50 | 802.50 / 401.25 | REDA{Escrow} Conference with team regarding document production issues; REDACTED REDACTED confer with opposing counsel about discovery issues; prepare correspondence relating to same. |
| 02/19/10 | BW Patrick | 0.70 | 262.50 | Attention to BlackRock discovery production; conferences with J. Sherrill and J. Smith concerning same. |
| REDACTED | | | | |
| 02/19/10 | JD Sherrill | ~~2.80~~ | ~~1,330.00~~ | Delivery of document production. |
| 02/19/10 | JD Sherrill | ~~3.50~~ | ~~1,662.50~~ | Compete document review and production. |
| 02/19/10 | J S Smith | 3.90 | 2,320.50 | Discovery; telephone conference with J. Litt and P. Trahan. |
| 02/22/10 | JC Neas | 5.50 | 1,292.50 | Review privilege log for descriptions of privileged content in connection with Southlands litigation. |
| 02/22/10 | BW Patrick | 1.00 | 375.00 | Conference with P. Trahan regarding document production; conference with J. Smith concerning same. |
| REDACTED | | | | |
| 02/23/10 | SH Briggle | ~~1.60~~ | ~~408.00~~ | Conduct Privilege Review of privileged documents and prepare descriptions of privileged content in connection with BlackRock Southlands litigation; conduct QC review of Privilege Review of privileged documents and prepare descriptions of privileged content in connection with BlackRock Southlands litigation. |
| 02/23/10 | JC Neas | ~~5.00~~ | ~~1,175.00~~ | Review and code documents for privilege and draft |

Total = 24,865.50        9,190.75

BlackRock Realty Advisors, Inc.
Invoice Number: 11067197
Invoice Date: March 8, 2010
Invoice Due Date: April 7, 2010
Page 11

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| REDACTED | | | | |
| 02/24/10 | JC Neas | ~~3.80~~ | ~~893.00~~ | Review and code privileged documents and draft descriptions of privileged content in connection with Southlands litigation. |
| 02/25/10 | SH Briggle | ~~4.10~~ | ~~1,045.50~~ | Conduct Privilege Review of privileged documents and prepare descriptions of privileged content in connection with BlackRock Southlands litigation. |
| 02/25/10 | JC Neas | ~~3.50~~ | ~~822.50~~ | Perform QC review of privileged documents in connection with Southlands litigation. |
| REDACTED | | | | |
| 02/25/10 | JD Sherrill | ~~6.00~~ | ~~2,850.00~~ | Privilege QC review; preparation of privilege log. |
| 02/26/10 | SH Briggle | 4.90 | ~~1,249.50~~ | Conduct Privilege Review of privileged documents and prepare descriptions of privileged content in connection with BlackRock Southlands litigation; legal review of Privilege Review Descriptions of privileged documents in preparation of privilege log for privileged content in connection with BlackRock Southlands litigation; conference with J. Sherrill regarding privilege log and open issues in document production; revise and review privilege review descriptions. |
| 02/26/10 | JC Neas | ~~1.20~~ | ~~282.00~~ | Review and amend descriptions of privileged content in connection with Southlands litigation. |
| 02/26/10 | JD Sherrill | 2.90 | ~~1,377.50~~ | Privilege log QC and preparation; communications with B. Patrick and P. Trahan regarding the same; prepare protocol for log preparation and production. |
| REDACTED | | | | |

TOTAL CHARGEABLE HOURS ............................................................................................. 761.70

FEES ........................................................................................................................... $252,266.50

LESS: 15% FEE DISCOUNT ................................................................................................ (37,839.98)

TOTAL FEES ............................................................................................................... $214,426.52

EXPENSES & SERVICES:

| | | |
|---|---|---|
| E101S | Copy | 329.85 |
| E105S | Telephone | 24.72 |
| E106 | Online research | 46.80 |
| E107 | Delivery services/messengers | 12.00 |
| E112 | Court fees | 13.92 |
| F254S | Online Research - Lexis | 33.00 |

