BlackRock Realty Advisors, Inc.
Invoice Number: 11075192
Invoice Date: April 9, 2010
Invoice Due Date: May 9, 2010
Page 3

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| | | | | REDACTED |
| 03/17/10 | BW Patrick | 1.20 | 450.00 *[225.00]* | Telephone conference with J. Dykes concerning deposition of S. Zezulak; REDACTED |
| | | | | REDACTED |
| REDACTED | | | | |
| REDACTED | | | | |
| 03/18/10 | BW Patrick | 1.90 | 712.50 | E-mail correspondence and telephone conferences with J. Dykes concerning preparation for S. Zezulak's deposition and issues relating to true-up dispute. |
| 03/22/10 | OJ Dykes | 6.00 | 3,900.00 | {Escrow/True-Up} Take deposition of Alberta Controller S. Zezulak; conference with J. Smith and Messers. P. Trahan and B. Patrick regarding same and regarding options for resolving true-up issue, seeking amendment to complaint; summarize S. Zezulak deposition. |
| 03/22/10 | P Trahan | 1.00 | 535.00 | Confeence with team about S. Zezulak deposition and implications on lawsuit; prepare summary relating to same along with outline of motion for leave to amend. |
| 03/26/10 | BW Patrick | 0.50 | 187.50 | Continue preparing materials for depositions of A. Piekarski, J. Alexander, and C. Silva. |
| 03/29/10 | BW Patrick | 4.30 | 1,612.50 *[806.25]* | {Escrow/True-Up} Telephone conference with P. Trahan concerning preparations for depositions of A. Piekarski, C. Silva, and J. Alexander; REDACTED |
| | | | | REDACTED |
| 03/30/10 | BW Patrick | 4.90 | 1,837.50 *[918.75]* | REDACTED begin preparing memorandum to BlackRock deponents in connection with upcoming depositions. |
| 03/30/10 | P Trahan | 0.30 | 160.50 | Conference with client and opposing counsel about depositions; prepare for same. |
| 03/31/10 | BW Patrick | 3.90 | 1,462.50 | Continue preparing deposition preparation memorandum; conferences with P. Trahan and J. Smith concerning same. |
| 03/31/10 | J S Smith | 1.30 | 773.50 | Preparation for depositions. |
| 03/31/10 | P Trahan | 0.50 | 267.50 | Review memorandum for deposition preparation and confer with team in relation to same. |

TOTAL CHARGEABLE HOURS ............................................................................................................79.10

*Total = 9,949.00*

BlackRock Realty Advisors, Inc.
Invoice Number: 11075192
Invoice Date: April 9, 2010
Invoice Due Date: May 9, 2010
Page 4

FEES ................................................................................................................................. $37,567.00

LESS: 15% FEE DISCOUNT ............................................................................................. (5,635.05)

TOTAL FEES ..................................................................................................................... $31,931.95

EXPENSES & SERVICES:

| | | | |
|---|---|---|---|
| E101S | | Copy | 176.25 |
| E102 | | Outside printing | 620.47 |
| E104S | | Facsimile | 52.00 |
| E105S | | Telephone | 10.80 |
| E107S | | Delivery services/messengers | 27.06 |
| E108S | | Postage | 49.20 |
| F254S | | Online Research - Lexis | 64.00 |
| F268S | | Pacer | 6.80 |
| F264S[1] | 03/31/10 | Data Management, Maintenance & Support $200 per GB per month (17 GB) | 3,400.00 |
| F265S | 03/31/10 | Electronic Data Production $0.02 per file (59 files) | 1.18 |

*Total = 3407.98* (handwritten)

---

[1] Per GB per month fee assessed during the discovery phase of a case for matters in which the firm's Automated Litigation Support System is used to manage case documents and information. Fee includes project management and technical services to:

- Serve as a single point of contact for all aspects of a project.
- Design and develop database in which hard copy documents and electronic data are maintained.
- Support use of Automated Litigation Support System.
- Coordinate collection of hard copy and electronic data.
- Evaluate, recommend and coordinate with litigation support vendors.
- Assist electronic discovery technologist in reporting, quality control and management of electronic discovery efforts.
- Design document review strategy; manage document review process and timelines.
- Support strategic document analysis, measurement and reporting of document review efficiencies.
- Coordinate criteria, format, quality control and timelines for document productions.
- Provide recommendations regarding application of technology in all phases of litigation.
- Load data received from scanning and electronic discovery vendors and opposing counsel; maintain quality assurance.

