Invoice Number: 11093316
Matter Number: 10904447

Invoice Date: June 9, 2010
Invoice Due Date: July 9, 2010

Jeremy A. Litt, Director, Legal & Comp.
BlackRock Realty Advisors, Inc.
300 Campus Drive, 3rd Floor
Florham Park, NJ  07932

**FULBRIGHT & JAWORSKI L.L.P.**
A Registered Limited Liability Partnership
600 Congress Avenue, Suite 2400
Austin, Texas 78701
(512) 474-5201

Requesting Attorney: Jane Snoddy Smith

Tax Identification Number
74-1201087

PLEASE RETURN WITH REMITTANCE
TOTAL AMOUNT (PAYABLE IN U.S. DOLLARS) DUE BY JULY 9, 2010

Southlands Town Center Escrow AC70210076
Dispute {Escrow}

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through May 31, 2010 as follows:

TOTAL FEES .................................................................................................................................$3,010.50
LESS: 15% FEE DISCOUNT......................................................................................................(451.58)
TOTAL EXPENSES & SERVICES................................................................................................6,825.86
TOTAL FEES AND EXPENSES & SERVICES ........................................................................$9,384.78

TOTAL INVOICE AMOUNT DUE.................................................................................$9,384.78 **

PREVIOUS BALANCE:

| DATE | INVOICE | BALANCE DUE |
|---|---|---|
| 4/9/10 | 11075185 | $4,743.21 |
| 4/9/10 | 11075190 | $1,405.90 |
| 4/9/10 | 11075191 | $7,492.75 |
| 4/9/10 | 11075192 | $36,339.71 |
| 5/10/10 | 11083128 | $70,628.57 |
| 5/10/10 | 11083148 | $8,168.07 |
| 5/10/10 | 11083155 | $710.17 |
| 5/10/10 | 11083162 | $379.52 |
| 5/10/10 | 11083165 | $227.37 |
| 5/10/10 | 11083177 | $657.47 |

$130,752.74

TOTAL AMOUNT DUE ...........................................................................................................$140,137.52

# EXHIBIT A.11

Case No. 1:09-cv-00799-SJJ-KLM Document 215-10 filed 10/03/11 USDC Colorado pg 2 of 17

Invoice Number: 11102107
Matter Number: 10904447
Invoice Date: July 12, 2010
Invoice Due Date: August 11, 2010

Jeremy A. Litt, Director, Legal & Comp.
BlackRock Realty Advisors, Inc.
300 Campus Drive, 3rd Floor
Florham Park, NJ 07932

**FULBRIGHT & JAWORSKI L.L.P.**
A Registered Limited Liability Partnership
600 Congress Avenue, Suite 2400
Austin, Texas 78701
(512) 474-5201

Tax Identification Number
74-1201087

Requesting Attorney: Jane Snoddy Smith

Southlands Town Center Escrow AC70210076
Dispute {Escrow}

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through June 30, 2010 as follows:

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| 06/01/10 | BW Patrick | 0.70 | 262.50 | Conference with P. Trahan and J. Smith concerning actions of escrow agent. |
| 06/01/10 | P Trahan | 1.00 | 535.00 [267.50] | Conference with team about outstanding issues and tasks, including: Land Title dispute; REDACTED REDACTED REDACTED conference with counsel for Land Title about the need to interplead the escrowed funds with interest, prepare related memo to the file. |
| REDACTED | | | | |
| 06/04/10 | P Trahan | 1.30 | 695.50 [347.75] | Review correspondence from Land Title about escrowed funds; REDACTED REDACTED |
| REDACTED | | | | |
| 06/07/10 | P Trahan | 0.80 | 428.00 | Prepare correspondence to Land Title about its refusal to place money into registry of the court and our request for information; conference with J. Smith about dispute with Land Title. |
| 06/08/10 | P Trahan | 0.30 | 160.50 | Conference with Land Title about the information requested. |
| REDACTED | | | | |
| 06/17/10 | P Trahan | 0.30 | 160.50 | Prepare litigation update to J. Litt. |
| 06/21/10 | BW Patrick | 0.30 | 112.50 [56.25] | REDACTED REDACTED conference with J. Smith concerning possible preparation of motion for summary judgment on estoppel |

