# EXHIBIT A.14

Case 1:09-cv-00799-SJJ-KLM Document 99-15 Filed 05/19/11 USDC Colorado Page 1 of 17

Invoice Number: 11151559<br>
Matter Number: 10904447<br>
Invoice Date: January 12, 2011<br>
Invoice Due Date: February 11, 2011

Jeremy A. Litt, Director, Legal & Comp.
BlackRock Realty Advisors, Inc.
BlackRock Realty Inc.
40 East 52nd Street
8th Floor
New York, NY 10022

**FULBRIGHT & JAWORSKI L.L.P.**
**A Registered Limited Liability Partnership**
**600 Congress Avenue, Suite 2400**
**Austin, Texas 78701**
**(512) 474-5201**

Requesting Attorney: Jane Snoddy Smith

Tax Identification Number
74-1201087

Southlands Town Center Escrow AC70210076
Dispute {Escrow}

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through December 31, 2010 as follows:

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| 12/02/10 | P Trahan | 0.50 | 267.50 | Review and sign the proposed stipulation from Land Title on interpleading the escrowed funds; confer with Land Title's attorney in relation to same; prepare related correspondence outlining conditions. |
| 12/03/10 | BW Patrick | 0.10 | 37.50 | E-mail correspondence with practice support regarding document production. |
| 12/03/10 | J S Smith | 0.10 | 59.50 | Review stipulated order. |
| 12/06/10 | P Trahan | 0.20 | 107.00 | Review issues relating to Motion in Limine. |
| 12/07/10 | BW Patrick | 0.60 | 225.00 | Prepare correspondence to S. Kabler transmitting hard drive with requested discovery. |
| 12/07/10 | J S Smith | 0.60 | 357.00 | Review transfer of case and hearing scheduling. |
| 12/07/10 | P Trahan | 2.50 | 1,337.50 | Review order from the Court regarding reassignment of case to Judge Johnson; conference with local counsel in relation to same; research same; review witness and exhibit lists in planning for February 14, 2011, trial date. |
| 12/07/10 | P Trahan | 0.10 | 53.50 | Conference with Land Title about depositing the escrowed funds. |
| 12/07/10 | BM Vetter | 0.50 | 177.50 | Review order transferring case to new judge; review local rules on case transfer; conference with district court clerk regarding protocol on transferring to visiting judge and rules that apply to transferred cases. |
| 12/08/10 | BW Patrick | 0.50 | 187.50 | Conference with P. Trahan regarding document production and preparations for February 2011 trial. |
| 12/10/10 | OJ Dykes | 0.30 | 195.00 | Telephone conference with P. Trahan regarding appointment of substitute judge, including judge's background and possible right to strike visiting judge and and need for conference with court to confirm trial schedule and pretrial deadlines. |

BlackRock Realty Advisors, Inc.
Invoice Number: 11151559
Invoice Date: January 12, 2011
Invoice Due Date: February 11, 2011
Page 2

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| 12/13/10 | P Trahan | 0.30 | 160.50 | Conference with opposing counsel about visiting judge; review research regarding same. |
| 12/13/10 | BM Vetter | 0.70 | 248.50 | Review order assigning case to visiting judge; review local rules regarding case reassignment; search for "protocol" on use of visiting judges; telephone conference with clerk's office regarding use of visiting judges; review chambers rules of the new judge for differences between Judge Weinshank's orders and his policies. |
| 12/16/10 | OJ Dykes | 0.20 | 130.00 | Receive and review notice of status conference with court; exchange emails with Mr. Trahan regarding handling of same, including key issues. |
| 12/16/10 | P Trahan | 0.20 | 107.00 | Conference with the Court about a trial date; review Minute Order regarding same. |
| 12/17/10 | P Trahan | 0.50 | 267.50 | Prepare information for status conference. |
| 12/20/10 | OJ Dykes | 2.30 | 1,495.00 | Prepare for and attend status conference with Court (Judge Johnson); conference with B. . Bennett regarding settlement status; e-mail report to P. Trahan. |
| 12/27/10 | OJ Dykes | 1.50 | 975.00 | Receive and review memorandum order regarding items covered in status conference with Court; phone conference with P. Trahan and B. Bennet regarding pretrial matters, including dismissal of Alberta's true-up claim, witnesses to be called and exhibits to be offered, and potential settlement structures; further phone conference with P. Trahan regarding same. |
| 12/27/10 | P Trahan | 0.80 | 428.00 | Prepare Motion in Limine for trial; conference with opposing counsel in relation to same. |
| 12/28/10 | P Trahan | 1.00 | 535.00 | Review issues relating to trial preparation; prepare related correspondence; finalize and file our Motion in Limine; review Alberta's Motion in Limine; prepare correspondence to client about dismissal of the true-up claims. |

