Invoice Number: 11174413
Matter Number: 10904447
Invoice Date: April 12, 2011
Invoice Due Date: May 12, 2011

Jeremy A. Litt, Director, Legal & Comp.
BlackRock Realty Advisors, Inc.
BlackRock Realty Inc.
40 East 52nd Street
8th Floor
New York, NY 10022

**FULBRIGHT & JAWORSKI L.L.P.**
**A Registered Limited Liability Partnership**
600 Congress Avenue, Suite 2400
Austin, Texas 78701
(512) 474-5201

Requesting Attorney: Jane Snoddy Smith

Tax Identification Number
74-1201087

Southlands Town Center Escrow AC70210076
Dispute {Attorneys' Fees}

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through March 31, 2011 as follows:

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| 03/01/11 | BW Patrick | 0.30 | 123.00 | E-mail correspondence with D. Diamond regarding permissible claim for attorneys' fees. |
| 03/04/11 | DJ Diamond | 4.00 | 816.00 | Legal research regarding attorney fee and expense recovery by prevailing party. |
| 03/05/11 | DJ Diamond | 6.60 | 1,346.40 | Legal research regarding attorney fee and cost recovery by prevailing party. |
| 03/06/11 | DJ Diamond | 3.20 | 652.80 | Legal research regarding attorney fee and cost recovery for prevailing party. |
| 03/07/11 | DJ Diamond | 4.10 | 836.40 | Legal research regarding attorney fee and cost recovery by prevailing party; telephone conference with clerk of court regarding segregating costs; prepare legal memorandum regarding attorney fee and cost recovery by prevailing party. |
| 03/08/11 | DJ Diamond | 8.90 | 1,815.60 | Prepare legal memorandum regarding attorney fee and cost recovery by prevailing party. |
| 03/08/11 | P Trahan | 0.30 | 172.50 | Review issues relating to recovery of attorneys' fess. |
| 03/09/11 | DJ Diamond | 7.40 | 1,509.60 | Prepare legal memo regarding attorney fee and cost recovery by prevailing party. |
| 03/10/11 | DJ Diamond | 0.30 | 61.20 | Legal research regarding interpretation of "reasonable" attorney's fees under Colorado law. |
| 03/11/11 | DJ Diamond | 2.60 | 530.40 | Legal research regarding interpretation of "reasonable" attorney's fees under Colorado law. |
| 03/12/11 | DJ Diamond | 7.70 | 1,570.80 | Legal research re: state law interpretation of "reasonable"; redaction and apportionment of attorney fees. |
| 03/13/11 | DJ Diamond | 3.00 | 612.00 | Prepare and revise legal memo regarding attorney fee and cost recovery by prevailing party. |
| 03/16/11 | OJ Dykes | 0.50 | 325.00 | Receive and review legal research memorandum regarding procedure for and proof of attorney fees in the |

BlackRock Realty Advisors, Inc.
Invoice Number: 11174413
Invoice Date: April 12, 2011
Invoice Due Date: May 12, 2011
Page 2

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|

10th Circuit.

TOTAL CHARGEABLE HOURS .................................................................................................48.90
FEES ...........................................................................................................................................$10,371.70
LESS AGREED DISCOUNT ........................................................................................................(1,555.76)
TOTAL FEES................................................................................................................................$8,815.94

EXPENSES & SERVICES:

| Code | Date | Description | Amount |
|---|---|---|---|
| E101S | | Copy | 45.90 |
| E105S | | Telephone | 0.84 |
| E107 | | Delivery services/messengers | 5.00 |
| F254S | | Online Research - Lexis | 2,062.00 |
| F268S | | Pacer | 7.52 |
| E114 | 02/17/11 | Reversal from Cancelled Voucher 11218615 Witness fees - Gene Hamilton Witness fee - Jose Inclan Bank ID: 008 Check Number: 188042 VOID - Bank ID: 008 Check Number: 188042 Bank ID: 008 Check Number: 188154 VOID - Bank ID: 008 Check Number: 188154 Bank ID: 000 Check Number: 176426 | (62.54) |
| E114 | 02/17/11 | Reversal from Cancelled Voucher 11218615 Witness fees - Gene Hamilton Witness fee - Joseph Bellio Bank ID: 008 Check Number: 188042 VOID - Bank ID: 008 Check Number: 188042 Bank ID: 008 Check Number: 188154 VOID - Bank ID: 008 Check Number: 188154 Bank ID: 000 Check Number: 176426 | (45.76) |
| F264S[1] | 03/31/11 | Data Management, Maintenance & Support $200 per GB per month (17 GB) | 3,400.00 |

