_____
Paul Trahan

SUBSCRIBED AND SWORN TO BEFORE ME, on September 19, 2011, to witness my hand and seal of office.

_____
NOTARY PUBLIC, State of Texas

JULIANN R. WRIGHT
Notary Public, State of Texas
My Commission Expires
JULY 3, 2013

# ADDENDUM B-1

# Granite v. Alberta - Summary of Fees Expenses Relating to Escrow Claims

| Invoice # | Invoice Date | Escrow Related Hours | Escrow Related Fees | Escrow Related Expenses | Total Fees & Expenses | General Description of Work |
|---|---|---|---|---|---|---|
| 10975747 | 04/14/2009 | 2.50 | $ 1,147.50 | $ - | $ 1,147.50 | Initial investigation of claims, assess and prepare demands to Land Title |
| 10982815 | 05/11/2009 | 41.15 | $ 16,939.65 | $ 258.99 | $ 17,198.64 | Continued investigation, research claims, prepare complaint, confer with opposing counsel |
| 10993023 | 06/12/2009 | 16.35 | $ 6,234.33 | $ 725.75 | $ 6,960.08 | Research remedies, confer with Land Title, prepare report to client, review answer & counterclaims, prepare summary of agreements and timeline |
| 11000150 | 07/09/2009 | 18.95 | $ 7,564.58 | $ 72.51 | $ 7,637.09 | Confer with opposing counsel, address scheduling issues, legal research, prepare settlement statement for magistrate |
| 11010482 | 08/12/2009 | 19.65 | $ 7,132.99 | $ 559.52 | $ 7,692.51 | Initial disclosures, Pretrial Order, Settlement Statement, Confer with Land Title, Scheduling Hearing, Assess Defendants' Disclosures, Confer on Disclosures |
| 11018185 | 09/09/2009 | 1.80 | $ 663.00 | $ - | $ 663.00 | Assess Status & Discovery |
| 11018175 | 09/09/2009 | 0.80 | $ 406.30 | $ - | $ 406.30 | Protective Order, Confer with Opposing Counsel |
| 11025990 | 10/08/2009 | 38.40 | $ 10,110.75 | $ - | $ 10,110.75 | Protective Order Assessment, Motion, Discussions & Hearing, Settlement Assessment, Document Production |

86141336_4.XLSX 1

# Granite v. Alberta - Summary of Fees Expenses Relating to Escrow Claims

| Invoice # | Invoice Date | Escrow Related Hours | Escrow Related Fees | Escrow Related Expenses | Total Fees & Expenses | General Description of Work |
|---|---|---|---|---|---|---|
| 11037080 | 11/11/2009 | 5.70 | $ 1,742.92 | $ - | $ 1,742.92 | Assess Status & Discovery |
| 11045862 | 12/11/2009 | 0.60 | $ 181.08 | $ - | $ 181.08 | Prepare Discovery |
| 11052436 | 01/12/2010 | 84.50 | $ 29,259.98 | $ (485.70) | $ 28,774.28 | Assess & Repond to Alberta Summary Judgment, Interview Witnesses, Review Discovery Requests, Confer w/ Opposing Counsel re: Discovery Disputes, Prepare Summary Judgment Response w/ Evidence |
| 11061048 | 02/12/2010 | 251.20 | $ 102,722.08 | $ 1,037.87 | $ 103,759.95 | Review Alberta documents, Review of Granite Documents for Production to Alberta, Prepare for and Take Depositions, Settlement Discussions, Prepare for and Defend Depositions, Discovery Disputes, Interpleader Issues, Surreply to Summary Judgment, Mass Document Review |
| 11067197 | 03/08/2010 | 407.70 | $ 125,307.39 | $ 7,056.19 | $ 132,363.58 | Mass Document Review in Response to Alberta Discovery, Privilege Review of Documents, Take Depositions, Discovery Disputes |
| 11075192 | 04/09/2010 | 64.65 | $ 25,346.79 | $ 2,193.58 | $ 27,540.37 | Take Depositions, Discovery Disputes, Prepare Witnesses for Depositions, |
| 11083128 | 05/10/2010 | 118.55 | $ 52,810.71 | $ 4,430.09 | $ 57,240.80 | Prepare for & Attend Settlement Conference, Prepare & Defend Depositions, Interpleader Issues |

