- Assist in development of preservation notices and procedures.
- Conduct interviews of IT personnel regarding corporate technology environment and infrastructure to identify and preserve potentially relevant electronic data.
- Provide guidance in formulating electronic data collection strategy.
- Provide support for 26(f) conferences and 30(b)(6) depositions.
- Make recommendations regarding electronic discovery vendors and technology.
- Collaborate with third party electronic discovery service providers as necessary.

### *Management of Third Party Platforms or Technology Services*

- A $260 per hour fee for professional services provided by a project manager.
  - Serve as primary point of contact for all aspects of a project in which a third party service provider is used to manage case documents and information.
  - Assist in database design.
  - Support management of the document review process.
  - Coordinate electronic document productions.

### *Trial & Graphics Support*

- A $135 - $250 per hour fee for professional services provided by graphic artists and technologists in preparation and support of various legal proceedings.
  - Assist with trial support needs including court room and war room set-up, trial technology, demonstratives, on-site support, coordination of vendors, etc.
  - Coordinate with trial support vendors.
  - Prepare clips of video deposition testimony for presentation.
  - Set up equipment to be used in presentation environment.
  - Provide technical support during proceedings.

## II. Scope of Services

### *Who Will Provide the Services*

The effective delivery of practice support services requires the use of various components including third party products and services, internal resources and licensed technology. Members of Fulbright's Practice Support Group will perform the majority of the practice support services work.

Third party electronic data vendors whose processes have been vetted to ensure a quality deliverable will be utilized to stage, filter and prepare electronic data for attorney review. If hard copy documents are to be reviewed, third party scanning and coding vendors will be utilized, as necessary.

## Calculation of Charges

The precise total cost of practice support services, as discussed in Section I, is difficult to establish. Examples include charges for Data Management and Maintenance, which includes the time of Practice Support personnel, Recommind™ software, Electronic Document Productions; and Data Storage Fees. We will use our professional judgment on these charges, which may vary from, be less than, or exceed our direct cost of such products or services.

In situations where we can readily determine the exact amount for products or services provided by third parties in support of a matter, our invoices will reflect the cost to us as a direct pass-through. An example is the external user licensing fee for Ringtail Legal™.

Charges for practice support services will be guided by a Project Cost Estimate to be provided once the scope of electronic discovery is determined. The Project Cost Estimate is inexact, as it involves certain unknown factors, such as total data volume, document production volumes, and potential need for hourly professional services. As a result, actual invoice amounts may vary from the estimated total included in a Project Cost Estimate.

## Third Party Software

The services provided by Fulbright will include the use of Third Party components such as Ringtail Legal™, Recommind™, dtSearch, Microsoft SQL, and other products. It is important to recognize and understand the potential risk of data corruption or unavailability resulting from such Third Party components. Fulbright & Jaworski L.L.P. has made no promises or guarantees about the outcome of the practice support services, and nothing in this Statement of Work shall be construed as such a promise or guarantee.

## Disposition of Data

At the conclusion of the Engagement, or earlier if appropriate, options regarding data disposition will be determined.

**CHECK REQUISITION/EXPENSE REIMBURSEMENT**

DATE: April 12, 2010

DATE & TIME NEEDED:

ISSUE CHECK PAYABLE TO: PAUL TRAHAN

TAX ID NUMBER:

CHECK SIGNER VOUCHER #: 415-4/8/10

pd ck 68874 4/28/10

~~$2,508.35~~ 2421.88

| FIRM RECHARGE | ACCOUNT NAME/DESCRIPTION | ACCOUNT NUMBER XX-XXX-XX-XXXX-XXX OFC-DPT-TM-MAJ-SUB | DOLLAR AMOUNT |
|---|---|---|---|
| | | | |

**DESCRIPTION:**

| MAJ-SUB | SELECTED ACCTS. | MAJ-SUB | SELECTED ACCTS. | MAJ-SUB | SELECTED ACCTS. |
|---|---|---|---|---|---|
| 6300-010 | MEETINGS & RETREAT-MEALS | 7030-020 | BUSINESS ENTERTAINMENT/TRAVEL | 8060-040 | RECRUITING-OTHER INC. |
| 6300-040 | MEETINGS & RETREAT-OTHER | 7040-010 | CONV/INSTITUTES-MEALS/ENT. | 8070-010 | SUMMER CLERKS-MEALS/ENT |
| 7010-010 | TRAVEL & INCIDENTAL-MEALS | 7040-020 | CONV/INSTITUTES-TRAVEL/OTHER | 8071-010 | SUMMER CLERKS-LUNCHES |
| 7010-040 | TRAVEL & INCIDENTAL-OTHER | 7040-030 | CONV/INSTITUTES-REGISTRATION FEE | 8072-010 | SUMMER CLERKS-DINNERS |
| 7020-000 | BAR ASSOCIATION DUES | 7060-010 | PROFESSIONAL/BAR ASSOC. MEALS | 8070-020 | SUMMER CLERKS-TRAVEL/INCID. |
| 7020-040 | PROFESSIONAL ASSOCIATION DUES | 8060-010 | RECRUITING-MEALS ATTY INTERVIEWS | 8070-040 | SUMMER CLERKS-OTHER |
| 7030-010 | BUSINESS ENTERTAINMENT/MEALS | 8060-020 | RECRUITING-TRAVEL/INCID. | 1102-000 | CLIENT UNALLOCATED REFUND |

