```
        WELCOME TO SCHLOTZSKYS!
=========================================
          ORDER # 94

Name : P. TRAHAN
=========================================

Location: DNCAUSO2
Kiosk: THSAUSXPEKSKO3
Order ID: 177163
POS Order Id: 3994
Date: 02/15/2011
Time: 04:51 PM
            Dine In

=========================================
1 Turkey Original-Style      $5.79
+Wheat
+No Black Olives
+Add Mustard
-----------------------------------------
1 Add Chips/Soda - Medium    $2.49
+Jalapeno
+Sierra Mist
=========================================
Sub-Total                    $8.28
Sales Tax                    $0.68
TOTAL                        $8.96

Customer Name: P TRAHAN
Paid - Card#: ***********1009

                             $8.96
```



```
Thank you for your business.  Comments or
questions please call 512-530-2903
```

Jasons Deli DTN
702 16th St.
Denver, CO 80202
(303)243-5599

A

```
Host: ASHLEY                    02/14/2011
A                                 7:53 AM
REPRINT# 1                          10005

Sunshine Sandwich                    4.99
  Ham
Jason's Java                         1.29

Sub Total                            6.28
Tax                                  0.51

TO GO Total                          6.79

CASH                                22.00

Change                              15.21
```

```
    FREE COOKIE ON NEXT VISIT!
    Just complete our survey @
  www.jasonsdelifeedback.com or
     call: 1-800-537-5441
  Use Store # 601 and write down
  redemption code:_____
```

```
Delectable Egg
1625 Court Place
Denver, CO 80202
303-892-5720

Check#: 62000              Server:T009
Date: 02/15/11             Time:01:25PM
Table: TO GO 1

---[Seat 1]---
1 Santa Fe Salad                    $7.99
1 No Bev                            $0.00

Subtotal                            $7.99
Tax:                                $0.65
Sub w/Tax:                          $8.64
Total                               $8.64

                                    $8.64

Cash                                $1.36

"Thank You!"
```

YARDHOUSE DENVER
303.572.9273

Server: BAR PM 3          DOB: 02/11/2011
10:41 PM                        02/11/2011
TRAHAN P/1                        9/90183

AMEX                            9437262
Card #XXXXXXXXXXX1009

Magnetic card present: TRAHAN P
Approval 503164

                    Amount:        42.43

Round Up For Charity _____

            + Tip:    8 00

            Total:   52 43

X                      $30

Use your debit or credit card
to round up your total to the
nearest dollar and help
the needs of
your community.
www.rounditupamerica.org

Guest Copy  Two Meal Trahan

---

MARLOWE'S

Date: 2/12/11   Time: 10:08:13 PM

Status:            Approved

Card Type:        American Express
Card Number:      XXXXXXXXXXX1009
Swipe/Manual:     Swipe
Person #:         1
Server ID:        125
Server Name:      Kristin
Check Number:     928390
Tab Number:       8928
Card Owner:       trahan/p

AMOUNT    13.52

TIP       3.00

TOTAL     16.52

Approval: 583422

I AGREE TO COMPLY WITH
THE CARDHOLDER AGREEMENT

***** CUSTOMER COPY *****

LUKE'S FRESH MARKET
303-893-2277
THE DIFFERENCE IS IN THE TASTE!
REGISTROOM CODE 16001
DATE 02/12/2011 SAT   TIME 12:03

PreparedFood T1         $2.00
PreparedFood T1         $4.19
PreparedFood T1         $4.81
SUBTOTAL               $11.89
SUBTOTAL               $11.00
TAXABLE1               $11.00
TAX 1 RATE            8.100%
TAX1                    $0.89
TOTAL                  $11.89
CASH                   $12.00
CHANGE                  $0.11
THANK YOU VERY MUCH
LAUREAN      No.207083   00000

CHECK REQUISITION/EXPENSE REIMBURSEMENT

DATE: January 11, 2010

DATE & TIME NEEDED:

ISSUE CHECK PAYABLE TO: Paul Trahan

TAX ID NUMBER

*Pd CK # 67355 1/21/2010* (handwritten)

CHECK SIGNER
VOUCHER #

ACCTG. USE ONLY

$1,039.34

| FIRM RECHARGE | ACCOUNT NAME/DESCRIPTION | ACCOUNT NUMBER XX-XXX-XX-XXXX-XXX OFC-DPT-TM-MAJ-SUB | DOLLAR AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

