Avis Rent A Car: Print Reservation

Page 1 of 4



## Thank you Paul, for renting with us! Your car is reserved.

Your Confirmation Number: **49952614US5**

| | | |
|---|---|---|
| Base Rate: 3 day(s), 12 hour(s) | | 286.40 USD |
| Taxes & Surcharges: | | 70.16 USD |
| Surcharge | 42.28 USD | |
| $0.10 per day (Vehicle License Fee) | | |
| 3.50% (Tourism Assessment Fee) | | |
| 11.11% (Concession Recovery Fee) | | |
| Tax ( 8.750% ) | 27.88 USD | |
| Mileage: | | Unlimited |
| **Approximate Total** | | **356.56 USD** |

Rate Rules:
Maximum 4 Day(s) and 2 hour(s)

**Estimated Total**   **356.56 USD**

Notes:
- Your rate was calculated based on the information provided. Some modifications may change this rate.

### Contact Us
Reservations & Avis.com Assistance
1-800-230-4898
Wizard Number / Preferred Profile Updates
1-866-842-5552
Monday - Friday 8am-5pm EST



Thank you for renting from Avis.

| RENTAL NUMBER | CAR NUMBER | CAR GROUP |
|---|---|---|
| 692057796 | 41S09836 | B |

TRAHAN , PAUL
AWD = A597500
CV - CMXXXXXXXXXXXX2857

```
OUT SNA 13JAN10/1838  MI =  5147
IN  SAN 17JAN10/0624  MI =  5383
    236 MI@    .00 =
        HR@  53.70 =
      4 DY@  71.60 =        286.40
**11.11% FEE         =         31.86
FUEL SERVICE         =
$  0.10 /DY VLF      =           .40
TAXABLE SUBTOT       =        318.66
TAX 8.750%           =         27.88
#3.5% TAF            =         10.02

TOTAL CHARGES        =       (356.56)
**CONCESSION RECOVERY FEE
#TOURISM ASSESSMENT FEE
* VEH LICENSE RECOUP FEE
```

Recharge $200

### YOUR TIME & PLACE

**Pick-up Information**
Wednesday, January 13, 2010 @ 07:00 PM
John Wayne Airport - SNA
18601 Airport Way
NA Santa Ana  CA  92707
U S A
(1) 949-660-5200
Sun - Sat 6:00 AM - 11:30 PM

*AVIS Preferred*

**Return Information**
Sunday, January 17, 2010 @ 06:30 AM
San Diego Intl Airport - SAN
3180 North Harbor Drive
NA San Diego  CA  92101
U S A
(1) 619-688-5000
Sun - Sat Open 24 hrs

*AVIS Preferred*

### RATE & BENEFIT INFORMATION

| | |
|---|---|
| ID Number: | A597500 |
| Rate Type: | Lowest |
| Rate Code: | 4W |
| Coupon Number: | N/A |

Receive rental receipts by email every time you rent.
And get access to special offers & more. See reverse.

https://www.avis.com/car-rental/reservation/print-res-confirmation.ac

01/12/2010

Avis Rent A Car: Print Reservation

Page 2 of 4

## YOUR CAR

**Compact Chevrolet Cobalt or similar**




- 4 or 5 doors
- AM/FM Radio
- Air Conditioning
- Cruise Control
- Automatic

4 / 1 / 1 / 22/32

## YOUR OPTIONS

| | | |
|---|---|---|
| **Rental Options:** | None | |
| **Protections - Coverages:** | Loss Damage Waiver (LDW) | Declined |
| | Personal Accident Insurance (PAI) | Declined |
| | Personal Effects Protection (PEP) | Declined |
| | Additional Liability Insurance (ALI) | Declined |

## YOUR INFORMATION

| | |
|---|---|
| Name: | Paul Trahan |
| Email Address: | PTRAHAN@FULBRIGHT.COM |
| Phone: | 512-751-5288 |
| Miles / Points: | N/A |
| Flight Information: | – Flight#: 2525 |
| Wizard Number: | N/A |

## Reservation Terms & Conditions:

Credit Card Policies
Debit Card Policies
Additional Fees
Age Requirements
DMV Checks
Estimated Totals
Rental Options

### Credit Card Policies

Avis accepts most major credit cards as credit identification at the time of rental.

Accepted credit card list: Avis Charge Card, American Express, AT&T Capital, Diner's Club, Diner's Club Int'l, Discover, GE Capital, JCB, MasterCard, Peterson, Howell and Heather (PHH), Sears and Visa.

Some locations may not accept each of the referenced cards.

▲Top

https://www.avis.com/car-rental/reservation/print-res-confirmation.ac

01/12/2010

Avis Rent A Car: Print Reservation

**Debit Card Policies**

This location does accept bank debit cards with the MasterCard or Visa logo at the time of rental if you are at least 25 years of age. You will be subject to a credit check to determine creditworthiness.

