Case 1:09-cv-00799-SJJ-KLM Document 199-23 Filed 09/19/11 USDC Colorado Page 57 of 65

RENTAL RECEIPT (e-Receipt)

Page 1 of 1

Login | Register Now | Country / Language | Custon

SEARCH

## RENTAL RECEIPT (e-Receipt)

Your Rental Agreement Number: 104065990

| Rate Information | | | |
|---|---|---|---|
| MINIMUM CHARGE | 62.00 | TAXABLE SUBTOTAL | 71.45 |
| **Taxable Extras** | | TAX 13.350% | 9.54 |
| Per Day Surcharge | 1.60 | **Non Taxable Extras** | |
| [illegible] FEE | 7.18 | $ 2.00 /DY SSU | 2.00 |
| $.67/DY ERF | .67 | FUEL SERVICE | 26.59 |
| **TAXABLE SUBTOTAL** | **71.45** | **Total Charges** | **109.58 USD** |

*CONCESSION RECOVERY FEE
*DAILY FACILITY USE FEE
ENERGY RECOVERY FEE .67/DY
CO ROAD SAFETY PROG FEE

GET FREQUENT MILES/POINTS
PRINT A COPY OF THIS PAGE
MAIL A COPY OF THIS RECEIPT
EMAIL A COPY OF THIS RECEIPT
MAKE A NEW RESERVATION
CREATE MY AVIS ACCOUNT

### Contact Us

Contact Us
Reservations & Assistance
1-800-230-4898
Wizard Number
Profile Updates
1-866-842-5552
Monday - Friday 8
Worldwide Tele
Numbers click

### YOUR INFORMATION

**Name:** PAUL TRAHAN
**Username / Wizard:** N/A
**ID Number:** A1939000
**Method of Payment:** MasterCard
**Credit Card Number:** ************2657
**Miles / Points Partner:** N/A
**Membership Number:** N/A
**Residence:** US

### YOUR RENTAL

**Pick-up Information**
**Location:** Denver Intl Airport
25500 East 78th Avenue, Denver, CO 80249 US
**Date & Time:** Sunday, July 05, 2009 @ 11:40 PM
**Mileage:** 10522 **Fuel:** N/A

**Return Information**
**Location:** Denver Intl Airport
25500 East 78th Avenue, Denver, CO 80249 US
**Date & Time:** Monday, July 06, 2009 @ 05:28 PM
**Mileage:** 10598 **Fuel:** N/A

### YOUR CAR

**Car Description:** Pontiac Vibe or similar
**Car Group:** F
**Car Number:** 03577830

Home | Reservations | Locations | Deals | Cars & Services | Used Car Sales | Customer Service | Login |
About Avis | Employment | Travel Agents | Affiliates | Preferred Enrollment | Business Programs | FAQs | Site Map
2009 Avis Rent A Car System, LLC | Terms of Use | Privacy Policy

VeriSign Secured

TRUSTe

http://www.avis.com/car-rental/rental/rental_info_conf.ac

07/10/2009

Case 1:09-cv-00799-SJJ-KLM Document 199-23 Filed 09/19/11 USDC Colorado Page 58 of 65

YELLOW CAB

**Yellow Cab**

**Fare Receipt**
**Austin, TX (512) 452-9999**

Date 7-6-09

Received of

the Sum of #23.00

from Airport

to Office

Yellow Cab No. Driver

AVIS We try harder.
Thank you for renting from Avis.

| RENTAL NUMBER | CAR NUMBER | CAR GROUP |
|---|---|---|
| 104065990 | 03577630 | F |

TRAHAN,PAUL
= A193900
CMXXXXXXXXXXXX2857

OUT DEN 05JUL09/2340 MI = 10622
IN DEN 05JUL09/1728 MI = 10698
76 MI@ .00 =
18 HR@ 46.51
DY@ 62.00 =
MINIMUM CHARGE = 62.00
$1.60/DAY FEE = 1.60
$.67/DY ERF = .67
11% FEE = 7.18
TAXABLE SUBTOT = 71.45
TAX 13.350% = 9.54
FUEL SERVICE = 26.59
$ 2.00 /DY SSU = 2.00

TOTAL CHARGES = 105.[illegible]
DAILY FACILITY USE FEE
ENERGY RECOVERY FEE .67/DY
ROAD SAFETY PROG FEE

Please check your car for personal effects.

