# Granite v. Alberta - Summary of Fees Expenses Relating to Escrow Claims

| Invoice # | Invoice Date | Escrow Related Hours | Escrow Related Fees | Escrow Related Expenses | Total Fees & Expenses | General Description of Work |
|---|---|---|---|---|---|---|
| 10975747 | 04/14/2009 | 2.50 | $ 1,147.50 | $ - | $ 1,147.50 | Initial investigation of claims, assess and prepare demands to Land Title |
| 10982815 | 05/11/2009 | 41.15 | $ 16,939.65 | $ 258.99 | $ 17,198.64 | Continued investigation, research claims, prepare complaint, confer with opposing counsel |
| 10993023 | 06/12/2009 | 16.35 | $ 6,234.33 | $ 725.75 | $ 6,960.08 | Research remedies, confer with Land Title, prepare report to client, review answer & counterclaims, prepare summary of agreements and timeline |
| 11000150 | 07/09/2009 | 18.95 | $ 7,564.58 | $ 72.51 | $ 7,637.09 | Confer with opposing counsel, address scheduling issues, legal research, prepare settlement statement for magistrate |
| 11010482 | 08/12/2009 | 19.65 | $ 7,132.99 | $ 559.52 | $ 7,692.51 | Initial disclosures, Pretrial Order, Settlement Statement, Confer with Land Title, Scheduling Hearing, Assess Defendants' Disclosures, Confer on Disclosures |
| 11018185 | 09/09/2009 | 1.80 | $ 663.00 | $ - | $ 663.00 | Assess Status & Discovery |
| 11018175 | 09/09/2009 | 0.80 | $ 406.30 | $ - | $ 406.30 | Protective Order, Confer with Opposing Counsel |
| 11025990 | 10/08/2009 | 38.40 | $ 10,110.75 | $ - | $ 10,110.75 | Protective Order Assessment, Motion, Discussions & Hearing, Settlement Assessment, Document Production |

# Granite v. Alberta - Summary of Fees Expenses Relating to Escrow Claims

| Invoice # | Invoice Date | Escrow Related Hours | Escrow Related Fees | Escrow Related Expenses | Total Fees & Expenses | General Description of Work |
|---|---|---|---|---|---|---|
| 11037080 | 11/11/2009 | 5.70 | $ 1,742.92 | $ - | $ 1,742.92 | Assess Status & Discovery |
| 11045862 | 12/11/2009 | 0.60 | $ 181.08 | $ - | $ 181.08 | Prepare Discovery |
| 11052436 | 01/12/2010 | 84.50 | $ 29,259.98 | $ (485.70) | $ 28,774.28 | Assess & Repond to Alberta Summary Judgment, Interview Witnesses, Review Discovery Requests, Confer w/ Opposing Counsel re: Discovery Disputes, Prepare Summary Judgment Response w/ Evidence |
| 11061048 | 02/12/2010 | 251.20 | $ 102,722.08 | $ 1,037.87 | $ 103,759.95 | Review Alberta documents, Review of Granite Documents for Production to Alberta, Prepare for and Take Depositions, Settlement Discussions, Prepare for and Defend Depositions, Discovery Disputes, Interpleader Issues, Surreply to Summary Judgment, Mass Document Review |
| 11067197 | 03/08/2010 | 407.70 | $ 125,307.39 | $ 7,056.19 | $ 132,363.58 | Mass Document Review in Response to Alberta Discovery, Privilege Review of Documents, Take Depositions, Discovery Disputes |
| 11075192 | 04/09/2010 | 64.65 | $ 25,346.79 | $ 2,193.58 | $ 27,540.37 | Take Depositions, Discovery Disputes, Prepare Witnesses for Depositions, |
| 11083128 | 05/10/2010 | 118.55 | $ 52,810.71 | $ 4,430.09 | $ 57,240.80 | Prepare for & Attend Settlement Conference, Prepare & Defend Depositions, Interpleader Issues |

