The sample of returns is highly correlated with the office location while females are slightly overrepresented compared with the overall lawyer population. Therefore, male vs. female statistics are offered throughout this Report to enable direct comparisons among genders. **Exhibit 2** compares the survey sample with the universe of attorneys.

**Exhibit 2**
**Comparison of Survey Respondents to Universe of Colorado Attorneys**

| Office Location (Cities & Counties) | Universe of Attorneys | Percent of Total | 2008 Survey Respondents | Percent of Total |
|---|---|---|---|---|
| Denver | 8,090 | 42.7% | 1,222 | 48.3% |
| Adams, Arapahoe, Douglas, Elbert and Jefferson (Greater Metro Area) | 4,846 | 25.6 | 533 | 21.9 |
| Boulder and Broomfield | 1,773 | 9.4 | 248 | 9.8 |
| Eagle and Pitkin | 293 | 1.5 | 31 | 1.2 |
| El Paso | 1,208 | 6.4 | 127 | 5.0 |
| Mesa | 306 | 1.6 | 36 | 1.4 |
| Pueblo | 203 | 1.1 | 21 | 0.8 |
| Larimer and Weld | 883 | 4.7 | 127 | 5.0 |
| All Others East of the Divide | 414 | 2.2 | 58 | 2.3 |
| All Others West of the Divide | 938 | 4.8 | 106 | 4.2 |
| **Total** | **18,954*** | **100** | **2,529** | **100%** |
| **Gender** | | | | |
| Male | 12,579 | 65.7 | 1413 | 57% |
| Female | 6,563 | 34.3 | 1065 | 43 |
| **Total** | **19,142** | **100%** | **2478** | **100%** |

*Does not equal 19,142 because 188 attorneys did not indicate their office location.

© 2008 Colorado Bar Association. All rights reserved. 4

Because the survey was conducted in the summer of 2008, attorney net income, gross revenue and practice and firm overhead expenses represent 2007 values. All other data represent mid-year 2008 values. Net income represents personal income (after expenses) or salaries from the practice of law, before taxes, for 2007. Bonus information was not addressed as a separate question and may or may not have been included.

To denote gaps such as the "gender gap" of reporting incomes, the term "proportion" is used on selected exhibits. "Proportion" denotes the median value - of one group divided by another. Hypothetically, a reported income of $75,000 for female attorneys divided by $100,000 for male attorneys yields the proportion .75. This would mean that females earn "75 cents on the dollar" compared with their male counterparts.

Despite the use of the median to reduce the effect of extremely high or low values ("outliers"), as noted above, readers should use particular caution in interpreting data when only a small number of responses are available. In such cases, readers are advised to "group up" to a larger geographic area or job classification, where appropriate, in order not to distort reality. No value is represented if fewer than 5 responses were reported. Totals do not always reflect the sum of subgroups as respondents often omit responding to a subgroup (i.e., *Occupancy* expenses is a subgroup of *Total Expenses*).

Personnel planning and decision-making include many factors not covered in surveys of this scope or nature. However, this report provides ranges of values that can help in developing sound and equitable hiring and compensation policies.

Unless stated otherwise, all exhibits include both full-time and part-time attorneys.

Margins of error are provided for 3 key measures: attorney 2007 net income (plus or minus 2% of the mean value), attorney 2008 hourly billing rates (plus or minus 2.4%), and total hours worked (accounted for) in the average 2008 workweek (plus or minus 2%).

© 2008 Colorado Bar Association. All rights reserved.

# SUMMARY PROFILE OF THE TYPICAL COLORADO ATTORNEY AND FIRM

This section summarizes key statistics derived from the survey. Emphasis here is on the concerns of the "average" attorney and the "average" firm with respect to net income, hourly billing rates and office expenses and revenues. The following topics are covered:

- Respondent demographics
- 2008 hourly billing rates and work volume
- 2007 office expenses and revenues
- Trends in key metrics (measures) since the *2000 CBA Economic Survey*

## Respondent Demographics

The typical respondent is 45 years of age and has been in practice for 16 years. The average male attorney is 48 years of age and has been in practice 19 years. The average female attorney is 41 and has been in practice for 12 years. Females represent 43% of respondents up from 31% in 2000.

Approximately 70% of respondents are private practitioners. Of the remainder, 13% work in government agencies, 11% are in-house counsel and the remaining 11% are professors, work in legal services organizations, are law clerks, are unemployed, work in non-legal settings or are retired ("all others") (**Exhibit 3**)

*Exhibit 3*



**Distribution of Survey Participants by Practice Classification**

Gov. Workers/Judiciary, 257
In-House Counsel, 217
All Others, 147
Private Practitioners, 1,440

**Exhibit 4** displays the proportion of survey respondents into 7 categories.

*Exhibit 4*



The bar chart shown as **Exhibit 5** distributes the number of survey respondents by both practice classification and gender. Within these groupings, 52% of associates are female, while 56% of government attorneys, 44 % of in-house counsel and 70% of "others" are female.

*Exhibit 5*



**Exhibit 6** distributes survey respondents by gender and work status.

© 2008 Colorado Bar Association. All rights reserved.  7

*Exhibit 6*



Approximately 10% of all attorneys and 11% of private practitioners report that they practice law on a part-time basis. While 9% of male private practitioners work part time, 12% of female private practitioners report that they work part time. Most attorneys who report that they practice part time (about 22%) are solo practitioners with 53% of home-based attorneys working part-time, space sharers, or contract attorneys (54%) and arbitrators/mediators (38%). Full-time is defined as 30 or more hours a week. Part-time is defined as less than 30 hours a week.

**Exhibit 7** distributes respondents by their work status within various practice classes. For example, on the bottom row, 55% of all solo practitioners are males working full-time, 23% are females working full-time, and 22% are part-timers.

*Exhibit 7*



© 2008 Colorado Bar Association. All rights reserved.

8

**Exhibit 8** distributes survey respondents by their office location for various practice classifications. For example, 45% of all associates work in Downtown Denver, 18% in the remainder of Denver, 13% in the Greater Metro Area (Adams, Arapahoe, Douglas, Elbert and Jefferson Counties), 9% In Boulder and Broomfield Counties, and 15% elsewhere in Colorado.