*Handwritten: Total = 8,460.00     4,260.00*

BlackRock Realty Advisors, Inc.
Invoice Number: 11067197
Invoice Date: March 8, 2010
Page 12

| | | | |
|---|---|---|---:|
| F255S | | Online Research - Westlaw | 23.45 |
| E107S | 01/08/10 | FEDEX TRACKING: 792815748259; ORIGINAL REFERENCE: SQ10144; SIGNED BY: D.RAMERIEZ; TO: Paul Trahan, Fulbright & Jaworski, 600 Congress Ave Ste 2400, AUSTIN TX 78701; FROM: Susan Quinn, Fulbright & Jaworski L.L.P., 370 Seventeenth Street, DENVER CO 80202 | 43.48 |
| E124 | 02/04/10 | Other - American Data Services LLC Invoice #A597 - Scanning/Digital Imaging/Load Ringtail/CD Master (Oversize Copies) - 158 Copies for Southlands Town Center Escrow (Litigation) - Discovery - 01-18-10 / 10904447 Bank ID: 139 Check Number: 67635 | 122.91 |
| E124 | 02/04/10 | Other - American Data Services LLC Invoice #A1136 - Scanning/Digital Imaging/Load Ringtail/CD Master - 6,496 Copies for Southlands Town Center Escrow (Litigation) - Discovery - 02-01-10 / 10904447 Bank ID: 139 Check Number: 67635 | 1,065.61 |
| E124 | 02/04/10 | Other - American Data Services LLC Invoice #A596 - Scanning/Digital Imaging/Load Ringtail/CD Master (B&W and Color) - 177 Copies for Southlands Town Center Escrow (Litigation) - Discovery - 01-15-10 / 10904447 Bank ID: 139 Check Number: 67635 | 47.23 |
| E124 | 02/04/10 | Other - American Data Services LLC Invoice #A587 - Scanning/Digital Imaging/Load Ringtail/CD Master (B&W and Color) - 1,054 Copies for Southlands Town Center Escrow (Litigation) - Discovery - 01-14-10 / 10904447 Bank ID: 139 Check Number: 67635 | 373.06 |
| E124 | 02/04/10 | Other - American Data Services LLC Invoice #A583 - Scanning/Digital Imaging/Load Ringtail/CD Master (B&W and Color) - 1,417 Copies for Southlands Town Center Escrow (Litigation) - Discovery - 01-07-10 / 10904447 Bank ID: 139 Check Number: 67635 | 960.63 |
| E124 | 02/04/10 | Other - American Data Services LLC Invoice #A585 - Scanning/Digital Imaging/Load Ringtail/CD Master (B&W and Color) - 3,447 Copies for Southlands Town Center Escrow (Litigation) - Discovery - 01-11-10 / 10904447 Bank ID: 139 Check Number: 67635 | 742.13 |
| F264S[1] | 02/28/10 | Data Management, Maintenance & Support $200 per | 3,400.00 |

---

[1] Per GB per month fee assessed during the discovery phase of a case for matters in which the firm's Automated Litigation Support System is used to manage case documents and information. Fee includes project management and technical services to:

- Serve as a single point of contact for all aspects of a project.
- Design and develop database in which hard copy documents and electronic data are maintained.
- Support use of Automated Litigation Support System.
- Coordinate collection of hard copy and electronic data.
- Evaluate, recommend and coordinate with litigation support vendors.
- Assist electronic discovery technologist in reporting, quality control and management of electronic discovery efforts.
- Design document review strategy; manage document review process and timelines.

BlackRock Realty Advisors, Inc.
Invoice Number: 11067197
Invoice Date: March 8, 2010
Page 13

| | | | |
|---|---|---|---|
| | | GB per month (17 GB) | |
| F265S | 02/28/10 | Electronic Data Production $0.02 per file (15057 files) | 301.14 — |

*Total Fees = 7056.19*

- Support strategic document analysis, measurement and reporting of document review efficiencies.
- Coordinate criteria, format, quality control and timelines for document productions.
- Provide recommendations regarding application of technology in all phases of litigation.
- Load data received from scanning and electronic discovery vendors and opposing counsel; maintain quality assurance.