BlackRock Realty Advisors, Inc.  
Invoice Number: 11075192  
Invoice Date: April 9, 2010  
Invoice Due Date: May 9, 2010

                                                       (4,407.76)

TOTAL FEES AND EXPENSES & SERVICES .................................................................................. $36,339.71

TOTAL INVOICE AMOUNT DUE ............................................................................................ $36,339.71

PREVIOUS BALANCE:

| DATE | INVOICE | BALANCE DUE |
|---|---|---|
| 12/11/09 | 11045841 | $17,917.33 |
| 12/11/09 | 11045856 | $1,127.95 |
| 12/11/09 | 11045862 | $181.05 |
| 1/12/10 | 11052391 | $87,375.50 |
| 1/12/10 | 11052424 | $30.17 |
| 1/12/10 | 11052436 | $29,568.10 |
| 2/12/10 | 11061048 | $125,124.74 |
| 2/12/10 | 11061056 | $94,151.96 |
| 2/12/10 | 11061078 | $2,659.65 |
| 3/8/10 | 11067197 | $221,966.45 |
| 3/8/10 | 11067317 | $29,209.40 |
| 3/8/10 | 11067321 | $181.90 |
| 3/8/10 | 11067325 | $1,432.67 |
| 4/9/10 | 11075185 | $4,743.21 |
| 4/9/10 | 11075190 | $1,405.90 |
| 4/9/10 | 11075191 | $7,492.75 |

                                                       $624,568.73

TOTAL AMOUNT DUE ................................................................................................ $660,908.44

Case No. 1:09-cv-00799-SJJ-KLM Document 215-9 Filed 10/03/11 USDC Colorado pg 4 8
Case 1:09-cv-00799-SJJ-RLM Document 199-105-9 Filed 09/15/11 USDC Colorado Page 8 of 17
of 17

BlackRock Realty Advisors, Inc.
Invoice Number: 11075192
Invoice Date: April 9, 2010
Invoice Due Date: May 9, 2010

---

Southlands Town Center Escrow AC70210076
Dispute {Escrow}

---

\* \* \* \* \*

The following is a summary of the time dedicated and the fees charged on an average hourly rate basis to this matter by the Firm's professional staff:

| TIMEKEEPER NAME | TITLE | HOURS | RATE | FEE |
|---|---|---|---|---|
| Osborne J. Dykes | Of Counsel_ | 19.00 | $650.00 | 12,350.00 |
| Jane Snoddy Smith | Partner | 10.90 | $595.00 | 6,485.50 |
| Paul Trahan | Partner | 3.70 | $535.00 | 1,979.50 |
| Jennifer Diane Sherrill | Counsel | 2.40 | $475.00 | 1,140.00 |
| Bryan Wesley Patrick | Sr Associate | 39.50 | $375.00 | 14,812.50 |
| Benjamin Matthew Vetter | Sr Associate | 0.30 | $355.00 | 106.50 |
| Stacey L. Hay | Prac Support | 3.30 | $210.00 | 693.00 |
| TOTAL | | 79.10 | | 37,567.00 |

| | HOURS | RATE | FEE |
|---|---|---|---|
| Attorney Personnel | 75.80 | $486.46 | 36,874.00 |
| Paralegal Personnel | 3.30 | $210.00 | 693.00 |
| TOTAL | 79.10 | | 37,567.00 |