Total = 1,683.00

BlackRock Realty Advisors, Inc.  
Invoice Number: 11102107  
Invoice Date: July 12, 2010  
Invoice Due Date: August 11, 2010  
Page 2

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| | | | | issue. |
| 06/23/10 | BM Vetter | 2.00 | 710.00 | Review case file to begin preparing final pre-trial order. |
| 06/24/10 | OJ Dykes | 1.00 | 650.00 | Exchange messages and phone conference with P. Trahan regarding final pretrial conference scheduled for July 12 and regarding preparation of final pretrial order, including requirements of local rules and of Judge Weinshienk's practice standards and possible inclusion of counterclaim for true-up expense; review of local rules, scheduling order, and recommendation of magistrate to deny motion for leave to add counterclaim for true-up amount due. |
| 06/24/10 | P Trahan | 0.40 | 214.00 | Prepare weekly status report for client. |
| 06/28/10 | BW Patrick | 0.40 | 150.00 | Conferences with B. Vetter and P. Trahan regarding preparation of pretrial order. |
| 06/29/10 | OJ Dykes | 2.50 | 1,625.00 | Work on proposed final pretrial order, including review of 3-30-10 memorandum of B. Patrick regarding true-up recovery, conferences with B. Vetter, and phone conference with P. Trahan. |
| 06/29/10 | BW Patrick | 0.20 | 75.00 | Review settlement offer. |
| 06/29/10 | J S Smith | 0.30 | 178.50 | Review settlement offer; discuss with P. Trahan. |
| 06/29/10 | BM Vetter | 2.10 | 745.50 | Continue drafting and revising Proposed Pre-trial Order. |
| 06/30/10 | OJ Dykes | 1.00 | 650.00 | Receive and review settlement offer from Alberta, including conference with B. Vetter regarding same; revise draft pretrial order and email same to Messrs. Trahan and Patrick and J. Smith; email to attorneys regarding response to settlement offer. |
| 06/30/10 | J S Smith | 0.10 | 59.50 | Review of settlement offer. |
| 06/30/10 | BM Vetter | 0.50 | 177.50 | Make additional revisions to Proposed Pre-Trial Pretrial Order; review offer of settlement letter sent by S. Bennett. |

TOTAL CHARGEABLE HOURS ................................................................................................18.10

FEES ..........................................................................................................................................$9,253.00

LESS AGREED DISCOUNT ....................................................................................................(1,387.95)

TOTAL FEES .............................................................................................................................$7,865.05

EXPENSES & SERVICES:

| E101S | Copy | 4.20 |
| E104S | Facsimile | 2.80 |
| E105S | Telephone | 44.37 |
| E107 | Delivery services/messengers | 12.00 |
| E107S | Delivery services/messengers | 24.69 |
| E108S | Postage | 0.44 |

REDACTED



Total = 5,235.00

BlackRock Realty Advisors, Inc.
Invoice Number: 11102107
Invoice Date: July 12, 2010
Page 3

| | | | | |
|---|---|---|---|---|
| E115 | 06/03/10 | Deposition transcripts - Hunter + Geist, Inc. Invoice # 71029 Depo Trans of Blinder - 12-18-09 Bank ID: 008 Check Number: AMX630cm | 351.85 | |
| E115 | 06/03/10 | Deposition transcripts - Hunter + Geist, Inc. Invoice No. 72955 - Depo trans of Zuzlak - 04-01-10 Bank ID: 008 Check Number: AMX630cm | 605.01 | |
| F264S[1] | 06/30/10 | Data Management, Maintenance & Support $200 per GB per month (17 GB) | 3,400.00 | |

*Total Fees = 4,356.86* (handwritten)

---

[1] Per GB per month fee assessed during the discovery phase of a case for matters in which the firm's Automated Litigation Support System is used to manage case documents and information. Fee includes project management and technical services to:

- Serve as a single point of contact for all aspects of a project.
- Design and develop database in which hard copy documents and electronic data are maintained.
- Support use of Automated Litigation Support System.
- Coordinate collection of hard copy and electronic data.
- Evaluate, recommend and coordinate with litigation support vendors.
- Assist electronic discovery technologist in reporting, quality control and management of electronic discovery efforts.
- Design document review strategy; manage document review process and timelines.
- Support strategic document analysis, measurement and reporting of document review efficiencies.
- Coordinate criteria, format, quality control and timelines for document productions.
- Provide recommendations regarding application of technology in all phases of litigation.
- Load data received from scanning and electronic discovery vendors and opposing counsel; maintain quality assurance.