TOTAL CHARGEABLE HOURS ............................................................................................................... 13.50

FEES ............................................................................................................................................... $7,351.00

LESS AGREED FEE DISCOUNT ..................................................................................................... (1,102.65)

TOTAL FEES ................................................................................................................................... $6,248.35

EXPENSES & SERVICES:

| E101 | | Copy | 16.58 |
| E101S | | Copy | 29.40 |
| E105S | | Telephone | 0.36 |
| E107S | | Delivery services/messengers | 33.46 |
| F268S | | Pacer | 1.28 |
| E124 | 12/17/10 | Data Processing Kiersted Systems, LP Electronic Data Processing - (Inv. # FJ1571010) - 11-08-10 / 10904447 | 54.74 |

BlackRock Realty Advisors, Inc.
Invoice Number: 11151559
Invoice Date: January 12, 2011
Page 3

| | | | |
|---|---|---|---|
| F264S[1] | 12/31/10 | Bank ID: 038 Check Number: 10434<br>Data Management, Maintenance & Support $200 per GB per month (17 GB) | 3,400.00  |

---

[1] Per GB per month fee assessed during the discovery phase of a case for matters in which the firm's Automated Litigation Support System is used to manage case documents and information. Fee includes project management and technical services to:

- Serve as a single point of contact for all aspects of a project.
- Design and develop database in which hard copy documents and electronic data are maintained.
- Support use of Automated Litigation Support System.
- Coordinate collection of hard copy and electronic data.
- Evaluate, recommend and coordinate with litigation support vendors.
- Assist electronic discovery technologist in reporting, quality control and management of electronic discovery efforts.
- Design document review strategy; manage document review process and timelines.
- Support strategic document analysis, measurement and reporting of document review efficiencies.
- Coordinate criteria, format, quality control and timelines for document productions.
- Provide recommendations regarding application of technology in all phases of litigation.
- Load data received from scanning and electronic discovery vendors and opposing counsel; maintain quality assurance.

BlackRock Realty Advisors, Inc.  
Invoice Number: 11151559  
Invoice Date: January 12, 2011  
Invoice Due Date: February 11, 2011  

|  |  |
|---|---:|
|  | 3,535.82 |
| TOTAL FEES AND EXPENSES & SERVICES | $9,784.17 |
| TOTAL INVOICE AMOUNT DUE | $9,784.17 |

PREVIOUS BALANCE:

| DATE | INVOICE | BALANCE DUE |
|---|---|---|
| 11/12/10 | 11136349 | $55,612.45 |
| 11/12/10 | 11136365 | $3,447.02 |
| 11/12/10 | 11136366 | $3,564.90 |
| 12/14/10 | 11145137 | $167.69 |
| 12/14/10 | 11145139 | $3,584.02 |

|  |  |
|---|---:|
|  | $66,376.08 |
| TOTAL AMOUNT DUE | $76,160.25 |

BlackRock Realty Advisors, Inc.
Invoice Number: 11151559
Invoice Date: January 12, 2011
Invoice Due Date: February 11, 2011