---

[1] Per GB per month fee assessed during the discovery phase of a case for matters in which the firm's Automated Litigation Support System is used to manage case documents and information. Fee includes project management and technical services to:

- Serve as a single point of contact for all aspects of a project.
- Design and develop database in which hard copy documents and electronic data are maintained.
- Support use of Automated Litigation Support System.
- Coordinate collection of hard copy and electronic data.
- Evaluate, recommend and coordinate with litigation support vendors.
- Assist electronic discovery technologist in reporting, quality control and management of electronic discovery efforts.
- Design document review strategy; manage document review process and timelines.
- Support strategic document analysis, measurement and reporting of document review efficiencies.
- Coordinate criteria, format, quality control and timelines for document productions.
- Provide recommendations regarding application of technology in all phases of litigation.
- Load data received from scanning and electronic discovery vendors and opposing counsel; maintain quality assurance.

BlackRock Realty Advisors, Inc.
Invoice Number: 11174413
Invoice Date: April 12, 2011
Invoice Due Date: May 12, 2011

---

    5,412.96

TOTAL FEES AND EXPENSES & SERVICES............................................................................................$14,228.90

TOTAL INVOICE AMOUNT DUE...............................................................................................................$14,228.90

BlackRock Realty Advisors, Inc.
Invoice Number: 11174413
Invoice Date: April 12, 2011
Invoice Due Date: May 12, 2011

Southlands Town Center Escrow AC70210076
Dispute {Attorneys' Fees}

* * * * *

The following is a summary of the time dedicated and the fees charged on an average hourly rate basis to this matter by the Firm's professional staff:

| TIMEKEEPER NAME | TITLE | HOURS | RATE | FEE |
|---|---|---|---|---|
| Osborne J. Dykes | Of Counsel | 0.50 | $650.00 | 325.00 |
| Paul Trahan | Partner | 0.30 | $575.00 | 172.50 |
| Bryan Wesley Patrick | Sr Associate | 0.30 | $410.00 | 123.00 |
| David Joseph Diamond | Associate | 47.80 | $204.00 | 9,751.20 |
| | TOTAL | 48.90 | | 10,371.70 |

| | HOURS | RATE | FEE |
|---|---|---|---|
| Attorney Personnel | 48.90 | $212.10 | 10,371.70 |
| TOTAL | 48.90 | | 10,371.70 |

** Average Hourly Rate for all Personnel

Invoice Number: 11174413
Matter Number: 10904447

Invoice Date: April 12, 2011
Invoice Due Date: May 12, 2011

Jeremy A. Litt, Director, Legal & Comp.
BlackRock Realty Advisors, Inc.
BlackRock Realty Inc.
40 East 52nd Street
8th Floor
New York, NY 10022

**FULBRIGHT & JAWORSKI L.L.P.**
**A Registered Limited Liability Partnership**
600 Congress Avenue, Suite 2400
Austin, Texas 78701
(512) 474-5201

Requesting Attorney: Jane Snoddy Smith

Tax Identification Number
74-1201087

PLEASE RETURN WITH REMITTANCE
TOTAL AMOUNT (PAYABLE IN U.S. DOLLARS) DUE BY MAY 12, 2011

Southlands Town Center Escrow AC70210076
Dispute {Attorneys' Fees}

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through March 31, 2011 as follows:

TOTAL FEES......................................................................................................................$10,371.70

LESS AGREED DISCOUNT ................................................................................................(1,555.76)