# Granite v. Alberta - Summary of Fees Expenses Relating to Escrow Claims

| Invoice # | Invoice Date | Escrow Related Hours | Escrow Related Fees | Escrow Related Expenses | Total Fees & Expenses | General Description of Work |
|---|---|---|---|---|---|---|
| 11093316 | 06/09/2010 | 5.70 | $ 2,495.17 | $ 5,746.32 | $ 8,241.49 | Escrow Issues, Settlement Strategy |
| 11102107 | 07/12/2010 | 13.90 | $ 5,880.30 | $ 4,356.86 | $ 10,237.16 | Pretrial Order, Settlement, Escrow Funds Issues |
| 11109197 | 08/09/2010 | 20.80 | $ 32,228.17 | $ 3,400.96 | $ 35,629.13 | Pretrial Order, Exhibit & Witness Lists, Review Settlement Issues, Settlement Memo |
| 11117085 | 09/09/2010 | 12.40 | $ 63.75 | $ - | $ 63.75 | Alberta's Motion to Expedite |
| 11127431 | 10/13/2010 | 12.40 | $ 5,655.90 | $ - | $ 5,655.90 | Prepare for & Attend Settlement Conference |
| 11136366 | 11/12/2010 | 6.90 | $ 2,425.05 | $ - | $ 2,425.05 | Settlement, Trial Logistics |
| 11145137 | 12/14/2010 | 10.90 | $ 1,290.30 | $ 3,403.12 | $ 4,693.42 | Interpleader of Funds, Trial Logistics |
| 11151559 | 01/12/2011 | 13.50 | $ 6,248.35 | $ 3,400.00 | $ 9,648.35 | Trial Prep, Status Conference, Pretrial Matters, Motion in Limine |
| 11158183 | 02/09/2011 | 212.10 | $ 15,615.35 | $ 78.17 | $ 15,693.52 | Pretrial Motions, Amended Complaint, Prepare Exhibits, Settlement Discussions, Damages Statement, Voir Dire Questions |
| 11167414 | 03/10/2011 | 17.00 | $ 95,429.07 | $ 7,167.75 | $ 102,596.82 | Prepare for and Attend Trial, Review Pretrial Submissions, Exhibit Objections, Witness Outlines, Witness Preparation, Findings of Fact & Conclusions of Law, Written Closing |
| 11174413 | 04/12/2011 | 79.60 | $ 8,815.94 | $ 5,083.14 | $ 13,899.08 | Research Attorneys' Fees & Post-trial Issues |

# Granite v. Alberta - Summary of Fees Expenses Relating to Escrow Claims

| Invoice # | Invoice Date | Escrow Related Hours | Escrow Related Fees | Escrow Related Expenses | Total Fees & Expenses | General Description of Work |
|---|---|---|---|---|---|---|
| 11184051 | 05/13/2011 | 10.60 | $ 12,536.22 | $ 6,157.68 | $ 18,693.90 | Post-trial Issues including Review of Transcript, Revising Proposed Findings of Fact and Conclusions of Law |
| 11184301 | 05/13/2011 | 1.20 | $ 418.20 | $ - | $ 418.20 | Prepare Claim for Attorneys' Fees |
| 11192319 | 06/13/2011 | 2.50 | $ 1,312.50 | $ - | $ 1,312.50 | Post-Trial Issues |
| 11192438 | 06/13/2011 | 5.90 | $ 2,419.00 | $ - | $ 2,419.00 | Prepare Claim for Attorneys' Fees |
| | Sub-total | 1,497.90 | $ 580,403.32 | $ 54,642.80 | $ 635,046.12 | |
| | | | | | | |
| | Fees Not Yet Invoiced | 109.50 | $ 38,879.00 | $ - | $ 38,879.00 | Assess Ruling, Prepare Atty. Fees Request w/ supporting evidence & Confer w/ Land Title |
| | Estimate of Future Fees | 30.00 | $ 12,000.00 | $ - | $ 12,000.00 | Pursue Atty. Fees & Collection of judgment |
| | Total | 1,637.40 | $ 631,282.32 | $ 54,642.80 | $ 685,925.12 | |
| | Average Rate | $ 385.54 | | | | |