**OFFICE CODES**

| 01: HOUSTON | 08: AUSTIN | 15: LONDON | 21: BEIJING |
|---|---|---|---|
| 02: NEW YORK | 09: WASHINGTON | 16: ST. LOUIS | |
| 03: LOS ANGELES | 10: HONG KONG | 17: RIYADH | |
| 06: SAN ANTONIO | 11: MINNEAPOLIS | 18: DUBAI | |
| 07: DALLAS | 12: MUNICH | 19: DENVER | |

**DEPT. CODES**

| 004: BANKRUPTCY | 015: HEALTH | 038: ENERGY & REAL PROP |
|---|---|---|
| 006: CORP. & BANK | 021: LABOR | 039: TAX |
| 007: TECHNOLOGY | 024: LITIGATION | 048: ADMIN |
| 009: ENVIRONMENTAL | 030: INTEL PROP | 092: SUMMER CLERKS |
| 012: FAMILY | 033: PUBLIC | 000: GENERAL |

PLEASE PROVIDE DETAILED SUPPORT FOR ALL MEAL, ENTERTAINMENT AND TRAVEL EXPENSES (FIRM RECHARGE AND CLIENT RECHARGE) ON THE REVERSE SIDE AND ATTACH RECEIPTS IN ACCORDANCE WITH IRS REGULATIONS.

**CLIENT RECHARGE**

| COST CODE | MATTER # | CLIENT AND MATTER NAME | AMOUNT |
|---|---|---|---|
| E110 | ~~10210271~~ 1090444 | BlackRock/Southlands | 1,845.73 |

Reimbursement for travel to Newark NJ to defend depos of Silva and Pierkarski – airfare ($1,336.60); car rental ($447.13) parking ($62.00)

| E110 | ~~10210271~~ 10904447 | BlackRock/Southlands | 576.15 |

Hotel while in Newark NJ to defend depos of Silva and Pierkarski

**COST CODES**

| E121 | ARBITRATORS/MEDIATORS |
|---|---|
| F200 | CONFERENCE EXPENSES |
| E107 | DELIVERY SERVICES |
| E115 | DEPOSITIONS/TRANSCRIPTS |
| E101 | DUPLICATING EXPENSES |
| E119 | EXPERTS |
| E112 | FILING FEES/COURT FEES |
| F211 | FOREIGN ASSOCIATE |
| E105 | LD TELEPHONE |
| E118 | LITIGATION SUPPORT VENDORS |
| F208 | LOBBY - MEALS/ENT |
| F209 | LOBBY OTHER |
| E122 | LOCAL COUNSEL |
| E109 | LOCAL TRAVEL |
| E111 | MEALS |
| E106 | ONLINE RESEARCH |
| E123 | OTHER PROFESSIONALS |
| E124 | OTHER (EXPLAIN) |
| E110 | OUT OF TOWN TRAVEL |
| E102 | OUTSIDE PRINTING |
| E108 | POSTAGE |
| E120 | PRIVATE INVESTIGATIONS |
| F201 | PTO FEES |
| F213 | PTO MAINTENANCE FEE |
| F207 | RECORDS |
| F214 | REFUND OF CLIENT COST CREDIT |
| F204 | SECRETARY OVERTIME |
| E113 | SUBPOENA FEES |
| E117 | TRIAL EXHIBITS |
| E110 | TRIAL TRANSCRIPTS |
| E114 | WITNESS FEES |

ALL MEALS AND ENTERTAINMENT MUST BE SEPARATELY DISCLOSED ABOVE AND ON THE REVERSE SIDE.