DESCRIPTION:

| MAJ-SUB | SELECTED ACCTS. | MAJ-SUB | SELECTED ACCTS. | MAJ-SUB | SELECTED ACCTS. |
|---|---|---|---|---|---|
| 6300-010 | MEETINGS & RETREAT-MEALS | 7020-020 | BUSINESS ENTERTAINMENT/TRAVEL | 8060-040 | RECRUITING-OTHER INC. |
| 6300-040 | MEETINGS & RETREAT-OTHER | 7040-010 | CONV./INSTITUTES-MEALS/ENT. | 8070-010 | SUMMER CLERKS-MEALS/ENT. |
| 7010-010 | TRAVEL & INCIDENTAL-MEALS | 7040-020 | CONV./INSTITUTES-TRAVEL/OTHER | 8071-010 | SUMMER CLERKS-LUNCHES |
| 7010-040 | TRAVEL & INCIDENTAL-OTHER | 7040-030 | CONV./INSTITUTES-REGISTRATION FEE | 8072-010 | SUMMER CLERKS-DINNERS |
| 7020-000 | BAR ASSOCIATION DUES | 7060-010 | PROFESSIONAL ASSOC. MEALS | 8070-020 | SUMMER CLERKS-TRAVEL/INCID. |
| 7020-040 | PROFESSIONAL ASSOCIATION DUES | 8060-010 | RECRUITING-MEALS ATTY INTERVIEWS | 8070-040 | SUMMER CLERKS-OTHER |
| 7030-010 | BUSINESS ENTERTAINMENT/MEALS | 8060-020 | RECRUITING-TRAVEL/INCID. | 1132-000 | CLIENT UNALLOCATED REFUND |

OFFICE CODES

| 01: HOUSTON | 08: AUSTIN | 15: LONDON | 21: BEIJING | DEPT. CODES | |
|---|---|---|---|---|---|
| 02: NEW YORK | 09: WASHINGTON | 16: ST. LOUIS | | 004: BANKRUPTCY | 015: HEALTH | 038: ENERGY & REAL PROP. |
| 03: LOS ANGELES | 10: HONG KONG | 17: RIYADH | | 006: CORP. & BANK | 021: LABOR | 030: TAX |
| 06: SAN ANTONIO | 11: MINNEAPOLIS | 18: DUBAI | | 007: TECHNOLOGY | 024: LITIGATION | 048: ADMIN |
| 07: DALLAS | 12: MUNICH | 19: DENVER | | 009: ENVIRONMENTAL | 030: INTEL. PROP | 092: SUMMER CLERKS |
| | | | | 012: FAMILY | 033: PUBLIC | 000: GENERAL |

PLEASE PROVIDE DETAILED SUPPORT FOR ALL MEAL, ENTERTAINMENT AND TRAVEL EXPENSES (FIRM RECHARGE AND CLIENT RECHARGE) ON THE REVERSE SIDE AND ATTACH RECEIPTS IN ACCORDANCE WITH IRS REGULATIONS.

CLIENT RECHARGE

| COST CODE | MATTER # | CLIENT AND MATTER NAME | AMOUNT | COST CODES | |
|---|---|---|---|---|---|
| E1 | 10904447 | Southlands/Blackrock | 419.40 | E121 | ARBITRATORS/MEDIATORS |
| | | | | F200 | CONFERENCE EXPENSES |
| | | | | E107 | DELIVERY SERVICES |
| Air fare from Austin to Denver, return to Austin | | | | E115 | DEPOSITIONS/TRANSCRIPTS |
| | | | | E101 | DUPLICATING EXPENSES |
| | | | | E119 | EXPERTS |
| | | | | E112 | FILING FEES/COURT FEES |
| E110 | 10904447 | Southlands/Blackrock | 447.94 | F211 | FOREIGN ASSOCIATE |
| | | | | E105 | LD TELEPHONE |
| | | | | E118 | LITIGATION SUPPORT VENDORS |
| | | | | F208 | LOBBY - MEAL/ENT |
| Hotel while in Denver for depositions | | | | F209 | LOBBY OTHER |
| | | | | E122 | LOCAL COUNSEL |
| | | | | E109 | LOCAL TRAVEL |
| | | | | E111 | MEALS |
| E110 | 10904447 | Southlands/Blackrock | 172.00 | E106 | ONLINE RESEARCH |
| | | | | E123 | OTHER PROFESSIONALS |
| | | | | E124 | OTHER (EXPLAIN) |
| | | | | E110 | OUT OF TOWN TRAVEL |
| | | | | E102 | OUTSIDE PRINTING |
| Taxis and parking for trip to Denver for depositions (parking $50.00/taxi $122.00) | | | | E108 | POSTAGE |
| | | | | E120 | PRIVATE INVESTIGATIONS |
| | | | | F201 | PTO FEES |
| | | | | F213 | PTO MAINTENANCE FEE |
| | | | | F207 | RECORDS |
| | | | | E214 | REFUND OF CLIENT COST CREDIT |
| | | | | F204 | SECRETARY OVERTIME |
| | | | | E113 | SUBPOENA FEES |
| | | | | E117 | TRIAL EXHIBITS |
| | | | | E116 | TRIAL TRANSCRIPTS |
| | | | | E114 | WITNESS FEES |