Avis reserves the right, in its sole discretion, to seek a Debit Card authorization hold in excess of the estimated rental charges. When using a debit card at Avis there may be a minimum hold of $500 and a maximum hold of the estimated rental charges will be placed on your account.

Upon returning the vehicle, Avis will process a release of the unused portion of the hold subject to your Bank's procedures. The hold may take up to 2 weeks to be released by your bank.

If you fail to return the vehicle as agreed, Avis will obtain additional authorizations from your account to cover the rental charges.

Avis is not responsible for any returned checks or over-drafts based on this policy.

Positive identification in addition to your driver's license may be required.

In the United States, Debit, Cash or Check cards can be used at the end for payment of rental charges. For acceptable credit identification and payment methods in countries outside of the United States, please consult the Renter's Guide and search for the specific location.

**Note:** Prepaid Debit/Gift cards are not acceptable methods of credit identification to pick up a car at any location. One of the above mentioned cards must be presented. Prepaid Debit/Gift cards are accepted at time of return only.

▲Top

**Additional Fees**

Extensions or late returns result in additional charges.

▲Top

**Age Requirements**

Rather than requiring customers to be 25 to rent, Avis at this location now rents to customers between the ages of 21-24 with a valid credit card and driver's license. At time of rental, we will automatically apply an additional $27-per-day underage surcharge for these drivers.

Additionally, the following restrictions also will apply for renters between the ages of 21-24: Renters of luxury cars, mini-vans, 12-passenger vans, specialty cars, full-size SUVs and premium SUVs will not be permitted.

**Government Minimum Age Policy - Military (FEMA, US Postal Dept., Navy and Army) and Civilian Personnel**

- Minimum age - 18 years (no underage surcharge will apply) with government travel or purchase order
- Minimum age - 21 years (no underage surcharge will apply) with no government travel or purchase order

▲Top

**DMV Checks**

At the time of rental, the renter or authorized driver may be subject to an electronic DMV check from the issuing state of the driver's license, or may be asked to sign a declaration attesting to specific criteria:

- The renter/authorized driver has a valid license that is not currently suspended, expired, revoked, canceled or surrendered.
- The renter/authorized driver has not, within the last 36 months had 1 or more convictions for

reckless driving.
- The renter/authorized driver has not, within the last 36 months had 1 or more convictions for driving under the influence (DUI), driving while intoxicated (DWI), or driving while alcohol impaired (DWAI).
- The renter/authorized driver has not, within the last 36 months failed to report or leave the scene of an accident.
- The renter/authorized driver has never been in possession of a stolen vehicle or used a vehicle in a crime.
- The renter/authorized driver has not, within the last 24 months had 3 or more convictions for moving violations (including seat belt violations).
- The renter/authorized driver has not, within the last 36 months had 3 or more accidents

Top

## Estimated Totals

Approximate total includes base rate, taxes, and surcharges. Items such as coupon discounts, child safety seats and gas are NOT included in the estimated total. Optional coverages and one-way fees are subject to tax in certain locations. This tax is not reflected in the Estimated Total.

Estimated total is subject to change based upon exchange rates at the time of rental.

Top

## Rental Options

If you have added any of the following rental options to your reservation, terms and conditions may apply.

Where2 GPS Navigation:

- Taxes not included.
- Available at participating locations.
- Minimum age is 25 but may vary by location, underage surcharges may apply at certain locations.
- Reliability of directions subject to timing of software implementation as well as that of which has been provided by the maker of the installed maps.
- I (renter) acknowledge that the rental vehicle may be equipped with Where2 which utilizes global positioning satellites. I acknowledge that Where2 may be limited by atmospheric or topographical conditions. I further acknowledge that Where2 may be rendered inoperative if Where2 is tampered with or destroyed and or damaged in an accident or if the satellite systems are obstructed and inoperative.
- Customer is responsible for all costs in the event of lost, stolen or damaged Where2 Unit and all of its components.
- Renter agrees to release and hold Avis harmless for any Where2 failures.

Gas Service Option:

- Fees for the Gas Service Option are not included in the Estimated Total.
- Fees are assessed and applied at the time of rental.
- Fees vary by location and are determined by current market value of gasoline in surrounding area of rental location and the fuel tank size of rental vehicle.
- Customer will receive no credit or refund for unused fuel left in tank at time of return.