Receive rental receipts by email every time you rent.
And get access to special offers & more. See reverse.

Case 1:09-cv-00799-SJJ-KLM Document 199-23 Filed 09/19/11 USDC Colorado Page 60 of 65

CHECK REQUISITION/EXPENSE REIMBURSEMENT #188814 3/9/11

DATE: February 21, 2011

DATE & TIME NEEDED: ASAP

ISSUE CHECK PAYABLE TO: Chris Allen

TAX ID NUMBER

REQUIRED for payments to attorneys/law firms and individuals (other than clients, employees and partners)

ADDRESS:

CHECK SIGNER VOUCHER #

ACCTG. USE ONLY

AMOUNT: $21.00

FIRM RECHARGE

| ACCOUNT NAME/DESCRIPTION | ACCOUNT NUMBER XX-XXX-XX-XXXX-XXX OFC-DPT-TM-MAJ-SUB | DOLLAR AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

DESCRIPTION:

| MAJ-SUB | SELECTED ACCTS. | MAJ-SUB | SELECTED ACCTS. | MAJ-SUB | SELECTED ACCTS. |
|---|---|---|---|---|---|
| 6300-010 | MEETINGS & RETREAT-MEALS | 7030-020 | BUSINESS ENTERTAINMENT/TRAVEL | 8060-040 | RECRUITING-OTHER INC. |
| 6300-040 | MEETINGS & RETREAT-OTHER | 7040-010 | CONV./INSTITUTES-MEALS/ENT. | 8070-010 | SUMMER CLERKS-MEALS/ENT. |
| 7010-010 | TRAVEL & INCIDENTAL-MEALS | 7040-020 | CONV./INSTITUTES-TRAVEL/OTHER | 8071-010 | SUMMER CLERKS-LUNCHES |
| 7010-040 | TRAVEL & INCIDENTAL-OTHER | 7040-030 | CONV./INSTITUTES-REGISTRATION FEE | 8072-010 | SUMMER CLERKS-DINNERS |
| 7020-000 | BAR ASSOCIATION DUES | 7060-010 | PROFESSIONAL/BAR ASSOC. MEALS | 8070-020 | SUMMER CLERKS-TRAVEL/INCID. |
| 7020-040 | PROFESSIONAL ASSOCIATION DUES | 8060-010 | RECRUITING-MEALS.ATTY INTERVIEWS | 8070-040 | SUMMER CLERKS-OTHER |
| 7030-010 | BUSINESS ENTERTAINMENT/MEALS | 8060-020 | RECRUITING-TRAVEL/INCID. | 1132-000 | CLIENT UNALLOCATED REFUND |

OFFICE CODES

01: HOUSTON, 02: NEW YORK, 03: LOS ANGELES, 06: SAN ANTONIO, 07: DALLAS, 08: AUSTIN, 09: WASHINGTON, 10: HONG KONG, 11: MINNEAPOLIS, 12: MUNICH, 15: LONDON, 16: ST. LOUIS, 17: RIYADH, 18: DUBAI, 19: DENVER, 21: BEIJING

DEPT. CODES

004: BANKRUPTCY, 006: CORP. & BANK, 007: TECHNOLOGY, 009: ENVIRONMENTAL, 012: FAMILY, 015: HEALTH, 021: LABOR, 024: LITIGATION, 030: INTEL. PROP, 033: PUBLIC, 036: ENERGY & REAL PROP., 039: TAX, 048: ADMIN, 092: SUMMER CLERKS, 000: GENERAL

PLEASE PROVIDE DETAILED SUPPORT FOR ALL MEAL, ENTERTAINMENT AND TRAVEL EXPENSES (FIRM RECHARGE AND CLIENT RECHARGE) ON THE REVERSE SIDE AND ATTACH RECEIPTS IN ACCORDANCE WITH IRS REGULATIONS.