# Granite v. Alberta - Summary of Fees Expenses Relating to Escrow Claims

| Invoice # | Invoice Date | Escrow Related Hours | Escrow Related Fees | Escrow Related Expenses | Total Fees & Expenses | General Description of Work |
|---|---|---|---|---|---|---|
| 11093316 | 06/09/2010 | 5.70 | $ 2,495.17 | $ 5,746.32 | $ 8,241.49 | Escrow Issues, Settlement Strategy |
| 11102107 | 07/12/2010 | 13.90 | $ 5,880.30 | $ 4,356.86 | $ 10,237.16 | Pretrial Order, Settlement, Escrow Funds Issues |
| 11109197 | 08/09/2010 | 20.80 | $ 32,228.17 | $ 3,400.96 | $ 35,629.13 | Pretrial Order, Exhibit & Witness Lists, Review Settlement Issues, Settlement Memo |
| 11117085 | 09/09/2010 | 12.40 | $ 63.75 | $ - | $ 63.75 | Alberta's Motion to Expedite |
| 11127431 | 10/13/2010 | 12.40 | $ 5,655.90 | $ - | $ 5,655.90 | Prepare for & Attend Settlement Conference |
| 11136366 | 11/12/2010 | 6.90 | $ 2,425.05 | $ - | $ 2,425.05 | Settlement, Trial Logistics |
| 11145137 | 12/14/2010 | 10.90 | $ 1,290.30 | $ 3,403.12 | $ 4,693.42 | Interpleader of Funds, Trial Logistics |
| 11151559 | 01/12/2011 | 13.50 | $ 6,248.35 | $ 3,400.00 | $ 9,648.35 | Trial Prep, Status Conference, Pretrial Matters, Motion in Limine |
| 11158183 | 02/09/2011 | 212.10 | $ 15,615.35 | $ 78.17 | $ 15,693.52 | Pretrial Motions, Amended Complaint, Prepare Exhibits, Settlement Discussions, Damages Statement, Voir Dire Questions |
| 11167414 | 03/10/2011 | 17.00 | $ 95,429.07 | $ 7,167.75 | $ 102,596.82 | Prepare for and Attend Trial, Review Pretrial Submissions, Exhibit Objections, Witness Outlines, Witness Preparation, Findings of Fact & Conclusions of Law, Written Closing |
| 11174413 | 04/12/2011 | 79.60 | $ 8,815.94 | $ 5,083.14 | $ 13,899.08 | Research Attorneys' Fees & Post-trial Issues |

# Granite v. Alberta - Summary of Fees Expenses Relating to Escrow Claims

| Invoice # | Invoice Date | Escrow Related Hours | Escrow Related Fees | Escrow Related Expenses | Total Fees & Expenses | General Description of Work |
|---|---|---|---|---|---|---|
| 11184051 | 05/13/2011 | 10.60 | $ 12,536.22 | $ 6,157.68 | $ 18,693.90 | Post-trial Issues including Review of Transcript, Revising Proposed Findings of Fact and Conclusions of Law |
| 11184301 | 05/13/2011 | 1.20 | $ 418.20 | $ - | $ 418.20 | Prepare Claim for Attorneys' Fees |
| 11192319 | 06/13/2011 | 2.50 | $ 1,312.50 | $ - | $ 1,312.50 | Post-Trial Issues |
| 11192438 | 06/13/2011 | 5.90 | $ 2,419.00 | $ - | $ 2,419.00 | Prepare Claim for Attorneys' Fees |
| | **Sub-total** | **1,497.90** | **$ 580,403.32** | **$ 54,642.80** | **$ 635,046.12** | |
| | | | | | | |
| | **Fees Not Yet Invoiced** | 109.50 | $ 38,879.00 | $ - | $ 38,879.00 | Assess Ruling, Prepare Atty. Fees Request w/ supporting evidence & Confer w/ Land Title |
| | | | | | | |
| | **Estimate of Future Fees** | 30.00 | $ 12,000.00 | $ - | $ 12,000.00 | Pursue Atty. Fees & Collection of judgment |
| | | | | | | |
| | **Total** | **1,637.40** | **$ 631,282.32** | **$ 54,642.80** | **$ 685,925.12** | |
| | | | | | | |
| | **Average Rate** | $ 385.54 | | | | |