*Exhibit 8*



## 2008 Hourly Billing Rates and Work Volume

Approximately 96% of private practitioners have a standard or usual hourly rate that they apply as a guide, starting point, or basis for fee computation. The 2008 reported median hourly billing rate is $225, up from $155 in 2000 or 5.6% per annum since 2000. The average value is $235 per hour. Median values for compensable work time are 40 hours per week (which is 2,000 hours per year based on a 50 week work year) and 45 hours for total hours worked per week which includes administration, marketing, pro bono and unpaid legal work.

## 2007 Office Expenditures and Revenues

The median value for 2007 total office expenditures per attorney is $58,156. The average value is $83,649. Non-lawyer labor cost represents the major line item expenditure. (The median value is $33,000 per attorney while the average value is $45,724).

The relative contribution of each overhead component (median values) is summarized as **Exhibit 9**. Gross 2007 revenue/attorney is $164,000 (median value) and $199,940 (average value).

© 2008 Colorado Bar Association. All rights reserved.   9

*Exhibit 9*



Distribution of Three Categories of Per Attorney Overhead Expenses

- All Other Expenses, $15,000 , 25%
- Non-Attorney Labor Expenses, $33,000 , 54%
- Rent, Phone and Utilities Expenses, $12,500 , 21%

**Exhibit 10** summarizes changes in selected measures reported during the two survey periods covering 1999/2000 and 2007/2008 values. Different conventions were used for the two surveys with respect to years of experience for associates, paralegals and secretaries. Resultant head-to-head comparisons are not possible.

All measures are *nominal* (unadjusted for inflation). For example, median attorney net income rose 3.9% per year between 1999 and 2007. If these changes were adjusted for inflation (about 3% per year), *real* income has remained essentially steady throughout this time period. This phenomenon conforms to the near flat-lining of real income growth for many professional services workers throughout the country during this period.

© 2008 Colorado Bar Association. All rights reserved.

10

**Exhibit 10**

### Selected Benchmarks on the Economics of Law Practice in Colorado, 1999/2000 to 2007/2008

| | Responses 2007/8 | Responses 1999/2000 | Average 2007/8 | Average 1999/2000 | % Chng. | % Ann. Chng. | Median 2007/8 | Median 1999/2000 | % Chng. | % Ann. Chng. |
|---|---|---|---|---|---|---|---|---|---|---|
| **Demographics** | | | | | | | | | | |
| Age | 2,479 | 1,036 | 45 | 45 | 0.0 | 0.0 | 45 | 46 | -2.2 | -0.3 |
| Years in Practice | 2,466 | 1,058 | 16 | 17 | -5.9 | -0.7 | 14 | 17 | -17.6 | -2.2 |
| Attorney Net Income | 2,317 | 1,036 | $131,758 | $105,100 | 25.4 | 3.2 | $100,000 | $76,000 | 31.6 | 3.9 |
| **Hours Worked** | | | | | | | | | | |
| Billable Hours/week | 2,116 | 978 | 38 | 37 | 2.7 | 0.3 | 40 | 40 | 0.0 | 0.0 |
| Total Hours/week | 2,175 | 1,004 | 50 | 47 | 6.4 | 0.8 | 45 | 46 | -2.2 | -0.3 |
| CLE Hours/year | 1,828 | 1,018 | 20 | 24 | -16.7 | -2.1 | 15 | 20 | -25.0 | -3.1 |
| Pro Bono Hours/Year | 1,170 | 698 | 50 | 56 | -10.7 | -1.3 | 30 | 30 | 0.0 | 0.0 |
| **Hourly Billing Rate** | 1,559 | 705 | $235 | $167 | 40.7 | 5.1 | $225 | $155 | 45.2 | 5.6 |
| **Fixed Expenses & Gross Receipts/Attorney** | | | | | | | | | | |
| Labor | 485 | 252 | $45,724 | $28,611 | 59.8 | 7.5 | $33,000 | $24,000 | 37.5 | 4.7 |
| Occupancy | 614 | 304 | $15,695 | $11,180 | 40.4 | 5.0 | $12,500 | $9,600 | 30.2 | 3.8 |
| Other Fixed Costs | 601 | 304 | $28,527 | $19,523 | 46.1 | 5.8 | $15,000 | $12,000 | 25.0 | 3.1 |
| Total Expenditures | 634 | 353 | $83,649 | $53,370 | 56.7 | 7.1 | $58,156 | $40,000 | 45.4 | 5.7 |
| Gross Revenues | 628 | 347 | $199,940 | $228,839 | -12.6 | -1.6 | $164,000 | $210,000 | -21.9 | -2.7 |
| Overhead Rate | 587 | 347 | 0.46 | 0.39 | 17.9 | 2.2 | 0.39 | 0.33 | 18.2 | 2.3 |
| **Private Firm Employee Salaries** | | | | | | | | | | |
| Associates, no exp | 134 | 83 | $70,216 | $46,175 | 52.1 | 6.5 | $60,000 | $40,000 | 50.0 | 6.3 |
| Associates, 1-3 yrs | 260 | 74 | $72,378 | $57,597 | 25.7 | 3.2 | $65,000 | $52,000 | 25.0 | 3.1 |
| Associates, 4-5 yrs | 193 | 66 | $87,468 | $66,205 | 32.1 | 4.0 | $80,000 | $65,000 | 23.1 | 2.9 |
| Associates, 6-9 yrs | 173 | NA | $102,186 | | | | $95,000 | | | |
| Associates, 10+ yrs | 114 | 49 | $120,566 | $100,735 | 19.7 | 2.5 | $112,000 | $80,000 | 40.0 | 5.0 |
| Paralegals, no exp | 72 | 55 | $31,951 | $28,318 | 12.8 | 1.6 | $32,000 | $28,000 | 14.3 | 1.8 |
| Paralegals, 1-3 yrs | 161 | 52 | $36,217 | $31,370 | 15.5 | 1.9 | $36,000 | $30,500 | 18.0 | 2.3 |
| Paralegals, 4-5 yrs | 131 | 65 | $45,135 | $33,614 | 34.3 | 4.3 | $45,000 | $35,000 | 28.6 | 3.6 |
| Paralegals, 6-9 yrs | 136 | NA | $48,899 | | | | $49,600 | | | |
| Paralegals, 10+ yrs | 224 | 90 | $55,036 | $40,382 | 36.3 | 4.5 | $52,000 | $40,000 | 30.0 | 3.8 |
| Secretaries, no exp | 110 | 83 | $26,935 | $24,361 | 10.6 | 1.3 | $25,000 | $25,000 | 0.0 | 0.0 |
| Secretaries, 1-3 yrs | 175 | 73 | $30,569 | $27,124 | 12.7 | 1.6 | $30,000 | $28,000 | 7.1 | 0.9 |
| Secretaries, 4-5 yrs | 131 | 66 | $37,671 | $30,757 | 22.5 | 2.8 | $37,000 | $33,250 | 11.3 | 1.4 |
| Secretaries, 6-9 yrs | 129 | NA | $42,118 | | | | $42,000 | | | |
| Secretaries, 10+ yrs | 195 | 90 | $45,775 | $32,909 | 39.1 | 4.9 | $48,000 | $36,000 | 33.3 | 4.2 |
| **Associate & PL Billing Rates** | | | | | | | | | | |
| Associates, no exp | 119 | 73 | $155 | $110 | 40.9 | 5.1 | $150 | $120 | 25.0 | 3.1 |
| Associates, 1-4 yrs | 257 | 57 | $173 | $129 | 34.1 | 4.3 | $175 | $125 | 40.0 | 5.0 |
| Associates, 5-9 yrs | 198 | 52 | $195 | $159 | 22.6 | 2.8 | $190 | $150 | 26.7 | 3.3 |
| Associates, 6-9 yrs | 170 | NA | $218 | | | | $209 | | | |
| Associates, 10+ yrs | 131 | 43 | $235 | $165 | 42.4 | 5.3 | $225 | $160 | 40.6 | 5.1 |
| Paralegals, no exp | 81 | 79 | $75 | $59 | 27.1 | 3.4 | $75 | $58 | 29.3 | 3.7 |
| Paralegals, 1-4 yrs | 189 | 46 | $86 | $60 | 43.3 | 5.4 | $80 | $60 | 33.3 | 4.2 |
| Paralegals, 5-9 yrs | 156 | 54 | $94 | $66 | 42.4 | 5.3 | $90 | $69 | 30.4 | 3.8 |
| Paralegals, 6-9 yrs | 140 | NA | $102 | | | | $99 | | | |
| Paralegals, 10+ yrs | 228 | 71 | 108 | $70 | 54.3 | 6.8 | $100 | $70 | 42.9 | 5.4 |