BlackRock Realty Advisors, Inc.
Invoice Number: 11067197
Invoice Date: March 8, 2010
Invoice Due Date: April 7, 2010

---

|  |  |
|---|---|
|  | (7,539.93) |
| TOTAL FEES AND EXPENSES & SERVICES | $221,966.45 |
| TOTAL INVOICE AMOUNT DUE | $221,966.45 |

PREVIOUS BALANCE:

| DATE | INVOICE | BALANCE DUE |
|---|---|---|
| 12/11/09 | 11045841 | $17,917.33 |
| 12/11/09 | 11045856 | $1,127.95 |
| 12/11/09 | 11045862 | $181.05 |
| 1/12/10 | 11052391 | $87,375.50 |
| 1/12/10 | 11052424 | $30.17 |
| 1/12/10 | 11052436 | $29,568.10 |
| 2/12/10 | 11061048 | $125,124.74 |
| 2/12/10 | 11061056 | $94,151.96 |
| 2/12/10 | 11061078 | $2,659.65 |

BlackRock Realty Advisors, Inc.
Invoice Number: 11067197
Invoice Date: March 8, 2010
Invoice Due Date: April 7, 2010

Southlands Town Center Escrow AC70210076
Dispute {Callison}

* * * * *

The following is a summary of the time dedicated and the fees charged on an average hourly rate basis to this matter by the Firm's professional staff:

| TIMEKEEPER NAME | TITLE | HOURS | RATE | FEE |
|---|---|---|---|---|
| Osborne J. Dykes | Of Counsel | 1.80 | $650.00 | 1,170.00 |
| Jane Snoddy Smith | Partner | 37.90 | $595.00 | 22,550.50 |
| Marcy Hogan Greer | Partner | 5.80 | $560.00 | 3,248.00 |
| Paul Trahan | Partner | 8.50 | $535.00 | 4,547.50 |
| Jennifer Diane Sherrill | Counsel | 102.80 | $475.00 | 48,830.00 |
| Mark Thomas Oakes | Sr Associate | 1.60 | $395.00 | 632.00 |
| Bryan Wesley Patrick | Sr Associate | 91.90 | $375.00 | 34,462.50 |
| Bryan Wesley Patrick | Sr Associate | 4.40 | $355.00 | 1,562.00 |
| Benjamin Matthew Vetter | Sr Associate | 0.30 | $355.00 | 106.50 |
| Travis J. Siebeneicher | Sr Associate | 59.50 | $350.00 | 20,825.00 |
| Todd Ryan Hambidge | Associate | 19.30 | $340.00 | 6,562.00 |
| Tamsen Lee Barrett | Associate | 39.60 | $315.00 | 12,474.00 |
| Holly Kipp | Counsel | 58.90 | $270.00 | 15,903.00 |
| S. A. Hayden Briggle | Associate | 141.90 | $255.00 | 36,184.50 |
| Jerod Christopher Neas | Counsel | 111.30 | $235.00 | 26,155.50 |
| Tracy Nicole Stewart | Associate | 27.50 | $230.00 | 6,325.00 |
| Christopher Mark Weimer | Associate | 35.20 | $230.00 | 8,096.00 |
| Sparrowleaf Dilts McGregor | Associate | 13.50 | $195.00 | 2,632.50 |
| TOTAL | | 761.70 | | 252,266.50 |

| | HOURS | RATE | FEE |
|---|---|---|---|
| Attorney Personnel | 761.70 | $331.19 | 252,266.50 |
| TOTAL | 761.70 | | 252,266.50 |