\*\* Average Hourly Rate for all Personnel

Invoice Number: 11075192
Matter Number: 10904447

Invoice Date: April 9, 2010
Invoice Due Date: May 9, 2010

Jeremy A. Litt, Director, Legal & Comp.
BlackRock Realty Advisors, Inc.
300 Campus Drive, 3rd Floor
Florham Park, NJ 07932

**FULBRIGHT & JAWORSKI L.L.P.**
A Registered Limited Liability Partnership
600 Congress Avenue, Suite 2400
Austin, Texas 78701
(512) 474-5201

Requesting Attorney: Jane Snoddy Smith

Tax Identification Number
74-1201087

PLEASE RETURN WITH REMITTANCE
TOTAL AMOUNT (PAYABLE IN U.S. DOLLARS) DUE BY MAY 9, 2010

Southlands Town Center Escrow AC70210076
Dispute {Escrow}

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through March 31, 2010 as follows:

| | |
|---|---:|
| TOTAL FEES | $37,567.00 |
| LESS: 15% FEE DISCOUNT | (5,635.05) |
| TOTAL EXPENSES & SERVICES | 4,407.76 |
| TOTAL FEES AND EXPENSES & SERVICES | $36,339.71 |
| TOTAL INVOICE AMOUNT DUE | $36,339.71 ** |

PREVIOUS BALANCE:

| DATE | INVOICE | BALANCE DUE |
|---|---|---:|
| 12/11/09 | 11045841 | $17,917.33 |
| 12/11/09 | 11045856 | $1,127.95 |
| 12/11/09 | 11045862 | $181.05 |
| 1/12/10 | 11052391 | $87,375.50 |
| 1/12/10 | 11052424 | $30.17 |
| 1/12/10 | 11052436 | $29,568.10 |
| 2/12/10 | 11061048 | $125,124.74 |
| 2/12/10 | 11061056 | $94,151.96 |
| 2/12/10 | 11061078 | $2,659.65 |
| 3/8/10 | 11067197 | $221,966.45 |
| 3/8/10 | 11067317 | $29,209.40 |
| 3/8/10 | 11067321 | $181.90 |
| 3/8/10 | 11067325 | $1,432.67 |
| 4/9/10 | 11075185 | $4,743.21 |
| 4/9/10 | 11075190 | $1,405.90 |
| 4/9/10 | 11075191 | $7,492.75 |
| | | $624,568.73 |
| TOTAL AMOUNT DUE | | $660,908.44 |

Invoice Number: 11083128
Matter Number: 10904447
Invoice Date: May 10, 2010
Invoice Due Date: June 9, 2010

Jeremy A. Litt, Director, Legal & Comp.
BlackRock Realty Advisors, Inc.
300 Campus Drive, 3rd Floor
Florham Park, NJ 07932

FULBRIGHT & JAWORSKI L.L.P.
A Registered Limited Liability Partnership
600 Congress Avenue, Suite 2400
Austin, Texas 78701
(512) 474-5201

Tax Identification Number
74-1201087

Requesting Attorney: Jane Snoddy Smith

Southlands Town Center Escrow AC70210076
Dispute {Escrow}

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through April 30, 2010 as follows:

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| 04/01/10 | S L Hay | 1.50 | 315.00 | Assist B. Patrick with creation of 5 sets of deposition preparation binders and arrange for FedEx delivery of same to J. Litt. |
| 04/01/10 | BW Patrick | 5.50 | 2,062.50 | {Escrow & True-Up} Continue preparing deposition preparation memorandum and deposition packets; conferences with J. Smith and S. Hay concerning same. |
| 04/01/10 | J S Smith | 4.10 | 2,439.50 | Prepare for deposition; e-mail to J. Litt; telephone conference with L. Nakaoka. |
| 04/05/10 | BW Patrick | 0.90 | 337.50 | Conference with P. Trahan and J. Smith regarding deposition preparation. |
| 04/05/10 | J S Smith | 3.40 | 2,023.00 | Prepare for depositions; memo review. |
| 04/05/10 | P Trahan | 10.00 | 5,350.00 | Prepare materials for the depositions of C. Silva, J. Alexander, and A. Piekarski; travel to New Jersey; conference with opposing counsel and client in relation to same. |
| 04/06/10 | BW Patrick | 1.60 | 600.00 | Telephone conference with J. Smith, P. Trahan and BlackRock deponents regarding upcoming depositions. |
| 04/06/10 | J S Smith | 3.10 | 1,844.50 | Deposition preparation and deposition information; telephone conference with A. Piekarski. |
| 04/06/10 | P Trahan | 7.50 | 4,012.50 | Prepare A. Piekarski, C. Silva, and J. Alexander for their depositions. |
| 04/07/10 | S L Hay | 0.20 | 42.00 | Search database to locate produced document. |
| 04/07/10 | BW Patrick | 1.30 | 487.50 | Conferences with J. Smith and P. Trahan concerning depositions and upcoming settlement conference; REDACTED |
| 04/07/10 | J S Smith | 2.30 | 1,368.50 | REDACTED telephone conference with A. Piekarski for deposition preparation; deposition |

Handwritten annotations:
243.75
684.25
Total = 19,954.00

BlackRock Realty Advisors, Inc.
Invoice Number: 11083128
Invoice Date: May 10, 2010
Invoice Due Date: June 9, 2010
Page 2

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| | | | | questions. |
| 04/07/10 | J S Smith | 2.10 | 1,249.50 | Deposition preparation and questions; e-mail to A. Piekarski; telephone conference with A. Piekarski; review deposition questions. |
| 04/07/10 | P Trahan | 8.00 | 4,280.00 | Prepare for and defend the depositions of C. Silva and A. Piekarski. |
| REDACTED | | | | |
| 04/08/10 | P Trahan | 10.00 | 5,350.00 | Prepare for and defend the deposition of J. Alexander; conference with local counsel about settlement conference; travel from New Jersey to Texas. |
| 04/11/10 | J S Smith | 0.10 | 59.50 | Settlement conference preparation. |
| 04/12/10 | BW Patrick | 3.70 | 1,387.50 | Prepare Third Confidential Settlement Statement; conferences with J. Smith and P. Trahan concerning settlement statement and upcoming settlement conference. |
| 04/13/10 | BW Patrick | 2.70 | 1,012.50 | Review and revise confidential settlement statement; conference with J. Smith and P. Trahan concerning same; research regarding filing supplemental pleading to add true-up claim. |
| 04/13/10 | J S Smith | 4.70 | 2,796.50 | {Escrow/True-Up} Prepare settlement statement; telephone conference with P. Cockrell and D. Greher; telephone conference with A. Piekarski; construction claims; true-up counterclaim. |
| 04/13/10 | P Trahan | 4.00 | 2,140.00 [1,070.00] | Conference with team about status of the Southlands dispute, the settlement statement, and preparation for the settlement conference; confer with A. Piekarski about settlement conference; review, revise, and serve settlement statement; REDACTED REDACTED |
| REDACTED | | | | |
| 04/14/10 | J S Smith | 0.90 | 535.50 | Settlement conference preparation. |
| 04/14/10 | P Trahan | 1.70 | 909.50 [454.75] | REDACTED REDACTED conference with C. Silva in preparation for settlement conference. |
| 04/15/10 | BW Patrick | 4.80 | 1,800.00 [900.00] | Prepare J. Smith for settlement conference; REDACTED REDACTED |
| 04/15/10 | J S Smith | 5.90 [175.25] | 3,510.50 | REDACTED prepare for settlement. |
| REDACTED | | | | |
| 04/16/10 | BW Patrick | 4.10 | 1,537.50 [768.75] | Continue preparing J. Smith for settlement conference; prepare materials for same; review REDACTED REDACTED |
| 04/16/10 | J S Smith | 4.30 | 2,558.50 [1279.25] | {Escrow/True-Up} Prepare for settlement conference; REDACTED |