BlackRock Realty Advisors, Inc.
Invoice Number: 11102107
Invoice Date: July 12, 2010
Invoice Due Date: August 11, 2010

_____4,705.36_  4455.36

TOTAL FEES AND EXPENSES & SERVICES ................................................................................. $12,570.41

TOTAL INVOICE AMOUNT DUE................................................................................................... $12,570.41

BlackRock Realty Advisors, Inc.  
Invoice Number: 11102107  
Invoice Date: July 12, 2010  
Invoice Due Date: August 11, 2010  

Southlands Town Center Escrow AC70210076  
Dispute {Escrow}

\* \* \* \* \*

The following is a summary of the time dedicated and the fees charged on an average hourly rate basis to this matter by the Firm's professional staff:

| TIMEKEEPER NAME | TITLE | HOURS | RATE | FEE |
|---|---|---|---|---|
| Osborne J. Dykes | Of Counsel_ | 4.50 | $650.00 | 2,925.00 |
| Jane Snoddy Smith | Partner | 2.80 | $595.00 | 1,666.00 |
| Paul Trahan | Partner | 4.40 | $535.00 | 2,354.00 |
| Bryan Wesley Patrick | Sr Associate | 1.80 | $375.00 | 675.00 |
| Benjamin Matthew Vetter | Sr Associate | 4.60 | $355.00 | 1,633.00 |
| TOTAL | | 18.10 | | 9,253.00 |

| | HOURS | RATE | FEE |
|---|---|---|---|
| Attorney Personnel | 18.10 | $511.22 | 9,253.00 |
| TOTAL | 18.10 | | 9,253.00 |

\*\* Average Hourly Rate for all Personnel

Case 1:09-cv-00799-SJJ-KLM Document 199-12 Filed 09/19/11 USDC Colorado Page 7 of 11

Invoice Number: 11102107
Matter Number: 10904447

Invoice Date: July 12, 2010
Invoice Due Date: August 11, 2010

Jeremy A. Litt, Director, Legal & Comp.
BlackRock Realty Advisors, Inc.
300 Campus Drive, 3rd Floor
Florham Park, NJ  07932

**FULBRIGHT & JAWORSKI L.L.P.**
A Registered Limited Liability Partnership
600 Congress Avenue, Suite 2400
Austin, Texas 78701
(512) 474-5201

Requesting Attorney: Jane Snoddy Smith

Tax Identification Number
74-1201087

PLEASE RETURN WITH REMITTANCE
TOTAL AMOUNT (PAYABLE IN U.S. DOLLARS) DUE BY AUGUST 11, 2010

Southlands Town Center Escrow AC70210076
Dispute {Escrow}

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through June 30, 2010 as follows:

| | |
|---|---|
| TOTAL FEES | $9,253.00 |
| LESS AGREED DISCOUNT | (1,387.95) |
| TOTAL EXPENSES & SERVICES | 4,705.36 |
| TOTAL FEES AND EXPENSES & SERVICES | $12,570.41 |
| TOTAL INVOICE AMOUNT DUE | $12,570.41 ** |

Invoice Number: 11109197
Matter Number: 10904447
Invoice Date: August 9, 2010
Invoice Due Date: September 8, 2010

Jeremy A. Litt, Director, Legal & Comp.
BlackRock Realty Advisors, Inc.
300 Campus Drive, 3rd Floor
Florham Park, NJ 07932

**FULBRIGHT & JAWORSKI L.L.P.**
A Registered Limited Liability Partnership
600 Congress Avenue, Suite 2400
Austin, Texas 78701
(512) 474-5201