Southlands Town Center Escrow AC70210076
Dispute {Escrow}

* * * * *

The following is a summary of the time dedicated and the fees charged on an average hourly rate basis to this matter by the Firm's professional staff:

| TIMEKEEPER NAME | TITLE | HOURS | RATE | FEE |
|---|---|---|---|---|
| Osborne J. Dykes | Of Counsel | 4.30 | $650.00 | 2,795.00 |
| Jane Snoddy Smith | Partner | 0.70 | $595.00 | 416.50 |
| Paul Trahan | Partner | 6.10 | $535.00 | 3,263.50 |
| Bryan Wesley Patrick | Sr Associate | 1.20 | $375.00 | 450.00 |
| Benjamin Matthew Vetter | Sr Associate | 1.20 | $355.00 | 426.00 |
| TOTAL | | 13.50 | | 7,351.00 |

| | HOURS | RATE | FEE |
|---|---|---|---|
| Attorney Personnel | 13.50 | $544.52 | 7,351.00 |
| TOTAL | 13.50 | | 7,351.00 |

** Average Hourly Rate for all Personnel

Invoice Number: 11151559
Matter Number: 10904447

Invoice Date: January 12, 2011
Invoice Due Date: February 11, 2011

Jeremy A. Litt, Director, Legal & Comp.
BlackRock Realty Advisors, Inc.
BlackRock Realty Inc.
40 East 52nd Street
8th Floor
New York, NY 10022

**FULBRIGHT & JAWORSKI L.L.P.**
A Registered Limited Liability Partnership
600 Congress Avenue, Suite 2400
Austin, Texas 78701
(512) 474-5201

Requesting Attorney: Jane Snoddy Smith

Tax Identification Number
74-1201087

PLEASE RETURN WITH REMITTANCE
TOTAL AMOUNT (PAYABLE IN U.S. DOLLARS) DUE BY FEBRUARY 11, 2011

Southlands Town Center Escrow AC70210076
Dispute {Escrow}

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through December 31, 2010 as follows:

| | |
|---|---|
| TOTAL FEES | $7,351.00 |
| LESS AGREED FEE DISCOUNT | (1,102.65) |
| TOTAL EXPENSES & SERVICES | 3,535.82 |
| TOTAL FEES AND EXPENSES & SERVICES | $9,784.17 |

TOTAL INVOICE AMOUNT DUE ............................................................................$9,784.17 **

PREVIOUS BALANCE:

| DATE | INVOICE | BALANCE DUE |
|---|---|---|
| 11/12/10 | 11136349 | $55,612.45 |
| 11/12/10 | 11136365 | $3,447.02 |
| 11/12/10 | 11136366 | $3,564.90 |
| 12/14/10 | 11145137 | $167.69 |
| 12/14/10 | 11145139 | $3,584.02 |
| | | $66,376.08 |

TOTAL AMOUNT DUE ............................................................................$76,160.25

Invoice Number: 11158183
Matter Number: 10904447
Invoice Date: February 9, 2011
Invoice Due Date: March 11, 2011

Jeremy A. Litt, Director, Legal & Comp.
BlackRock Realty Advisors, Inc.
BlackRock Realty Inc.
40 East 52nd Street
8th Floor
New York, NY 10022

**FULBRIGHT & JAWORSKI L.L.P.**
**A Registered Limited Liability Partnership**
**600 Congress Avenue, Suite 2400**
**Austin, Texas 78701**
**(512) 474-5201**

Tax Identification Number
74-1201087

Requesting Attorney: Jane Snoddy Smith

Southlands Town Center Escrow AC70210076
Dispute {Escrow}

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through January 31, 2011 as follows:

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| 01/03/11 | LD Arnold | 8.10 | 2,025.00 | Draft responses to 3 motions in limine; research regarding the effect of a motion in limine in Denver, CO; research regarding parole evidence rule, requirement of specificity in motions in limine, standard for unfair prejudice, requirement for specificity in objections on basis of FRE 403; review exhibit list (docket #126) for exhibits to which Alberta has already stipulated. |
| 01/03/11 | OJ Dykes | 4.00 | 2,600.00 | Exchange of e-mails and phone conference with P. Trahan regarding responding to Alberta's motions in limine; review Alberta's motions in limine, Plaintiff's First Amended Complaint, all summary judgment briefing and Judge Weinshienk's ruling denying Alberta's Motion for Partial Summary Judgment; prepare outline of response to Alberta's motion in limine regarding parol evidence, including conferences with L. Arnold regarding same. |
| 01/03/11 | BW Patrick | 1.00 | 410.00 | Prepare quarterly litigation report; conference with P. Trahan concerning same; e-mail correspondence transmitting requested documents to P. Trahan; e-mail correspondence with S. Quinn concerning trial exhibits. |
| 01/03/11 | P Trahan | 0.60 | 345.00 | Review issues relating to Alberta's Motions in Limine; review and revise draft Response. |
| 01/03/11 | BM Vetter | 1.00 | 360.00 | Review Colorado federal law regarding motions in limine; conference with L. Arnold regarding response to motions in limine. |
| 01/04/11 | LD Arnold | 3.20 | 800.00 | Revise 3 responses to motions in limine; conference refgarding relevance of exhibits (for response); file responses; review response filed by Alberta to Granite's motion in limine. |
| 01/04/11 | BW Patrick | 2.70 | 1,107.00 | E-mail correspondence and telephone conferences with L. |

BlackRock Realty Advisors, Inc.
Invoice Number: 11158183
Invoice Date: February 9, 2011
Invoice Due Date: March 11, 2011
Page 2

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| | | | | Arnold and P. Trahan regarding response to Alberta's Motion in Limine; review of trial exhibits in connection with same. |
| 01/04/11 | P Trahan | 1.40 | 805.00 | Review and revise Responses to Alberta's Motions in Limine and to Exclude Evidence; review Alberta's Response to Granite's Motion in Limine. |
| 01/04/11 | P Trahan | 1.40 | 805.00 | Review issues relating to trial preparation and settlement, including trial exhibits and settlement considerations; prepare related correspondence to the client. |
| 01/05/11 | BW Patrick | 0.30 | 123.00 | Conference with J. Smith concerning litigation report; revise report to incorporate comments from J. Smith; e-mail correspondence with P. Trahan concerning same. |
| 01/05/11 | J S Smith | 0.20 | 125.00 | Review settlement question. |
| 01/05/11 | P Trahan | 0.20 | 115.00 | Review and revise quarterly Litigation Report. |
| 01/10/11 | LD Arnold | 0.20 | 50.00 | Review Court Order regarding status report to court; draft email regarding submission to P. Trahan. |
| 01/10/11 | BW Patrick | 0.20 | 82.00 | Conference with J. Smith and P. Trahan regarding possible settlement of escrow claim. |
| 01/10/11 | P Trahan | 1.50 | 862.50 | Prepare and file Status Report with the court; conference with opposing counsel about settlement; review issues relating to proposed settlement. |
| 01/14/11 | OJ Dykes | 1.00 | 650.00 | Telephone conference with P. Trahan regarding trial preparation conference with court scheduled for 1-18-11 and motions in limine; review motions in limine; telephone conference and exchange e-mails with B. Patrick regarding trial exhibits objected to; attention to assembling copy set of trial exhibits and arguments regarding relevance; voice message to S. Bennett regarding trial preparation conference and phone conference with S. Cabler regarding same; phone conference with clerk, Ms. Wechworth, regarding parties' view that conference is not needed; receive and review order cancelling 1-18-11 trial preparation conference. |
| 01/14/11 | BW Patrick | 0.90 | 369.00 | E-mail correspondence and telephone conferences with J. Dykes concerning potential evidentiary hearing on January 18; review exhibit list in connection with same; recommend withdrawal of certain exhibits. |
| 01/14/11 | P Trahan | 0.50 | 287.50 | Review issues relating to status conference with the court; conference with client about settlement proposal. |
| 01/20/11 | BW Patrick | 0.30 | 123.00 | Send exhibits to L. Arnold in preparation for trial; e-mail correspondence with L. Arnold in connection with same. |
| 01/21/11 | OJ Dykes | 0.30 | 195.00 | Conference with P. Trahan regarding witness selection and handling of true-up claim. |
| 01/24/11 | BW Patrick | 0.20 | 82.00 | Begin preparing witness preparation packets for trial. |
| 01/24/11 | J S Smith | 0.40 | 250.00 | Settlement question; telephone conference information for S. Bennett. |
| 01/27/11 | LD Arnold | 1.80 | 450.00 | Review all orders and practice standards (from two different judges assigned to case at different times), |