TOTAL EXPENSES & SERVICES...........................................................................................5,412.96

TOTAL FEES AND EXPENSES & SERVICES......................................................................$14,228.90

TOTAL INVOICE AMOUNT DUE.......................................................................................$14,228.90 **

Case 1:09-cv-00799-SJJ-KLM Document 199-17 Filed 05/13/11 USDC Colorado Page 1 of 17

# EXHIBIT A.16

Invoice Number: 11184301
Matter Number: 10904447
Invoice Date: May 13, 2011
Invoice Due Date: June 12, 2011

Jeremy A. Litt, Director, Legal & Comp.
BlackRock Realty Advisors, Inc.
BlackRock Realty Inc.
40 East 52nd Street
8th Floor
New York, NY  10022

**FULBRIGHT & JAWORSKI L.L.P.**
A Registered Limited Liability Partnership
600 Congress Avenue, Suite 2400
Austin, Texas 78701
(512) 474-5201

Tax Identification Number
74-1201087

Requesting Attorney: Jane Snoddy Smith

Southlands Town Center Escrow AC70210076
Dispute {Attorneys Fees}

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through April 30, 2011 as follows:

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| 04/12/11 | BW Patrick | 1.20 | 492.00 | Review and redact invoices in connection with claim for attorneys' fees for escrow claim. |

TOTAL CHARGEABLE HOURS ........................................................................................................ 1.20

FEES ............................................................................................................................................. $492.00

LESS AGREED DISCOUNT .............................................................................................................. (73.80)

TOTAL FEES ................................................................................................................................. $418.20

TOTAL FEES AND EXPENSES & SERVICES ................................................................................. $418.20

TOTAL INVOICE AMOUNT DUE .................................................................................................... $418.20

BlackRock Realty Advisors, Inc.
Invoice Number: 11184301
Invoice Date: May 13, 2011
Invoice Due Date: June 12, 2011

Southlands Town Center Escrow AC70210076
Dispute {Attorneys Fees}

\* \* \* \* \*

The following is a summary of the time dedicated and the fees charged on an average hourly rate basis to this matter by the Firm's professional staff:

| TIMEKEEPER NAME | TITLE | HOURS | RATE | FEE |
| --- | --- | --- | --- | --- |
| Bryan Wesley Patrick | Sr Associate | 1.20 | $410.00 | 492.00 |
| TOTAL | | 1.20 | | 492.00 |

Invoice Number: 11184301
Matter Number: 10904447

Invoice Date: May 13, 2011
Invoice Due Date: June 12, 2011

Jeremy A. Litt, Director, Legal & Comp.
BlackRock Realty Advisors, Inc.
BlackRock Realty Inc.
40 East 52nd Street
8th Floor
New York, NY 10022

**FULBRIGHT & JAWORSKI L.L.P.**
A Registered Limited Liability Partnership
600 Congress Avenue, Suite 2400
Austin, Texas 78701
(512) 474-5201

Requesting Attorney: Jane Snoddy Smith

Tax Identification Number
74-1201087

PLEASE RETURN WITH REMITTANCE
TOTAL AMOUNT (PAYABLE IN U.S. DOLLARS) DUE BY JUNE 12, 2011

Southlands Town Center Escrow AC70210076
Dispute {Attorneys Fees}

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through April 30, 2011 as follows:

TOTAL FEES..................................................................................................................................$492.00

LESS AGREED DISCOUNT .........................................................................................................(73.80)

TOTAL FEES AND EXPENSES & SERVICES..............................................................................$418.20

TOTAL INVOICE AMOUNT DUE.................................................................................................. $418.20 **

Invoice Number: 11184301
Matter Number: 10904447
Invoice Date: May 13, 2011
Invoice Due Date: June 12, 2011

Jeremy A. Litt, Director, Legal & Comp.
BlackRock Realty Advisors, Inc.
BlackRock Realty Inc.
40 East 52nd Street
8th Floor
New York, NY 10022