86141336_4.XLSX

4

# ADDENDUM B-2

## Granite v. Alberta - Summary of Hours, Fees, and Rates for Core Team

| Month | Timekeeper | Discounted Rate (15%)* | Escrow Hours | Fees for Escrow Claims |
|---|---|---|---|---|
| Mar-09 | | | | |
| | Paul Trahan | $ 459.00 | 2.50 | $ 1,147.50 |
| Apr-09 | | | | |
| | Jeff Dykes | $ 552.50 | 4.40 | $ 2,431.00 |
| | Jane Smith | $ 480.25 | 7.20 | $ 3,457.80 |
| | Paul Trahan | $ 433.50 | 19.55 | $ 8,474.93 |
| | Bryan Patrick | $ 301.75 | 6.20 | $ 1,870.85 |
| | Ben Vetter | $ 289.00 | 1.30 | $ 375.70 |
| May-09 | | | | |
| | Jeff Dykes | $ 552.50 | 1.00 | $ 552.50 |
| | Jane Smith | $ 480.25 | 2.70 | $ 1,296.68 |
| | Paul Trahan | $ 433.50 | 4.65 | $ 2,015.78 |
| | Bryan Patrick | $ 301.75 | 4.50 | $ 1,357.88 |
| | Ben Vetter | $ 289.00 | 3.50 | $ 1,011.50 |
| Jun-09 | | | | |
| | Jeff Dykes | $ 552.50 | 3.00 | $ 1,657.50 |
| | Jane Smith | $ 480.25 | 0.70 | $ 336.18 |
| | Paul Trahan | $ 433.50 | 7.85 | $ 3,402.98 |
| | Bryan Patrick | $ 301.75 | 2.30 | $ 694.03 |
| | Ben Vetter | $ 289.00 | 5.10 | $ 1,473.90 |
| Jul-09 | | | | |
| | Jeff Dykes | $ 552.50 | 2.30 | $ 1,270.75 |
| | Jane Smith | $ 480.25 | 1.60 | $ 768.40 |
| | Paul Trahan | $ 433.50 | 7.70 | $ 3,337.95 |
| | Bryan Patrick | $ 301.75 | 2.85 | $ 859.99 |
| | Ben Vetter | $ 289.00 | 5.20 | $ 1,502.80 |
| Aug-09 | | | | |
| | Jeff Dykes | $ 552.50 | 0.50 | $ 276.25 |
| | Jane Smith | $ 480.25 | 0.00 | $ - |
| | Paul Trahan | $ 433.50 | 0.60 | $ 260.10 |
| | Bryan Patrick | $ 301.75 | 0.00 | $ - |
| | Ben Vetter | $ 289.00 | 1.50 | $ 433.50 |
| Sep-09 | | | | |
| | Jeff Dykes | $ 552.50 | 0.20 | $ 110.50 |
| | Jane Smith | $ 480.25 | 0.60 | $ 288.15 |
| | Paul Trahan | $ 433.50 | 9.90 | $ 4,291.65 |
| | Bryan Patrick | $ 301.75 | 5.50 | $ 1,659.63 |
| | Ben Vetter | $ 289.00 | 0.00 | $ - |
| Oct-09 | | | | |
| | Jeff Dykes | $ 552.50 | 0.00 | $ - |
| | Jane Smith | $ 480.25 | 0.50 | $ 240.13 |
| | Paul Trahan | $ 433.50 | 0.00 | $ - |
| | Bryan Patrick | $ 301.75 | 0.00 | $ - |
| | Ben Vetter | $ 289.00 | 5.20 | $ 1,502.80 |
| Nov-09 | | | | |
| | Bryan Patrick | $ 301.75 | 0.60 | $ 181.05 |
| Dec-09 | | | | $ - |
| | Jeff Dykes | $ 552.50 | 3.30 | $ 1,823.25 |
| | Jane Smith | $ 480.25 | 4.70 | $ 2,257.18 |
| | Paul Trahan | $ 433.50 | 17.90 | $ 7,759.65 |
| | Bryan Patrick | $ 301.75 | 38.00 | $ 11,466.50 |
| | Ben Vetter | $ 289.00 | 20.60 | $ 5,953.40 |
| Jan-10 | | | | |
| | Jeff Dykes | $ 552.50 | 9.40 | $ 5,193.50 |
| | Jane Smith | $ 505.75 | 21.00 | $ 10,620.75 |