DELIVER CHECK TO: Julie Wright

PAUL TRAHAN
ATTORNEY NAME (PRINT)

ATTORNEY SIGNATURE

08733
ATTORNEY #

# DETAIL OF EXPENSE
## BUSINESS MEALS AND ENTERTAINMENT

| DATE | PLACE (NAME OF CLUB, RESTAURANT, ETC.) | NAME (TITLE OF PERSON) IN ATTENDANCE | TOTAL $ |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## BUSINESS PURPOSE
## DEPARTURE POINT/ DESTINATION

### TRAVEL DETAILS

| DAILY RECORD | | MEALS | |
|---|---|---|---|
| DATE | | # OF MEALS | $ AMOUNT |
| SUN | | | |
| MON | 4/5/10 | | |
| TUE | 4/6/10 | | |
| WED | 4/7/10 | | |
| THURS | 4/8/10 | | |
| FRI | | | |
| SAT | | | |
| SUN | | | |
| MON | | | |
| TUE | | | |
| WED | | | |
| THURS | | | |
| FRI | | | |
| TOTAL | | | |

### OTHER TRAVEL & SUBSISTENCE

| | # OF MI | AUTO EXP. | AIR TRAVEL | HOTEL | PARKING, TAXI, LIMO, ETC. | TELEPHONE | OTHER DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | $ | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | 1,336.60 | 576.15 | 509.13 | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | 1,336.60 | 576.15 | 509.13 | | | 2421.88 |

eTicket Itinerary and Receipt

Page 1 of 2

**Wright, Julie**

F( ): Continental Airlines, Inc. [continentalairlines@continental.com]
Sent: Sunday, April 04, 2010 11:47 AM
To: Trahan, Paul
Subject: eTicket Itinerary and Receipt for Confirmation C53M06

To ensure delivery of this e-mail please add **continentalairlines@continental.com** to your address book or approved senders list. See instructions for adding us to your address book.

**Continental Airlines** | A STAR ALLIANCE MEMBER

Confirmation:
**C53M06**
Check-in >

Issue Date: April 04, 2010

| Traveler | eTicket Number | Frequent Flyer | Seats |
|---|---|---|---|
| TRAHAN/PAULD | 0052157527515 | | 6F/40F/6D |

**FLIGHT INFORMATION**

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Mon, 05APR10 | CO620 | B | AUSTIN TX (AUS) **7:10PM** | HOUSTON BUSH INTL (IAH) **8:12PM** | 737-500 | |
| Mon, 05APR10 | CO410 | B | HOUSTON BUSH INTL (IAH) **8:45PM** | NEWARK EWR (EWR) **1:00AM (06APR)** | 757-300 | |
| Thu, 08APR10 | CO450 | B | NEWARK EWR (EWR) **3:15PM** | AUSTIN TX (AUS) **6:22PM** | 737-500 | Snack |

**FARE INFORMATION**

**Fare Breakdown**
Airfare: 1,214.88 USD
U.S. Passenger Facility Charge: 12.00
U.S. Federal Transportation Tax: 91.12
U.S. Security Service Fee: 7.50
U.S. Flight Segment Tax: 11.10
Per Person Total: 1,336.60 USD

**Form of Payment:**
MASTERCARD
Last Four Digits 2857

eTicket Total: 1,336.60 USD

The airfare you paid on this itinerary totals: 1,214.88 USD

The taxes you paid on this itinerary total: 121.72 USD

Fare Rules: Additional charges may apply for changes in addition to any fare rules listed.
REFUNDABLE

**eTicket Reminders**
- **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 30 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be cancelled if this condition is not met.
- **Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 15 minutes prior to scheduled departure.
- ( 'lure to meet the **Boarding Requirements** may result in cancellation of reservations, denied boarding, noval of checked baggage from the aircraft and loss of eligibility for denied boarding compensation.
- Bring your boarding pass or this eTicket Receipt along with photo identification to the airport.
- The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase, laptop computer, etc.) per passenger.
- For up to the minute flight information, sign-up for your Flight Status E-mail at continental.com or call 1-800-784-4444; in Spanish 1-800-579-3938.

04/12/2010

eTicket Itinerary and Receipt

- If flight segments are not flown in order, your reservation will be cancelled. Rebooking will be subject to the fare rules governing your ticket.
- For the most current status of your reservation, flights and other important policies, go to continental.com.
- Your eTicket is non transferable and valid for 1 year from the issue date unless otherwise noted in the fare rules above.

### Important Baggage Information
For information regarding baggage fees, allowances, weight/size restrictions and embargoes, go to continental.com. If your flight originates with one of our codeshare partners or another airline you will need to check the operating carrier for baggage policies.

### Check In Online the Day Before You Fly
With continental.com Check in, you can print your own boarding pass within 24 hours of your flight. You can review or change your seats and get everything you need to go straight to the gate. For more information, go to continental.com.