NARRATIVE:

ALL MEALS AND ENTERTAINMENT MUST BE SEPARATELY DISCLOSED ABOVE AND ON THE REVERSE SIDE.

DELIVER CHECK TO: JULIE WRIGHT

PAUL TRAHAN
ATTORNEY NAME (PRINT)

ATTORNEY SIGNATURE

08733
ATTORNEY #

DETAIL OF IDN...23

**BUSINESS MEALS AND ENTERTAINMENT**

| DATE | PLACE (NAME OF CLUB, RESTAURANT, ETC.) | NAME (TITLE OF PERSON) IN ATTENDANCE | TOTAL $ |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| BUSINESS PURPOSE | | | |

| BUSINESS PURPOSE | |
|---|---|
| DEPARTURE POINT/ DESTINATION | TRAVEL DETAILS |

| DAILY RECORD | | MEALS | | OTHER TRAVEL & SUBSISTENCE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | # OF MEALS | $ AMOUNT | # OF MI | AUTO EXP. | AIR TRAVEL | HOTEL | PARKING, TAXI, LIMO, ETC. | TELEPHONE | OTHER DESCRIPTION | AMOUNT | AMOUNT |
| SUN | | | | | $ | | | | | | | |
| MON | | | | | | | | | | | | |
| TUE | | | | | | | | | | | | |
| WED | 1/6/2010 | | | | | 209.70 | | 62.00 | | | | 271.70 |
| THURS | 1/7/2010 | | | | | | | | | | | |
| FRI | 1/8/2010 | | | | | 209.70 | 447.94 | 110.00 | | | | 767.64 |
| SAT | | | | | | | | | | | | |
| SUN | | | | | | | | | | | | |
| MON | | | | | | | | | | | | |
| TUE | | | | | | | | | | | | |
| WED | | | | | | | | | | | | |
| THURS | | | | | | | | | | | | |
| FRI | | | | | | | | | | | | |
| TOTAL | | | | | | 419.40 | 447.94 | 172.00 | | | | $1,039.34 |

024842

## AUSTIN BERGSTROM
### INTERNATIONAL AIRPORT PARKING

$50.00

FFRWPVTT

$60 a
taxi receipt
to aupot
on 1/8/2010



5528 3200 4253 2857

48        10/10
PAUL D TRAHAN
FULBRIGHT & JAWORSKI

87483101 6665
METRO TAXI
DENVER CO

DATE 1-6

AUTHORIZATION NO. REFERENCE NO.

5657917

QTY.   DESCRIPTION   AMOUNT
50 50

TAX

SALES   TIP
SLIP

TOTAL 62 00

PURCHASER SIGN HERE
X
Cardholder acknowledges receipt of goods and/or services in the amount
of the Total shown hereon and agrees to perform the obligations set forth
in the Cardholder's agreement with the Issuer.

CUSTOMER COPY

**IMPORTANT: RETAIN THIS COPY FOR YOUR RECORDS**

# FULBRIGHT & JAWORSKI L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
600 CONGRESS AVENUE, SUITE 2400
AUSTIN, TEXAS 78701-2978
WWW.FULBRIGHT.COM

## MEMORANDUM

**TO:**      Accounting Dept.

**FROM:**    Paul Trahan

**DATE:**    January 19, 2010

**MATTER:**  10904447

**RE:**      Civil Action No. 09-CV-00799-ZLW-KLM; *Granite Southlands Town Center LLC v. Alberta Town Center, LLC, Land Title Guarantee Company, Donald G. Provost, Allan G. Provost, and Peter M. Cudlip*; In the United States District Court for the District of Colorado

On January 8, 2010, I took a cab from my hotel in Denver, Colorado to the Denver airport. The cost of the cab was $60.00.