Top

Southwest Airlines - Purchase Confirmation                                      Page 1 of 2



# Thank you!
# Your Confirmation is NW5YRO

✓ Extra Convenience  
✓ Better Boarding Position  
✓ Earlier Access to Overhead Bins  

Get it Now  
Learn More ›

Book a Car  
Book a Hotel  
Book a Flight

## Air

**Adult 1: PAUL TRAHAN**    Acct#: 00000051704940    Confirmation # NW5YRO

**AIR ITINERARY**

| DEPART JAN 13 | Austin, TX to Orange County, CA<br>Wednesday, January 13, 2010<br>Travel Time 5 h 15 m<br>(1 stop, Includes 1 plane change) | #26<br><br>#2525 | Depart **Austin, TX (AUS)**<br>Arrive in **Phoenix, AZ (PHX)**<br>Change ✈ in **Phoenix, AZ (PHX)**<br>Arrive in **Orange County, CA (SNA)** | 3:15 PM<br>4:55 PM<br>6:15 PM<br>6:30 PM |

# YOU JUST SAVED UP TO $100 ROUNDTRIP!



# BAG FEES = $0.00
Bags Fly Free on Southwest.

First and second checked bags. Weight and size limits apply.

**BILLING**

| Purchaser Name | Billing Address | City, State & Zip |
|---|---|---|
| Paul Trahan | 2106 Headwater | Austin, TX 78746 |

| Form of Payment | Number | Amount Applied | Remaining Balance |
|---|---|---|---|
| Visa | XXXXXXXXXXXX8082 | $140.40 | N/A |

**AIR PRICING**

| Passenger Type | Trip | Routing | Fare Type | Base Fare | Govt. Taxes and Fees | Quantity | Total |
|---|---|---|---|---|---|---|---|
| Adult | Depart | AUS-PHX-SNA | Wanna Get Away | $110.70 | $29.70 | 1 | $140.40 |
|  |  |  |  | $110.70 | $29.70 | 1 | $140.40 |

## TRIP GRAND TOTAL: $140.40

https://www.southwest.com/flight/confirm-flight.html?companyName=&cid=&memberName=&disc=0...    01/12/2010

Southwest Airlines - Purchase Confirmation                Page 2 of 2

    

Search All Cars            Search All Hotels            Earn Rapid Rewards

https://www.southwest.com/flight/confirm-flight.html?companyName=&cid=&memberName=&disc=0...    01/12/2010

**Wright, Julie**

From: Southwest Airlines [SouthwestAirlines@luv.southwest.com]
Sent: Tuesday, January 12, 2010 11:09 AM
To: Wright, Julie
Subject: Ticketless Travel Passenger Itinerary


SOUTHWEST.COM

This e-mail contains Southwest Airlines Ticketless Travel information and is being sent to you at the request of the Purchaser, Passenger, or individual responsible for arranging this air travel.

**Confirmation Number**
NW5YRO

Be prepared when you get there!
Consult Travel Guide for relevant tips from real travelers.

**Passenger(s):**
PAUL TRAHAN

**Itinerary**

Depart: Austin to Orange County          Travel Time: 5 hrs 15 mins

| Date | Flight | Routing Details |
|---|---|---|
| Wed Jan 13 | 26 | Depart Austin(AUS) at 03:15 PM |
|  |  | Arrive in Phoenix(PHX) at 04:55 PM |
|  | 2525 | Change planes in Phoenix(PHX) departing at 06:15 PM |
|  |  | Arrive in Orange County(SNA) at 06:30 PM |

This is an itinerary only and is not considered a receipt.

**Click 'n Save ®**
Sign up today at www.southwest.com/email to receive a weekly e-mail announcing our latest special offers!

**Important Checkin Requirement**
Passengers who do not obtain a boarding pass and are not present and available for boarding in the departure gate area at least ten minutes prior to scheduled departure time may have their reserved space cancelled and will not be eligible for denied boarding compensation.

**Southwest Airlines Co. Notice of Incorporated Terms**
Air transportation by Southwest Airlines is subject to Southwest Airlines' Passenger Contract of Carriage, the terms of which are incorporated by reference.

Notice of Incorporated Terms

**Additional Information for Travelers**
Online Checkin | Free Baggage Allowance | Checkin Requirements
Inflight Service | Travel Tools | Refund Information | Privacy Policy | Southwest Airlines Destinations

01/12/2010

Southwest Airlines - Purchase Confirmation                              Page 1 of 1


S THWEST.COM

# Thank you!
# Your Confirmation is NXDYR4

✓ Extra Convenience       Get it Now         Book a Car
✓ Better Boarding Position
✓ Earlier Access to Overhead Bins   Learn More ›   Book a Hotel

Book a Flight

## Air

**Adult 1:** PAUL TRAHAN        Acct#: 00000051704940        Confirmation # NXDYR4

### AIR ITINERARY

| | | | | |
|---|---|---|---|---|
| **DEPART** | Anytime Fare | #1365 | Depart **San Diego, CA (SAN)** | **8:05 AM** |
| **JAN 17** | **San Diego, CA to Austin, TX** Sunday, January 17, 2010 Travel Time 2 h 45 m (Nonstop) | | Arrive in **Austin, TX (AUS)** | **12:50 PM** |