CLIENT RECHARGE

| COST CODE | MATTER # | CLIENT AND MATTER NAME | AMOUNT |
|---|---|---|---|
| E109 | 10904447 | Granite v. Southlands | 21.00 |

NARRATIVE:
Parking charges to deliver/pickup exhibits to court for hearing

NARRATIVE:

NARRATIVE:

NARRATIVE:

COST CODES

| Code | Description |
|---|---|
| E121 | ARBITRATORS/MEDIATORS |
| F200 | CONFERENCE EXPENSES |
| E107 | DELIVERY SERVICES |
| E115 | DEPOSITIONS/TRANSCRIPTS |
| E101 | DUPLICATING EXPENSES |
| E119 | EXPERTS |
| E112 | FILING FEES/COURT FEES |
| F211 | FOREIGN ASSOCIATE |
| E105 | LD TELEPHONE |
| E118 | LITIGATION SUPPORT VENDORS |
| F208 | LOBBY – MEALS/ENT |
| F209 | LOBBY OTHER |
| E122 | LOCAL COUNSEL |
| E109 | LOCAL TRAVEL |
| E111 | MEALS |
| E106 | ONLINE RESEARCH |
| E123 | OTHER PROFESSIONALS |
| E124 | OTHER (EXPLAIN) |
| E110 | OUT OF TOWN TRAVEL |
| E102 | OUTSIDE PRINTING |
| E108 | POSTAGE |
| E120 | PRIVATE INVESTIGATIONS |
| F201 | PTO FEES |
| F213 | PTO MAINTENANCE FEE |
| F207 | RECORDS |
| F214 | REFUND OF CLIENT COST CREDIT |
| F204 | SECRETARY OVERTIME |
| E113 | SUBPOENA FEES |
| E117 | TRIAL EXHIBITS |
| E116 | TRIAL TRANSCRIPTS |
| E114 | WITNESS FEES |

ALL MEALS AND ENTERTAINMENT MUST BE SEPARATELY DISCLOSED ABOVE AND ON THE REVERSE SIDE.

DELIVER CHECK TO: Chris Allen - Denver

Poe Leggette — ATTORNEY NAME (PRINT)

L P Leggette — ATTORNEY SIGNATURE

LL01283 — ATTORNEY #

Case 1:09-cv-00799-SJJ-KLM Document 199-23 Filed 09/19/11 USDC Colorado Page 61 of 65





Case 1:09-cv-00799-SJJ-KLM Document 199-23 Filed 09/19/11 USDC Colorado Page 62 of 65

FULBRIGHT & JAWORSKI L.L.P.

VENDOR: 013455 Lucy D. Arnold

CHECK NO: 188677

| APPR# | INVOICE# | DATE | AMOUNT | DESCRIPTION | VOUCH# |
|---|---|---|---|---|---|
| 13455 | 022211/13455 | 02-22-11 | 211.05 | 02/14/11 Demonstrative exhibits for trial | 11220178 |

CHECK REQUISITION/EXPENSE REIMBURSEMENT

DATE: February 23, 2011

DATE & TIME NEEDED:

ISSUE CHECK PAYABLE TO: 3B Studio, Inc.

TAX ID NUMBER 76-0691453

405 Main Street, #1100

Houston, TX 77002

$435.00

CHECK SIGNER
VOUCHER #

ACCTG. USE ONLY

FIRM RECHARGE

| ACCOUNT NAME/DESCRIPTION | ACCOUNT NUMBER XX-XXX-XX-XXXX-XXX OFC-DPT-TM-MAJ-SUB | DOLLAR AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |

DESCRIPTION:

| MAJ-SUB | SELECTED ACCTS. | MAJ-SUB | SELECTED ACCTS. | MAJ-SUB | SELECTED ACCTS. |
|---|---|---|---|---|---|
| 6300-010 | MEETINGS & RETREAT-MEALS | 7030-020 | BUSINESS ENTERTAINMENT/TRAVEL | 8060-040 | RECRUITING-OTHER INC. |
| 6300-040 | MEETINGS & RETREAT-OTHER | 7040-010 | CONV./INSTITUTES-MEALS/ENT. | 8070-010 | SUMMER CLERKS-MEALS/ENT |
| 7010-010 | TRAVEL & INCIDENTAL-MEALS | 7040-020 | CONV./INSTITUTES-TRAVEL/OTHER | 8071-010 | SUMMER CLERKS-LUNCHES |
| 7010-040 | TRAVEL & INCIDENTAL-OTHER | 7040-030 | CONV./INSTITUTES-REGISTRATION FEE | 8072-010 | SUMMER CLERKS-DINNERS |
| 7020-000 | BAR ASSOCIATION DUES | 7080-010 | PROFESSIONAL/BAR ASSOC. MEALS | 8070-020 | SUMMER CLERKS-TRAVEL/INCID. |
| 7020-040 | PROFESSIONAL ASSOCIATION DUES | 8060-010 | RECRUITING-MEALS.ATTY INTERVIEWS | 8070-040 | SUMMER CLERKS-OTHER |
| 7030-010 | BUSINESS ENTERTAINMENT/MEALS | 8060-020 | RECRUITING-TRAVEL/INCID. | 1132-000 | CLIENT UNALLOCATED REFUND |