## Granite v. Alberta - Document Review Summary

| Month | Timekeeper | Rate Charged | Hours | Fees |
|---|---|---|---|---|
| Feb-10 | | | | |
| | Jennifer Sherrill | $ 403.75 | 24.80 | $ 10,013.00 |
| | Tamsen Barrett | $ 267.75 | 0.70 | $ 187.43 |
| | Holly Kipp | $ 229.50 | 0.50 | $ 114.75 |
| | Todd Hambidge | $ 289.00 | 0.70 | $ 202.30 |
| | S.A. Hayden Briggle | $ 216.75 | 0.50 | $ 108.38 |
| | Jerod Neas | $ 216.75 | 0.50 | $ 108.38 |
| | Chris Weimer | $ 195.50 | 0.60 | $ 117.30 |
| | Tracy Stewart | $ 195.50 | 0.60 | $ 117.30 |
| | Leaf McGregor | $ 182.75 | 0.80 | $ 146.20 |
| | _Paralegal Personnel_ | | | |
| | Paula Miller | $ 140.25 | 2.00 | $ 280.50 |
| | Mary Murchison | $ 119.00 | 0.20 | $ 23.80 |
| Mar-10 | | | | |
| | Jennifer Sherrill | $ 403.75 | 102.80 | $ 41,505.50 |
| | Tamsen Barrett | $ 267.75 | 39.60 | $ 10,602.90 |
| | Holly Kipp | $ 229.50 | 58.90 | $ 13,517.55 |
| | Todd Hambidge | $ 289.00 | 19.30 | $ 5,577.70 |
| | S.A. Hayden Briggle | $ 216.75 | 123.00 | $ 26,660.25 |
| | Jerod Neas | $ 216.75 | 111.30 | $ 24,124.28 |
| | Chris Weimer | $ 195.50 | 35.20 | $ 6,881.60 |
| | Tracy Stewart | $ 195.50 | 27.50 | $ 5,376.25 |
| | Leaf McGregor | $ 182.75 | 13.50 | $ 2,467.13 |
| | Travis Siebeneicher | $ 297.50 | 59.50 | $ 17,701.25 |
| | | **TOTALS** | **622.50** | **$ 165,833.73** |
| | | **50% Discount** | **311.25** | **$ 82,916.86** |
| | | **Avg Rate** | | **$ 266.40** |

### Granite v. Alberta - Summary of Hours, Fees, and Rates for Core Team

| Month | Timekeeper | Discounted Rate (15%)* | | Escrow Hours | Fees for Escrow Claims | |
|---|---|---|---|---|---|---|
| Mar-09 | | | | | | |
| | Paul Trahan | $ | 459.00 | 2.50 | $ | 1,147.50 |
| Apr-09 | | | | | | |
| | Jeff Dykes | $ | 552.50 | 4.40 | $ | 2,431.00 |
| | Jane Smith | $ | 480.25 | 7.20 | $ | 3,457.80 |
| | Paul Trahan | $ | 433.50 | 19.55 | $ | 8,474.93 |
| | Bryan Patrick | $ | 301.75 | 6.20 | $ | 1,870.85 |
| | Ben Vetter | $ | 289.00 | 1.30 | $ | 375.70 |
| May-09 | | | | | | |
| | Jeff Dykes | $ | 552.50 | 1.00 | $ | 552.50 |
| | Jane Smith | $ | 480.25 | 2.70 | $ | 1,296.68 |
| | Paul Trahan | $ | 433.50 | 4.65 | $ | 2,015.78 |
| | Bryan Patrick | $ | 301.75 | 4.50 | $ | 1,357.88 |
| | Ben Vetter | $ | 289.00 | 3.50 | $ | 1,011.50 |
| Jun-09 | | | | | | |
| | Jeff Dykes | $ | 552.50 | 3.00 | $ | 1,657.50 |
| | Jane Smith | $ | 480.25 | 0.70 | $ | 336.18 |
| | Paul Trahan | $ | 433.50 | 7.85 | $ | 3,402.98 |
| | Bryan Patrick | $ | 301.75 | 2.30 | $ | 694.03 |
| | Ben Vetter | $ | 289.00 | 5.10 | $ | 1,473.90 |
| Jul-09 | | | | | | |
| | Jeff Dykes | $ | 552.50 | 2.30 | $ | 1,270.75 |
| | Jane Smith | $ | 480.25 | 1.60 | $ | 768.40 |
| | Paul Trahan | $ | 433.50 | 7.70 | $ | 3,337.95 |
| | Bryan Patrick | $ | 301.75 | 2.85 | $ | 859.99 |
| | Ben Vetter | $ | 289.00 | 5.20 | $ | 1,502.80 |
| Aug-09 | | | | | | |
| | Jeff Dykes | $ | 552.50 | 0.50 | $ | 276.25 |
| | Jane Smith | $ | 480.25 | 0.00 | $ | - |
| | Paul Trahan | $ | 433.50 | 0.60 | $ | 260.10 |
| | Bryan Patrick | $ | 301.75 | 0.00 | $ | - |
| | Ben Vetter | $ | 289.00 | 1.50 | $ | 433.50 |
| Sep-09 | | | | | | |
| | Jeff Dykes | $ | 552.50 | 0.20 | $ | 110.50 |
| | Jane Smith | $ | 480.25 | 0.60 | $ | 288.15 |
| | Paul Trahan | $ | 433.50 | 9.90 | $ | 4,291.65 |
| | Bryan Patrick | $ | 301.75 | 5.50 | $ | 1,659.63 |
| | Ben Vetter | $ | 289.00 | 0.00 | $ | - |
| Oct-09 | | | | | | |
| | Jeff Dykes | $ | 552.50 | 0.00 | $ | - |
| | Jane Smith | $ | 480.25 | 0.50 | $ | 240.13 |
| | Paul Trahan | $ | 433.50 | 0.00 | $ | - |
| | Bryan Patrick | $ | 301.75 | 0.00 | $ | - |
| | Ben Vetter | $ | 289.00 | 5.20 | $ | 1,502.80 |
| Nov-09 | | | | | | |
| | Bryan Patrick | $ | 301.75 | 0.60 | $ | 181.05 |
| Dec-09 | | | | | | $ | - |
| | Jeff Dykes | $ | 552.50 | 3.30 | $ | 1,823.25 |
| | Jane Smith | $ | 480.25 | 4.70 | $ | 2,257.18 |
| | Paul Trahan | $ | 433.50 | 17.90 | $ | 7,759.65 |
| | Bryan Patrick | $ | 301.75 | 38.00 | $ | 11,466.50 |
| | Ben Vetter | $ | 289.00 | 20.60 | $ | 5,953.40 |
| Jan-10 | | | | | | |
| | Jeff Dykes | $ | 552.50 | 9.40 | $ | 5,193.50 |
| | Jane Smith | $ | 505.75 | 21.00 | $ | 10,620.75 |