© 2008 Colorado Bar Association. All rights reserved.                      11

# 2007 Annual Income from Law Practice

## Introduction

The median net income reported by all responding attorneys for calendar 2007 is $100,000. Mean (average) 2007 net income is $130,508. The mean (average) net income for attorneys working full-time is $135,299. While there are many influences on attorney income levels, clues to explain income variation at a given point in time can be derived from seven factors addressed by questions in the survey and summarized below:

- Practice classification
- Field of law
- Years in practice
- Firm size
- Office location
- Gender
- Work status

## Net Income by Practice Classification

**Exhibit 11** summarizes 2007 net incomes of attorneys by 25 practice classifications reported by 1,978 respondents (denoted by **N**). By convention, this and subsequent exhibits providing percentile information offer four data points – the **25**[th], **50**[th] **(Median), 75**[th] **and 95**[th] **percentiles** – on the variable (item) of interest. For example, 25% of all **of-counsel** earn less than $100,000, half earn less than $137,500 while, half earn more than $137,500 and 25% earn more than $185,000. This "range" of net income is large – from $24,500 for home-based practitioners at the 25th percentile to $628,750 for partners in firms of 30+ partners at the 95th percentile level. The 2007 **average (mean)** salary for of-counsel is $211,638.

© 2008 Colorado Bar Association. All rights reserved. 12

*Exhibit 11*          **2007 Attorney Net Income by Practice Classification (All Attorneys)**

| Practice Classification | N | Mean (Ave.) | 25th. | Median | 75th. | 95th. |
|---|---|---|---|---|---|---|
| Solo, office outside of home | 209 | $105,387 | $48,000 | $85,000 | $145,500 | $250,000 |
| Solo, home office | 122 | 75,832 | 24,500 | 50,000 | 100,000 | 200,000 |
| Solo with 1 or more associates | 32 | 168,719 | 86,250 | 130,000 | 240,000 | 512,250 |
| Space sharer | 76 | 103,057 | 58,500 | 80,000 | 134,500 | 240,861 |
| Partner in firm with 2-7 partners | 278 | 169,153 | 98,750 | 149,000 | 200,500 | 399,050 |
| Partner in firm with 8-29 partners | 93 | 211,821 | 140,000 | 180,000 | 255,000 | 498,000 |
| Partner in firm with 30+ partners | 58 | 345,586 | 225,000 | 329,000 | 470,000 | 628,750 |
| Of Counsel | 63 | 211,638 | 100,000 | 137,500 | 185,000 | 347,600 |
| Associate in firm with 1 partner | 69 | 69,862 | 48,000 | 60,000 | 80,500 | 150,000 |
| Associate in firm with 2-7 partners | 205 | 77,981 | 56,500 | 70,000 | 90,000 | 134,250 |
| Associate in firm with 8-29 partners | 80 | 96,632 | 68,250 | 85,000 | 119,250 | 173,750 |
| Associate in firm with 30+ partners | 101 | 132,671 | 108,500 | 126,000 | 146,500 | 214,500 |
| Judge/Magistrate/ALJ (Full time) | 42 | 112,525 | 107,447 | 114,500 | 118,133 | 137,464 |
| Judge/Magistrate/ALJ & Private Practice | 8 | 106,750 | 52,000 | 118,500 | 140,000 | 185,000 |
| Arbitrator/Mediator | 8 | 76,591 | 41,500 | 70,000 | 112,250 | 162,700 |
| City/County Government | 101 | 169,658 | 62,000 | 76,000 | 94,750 | 150,000 |
| State Government | 60 | 83,478 | 60,000 | 74,500 | 109,500 | 164,600 |
| Federal Government | 28 | 95,396 | 71,250 | 105,500 | 120,000 | 142,950 |
| In-House Counsel (for-profit org.) | 176 | 166,638 | 100,000 | 141,000 | 200,000 | 356,000 |
| In-House Counsel (not-for-profit org.) | 37 | 96,376 | 60,000 | 95,000 | 121,500 | 171,800 |
| Counsel with legal aid/legal services agency | 14 | 60,174 | 52,939 | 62,000 | 67,750 | 77,600 |
| Contract Attorney | 12 | 67,000 | 19,250 | 50,000 | 107,750 | 180,000 |
| Law Clerk | 38 | 44,696 | 36,000 | 41,000 | 48,000 | 96,150 |
| Non-legal profession | 31 | 45,072 | 0 | 41,000 | 58,000 | 202,000 |
| Other | 37 | 79,851 | 21,500 | 85,000 | 125,000 | 201,500 |
| **All Attorneys** | **1,978** | **$130,508** | **$61,150** | **$100,000** | **$150,000** | **$300,000** |