** Average Hourly Rate for all Personnel

# EXHIBIT A.9

Invoice Number: 11067197
Matter Number: 10904447

Invoice Date: March 8, 2010
Invoice Due Date: April 7, 2010

Jeremy A. Litt, Director, Legal & Comp.
BlackRock Realty Advisors, Inc.
300 Campus Drive, 3rd Floor
Florham Park, NJ 07932

**FULBRIGHT & JAWORSKI L.L.P.**
A Registered Limited Liability Partnership
600 Congress Avenue, Suite 2400
Austin, Texas 78701
(512) 474-5201

Requesting Attorney: Jane Snoddy Smith

Tax Identification Number
74-1201087

PLEASE RETURN WITH REMITTANCE
TOTAL AMOUNT (PAYABLE IN U.S. DOLLARS) DUE BY APRIL 7, 2010

Southlands Town Center Escrow AC70210076
Dispute Escrow

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through February 28, 2010 as follows:

TOTAL FEES ................................................................................................................$252,266.50

LESS: 15% FEE DISCOUNT ..........................................................................................(37,839.98)

TOTAL EXPENSES & SERVICES.......................................................................................7,539.93

TOTAL FEES AND EXPENSES & SERVICES ...............................................................$221,966.45

TOTAL INVOICE AMOUNT DUE....................................................................................$221,966.45 **

PREVIOUS BALANCE:

| DATE | INVOICE | BALANCE DUE |
|---|---|---|
| 12/11/09 | 11045841 | $17,917.33 |
| 12/11/09 | 11045856 | $1,127.95 |
| 12/11/09 | 11045862 | $181.05 |
| 1/12/10 | 11052391 | $87,375.50 |
| 1/12/10 | 11052424 | $30.17 |
| 1/12/10 | 11052436 | $29,568.10 |
| 2/12/10 | 11061048 | $125,124.74 |
| 2/12/10 | 11061056 | $94,151.96 |
| 2/12/10 | 11061078 | $2,659.65 |

Invoice Number: 11075192
Matter Number: 10904447
Invoice Date: April 9, 2010
Invoice Due Date: May 9, 2010

Jeremy A. Litt, Director, Legal & Comp.
BlackRock Realty Advisors, Inc.
300 Campus Drive, 3rd Floor
Florham Park, NJ 07932

**FULBRIGHT & JAWORSKI L.L.P.**
A Registered Limited Liability Partnership
600 Congress Avenue, Suite 2400
Austin, Texas 78701
(512) 474-5201

Tax Identification Number
74-1201087

Requesting Attorney: Jane Snoddy Smith

Southlands Town Center Escrow AC70210076 Dispute {Escrow}

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through March 31, 2010 as follows:

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| 03/01/10 | BW Patrick | 1.70 | 637.50 | Telephone conference with P. Trahan and S. Bennett concerning discovery issues; review of outstanding discovery issues; determine availability of O. Dykes for Zezulak deposition. |
| 03/01/10 | JD Sherrill | 1.20 | 570.00 | Communications with P. Trahan regarding privilege log; prepare same; follow-up regarding same. |
| 03/01/10 | J S Smith | 2.30 | 1,368.50 | Telephone conference with S. Bennett regarding discovery status and depositions; privilege log. |
| 03/01/10 | P Trahan | 0.70 | 374.50 | Prepare for and attend discovery call with opposing counsel. |
| 03/02/10 | BW Patrick | 1.80 | 675.00 | Begin preparation of information packets for upcoming depositions; e-mail correspondence with opposing counsel concerning deposition of S. Zezulak. |
| 03/02/10 | JD Sherrill | 0.30 | 142.50 | Discuss production of privilege log with B. Patrick and S. Hay. |
| 03/02/10 | J S Smith | 0.20 | 119.00 | Discovery questions. |
| 03/02/10 | P Trahan | 0.20 | 107.00 | Conference with opposing counsel about depositions. |
| 03/03/10 | BW Patrick | 3.40 | 1,275.00 | Prepare deposition packets for depositions of J. Alexander, A. Piekarski, and C. Silva. |
| 03/03/10 | P Trahan | 0.30 | 160.50 | Conference with opposing counsel and client about depositions. |
| 03/04/10 | BW Patrick | 1.60 | 600.00 | E-mail correspondence with S. Bennett, P. Trahan and O. Dykes concerning scheduling of depositions and stipulation; continue preparing packets for upcoming depositions. |
| 03/04/10 | JD Sherrill | 0.70 | 332.50 | Privilege log; follow-up with P. Trahan regarding same. |
| 03/04/10 | J S Smith | 0.80 | 476.00 / 238.00 | Review deposition issues; REDACTED REDACTED |
| 03/05/10 | JD Sherrill | 0.20 | 95.00 | Follow-up regarding privilege log; follow-up regarding |