Total = 22,899.00

# EXHIBIT A.10

BlackRock Realty Advisors, Inc.
Invoice Number: 11083128
Invoice Date: May 10, 2010
Invoice Due Date: June 9, 2010
Page 3

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| 04/16/10 | P Trahan | 2.50 | 1,337.50 *668.75* | REDACTED conference with team about preparation for settlement conference; confer with client on status of various issues. |
| 04/19/10 | J S Smith | 3.40 | 2,023.00 | {Escrow/True-Up} Prepare for settlement conference; review six deposits; calculate true-up errors; review estoppel provisions. |
| 04/19/10 | P Trahan | 8.60 | 4,601.00 | Conference with J. Smith in preparation for settlement conference; prepare materials in relation to same, including damages assessment under different scenarios; travel to Denver regarding same; conference with client in preparation for same. |
| 04/20/10 | J S Smith | 8.00 | 4,760.00 | Prepare for settlement conference; settlement conference; strategy planning. |
| 04/20/10 | P Trahan | 8.40 | 4,494.00 | Prepare for and attend settlement conference with the Magistrate Judge; confer with client in relation to same. |
| 04/22/10 | J S Smith | 2.00 | 1,190.00 | Telephone conference and preparation; e-mails to C. Silva; telephone conference with A. Piekarski. |
| 04/23/10 | J S Smith | 0.20 | 119.00 | Settlement conference call. |
| 04/26/10 | J S Smith | 0.40 | 238.00 | Settlement conference update. |
| 04/26/10 | P Trahan | 1.00 | 535.00 *267.50* | Prepare for and attend conference with client and team about settlement conference and case status REDACTED |
| 04/26/10 | P Trahan | 0.50 | 267.50 | Review Land Title's proposed interpleader and confer with Land Title's counsel regarding same. |
| 04/27/10 | J S Smith | 1.00 | 595.00 | Settlement issues. |
| 04/27/10 | P Trahan | 0.10 | 53.50 | Conference with Colorado counsel about the settlement conference and the potential change of judges. |

REDACTED

TOTAL CHARGEABLE HOURS ............................................................................................................ 144.20

FEES ............................................................................................................................................... $74,601.00

LESS: 15% FEE DISCOUNT ................................................................................................................ (11,190.15)

TOTAL FEES .................................................................................................................................... $63,410.85

EXPENSES & SERVICES:

| E101S | Copy | 870.95 |
| E104S | Facsimile | 2.40 |
| E105S | Telephone | 4.02 |
| E107S | Delivery services/messengers | 70.78 |

*Total = 19277.25*

BlackRock Realty Advisors, Inc.
Invoice Number: 11083128
Invoice Date: May 10, 2010
Page 4

| | | | |
|---|---|---|---|
| F255S | | Online Research - Westlaw | 153.58 |
| F268S | | Pacer | 4.96 — |
| E106 | 04/07/10 | Online research - Reed Elsevier Inc. Filing fees - Callison Appeal - Court of Appeals - Notice of Appeal, Designation of Record/04022010 Bank ID: 008 Check Number: 175030 | 260.29 |
| E106 | 04/07/10 | Online research - Reed Elsevier Inc. Filing fees - Alberta v. Callison - State District Court - Transcript Request, Notice of Appeal, Motion to Stay, Designation of Record and Reply in Support of Motion to Stay/04022010 Bank ID: 008 Check Number: 175030 | 342.52 |
| E110 | 04/29/10 | Out-of-town travel - Paul Trahan Travel Expenses (Air Fare $445.40; Hotel $571.83; Rental Car $138.39; Gas $15.53; Parking $56; Cabs $60) while in Denver for Site Inspection, Settlement Conference & Meeting with Experts -- 4/19/2010 -- 10904447 Bank ID: 139 Check Number: 69039 | 1,287.15  643.58 |
| E111 | 04/29/10 | Meals - Paul Trahan Meal Expenses while in Denver for Site Inspection, Settlement Conference & Meeting with Experts -- 4/19/2010 -- 10904447 Bank ID: 139 Check Number: 69039 | 106.67  53.33 |
| E115 | 04/26/10 | Deposition transcripts - Hunter + Geist, Inc. Inv. 73306; Deposition transcripts of Christopher Silva and Andrew Piekarski (Job 100407GRA) - 04-19-10 / 10904447 Bank ID: 139 Check Number: 68964 | 830.60 — |
| E115 | 04/26/10 | Deposition transcripts - Hunter + Geist, Inc. Inv. 73308; Deposition transcript of Jay Alexander (Job # 100408GRA) - 04-19-10 / 10904447 Bank ID: 139 Check Number: 68964 | 383.80 — |
| F264S[1] | 04/30/10 | Data Management, Maintenance & Support $200 per GB per month (17 GB) | 3,400.00 — |