Tax Identification Number
74-1201087

Requesting Attorney: Jane Snoddy Smith

Southlands Town Center Escrow AC70210076
Dispute {Escrow}

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through July 31, 2010 as follows:

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| 07/01/10 | BW Patrick | 3.80 | 1,425.00 | Conferences with J. Smith and P. Trahan concerning Alberta's settlement offer; prepare analysis of all outstanding issues with Alberta and costs to make Granite whole. |
| 07/01/10 | J S Smith | 1.10 | 654.50 | Review settlement offer with P. Trahan; telephone conference with A. Piekarski and J. Litt; e-mails to A. Cohen; review litigation memo. |
| 07/01/10 | P Trahan | 2.00 | 1,070.00 | Prepare status report for J. Litt; conference with J. Litt and A. Piekarski about settlement proposal and case status; conference with J. Smith in relation to same; outline outstanding issues and variables relating to settlement. |
| 07/01/10 | BM Vetter | 0.80 | 284.00 | Revise proposed pre-trial order; telephone conference with B. Patrick regarding proposed pre-trial order. |
| 07/02/10 | BW Patrick | 4.90 | 1,837.50 | Review and revise pretrial order; begin preparing exhibit list to be attached to same; review witness list. |
| 07/02/10 | J S Smith | 2.90 | 1,725.50 | Review and revise litigation memo and scheduling order; e-mail to J. Litt regarding J. Dickerson and asset search. |
| 07/02/10 | P Trahan | 1.00 | 535.00 | Prepare correspondence to opposing counsel about settlement; review and revise Final Pretrial Order; review and revise litigation report. |
| 07/06/10 | OJ Dykes | 2.00 | 1,300.00 | Work on proposed joint final pretrial order. |
| 07/06/10 | BW Patrick | 8.20 | 3,075.00 | Continue preparing exhibit list and witness list to be attached to pretrial order; conferences with J. Smith and P. Trahan concerning same. |
| 07/06/10 | J S Smith | 4.90 | 2,915.50 | Review and revise final Pre-Trial Order, exhibits and witnesses. |
| 07/06/10 | P Trahan | 3.00 | 1,605.00 | Review and revise Proposed Final Pretrial Order and Exhibit List and Witness List; confer with team and |



Total = 16,427.00

BlackRock Realty Advisors, Inc.
Invoice Number: 11109197
Invoice Date: August 9, 2010
Invoice Due Date: September 8, 2010
Page 2

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| | | | | Colorado counsel in relation to same. |
| 07/06/10 | BM Vetter | 3.80 | 1,349.00 | Review and revise pre-trial order; conference with opposing counsel regarding pre-trial order; conference regarding witnesses. |
| 07/08/10 | OJ Dykes | 0.30 | 195.00 | Exchange voice messages and phone conference with P. Trahan regarding anticipated issues at and handling of final pretrial conference. |
| 07/08/10 | P Trahan | 0.20 | 107.00 | Conference with J. Litt about case status. |
| 07/08/10 | P Trahan | 0.10 | 53.50 | Prepare correspondence to S. Waters, counsel for Land Title. |
| 07/08/10 | BM Vetter | 0.30 | 106.50 | Correspondence with Land Title's attorney regarding escrow dispute; telephone conference with P. Trahan regarding case status and upcoming pretrial conference. |
| 07/09/10 | OJ Dykes | 0.50 | 325.00 [162.50] | Phone conferences with P. Trahan and P. Smith regarding handling of final pretrial conference REDACTED REDACTED |
| 07/09/10 | BM Vetter | 0.70 | 248.50 | Review rules regarding motions for leave to appear by telephone; telephone conference with Judge Mix's clerk regarding appearing by telephone; draft and file motion for P. Trahan to appear by telephone. |
| 07/12/10 | OJ Dykes | 1.30 | 845.00 | Prepare for final pretrial conference, including review of orders and phone conference with P. Trahan; attend final pretrial conference; phone conference with P. Trahan regarding same and further handling. |
| 07/12/10 | MH Greer | 1.10 | 616.00 | Conference with J. Smith and B. Patrick regarding settlement offer and potential global and local resolution options and follow up regarding same. |
| 07/12/10 | BW Patrick | 1.60 | 600.00 [300.00] | Discussion of settlement offer with M. Greer and J. Smith REDACTED |
| 07/12/10 | J S Smith | 1.20 | 714.00 | Review settlement decision tree and appeal. |
| 07/12/10 | P Trahan | 1.00 | 535.00 | Prepare for and attend Final Pretrial Conference. |
| 07/13/10 | J S Smith | 0.20 | 119.00 | Schedule court settlement. |
| 07/14/10 | S L Hay | 2.20 | 462.00 | Conference with B. Patrick re gathering and labeling of trial exhibits; locate trial exhibits and begin printing same for service on opposing counsel; additional conference with B. Patrick re exhibits; locate trial exhibits and update trial exhibit list to include bates number or deposition number of exhibits. |
| 07/14/10 | RL Hendricks | 1.60 | 344.00 | Conference with B. Patrick regarding trial exhibits; conference with it department regarding additional of coding category; Review and assemble exhibits. |
| 07/14/10 | BW Patrick | 2.90 | 1,087.50 | Attention to preparation of exhibits to be delivered to opposing counsel; conferences with P. Trahan and S. Hay concerning same. |
| 07/14/10 | J S Smith | 0.10 | 59.50 | Review evidence exhibit requirements. |
| 07/14/10 | P Trahan | 0.70 | 374.50 | Review and revise exhibit list; conference with Colorado counsel about follow-up on final pretrial with the district |