BlackRock Realty Advisors, Inc.
Invoice Number: 11158183
Invoice Date: February 9, 2011
Invoice Due Date: March 11, 2011
Page 3

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| | | | | compare with FRCP and local rules regarding pre-trial deadlines. |
| 01/27/11 | OJ Dykes | 1.30 | 845.00 | Telephone conference with MS. Bennett regarding settlement terms; phone conference with J. Smith and B. Patrick regarding control of the Metro District and how Alberta may deliver control; review of pretrial deadlines and conference with L. Arnold regarding same including preparation of proposed jury instructions and issues. |
| 01/27/11 | BW Patrick | 0.50 | 205.00 | Conference with J. Smith and O. Dykes regarding trial status and preparation for trial. |
| 01/28/11 | J S Smith | 0.20 | 125.00 | E-mail to P. Trahan; e-mail to S. Bennett. |
| 01/29/11 | OJ Dykes | 2.00 | 1,300.00 | Prepare proposed voir dire questions and statement of damages, per local rule requirements; begin review of Zezulac deposition and email to L. Arnold regarding jury charge. |
| 01/30/11 | LD Arnold | 3.70 | 925.00 | Begin drafting proposed jury instructions. |
| 01/31/11 | OJ Dykes | 3.00 | 1,950.00 | Finalize and file Statement Concerning Damages and proposed Voir Dire questions; prepare and file proposed jury instructions, including review of key portions of FPSA, memorandum concerning true up claim analysis, and phone conference with Mr. Patrick regarding same; exchange of emails with opposing counsel regarding proposed jury instructions. |

TOTAL CHARGEABLE HOURS ................................................................................................ 42.10

FEES ........................................................................................................................................ $18,371.00

LESS AGREED DISCOUNT .................................................................................................... (2,755.65)

TOTAL FEES .......................................................................................................................... $15,615.35

EXPENSES & SERVICES:

| E101 | | Copy | 182.86 |
| E101S | | Copy | 951.00 |
| E105S | | Telephone | 1.50 |
| E106S | | Online research | 0.00 |
| E112 | | Court fees | 23.48 |
| F254S | | Online Research - Lexis | 316.00 |
| F255S | | Online Research - Westlaw | 2,069.30 |
| F264S[1] | 01/31/11 | Data Management, Maintenance & Support $200 per | 3,400.00 |

---

[1] Per GB per month fee assessed during the discovery phase of a case for matters in which the firm's Automated Litigation Support System is used to manage case documents and information. Fee includes project management and technical services to:

- Serve as a single point of contact for all aspects of a project.
- Design and develop database in which hard copy documents and electronic data are maintained.

BlackRock Realty Advisors, Inc.
Invoice Number: 11158183
Invoice Date: February 9, 2011
Page 4

GB per month (17 GB) _____

- Support use of Automated Litigation Support System.
- Coordinate collection of hard copy and electronic data.
- Evaluate, recommend and coordinate with litigation support vendors.
- Assist electronic discovery technologist in reporting, quality control and management of electronic discovery efforts.
- Design document review strategy; manage document review process and timelines.
- Support strategic document analysis, measurement and reporting of document review efficiencies.
- Coordinate criteria, format, quality control and timelines for document productions.
- Provide recommendations regarding application of technology in all phases of litigation.
- Load data received from scanning and electronic discovery vendors and opposing counsel; maintain quality assurance.

# EXHIBIT A.15

BlackRock Realty Advisors, Inc.
Invoice Number: 11167414
Invoice Date: March 10, 2011
Page 8

GB per month (17 GB)  _____

- Coordinate collection of hard copy and electronic data.
- Evaluate, recommend and coordinate with litigation support vendors.
- Assist electronic discovery technologist in reporting, quality control and management of electronic discovery efforts.
- Design document review strategy; manage document review process and timelines.
- Support strategic document analysis, measurement and reporting of document review efficiencies.
- Coordinate criteria, format, quality control and timelines for document productions.
- Provide recommendations regarding application of technology in all phases of litigation.
- Load data received from scanning and electronic discovery vendors and opposing counsel; maintain quality assurance.