## SUMMARY
## DO NOT SEND TO CLIENT

Requesting Attorney: Jane Snoddy Smith

Tax Identification Number
74-1201087

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through April 30, 2011 as follows:

Southlands Town Center Escrow AC70210076 Dispute

**INVOICE SUMMARY**

| | |
|---|---|
| FEES | $492.00 |
| FEE ADJUSTMENTS | ($73.80) |
| TOTAL FEES | $418.20 |
| EXPENSES AND SERVICES | $0.00 |
| INTERIM BILLED | $0.00 |
| INTERIM APPLIED | $0.00 |
| UNALLOCATED CREDITS BEING APPLIED | $0.00 |
| AMOUNT CURRENT INVOICE | $418.20 |
| OUTSTANDING INVOICES | $164,253.66 |
| NET AMOUNT DUE | $164,671.86 |

**MATTER SUMMARY**

*FEES BILLING HISTORY*
YEAR TO DATE $217,458.18
HISTORY TO DATE $1,367,434.96

*EXPENSES BILLING HISTORY*
YEAR TO DATE $29,904.52
HISTORY TO DATE $104,671.44

*TOTAL FEES AND EXPENSES BILLING HISTORY*
YEAR TO DATE $247,362.70
HISTORY TO DATE $1,472,106.40

UNALLOCATED ADVANCE BALANCE $0.00
UNAPPLIED INTERIM BILLS BALANCE $0.00

Invoice Number: 11184051
Matter Number: 10904447
Invoice Date: May 13, 2011
Invoice Due Date: June 12, 2011

Jeremy A. Litt, Director, Legal & Comp.
BlackRock Realty Advisors, Inc.
BlackRock Realty Inc.
40 East 52nd Street
8th Floor
New York, NY 10022

**FULBRIGHT & JAWORSKI L.L.P.**
**A Registered Limited Liability Partnership**
**600 Congress Avenue, Suite 2400**
**Austin, Texas 78701**
**(512) 474-5201**

Tax Identification Number
74-1201087

Requesting Attorney: Jane Snoddy Smith

Southlands Town Center Escrow AC70210076
Dispute {Escrow}

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through April 30, 2011 as follows:

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| 04/04/11 | SR Dick | 1.20 | 72.00 | Receive transcript from court reporter; print and assemble same for attorney review. |
| 04/04/11 | P Trahan | 3.20 | 1,840.00 | Review and annotate trial transcript; review related exhibits and pleadings. |
| 04/05/11 | P Trahan | 0.70 | 402.50 | Review and revise annotated Proposed Findings of Fact and Conclusions of Law. |
| 04/06/11 | LD Arnold | 2.00 | 500.00 | Revise Findings of Fact and Conclusions of Law for filing in accordance with Court order. |
| 04/06/11 | P Trahan | 0.70 | 402.50 | Review issues relating to Proposed Findings of Fact and Conclusions of Law. |
| 04/07/11 | LD Arnold | 0.50 | 125.00 | Prepare findings of fact citations to trial transcript. |
| 04/08/11 | LD Arnold | 0.30 | 75.00 | Prepare conclusions of law (research cases for elements of breach of contract). |
| 04/11/11 | LD Arnold | 4.00 | 1,000.00 | Revise findings of fact and conclusions of law. |
| 04/11/11 | P Trahan | 0.20 | 115.00 | Initial review of revised Proposed Findings of Fact and Conclusions of Law. |
| 04/12/11 | LD Arnold | 0.20 | 50.00 | Revise proposed Findings of Fact and Conclusions of Law. |
| 04/12/11 | OJ Dykes | 0.80 | 520.00 | Review of draft revised findings of fact and conclusions of law. |
| 04/12/11 | P Trahan | 2.20 | 1,265.00 | Review and revise the Proposed Findings of Fact and Conclusions of Law; review transcript, pleadings, and exhibits in relation to same. |
| 04/13/11 | LD Arnold | 0.80 | 200.00 | Revisions to proposed Findings of Fact and Conclusions of Law. |
| 04/13/11 | BW Patrick | 1.10 | 451.00 | Review and revise findings of fact and conclusions of law; conference with P. Trahan regarding same. |
| 04/13/11 | P Trahan | 2.20 | 1,265.00 | Review and revise the Proposed Findings of Fact and |