| Month | Timekeeper | Discounted Rate (15%)* | Escrow Hours | Fees for Escrow Claims |
|---|---|---|---|---|
| | Paul Trahan | $ 454.75 | 84.00 | $ 38,199.00 |
| | Bryan Patrick | $ 318.75 | 105.40 | $ 33,596.25 |
| | Ben Vetter | $ 301.75 | 14.45 | $ 4,360.29 |
| Feb-10 | | | | |
| | Jeff Dykes | $ 552.50 | 0.00 | $ - |
| | Jane Smith | $ 505.75 | 19.60 | $ 9,912.70 |
| | Paul Trahan | $ 454.75 | 5.50 | $ 2,501.13 |
| | Bryan Patrick | $ 318.75 | 86.20 | $ 27,476.25 |
| | Ben Vetter | $ 301.75 | 0.30 | $ 90.53 |
| Mar-10 | | | | |
| | Jeff Dykes | $ 552.50 | 14.70 | $ 8,121.75 |
| | Jane Smith | $ 505.75 | 4.20 | $ 2,124.15 |
| | Paul Trahan | $ 454.75 | 3.55 | $ 1,614.36 |
| | Bryan Patrick | $ 301.75 | 36.20 | $ 10,923.35 |
| | Ben Vetter | $ 301.75 | 0.30 | $ 90.53 |
| Apr-10 | | | | |
| | Jane Smith | $ 505.75 | 39.65 | $ 20,052.99 |
| | Paul Trahan | $ 454.75 | 57.70 | $ 26,239.08 |
| | Bryan Patrick | $ 318.75 | 19.50 | $ 6,215.63 |
| May-10 | | | | |
| | Jane Smith | $ 505.75 | 2.90 | $ 1,466.68 |
| | Paul Trahan | $ 454.75 | 1.00 | $ 454.75 |
| | Bryan Patrick | $ 318.75 | 1.80 | $ 573.75 |
| Jun-10 | | | | |
| | Jeff Dykes | $ 552.50 | 4.50 | $ 2,486.25 |
| | Jane Smith | $ 505.75 | 0.40 | $ 202.30 |
| | Paul Trahan | $ 454.75 | 2.95 | $ 1,341.51 |
| | Bryan Patrick | $ 318.75 | 1.45 | $ 462.19 |
| | Ben Vetter | $ 301.75 | 4.60 | $ 1,388.05 |
| Jul-10 | | | | |
| | Jeff Dykes | $ 552.50 | 4.65 | $ 2,569.13 |
| | Jane Smith | $ 505.75 | 13.60 | $ 6,878.20 |
| | Paul Trahan | $ 454.75 | 13.10 | $ 5,957.23 |
| | Bryan Patrick | $ 318.75 | 33.00 | $ 10,518.75 |
| | Ben Vetter | $ 301.75 | 5.60 | $ 1,689.80 |
| Aug-10 | | | | |
| | Bryan Patrick | $ 318.75 | 0.20 | $ 63.75 |
| Sep-10 | | | | |
| | Jane Smith | $ 505.75 | 1.40 | $ 708.05 |
| | Paul Trahan | $ 454.75 | 10.60 | $ 4,820.35 |
| | Bryan Patrick | $ 318.75 | 0.40 | $ 127.50 |
| Oct-10 | | | | |
| | Jeff Dykes | $ 552.50 | 0.50 | $ 276.25 |
| | Jane Smith | $ 505.75 | 0.00 | $ - |
| | Paul Trahan | $ 454.75 | 0.80 | $ 363.80 |
| | Bryan Patrick | $ 318.75 | 5.60 | $ 1,785.00 |
| Nov-10 | | | | |
| | Jane Smith | $ 505.75 | 1.50 | $ 758.63 |
| | Paul Trahan | $ 454.75 | 9.00 | $ 4,092.75 |
| | Bryan Patrick | $ 318.75 | 0.10 | $ 31.88 |
| | Ben Vetter | $ 301.75 | 0.30 | $ 90.53 |
| Dec-10 | | | | |
| | Jeff Dykes | $ 552.50 | 4.30 | $ 2,375.75 |
| | Jane Smith | $ 505.75 | 0.70 | $ 354.03 |
| | Paul Trahan | $ 454.75 | 6.10 | $ 2,773.98 |
| | Bryan Patrick | $ 318.75 | 1.20 | $ 382.50 |