### Better Just Got Bigger
Continental Airlines has now joined the Star Alliance network. You can earn and redeem miles on 25 member airlines offering 17,000 daily flights and over 900 destinations worldwide. Go to www.staralliance.com to find out more. You've earned it.

### Reserve a Conference Room at the Airport
Presidents Club members can now utilize conference room facilities even if not traveling that day. Stop by any location or call the Presidents Club at 1-800-322-2640 for details.

### IMPORTANT CONSUMER NOTICES

- Your travel is subject to Continental's Contract of Carriage terms. The Contract is available at any CO ticketing facility, continental.com or by calling 1-800-525-0280. The Contract terms include rules about limits on liability for personal injury or death and for loss, damage, or delay of goods and baggage, check-in times, overbooking, security issues, reservations, denial of carriage, refunds, claims limits and restrictions, including time limitations for filing a claim or lawsuit, and schedule changes and irregularities.
- On domestic flights, Continental's maximum liability limit for checked baggage is $3300 USD per passenger and Continental excludes liability for all unchecked baggage. Continental excludes liability for fragile, valuable or perishable items carried in all baggage including jewelry, computers, cash, camera equipment and similar valuables. If any of these items are lost, damaged or delayed, you will not be entitled to any reimbursement. On international flights governed by the Warsaw Convention (including the domestic portions of the trip), maximum liability for checked baggage is approximately $640 USD per bag, and $400 USD per passenger for unchecked baggage. On international flights governed by the Montreal Convention (including domestic portions of the trip) maximum liability for baggage is 1,131 SDRs per passenger for checked and unchecked baggage. You can declare excess valuation on certain baggage at the airport, additional fees will apply.
- For international flights, a treaty known as the Warsaw or the Montreal Convention may apply to the entire journey. When applicable, it governs, amongst other things, the liability of the carrier for baggage and death of or injury to passengers.
- The Contract of Carriage contains further detail of these terms.
- Personal Health - For important health tips before your flight, including information on a serious condition called Deep Vein Thrombosis, please go to continental.com or call 1800WECARE2. This information is also in the Continental magazine on board your flight.

Thank you for choosing Continental Airlines
continental.com

Legal Notices. Privacy Policy
Copyright © 2010 Continental Airlines, Inc. All rights reserved.

**Please do not reply to this message using the "reply" address.**
For assistance, please contact Continental Airlines via telephone or via e-mail.

04/12/2010

# Hyatt Summerfield Suites Morristown
194 Park Avenue

Apr 08, 2010
2:27 am

Morristown, NJ 07960
Telephone: (973)971-0008  Fax: (973)971-0013

PAUL TRAHAN

Account #: 76695
Room Number: 289
Rate: $167.00
Pay Method: MC2857

Arrival Date: Tuesday, April 06, 2010
Departure Date: Thursday, April 08, 2010

Member #: 67682

Information: CANCEL BY 3PM EST 24 HOURS PF

| Date | Department | Reference | Voucher | Room | Debit | Credit |
|---|---|---|---|---|---|---|
| 4/6/2010 | Room postings | Night of 4/5/10 afer audit | | 289 | $167.00 | |
| 4/6/2010 | Sales Tax State | Night of 4/5/10 afer audit | | 289 | $11.69 | |
| 4/6/2010 | Occupancy Fee State | Night of 4/5/10 afer audit | | 289 | $8.35 | |
| 4/6/2010 | Occupancy Fee City | Night of 4/5/10 afer audit | | 289 | $5.01 | |
| 4/6/2010 | Room postings | Auto Posted | | 289 | $167.00 | |
| 4/6/2010 | Sales Tax State | Auto Posted | | 289 | $11.69 | |
| 4/6/2010 | Occupancy Fee State | Auto Posted | | 289 | $8.35 | |
| 4/6/2010 | Occupancy Fee City | Auto Posted | | 289 | $5.01 | |
| 4/7/2010 | Room postings | Auto Posted | | 289 | $167.00 | |
| 4/7/2010 | Sales Tax State | Auto Posted | | 289 | $11.69 | |
| 4/7/2010 | Occupancy Fee State | Auto Posted | | 289 | $8.35 | |
| 4/7/2010 | Occupancy Fee City | Auto Posted | | 289 | $5.01 | |

Balance: $576.15

I agree that my liability for this bill is not waived and I agree to be held personally liable in the event that the indicated person, company or association fails to pay for the full amount of the charges.