/jw

Document3



Mr Paul Trahan
**1 Congress Ave Ste2400
..stin TX 78701**
US

| | | |
|---|---|---|
| Room No. | : | 626 |
| Arrival | : | 01/06/10 |
| Departure | : | 01/08/10 |

**INFORMATION INVOICE**

| | | |
|---|---|---|
| Page No. | : | 1 of 1 |
| Folio No. | : | |
| Conf. No. | : | 5691196 |
| Cashier No. | : | 113 |

Reference #
A/R Number       :
Group Code       :
Company Name     :

| Date | Text | Charges USD | Credits USD |
|---|---|---|---|
| 01/06/10 | Room Charge | 195.00 | |
| 01/06/10 | Room Taxes | 28.97 | |
| 01/07/10 | Room Charge | 195.00 | |
| 01/07/10 | Room Taxes | 28.97 | |
| 01/07/10 | Mastercard | | 447.94 |

| **Total** | **447.94** | **447.94** |
|---|---|---|

| **Balance** | **0.00 USD** |
|---|---|

The Brown Palace Hotel and Spa Denver | 321 17th Street | Denver, CO 80202
Telephone: 1 303 297 3111 | Facsimile: 1 303 312 5900 | Toll Free: 1 800 321 2599
Web Address: www.brownpalace.com | Contact Us: reservations@brownpalace.com

Southwest Airlines - Purchase Confirmation                                    Page 1 of 1


**ITHWEST.COM**

# Thank you!
# Your Confirmation is NZZVD2

   **Continue to Book Your Car**
Our fares are low, and so are our car rental rates.
Search cars using the travel dates and destination from
your air reservation.



Book a Hotel

Book a Flight

 Book a Cruise

## Air

**Adult 1: PAUL TRAHAN**          Acct#: 00000051704940          Confirmation # NZZVD2

**AIR ITINERARY**

| DEPART<br>JAN<br>**8** | **Denver, CO to Austin, TX**<br>Friday, January 8, 2010<br>Travel Time 2 h 10 m<br>(Nonstop) | #3138 | Depart Denver, CO (DEN)<br>Arrive in Austin, TX (AUS) | 4:15 PM<br>7:25 PM |

# OU JUST SAVED UP TO $100 ROUNDTRIP!



# BAG FEES = $0.00
### Bags Fly Free on Southwest.
First and second checked bags. Weight and size limits apply.

**BILLING**

| Purchaser Name | Billing Address | City, State & Zip |
|---|---|---|
| Paul Trahan | 2106 Headwater | Austin, TX 78746 |

| Form of Payment | Number | Amount Applied | Remaining Balance |
|---|---|---|---|
| Visa | XXXXXXXXXXXX8082 | $209.70 | N/A |

**AIR PRICING**

| Passenger Type | Trip | Routing | Fare Type | Base Fare | Govt. Taxes and Fees | Quantity | Total |
|---|---|---|---|---|---|---|---|
| Adult | Depart | DEN-AUS | Anytime | $185.12 | $24.58 | 1 | $209.70 |
| | | | | **$185.12** | **$24.58** | **1** | **$209.70** |

### TRIP GRAND TOTAL: $209.70

Search All Cars          Search All Hotels          Earn Rapid Rewards

$419.40

https://www.southwest.com/flight/confirm-flight.html?companyName=&cid=&memberName=&disc=0...          01/08/2010

**Wright, Julie**

_____

From: Southwest Airlines [SouthwestAirlines@luv.southwest.com]

Sent: Friday, January 08, 2010 2:11 PM

To: Wright, Julie

Subject: Ticketless Travel Passenger Itinerary


**SOUTHWEST.COM**

This e-mail contains Southwest Airlines Ticketless Travel information and is being sent to you at the request of the Purchaser, Passenger, or individual responsible for arranging this air travel.

**Confirmation Number**
**NZZVD2**

**Be prepared when you get there!**
Consult **Travel Guide** for relevant tips from real travelers.

**Passenger(s):**
PAUL TRAHAN

**Itinerary**
Depart: Denver to Austin                    *Travel Time: 2 hrs 10 mins*

| Date | Flight | Routing Details |
|------|--------|-----------------|
| Fri Jan 08 | 3138 | Depart Denver(DEN) at 04:15 PM |
|            |      | Arrive in Austin(AUS) at 07:25 PM |

This is an itinerary only and is not considered a receipt.