### BILLING

| Form of Payment | Number | Amount Applied | Remaining Balance |
|---|---|---|---|
| Exchanged Southwest Travel Funds | NXDYR4 - 6272 | $348.70 | $10.70 |

### AIR PRICING

| Passenger Type | Trip | Routing | Fare Type | Base Fare | Govt. Taxes and Fees | Quantity | Total |
|---|---|---|---|---|---|---|---|
| Adult | Depart | SAN-AUS | Anytime | $314.42 | $34.28 | 1 | $348.70 |
| | | | | $314.42 | $34.28 | 1 | $348.70 |


Search All Cars


Search All Hotels


Earn Rapid Rewards

https://www.southwest.com/flight/itinerary-changed.html?cid=&nonRefundableCreditDue=0.00&memb...   01/12/2010

Case No. 1:09-cv-00799-SJJ-KLM Document 199-23-18 filed 10/03/11 USDC Colorado pg 9 of 17
Case 1:09-cv-00799-SJJ-RLM Document 199-25-18 Filed 09/19/11 USDC Colorado Page 48 of 55

Page 1 of 1

**Wright, Julie**

From: Southwest Airlines [SouthwestAirlines@luv.southwest.com]
Sent: Tuesday, January 12, 2010 11:25 AM
To: Wright, Julie
Subject: Ticketless Travel Passenger Itinerary


**SOUTHWEST.COM**

This e-mail contains Southwest Airlines Ticketless Travel information and is being sent to you at the request of the Purchaser, Passenger, or individual responsible for arranging this air travel.

**Confirmation Number**
**NXDYR4**

Be prepared when you get there!
Consult Travel Guide for relevant tips from real travelers.

**Passenger(s):**
PAUL TRAHAN

**Itinerary**
Depart: San Diego to Austin                                       Travel Time: 2 hrs 45 mins

| Date | Flight | Routing Details |
|---|---|---|
| Jn Jan 17 | 1365 | Depart San Diego(SAN) at 08:05 AM<br>Arrive in Austin(AUS) at 12:50 PM |

This is an itinerary only and is not considered a receipt.

**Click 'n Save ®**
Sign up today at www.southwest.com/email to receive a weekly e-mail announcing our latest special offers!

**Important Checkin Requirement**
Passengers who do not obtain a boarding pass and are not present and available for boarding in the departure gate area at least ten minutes prior to scheduled departure time may have their reserved space cancelled and will not be eligible for denied boarding compensation.

**Southwest Airlines Co. Notice of Incorporated Terms**
Air transportation by Southwest Airlines is subject to Southwest Airlines' Passenger Contract of Carriage, the terms of which are incorporated by reference.

Notice of Incorporated Terms

**Additional Information for Travelers**
Online Checkin | Free Baggage Allowance | Checkin Requirements
Inflight Service | Travel Tools | Refund Information | Privacy Policy | Southwest Airlines Destinations

01/12/2010

**CHECK REQUISITION/EXPENSE REIMBURSEMENT**

DATE: January 27, 2010

CHECK SIGNER
VOUCHER #

DATE & TIME NEEDED:

ISSUE CHECK PAYABLE TO: Paul Trahan

TAX ID NUMBER

ACCTG USE ONLY

CK 6162 704

$121.20

| FIRM RECHARGE ACCOUNT NAME/DESCRIPTION | ACCOUNT NUMBER XX-XXX-XX-XXXX-XXX OFC-DPT-TM-MAJ-SUB | DOLLAR AMOUNT |
|---|---|---|
| Business Entertainment/meals | 08-024-7030-010 | 61.12 |
| | | |
| | | |
| | | |

DESCRIPTION: Dinner with client

| MAJ-SUB | SELECTED ACCTS. | MAJ-SUB | SELECTED ACCTS. | MAJ-SUB | SELECTED ACCTS. |
|---|---|---|---|---|---|
| 6300-010 | MEETINGS & RETREAT-MEALS | 7030-020 | BUSINESS ENTERTAINMENT/TRAVEL | 8060-040 | RECRUITING-OTHER INC. |
| 6300-040 | MEETINGS & RETREAT-OTHER | 7040-010 | CONV./INSTITUTES-MEALS/ENT. | 8070-010 | SUMMER CLERKS-MEALS/ENT |
| 7010-010 | TRAVEL & INCIDENTAL-MEALS | 7040-020 | CONV./INSTITUTES-TRAVEL/OTHER | 8071-010 | SUMMER CLERKS-LUNCHES |
| 7010-040 | TRAVEL & INCIDENTAL-OTHER | 7040-030 | CONV./INSTITUTES-REGISTRATION FEE | 8072-010 | SUMMER CLERKS-DINNERS |
| 7020-000 | BAR ASSOCIATION DUES | 7060-010 | PROFESSIONAL/BAR ASSOC. MEALS | 8070-020 | SUMMER CLERKS-TRAVEL/INCID |
| 7020-040 | PROFESSIONAL ASSOCIATION DUES | 8060-010 | RECRUITING-MEALS&ATTY INTERVIEWS | 8070-040 | SUMMER CLERKS-OTHER |
| 7030-010 | BUSINESS ENTERTAINMENT/MEALS | 8060-020 | RECRUITING-TRAVEL/INCID. | 1132-000 | CLIENT UNALLOCATED REFUND |