OFFICE CODES

01: HOUSTON
02: NEW YORK
03: LOS ANGELES
06: SAN ANTONIO
07 DALLAS
08: AUSTIN
09: WASHINGTON
10: HONG KONG
11: MINNEAPOLIS
12: MUNICH
15: LONDON
16: ST. LOUIS
17: RIYADH
18: DUBAI
19: DENVER
21: BEIJING

DEPT. CODES

004: BANKRUPTCY
006: CORP. & BANK
007: TECHNOLOGY
009: ENVIRONMENTAL
012: FAMILY
015: HEALTH
021: LABOR
024: LITIGATION
030: INTEL. PROP
033: PUBLIC
036: ENERGY & REAL PROP.
039: TAX
048: ADMIN
092: SUMMER CLERKS
000: GENERAL

PLEASE PROVIDE DETAILED SUPPORT FOR ALL MEAL, ENTERTAINMENT AND TRAVEL EXPENSES (FIRM RECHARGE AND CLIENT RECHARGE) ON THE REVERSE SIDE AND ATTACH RECEIPTS IN ACCORDANCE WITH IRS REGULATIONS.

CLIENT RECHARGE

| COST CODE | MATTER # | CLIENT AND MATTER NAME | AMOUNT |
|---|---|---|---|
| E123 | 10904447 | Granite Southlands | 435.00 |

For taking pdf documents, changing to tif and loading on to Sanctions database for use at trial.

COST CODES

| | |
|---|---|
| E121 | ARBITRATORS/MEDIATORS |
| F200 | CONFERENCE EXPENSES |
| E107 | DELIVERY SERVICES |
| E115 | DEPOSITIONS/TRANSCRIPTS |
| E101 | DUPLICATING EXPENSES |
| E119 | EXPERTS |
| E112 | FILING FEES/COURT FEES |
| F211 | FOREIGN ASSOCIATE |
| E105 | LD TELEPHONE |
| E118 | LITIGATION SUPPORT VENDORS |
| F208 | LOBBY - MEALS/ENT |
| F209 | LOBBY OTHER |
| E122 | LOCAL COUNSEL |
| E109 | LOCAL TRAVEL |
| E111 | MEALS |
| E106 | ONLINE RESEARCH |
| E123 | OTHER PROFESSIONALS |
| E124 | OTHER (EXPLAIN) |
| E110 | OUT OF TOWN TRAVEL |
| E102 | OUTSIDE PRINTING |
| E108 | POSTAGE |
| E120 | PRIVATE INVESTIGATIONS |
| F201 | PTO FEES |
| F213 | PTO MAINTENANCE FEE |
| F207 | RECORDS |
| F214 | REFUND OF CLIENT COST CREDIT |
| F204 | SECRETARY OVERTIME |
| E113 | SUBPOENA FEES |
| E117 | TRIAL EXHIBITS |
| E116 | TRIAL TRANSCRIPTS |
| E114 | WITNESS FEES |

ALL MEALS AND ENTERTAINMENT MUST BE SEPARATELY DISCLOSED ABOVE AND ON THE REVERSE SIDE.

DELIVER CHECK TO: MAIL

PAUL TRAHAN
ATTORNEY NAME (PRINT)

[signature]
ATTORNEY SIGNATURE

08733
ATTORNEY #



Case No. 1:09-cv-00799-SJJ-KLM Document 215-19 filed 10/03/11 USDC Colorado pg 8 of 17

studio inc.
Litigation Graphics & Technology Firm

405 Main Street, #1100
Houston, Texas 77002

FEB 22 2011
RECEIVED

February 21, 2011

***Sent Via Fedex***

Stacey Jett
Fulbright & Jaworski
600 Congress, Suite 2400
Austin, Texas 78701

*Re: Granite Southlands*

Dear Stacey:

The enclosed fees are for work performed on the above referenced matter. In addition, any expenses involved while performing the work are included as well.