| Month | Timekeeper | Discounted Rate (15%)* | Escrow Hours | Fees for Escrow Claims |
|---|---|---|---|---|
|  | Paul Trahan | $ 454.75 | 84.00 | $ 38,199.00 |
|  | Bryan Patrick | $ 318.75 | 105.40 | $ 33,596.25 |
|  | Ben Vetter | $ 301.75 | 14.45 | $ 4,360.29 |
| Feb-10 |  |  |  |  |
|  | Jeff Dykes | $ 552.50 | 0.00 | $ - |
|  | Jane Smith | $ 505.75 | 19.60 | $ 9,912.70 |
|  | Paul Trahan | $ 454.75 | 5.50 | $ 2,501.13 |
|  | Bryan Patrick | $ 318.75 | 86.20 | $ 27,476.25 |
|  | Ben Vetter | $ 301.75 | 0.30 | $ 90.53 |
| Mar-10 |  |  |  |  |
|  | Jeff Dykes | $ 552.50 | 14.70 | $ 8,121.75 |
|  | Jane Smith | $ 505.75 | 4.20 | $ 2,124.15 |
|  | Paul Trahan | $ 454.75 | 3.55 | $ 1,614.36 |
|  | Bryan Patrick | $ 301.75 | 36.20 | $ 10,923.35 |
|  | Ben Vetter | $ 301.75 | 0.30 | $ 90.53 |
| Apr-10 |  |  |  |  |
|  | Jane Smith | $ 505.75 | 39.65 | $ 20,052.99 |
|  | Paul Trahan | $ 454.75 | 57.70 | $ 26,239.08 |
|  | Bryan Patrick | $ 318.75 | 19.50 | $ 6,215.63 |
| May-10 |  |  |  |  |
|  | Jane Smith | $ 505.75 | 2.90 | $ 1,466.68 |
|  | Paul Trahan | $ 454.75 | 1.00 | $ 454.75 |
|  | Bryan Patrick | $ 318.75 | 1.80 | $ 573.75 |
| Jun-10 |  |  |  |  |
|  | Jeff Dykes | $ 552.50 | 4.50 | $ 2,486.25 |
|  | Jane Smith | $ 505.75 | 0.40 | $ 202.30 |
|  | Paul Trahan | $ 454.75 | 2.95 | $ 1,341.51 |
|  | Bryan Patrick | $ 318.75 | 1.45 | $ 462.19 |
|  | Ben Vetter | $ 301.75 | 4.60 | $ 1,388.05 |
| Jul-10 |  |  |  |  |
|  | Jeff Dykes | $ 552.50 | 4.65 | $ 2,569.13 |
|  | Jane Smith | $ 505.75 | 13.60 | $ 6,878.20 |
|  | Paul Trahan | $ 454.75 | 13.10 | $ 5,957.23 |
|  | Bryan Patrick | $ 318.75 | 33.00 | $ 10,518.75 |
|  | Ben Vetter | $ 301.75 | 5.60 | $ 1,689.80 |
| Aug-10 |  |  |  |  |
|  | Bryan Patrick | $ 318.75 | 0.20 | $ 63.75 |
| Sep-10 |  |  |  |  |
|  | Jane Smith | $ 505.75 | 1.40 | $ 708.05 |
|  | Paul Trahan | $ 454.75 | 10.60 | $ 4,820.35 |
|  | Bryan Patrick | $ 318.75 | 0.40 | $ 127.50 |
| Oct-10 |  |  |  |  |
|  | Jeff Dykes | $ 552.50 | 0.50 | $ 276.25 |
|  | Jane Smith | $ 505.75 | 0.00 | $ - |
|  | Paul Trahan | $ 454.75 | 0.80 | $ 363.80 |
|  | Bryan Patrick | $ 318.75 | 5.60 | $ 1,785.00 |
| Nov-10 |  |  |  |  |
|  | Jane Smith | $ 505.75 | 1.50 | $ 758.63 |
|  | Paul Trahan | $ 454.75 | 9.00 | $ 4,092.75 |
|  | Bryan Patrick | $ 318.75 | 0.10 | $ 31.88 |
|  | Ben Vetter | $ 301.75 | 0.30 | $ 90.53 |
| Dec-10 |  |  |  |  |
|  | Jeff Dykes | $ 552.50 | 4.30 | $ 2,375.75 |
|  | Jane Smith | $ 505.75 | 0.70 | $ 354.03 |
|  | Paul Trahan | $ 454.75 | 6.10 | $ 2,773.98 |
|  | Bryan Patrick | $ 318.75 | 1.20 | $ 382.50 |