**Exhibit 12** only includes respondents who report working on a full-time basis.

© 2008 Colorado Bar Association. All rights reserved.     13

*Exhibit 12*  2007 Attorney Net Income by Practice Classification (Full-time Attorneys Only)

| Practice Classification | N | Mean (Ave.) | 25th. | Median | 75th. | 95th. |
|---|---|---|---|---|---|---|
| Solo, office outside of home | 191 | $106,717 | $50,000 | $85,000 | $150,000 | $250,000 |
| Solo, home office | 59 | 96,764 | 40,000 | 80,000 | 110,000 | 420,000 |
| Solo with 1 or more associates | 32 | 168,719 | 86,250 | 130,000 | 240,000 | 512,250 |
| Space sharer | 66 | 107,455 | 60,000 | 85,000 | 135,000 | 233,143 |
| Partner in firm with 2-7 partners | 252 | 173,900 | 100,750 | 150,000 | 208,250 | 399,350 |
| Partner in firm with 8-29 partners | 88 | 217,548 | 140,125 | 180,000 | 262,813 | 500,500 |
| Partner in firm with 30+ partners | 55 | 339,255 | 225,000 | 323,000 | 410,000 | 620,000 |
| Of Counsel | 53 | 231,226 | 104,500 | 140,000 | 192,500 | 341,600 |
| Associate in firm with 1 partner | 67 | 70,864 | 49,500 | 62,000 | 81,000 | 150,000 |
| Associate in firm with 2-7 partners | 192 | 78,516 | 57,500 | 71,000 | 90,000 | 133,375 |
| Associate in firm with 8-29 partners | 79 | 96,906 | 68,000 | 85,000 | 120,000 | 175,000 |
| Associate in firm with 30+ partners | 99 | 133,348 | 110,000 | 126,000 | 148,000 | 215,000 |
| Judge/Magistrate/ALJ (Full time) | 42 | 112,525 | 107,447 | 114,500 | 118,133 | 137,464 |
| Judge/Magistrate/ALJ & Private Practice | 6 | 125,000 | 100,500 | 129,500 | 151,250 | 185,000 |
| Arbitrator/Mediator | 5 | 92,946 | 46,500 | 89,000 | 141,365 | 162,700 |
| City/County Government | 97 | 173,685 | 63,300 | 76,000 | 94,750 | 150,000 |
| State Government | 59 | 83,927 | 60,000 | 75,000 | 110,000 | 165,000 |
| Federal Government | 27 | 96,337 | 75,000 | 110,000 | 120,000 | 143,400 |
| In-House Counsel (for-profit org.) | 164 | 165,884 | 100,875 | 146,875 | 200,000 | 350,000 |
| In-House Counsel (not-for-profit org.) | 36 | 98,217 | 60,000 | 95,500 | 122,750 | 172,700 |
| Counsel with legal aid/legal services agency | 12 | 62,849 | 55,189 | 64,500 | 69,250 | 77,600 |
| Contract Attorney | 6 | 73,333 | 19,750 | 55,000 | 128,250 | 180,000 |
| Law Clerk | 36 | 45,902 | 36,490 | 43,125 | 48,000 | 96,450 |
| Non-legal profession | 27 | 41,638 | 0 | 41,000 | 57,000 | 190,400 |
| Other | 31 | 89,371 | 35,000 | 88,000 | 128,000 | 206,000 |
| **All Attorneys Working Full Time** | **1,781** | **$135,299** | **$65,000** | **$103,000** | **$155,000** | **$300,000** |

**Exhibits 13 and 14** reveal income clustering among twenty-three practice classifications. Not surprisingly, there is a large spread of income within most categories, reflecting many different forms and styles of practice.

© 2008 Colorado Bar Association. All rights reserved.

14

Exhibit 13      Percent Distribution of 2007 Attorney Net Income by Practice Classification (Private Practitioners Only)

| Net Income ($) | N | Solo, office outside of home | Solo, home office | Solo with 1 or more associates | Space sharer | Of Counsel | Contract Attorney |
|---|---|---|---|---|---|---|---|
| <$40K | 119 | 14.9 | 34.6 | 3.0 | 7.6 | 4.7 | 38.5 |
| $40-54.9K | 145 | 12.2 | 19.2 | 6.1 | 16.5 | 3.1 | 15.4 |
| $55-69.9K | 153 | 11.7 | 5.4 | 3.0 | 11.4 | 4.7 | 7.7 |
| $70-84.9K | 162 | 10.8 | 9.2 | 12.1 | 17.7 | 7.8 | 7.7 |
| $85-99.9K | 121 | 9.5 | 7.7 | 9.1 | 3.8 | 4.7 | 7.7 |
| $100-114.9K | 109 | 8.1 | 4.6 | 9.1 | 13.9 | 12.5 | 7.7 |
| $115-129.9K | 109 | 7.2 | 3.8 | 9.1 | 3.8 | 7.8 | |
| $130-144.9K | 83 | 1.8 | 2.3 | 3.0 | 6.3 | 10.9 | 7.7 |
| $145-159.9K | 64 | 5.9 | 2.3 | 3.0 | 2.5 | 4.7 | |
| $160-174.9K | 63 | 3.2 | 2.3 | 9.1 | 1.3 | 10.9 | |
| $175-189.9K | 50 | 3.2 | 2.3 | 3.0 | 3.8 | 4.7 | 7.7 |
| $190-204.9K | 49 | 3.6 | 2.3 | 3.0 | 3.8 | 3.1 | |
| $205-219.9K | 140 | 4.1 | 3.1 | 21.2 | 3.8 | 9.4 | |
| $220-234.9K | 22 | | | | 3.8 | 6.3 | |
| $235-249.9K | 15 | 0.5 | | | | | |
| $250K or more | 34 | 3.6 | 0.8 | 6.1 | | 4.7 | |
| Total | 1,438 | 100% | 100% | 100% | 100% | 100% | 100% |