Total = 6,695.00

BlackRock Realty Advisors, Inc.
Invoice Number: 11075192
Invoice Date: April 9, 2010
Invoice Due Date: May 9, 2010
Page 2

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| | | | | same. |
| 03/08/10 | BW Patrick | 0.20 | 75.00 | Conference with P. Trahan concerning stipulation regarding depositions; revise same. |
| 03/08/10 | BM Vetter | 0.30 | 106.50 | Review case file to determine pending deadlines and outstanding motions; draft e-mail summarizing case status and identifying pending deadlines. |
| 03/09/10 | S L Hay | 2.90 | 609.00 | Review and revise narratives in description of privileged content on privilege log to insure all narratives are consistent. |
| REDACTED | | | | |
| 03/11/10 | S L Hay | 0.40 | 84.00 | Conference with J. Sherrill regarding privilege log revisions; perform search of privilege log documents to determine if redacted documents were produced and if not, why. |
| 03/12/10 | BW Patrick | 1.80 | 675.00 | Prepare materials for deposition of S. Zezulak. |
| 03/13/10 | BW Patrick | 3.00 | 1,125.00 | Continue preparations for S. Zezulak deposition; review closing statement and revised cash flow reports; prepare topics of discussion concerning same. |
| 03/15/10 | OJ Dykes | 2.00 | 1,300.00 | Prepare for deposition of Alberta CFO s. Zezulak, including phone conference with J. Smith and B. Patrick, review of suggested outline prepared by B. Patrick, and certain revenue and expense reports. |
| 03/15/10 | BW Patrick | 4.70 | 1,762.50 | Continue preparing materials and topic outline for deposition of S. Zezulak; conferences with J. Smith, J. Dykes, P. Trahan, and S. Bennett concerning same. |
| 03/15/10 | J S Smith | 1.90 | 1,130.50 | Preparation for S. Zezulak deposition; review reports; discussion with J. Dykes and P. Trahan. |
| 03/15/10 | P Trahan | 0.40 | 214.00 | Conference with team about S. Zezulak deposition and stipulation on discovery. |
| 03/16/10 | OJ Dykes | 3.50 | 2,275.00 | Review documents and extended phone conference with B. Patrick in preparation for S. Zezulak depostion; voice message to B. Abington and exchange email with attorneys regarding possible assistance of expert consultant or witness. |
| 03/16/10 | BW Patrick | 4.60 | 1,725.00 | Continue preparing materials and topic outline for deposition of S. Zezulak; telephone conference with J. Dykes concerning same. |
| 03/16/10 | J S Smith | 2.40 | 1,428.00 / 714.00 | S. Zezulak deposition preparation; REDACTED REDACT |
| 03/16/10 | P Trahan | 0.30 | 160.50 / 80.25 | Conference with team about case status, depositions, REDACTED |
| 03/17/10 | OJ Dykes | 4.00 | 2,600.00 / 1300.00 | Further review of documents, including phone conferences with B. Patrick regarding same, and revise outline, in preparation for S. Zezulak depostion; REDA REDACTED REDACTED |

Total = 13,175.75