Total Fees = 5311.31

---

[1] Per GB per month fee assessed during the discovery phase of a case for matters in which the firm's Automated Litigation Support System is used to manage case documents and information. Fee includes project management and technical services to:

- Serve as a single point of contact for all aspects of a project.
- Design and develop database in which hard copy documents and electronic data are maintained.
- Support use of Automated Litigation Support System.
- Coordinate collection of hard copy and electronic data.
- Evaluate, recommend and coordinate with litigation support vendors.
- Assist electronic discovery technologist in reporting, quality control and management of electronic discovery efforts.
- Design document review strategy; manage document review process and timelines.
- Support strategic document analysis, measurement and reporting of document review efficiencies.
- Coordinate criteria, format, quality control and timelines for document productions.
- Provide recommendations regarding application of technology in all phases of litigation.
- Load data received from scanning and electronic discovery vendors and opposing counsel; maintain quality assurance.

BlackRock Realty Advisors, Inc.
Invoice Number: 11083128
Invoice Date: May 10, 2010
Invoice Due Date: June 9, 2010

7,217.72

TOTAL FEES AND EXPENSES & SERVICES ................................................................................................. $70,628.57

TOTAL INVOICE AMOUNT DUE ................................................................................................................... $70,628.57

PREVIOUS BALANCE:

| DATE | INVOICE | BALANCE DUE |
|---|---|---|
| 4/9/10 | 11075185 | $4,743.21 |
| 4/9/10 | 11075190 | $1,405.90 |
| 4/9/10 | 11075191 | $7,492.75 |
| 4/9/10 | 11075192 | $36,339.71 |

$49,981.57

TOTAL AMOUNT DUE ................................................................................................................... $120,610.14

BlackRock Realty Advisors, Inc.
Invoice Number: 11083128
Invoice Date: May 10, 2010
Invoice Due Date: June 9, 2010

Southlands Town Center Escrow AC70210076
Dispute {Escrow}

\* \* \* \* \*

The following is a summary of the time dedicated and the fees charged on an average hourly rate basis to this matter by the Firm's professional staff:

| TIMEKEEPER NAME | TITLE | HOURS | RATE | FEE |
|---|---|---|---|---|
| Jane Snoddy Smith | Partner | 46.30 | $595.00 | 27,548.50 |
| Marcy Hogan Greer | Partner | 0.50 | $560.00 | 280.00 |
| Paul Trahan | Partner | 65.80 | $535.00 | 35,203.00 |
| Bryan Wesley Patrick | Sr Associate | 29.90 | $375.00 | 11,212.50 |
| Stacey L. Hay | Prac Support | 1.70 | $210.00 | 357.00 |
| TOTAL | | 144.20 | | 74,601.00 |

| | HOURS | RATE | FEE |
|---|---|---|---|
| Attorney Personnel | 142.50 | $521.01 | 74,244.00 |
| Paralegal Personnel | 1.70 | $210.00 | 357.00 |
| TOTAL | 144.20 | | 74,601.00 |