Total = 7678.50

BlackRock Realty Advisors, Inc.
Invoice Number: 11109197
Invoice Date: August 9, 2010
Invoice Due Date: September 8, 2010
Page 3

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| | | | | judge; prepare correspondence to opposing counsel relating to same. |
| 07/15/10 | RL Hendricks | 4.20 | 903.00 | Identify and create binder for Trial Exhibits; Code same in ringtail. |
| 07/15/10 | BW Patrick | 0.50 | 187.50 | Conference with R. Hendricks regarding preparation of exhibit CD; review discovery for photos of Shopping Center. |
| 07/15/10 | P Trahan | 0.20 | 107.00 | Prepare case status summary for client. |
| 07/16/10 | RL Hendricks | 8.30 | 1,784.50 | Various conferences with B. Patrick regarding Exhibits for Trial; Code for identified Exhibits in Ringtail; Run report and prepare pdfs of Exhibits; Assemble and burn CD copy of Exhibits; Conference with B. Vetter regarding Appeal; Download .pdfs of case law, statutes, treatises and district record for briefing. |
| 07/16/10 | J S Smith | 0.10 | 59.50 | Review escrow settlement questions. |
| 07/16/10 | P Trahan | 0.40 | 214.00 | Conference with opposing counsel and the court about a trial preparation conference and trial date. |
| 07/19/10 | BW Patrick | 0.50 | 187.50 | Review of settlement status; conference with J. Smith concerning same; conference with P. Trahan concerning same. |
| 07/19/10 | J S Smith | 0.10 | 59.50 | Discuss settlement options and timing for lawsuit. |
| REDACTED | | | | |
| 07/21/10 | P Trahan | 0.50 | 267.50 | Conference with appellate counsel about strategy for global settlement. |
| 07/22/10 | MH Greer | 1.50 | 840.00 | Conference with J. Smith, P. Trahan, and B. Patrick regarding settlement and litigation strategy. |
| 07/22/10 | BW Patrick | 2.70 | 1,012.50 | Conference with M. Greer, J. Smith and P. Trahan concerning settlement options; begin preparing memorandum to client containing analysis and recommendations. |
| 07/22/10 | J S Smith | 1.70 | 1,011.50 | Review settlement strategy. |
| 07/22/10 | P Trahan | 1.00 | 535.00 | Settlement strategy meeting. |
| 07/26/10 | BW Patrick | 1.10 | 412.50 | Continue preparing analysis of Alberta settlement offer. |
| 07/27/10 | BW Patrick | 2.70 | 1,012.50 | Continue preparing memorandum summarizing Alberta's settlement offer. |
| 07/28/10 | MH Greer | 0.50 | 280.00 | Conference with B. Patrick regarding settlement analysis memo; begin reviewing same. |
| 07/28/10 | BW Patrick | 0.70 | 262.50 | Review Granite discovery production for photos of the Southlands Town Center to use as exhibits at trial. |
| 07/28/10 | J S Smith | 0.30 | 178.50 | Review expedited motion questions. |
| 07/28/10 | P Trahan | 1.50 | 802.50 | Review and revise settlement memorandum. |
| 07/29/10 | MH Greer | 0.40 | 224.00 | Review and revise memo regarding settlement options and strategies; email and telephone conferences with P. Trahan regarding same. |
| 07/29/10 | S L Hay | 0.10 | 21.00 | Update exhibit list to include production values. |