BlackRock Realty Advisors, Inc.
Invoice Number: 11167414
Invoice Date: March 10, 2011
Invoice Due Date: April 9, 2011

|  |  |
|---|---:|
|  | 7,648.42 |
| TOTAL FEES AND EXPENSES & SERVICES | $103,077.49 |
| TOTAL INVOICE AMOUNT DUE | $103,077.49 |

BlackRock Realty Advisors, Inc.
Invoice Number: 11167414
Invoice Date: March 10, 2011
Invoice Due Date: April 9, 2011

Southlands Town Center Escrow AC70210076
Dispute {Escrow}

\* \* \* \* \*

The following is a summary of the time dedicated and the fees charged on an average hourly rate basis to this matter by the Firm's professional staff:

| TIMEKEEPER NAME | TITLE | HOURS | RATE | FEE |
|---|---|---|---|---|
| Osborne J. Dykes | Of Counsel_ | 47.90 | $650.00 | 31,135.00 |
| Jane Snoddy Smith | Partner | 9.20 | $625.00 | 5,750.00 |
| Marcy Hogan Greer | Partner | 0.60 | $600.00 | 360.00 |
| Paul Trahan | Partner | 96.70 | $575.00 | 55,602.50 |
| Bryan Wesley Patrick | Sr Associate | 9.10 | $410.00 | 3,731.00 |
| Sara Janes Wolf | Sr Associate | 0.20 | $395.00 | 79.00 |
| Lucy D. Arnold | Associate | 49.20 | $250.00 | 12,300.00 |
| Stacey Jett | Sr Paralegal | 13.00 | $225.00 | 2,925.00 |
| Christine Andros Allen | Secretary | 2.10 | $160.00 | 336.00 |
| TOTAL | | 228.00 | | 112,218.50 |

BlackRock Realty Advisors, Inc.
Invoice Number: 11167414
Invoice Date: March 10, 2011
Invoice Due Date: April 9, 2011

Southlands Town Center Escrow AC70210076
Dispute {Escrow}

\* \* \* \* \*

The following is a summary of the time dedicated and the fees charged on an average hourly rate basis to this matter by the Firm's professional staff:

**Practice Support Time Summary**

| TIMEKEEPER NAME | TITLE | HOURS | RATE | FEE |
|---|---|---|---|---|
| Raymundo G. Perez | PSG Clnt Srvcs | 0.30 | $170.00 | 51.00 |
| TOTAL | | 0.30 | | 51.00 |

| | HOURS | RATE | FEE |
|---|---|---|---|
| Attorney Personnel | 212.90 | $511.78 | 108,957.50 |
| Paralegal Personnel | 15.40 | $215.06 | 3,312.00 |
| TOTAL | 228.30 | | 112,269.50 |

\*\* Average Hourly Rate for all Personnel

Invoice Number: 11167414
Matter Number: 10904447

Invoice Date: March 10, 2011
Invoice Due Date: April 9, 2011

Jeremy A. Litt, Director, Legal & Comp.
BlackRock Realty Advisors, Inc.
BlackRock Realty Inc.
40 East 52nd Street
8th Floor
New York, NY 10022

**FULBRIGHT & JAWORSKI L.L.P.**
**A Registered Limited Liability Partnership**
600 Congress Avenue, Suite 2400
Austin, Texas 78701
(512) 474-5201

Requesting Attorney: Jane Snoddy Smith

Tax Identification Number
74-1201087

PLEASE RETURN WITH REMITTANCE
TOTAL AMOUNT (PAYABLE IN U.S. DOLLARS) DUE BY APRIL 9, 2011

Southlands Town Center Escrow AC70210076
Dispute {Escrow}

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through February 28, 2011 as follows:

| | |
|---|---|
| TOTAL FEES | $112,269.50 |
| LESS AGREED DISCOUNT | (16,840.43) |
| TOTAL EXPENSES & SERVICES | 7,648.42 |
| TOTAL FEES AND EXPENSES & SERVICES | $103,077.49 |
| TOTAL INVOICE AMOUNT DUE | $103,077.49 ** |