BlackRock Realty Advisors, Inc.
Invoice Number: 11184051
Invoice Date: May 13, 2011
Invoice Due Date: June 12, 2011
Page 2

| DATE | NAME | TIME | AMOUNT | SERVICES |
|---|---|---|---|---|
| | | | | Conclusions of Law; review transcript and exhibits in relation to same; consult with appellate counsel in relation to same. |
| 04/13/11 | SJ Wolf | 0.60 | 237.00 | Review Granite's Proposed Findings of Fact and Conclusions of Law; conference with P. Trahan regarding same. |
| 04/14/11 | BW Patrick | 0.80 | 328.00 | Conference with P. Trahan regarding statements of fact and conclusions of law. |
| 04/14/11 | P Trahan | 6.50 | 3,737.50 | Review and revise Proposed Findings of Fact and Conclusions of Law for final submission to the Court; review related evidence and pleadings, including the trial exhibits and transcript; confer with Jeremy Litt in relation to same. |
| 04/14/11 | SJ Wolf | 0.40 | 158.00 | Conference with P. Trahan about necessary findings of fact and conclusions of law and strategy for same. |
| 04/15/11 | LD Arnold | 0.90 | 225.00 | Revisions to proposed Findings of Fact and Conclusions of Law; telephone call to Kathleen Weckwerth regarding whether we should file a Word version along with the required pdf of the proposed Findings. |
| 04/15/11 | OJ Dykes | 0.50 | 325.00 | Review and comment on revised proposed findings of fact and conclusions of law, including conference with Ms. Arnold regarding same. |
| 04/15/11 | P Trahan | 2.30 | 1,322.50 | Finalize and file the Proposed Findings of Fact and Conclusions of Law, including the addition of additional findings relating to Alberta's argument that the "cracked foundation" is immaterial because of the "as is" clause in the FPSA and because the Cinema was responsible for building the slab; confer with client in relation to same; review documents and pleadings in relation to same. |
| 04/18/11 | LD Arnold | 0.30 | 75.00 | Telephone conference with Kathleen Weckwerth regarding Word version of Findings of Fact and Conclusions of Law; draft correspondence to Judge Johnson's clerk regarding same. |
| 04/18/11 | P Trahan | 0.10 | 57.50 | Confer with Court about format for Proposed Findings. |

TOTAL CHARGEABLE HOURS ............................................................................................................. 32.50

FEES ..................................................................................................................................................... $14,748.50

LESS AGREED DISCOUNT .................................................................................................................. (2,212.28)

TOTAL FEES ......................................................................................................................................... $12,536.22

EXPENSES & SERVICES:

| E101S | Copy | 73.65 |
| E106S | Online research | 10.00 |
| F254S | Online Research - Lexis | 113.00 |
| F255S | Online Research - Westlaw | 47.26 |

BlackRock Realty Advisors, Inc.
Invoice Number: 11184051
Invoice Date: May 13, 2011
Page 3

| | | | |
|---|---|---|---:|
| E110 | 04/05/11 | Out-of-town travel - Paul Trahan Travel Expenses (Air Fare $493.40; Parking $54; Taxi $61.75; Hotel $1550.47; Internet $21.90; Early Check In $20) for Trip to Denver to Prepare for Trial -- 2/10/2011 -- 10904447 Bank ID: 038 Check Number: 11606 | 2,201.52 |
| E111 | 04/05/11 | Meals - Paul Trahan Meal Expenses for Trip to Denver to Prepare for Trial -- 2/10/2011 -- 10904447 Bank ID: 038 Check Number: 11606 | 107.82 |
| E115 | 04/06/11 | Deposition transcripts - Adrienne Whitlow Balance for 02/14/11 trial transcript / 10904447 Bank ID: 038 Check Number: 11639 | 204.43 |
| F264S[1] | 04/30/11 | Data Management, Maintenance & Support $200 per GB per month (17 GB) | 3,400.00 |