| Month | Timekeeper | Discounted Rate (15%)* | Escrow Hours | Fees for Escrow Claims |
|---|---|---|---|---|
| Jan-11 | Ben Vetter | $ 301.75 | 1.20 | $ 362.10 |
|  | Jeff Dykes | $ 552.50 | 11.60 | $ 6,409.00 |
|  | Jane Smith | $ 531.25 | 0.80 | $ 425.00 |
|  | Paul Trahan | $ 488.75 | 5.60 | $ 2,737.00 |
|  | Bryan Patrick | $ 348.50 | 6.10 | $ 2,125.85 |
| Feb-11 | Ben Vetter | $ 306.00 | 1.00 | $ 306.00 |
|  | Lucy Arnold | $ 212.50 | 17.00 | $ 3,612.50 |
|  | Jeff Dykes | $ 552.50 | 47.90 | $ 26,464.75 |
|  | Jane Smith | $ 531.25 | 9.20 | $ 4,887.50 |
|  | Paul Trahan | $ 488.75 | 96.70 | $ 47,262.13 |
|  | Bryan Patrick | $ 348.50 | 9.10 | $ 3,171.35 |
| Mar-11 | Lucy Arnold | $ 212.50 | 49.20 | $ 10,455.00 |
|  | Jeff Dykes | $ 552.50 | 0.50 | $ 276.25 |
|  | Paul Trahan | $ 488.75 | 0.30 | $ 146.63 |
|  | Bryan Patrick | $ 348.50 | 0.30 | $ 104.55 |
| Apr-11 | Jeff Dykes | $ 552.50 | 1.60 | $ 884.00 |
|  | Paul Trahan | $ 488.75 | 18.10 | $ 8,846.38 |
|  | Bryan Patrick | $ 348.50 | 3.10 | $ 1,080.35 |
|  | Lucy Arnold | $ 212.50 | 9.00 | $ 1,912.50 |
| May-11 | Jeff Dykes | $ 552.50 | 0.50 | $ 276.25 |
|  | Paul Trahan | $ 488.75 | 1.50 | $ 733.13 |
|  | Bryan Patrick | $ 348.50 | 5.90 | $ 2,056.15 |
|  | Lucy Arnold | $ 212.50 | 0.50 | $ 106.25 |
|  |  | **TOTALS** | **1156.30** | **$ 464,766.40** |

*NB: The discount in March 2009 is of 10%, not 15%.

**Average Rate** $ **401.94**

# ADDENDUM B-3

## Granite v. Alberta - Document Review Summary

| Month | Timekeeper | Rate Charged | Hours | Fees |
|---|---|---|---|---|
| <u>Feb-10</u> | | | | |
| | Jennifer Sherrill | $ 403.75 | 24.80 | $ 10,013.00 |
| | Tamsen Barrett | $ 267.75 | 0.70 | $ 187.43 |
| | Holly Kipp | $ 229.50 | 0.50 | $ 114.75 |
| | Todd Hambidge | $ 289.00 | 0.70 | $ 202.30 |
| | S.A. Hayden Briggle | $ 216.75 | 0.50 | $ 108.38 |
| | Jerod Neas | $ 216.75 | 0.50 | $ 108.38 |
| | Chris Weimer | $ 195.50 | 0.60 | $ 117.30 |
| | Tracy Stewart | $ 195.50 | 0.60 | $ 117.30 |
| | Leaf McGregor | $ 182.75 | 0.80 | $ 146.20 |
| | <u>Paralegal Personnel</u> | | | |
| | Paula Miller | $ 140.25 | 2.00 | $ 280.50 |
| | Mary Murchison | $ 119.00 | 0.20 | $ 23.80 |
| <u>Mar-10</u> | | | | |
| | Jennifer Sherrill | $ 403.75 | 102.80 | $ 41,505.50 |
| | Tamsen Barrett | $ 267.75 | 39.60 | $ 10,602.90 |
| | Holly Kipp | $ 229.50 | 58.90 | $ 13,517.55 |
| | Todd Hambidge | $ 289.00 | 19.30 | $ 5,577.70 |
| | S.A. Hayden Briggle | $ 216.75 | 123.00 | $ 26,660.25 |
| | Jerod Neas | $ 216.75 | 111.30 | $ 24,124.28 |
| | Chris Weimer | $ 195.50 | 35.20 | $ 6,881.60 |
| | Tracy Stewart | $ 195.50 | 27.50 | $ 5,376.25 |
| | Leaf McGregor | $ 182.75 | 13.50 | $ 2,467.13 |
| | Travis Siebeneicher | $ 297.50 | 59.50 | $ 17,701.25 |
| | | **TOTALS** | **622.50** | **$ 165,833.73** |
| | | **50% Discount** | **311.25** | **$ 82,916.86** |
| | | **Avg Rate** | | **$ 266.40** |