Signature _____

*Black Rock Southbnd Hotel* (handwritten)



9114 159254
04/05 17:54 04/08 18:21 $62.00 7857

AUSTIN-BERGSTROM
INTERNATIONAL AIRPORT PARKING
CITY OF AUSTIN

**AVIS**
We try harder.
Thank you for renting from Avis.

| RENTAL NUMBER | CAR NUMBER | CAR GROUP |
|---|---|---|
| 700055860 | 50393431 | E |

TRAHAN, PAUL
AWD = A597500
CV - CMXXXXXXXXXXXX2857

```
* OUT EWR 06APR10/0238 MI =      5   *
  IN  EWR 08APR10/1364 MI =    194
       189 MI@    .00 =
        HR@  78.00 =
       3 DY@ 103.99 =         311.97
  $.47/DY ERF         =           1.41
  # 1.1% VLF          =           3.43
  **11.11% FEE        =          34.82
  TAXABLE SUBTOT      =         351.63
  TAX 7.000%          =          24.61
  *$7.00/DAY FEE      =          21.00
  GAS SVC OPTION                 49.89

  TOTAL CHARGES       =         447.13
  **CONCESSION RECOVERY FEE
  *$2/DY TFC & $5DOMESTIC SECUR
  #VEHICLE LICENSE FEE
  ENERGY RECOVERY FEE    .47/DY
```

Block Rock 1
Southbeds
Cov

Receive rental receipts by email every time you rent.
And get access to special offers & more. See reverse.

## CHECK REQUISITION/EXPENSE REIMBURSEMENT

DATE: March 21, 2011

DATE & TIME NEEDED:

ISSUE CHECK PAYABLE TO: PAUL TRAHAN

TAX ID NUMBER:

CHECK SIGNER VOUCHER #

pd ck# 11606 4-8-11

$2,631.57  2309.34

### FIRM RECHARGE

| ACCOUNT NAME/DESCRIPTION | ACCOUNT NUMBER XX-XXX-XX-XXXX-XXX OFC-DPT-TM-MAJ-SUB | DOLLAR AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

DESCRIPTION:

| MAJ-SUB | SELECTED ACCTS. | MAJ-SUB | SELECTED ACCTS. | MAJ-SUB | SELECTED ACCTS. |
|---|---|---|---|---|---|
| 6300-010 | MEETINGS & RETREAT-MEALS | 7030-020 | BUSINESS ENTERTAINMENT/TRAVEL | 8060-040 | RECRUITING-OTHER INC |
| 6300-040 | MEETINGS & RETREAT-OTHER | 7040-010 | CONV/INSTITUTES-MEALS/ENT | 8070-010 | SUMMER CLERKS-MEALS/ENT |
| 7010-010 | TRAVEL & INCIDENTAL-MEALS | 7040-020 | CONV/INSTITUTES-TRAVEL/OTHER | 8071-010 | SUMMER CLERKS-LUNCHES |
| 7010-040 | TRAVEL & INCIDENTAL-OTHER | 7040-030 | CONV/INSTITUTES-REGISTRATION FEE | 8072-010 | SUMMER CLERKS-DINNERS |
| 7020-000 | BAR ASSOCIATION DUES | 7060-010 | PROFESSIONAL/BAR ASSOC. MEALS | 8070-020 | SUMMER CLERKS-TRAVEL/INCID |
| 7020-040 | PROFESSIONAL ASSOCIATION DUES | 8090-010 | RECRUITING-MEALS ATTY INTERVIEWS | 8070-040 | SUMMER CLERKS-OTHER |
| 7030-010 | BUSINESS ENTERTAINMENT/MEALS | 8060-020 | RECRUITING-TRAVEL/INCID | 1132-000 | CLIENT UNALLOCATED REFUND |

### OFFICE CODES / DEPT. CODES

| OFFICE CODES | | | DEPT. CODES | | |
|---|---|---|---|---|---|
| 01 HOUSTON | 08 AUSTIN | 15 LONDON | 21 BEIJING | 004 BANKRUPTCY | 015 HEALTH | 030 ENERGY & REAL PROP |
| 02 NEW YORK | 09 WASHINGTON | 16 ST LOUIS | | 006 CORP & BANK | 021 LABOR | 035 TAX |
| 03 LOS ANGELES | 10 HONG KONG | 17 RIYADH | | 007 TECHNOLOGY | 024 LITIGATION | 048 ADMIN |
| 06 SAN ANTONIO | 11 MINNEAPOLIS | 18 DUBAI | | 009 ENVIRONMENTAL | 030 INTEL PROP | 092 SUMMER CLERKS |
| 07 DALLAS | 12 MUNICH | 19 DENVER | | 012 FAMILY | 033 PUBLIC | 000 GENERAL |

PLEASE PROVIDE DETAILED SUPPORT FOR ALL MEAL, ENTERTAINMENT AND TRAVEL EXPENSES (FIRM RECHARGE AND CLIENT RECHARGE) ON THE REVERSE SIDE AND ATTACH RECEIPTS IN ACCORDANCE WITH IRS REGULATIONS.