**Click 'n Save ®**
Sign up today at www.southwest.com/email to receive a weekly e-mail announcing our latest special offers!

**Important Checkin Requirement**
Passengers who do not obtain a boarding pass and are not present and available for boarding in the departure gate area at least ten minutes prior to scheduled departure time may have their reserved space cancelled and will not be eligible for denied boarding compensation.

**Southwest Airlines Co. Notice of Incorporated Terms**
Air transportation by Southwest Airlines is subject to Southwest Airlines' Passenger Contract of Carriage, the terms of which are incorporated by reference.

**Notice of Incorporated Terms**

**Additional Information for Travelers**
Online Checkin | Free Baggage Allowance | Checkin Requirements
Inflight Service | Travel Tools | Refund Information | Privacy Policy | Southwest Airlines Destinations

Southwest Airlines - Pricing and Restrictions                    Page 1 of 1

 **SOUTHWEST.COM**

# Austin, TX to Denver, CO

## Air Itinerary and Pricing

**AIR PRICING**

| Passenger Type | Trip | Routing | Fare Type | Base Fare | Govt. Taxes and Fees | Quantity | Total |
|---|---|---|---|---|---|---|---|
| Adult | Depart | AUS-DEN | Anytime | $185.12 | $24.58 | 1 | $209.70 |
| | | | | $185.12 | $24.58 | 1 | $209.70 |

| | | |
|---|---|---|
| | Total Due | $209.70 |



# 1 TICKET. 2 BAGS. 0 FEES.

# BAG FEES = $0.00

Fly Southwest and save up to $100 roundtrip.

First and second checked bags. Weight and size limits apply.

**AIR ITINERARY**

| DEPART JAN 6 | Austin, TX to Denver, CO Wednesday, January 6, 2010 Travel Time 2 h 20 m (Nonstop) | #2913 | Depart **Austin, TX (AUS)** Arrive in **Denver, CO (DEN)** | 5:40 PM 7:00 PM |
|---|---|---|---|---|

I accept the fare rules and want to continue with this purchase

 Continue

Save $20 on today's purchase!*
Plus receive up to 16 Rapid Rewards
credits—enough for a free flight. Apply Now!
* Receive a $20 credit on your Chase billing statement





05th January 2010

Mr Paul Trahan
600 Congress Ave Ste2400
Austin TX 78701
US

Mr Paul Trahan

Thank you for choosing the The Brown Palace Hotel and Spa Denver. We have reserved the following accommodations for Paul Trahan. Arrival on the 06th January 2010 and departure on the 08th January 2010 :

In anticipation of your guest's arrival, we would like you to review the following information:



| | |
|---|---|
| Guestname : | *Paul Trahan* |
| Confirmation # : | *5691196* |
| Room Rate : | $ |
| Number of Guests : | *1* |
| Room Reserved: | Superior 1 King Bed |
| Guaranteed : | *Guaranteed to Credit Card* |

Check In Time: 3:00 PM      Check Out Time: 12:00 PM



Your Confirmation Number is 5691196, and you are guaranteed for late arrival. If you find it necessary to cancel or change plans, please inform us by 12:00 pm Mountain Standard Time day prior to your arrival date to avoid one night's room and tax charge to your credit card.

For driving directions to the hotel, please press *here*

Again, thank you for choosing the The Brown Palace Hotel and Spa Denver. We look forward to having you as our guest.

Sincerely,

The Brown Palace Room Reservations Staff

The Brown Palace Hotel and Spa Denver  |  321 17th Street  |  Denver, CO 80202
Telephone: 1 303 297 3111  |  Facimille: 1 303 312 5900  |  Toll Free: 1 800 321 2599
Web Address: www.brownpalace.com  |  Contact Us: reservations@brownpalace.com

**Wright, Julie**

From:     Southwest Airlines [SouthwestAirlines@luv.southwest.com]
Sent:     Tuesday, January 05, 2010 11:04 AM
To:       Wright, Julie
Subject:  Ticketless Travel Passenger Itinerary



This e-mail contains Southwest Airlines Ticketless Travel information and is being sent to you at the request of the Purchaser, Passenger, or individual responsible for arranging this air travel.