**OFFICE CODES**
01: HOUSTON    08: AUSTIN         15: LONDON      21: BEIJING
02: NEW YORK   09: WASHINGTON     16: ST. LOUIS
03: LOS ANGELES 10: HONG KONG     17: RIYADH
06: SAN ANTONIO 11: MINNEAPOLIS   18: DUBAI
07: DALLAS     12: MUNICH         19: DENVER

**DEPT. CODES**
004: BANKRUPTCY        015: HEALTH         030: ENERGY & REAL PROP
006: CORP & BANK       021: LABOR          039: TAX
007: TECHNOLOGY        024: LITIGATION     048: ADMIN
009: ENVIRONMENTAL     030: INTEL PROP     092: SUMMER CLERKS
012: FAMILY            033: PUBLIC         000: GENERAL

PLEASE PROVIDE DETAILED SUPPORT FOR ALL MEAL, ENTERTAINMENT AND TRAVEL EXPENSES (FIRM RECHARGE AND CLIENT RECHARGE) ON THE REVERSE SIDE AND ATTACH RECEIPTS IN ACCORDANCE WITH IRS REGULATIONS.

**CLIENT RECHARGE**

| COST CODE | MATTER # | CLIENT AND MATTER NAME | AMOUNT | COST CODES | |
|---|---|---|---|---|---|
| E1 | 10904447 | Southlands | 60.00 | E121 | ARBITRATORS/MEDIATORS |
| | | | | F200 | CONFERENCE EXPENSES |
| | | | | E107 | DELIVERY SERVICES |
| | | | | E115 | DEPOSITIONS/TRANSCRIPTS |
| | | | | E101 | DUPLICATING EXPENSES |
| Parking at Austin Airport while in California to defend client depositions | | | | E119 | EXPERTS |
| | | | | E112 | FILING FEES/COURT FEES |
| | | | | F211 | FOREIGN ASSOCIATE |
| | | | | E105 | LD TELEPHONE |
| | | | | E118 | LITIGATION SUPPORT VENDORS |
| | | | | F208 | LOBBY - MEALS/ENT |
| | | | | F209 | LOBBY OTHER |
| | | | | E122 | LOCAL COUNSEL |
| | | | | E109 | LOCAL TRAVEL |
| | | | | E111 | MEALS |
| | | | | E106 | ONLINE RESEARCH |
| | | | | E123 | OTHER PROFESSIONALS |
| | | | | E124 | OTHER (EXPLAIN) |
| | | | | E110 | OUT OF TOWN TRAVEL |
| | | | | E102 | OUTSIDE PRINTING |
| | | | | E108 | POSTAGE |
| | | | | E120 | PRIVATE INVESTIGATIONS |
| | | | | F201 | PTO FEES |
| | | | | F213 | PTO MAINTENANCE FEE |
| | | | | F207 | RECORDS |
| | | | | F214 | REFUND OF CLIENT COST CREDIT |
| | | | | F204 | SECRETARY OVERTIME |
| | | | | E113 | SUBPOENA FEES |
| | | | | E117 | TRIAL EXHIBITS |
| | | | | E116 | TRIAL TRANSCRIPTS |
| | | | | E114 | WITNESS FEES |

ALL MEALS AND ENTERTAINMENT MUST BE SEPARATELY DISCLOSED ABOVE AND ON THE REVERSE SIDE.

DELIVER CHECK TO: JULIE WRIGHT

PAUL TRAHAN
ATTORNEY NAME (PRINT)

ATTORNEY SIGNATURE

08733
ATTORNEY #

## DETAIL OF B...

### BUSINESS MEALS AND ENTERTAINMENT

| DATE | PLACE (NAME OF CLUB, RESTAURANT, ETC) | NAME (TITLE OF PERSON) IN ATTENDANCE | | | TOTAL $ |
|---|---|---|---|---|---|
| 1/14/2010 | Billy's at the Beach | P. Trahan, Michael Krier and Angela Kralovec | | | 61.12 |