**Invoice Total**

These fees and expenses are inclusive through February 8, 2011 and are complete for all work and expenses performed on the project to date.

**Invoice Total:** **$435.00**

took pdf docs - changed to tif docs for loading onto Sanctions data base for use at trial.

**Invoice Summary**

**Fees**

As stated in the engagement letter, 3B Studio bills at an hourly rate based upon the task being performed. Below are the total fees for the tasks performed during the time for this invoice:

Technical Support $435.00
Rate: $145.00 hr
Hours: 3

| **Total Fees** | **$435.00** |
|---|---|

**Expenses**

**No Job Related Expenses**

Stacey, we at 3B Studio appreciate the opportunity to have served you and your client on this matter and look forward to further successful projects.

Sincerely,

Ron Migl
3B Studio, Inc.
Federal Tax ID# 76-0691453

# ADDENDUM B-5

**Granite v. Alberta (U.S. District Court of Colorado) - Summary of Invoices**

| Invoice | Date | Fees | Cost | Total | Status |
|---|---|---|---|---|---|
| 10975747 | 04/14/2009 | $ 6,477.30 | $ - | $ 6,477.30 | PAID |
| 10982815 | 05/11/2009 | $ 39,479.52 | $ 1,609.05 | $ 41,088.57 | PAID |
| 10993023 | 06/12/2009 | $ 25,522.95 | $ 866.90 | $ 26,389.85 | PAID |
| 11000150 | 07/09/2009 | $ 16,623.02 | $ 169.31 | $ 16,792.33 | PAID |
| 11010482 | 08/12/2009 | $ 33,245.62 | $ 570.04 | $ 33,815.66 | PAID |
| 11018175 | 09/09/2009 | $ 406.30 | $ 0.18 | $ 406.48 | PAID |
| 11018180 | 09/09/2009 | $ 39,995.90 | $ 966.54 | $ 40,962.44 | PAID |
| 11018185 | 09/09/2009 | $ 840.65 | $ - | $ 840.65 | PAID |
| 11025990 | 10/08/2009 | $ 46,422.32 | $ 525.87 | $ 46,948.19 | PAID |
| 11037073 | 11/11/2009 | $ 24,840.40 | $ 1,328.89 | $ 26,169.29 | PAID |
| 11037076 | 11/11/2009 | $ 20,419.55 | $ - | $ 20,419.55 | PAID |
| 11037080 | 11/11/2009 | $ 1,742.92 | $ - | $ 1,742.92 | PAID |
| 11045841 | 12/11/2009 | $ 26,604.57 | $ 414.35 | $ 27,018.92 | PAID |
| 11045856 | 12/11/2009 | $ 1,127.95 | $ - | $ 1,127.95 | PAID |
| 11045862 | 12/11/2009 | $ 181.05 | $ - | $ 181.05 | PAID |
| 11052391 | 01/12/2010 | $ 85,173.40 | $ 2,202.10 | $ 87,375.50 | PAID |
| 11052424 | 01/12/2010 | $ 30.17 | $ - | $ 30.17 | PAID |
| 11052436 | 01/12/2010 | $ 29,568.10 | $ - | $ 29,568.10 | PAID |
| 11061048 | 02/12/2010 | $ 117,665.92 | $ 7,458.82 | $ 125,124.74 | PAID |
| 11061056 | 02/12/2010 | $ 94,148.12 | $ 3.84 | $ 94,151.96 | PAID |
| 11061078 | 02/12/2010 | $ 2,659.65 | $ - | $ 2,659.65 | PAID |
| 11067197 | 03/08/2010 | $ 214,426.52 | $ 7,539.93 | $ 221,966.45 | PAID |
| 11067317 | 03/08/2010 | $ 29,209.40 | $ - | $ 29,209.40 | PAID |
| 11067321 | 03/08/2010 | $ 181.90 | $ - | $ 181.90 | PAID |
| 11067325 | 03/08/2010 | $ 1,432.67 | $ - | $ 1,432.67 | PAID |
| 11075185 | 04/09/2010 | $ 4,672.45 | $ 70.76 | $ 4,743.21 | PAID |
| 11075190 | 04/09/2010 | $ 1,405.90 | $ - | $ 1,405.90 | PAID |
| 11075191 | 04/09/2010 | $ 7,492.75 | $ - | $ 7,492.75 | PAID |
| 11075192 | 04/09/2010 | $ 31,931.95 | $ 4,407.76 | $ 36,339.71 | PAID |
| 11083128 | 05/10/2010 | $ 63,410.85 | $ 7,217.72 | $ 70,628.57 | PAID |
| 11083148 | 05/10/2010 | $ 8,168.07 | $ - | $ 8,168.07 | PAID |
| 11083155 | 05/10/2010 | $ 710.17 | $ - | $ 710.17 | PAID |
| 11083162 | 05/10/2010 | $ 379.52 | $ - | $ 379.52 | PAID |
| 11083165 | 05/10/2010 | $ 227.37 | $ - | $ 227.37 | PAID |
| 11083177 | 05/10/2010 | $ 657.47 | $ - | $ 657.47 | PAID |
| 11093316 | 06/09/2010 | $ 2,558.92 | $ 6,825.86 | $ 9,384.78 | PAID |
| 11093428 | 06/09/2010 | $ 1,088.42 | $ - | $ 1,088.42 | PAID |
| 11093434 | 06/09/2010 | $ 3,982.25 | $ - | $ 3,982.25 | PAID |
| 11093438 | 06/09/2010 | $ 904.40 | $ - | $ 904.40 | PAID |
| 11102102 | 07/12/2010 | $ 3,977.57 | $ - | $ 3,977.57 | PAID |
| 11102107 | 07/12/2010 | $ 7,865.05 | $ 4,705.36 | $ 12,570.41 | PAID |
| 11102113 | 07/12/2010 | $ 5,617.65 | $ - | $ 5,617.65 | PAID |
| 11109197 | 08/09/2010 | $ 33,777.30 | $ 8,665.20 | $ 42,442.50 | PAID |
| 11109223 | 08/09/2010 | $ 28,693.45 | $ - | $ 28,693.45 | PAID |
| 11109228 | 08/09/2010 | $ 286.87 | $ - | $ 286.87 | PAID |
| 11109229 | 08/09/2010 | $ 202.30 | $ - | $ 202.30 | PAID |