| Month | Timekeeper | Discounted Rate (15%)* | Escrow Hours | Fees for Escrow Claims |
|---|---|---|---|---|
| Jan-11 | Ben Vetter | $ 301.75 | 1.20 | $ 362.10 |
| | Jeff Dykes | $ 552.50 | 11.60 | $ 6,409.00 |
| | Jane Smith | $ 531.25 | 0.80 | $ 425.00 |
| | Paul Trahan | $ 488.75 | 5.60 | $ 2,737.00 |
| | Bryan Patrick | $ 348.50 | 6.10 | $ 2,125.85 |
| Feb-11 | Ben Vetter | $ 306.00 | 1.00 | $ 306.00 |
| | Lucy Arnold | $ 212.50 | 17.00 | $ 3,612.50 |
| | Jeff Dykes | $ 552.50 | 47.90 | $ 26,464.75 |
| | Jane Smith | $ 531.25 | 9.20 | $ 4,887.50 |
| | Paul Trahan | $ 488.75 | 96.70 | $ 47,262.13 |
| | Bryan Patrick | $ 348.50 | 9.10 | $ 3,171.35 |
| Mar-11 | Lucy Arnold | $ 212.50 | 49.20 | $ 10,455.00 |
| | Jeff Dykes | $ 552.50 | 0.50 | $ 276.25 |
| | Paul Trahan | $ 488.75 | 0.30 | $ 146.63 |
| Apr-11 | Bryan Patrick | $ 348.50 | 0.30 | $ 104.55 |
| | Jeff Dykes | $ 552.50 | 1.60 | $ 884.00 |
| | Paul Trahan | $ 488.75 | 18.10 | $ 8,846.38 |
| | Bryan Patrick | $ 348.50 | 3.10 | $ 1,080.35 |
| May-11 | Lucy Arnold | $ 212.50 | 9.00 | $ 1,912.50 |
| | Jeff Dykes | $ 552.50 | 0.50 | $ 276.25 |
| | Paul Trahan | $ 488.75 | 1.50 | $ 733.13 |
| | Bryan Patrick | $ 348.50 | 5.90 | $ 2,056.15 |
| | Lucy Arnold | $ 212.50 | 0.50 | $ 106.25 |
| | | **TOTALS** | **1156.30** | **$ 464,766.40** |

*NB: The discount in March 2009 is of 10%, not 15%.