| Net Income ($) | N | Partner in firm with 2-7 partners | Partner in firm with 8-29 partners | Partner in firm with 30+ partners | Associate in firm with 1 partner | Associate in firm with 2-7 partners | Associate in firm with 8-29 partners | Associate in firm with 30+ partners |
|---|---|---|---|---|---|---|---|---|
| <$40K | 119 | 4.2 | 1.0 | | 9.9 | 3.8 | | 2.9 |
| $40-54.9K | 145 | 4.9 | 2.1 | | 29.6 | 14.9 | 9.9 | |
| $55-69.9K | 153 | 4.2 | 2.1 | 4.6 | 23.9 | 27.9 | 17.3 | 1.0 |
| $70-84.9K | 162 | 5.9 | 4.1 | 6.2 | 15.5 | 22.6 | 21.0 | 2.9 |
| $85-99.9K | 121 | 7.7 | 3.1 | 3.1 | 8.5 | 13.9 | 14.8 | 6.9 |
| $100-114.9K | 109 | 6.6 | 4.1 | 1.5 | 2.8 | 5.8 | 11.1 | 15.7 |
| $115-129.9K | 109 | 9.4 | 6.2 | | 4.2 | 5.3 | 7.4 | 23.5 |
| $130-144.9K | 83 | 7.7 | 7.2 | 1.5 | | 1.9 | 11.1 | 19.6 |
| $145-159.9K | 64 | 7.0 | 5.2 | 1.5 | 2.8 | 1.4 | 2.5 | 8.8 |
| $160-174.9K | 63 | 6.6 | 12.4 | 3.1 | | 0.5 | | 7.8 |
| $175-189.9K | 50 | 5.6 | 11.3 | 1.5 | | 1.4 | 1.2 | 1.0 |
| $190-204.9K | 49 | 6.6 | 4.1 | 4.6 | 1.4 | | 1.2 | 3.9 |
| $205-219.9K | 140 | 15.4 | 25.8 | 55.4 | 1.4 | 0.5 | | 3.9 |
| $220-234.9K | 22 | 2.8 | 3.1 | 4.6 | | | | 1.0 |
| $235-249.9K | 15 | 3.8 | 2.1 | 1.5 | | | | |
| $250K or more | 34 | 1.4 | 6.2 | 10.8 | | | 2.5 | 1.0 |
| Total | 1,438 | 100% | 100% | 100% | 100% | 100% | 100% | 100% |

© 2008 Colorado Bar Association. All rights reserved.     15

**Exhibit 14**     Percent Distribution of 2007 Attorney Net Income by Practice Classification (Non-Private Practitioners Only)

———————Column Percents———————

| Net Income | N | Judge/ Magistrate/ ALJ (Full time) | Arbitrator/ Mediator | City/ County Gov. | State Gov. | Federal Gov. |
|---|---|---|---|---|---|---|
| <$40K | 69 | | 12.5 | 2.9 | 4.7 | 3.4 |
| $40-54.9K | 67 | | 25.0 | 10.6 | 18.8 | 10.3 |
| $55-69.9K | 78 | | 12.5 | 25.0 | 20.3 | 6.9 |
| $70-84.9K | 57 | 2.3 | 12.5 | 20.2 | 14.1 | 13.8 |
| $85-99.9K | 75 | 7.0 | 12.5 | | 12.5 | 10.3 |
| $100-114.9K | 61 | 41.9 | | 6.7 | 14.1 | 17.2 |
| $115-129.9K | 62 | 44.2 | 12.5 | 1.0 | 7.8 | 24.1 |
| $130-144.9K | 32 | 2.3 | | 2.9 | 1.6 | 10.3 |
| $145-159.9K | 22 | 2.3 | | 3.8 | 1.6 | 3.4 |
| $160-174.9K | 26 | | 12.5 | 2.9 | 3.1 | |
| $175-189.9K | 14 | | | | 1.6 | |
| $190-204.9K | 15 | | | | | |
| $205-219.9K | 24 | | | 1.0 | | |
| $220-234.9K | 7 | | | | | |
| $235-249.9K | 4 | | | | | |
| $250K or more | 4 | | | | | |
| Total | 617 | 100% | 100% | 100% | 100% | 100% |

———————Column Percents———————

| Net Income | N | In-House Counsel (for-profit org.) | In-House Counsel (not-for-profit org.) | Counsel with legal aid/ legal services agency | Law Clerk | Non-legal profession |
|---|---|---|---|---|---|---|
| <$40K | 69 | 3.3 | 5.4 | 7.1 | 46.2 | 41.0 |
| $40-54.9K | 67 | 1.1 | 13.5 | 21.4 | 41.0 | 20.5 |
| $55-69.9K | 78 | 6.7 | 13.5 | 50.0 | 5.1 | 12.8 |
| $70-84.9K | 57 | 5.6 | 5.4 | 21.4 | | 7.7 |
| $85-99.9K | 75 | 8.3 | 21.6 | | 7.7 | 10.3 |
| $100-114.9K | 61 | 7.2 | 10.8 | | | 2.6 |
| $115-129.9K | 62 | 10.6 | 8.1 | | | |
| $130-144.9K | 32 | 10.0 | 2.7 | | | |
| $145-159.9K | 22 | 6.7 | 5.4 | | | |
| $160-174.9K | 26 | 7.8 | 10.8 | | | 2.6 |
| $175-189.9K | 14 | 5.0 | 2.7 | | | |
| $190-204.9K | 15 | 7.8 | | | | |
| $205-219.9K | 24 | 12.2 | | | | |
| $220-234.9K | 7 | 3.9 | | | | |
| $235-249.9K | 4 | 2.2 | | | | |
| $250K or more | 4 | 1.7 | | | | 2.6 |
| Total | 617 | 100% | 100% | 100% | 100% | 100% |

**Exhibit 15** displays median 2007 attorney net income for twenty-three practice classifications by years in practice of the respondent.