\*\* Average Hourly Rate for all Personnel

Invoice Number: 11083128
Matter Number: 10904447

Invoice Date: May 10, 2010
Invoice Due Date: June 9, 2010

Jeremy A. Litt, Director, Legal & Comp.
BlackRock Realty Advisors, Inc.
300 Campus Drive, 3rd Floor
Florham Park, NJ 07932

**FULBRIGHT & JAWORSKI L.L.P.**
A Registered Limited Liability Partnership
600 Congress Avenue, Suite 2400
Austin, Texas 78701
(512) 474-5201

Requesting Attorney: Jane Snoddy Smith

Tax Identification Number
74-1201087

PLEASE RETURN WITH REMITTANCE
TOTAL AMOUNT (PAYABLE IN U.S. DOLLARS) DUE BY JUNE 9, 2010

Southlands Town Center Escrow AC70210076
Dispute {Escrow}

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through April 30, 2010 as follows:

| | |
|---|---|
| TOTAL FEES | $74,601.00 |
| LESS: 15% FEE DISCOUNT | (11,190.15) |
| TOTAL EXPENSES & SERVICES | 7,217.72 |
| TOTAL FEES AND EXPENSES & SERVICES | $70,628.57 |
| TOTAL INVOICE AMOUNT DUE | $70,628.57 ** |

PREVIOUS BALANCE:

| DATE | INVOICE | BALANCE DUE |
|---|---|---|
| 4/9/10 | 11075185 | $4,743.21 |
| 4/9/10 | 11075190 | $1,405.90 |
| 4/9/10 | 11075191 | $7,492.75 |
| 4/9/10 | 11075192 | $36,339.71 |
| | | $49,981.57 |

TOTAL AMOUNT DUE ................$120,610.14

Invoice Number: 11093316
Matter Number: 10904447
Invoice Date: June 9, 2010
Invoice Due Date: July 9, 2010

Jeremy A. Litt, Director, Legal & Comp.
BlackRock Realty Advisors, Inc.
300 Campus Drive, 3rd Floor
Florham Park, NJ 07932

**FULBRIGHT & JAWORSKI L.L.P.**
A Registered Limited Liability Partnership
600 Congress Avenue, Suite 2400
Austin, Texas 78701
(512) 474-5201

Tax Identification Number
74-1201087

Requesting Attorney: Jane Snoddy Smith

Southlands Town Center Escrow AC70210076
Dispute {Escrow}

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through May 31, 2010 as follows:

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| 05/03/10 | BW Patrick | 0.90 | 337.50 | Conference with J. Smith to discuss settlement conference and case strategy. |
| **REDACTED** | | | | |
| 05/24/10 | BW Patrick | 0.10 | 37.50 | Review escrow agreement regarding payment of interest. |
| 05/26/10 | BW Patrick | 0.80 | 300.00 | Review of escrow agreement in connection with Land Title's disbursement of interest; conferences with J. Smith and P. Trahan concerning same. |
| 05/26/10 | J S Smith | 2.90 | 1,725.50 | Land title dispute, e-mail K. Bruetsch; review Escrow Agreement. |
| 05/26/10 | P Trahan | 1.00 | 535.00 | Prepare correspondence to Land Title about escrow funds; review documents in relation to same; confer with team regarding same. review documents regarding dewatering wells. |

TOTAL CHARGEABLE HOURS ....................................................................................................5.90

FEES ..............................................................................................................................$3,010.50

LESS: 15% FEE DISCOUNT .................................................................................................(451.58)

TOTAL FEES ..................................................................................................................$2,558.92

EXPENSES & SERVICES:

| E101S | Copy | 83.55 |
|---|---|---|
| E105S | Telephone | 26.70 |
| F268S | Pacer | 0.08 |