Total = 10,362.50

BlackRock Realty Advisors, Inc.
Invoice Number: 11109197
Invoice Date: August 9, 2010
Invoice Due Date: September 8, 2010
Page 4

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| 07/29/10 | BW Patrick | 5.00 | 1,875.00 | Review and revision of settlement analysis memorandum; conferences with J. Smith and P. Trahan concerning same; conferences with P. Trahan concerning expedited motion received from Alberta; finish preparing trial exhibit production; conference with S. Hay concerning same. |
| 07/29/10 | J S Smith | 0.80 | 476.00 | Review and revise settlement memo. |
| 07/29/10 | P Trahan | 1.50 | 802.50 | Prepare update for client on status of litigation; prepare memo assessing settlement. |

**REDACTED**

| 07/30/10 | MH Greer | 0.20 | 112.00 | Review email from J. Litt and A. Piekarski regarding settlement options and email conference with P. Trahan regarding same. |
|---|---|---|---|---|
| 07/30/10 | S L Hay | 0.30 | 63.00 | Revise trial preparation exhibit disc to include additional exhibits. |
| 07/30/10 | J S Smith | 0.20 | 119.00 | Review e-mails regarding "empty chair" issue and global settlement. |

TOTAL CHARGEABLE HOURS ................................................................................................ 93.70

FEES ........................................................................................................................... $39,738.00

LESS AGREED DISCOUNT ............................................................................................. (5,960.70)

TOTAL FEES ............................................................................................................... $33,777.30

EXPENSES & SERVICES:

| E101S | | Copy | 133.05 |
|---|---|---|---|
| E105S | | Telephone | 0.45 |
| E107S | | Delivery services/messengers | 84.00 |
| E110 | | Out-of-town travel | 222.70 |
| E111 | | Meals | 17.24 |
| E112 | | Court fees | 10.36 |
| F255S | | Online Research - Westlaw | 4,796.44 |
| F268S | | Pacer | 0.96 |
| F264S[1] | 07/31/10 | Data Management, Maintenance & Support $200 per | 3,400.00 |

*Total Fees = 3400.96*

---

[1] Per GB per month fee assessed during the discovery phase of a case for matters in which the firm's Automated Litigation Support System is used to manage case documents and information. Fee includes project management and technical services to:

- Serve as a single point of contact for all aspects of a project.
- Design and develop database in which hard copy documents and electronic data are maintained.
- Support use of Automated Litigation Support System.

*Total = 3,447.50*

Case 1:09-cv-00799-SJJ-KLM Document 199-13 Filed 09/15/11 USDC Colorado Page 1 of 17

# EXHIBIT A.12

BlackRock Realty Advisors, Inc.
Invoice Number: 11109197
Invoice Date: August 9, 2010
Page 5

GB per month (17 GB)

- Coordinate collection of hard copy and electronic data.
- Evaluate, recommend and coordinate with litigation support vendors.
- Assist electronic discovery technologist in reporting, quality control and management of electronic discovery efforts.
- Design document review strategy; manage document review process and timelines.
- Support strategic document analysis, measurement and reporting of document review efficiencies.
- Coordinate criteria, format, quality control and timelines for document productions.
- Provide recommendations regarding application of technology in all phases of litigation.
- Load data received from scanning and electronic discovery vendors and opposing counsel; maintain quality assurance.