---

[1] Per GB per month fee assessed during the discovery phase of a case for matters in which the firm's Automated Litigation Support System is used to manage case documents and information. Fee includes project management and technical services to:

- Serve as a single point of contact for all aspects of a project.
- Design and develop database in which hard copy documents and electronic data are maintained.
- Support use of Automated Litigation Support System.
- Coordinate collection of hard copy and electronic data.
- Evaluate, recommend and coordinate with litigation support vendors.
- Assist electronic discovery technologist in reporting, quality control and management of electronic discovery efforts.
- Design document review strategy; manage document review process and timelines.
- Support strategic document analysis, measurement and reporting of document review efficiencies.
- Coordinate criteria, format, quality control and timelines for document productions.
- Provide recommendations regarding application of technology in all phases of litigation.
- Load data received from scanning and electronic discovery vendors and opposing counsel; maintain quality assurance.

BlackRock Realty Advisors, Inc.
Invoice Number: 11184051
Invoice Date: May 13, 2011
Invoice Due Date: June 12, 2011

|  |  |
|---|---:|
|  | 6,157.68 |
| TOTAL FEES AND EXPENSES & SERVICES | $18,693.90 |
| LESS: Advances applied for services rendered | (455.00) |
| TOTAL INVOICE AMOUNT DUE | $18,238.90 |

BlackRock Realty Advisors, Inc.
Invoice Number: 11184051
Invoice Date: May 13, 2011
Invoice Due Date: June 12, 2011

Southlands Town Center Escrow AC70210076
Dispute {Escrow}

\* \* \* \* \*

The following is a summary of the time dedicated and the fees charged on an average hourly rate basis to this matter by the Firm's professional staff:

| TIMEKEEPER NAME | TITLE | HOURS | RATE | FEE |
|---|---|---|---|---|
| Osborne J. Dykes | Of Counsel_ | 1.30 | $650.00 | 845.00 |
| Paul Trahan | Partner | 18.10 | $575.00 | 10,407.50 |
| Bryan Wesley Patrick | Sr Associate | 1.90 | $410.00 | 779.00 |
| Sara Janes Wolf | Sr Associate | 1.00 | $395.00 | 395.00 |
| Lucy D. Arnold | Associate | 9.00 | $250.00 | 2,250.00 |
| Stevi Roberta Dick | Project Ast | 1.20 | $60.00 | 72.00 |
| TOTAL | | 32.50 | | 14,748.50 |

Invoice Number: 11184051
Matter Number: 10904447

Invoice Date: May 13, 2011
Invoice Due Date: June 12, 2011

Jeremy A. Litt, Director, Legal & Comp.
BlackRock Realty Advisors, Inc.
BlackRock Realty Inc.
40 East 52nd Street
8th Floor
New York, NY 10022

**FULBRIGHT & JAWORSKI L.L.P.**
A Registered Limited Liability Partnership
600 Congress Avenue, Suite 2400
Austin, Texas 78701
(512) 474-5201

Requesting Attorney: Jane Snoddy Smith

Tax Identification Number
74-1201087

PLEASE RETURN WITH REMITTANCE
TOTAL AMOUNT (PAYABLE IN U.S. DOLLARS) DUE BY JUNE 12, 2011

Southlands Town Center Escrow AC70210076
Dispute {Escrow}

FOR PREVIOUSLY UNBILLED PROFESSIONAL SERVICES RENDERED through April 30, 2011 as follows:

TOTAL FEES ..................................................................................................................... $14,748.50

LESS AGREED DISCOUNT ................................................................................................. (2,212.28)

TOTAL EXPENSES & SERVICES ........................................................................................... 6,157.68

TOTAL FEES AND EXPENSES & SERVICES ..................................................................... $18,693.90

LESS: Advances applied for services rendered ..................................................................... (455.00)

TOTAL INVOICE AMOUNT DUE ...................................................................................... $18,238.90 **

# EXHIBIT A.17