# ADDENDUM B-4

## Granite Southlands Town Center LLC's Expenses

### Legal Expenses Relating to the Escrow Dispute  0

| Invoice # | Invoice Date | Facsimile | Telephone | Delivery Service & Messengers | Lexis, Westlaw, Pacer and Online Research Fees | Out of Town Travel | Data Management Fees | Total Legal Expenses |
|---|---|---|---|---|---|---|---|---|
| 10975747 | 04/14/2009 | | | | | | | $ - |
| 10982815 | 05/11/2009 | | | $ 124.99 | $ 134.00 | | | $ 258.99 |
| 10993023 | 06/12/2009 | $ 5.60 | $ 73.08 | $ 47.88 | $ 599.19 | | | $ 725.75 |
| 11000150 | 07/09/2009 | $ 46.68 | $ 1.60 | | $ 24.23 | | | $ 72.51 |
| 11010482 | 08/12/2009 | | | $ 5.43 | $ 9.81 | $ 544.28 | | $ 559.52 |
| 11018185 | 09/09/2009 | | | | | | | $ - |
| 11018175 | 09/09/2009 | | | | | | | $ - |
| 11025990 | 10/08/2009 | | | | | | | $ - |
| 11045862 | 12/11/2009 | | | | | | | $ - |
| 11052436 | 01/12/2010 | | | | | | | $ - |
| 11061048 | 02/12/2010 | | | | | $ 2,063.74 | $ 1,800.00 | $ 3,863.74 |
| 11067197 | 03/08/2010 | | | $ 43.48 | | | $ 3,701.14 | $ 3,744.62 |
| 11075192 | 04/09/2010 | | | | $ 6.80 | | $ 3,401.18 | $ 3,407.98 |
| 11083128 | 05/10/2010 | | | | | $ 696.91 | $ 3,400.00 | $ 4,096.91 |
| 11093316 | 06/09/2010 | | | | $ 0.08 | $ 2,421.88 | $ 3,400.00 | $ 5,821.96 |
| 11102107 | 07/12/2010 | | | | | | $ 3,400.00 | $ 3,400.00 |
| 11109197 | 08/09/2010 | | | | $ 0.96 | | $ 3,400.00 | $ 3,400.96 |
| 11117085 | 09/09/2010 | | | | | | $ - | $ - |
| 11127431 | 10/13/2010 | | | | | | $ - | $ - |
| 11136366 | 11/12/2010 | | | | | | $ - | $ - |
| 11145137 | 12/14/2010 | | | | $ 3.12 | | $ 3,400.00 | $ 3,403.12 |
| 11151559 | 01/12/2011 | | | | | | $ 3,400.00 | $ 3,400.00 |
| 11158183 | 02/09/2011 | | | | | | $ 3,400.00 | $ 3,400.00 |
| 11167414 | 03/10/2011 | | | $ 10.92 | | | $ 3,835.00 | $ 3,845.92 |
| 11174413 | 04/12/2011 | | | | $ 2,069.52 | | $ 3,400.00 | $ 5,361.22 |
| 11184051 | 05/13/2011 | | | | $ 170.26 | $ 2,309.34 | $ 3,400.00 | $ 5,879.60 |
| 11184301 | 05/13/2011 | | | | | | | $ - |
| 11192319 | 06/13/2011 | | | | | | | $ - |
| 11192438 | 06/13/2011 | | | | | | | $ - |
| Total | | $ 52.28 | $ 85.60 | $ 221.78 | $ 3,017.97 | $ 8,036.15 | $ 43,337.32 | $ 54,642.80 |

# Fulbright & Jaworski, L.L.P.
# Practice Support Services Overview

Ever-increasing volumes of electronic data continue to introduce new complexities in predicting and managing discovery costs. In our continuing effort to support our clients' objectives in this regard, we are pleased to provide information about Fulbright's practice support services and its innovative billing model.