### CLIENT RECHARGE

| COST CODE | MATTER # | CLIENT AND MATTER NAME | AMOUNT |
|---|---|---|---|
| E110 | 10904447 | BlackRock/Southlands | 2201.52 |

Round trip air fare from Austin to Denver – ($493.40); parking at Austin airport ($54.00); cab from airport in Denver to hotel ($61.75) and hotel ($1,550.47) and internet use at hotel ($21.90) early check-in ($20.00)

| COST CODE | MATTER # | CLIENT AND MATTER NAME | AMOUNT |
|---|---|---|---|
| E111 | 10904447 | BlackRock/Southlands | 107.82 |

Meals while traveling to and from Denver, CO, and meals while in Denver preparing for trial

### COST CODES

| | |
|---|---|
| E121 | ARBITRATORS/MEDIATORS |
| F200 | CONFERENCE EXPENSES |
| E107 | DELIVERY SERVICES |
| E115 | DEPOSITIONS/TRANSCRIPTS |
| E101 | DUPLICATING EXPENSES |
| E119 | EXPERTS |
| E112 | FILING FEES/COURT FEES |
| F211 | FOREIGN ASSOCIATE |
| E105 | LD TELEPHONE |
| E118 | LITIGATION SUPPORT VENDORS |
| F208 | LOBBY - MEALS/ENT |
| F209 | LOBBY OTHER |
| E122 | LOCAL COUNSEL |
| E109 | LOCAL TRAVEL |
| E111 | MEALS |
| E106 | ONLINE RESEARCH |
| E123 | OTHER PROFESSIONALS |
| E124 | OTHER (EXPLAIN) |
| E110 | OUT OF TOWN TRAVEL |
| E102 | OUTSIDE PRINTING |
| E108 | POSTAGE |
| E120 | PRIVATE INVESTIGATIONS |
| F201 | PTO FEES |
| F213 | PTO MAINTENANCE FEE |
| F207 | RECORDS |
| F214 | REFUND OF CLIENT COST CREDIT |
| F204 | SECRETARY OVERTIME |
| E113 | SUBPOENA FEES |
| E117 | TRIAL EXHIBITS |
| E116 | TRIAL TRANSCRIPTS |
| E114 | WITNESS FEES |

ALL MEALS AND ENTERTAINMENT MUST BE SEPARATELY DISCLOSED ABOVE AND ON THE REVERSE SIDE.

DELIVER CHECK TO: JULIE WRIGHT

'L TRAHAN
ATTORNEY NAME (PRINT)

ATTORNEY SIGNATURE

08733
ATTORNEY #

## DETAIL OF EXPENSES

### BUSINESS MEALS AND ENTERTAINMENT

| DATE | PLACE (NAME OF CLUB, RESTAURANT, ETC.) | NAME (TITLE OF PERSON IN ATTENDANCE) | TOTAL $ |
|---|---|---|---|
| | | | |

### TRAVEL DETAILS

DEPARTURE POINT/DESTINATION

### DAILY RECORD

| | DATE | MEALS | | OTHER TRAVEL & SUBSISTENCE | | | | | OTHER | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | # OF MEALS | $ AMOUNT | # OF MI | AUTO EXP. | AIR TRAVEL | HOTEL | PARKING, TAXI, LIMO, ETC. | TELEPHONE | DESCRIPTION | AMOUNT | AMOUNT |
| SUN | | | | | | | | | | | | |
| MON | | | | | | | | | | | | |
| TUE | | | | | | | | | | | | |
| WED | 2/10/11 | | | | | | | | | | | 685.19 |
| THURS | 2/11/11 | 1 | 25.02 | | | 246.70 | 330.77 | 61.75 | 10.95 (internet) | | | 309.08 |
| FRI | 2/12/11 | 1 | 30.00 | | | | 279.08 | | | | | 307.49 |
| SAT | 2/13/11 | 2 | 28.41 | | | | 279.08 | | | Early check in | 10.00 | 350.36 |
| SUN | 2/14/11 | 1 | 8.64 | | | | 330.77 | | 10.95 (internet) | | | 337.56 |
| MON | 2/15/11 | 1 | 6.79 | | | | 330.77 | | | | | 319.66 |
| TUE | | 1 | 8.96 | | | 246.70 | | 54.00 | | Early check in | 10.00 | |
| WED | | | | | | | | | | | | |
| THURS | | | | | | | | | | | | |
| FRI | | | | | | | | | | | 20.00 | |
| TOTAL | | 7 | 107.82 | | | 493.40 | 1550.47 | 115.75 | 21.90 | | | 2309.34 |