**Confirmation Number**
**Q44X53**

**Be prepared when you get there!**
Consult <u>Travel Guide</u> for relevant tips from real travelers.

**Passenger(s):**
PAUL TRAHAN

**Itinerary**
**Depart:** Austin to Denver                    *Travel Time: 2 hrs 20 mins*

| Date | Flight | Routing Details |
|------|--------|-----------------|
| Wed Jan 06 | 2913 | Depart Austin(AUS) at 05:40 PM<br>Arrive in Denver(DEN) at 07:00 PM |

This is an itinerary only and is not considered a receipt.

**Click 'n Save ®**
Sign up today at www.southwest.com/email to receive a weekly e-mail announcing our latest special offers!

**Important Checkin Requirement**
Passengers who do not obtain a boarding pass and are not present and available for boarding in the departure gate area at least ten minutes prior to scheduled departure time may have their reserved space cancelled and will not be eligible for denied boarding compensation.

**Southwest Airlines Co. Notice of Incorporated Terms**
Air transportation by Southwest Airlines is subject to Southwest Airlines' Passenger Contract of Carriage, the terms of which are incorporated by reference.

<u>Notice of Incorporated Terms</u>

**Additional Information for Travelers**
Online Checkin | Free Baggage Allowance | Checkin Requirements
Inflight Service | Travel Tools | Refund Information | Privacy Policy | Southwest Airlines Destinations

01/05/2010

CHECK REQUISITION/EXPENSE REIMBURSEMENT

DATE: January 21, 2010

DATE & TIME NEEDED:

ISSUE CHECK PAYABLE TO: Paul Trahan

TAX NUMBER

CHECK SIGNER
VOUCHER #

ACCTG. USE ONLY

**$951.40**

| FIRM RECHARGE | ACCOUNT NAME/DESCRIPTION | | ACCOUNT NUMBER XX-XXX-XX-XXXX-XXX OFC-DPT-TM-MAJ-SUB | DOLLAR AMOUNT |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DESCRIPTION:

| MAJ-SUB | SELECTED ACCTS. | MAJ-SUB | SELECTED ACCTS. | MAJ-SUB | SELECTED ACCTS. |
|---|---|---|---|---|---|
| 0300-010 | MEETINGS & RETREAT-MEALS | 7030-020 | BUSINESS ENTERTAINMENT/TRAVEL | 8060-040 | RECRUITING-OTHER INC |
| 0300-040 | MEETINGS & RETREAT-OTHER | 7040-010 | CONV./INSTITUTES-MEALS/ENT | 8070-010 | SUMMER CLERKS-MEALS/ENT |
| 7010-010 | TRAVEL & INCIDENTAL-MEALS | 7040-020 | CONV./INSTITUTES-TRAVEL/OTHER | 8071-010 | SUMMER CLERKS-LUNCHES |
| 7010-040 | TRAVEL & INCIDENTAL-OTHER | 7040-030 | CONV./INSTITUTES-REGISTRATION FEE | 8072-010 | SUMMER CLERKS-DINNERS |
| 7020-000 | BAR ASSOCIATION DUES | 7050-010 | PROFESSIONAL/BAR ASSOC. MEALS | 8070-020 | SUMMER CLERKS-TRAVEL/INCID |
| 7020-040 | PROFESSIONAL ASSOCIATION DUES | 8060-010 | RECRUITING-MEALS ATTY INTERVIEWS | 8070-040 | SUMMER CLERKS-OTHER |
| 7030-010 | BUSINESS ENTERTAINMENT/MEALS | 8060-020 | RECRUITING-TRAVEL/INCID | 1132-000 | CLIENT UNALLOCATED REFUND |

OFFICE CODES

01: HOUSTON   08: AUSTIN   15: LONDON   21: BEIJING
02: NEW YORK   09: WASHINGTON   16: ST. LOUIS
03: LOS ANGELES   10: HONG KONG   17: RIYADH
08: SAN ANTONIO   11: MINNEAPOLIS   18: DUBAI
07: DALLAS   12: MUNICH   19: DENVER

DEPT. CODES

004: BANKRUPTCY   015: HEALTH   038: ENERGY & REAL PROP.
006: CORP. & BANK   021: LABOR   039: TAX
007: TECHNOLOGY   024: LITIGATION   048: ADMIN
009: ENVIRONMENTAL   030: INTEL. PROP.   092: SUMMER CLERKS
012: FAMILY   033: PUBLIC   000: GENERAL

PLEASE PROVIDE DETAILED SUPPORT FOR ALL MEAL, ENTERTAINMENT AND TRAVEL EXPENSES (FIRM RECHARGE AND CLIENT RECHARGE) ON THE REVERSE SIDE AND ATTACH RECEIPTS IN ACCORDANCE WITH IRS REGULATIONS.