**BUSINESS PURPOSE:** Dinner with Blackrock personnel while in Calif Preparing them for and defending their depositions

### TRAVEL DETAILS

**BUSINESS PURPOSE:**

**DEPARTURE POINT / DESTINATION:**

### DAILY RECORD

| | | MEALS | | OTHER TRAVEL & SUBSISTENCE | | | | | | OTHER | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE | | # OF MEALS | $ AMOUNT | # OF M | AUTO EXP. | AIR TRAVEL | HOTEL | PARKING, TAXI, LIMO, ETC | TELEPHONE | DESCRIPTION | AMOUNT | AMOUNT |
| SUN | | | | | $ | | | | | | | |
| MON | | | | | | | | | | | | |
| TUE | | | | | | | | | | | | |
| WED | 1/13/2020 | | | | | | | 60.00 | | | | 60.00 |
| THURS | | | | | | | | | | | | |
| FRI | | | | | | | | | | | | |
| SAT | | | | | | | | | | | | |
| SUN | | | | | | | | | | | | |
| MON | | | | | | | | | | | | |
| TUE | | | | | | | | | | | | |
| WED | | | | | | | | | | | | |
| THURS | | | | | | | | | | | | |
| FRI | | | | | | | | 60.00 | | | | 60.00 |
| TOTAL | | | | | | | | | | | | |

AUSTIN-BERGSTROM INTERNATIONAL AIRPORT PARKING
CITY OF AUSTIN

$60

1850 01/13 14:05 01/17 12:41 $80.00 2857

147525

---

BILLY'S
AT THE BEACH
Newport Beach, CA

Date:          Jan 14.'10 01:00PM
Card Type:     MC
Acct #:        XXXXXXXXXXXX2857
Trans Key:     EIE0021B2009651
Exp Date:      XX/XX
Auth Code:     531208
Check:         8261
Table:         73/1
Server:        1004 Kristin

Subtotal:              53.12

TIP                     8.00

TOTAL              $ 61.12

SIGNATURE
I AGREE TO PAY THE ABOVE TOTAL
ACCORDING TO MY CARD ISSUER
AGREEMENT!

**CHECK REQUISITION/EXPENSE REIMBURSEMENT**

DATE: July 10, 2009

DATE & TIME NEEDED:

ISSUE CHECK PAYABLE TO: Paul Trahan

TAX ID NUMBER:

CHECK SIGNER
VOUCHER #

ACCTG USE ONLY

pd ck# 64751 7/21/09

$ ~~588.28~~ 544.28

| FIRM RECHARGE ACCOUNT NAME/DESCRIPTION | ACCOUNT NUMBER XX-XXX-XX-XXXX-XXX OFC-DPT-TM-MAJ-SUB | DOLLAR AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

**DESCRIPTION**

| MAJ-SUB | SELECTED ACCTS. | MAJ-SUB | SELECTED ACCTS. | MAJ-SUB | SELECTED ACCTS. |
|---|---|---|---|---|---|
| 6300-010 | MEETINGS & RETREAT-MEALS | 7030-020 | BUSINESS ENTERTAINMENT/TRAVEL | 8060-040 | RECRUITING-OTHER INC |
| 6300-040 | MEETINGS & RETREAT-OTHER | 8040-010 | CONV/INSTITUTES-MEALS/ENT | 8070-010 | SUMMER CLERKS-MEALS/ENT |
| 7010-010 | TRAVEL & INCIDENTAL-MEALS | 7040-020 | CONV/INSTITUTES-TRAVEL/OTHER | 8071-010 | SUMMER CLERKS-LUNCHES |
| 7010-040 | TRAVEL & INCIDENTAL-OTHER | 7040-030 | CONV/INSTITUTES-REGISTRATION FEE | 8072-010 | SUMMER CLERKS-DINNERS |
| 7020-000 | BAR ASSOCIATION DUES | 7050-010 | PROFESSIONAL/BAR ASSOC. MEALS | 8070-020 | SUMMER CLERKS-TRAVEL/INCD |
| 7020-040 | PROFESSIONAL ASSOCIATION DUES | 8060-010 | RECRUITING-MEALS ATTY INTERVIEWS | 8070-040 | SUMMER CLERKS-OTHER |
| 7030-010 | BUSINESS ENTERTAINMENT/MEALS | 8060-020 | RECRUITING-TRAVEL/INCD | 1132-000 | CLIENT UNALLOCATED REFUND |

**OFFICE CODES** | **DEPT. CODES**

| 01 HOUSTON | 08 AUSTIN | 15 LONDON | 21 BEIJING | 004 BANKRUPTCY | 015 HEALTH | 036 ENERGY & REAL PROP |
| 02 NEW YORK | 09 WASHINGTON | 16 ST. LOUIS | | 006 CORP & BANK | 021 LABOR | 039 TAX |
| 03 LOS ANGELES | 10 HONG KONG | 17 RIYADH | | 007 TECHNOLOGY | 024 LITIGATION | 041 ADMIN |
| 04 SAN ANTONIO | 11 MINNEAPOLIS | 18 DUBAI | | 009 ENVIRONMENTAL | 030 INTEL PROP | 092 SUMMER CLERKS |
| 07 DALLAS | 12 MUNICH | 19 DENVER | | 012 FAMILY | 033 PUBLIC | 000 GENERAL |