| Invoice | Date | Fees | Cost | Total | Status |
|---|---|---|---|---|---|
| 11117060 | 09/09/2010 | $ 17,454.32 | $ 4,032.45 | $ 21,486.77 | PAID |
| 11117077 | 09/09/2010 | $ 90.95 | $ - | $ 90.95 | PAID |
| 11117085 | 09/09/2010 | $ 63.75 | $ - | $ 63.75 | PAID |
| 11117102 | 09/09/2010 | $ 4,414.05 | $ - | $ 4,414.05 | PAID |
| 11127403 | 10/13/2010 | $ 4,671.17 | $ - | $ 4,671.17 | PAID |
| 11127431 | 10/13/2010 | $ 5,655.90 | $ - | $ 5,655.90 | PAID |
| 11136349 | 11/12/2010 | $ 43,996.00 | $ 11,616.45 | $ 55,612.45 | PAID |
| 11136365 | 11/12/2010 | $ 3,432.30 | $ 14.72 | $ 3,447.02 | PAID |
| 11136366 | 11/12/2010 | $ 3,564.90 | $ - | $ 3,564.90 | PAID |
| 11145137 | 12/14/2010 | $ (3,387.13) | $ 3,554.82 | $ 167.69 | PAID |
| 11145139 | 12/14/2010 | $ 3,584.02 | $ - | $ 3,584.02 | PAID |
| 11151559 | 01/12/2011 | $ 6,248.35 | $ 3,535.82 | $ 9,784.17 | PAID |
| 11151566 | 01/12/2011 | $ 828.32 | $ - | $ 828.32 | PAID |
| 11151571 | 01/12/2011 | $ 1,881.05 | $ - | $ 1,881.05 | PAID |
| 11151582 | 01/12/2011 | $ 505.75 | $ - | $ 505.75 | PAID |
| 11158183 | 02/09/2011 | $ 15,615.35 | $ 6,954.14 | $ 22,569.49 | PAID |
| 11158195 | 02/09/2011 | $ 43,164.27 | $ 146.14 | $ 43,310.41 | PAID |
| 11158256 | 02/09/2011 | $ 3,774.85 | $ - | $ 3,774.85 | PAID |
| 11163455 | 02/25/2011 | $ 4,154.37 | $ 49.36 | $ 4,203.73 | PAID |
| 11167414 | 03/10/2011 | $ 95,429.07 | $ 7,648.42 | $ 103,077.49 | PENDING |
| 11167425 | 03/10/2011 | $ 2,473.50 | $ - | $ 2,473.50 | PAID |
| 11174413 | 04/12/2011 | $ 8,815.94 | $ 5,412.96 | $ 14,228.90 | PAID |
| 11174420 | 04/12/2011 | $ 737.37 | $ - | $ 737.37 | PAID |
| 11174456 | 04/12/2011 | $ 556.75 | $ - | $ 556.75 | PAID |
| 11184051 | 05/13/2011 | $ 12,536.22 | $ 6,157.68 | $ 18,693.90 | PAID |
| 11184167 | 05/13/2011 | $ 11,907.65 | $ - | $ 11,907.65 | PAID |
| 11184276 | 05/13/2011 | $ 8,829.37 | $ - | $ 8,829.37 | PAID |
| 11184301 | 05/13/2011 | $ 418.20 | $ - | $ 418.20 | PAID |
| 11192319 | 06/13/2011 | $ 1,312.50 | $ - | $ 1,312.50 | PENDING |
| 11192438 | 06/13/2011 | $ 2,419.00 | $ - | $ 2,419.00 | PENDING |
| | **Total Billed** | **$ 1,436,925.40** | **$ 110,778.19** | **$ 1,547,703.59** | |
| | **Total Paid** | $ 1,337,764.83 | $ 103,129.77 | $ 1,440,894.60 | |
| | **Total Pending** | $ 99,160.57 | $ 7,648.42 | $ 106,808.99 | |