**Average Rate** $ **401.94**

# ADDENDUM C-2

Case No. 1:09-cv-00799-SJJ-KLM Document 199-27 Filed 05/13/11 USDC Colorado Page 1 of 17

# Colorado Bar Association
# 2008 Economic Survey



COLORADO BAR ASSOCIATION

Survey Conducted by Dr. Lawrence Stiffman and The Applied Statistics Laboratory.



# The Colorado Bar Association
# 2008 Economics of Law Practice Survey

## Final Report
## October 2008

Survey Conducted by:

Lawrence H. Stiffman, Ph.D.
The Applied Statistics Laboratory
Ann Arbor, Michigan
aslinfo@aol.com

Survey Supervised and Compiled by:

Reba J. Nance
Director, Law Practice Management and Risk Management
Colorado Bar Association
reban@cobar.org

© 2008 Colorado Bar Association. All rights reserved.

# LIST OF EXHIBITS

## Descriptions of Survey Respondents and Summary of Findings

| | | |
|---|---|---|
| Exhibit 1 | How to Read a *Box and Whisker* Chart | 3 |
| Exhibit 2 | Comparison of Survey Respondents to Universe of Colorado Attorneys | 4 |
| Exhibit 3 | Distribution of Survey Respondents by Practice Classification | 6 |
| Exhibit 4 | Percent Distribution of Survey Respondents by Practice Classification | 7 |
| Exhibit 5 | Distribution of Survey Respondents by Practice Classification and Gender | 7 |
| Exhibit 6 | Distribution of Survey Respondents by Gender and Work Status | 8 |
| Exhibit 7 | Proportion of Survey Respondents by Gender and Work Status within Practice Classification | 8 |
| Exhibit 8 | Distribution of Survey Respondents by Practice Classification and Office Location | 9 |
| Exhibit 9 | Distribution of Three Categories of Per Attorney Overhead Expenses | 10 |
| Exhibit 10 | Selected Benchmarks on the Economics of Law Practice in Colorado, 1999/2000 to 2007/2008 | 11 |

## Attorney Income

| | | |
|---|---|---|
| Exhibit 11 | 2007 Attorney Net Income by Practice Classification (All Attorneys) | 13 |
| Exhibit 12 | 2007 Attorney Net Income by Practice Classification (Full-time Attorneys Only) | 14 |
| Exhibit 13 | Percent Distribution of 2007 Attorney Net Income by Practice Classification (Private Practitioners Only) | 15 |
| Exhibit 14 | Percent Distribution of 2007 Attorney Net Income by Practice Classification (Non Private Practitioners Only) | 16 |
| Exhibit 15 | 2007 Median Attorney Net Income by Years in Practice and Practice Classification | 17 |
| Exhibit 16 | 2007 Attorney Net Income by Legal Specialization (All Attorneys) | 18 |
| Exhibit 17 | 2007 Attorney Net Income by Legal Specialization (Private Practitioners Only) | 19 |
| Exhibit 18 | 2007 Attorney Net Income by Legal Specialization (Full-time Private Practitioners Only) | 20 |
| Exhibit 19 | 2007 Attorney Net Income by Years in Practice | 21 |
| Exhibit 20 | 2007 Attorney Net Income by Size of Firm or Organization | 22 |
| Exhibit 21 | 2007 Attorney Net Income by Office Location | 23 |

© 2008 Colorado Bar Association. All rights reserved.

| | | |
|---|---|---|
| Exhibit 22 | 2007 Median Attorney Net Income by Practice Classification and Gender | 24 |
| Exhibit 23 | 2007 Median Attorney Net Income by Gender and Years in Practice | 25 |
| Exhibit 24 | 2007 Median Attorney Net Income by Gender, Work Status and Years in Practice | 26 |
| Exhibit 25 | 2007 Median Attorney Net Income by Gender, Work Status and Years in Practice (Private Practitioners Only) | 26 |