© 2008 Colorado Bar Association. All rights reserved.     16

*Exhibit 15*          2007 Median Attorney Net Income by Years in Practice and Practice Classification

| Years in Practice | All Attorneys | Solo, office outside of home | Solo, home office | Solo with 1 or more associates | Space sharer | Associate in firm with 1 partner | Associate in firm with 2-7 partners | Associate in firm with 8-29 partners | Associate in firm with 30+ partners |
|---|---|---|---|---|---|---|---|---|---|
| 5 or < | $62,000 | $37,455 | $36,000 | $52,000 | $48,000 | $54,500 | $63,000 | $76,500 | $120,000 |
| 6 to 10 | 91,750 | 66,500 | 50,000 | . | 71,129 | 70,000 | 81,600 | 98,000 | 140,000 |
| 11 to 15 | 119,500 | 85,000 | 78,500 | 200,000 | 140,000 | 110,000 | 108,000 | 105,000 | 135,000 |
| 16 to 25 | 120,000 | 97,500 | 60,000 | 150,000 | 80,000 | 107,500 | 84,500 | 92,500 | 126,000 |
| >25 | 125,000 | 102,500 | 45,307 | 90,000 | 100,000 | 114,500 | 150,000 | 200,000 | . |
| All Attorneys | $100,000 | $85,000 | $50,000 | $130,000 | $80,000 | $60,000 | $70,500 | $85,000 | $126,000 |

| Years in Practice | Partner in firm with 2-7 partners | Partner in firm with 8-29 partners | Partner in firm with 30+ partners | Of Counsel | In-House Counsel (for-profit org.) | In-House Counsel (not for-profit org.) | City/County Government | State Government | Federal Government |
|---|---|---|---|---|---|---|---|---|---|
| 5 or < | $49,500 | $63,500 | . | $107,500 | $79,000 | $55,000 | $56,000 | $52,000 | $53,299 |
| 6 to 10 | 120,000 | 161,000 | $281,500 | 100,000 | 117,000 | 89,000 | 67,250 | 72,000 | 100,000 |
| 11 to 15 | 162,500 | 160,000 | 260,000 | 125,000 | 170,000 | 118,000 | 77,400 | 66,000 | 70,000 |
| 16 to 25 | 150,000 | 185,000 | 335,000 | 139,000 | 146,500 | 165,000 | 90,000 | 85,000 | 120,000 |
| >25 | 150,000 | 190,000 | 368,000 | 190,000 | 195,000 | 95,200 | 107,000 | 110,000 | 108,000 |
| All Attorneys | $149,000 | $180,000 | $329,000 | $137,500 | 141,000 | 95,000 | $75,500 | $74,500 | $105,500 |

| Years in Practice | Judge/Magistrate/ALJ (Full time) | Arbitrator/Mediator | Counsel with legal aid/legal services agency | Contract Attorney | Law Clerk |
|---|---|---|---|---|---|
| 5 or < | . | . | $51,000 | $20,000 | $40,000 |
| 6 to 10 | 100,000 | . | 60,000 | 111,000 | . |
| 11 to 15 | 103,000 | . | 68,000 | 50,000 | 99,000 |
| 16 to 25 | 115,000 | 52,000 | 56,000 | . | 96,000 |
| >25 | 115,000 | 70,000 | 77,600 | 98,000 | . |
| All Attorneys | $114,500 | $70,000 | $62,000 | $50,000 | $41,000 |

Attorneys were asked to select from a list of various fields of law those that provided their highest sources of income. **Exhibit 16** distributes 2007 net incomes of all respondents by their reported primary source of income. **Exhibits 17** and **18** consider private practitioners only and full-time private practitioners only.

© 2008 Colorado Bar Association. All rights reserved.     17

*Exhibit 16*       2007 Attorney Net Income by Legal Specialization (All Attorneys)

| Primary Field of Law | N | Mean (Ave.) | 25th. | Median | 75th. | 95th. |
|---|---|---|---|---|---|---|
| Administrative Law | 24 | $98,878 | $55,398 | $85,000 | $121,250 | $236,250 |
| Arbitration/Mediation/ADR | 13 | 71,538 | 38,500 | 52,000 | 99,000 | 180,000 |
| Appellate Practice | 20 | 81,603 | 48,000 | 56,000 | 124,133 | 169,900 |
| Banking | 13 | 130,135 | 72,500 | 125,000 | 150,000 | 350,000 |
| Bankruptcy/Receivership | 38 | 112,694 | 52,750 | 83,500 | 171,000 | 253,750 |
| Business/Corporate Law | 165 | 142,858 | 67,500 | 120,000 | 176,500 | 350,000 |
| Civil Rights Law | 10 | 75,325 | 41,813 | 53,500 | 121,750 | 150,000 |
| Construction law | 47 | 137,317 | 75,000 | 100,000 | 150,000 | 427,600 |
| Collections | 20 | 102,505 | 60,500 | 88,300 | 143,750 | 213,250 |
| Communications/Technology | 17 | 143,412 | 88,000 | 124,000 | 185,000 | 280,000 |
| Criminal Defense-public | 13 | 67,513 | 40,500 | 50,000 | 103,500 | 120,000 |
| Criminal Defense-private | 65 | 95,525 | 45,000 | 75,000 | 130,000 | 233,600 |
| Criminal Prosecution | 37 | 62,392 | 48,000 | 57,000 | 71,000 | 123,000 |
| Domestic Relations/Family/Juvenile Law | 253 | 104,378 | 53,293 | 80,000 | 125,000 | 283,000 |
| Elder Law | 12 | 82,259 | 48,250 | 77,500 | 108,250 | 180,000 |
| Employment/Labor (defense) | 57 | 132,973 | 90,000 | 107,000 | 146,500 | 286,500 |
| Employment/Labor (plaintiff) | 22 | 509,050 | 52,250 | 100,000 | 146,250 | 7,710,000 |
| Entertainment/Sports/Gaming Law | 2 | 97,500 | 35,000 | 97,500 | 160,000 | 160,000 |
| Environmental Law | 35 | 116,686 | 80,000 | 120,000 | 135,000 | 220,000 |
| Estate Planning/Estate Administration | 129 | 103,663 | 56,450 | 82,000 | 143,200 | 250,000 |
| General Practice | 47 | 103,009 | 59,722 | 82,500 | 130,000 | 276,000 |
| Health and Hospital law | 27 | 150,122 | 75,000 | 120,000 | 188,000 | 497,800 |
| Immigration and Naturalization | 19 | 107,917 | 40,000 | 68,000 | 200,000 | 300,000 |
| Indian Law | 4 | 46,050 | 19,800 | 46,600 | 71,750 | 75,000 |
| Insurance Law (not torts) | 22 | 109,628 | 70,750 | 97,000 | 138,750 | 218,500 |
| Intellectual Property | 73 | 175,662 | 98,000 | 145,000 | 225,000 | 404,200 |
| Litigation (civil/commercial) | 310 | 159,106 | 78,563 | 115,000 | 166,000 | 432,250 |
| Municipal/Public Entity | 91 | 149,160 | 74,000 | 92,000 | 143,000 | 347,400 |
| Natural Resources (oil & gas/mining) | 46 | 191,095 | 108,823 | 167,500 | 231,250 | 406,500 |
| Pensions/Profit Sharing/ERISA | 6 | 277,500 | 88,000 | 300,000 | 409,750 | 535,000 |
| Personal Injury/Malpractice (defense) | 39 | 114,321 | 75,000 | 92,000 | 135,000 | 250,000 |
| Personal Injury/Malpractice (plaintiff) | 60 | 150,702 | 68,500 | 131,621 | 200,000 | 348,750 |
| Public Utilities/Regulated Industries | 6 | 145,032 | 72,923 | 132,500 | 251,990 | 257,960 |
| Public Benefits (Soc. Sec./Medicare/Medicaid) | 6 | 119,738 | 48,820 | 92,500 | 189,750 | 300,000 |
| Real Property | 190 | 134,338 | 65,000 | 112,500 | 166,000 | 344,500 |
| Securities | 24 | 174,208 | 70,000 | 122,500 | 195,000 | 542,500 |
| Taxation (corporate) | 14 | 115,500 | 68,000 | 92,500 | 138,500 | 270,000 |
| Taxation (individuals/small businesses) | 14 | 68,571 | 39,500 | 60,000 | 76,500 | 255,000 |
| Water | 42 | 114,185 | 68,750 | 89,000 | 142,500 | 279,250 |
| Workers' Compensation | 44 | 134,304 | 70,000 | 100,000 | 157,500 | 267,500 |
| Other | 117 | 104,028 | 58,000 | 96,216 | 119,486 | 222,000 |
| **All Attorneys** | **2,193** | **$131,947** | **$65,000** | **$100,000** | **$150,000** | **$301,500** |