Total = 2935.50

BlackRock Realty Advisors, Inc.
Invoice Number: 11093316
Invoice Date: June 9, 2010
Page 2

| | | | |
|---|---|---|---|
| E110 | 04/20/10 | Out-of-town travel - Paul Trahan Travel Expenses(Air Fare $1336.60; Hotel $576.15; Car Rental $447.13; Parking $62.00) for Trip to Newark to Defend Depositions of Silva & Piekarski -- 4/5/2010 -- 10210271 Bank ID: 139 Check Number: 68874 | 2,421.88 |
| E112 | 05/07/10 | Court fees - Reed Elsevier Inc. Filing fees - Callison Appeal - Court of Appeals - Motion to Stay/05062010 Bank ID: 008 Check Number: 176500 | 12.43 |
| E115 | 05/20/10 | Deposition transcripts - Hunter + Geist, Inc. Inv. 71623; Depositions of Kralovec and Krier - 01-28-10 | 881.22 |
| F264S[1] | 05/31/10 | Data Management, Maintenance & Support $200 per GB per month (17 GB) | 3,400.00 |

*Total Fees = 6703.18* (handwritten)

---

[1] Per GB per month fee assessed during the discovery phase of a case for matters in which the firm's Automated Litigation Support System is used to manage case documents and information. Fee includes project management and technical services to:

- Serve as a single point of contact for all aspects of a project.
- Design and develop database in which hard copy documents and electronic data are maintained.
- Support use of Automated Litigation Support System.
- Coordinate collection of hard copy and electronic data.
- Evaluate, recommend and coordinate with litigation support vendors.
- Assist electronic discovery technologist in reporting, quality control and management of electronic discovery efforts.
- Design document review strategy; manage document review process and timelines.
- Support strategic document analysis, measurement and reporting of document review efficiencies.
- Coordinate criteria, format, quality control and timelines for document productions.
- Provide recommendations regarding application of technology in all phases of litigation.
- Load data received from scanning and electronic discovery vendors and opposing counsel; maintain quality assurance.

BlackRock Realty Advisors, Inc.  
Invoice Number: 11093316  
Invoice Date: June 9, 2010  
Invoice Due Date: July 9, 2010  

|  |  |
|---|---:|
|  | 6,825.86 |
| TOTAL FEES AND EXPENSES & SERVICES | $9,384.78 |
| TOTAL INVOICE AMOUNT DUE | $9,384.78 |

PREVIOUS BALANCE:

| DATE | INVOICE | BALANCE DUE |
|---|---|---|
| 4/9/10 | 11075185 | $4,743.21 |
| 4/9/10 | 11075190 | $1,405.90 |
| 4/9/10 | 11075191 | $7,492.75 |
| 4/9/10 | 11075192 | $36,339.71 |
| 5/10/10 | 11083128 | $70,628.57 |
| 5/10/10 | 11083148 | $8,168.07 |
| 5/10/10 | 11083155 | $710.17 |
| 5/10/10 | 11083162 | $379.52 |
| 5/10/10 | 11083165 | $227.37 |
| 5/10/10 | 11083177 | $657.47 |

|  |  |
|---|---:|
|  | $130,752.74 |
| TOTAL AMOUNT DUE | $140,137.52 |

BlackRock Realty Advisors, Inc.
Invoice Number: 11093316
Invoice Date: June 9, 2010
Invoice Due Date: July 9, 2010

Southlands Town Center Escrow AC70210076
Dispute {Escrow}

\* \* \* \* \*

The following is a summary of the time dedicated and the fees charged on an average hourly rate basis to this matter by the Firm's professional staff:

| TIMEKEEPER NAME | TITLE | HOURS | RATE | FEE |
|---|---|---|---|---|
| Jane Snoddy Smith | Partner | 2.90 | $595.00 | 1,725.50 |
| Paul Trahan | Partner | 1.00 | $535.00 | 535.00 |
| Bryan Wesley Patrick | Sr Associate | 2.00 | $375.00 | 750.00 |
| TOTAL | | 5.90 | | 3,010.50 |

| | HOURS | RATE | FEE |
|---|---|---|---|
| Attorney Personnel | 5.90 | $510.25 | 3,010.50 |
| TOTAL | 5.90 | | 3,010.50 |

\*\* Average Hourly Rate for all Personnel