BlackRock Realty Advisors, Inc.  
Invoice Number: 11109197  
Invoice Date: August 9, 2010  
Invoice Due Date: September 8, 2010  

8,665.20

TOTAL FEES AND EXPENSES & SERVICES ................................................................. $42,442.50

TOTAL INVOICE AMOUNT DUE................................................................................... $42,442.50

PREVIOUS BALANCE:

| DATE | INVOICE | BALANCE DUE |
|---|---|---|
| 6/9/10 | 11093316 | $9,384.78 |
| 6/9/10 | 11093428 | $1,088.42 |
| 6/9/10 | 11093434 | $3,982.25 |
| 6/9/10 | 11093438 | $904.40 |
| 7/12/10 | 11102102 | $3,977.57 |
| 7/12/10 | 11102107 | $12,570.41 |
| 7/12/10 | 11102113 | $5,617.65 |

BlackRock Realty Advisors, Inc.
Invoice Number: 11109197
Invoice Date: August 9, 2010
Invoice Due Date: September 8, 2010

Southlands Town Center Escrow AC70210076
Dispute {Escrow}

* * * * *

The following is a summary of the time dedicated and the fees charged on an average hourly rate basis to this matter by the Firm's professional staff:

| TIMEKEEPER NAME | TITLE | HOURS | RATE | FEE |
|---|---|---|---|---|
| Osborne J. Dykes | Of Counsel_ | 4.90 | $650.00 | 3,185.00 |
| Jane Snoddy Smith | Partner | 13.60 | $595.00 | 8,092.00 |
| Marcy Hogan Greer | Partner | 5.20 | $560.00 | 2,912.00 |
| Paul Trahan | Partner | 13.10 | $535.00 | 7,008.50 |
| Bryan Wesley Patrick | Sr Associate | 34.60 | $375.00 | 12,975.00 |
| Benjamin Matthew Vetter | Sr Associate | 5.60 | $355.00 | 1,988.00 |
| Ronda L. Hendricks | Sr Paralegal | 14.10 | $215.00 | 3,031.50 |
| Stacey L. Hay | Sr Paralegal | 2.60 | $210.00 | 546.00 |
| TOTAL | | 93.70 | | 39,738.00 |

| | HOURS | RATE | FEE |
|---|---|---|---|
| Attorney Personnel | 77.00 | $469.62 | 36,160.50 |
| Paralegal Personnel | 16.70 | $214.22 | 3,577.50 |
| TOTAL | 93.70 | | 39,738.00 |

** Average Hourly Rate for all Personnel

Invoice Number: 11109197
Matter Number: 10904447

Invoice Date: August 9, 2010
Invoice Due Date: September 8, 2010

Jeremy A. Litt, Director, Legal & Comp.
BlackRock Realty Advisors, Inc.
300 Campus Drive, 3rd Floor
Florham Park, NJ 07932

**FULBRIGHT & JAWORSKI L.L.P.**
A Registered Limited Liability Partnership
600 Congress Avenue, Suite 2400
Austin, Texas 78701
(512) 474-5201

Requesting Attorney: Jane Snoddy Smith

Tax Identification Number
74-1201087

PLEASE RETURN WITH REMITTANCE
TOTAL AMOUNT (PAYABLE IN U.S. DOLLARS) DUE BY SEPTEMBER 8, 2010

Southlands Town Center Escrow AC70210076
Dispute {Escrow}

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through July 31, 2010 as follows:

| | |
|---|---|
| TOTAL FEES | $39,738.00 |
| LESS AGREED DISCOUNT | (5,960.70) |
| TOTAL EXPENSES & SERVICES | 8,665.20 |
| TOTAL FEES AND EXPENSES & SERVICES | $42,442.50 |
| TOTAL INVOICE AMOUNT DUE | $42,442.50 ** |

PREVIOUS BALANCE:

| DATE | INVOICE | BALANCE DUE |
|---|---|---|
| 6/9/10 | 11093316 | $9,384.78 |
| 6/9/10 | 11093428 | $1,088.42 |
| 6/9/10 | 11093434 | $3,982.25 |
| 6/9/10 | 11093438 | $904.40 |
| 7/12/10 | 11102102 | $3,977.57 |
| 7/12/10 | 11102107 | $12,570.41 |
| 7/12/10 | 11102113 | $5,617.65 |