Fulbright has long been committed to providing clients with leading edge technology in the areas of case and discovery management in order to promote efficiencies and control costs. Several years ago, Fulbright established a Practice Support Group of legal technologists to help meet these objectives. Historically, Fulbright's legal technologists were billed at hourly rates and listed individually on client invoices. While this type of billing model for practice support services is commonly used today by most law firms, Fulbright has developed an innovative approach that offers greater predictability and improved management of discovery related expenses.

The new billing model will assess a per gigabyte ('GB') data management fee for data managed by Fulbright's Practice Support Group and stored in Ringtail, the firm's litigation technology platform. The monthly per GB fee includes project management and technical services required to support the collection of electronic data, on-line document review, electronic document productions, and the overall use of Fulbright's litigation technology services during the discovery phase of the case. After the discovery phase of the case is completed, a smaller per GB storage fee will be assessed in lieu of the data management fee. These per GB charges will be included as line items on the expense section of Fulbright's invoice.

A limited number of specialized practice support services will continue to be charged on an hourly basis. These services will be provided as needed and may include development and implementation of electronic discovery strategies, project management of third party platforms, trial support and graphics. Other expenses may include litigation technology licenses for non-Fulbright users billed at cost and document production charges billed on a per file basis.

The attached Statement of Work further describes the types of services provided by Fulbright's Practice Support Group (Exhibit A). Estimated costs for Fulbright's practice support services and third party vendor services will be provided once the scope of electronic discovery is determined.

*[handwritten annotation: BACK UP FOR "PER GIGABYTE" CHARGES]*

75508573.1

## Exhibit A
## Fulbright & Jaworski, L.L.P.
## Practice Support Services Statement of Work

This Statement of Work outlines the services to be provided in connection with litigation support, electronic discovery, document management and data hosting.

# I. Services Overview & Related Pricing

# Data Management

Management, Maintenance, & Support - $200 per GB per month[1] assessed during the discovery phase of a case for matters in which the firm's Automated Litigation Support System is used.

## *Project Management Services:*

- Serve as a single point of contact coordinating all aspects of a project in which Ringtail, the firm's Automated Litigation Support System, is used to efficiently manage case documents and information.
- Design, develop, and configure the Ringtail database in which the hard copy documents and electronic data are maintained.
- Support the attorneys and clients in the use of Ringtail, as necessary.
- Coordinate collection of hard copy and electronic data from clients, vendors, and other law firm counsel, as appropriate.
- Evaluate, recommend and coordinate with litigation support vendors for scanning and electronic discovery services.
- Assist electronic discovery technologist in reporting, quality control and management of electronic discovery efforts.
- Design document review strategy; manage document review process, and timelines.
- Support strategic document analysis, measurement and reporting of document review efficiencies and related metrics.

---

[1] The per gigabyte rate may increase based on anticipated case complexity and demands.

75508573.1

- 2 -

- Coordinate criteria, format, quality control and timelines for electronic document productions.
- Provide recommendations regarding application of technology in all phases of litigation and regulatory matters.

*Database Analyst Services:*

- Support all technical aspects of Ringtail including the loading of documents received from scanning and electronic discovery vendors, coordinating counsel, and/or opposing party.
- Perform quality assurance processes of data received from scanning, e-Discovery vendors, and opposing counsel to ensure the deliverable meets the agreed-upon technical specifications.
- Prepare and perform pre-production quality assurance processes on documents in preparation for electronic production.
- Generate electronic document productions according to agreed-upon specifications.
- Perform post-production quality assurance and verification processes on electronic document productions ensure it meets agreed-upon specifications.
- Serve as technical consultant to guide complex data production specifications, data transfers, conversions, exchange, and other related issues.

## Electronic Data Production

- $.02 per file fee for the production of electronic data from the Automated Litigation Support System according to agreed-upon specifications.

## Storage

- $25 per GB per month after the discovery phase of a case for matters in which the firm's Automated Litigation Support System continues to be used.

## Technology

- $84 per month license fee for Ringtail Legal™ database access per external user. External users are non-Fulbright users, including clients, co-counsel, experts and other outside parties.

## Professional Services

*Electronic Discovery Services*

- A $360 per hour fee for professional services provided by an electronic discovery technologist.
    - Advise as needed regarding identification, preservation, collection, processing, review, production, presentation and analysis of electronic data.

75508573.1 - 3 -