**THE BROWN PALACE HOTEL SPA**

Mr Paul Trahan
600 Congress Ave Ste2400
Austin TX 78701
US

**INFORMATION INVOICE**

| | |
|---|---|
| Reference # | 27196SY113838 |
| A/R Number | : |
| Group Code | : |
| Company Name | : |

| | | |
|---|---|---|
| Room No. | : | 851 |
| Arrival | : | 02/10/11 |
| Departure | : | 02/15/11 |
| Page No. | : | 1 of 2 |
| Folio No. | : | |
| Conf. No. | : | 12718712 |
| Cashier No. | : | 133 |

| Date | Text | Charges USD | Credits USD |
|---|---|---|---|
| 02/10/11 | Internet charge | 10.95 | |
| 02/10/11 | Room Service | 34.67 | 22.67 |
| 02/10/11 | Food and Bev Sales Tax 8.1% | 2.35 | |
| 02/10/11 | Room Charge | 288.00 | |
| 02/10/11 | Room Taxes | 42.77 | |
| 02/11/11 | In Room Entertainment | 17.61 | |
| 02/11/11 | Room Charge | 243.00 | |
| 02/11/11 | Room Taxes | 36.08 | |
| 02/12/11 | Internet charge | 10.95 | |
| 02/12/11 | Room Charge | 243.00 | |
| 02/12/11 | Room Taxes | 36.08 | |
| 02/13/11 | Room Charge | 288.00 | |
| 02/13/11 | Room Taxes | 42.77 | |
| 02/14/11 | Room Charge | 288.00 | |
| 02/14/11 | Room Taxes | 42.77 | |
| 02/14/11 | American Express | | 1,627.00 |

*Handwritten notations: $1,610.20; $1,562.47; $1,598*

The Brown Palace Hotel and Spa Denver | 321 17th Street | Denver, CO 80202
Telephone: 1 303 297 3111 | Facsimilie: 1 303 312 5900 | Toll Free: 1 800 321 2599
Web Address: www.brownpalace.com | Contact Us: reservations@brownpalace.com



Mr Paul Trahan
[...] Congress Ave Ste2400
[...]stin TX 78701
US

| | | | Room No. | : | 851 |
| | | | Arrival | : | 02/10/11 |
| | | | Departure | : | 02/15/11 |

**INFORMATION INVOICE**

| | | | Page No. | : | 2 of 2 |
| Reference # | | 27196SY113838 | Folio No. | : | |
| A/R Number | : | | Conf. No. | : | 12718712 |
| Group Code | : | | Cashier No. | : | 133 |
| Company Name | : | | | | |

| Date | Text | | | Charges USD | Credits USD |
|---|---|---|---|---|---|
| | | | Total | 1,627.00 | 1,627.00 |
| | | | Balance | 0.00 USD | |

The Brown Palace Hotel and Spa Denver | 321 17th Street | Denver, CO 80202
Telephone: 1 303 297 3111 | Facsimilie: 1 303 312 5900 | Toll Free: 1 800 321 2599
Web Address: www.brownpalace.com | Contact Us: reservations@brownpalace.com

Southwest Airlines - Purchase Confirmation                                Page 1 of 2


SOUTHWEST.COM

Thank you for your purchase!

Air Confirmation:    X58NVD

Austin, TX to Denver, CO (02/10/2011 - 02/16/2011)

| Air | Car | Hotel |
|---|---|---|
| Conf # X58NVD<br>Air Total $493.40 | Choose from 14 different rental companies.<br>Browse cars | Shop over 40,000 hotels<br>Browse hotels |

|  |  |
|---|---|
| **Total Paid Now** | **$493.40** |
| **Trip Total** | **$493.40** |

### Air

| Passenger Type | Name | Confirmation Number | Rapid Rewards Number |
|---|---|---|---|
| ADULT | PAUL TRAHAN | X58NVD | 00000051704940 |

**ITINERARY**

| DEPART<br>FEB 10 | Austin, TX to Denver, CO<br>Thursday, February 10, 2011<br>Travel Time 2 h 20 m<br>(Nonstop) | #420 | Depart Austin, TX (AUS)<br>Arrive in Denver, CO (DEN) | 5:25 PM<br>6:45 PM |
| RETURN<br>FEB 16 | Denver, CO to Austin, TX<br>Wednesday, February 16, 2011<br>Travel Time 2 h 05 m<br>(Nonstop) | #1547 | Depart Denver, CO (DEN)<br>Arrive in Austin, TX (AUS) | 7:15 PM<br>10:20 PM |