CLIENT RECHARGE

| COST CODE | MATTER # | CLIENT AND MATTER NAME | AMOUNT | COST CODES | |
|---|---|---|---|---|---|
| E110 | 10904447 | Blackrock/Southlands | 489.10 | E121 | ARBITRATORS/MEDIATORS |
| | | | | F200 | CONFERENCE EXPENSES |
| | | | | E107 | DELIVERY SERVICES |
| | | | | E115 | DEPOSITIONS/TRANSCRIPTS |
| Air fare from Austin to Orange County, CA and return to Austin – Blackrock personnel depos | | | | E119 | DUPLICATING EXPENSES |
| | | | | E112 | EXPERTS |
| | | | | F211 | FILING FEES/COURT FEES |
| | | | | E105 | FOREIGN ASSOCIATE |
| E110 | 10904447 | Blackrock/Southlands | 200.00 | E118 | LD TELEPHONE |
| | | | | F208 | LITIGATION SUPPORT VENDORS |
| | | | | F209 | LOBBY - MEALS/ENT |
| | | | | E122 | LOBBY OTHER |
| Expense for rent car while in California for Blackrock personnel depositions | | | | E109 | LOCAL COUNSEL |
| | | | | E111 | LOCAL TRAVEL |
| | | | | E100 | MEALS |
| | | | | E123 | ONLINE RESEARCH |
| E110 | 10904447 | Blackrock/Southlands | 249.30 | E124 | OTHER PROFESSIONALS |
| | | | | E110 | OTHER (EXPLAIN) |
| | | | | E102 | OUT OF TOWN TRAVEL |
| | | | | E108 | OUTSIDE PRINTING |
| Hotel while in California for Blackrock personnel depositions | | | | E120 | POSTAGE |
| | | | | F201 | PRIVATE INVESTIGATIONS |
| | | | | F212 | PTO FEES |
| | | | | F207 | PTO MAINTENANCE FEE |
| E111 | 10904447 | Blackrock/Southlands | 13.00 | F214 | RECORDS |
| | | | | F204 | REFUND OF CLIENT COST CREDIT |
| | | | | E113 | SECRETARY OVERTIME |
| | | | | E117 | SUBPOENA FEES |
| NARRATIVE: | | | | E116 | TRIAL EXHIBITS |
| Breakfast with M. Krier (deponent) | | | | E114 | TRIAL TRANSCRIPTS |
| | | | | | WITNESS FEES |

ALL MEALS AND ENTERTAINMENT MUST BE SEPARATELY DISCLOSED ABOVE AND ON THE REVERSE SIDE.

DC CHECK TO:    JULIE WRIGHT

PAUL TRAHAN                                08733

ATTORNEY NAME (PRINT)          ATTORNEY SIGNATURE          ATTORNEY #

# DETAIL OF EXPEN...

## BUSINESS MEALS AND ENTERTAINMENT

| DATE | PLACE (NAME OF CLUB, RESTAURANT, ETC.) | NAME (TITLE OF PERSON) IN ATTENDANCE | TOTAL $ |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

BUSINESS PURPOSE

BUSINESS PURPOSE

## TRAVEL DETAILS

DEPARTURE POINT/
DESTINATION

### DAILY RECORD

| DATE | MEALS # OF MEALS | MEALS $ AMOUNT | OTHER TRAVEL & SUBSISTENCE # OF LG | AUTO EXP. $ | AIR TRAVEL | HOTEL | PARKING, TAXI, LIMO, ETC. | TELEPHONE | OTHER DESCRIPTION | OTHER AMOUNT | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SUN | | | | | | | | | | | |
| MON | | | | | | | | | | | |
| TUE 1/13/10 | | | | | 140.40 | | | | | | 140.40 |
| WED 1/14/10 | | | | | | 249.30 | 200.00 | | | | 462.30 |
| THURS 1/15/10 | 1 | 13.00 | | | | | | | | | |
| FRI 1/17/10 | | | | | 348.70 | | | | | | 348.70 |
| SAT | | | | | | | | | | | |
| SUN | | | | | | | | | | | |
| MON | | | | | | | | | | | |
| TUE | | | | | | | | | | | |
| WED | | | | | | | | | | | |
| THURS | | | | | | | | | | | |
| FRI | | | | | | | | | | | |
| TOTAL | | 13.00 | | | 489.10 | 249.30 | 200.00 | | | | 951.40 |