PLEASE PROVIDE DETAILED SUPPORT FOR ALL MEAL, ENTERTAINMENT AND TRAVEL EXPENSES (FIRM RECHARGE AND CLIENT RECHARGE) ON THE REVERSE SIDE AND ATTACH RECEIPTS IN ACCORDANCE WITH IRS REGULATIONS

**CLIENT RECHARGE**

| COST CODE | MATTER # | CLIENT AND MATTER NAME | AMOUNT |
|---|---|---|---|
| E110 | 10904447 | Granite/Southland | 196.60 |

Air fare from Denver CO to Austin, TX

| E110 | 10904447 | Granite/Southland | 109.58 |

Car rental while in Denver, CO for hearing and site inspection

| E110 | 10904447 | Granite/Southland | ~~238.70~~ 215.10 |

Hotel while in Denver CO for hearing and site inspection

| E110 | 10904447 | Granite/Southland | 44.00 |

NARRATIVE:
Parking and cab fare while in Denver for hearing & site inspection/ cab fare from Austin airport to office

**COST CODES**

| E121 | ARBITRATORS/MEDIATORS |
| F200 | CONFERENCE EXPENSES |
| E107 | DELIVERY SERVICES |
| E115 | DEPOSITIONS/TRANSCRIPTS |
| E101 | DUPLICATING EXPENSES |
| E119 | EXPERTS |
| E112 | FILING FEES/COURT FEES |
| F211 | FOREIGN ASSOCIATE |
| E105 | LD TELEPHONE |
| E118 | LITIGATION SUPPORT VENDORS |
| F208 | LOBBY - MEALS/ENT |
| F209 | LOBBY OTHER |
| E122 | LOCAL COUNSEL |
| E109 | LOCAL TRAVEL |
| E111 | MEALS |
| E106 | ONLINE RESEARCH |
| E123 | OTHER PROFESSIONALS |
| E124 | OTHER (EXPLAIN) |
| E110 | OUT OF TOWN TRAVEL |
| E102 | OUTSIDE PRINTING |
| E108 | POSTAGE |
| E120 | PRIVATE INVESTIGATIONS |
| F201 | PTO FEES |
| F213 | PTO MAINTENANCE FEE |
| F207 | RECORDS |
| F214 | REFUND OF CLIENT COST CREDIT |
| F204 | SECRETARY OVERTIME |
| E113 | SUBPOENA FEES |
| E117 | TRIAL EXHIBITS |
| E116 | TRIAL TRANSCRIPTS |
| E114 | WITNESS FEES |

ALL MEALS AND ENTERTAINMENT MUST BE SEPARATELY DISCLOSED ABOVE AND ON THE REVERSE SIDE.

DELIVER CHECK TO: JULIE WRIGHT

PAUL TRAHAN
ATTORNEY NAME (PRINT)

ATTORNEY SIGNATURE

08733
ATTORNEY #

**DETAIL OF ENTERTAINMENT**

**BUSINESS MEALS AND ENTERTAINMENT**

| DATE | PLACE (NAME OF CLUB, RESTAURANT, ETC.) | BUSINESS PURPOSE | NAME (TITLE OF PERSON) IN ATTENDANCE | TOTAL $ |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**TRAVEL & INCIDENTAL**

| DEPARTURE POINT/ DESTINATION | TRAVEL DETAILS |
|---|---|
| | |

**DAILY RECORD**

| | | MEALS | | OTHER TRAVEL & SUBSISTENCE | | | | | | OTHER | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | # OF MEALS | $ AMOUNT | # OF MI | AUTO EXP. | AIR TRAVEL | HOTEL | PARKING, TAXI, LIMO, ETC | TELEPHONE | DESCRIPTION | AMOUNT | AMOUNT |
| SUN | | | | | $ | | | | | | | |
| MON | 7/6/09 | | | | | 196.60 | 238.10 | 153.58 | | | | 588.28 |
| TUE | | | | | | | | | | | | |
| WED | | | | | | | | | | | | |
| THU | | | | | | | | | | | | |
| FRI | | | | | $ 0.00 | | | | | | | |
| SAT | | | | | $ 0.00 | | | | | | | |
| SUN | | | | | $ 0.00 | | | | | | | |
| MON | | | | | $ 0.00 | | | | | | | |
| TUE | | | | | $ 0.00 | | | | | | | |
| WED | | | | | | | | | | | | |
| THU | | | | | | | | | | | | |
| FRI | | | | | | | | | | | | |
| TOTAL | | | | | | 196.60 | 238.10 | 153.58 | | | | 588.28 |

```
                                    636
    Paul Trahan                     169.00
    Fulbright And Jaworski/spb      1
    600 Congress Ave                247960      EX-A
    Suite 2400                      1
    Austin, TX 78701                05-JUL-09   00:27
                                    06-JUL-09
                                    MC
```