| | |
|---|---|
| **Total Escrow Related Fees & Expenses Billed*** | $ 635,046.12 |
| **Total Escrow Related Fees & Expenses Paid** | $ 528,237.13 |
| **Total Escrow Fees & Costs Pending** | $ 106,808.99 |

*Exclusive of amounts sought in Bill of Costs

# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 09-CV-00799-ZLW-KLM

GRANITE SOUTHLANDS TOWN CENTER, LLC,

Plaintiff,

v.

ALBERTA TOWN CENTER, LLC, and
LAND TITLE GUARANTEE COMPANY,

Defendants.

**AFFIDAVIT OF OSBORNE J. DYKES**

THE STATE OF COLORADO §
§
COUNTY OF DENVER §

BEFORE ME, the undersigned authority, on this day personally appeared Osborne J. Dykes, whom, being by me duly sworn, on oath stated as follows:

1. "My name is Osborne J. Dykes. I am a lawyer duly licensed to practice in the State of Colorado and in the United States District Court for the District of Colorado. From November 13, 2006 until December 31, 2009, I was a senior litigation partner and served as Partner-in-Charge of the Denver office of Fulbright & Jaworski L.L.P. ("Fulbright"), located at 370 17th Street, Suite 2150, Denver, Colorado 80202. Since January 1, 2010, I have been "Of Counsel" with Fulbright. I have never been convicted of a felony or a crime of moral turpitude and am in all respects competent to make this affidavit. I have personal knowledge of the facts set forth in this affidavit, and they are true.

2. Fulbright represents plaintiff Granite Southlands Town Center, LLC ("Granite") in the above captioned cause. Paul Trahan, a partner in Fulbright's office in Austin, Texas, has been lead counsel for Granite in this case. Assisting Mr. Trahan in the prosecution of this cause were Jane Smith and Bryan Patrick, also in the Austin office, and myself, Benjamin Vetter and Lucy Arnold, all in Fulbright's Denver office.