## Billing Rates and Practices

| | | |
|---|---|---|
| Exhibit 26 | 2008 Attorney Hourly Billing Rates by Firm Size, Years in Practice and Office Location | 27 |
| Exhibit 27 | 2008 Attorney Hourly Billing Rates by Primary Field of Law and Practice Classification | 28 |
| Exhibit 28 | 2008 Hourly Billing Rates for Associates and Paralegals by Years of Experience | 29 |
| Exhibit 29 | 2008 Associate Billing Rates by Firm Size | 29 |
| Exhibit 30 | 2008 Associate Billing Rates by Office Location | 30 |
| Exhibit 31 | 2008 Paralegal Billing Rates by Office Location | 31 |
| Exhibit 32 | 2008 Paralegal Billing Rates by Firm Size | 31 |
| Exhibit 33 | Distribution of Unit Charges Used for Billing Clients | 32 |
| Exhibit 34 | Distribution of Unit Charges Billed to Clients by Firm Size | 32 |
| Exhibit 35 | Distribution of Client Billing Methods Used for Paralegal Services by Firm Size | 33 |
| Exhibit 36 | Use of Credit Cards by Firm Size | 34 |
| Exhibit 37 | Profile of 2008 Work Week Components in Hours (All Attorneys) | 35 |

## Other Aspects of Law Office Economics

| | | |
|---|---|---|
| Exhibit 38 | 2007 Operating Expenses and Gross Receipts per Attorney by Office Location | 36 |
| Exhibit 39 | 2007 Operating Expenses and Gross Receipts per Attorneys by Firm Size | 36 |
| Exhibit 40 | Ratio of Paralegals to Attorneys by Firm Size | 37 |
| Exhibit 41 | Ratio of Secretaries to Attorneys by Firm Size | 37 |
| Exhibit 42 | Revenues/Attorney by Firm Size and Presence of Administrators | 37 |
| Exhibit 43 | 2008 Annual Compensation of Associates, Paralegals and Secretaries by Years of Experience | 38 |
| Exhibit 44 | 2008 Associate Compensation by Firm Size | 38 |
| Exhibit 45 | 2008 Paralegal Compensation by Firm Size | 39 |
| Exhibit 46 | 2008 Secretary Compensation by Firm Size | 39 |

© 2008 Colorado Bar Association. All rights reserved.

ii

| | | |
|---|---|---|
| Exhibit 47 | 2008 Paralegal Compensation by Office Location | 40 |
| Exhibit 48 | 2008 Secretary Compensation by Office Location | 40 |
| Exhibit 49 | 2008 Associate Compensation by Office Location | 41 |
| Exhibit 50 | 2008 Ranked Percent Preferences for Marketing Vehicles, All Practices and Firms | 42 |
| Exhibit 51 | 2008 Ranked Percent Preferences for Marketing Vehicles, Solo Practitioners | 43 |
| Exhibit 52 | 2008 Ranked Percent Preferences for Marketing Vehicles, Firms with 2-5 Attorneys | 44 |
| Exhibit 53 | 2008 Ranked Percent Preferences for Marketing Vehicles, Firms with 6-14 Attorneys | 45 |
| Exhibit 54 | 2008 Ranked Percent Preferences for Marketing Vehicles, Firms with 15 or More Attorneys | 46 |

© 2008 Colorado Bar Association. All rights reserved.

# The 2008 Desktop Reference on The Economics of Law Practice in Colorado

Based on results from the *2008 CBA Economic Survey*

## INTRODUCTION

During the summer of 2008, the Colorado Bar Association ("CBA") surveyed the legal community on the economics of law practice to determine the following:

- Current demographics of practicing attorneys

- Attorney personal income from law practice for 2007 by practice classification/ pattern, gender, field of law, office location, work status, years in practice and firm size (number of attorneys)

- Associate, paralegal, and secretary 2008 compensation by years of experience and office location

- Prevailing average 2008 hourly billing rates for attorneys by a variety of indicators, and paralegals by years of experience, firm size and office location

- Attorney time in 2008 allocated to billable and non-billable professional activities

- 2007 overhead expenses associated with maintaining a private practice by office location and firm size, and

- Other law office management practices

This information has been consolidated into this reference guide – ***The 2008 Desktop Reference on the Economics of Law Practice in Colorado*** – to help guide all attorneys and administrators as they plan and manage their professional lives. Attorneys can compare themselves and their firms against "norms" established by the aggregation of survey data. Norms include office location, firm size, and years of practice. Moreover, attention is given to analysis of gender-specific factors regarding attorney income.

### Methods Used to Conduct the Survey

Survey results are based on a 44-question confidential survey instrument ("questionnaire") that was e-mailed in the summer of 2008 to all CBA members and to Mile High Chapter of the Association of Legal Administrators (ALA) members with known e-mail addresses. The survey was also available to non-CBA members via a link on the front page of the CBA website. In addition, a shortened version was also sent to law firm administrators (Mile High Chapter members) covering law office management programs and practices.