*Please note: the value of $7,710,000 (95th percentile for Employment/Labor (plaintiff) may or may not be a data entry error on the part of the relevant respondent. We cannot verify the accuracy of the entry.*

© 2008 Colorado Bar Association. All rights reserved.                    18

*Exhibit 17*  2007 Attorney Net Income by Legal Specialization (Private Practitioners Only)

| Primary Field of Law | N | Mean (Ave.) | 25th. | Median | 75th. | 95th. |
|---|---|---|---|---|---|---|
| | | | | Value by Percentile | | |
| Administrative Law | 7 | $127,314 | $85,000 | $125,000 | $200,000 | 212,000 |
| Arbitration/Mediation/ADR | 4 | 101,250 | 33,750 | 97,500 | 172,500 | 180,000 |
| Appellate Practice | 6 | 130,833 | 88,000 | 147,500 | 168,500 | 170,000 |
| Banking | 8 | 125,720 | 108,750 | 129,000 | 150,000 | 153,700 |
| Bankruptcy/Receivership | 28 | 109,335 | 49,000 | 66,500 | 173,000 | 291,250 |
| Business/Corporate Law | 97 | 132,676 | 65,000 | 118,000 | 172,500 | 296,000 |
| Civil Rights Law | 4 | 84,250 | 17,250 | 90,500 | 145,000 | 150,000 |
| Construction law | 30 | 132,130 | 70,000 | 110,000 | 150,000 | 394,450 |
| Collections | 14 | 101,864 | 58,750 | 80,800 | 154,500 | 215,000 |
| Communications/Technology | 3 | 203,333 | 80,000 | 250,000 | 280,000 | 280,000 |
| Criminal Defense-public | 4 | 73,750 | 38,750 | 70,000 | 112,500 | 120,000 |
| Criminal Defense-private | 53 | 94,757 | 45,000 | 80,000 | 130,000 | 206,600 |
| Criminal Prosecution | 4 | 59,125 | 47,375 | 60,000 | 70,000 | 70,000 |
| Domestic Relations/Family/Juvenile Law | 183 | 110,489 | 52,000 | 85,000 | 135,000 | 288,000 |
| Elder Law | 9 | 81,122 | 38,000 | 60,000 | 140,000 | 180,000 |
| Employment/Labor (defense) | 28 | 155,288 | 103,500 | 123,750 | 190,000 | 410,000 |
| Employment/Labor (plaintiff) | 13 | 115,000 | 54,000 | 100,000 | 132,500 | 400,000 |
| Entertainment/Sports/Gaming Law | 1 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 |
| Environmental Law | 11 | 121,636 | 81,000 | 133,000 | 150,000 | 180,000 |
| Estate Planning/Estate Administration | 109 | 110,734 | 56,950 | 90,000 | 150,000 | 262,500 |
| General Practice | 20 | 101,656 | 56,181 | 72,500 | 112,500 | 343,700 |
| Health and Hospital law | 12 | 143,942 | 60,750 | 120,000 | 238,750 | 325,000 |
| Immigration and Naturalization | 15 | 117,828 | 20,000 | 68,000 | 234,836 | 300,000 |
| Indian Law | 4 | 46,050 | 19,800 | 46,600 | 71,750 | 75,000 |
| Insurance Law (not torts) | 13 | 107,500 | 66,500 | 85,000 | 135,000 | 220,000 |
| Intellectual Property | 42 | 171,223 | 86,250 | 137,500 | 250,000 | 411,900 |
| Litigation (civil/commercial) | 235 | 171,029 | 80,000 | 120,000 | 180,000 | 488,000 |
| Municipal/Public Entity | 30 | 168,967 | 76,500 | 130,000 | 242,500 | 474,300 |
| Natural Resources (oil & gas/mining) | 24 | 180,640 | 105,073 | 162,500 | 251,500 | 388,750 |
| Pensions/Profit Sharing/ERISA | 4 | 375,750 | 275,000 | 359,000 | 493,250 | 535,000 |
| Personal Injury/Malpractice (defense) | 27 | 114,759 | 76,000 | 97,000 | 135,000 | 238,000 |
| Personal Injury/Malpractice (plaintiff) | 48 | 150,242 | 68,500 | 134,121 | 192,500 | 376,950 |
| Public Utilities/Regulated Industries | 3 | 118,397 | 0 | 97,231 | 257,960 | 257,960 |
| Public Benefits (Soc. Sec./Medicare/Medicaid) | 4 | 140,250 | 38,500 | 119,000 | 263,250 | 300,000 |
| Real Property | 138 | 143,945 | 64,750 | 120,000 | 180,000 | 400,000 |
| Securities | 11 | 173,591 | 70,000 | 125,000 | 200,000 | 520,000 |
| Taxation (corporate) | 3 | 143,000 | 84,000 | 85,000 | 260,000 | 260,000 |
| Taxation (individuals/small businesses) | 11 | 72,727 | 40,000 | 60,000 | 72,000 | 255,000 |
| Water | 27 | 128,696 | 65,000 | 98,000 | 165,000 | 316,000 |
| Workers' Compensation | 30 | 150,567 | 65,000 | 100,000 | 175,000 | 576,000 |
| Other | 22 | 168,091 | 71,500 | 105,000 | 205,750 | 669,250 |
| **All Private Practitioners** | **1,339** | **$136,268** | **$65,000** | **$105,000** | **$165,000** | **$346,000** |