**PRICE**

| Passenger Type | Trip | Routing | Fare Type | Base Fare | Quantity | Total |
|---|---|---|---|---|---|---|

https://www.southwest.com/reservations/confirm-reservations.html?disc=0%3A9%3A1297181454.8410...    02/08/2011

Southwest Airlines - Purchase Confirmation                                    Page 2 of 2

| | | | | | Govt. Taxes and Fees | | |
|---|---|---|---|---|---|---|---|
| Adult | Depart | AUS-DEN | Business Select | $219.53 | $27.17 | 1 | $246.70 |
| Adult | Return | DEN-AUS | Business Select | $219.53 | $27.17 | 1 | $246.70 |

Please read the fare rules associated with this purchase.

Eff. January 28, 2011, unused travel funds may only be applied toward the purchase of future travel for the individual named on the ticket.

| | | | |
|---|---|---|---|
| | $439.06 | $54.34 | 1 | $493.40 |

**Total** $493.40

## Billing

**Purchaser Name**    **Billing Address**
Paul Trahan          2106 Headwater
                     Austin, TX 78746

**Form of Payment**                                                **Amount Applied**

American Express - XXXXXXXXXXX-1009                                $493.40

**Total Paid Now**    $493.40

**Trip Total**
$493.40

```
         \RDHOUSE DENVER
           303.572.9273

Server: Sean A.         DOB: 02/14/2011
12:25 AM                    02/15/2011
Table 23/1                     7/70096

AMEX                           6291512
Card #XXXXXXXXXXXX1009

Magnetic card present: TRAHAN P
Approval: 500855

              Amount:      51.08

        Round Up For Charity

              10   + Tip:

         $61.08   = Total:

X

     Use your debit or credit card
     to round up your total to the
        nearest dollar and help
          feed the needs of
            your community.
        www.rounditupamerica.org

              Merchant Copy
```



```
                Ellyngton's
Date:        Feb15'11 09:51AM
Card Type:   Amex
Acct #:      XXXXXXXXXXX1009
Exp Date:    XX/XX
Auth Code:   523503
Check:       2676
Table:       26/1
Server:      5049 Chelsey

Subtotal:         51.89

Tip:              $10.00

Total:            $61.89

Signature

I agree to pay above total
according to my card issuer
agreement.
          *Customer Copy*
```

```
0174
Server: KAREN D (#144)           Rec:108
02/14/11 20:58, Swiped    T: 41 Term: 3

KATIE MULLENS
1550 COURT PLACE
DENVER, CO. 80221
(303)573-0336
MERCHANT #:

CARD TYPE        ACCOUNT NUMBER
AMERICAN EXPRES  XXXXXXXXXXXX1009
Name: P TRAHAN
00 TRANSACTION APPROVED
AUTHORIZATION #: 586071
Reference: 0214010000174
TRANS TYPE: Credit Card SALE

CHECK:              101.99
TIP:               $15.00
TOTAL:            $116.99
```

X _[signature]_

\*\*\*Duplicate Copy\*\*\*

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT

_Client Dev. Dinner, Arnold, Silva, Trahan, Kralovec_



Lobby Tea
Date:        Feb14'11 07:27PM
Card Type:   Amex
Acct #:      XXXXXXXXXXXX1009
Exp Date:    XX/XX
Auth Code:   540799
Check:       6441
Table:       5/4
Server:      2005 Mariana

Subtotal:       70.27
Tip:           $12.00
Total:         $82.27

Signature _[signature]_

I agree to pay above total
according to my card issuer
agreement.

\*Customer Copy\*

_Client Dev. Arnold, Silva, Trahan, Kralovec, Dykes_



AUSTIN-BERGSTROM
INTERNATIONAL AIRPORT PARKING
CITY OF AUSTIN

296935

572 02/10 15:56 02/15 17:17 $54.00 1009

3794 814743 51009

TRAHAN
FULBRIGHT & JAWORSKI

5062104

54 75

TAX
SALES SLIP  TIP  MISC  7 00
TOTAL  61 75

CUSTOMER COPY

PURCHASER SIGN HERE
X

Cardholder acknowledges receipt of goods and/or services in the amount of the Total shown hereon and agrees to perform the obligations set forth in the Cardholder's agreement with the Issuer.

IMPORTANT: RETAIN THIS COPY FOR YOUR RECORDS