# Radisson

Paul Trahan
2601 Headwater
Austin, 78746
US

**INVOICE**
Membership No.      :
A/R Number          :
Group Code          :
Company Name        :

| | |
|---|---|
| Room No. | : 0525 |
| Arrival | : 01-13-10 |
| Departure | : 01-15-10 |
| Page No. | : 1 of 1 |
| Folio No. | : 1040778 |
| Conf. No. | : 1004530 |
| Cashier No. | : 1008 |

01-15-10

| Date | Text | | Charges | Credits |
|---|---|---|---|---|
| 01-13-10 | Advance Deposit Transferred at | | | 249.30 |
| 01-13-10 | Room | | 119.20 | |
| 01-13-10 | City Tax /Assessment 10.1% | | 12.04 | |
| 01-13-10 | Newport Beach Tourism Assess | | 2.38 | |
| 01-14-10 | Room | | 103.20 | |
| 01-14-10 | City Tax /Assessment 10.1% | | 10.42 | |
| 01-14-10 | Newport Beach Tourism Assess | | 2.06 | |
| 15-10 | Tiffany's | CHECK# 9228 | 13.00 | |
| 01-15-10 | Mastercard | | | 13.00 |
| | XXXXXXXXXXXX2857   XX/XX | | | |

| | Total | 262.30 | 262.30 |
|---|---|---|---|
| | Balance | | 0.00 |

Join goldpoints plus today!  Enroll in goldpoints plus at a participating hotel front desk or on line at
goldpointsplus.com and start earning Gold Points today!

### Thank You For Staying With Us

I agree that my liability for this bill is not waived and agree to be held personally responsible in the event that the indicated person, company or association
falls to pay for any portion or the full amount of these charges.

Guest Signature_____

Radisson Hotel Newport Beach
4545 MacArthur Boulevard
Newport Beach, CA 92660
Telephone: (949) 833-0570 Fax: (949) 833-3927
Email: RHI_NEBE@radisson.com

Reservation Confirmation                                                          Page 1 of 2

## Confirmation Number: 722CNYD

**Radisson Hotel Newport Beach**                              0.0 from Downtown



4545 Macarthur Boulevard
Newport Beach, CA 92660
(949) 833-0570
**Map & Directions**

Next to John Wayne Airport, Broadcom, Toshiba and Deloitte

**Hotel Details**      **More Photos**

## Reservation Summary

| | | | |
|---|---|---|---|
| **Check In:** | Wed Jan 13, 2010 **Check In Time** is 15:00 | **Guest Name:** | Paul Trahan |
| **Check Out:** | Fri Jan 15, 2010 **Check Out Time** is 12:00 | **Address:** | 2601 Headwater Austin, US 78746 |
| | | **Phone:** | (512) 751-5288 |
| **Number of Rooms:** | 1 | **Email:** | PTRAHAN@FULBRIGHT.COM |
| **Guests:** | 1 (1 Adult, 0 Children) | **goldpoints plus:** | |

**Hot Deals Rate-Guest Room-Balcony**

**Room 1 Summary:**

**Adult:** Paul Trahan
**Guests:** 1 (1 Adult, 0 Children)
**Room Desc:** Guest Room-Balcony-High Speed Internet
King size /queen size bed requested

Special requests can not be guaranteed and are subject to availability.

## Rate Summary

| **Room Cost** | | **Guarantee Policy** |
|---|---|---|
| Wed Jan 13, 2010 | $119.20 USD | VI ***********8082 Exp 03/11 Card will be billed 249.31 USD by hotel at time of booking |
| Thu Jan 14, 2010 | $103.20 USD | **Cancellation Policy** |

Reservation Confirmation

| Room 1 Cost | $222.40 USD |
| --- | --- |
| **Estimated Taxes and Fees** | $26.91 USD |
| **Total Estimated Cost for 1 Room** | **$249.31 USD** |

Additional taxes and surcharges may apply.
Total estimated cost is only available in the currency applicable to the hotel.

Penalty applies to all cancellations. Cancel today thru Jan 13 2010 = 133.62 USD.