| Date | Code | Description | Amount | Charge |
|---|---|---|---|---|
| 05-JUL-09 | RT636 | Room Chrg Corp Volume NLRA | | 169.00 |
| 05-JUL-09 | RT636 | Occupancy/Tourism | | 25.10 |
| 05-JUL-09 | RT636 | Parking | | 21.00 |
| 06-JUL-09 | MC | MasterCard/Euro | 215.10- | |
| | | Balance Due | 0.00 | |

For your convenience, we have prepared this zero-balance folio indicating a $0 balance on your account. Please be advised that any charges not reflected on this folio will be charged to the credit card on file with the hotel. While this folio reflects a $0 balance your credit card may not be charged until after your departure. You are ultimately responsible for paying all of your folio charges in full.

EXPENSE REPORT SUMMARY

| Date | ROOM | F&B | Phn/Intrnt | Misc. | Laundry | Misc. | Other |
|---|---|---|---|---|---|---|---|
| 05-JUL-09 | 194.10 | 0.00 | 0.00 | 0.00 | 0.00 | 21.00 | 0.00 |
| Total | 194.10 | 0.00 | 0.00 | 0.00 | 0.00 | 21.00 | 0.00 |

| Date | Total | Payment |
|---|---|---|
| 05-JUL-09 | 215.10 | 0.00 |
| Total | 215.10 | 0.00 |

Thank you for choosing Starwood Hotels. We look forward to welcoming you back soon!

As a Starwood Preferred Guest, you could have earned 338 Starpoints for this visit. Please provide your member number or enroll today.
Paul Trahan
FOLIO  247960    05-JUL-09

Southwest Airlines Receipt and Itinerary                                    Page 1 of 2

**Trahan, Paul**

From:     Southwest Airlines [SouthwestAirlines@mail.southwest.com]
Sent:     Monday, June 29, 2009 11:29 AM
To:       Trahan, Paul
Subject:  Ticketless Confirmation - TRAHAN/PAUL - JL2TAM



Receipt and Itinerary as of 06/29/09 11:29 AM

**Confirmation Number**
**JL2TAM**



Confirmation Date: 06/29/09                        Be prepared when you get there!
Received: WN/PAUL TRAHAN BY ICBM                   Consult Travel Guide for relevant
                                                   tips from real travelers.

**Passenger Information**

| Passenger Name | Account Number | Ticket# | Expiration[1] |
|---|---|---|---|
| TRAHAN/PAUL | 00000051704940 | 5262138829383 | 06/29/10 |

[1] All travel involving funds from this Confirmation Number must be completed by the expiration date.

**Itinerary**

| Date | Flight | Routing Details |
|---|---|---|
| Mon Jul 06 | 2889 | Depart DENVER CO (DEN) at 7:15 PM, Arrive in AUSTIN TX (AUS) at 10:25 PM |

**Cost and Payment Summary**
Air           $ 173.02
Tax           $ 16.58
PFC Fee       $ 4.50
Security Fee  $ 2.50

**Total Payment:   196.60**

Current payment(s)
06/29/09 Visa XXXXXXXXXXXX8082 $196.60

**Fare Rule(s)**
Valid only on Southwest Airlines. NON REFUNDABLE/ STANDBY REQ UPGRADE TO YL. All travel involving funds from this Confirmation Number must be completed by the expiration date. Any change to this itinerary may result in a fare increase.

**Fare Calculation:**

DEN WN AUS173.02YL 173.02 END ZPDEN XFDEN4.5 AY2.50$DEN2.50

06/29/2009

### Important Checkin Requirement

Passengers who do not obtain a boarding pass and are not present and available for boarding in the departure gate area at least ten minutes prior to scheduled departure time may have their reserved space cancelled and will not be eligible for denied boarding compensation.

### Southwest Airlines Co. Notice of Incorporated Terms

Air transportation by Southwest Airlines is subject to Southwest Airlines' Passenger Contract of Carriage, the terms of which are incorporated by reference.

Notice of Incorporated Terms

### Additional Information for Travelers

Online Checkin | Free Baggage Allowance | Checkin Requirements | Print Security Document
Inflight Service | Travel Tips | Refund Information | Privacy Policy | Southwest Airlines Destinations

We can notify you of flight departure or arrival status via text messages on your cell phone, pager, personal digital assistant (PDA), or e-mail account. Or, use our automated phone service by calling 1-888-SWA-TRIP.

06/29/2009