3. Relevant biographical information for the billing attorneys on this matter is attached to the Affidavit of Paul Trahan. The relevant qualifications and experience of the billing attorneys on this matter are summarized as follows:

    a. Paul Trahan, Partner. Admitted to the bar in Texas and the following courts: Western District of Texas, Southern District of Texas, Northern District of Texas, District of Colorado.

    b. Jane Smith, Partner. Admitted to the bar in Texas, Georgia, and Missouri. Ms. Smith specializes in real estate law and is a Fellow in the American College of Real Estate Lawyers and a member of the Board of the International Council of Shopping Centers.

    c. Osborne J. Dykes, Of Counsel. Admitted to the bar in Colorado and Texas and the following federal courts: Districts of Colorado, Southern, Eastern, and Northern Texas, the Fifth, Tenth, and Eleventh Circuits, and the U.S. Supreme Court. First admitted to the bar in Texas in 1973. Clerked for Hon. Homer Thornberry, Fifth Circuit Court of Appeals. Since 1979, Mr. Dykes has been certified as a specialist in Civil Trial Law by the Texas Board of Legal Specialization, and he holds the rank of "Advocate" in the American Board of Trial Advocates.

    d. Bryan Patrick, Senior Associate. Admitted to the bar in Texas. Mr. Patrick specializes in real estate law and is a member of the Real Estate Council of Austin, Texas.

    e. Benjamin M. Vetter, Senior Associate. Admitted to the bar in Colorado, Illinois, Wyoming, North Dakota and the following federal courts: District of Colorado, Northern District of Illinois, the Seventh and Tenth Circuits. First admitted to the bar in Illinois in 2004. Clerked for Justice Nathan B. Coats, Colorado Supreme Court and for the Honorable Harris L. Hartz, Tenth Circuit Court of Appeals.

    f. Lucy D. Arnold, Associate. Admitted to the bar in Colorado and New York and the following federal courts: District of Colorado, Southern District of New York. First admitted to the bar in 2008.

4. Fulbright's fee arrangement with Granite is to bill on an hourly basis, not on a contingent fee basis or a fixed fee basis. The hourly rate billed for virtually all of Granite's attorneys for services performed in relation to the Escrow Claims is summarized, along with a summary of all fees charged and the average hourly rate, on the charts attached to this affidavit as Addendum C-1.

5. In my opinion, the hourly charges are reasonable for the preparation and handling of this case.

6. In arriving at my opinion on a reasonable fee in this case, I reviewed Granite's Motion for Attorneys' Fees, including the attached invoices and affidavit of Paul Trahan along with the various addenda attached to Mr. Trahan's affidavit.

7. I also considered and relied upon the factors set forth and listed in Colorado Rule of Professional Conduct 1.5. In my judgment, the most significant factors in this Rule for the instant case, and the ones to which I have given the greatest weight, are the following: (1) the time and labor required and the skill requisite to perform the legal service properly; (2) the fee customarily charged in the locality for similar service; and (3) the experience, reputation, and ability of the lawyer or lawyers performing the services.

8. In reaching my conclusion that the hourly fees are reasonable, I also reviewed the fee information found in The Colorado Bar Association 2008 Economics of Law Practice Survey, which is Addendum C-2. According to the information in the Survey, the hourly billing rate for partners in law firms with 30+ partners, the category that fits Fulbright, ranged from $350 at the 75th percentile to $551 at the 95th percentile in 2008. Addendum C-2 at 28. The billing rates for of counsel in the same category of firms ranged from $350 at the 75th percentile to $595 at the 95th percentile. *Id.* For associates, hourly rates ranged from $318 at the 75th percentile to $420 in the 95th percentile. *Id.* Based on the information in the 2008 survey, and my familiarity with billing rates in the Denver area, I conclude that the hourly rates charged by Fulbright in this cause are reasonable. None of the hourly rates billed by Fulbright attorneys exceed the ranges of rates for similar-sized firms reported in the 2008 survey.

Further affiant sayeth not.

Osborne J. Dykes

SUBSCRIBED AND SWORN TO before me on this 16th day of September, 2011, to witness my hand and seal of office.

SUSAN QUINN
Notary Public
State of Colorado

NOTARY PUBLIC, State of Colorado

Case 1:09-cv-00799-SJJ -KLM Document 199-26 Filed 09/19/11 USDC Colorado Page 1 of 9

# ADDENDUM C-1