The data obtained from approximately 2,500 usable returned questionnaires were tabulated and analyzed by the Applied Statistics Laboratory of Ann Arbor, Michigan. These returns represent a response rate of 16%, based on 16,070 questionnaires e-mailed.

To help practitioners interpret the information provided in the exhibits below, here is a brief discussion of measures of central tendency (median and mean) and dispersion (spread).

© 2008 Colorado Bar Association. All rights reserved.  1

**Measures of Central Tendency**

The **mean** (also called the average or arithmetic average) is calculated by adding the values of all responses, then dividing by the number of responses.

> Example: Three responses – 1, 2 and 3 – are reported. The average is calculated by adding their values (1 + 2 + 3 = 6), then dividing by the number of responses (3). Thus, the average is 6 ÷ 3 = 2.

The **median** is the middle value of a series (distribution) of values, which is initially rank-ordered (from low to high or *vice versa*). By definition, half the numbers are greater and half are less than the median. Median values are used throughout this survey report to denote the measure of central tendency. Use of the median as a statistic for central tendency reduces the effect of "outliers" (extremely high or low values, such as 30), while the average does not.

> Example: Three responses – 1, 2 and 30 – are reported. The *median* is the middle number of the order of distribution (1, 2, and 30) or **2**. The a*verage* of this same distribution is 33 divided by 3 or **11**.

**Measures of Dispersion (Spread)**

The dispersion of data around the median generally is based on 3 values:

- 25th percentile (lower quartile). One-fourth of the values are less and three-fourths are more than this value.

- 75th percentile (upper quartile). Three-fourths of the values are less and one-fourth are more than this value.

- 95th percentile. Ninety-five percent of the values are less and five percent are more than this value.

**Geographic Areas Defined**

The survey divided Colorado into 11 geographic areas by county for aggregation and reporting key statistics generated from the data. These areas include the following:

- Downtown Denver (zip codes 80202 & 80203)
- Denver, Not Downtown
- Adams, Arapahoe, Douglas, Elbert and Jefferson (Greater Denver Metro Area)
- Boulder and Broomfield
- El Paso
- Eagle and Pitkin
- Mesa
- Pueblo
- Larimer and Weld
- All Others East of the Continental Divide*
- All Others West of the Continental Divide**

*All Others East of the Continental Divide – Alamosa; Baca; Bent; Chaffee; Cheyenne; Clear Creek; Conejos; Costilla; Crowley; Custer; Fremont; Gilpin; Huerfano; Jackson; Kiowa; Kit Carson; Lake; Las Animas; Lincoln; Logan; Mineral; Morgan; Otero; Park; Phillips; Prowers; Rio Grande; Saguache; Sedgwick; Teller; Washington; Yuma
** All Others West of the Continental Divide – Archuleta; Delta; Dolores; Garfield; Grand; Gunnison; Hinsdale; La Plata; Moffat

Some exhibits display these areas in a condensed format to assure adequate statistical representation of the findings. For example, Eagle, Pitkin, El Paso, Mesa,

© 2008 Colorado Bar Association. All rights reserved.     2

Pueblo, Larimer and Weld Counties are grouped into a category entitled "Outstate Metro Areas" to differentiate them from Metro Denver, as well as rural areas.

## Descriptions of Survey Respondents and Summary of Findings

**Box and whisker** graphs depict dispersion of a variable as shown in the sample exhibit of associate salaries below. To illustrate, one vertical bar (the last bar on **Exhibit 1**), associate income for those with **10 years experience in firms with 15+ attorneys** is shown at the 5th through the 95th percentile. The **whisker outliers,** at the top and bottom of the line, range from the 5th percentile of **$75,000** to the 95th percentile of **$225,000**, while the median value is shown as **the dark horizontal line** in the box **($130,000)**. Fifty percent of values are found within the box **($100,000-$150,000)**, representing the 25th through 75th percentiles. Thus, a range of values is shown on each vertical bar, representing 15 categories of associates by firm size and experience. The **stars and circles** are extreme outliers (**99th** and **100th** percentiles.)

*Exhibit 1*        How to Read a *Box and Whisker* Chart



**Sample Exhibit
2008 Associate Compensation by Firm Size**

© 2008 Colorado Bar Association. All rights reserved.

3