© 2008 Colorado Bar Association. All rights reserved.

*Exhibit 18*     2007 Attorney Net Income by Legal Specialization (Full-time Private Practitioners Only)

| Primary Field of Law | N | Mean (Ave.) | 25th. | Median | 75th. | 95th. |
|---|---|---|---|---|---|---|
| Administrative Law | 5 | $130,000 | $92,500 | $125,000 | $170,000 | $200,000 |
| Arbitration/Mediation/ADR | 3 | 120,000 | 30,000 | 150,000 | 180,000 | 180,000 |
| Appellate Practice | 4 | 129,250 | 71,500 | 147,500 | 168,750 | 170,000 |
| Banking | 7 | 121,714 | 105,000 | 128,000 | 150,000 | 150,000 |
| Bankruptcy/Receivership | 24 | 115,724 | 52,250 | 66,500 | 182,250 | 306,250 |
| Business/Corporate Law | 80 | 143,394 | 88,500 | 127,000 | 193,250 | 289,250 |
| Civil Rights Law | 4 | 84,250 | 17,250 | 90,500 | 145,000 | 150,000 |
| Construction law | 29 | 133,272 | 65,000 | 110,000 | 150,000 | 405,500 |
| Collections | 9 | 104,289 | 62,000 | 81,600 | 144,000 | 215,000 |
| Communications/Technology | 3 | 203,333 | 80,000 | 250,000 | 280,000 | 280,000 |
| Criminal Defense-public | 2 | 42,500 | 35,000 | 42,500 | 50,000 | 50,000 |
| Criminal Defense-private | 52 | 95,887 | 45,000 | 82,000 | 132,500 | 209,700 |
| Criminal Prosecution | 2 | 58,250 | 46,500 | 58,250 | 70,000 | 70,000 |
| Domestic Relations/Family/Juvenile Law | 164 | 115,457 | 58,500 | 90,000 | 140,000 | 297,500 |
| Elder Law | 9 | 81,122 | 38,000 | 60,000 | 140,000 | 180,000 |
| Employment/Labor (defense) | 26 | 142,425 | 98,250 | 118,500 | 170,000 | 294,750 |
| Employment/Labor (plaintiff) | 13 | 115,000 | 54,000 | 100,000 | 132,500 | 400,000 |
| Entertainment/Sports/Gaming Law | 1 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 |
| Environmental Law | 11 | 121,636 | 81,000 | 133,000 | 150,000 | 180,000 |
| Estate Planning/Estate Administration | 94 | 116,348 | 60,000 | 90,000 | 155,453 | 256,250 |
| General Practice | 14 | 97,659 | 59,931 | 72,500 | 93,750 | 300,000 |
| Health and Hospital law | 9 | 170,556 | 91,500 | 150,000 | 275,000 | 325,000 |
| Immigration and Naturalization | 12 | 141,786 | 43,250 | 89,795 | 283,709 | 300,000 |
| Indian Law | 4 | 46,050 | 19,800 | 46,600 | 71,750 | 75,000 |
| Insurance Law (not torts) | 12 | 110,208 | 64,750 | 90,500 | 142,500 | 220,000 |
| Intellectual Property | 38 | 185,667 | 95,550 | 145,000 | 252,500 | 420,800 |
| Litigation (civil/commercial) | 227 | 172,343 | 80,000 | 120,000 | 180,000 | 475,000 |
| Municipal/Public Entity | 28 | 146,179 | 75,500 | 125,000 | 207,500 | 342,750 |
| Natural Resources (oil & gas/mining) | 22 | 183,547 | 105,218 | 162,500 | 253,438 | 397,250 |
| Pensions/Profit Sharing/ERISA | 4 | 375,750 | 275,000 | 359,000 | 493,250 | 535,000 |
| Personal Injury/Malpractice (defense) | 25 | 117,940 | 82,250 | 98,000 | 137,750 | 241,000 |
| Personal Injury/Malpractice (plaintiff) | 44 | 153,668 | 68,500 | 127,500 | 200,000 | 386,750 |
| Public Utilities/Regulated Industries | 2 | 177,596 | 97,231 | 177,596 | 257,960 | 257,960 |
| Public Benefits (Soc. Sec./Medicare/Medicaid) | 4 | 140,250 | 38,500 | 119,000 | 263,250 | 300,000 |
| Real Property | 118 | 156,898 | 79,750 | 123,000 | 190,000 | 405,000 |
| Securities | 9 | 183,278 | 83,750 | 125,000 | 278,000 | 520,000 |
| Taxation (corporate) | 3 | 143,000 | 84,000 | 85,000 | 260,000 | 260,000 |
| Taxation (individuals/small businesses) | 8 | 81,500 | 46,250 | 62,500 | 70,250 | 255,000 |
| Water | 26 | 131,799 | 68,750 | 99,500 | 168,750 | 319,000 |
| Workers' Compensation | 27 | 150,815 | 65,000 | 100,000 | 175,000 | 678,000 |
| Other | 19 | 185,105 | 72,000 | 126,000 | 220,000 | 700,000 |
| **All Full-time Private Practitioners** | **1,197** | **$141,643** | **$70,000** | **$110,000** | **$170,000** | **$350,000** |

Attorney income increases with tenure as displayed in **Exhibit 19.**

© 2008 Colorado Bar Association. All rights reserved.                                              20