**Exhibit 19**  2007 Attorney Net Income by Years in Practice

### All Attorneys

| Years in Practice | N | Mean (Ave.) | 25th. | Median | 75th. | 95th. |
|---|---|---|---|---|---|---|
| 5 or < | 564 | $70,583 | $48,000 | $62,000 | $83,425 | $140,000 |
| 6 to 10 | 358 | 105,444 | 68,000 | 91,750 | 126,375 | 205,000 |
| 11 to 15 | 308 | 139,310 | 80,000 | 119,500 | 175,000 | 300,000 |
| 16 to 25 | 488 | 150,058 | 80,000 | 120,000 | 180,000 | 400,000 |
| >25 | 584 | 173,696 | 80,000 | 125,000 | 195,750 | 389,000 |
| **All Attorneys** | **2,302** | **$128,206** | **$62,500** | **$100,000** | **$150,000** | **$300,000** |

### Full-Time Attorneys

| Years in Practice | N | Mean (Ave.) | 25th. | Median | 75th. | 95th. |
|---|---|---|---|---|---|---|
| 5 or < | 527 | $72,950 | $50,000 | $65,000 | $85,000 | $140,000 |
| 6 to 10 | 324 | 109,538 | 71,347 | 96,500 | 130,000 | 208,750 |
| 11 to 15 | 289 | 142,589 | 85,000 | 120,000 | 178,000 | 300,000 |
| 16 to 25 | 439 | 158,155 | 86,000 | 125,000 | 183,000 | 400,000 |
| >25 | 500 | 183,316 | 90,000 | 129,500 | 200,000 | 397,600 |
| **All Full-time Attorneys** | **2,079** | **$132,867** | **$65,520** | **$101,000** | **$150,000** | **$300,000** |

### Private Practitioners

| Years in Practice | N | Mean (Ave.) | 25th. | Median | 75th. | 95th. |
|---|---|---|---|---|---|---|
| 5 or < | 318 | $76,241 | $52,000 | $65,000 | $98,500 | $145,250 |
| 6 to 10 | 217 | 108,124 | 69,000 | 92,000 | 133,000 | 226,500 |
| 11 to 15 | 163 | 141,497 | 85,000 | 124,000 | 185,000 | 297,000 |
| 16 to 25 | 286 | 164,872 | 79,706 | 130,000 | 200,000 | 465,750 |
| >25 | 397 | 171,726 | 75,000 | 135,000 | 204,399 | 403,500 |
| **All Private Practitioners** | **1,381** | **$134,758** | **$62,890** | **$104,000** | **$164,500** | **$340,000** |

### Full-Time Private Practitioners

| Years in Practice | N | Mean (Ave.) | 25th. | Median | 75th. | 95th. |
|---|---|---|---|---|---|---|
| 5 or < | 294 | $78,903 | $54,000 | $68,000 | $100,000 | $145,000 |
| 6 to 10 | 194 | 112,945 | 71,097 | 97,000 | 135,000 | 245,000 |
| 11 to 15 | 150 | 148,532 | 91,750 | 127,000 | 200,000 | 300,000 |
| 16 to 25 | 254 | 175,309 | 89,575 | 143,250 | 200,500 | 488,750 |
| >25 | 337 | 180,525 | 84,500 | 140,000 | 212,500 | 437,500 |
| **All Full-time Private Practitioners** | **1,229** | **$140,565** | **$68,000** | **$109,159** | **$168,500** | **$347,500** |

© 2008 Colorado Bar Association. All rights reserved.

### Attorney Income by Size of Firm or Organization

**Exhibit 20** displays 2007 attorney net income by firm or organization size (measured by the total number of attorneys in the firm or organization). Within the larger firm size categories, lower percentile values generally represent associates, while higher percentile values generally represent partners. Median levels, in this exhibit, represent a "mix" of both categories.

**Exhibit 20**      **2007 Attorney Net Income by Size of Firm or Organization**

**All Attorneys**

| Size of Organization (# of Attorneys) | N | Mean (Ave.) | 25th. | Median | 75th. | 95th. |
|---|---|---|---|---|---|---|
| 1 | 601 | $94,901 | $45,000 | $75,000 | $121,144 | $247,200 |
| 2 | 218 | 116,942 | 56,000 | 93,000 | 150,000 | 300,000 |
| 3-6 | 466 | 127,866 | 65,000 | 97,250 | 150,000 | 313,000 |
| 7-10 | 227 | 149,200 | 70,000 | 96,000 | 160,000 | 300,000 |
| 11-20 | 269 | 134,722 | 73,500 | 105,000 | 153,500 | 285,000 |
| 21-50 | 289 | 196,822 | 80,000 | 120,000 | 170,000 | 477,500 |
| >50 | 154 | 164,468 | 100,750 | 124,500 | 190,000 | 432,500 |
| All Attorneys | 2,224 | $132,389 | $63,000 | $100,000 | $150,000 | $300,000 |

**Full-Time Private Practitioners**

| Size of Organization (# of Attorneys) | N | Mean (Ave.) | 25th. | Median | 75th. | 95th. |
|---|---|---|---|---|---|---|
| 1 | 301 | $100,559 | $50,000 | $80,000 | $129,500 | $250,000 |
| 2 | 114 | 103,803 | 52,250 | 84,075 | 135,000 | 255,000 |
| 3-6 | 259 | 131,714 | 67,000 | 100,000 | 160,000 | 340,000 |
| 7-10 | 130 | 140,562 | 68,000 | 98,750 | 180,000 | 335,250 |
| 11-20 | 150 | 145,243 | 85,000 | 120,000 | 185,000 | 315,750 |
| 21-50 | 174 | 203,444 | 99,750 | 140,000 | 200,000 | 501,250 |
| >50 | 79 | 202,969 | 120,000 | 145,000 | 260,000 | 560,000 |
| All Full-time Private Practitioners | 1,207 | $138,947 | $68,000 | $107,000 | $165,000 | $340,000 |

### Attorney Income by Office Location

**Exhibit 21** displays the 2007 net income of Colorado attorneys within each of eleven geographic locations by various work status combinations.

© 2008 Colorado Bar Association. All rights reserved.     

*Exhibit 21*            2007 Attorney Net Income by Office Location

### All Attorneys

| Geographic Area (By County) | N | Mean (Ave.) | 25th. | Median | 75th. | 95th. |
|---|---|---|---|---|---|---|
| Downtown Denver ( 80202 and 80203) | 694 | $153,525 | $75,000 | $115,000 | $169,250 | $400,000 |
| Denver, Not Downtown | 391 | 155,914 | 60,000 | 100,000 | 150,000 | 300,000 |
| Adams, Arapahoe, Douglas, Elbert & Jefferson | 518 | 117,525 | 57,750 | 90,000 | 138,250 | 300,000 |
| Boulder and Broomfield | 226 | 122,740 | 62,000 | 99,000 | 154,750 | 275,000 |
| Eagle and Pitkin | 28 | 116,814 | 50,000 | 63,500 | 135,000 | 469,250 |
| El Paso | 123 | 104,910 | 57,000 | 80,000 | 140,000 | 258,000 |
| Mesa | 35 | 107,452 | 52,500 | 110,000 | 150,000 | 209,400 |
| Pueblo | 19 | 107,825 | 52,000 | 95,000 | 143,000 | 300,000 |
| Larfmer and Weld | 123 | 105,501 | 50,000 | 82,500 | 135,000 | 304,000 |
| All Others East of the Divide | 52 | 72,518 | 45,000 | 71,000 | 100,000 | 150,000 |
| All Others West of the Divide | 97 | 96,331 | 55,000 | 81,500 | 120,000 | 211,500 |
| **All Attorneys** | 2,306 | $131,918 | $62,500 | $100,000 | $150,000 | $300,000 |

### Full-time Attorneys

| Geographic Area (By County) | N | Mean (Ave.) | 25th. | Median | 75th. | 95th. |
|---|---|---|---|---|---|---|
| Downtown Denver ( 80202 and 80203) | 659 | $155,173 | $79,000 | $119,000 | $170,000 | $400,000 |
| Denver, Not Downtown | 346 | 166,380 | 65,000 | 104,500 | 160,000 | 300,000 |
| Adams, Arapahoe, Douglas, Elbert & Jefferson | 449 | 123,603 | 64,875 | 95,000 | 150,000 | 300,000 |
| Boulder and Broomfield | 204 | 127,317 | 65,000 | 100,000 | 163,750 | 275,000 |
| Eagle and Pitkin | 23 | 127,121 | 50,000 | 95,000 | 175,000 | 478,000 |
| El Paso | 113 | 110,158 | 60,000 | 88,000 | 145,000 | 267,024 |
| Mesa | 32 | 105,663 | 54,375 | 105,000 | 147,500 | 216,450 |
| Pueblo | 17 | 114,275 | 52,500 | 103,000 | 146,500 | 300,000 |
| Larimer and Weld | 110 | 103,767 | 53,250 | 81,250 | 130,375 | 285,750 |
| All Others East of the Divide | 45 | 78,352 | 49,000 | 75,000 | 115,000 | 150,000 |
| All Others West of the Divide | 87 | 97,921 | 60,000 | 85,000 | 120,000 | 210,000 |
| **All Attorneys Working Full-Time** | 2,085 | $136,907 | $65,260 | $100,000 | $150,000 | $300,000 |

### Private Practitioners

| Geographic Area (By County) | N | Mean (Ave.) | 25th. | Median | 75th. | 95th. |
|---|---|---|---|---|---|---|
| Downtown Denver ( 80202 and 80203) | 434 | $173,857 | $85,000 | $126,500 | $195,500 | $441,250 |
| Remainder of Denver | 257 | 120,892 | 60,000 | 100,000 | 156,969 | 300,000 |
| Adams, Arapahoe, Douglas, Elbert & Jefferson | 263 | 118,266 | 53,380 | 85,000 | 150,000 | 337,000 |
| Boulder and Broomfield | 132 | 131,087 | 62,195 | 103,304 | 167,250 | 276,750 |
| Eagle, Pitkin | 15 | 128,586 | 50,000 | 60,000 | 130,000 | 485,000 |
| El Paso | 77 | 113,574 | 55,000 | 84,000 | 157,500 | 290,000 |
| Mesa | 29 | 115,304 | 56,250 | 125,000 | 155,000 | 223,500 |
| Pueblo | 13 | 118,077 | 52,500 | 95,000 | 159,000 | 300,000 |
| Larimer and Weld | 71 | 104,490 | 45,000 | 90,000 | 140,000 | 304,000 |
| All Others East of the Divide | 25 | 64,237 | 37,500 | 50,500 | 88,000 | 165,500 |
| All Others West of the Divide | 65 | 100,178 | 55,500 | 80,000 | 125,000 | 231,000 |
| **All Private Practitioners** | 1,381 | $134,699 | $62,890 | $103,000 | $163,000 | $340,000 |

### Full-time Private Practitioners

| Geographic Area (By County) | N | Mean (Ave.) | 25th. | Median | 75th. | 95th. |
|---|---|---|---|---|---|---|
| Downtown Denver ( 80202 and 80203) | 413 | $175,546 | $85,000 | $130,000 | $200,000 | $420,300 |
| Remainder of Denver | 223 | 127,606 | 65,000 | 102,000 | 160,000 | 300,000 |
| Adams, Arapahoe, Douglas, Elbert & Jefferson | 220 | 127,524 | 60,500 | 95,000 | 160,000 | 344,750 |
| Boulder and Broomfield | 113 | 139,466 | 70,000 | 120,000 | 174,000 | 286,000 |
| Eagle, Pitkin | 12 | 148,232 | 51,000 | 98,750 | 163,750 | 485,000 |
| El Paso | 71 | 119,891 | 60,000 | 94,200 | 170,000 | 305,000 |
| Mesa | 26 | 114,008 | 58,125 | 119,358 | 150,000 | 230,550 |
| Pueblo | 12 | 120,000 | 52,250 | 97,500 | 167,000 | 300,000 |
| Larimer and Weld | 61 | 100,565 | 47,929 | 90,000 | 137,000 | 266,600 |
| All Others East of the Divide | 20 | 68,541 | 36,750 | 55,000 | 94,000 | 181,750 |
| All Others West of the Divide | 58 | 100,251 | 59,000 | 84,500 | 125,000 | 211,500 |
| **All Full-Time Private Practitioners** | 1,229 | $140,591 | $68,500 | $109,159 | $168,500 | $347,500 |

© 2008 Colorado Bar Association. All rights reserved.      23

**Gender Variations in Attorney Income**

Median income for male attorneys exceeds female attorneys for almost all practice classifications. (**Exhibit 22**). The exhibits in this section provide clues as to the nature of these variations.

*Exhibit 22*



Exhibit 23 tracks gender-specific income levels by respondents' years in practice. The proportion of median income earned by female compared with male attorneys is denoted by "Gap". There is a very small gap among young attorneys, while a larger gap appears among older practitioners in the 16-25 *years in practice* category.

© 2008 Colorado Bar Association. All rights reserved.

24

Exhibit 23    2007 Median Attorney Net Income by Gender and Years in Practice

| Years in Practice | All Attorneys | | | | Private Practitioners Only | | | |
|---|---|---|---|---|---|---|---|---|
| | All | Males Only | Females Only | Gender Gap | All | Males Only | Females Only | Gender Gap |
| <6 | $65,000 | $65,000 | $59,500 | 91.5 | $65,000 | $66,500 | $65,000 | 97.7 |
| Number of Respondents | 563 | 249 | 314 | | 318 | 152 | 166 | |
| 6-10 | 100,000 | 100,000 | 88,000 | 88.0 | 92,000 | 103,000 | 87,250 | 84.7 |
| | 358 | 158 | 200 | | 217 | 103 | 114 | |
| 11 to 15 | 125,000 | 125,000 | 108,000 | 86.4 | 124,000 | 123,369 | 124,000 | 100.5 |
| | 308 | 163 | 145 | | 163 | 94 | 69 | |
| 16-25 | 130,000 | 130,000 | 101,000 | 77.7 | 130,000 | 150,000 | 109,000 | 72.7 |
| | 488 | 282 | 206 | | 286 | 166 | 120 | |
| more than 25 | 127,500 | 127,500 | 118,000 | 92.5 | 136,500 | 140,000 | 122,500 | 87.5 |
| | 583 | 470 | 113 | | 396 | 332 | 64 | |
| All Respondents | $110,000 | $110,000 | $85,000 | 77.3 | $103,500 | $120,000 | $89,000 | 74.2 |
| Number of Respondents | 2,300 | 1,322 | 978 | | 1,380 | 847 | 533 | |

Attorneys working on a part-time vs. full-time basis are also influenced by gender as shown in **Exhibits 24** and **25**. Overall, there is slightly larger gap among part-time attorneys (72.3) vs. full-time attorneys (76.5). Caution is warranted interpreting these statistics on a *years in practice* basis because of the small number of part-time attorneys in the sample.

© 2008 Colorado Bar Association. All rights reserved.                    25

| Exhibit 24 | 2007 Median Attorney Net Income by Gender, Work Status and Years in Practice | | | | | |

|  | All Full-time Attorneys | | | All Part-time-time Attorneys | | |
|---|---|---|---|---|---|---|
| Years in Practice | Males, working full-time | Females, working full-time | Gender Gap | Males, working part-time | Females, working part-time | Gender Gap |
| <6 | $66,750 | $60,000 | 89.9 | $6,000 | $32,604 | 543.4 |
| Number of Respondents | 236 | 291 |  | 13 | 23 |  |
| 6-10 | 104,000 | 90,000 | 86.5 | 60,000 | 73,650 | 122.8 |
|  | 146 | 178 |  | 12 | 22 |  |
| 11 to 15 | 125,000 | 118,000 | 94.4 | 90,000 | 50,000 | 55.6 |
|  | 156 | 133 |  | 7 | 12 |  |
| 16-25 | 135,000 | 116,000 | 85.9 | 49,000 | 45,000 | 91.8 |
|  | 266 | 173 |  | 16 | 33 |  |
| more than 25 | 135,000 | 120,000 | 88.9 | 90,000 | 60,000 | 66.7 |
|  | 403 | 97 |  | 67 | 16 |  |
| All Respondents | $115,000 | $88,000 | 76.5 | $64,000 | $46,250 | 72.3 |
| Number of Respondents | 1,207 | 872 |  | 115 | 106 |  |

The smallest gender gap is found among full-time private practitioners. **(Exhibit 25)**

| Exhibit 25 | 2007 Median Attorney Net Income by Gender, Work Status and Years in Practice (Private Practitioners Only) | | | | | |

|  | Full-time Private Practitioners | | | Part-time Private Practitioners | | |
|---|---|---|---|---|---|---|
| Years in Practice | Males, working full-time | Females, working full-time | Gender Gap | Males, working part-time | Females, working part-time | Gender Gap |
| <6 | $69,000 | $65,000 | 94.2 | $0 | $37,000 | NA |
| Number of Respondents | 144 | 150 |  | 8 | 16 |  |
| 6-10 | 105,000 | 90,000 | 85.7 | 60,000 | 75,000 | 125.0 |
|  | 95 | 99 |  | 8 | 15 |  |
| 11 to 15 | 125,000 | 130,000 | 104.0 | 90,000 | 47,250 | 52.5 |
|  | 89 | 61 |  | 5 | 8 |  |
| 16-25 | 150,000 | 125,000 | 83.3 | 40,000 | 45,000 | 112.5 |
|  | 155 | 99 |  | 11 | 21 |  |
| more than 25 | 140,000 | 140,000 | 100.0 | 105,000 | 40,000 | 38.1 |
|  | 285 | 52 |  | 47 | 12 |  |
| All Respondents | $120,000 | $95,000 | 79.2 | $70,000 | $45,000 | 64.3 |
| Number of Respondents | 768 | 461 |  | 79 | 72 |  |

© 2008 Colorado Bar Association.  All rights reserved.

26

## Law Firm Billing Rates and Billing Practices

### Attorney Hourly Billing Rates

The reported 2008 median hourly billing rate is $225. The average is $235. While several interacting factors affect the setting and application of hourly billing rates, **Exhibit 26** includes three discrete factors: respondents' size of firm, years in practice and office location, while **Exhibit 27** identifies respondents' primary source of income, and practice classification or legal occupation.

*Exhibit 26*     **2008 Attorney Hourly Billing Rates By Firm Size, Years in Practice and Office Location**

|  |  | Mean | Value by Percentile | | |
|---|---|---|---|---|---|
| Size of Firm (# of Attorneys) | N | (Ave.) | 25th. | Median | 75th. | 95th. |
| 1 | 463 | 210 | 175 | 200 | 250 | 300 |
| 2 | 147 | 225 | 175 | 225 | 250 | 339 |
| 3 to 6 | 317 | 234 | 185 | 225 | 250 | 350 |
| 7 to 10 | 149 | 213 | 160 | 200 | 250 | 330 |
| 11 to 20 | 177 | 238 | 175 | 225 | 300 | 400 |
| 21 to 50 | 186 | 283 | 200 | 265 | 325 | 493 |
| 50+ | 86 | 313 | 225 | 295 | 396 | 508 |
| **Years in Practice** | | | | | | |
| 5 or less | 317 | $192 | $150 | $180 | $205 | $286 |
| 6 to 10 | 250 | 217 | 175 | 200 | 250 | 347 |
| 11 to 15 | 192 | 242 | 200 | 225 | 275 | 390 |
| 16 to 25 | 350 | 249 | 194 | 235 | 295 | 420 |
| 25+ | 446 | 262 | 200 | 250 | 300 | 425 |
| **Office Location** | | | | | | |
| Downtown Denver (80202 and 80203) | 475 | 268 | 200 | 250 | 325 | 451 |
| Denver, Not Downtown | 284 | 236 | 175 | 225 | 275 | 371 |
| Adams, Arapahoe, Douglas, Elbert & Jefferson | 310 | 222 | 175 | 215 | 250 | 350 |
| Boulder and Broomfield | 151 | 226 | 190 | 225 | 250 | 338 |
| Eagle and Pitkin | 23 | 223 | 175 | 235 | 250 | 393 |
| El Paso | 87 | 233 | 200 | 225 | 275 | 350 |
| Mesa | 31 | 186 | 160 | 185 | 210 | 254 |
| Pueblo | 12 | 182 | 146 | 180 | 209 | 250 |
| Larimer and Weld | 75 | 190 | 160 | 185 | 225 | 280 |
| All Others East of the Divide | 35 | 155 | 125 | 150 | 190 | 250 |
| All Others West of the Divide | 71 | 203 | 175 | 200 | 225 | 285 |
| **All Attorneys** | **1,554** | **$235** | **$175** | **$225** | **$275** | **$396** |

© 2008 Colorado Bar Association. All rights reserved.

**Exhibit 27**  **2008 Attorney Hourly Billing Rates By Primary Field of Law and Practice Classification**

| Primary Field of Law | N | Mean (Ave.) | 25th. | Median | 75th. | 95th. |
|---|---|---|---|---|---|---|
| Administrative Law | 9 | $246 | $168 | $220 | $325 | $430 |
| Arbitration/Mediation/ADR | 12 | 248 | 210 | 250 | 286 | 320 |
| Appellate Practice | 7 | 225 | 175 | 250 | 275 | 325 |
| Banking | 7 | 260 | 235 | 250 | 275 | 325 |
| Bankruptcy/Receivership | 30 | 242 | 175 | 250 | 275 | 395 |
| Business/Corporate Law | 118 | 246 | 184 | 225 | 285 | 436 |
| Civil Rights Law | 5 | 259 | 175 | 225 | 360 | 360 |
| Construction law | 36 | 210 | 154 | 198 | 239 | 377 |
| Collections | 17 | 209 | 178 | 200 | 245 | 275 |
| Communications/Technology | 8 | 278 | 211 | 250 | 310 | 510 |
| Criminal Defense-public | 4 | 181 | 131 | 175 | 238 | 250 |
| Criminal Defense-private | 62 | 242 | 190 | 223 | 250 | 393 |
| Domestic Relations/Family/Juvenile Law | 213 | 221 | 175 | 225 | 250 | 350 |
| Elder Law | 11 | 224 | 200 | 225 | 250 | 300 |
| Employment/Labor (defense) | 32 | 250 | 200 | 243 | 299 | 385 |
| Employment/Labor (plaintiff) | 19 | 236 | 180 | 250 | 270 | 350 |
| Environmental Law | 15 | 262 | 200 | 265 | 325 | 435 |
| Estate Planning/Estate Administration | 120 | 225 | 185 | 220 | 258 | 330 |
| General Practice | 31 | 211 | 175 | 200 | 225 | 350 |
| Health and Hospital law | 12 | 230 | 190 | 228 | 269 | 345 |
| Immigration and Naturalization | 15 | 193 | 150 | 180 | 250 | 300 |
| Indian Law | 3 | 172 | 150 | 165 | 200 | 200 |
| Insurance Law (not torts) | 14 | 196 | 150 | 190 | 278 | 300 |
| Intellectual Property | 53 | 306 | 218 | 300 | 398 | 510 |
| Litigation (civil/commercial) | 260 | 242 | 180 | 225 | 280 | 425 |
| Municipal/Public Entity | 43 | 220 | 175 | 200 | 250 | 379 |
| Natural Resources (oil & gas/mining) | 27 | 269 | 210 | 250 | 325 | 484 |
| Pensions/Profit Sharing/ERISA | 3 | 500 | 460 | 515 | 525 | 525 |
| Personal Injury/Malpractice (defense) | 34 | 166 | 150 | 165 | 181 | 214 |
| Personal Injury/Malpractice (plaintiff) | 52 | 235 | 200 | 225 | 250 | 350 |
| Public Utilities/Regulated Industries | 4 | 243 | 151 | 258 | 319 | 325 |
| Public Benefits (Soc. Sec./Medicare/Medicaid) | 3 | 165 | 140 | 170 | 185 | 185 |
| Real Property | 147 | 246 | 195 | 240 | 275 | 391 |
| Securities | 11 | 329 | 250 | 265 | 375 | 750 |
| Taxation (corporate) | 8 | 296 | 186 | 280 | 400 | 495 |
| Taxation (individuals/small businesses) | 11 | 220 | 195 | 225 | 250 | 300 |
| Water | 35 | 188 | 150 | 180 | 215 | 293 |
| Workers' Compensation | 29 | 187 | 138 | 150 | 200 | 525 |
| Other | 29 | 253 | 188 | 250 | 300 | 455 |
| **All Fields** | **1,549** | **$235** | **$180** | **$225** | **$275** | **$397** |
| **Time-Keepers** | | | | | | |
| Solo, office outside of home | 207 | $216 | $175 | $200 | $250 | $300 |
| Solo, home office | 109 | 187 | 150 | 195 | 225 | 300 |
| Solo with 1 or more associates | 33 | 253 | 225 | 250 | 283 | 312 |
| Space sharer | 75 | 224 | 200 | 225 | 250 | 300 |
| Partner in firm with 2-7 partners | 268 | 247 | 200 | 250 | 275 | 356 |
| Partner in firm with 8-29 partners | 89 | 282 | 225 | 295 | 328 | 415 |
| Partner in firm with 30+ partners | 57 | 391 | 333 | 400 | 450 | 541 |
| Of Counsel | 59 | 299 | 220 | 280 | 350 | 595 |
| Associate in firm with 1 partner | 53 | 227 | 150 | 200 | 245 | 325 |
| Associate in firm with 2-7 partners | 171 | 189 | 150 | 180 | 210 | 272 |
| Associate in firm with 8-29 partners | 68 | 206 | 160 | 195 | 240 | 300 |
| Associate in firm with 30+ partners | 77 | 266 | 210 | 250 | 318 | 420 |
| Judge/Magistrate/ALJ & Private Practice | 4 | 285 | 213 | 275 | 368 | 390 |
| Arbitrator/Mediator | 6 | 263 | 230 | 250 | 320 | 320 |
| In-House Counsel (for-profit org.) | 12 | 219 | 146 | 175 | 215 | 750 |
| Contract Attorney | 4 | 129 | 103 | 125 | 178 | 190 |
| **All Time Keepers** | **1,292** | **$237** | **$180** | **$225** | **$275** | **$395** |

© 2008 Colorado Bar Association. All rights reserved.            28

## Hourly Billing Rates for Associates and Paralegals

The distribution of hourly billing rates for associates and paralegals are summarized by years of experience in **Exhibit 28**.

*Exhibit 28*    2008 Hourly Billing Rates for Associates and Paralegals by Years of Experience

|  | N | Mean (Ave.) | 25th. | Median | 75th. | 95th. |
|---|---|---|---|---|---|---|
| **Associates** | | | | | | |
| Assoc. w/o exp | 119 | $155 | $135 | $150 | $175 | $210 |
| Assoc. wi 1-3 yrs exp | 257 | 173 | 150 | 175 | 197 | 232 |
| Assoc. wi 4-5 yrs exp | 198 | 195 | 169 | 190 | 221 | 263 |
| Assoc. wi 6-9 yrs exp | 170 | 218 | 175 | 209 | 250 | 327 |
| Assoc. wi 10+ yrs exp | 131 | $235 | $180 | $225 | $275 | $364 |
| **Paralegals** | | | | | | |
| Paralegals w/o exp | 81 | $74 | $60 | $75 | $87 | $138 |
| Paralegals wi 1-3 yrs exp | 189 | 86 | 70 | 80 | 100 | 138 |
| Paralegals wi 4-5 yrs exp | 156 | 94 | 75 | 90 | 110 | 150 |
| Paralegals wi 6-9 yrs exp | 140 | 102 | 80 | 99 | 125 | 165 |
| Paralegals wi 10+ yrs exp | 228 | $107 | $85 | $100 | $125 | $173 |

Firm size and office location are associated with variations in associate billing rates, with tenure dominating that influence. (**Exhibits 29 and 30**)

*Exhibit 29*



© 2008 Colorado Bar Association. All rights reserved.

29

*Exhibit 30*



Similarly, firm size and office location are associated with variations in paralegal hourly billing rates, with tenure dominating that influence. **(Exhibits 31 and 32)**

© 2008 Colorado Bar Association. All Rights reserved.

30

**Exhibit 31**



**Exhibit 32**



## Unit Costs for Mileage, Photocopying and Legal Research

Firms vary as to the methods they bill clients for commodities as reflected by distributions of client billing method and unit charges to clients **(Exhibits 33 and 34)**.

© 2008 Colorado Bar Association. All rights reserved. 31

**Exhibit 33**  Distribution of Unit Charges Used for Billing Clients

———Percent of Responses———

| Item | Included in hourly rate | Set as percent of monthly bill | Itemized | Not charged | Total |
|---|---|---|---|---|---|
| Mileage | 21.2 | 0.6 | 45.5 | 32.4 | 100% |
| Photocopies | 13.0 | 2.2 | 59.0 | 25.8 | 100% |
| Computerized research | 17.7 | 1.4 | 49.9 | 31.0 | 100% |
| Phone, long distance, fax | 18.9 | 2.1 | 38.7 | 40.3 | 100% |
| Postage | 15.7 | 1.9 | 49.1 | 33.3 | 100% |

When charges are set as percent of monthly bill, the range is between 2 and 5%.

**Exhibit 34**  Distribution of Unit Charges Billed to Clients by Firm Size

| Size of Firm | Unit Charges | N | Value by Percentile | | |
|---|---|---|---|---|---|
| | | | 25th. | Median | 75th. |
| 1 | Mileage | 152 | $0.40 | $0.45 | $0.49 |
| | Photocopies | 233 | $0.10 | $0.10 | $0.20 |
| | Computerized legal research | 49 | $50.00 | $75.00 | $150.00 |
| 2-5 | Mileage | 146 | $0.40 | $0.48 | $0.51 |
| | Photocopies | 217 | $0.10 | $0.15 | $0.20 |
| | Computerized legal research | 152 | $72.50 | $75.00 | $131.25 |
| 6-14 | Mileage | 132 | $0.40 | $0.49 | $0.51 |
| | Photocopies | 143 | $0.10 | $0.10 | $0.20 |
| | Computerized legal research | $19 | $15.00 | $50.00 | $75.00 |
| 15+ | Mileage | 114 | $0.40 | $0.48 | $0.51 |
| | Photocopies | 122 | $0.10 | $0.15 | $0.20 |
| | Computerized legal research | 16 | $75.00 | $75.00 | $80.00 |
| **All** | **Mileage** | **544** | **$0.40** | **$0.48** | **$0.51** |
| | **Photocopies** | **715** | **$0.10** | **$0.15** | **$0.20** |
| | **Computerized legal research** | **114** | **$50.00** | **$75.00** | **$101.25** |

## Billing Patterns

For firms using paralegals, the following client billing patterns were reported:

| Billing Pattern for Paralegals | N | % of Responses |
|---|---|---|
| Included in attorney's rate | 85 | 10% |
| Time basis | 664 | 81 |
| Self-developed fee schedule | 28 | 4 |
| Other system | 40 | 5 |

**Exhibit 35** displays the impact of firm size on methods chosen for client billing.

© 2008 Colorado Bar Association. All rights reserved.    32

*Exhibit 35*   Distribution of Client Billing Methods Used For Paralegal Services by Firm Size

| Size of Firm | Incl. in Attorney Fee | Time Basis | Fee Schedule | Other System | Total |
|---|---|---|---|---|---|
| | —Percent of Responses— | | | | |
| 1 | 17.4% | 73.3 | 4.3 | 5.0 | 100% |
| 2-5 | 14.3% | 77.7 | 3.3 | 4.8 | 100% |
| 6-14 | 6.3% | 82.7 | 4.7 | 6.3 | 100% |
| 15+ | 2.8% | 92.3 | 1.1 | 3.9 | 100% |
| **All** | **10.4%** | **81.3** | **3.3** | **5.0** | **100%** |

## Billing Practices and Uncollectables

The time since respondents last changed their hourly rate is as follows:

| Months Since Hourly Rate Was Changed | N | % of Responses |
|---|---|---|
| 6 or Less | 601 | 41% |
| 7–11 | 237 | 16 |
| 12–24 | 360 | 25 |
| 25+ | 200 | 14 |
| Never | 66 | 04 |
| **Total** | **1,464** | **100%** |

Fifty-seven percent of the respondents had not changed their rates in one year or more.

The percent increase in the level of hourly rates since the last change was:

| Amount of Increase | N | % of Responses |
|---|---|---|
| 5% or less | 375 | 28% |
| 6–10% | 604 | 45 |
| 11–19 % | 213 | 16 |
| 20% or more | 142 | 11 |
| **Total** | **1,334** | **100%** |

## Use of Credit Cards

Overall, 40% of private practitioners accept credit cards from clients for payment. Future growth in usage is among solo practitioners and 2 attorney firms as shown in **Exhibit 36**.

© 2008 Colorado Bar Association. All rights reserved.   33

**Exhibit 36**



Use of Credit Cards by Firm Size

### Addition of a Service Charge

| Freq. of Adding Service Charge | N | % of Responses |
|---|---|---|
| Always | 121 | 10% |
| Usually | 155 | 13 |
| Sometimes | 313 | 27 |
| Never | 597 | 50 |
| **Total** | **1,186** | **100%** |

| Monthly Interest Charged On Unpaid Balances | N | % of Responses (of those adding a charge) |
|---|---|---|
| Less than 1% | 50 | 8% |
| 1-2% | 520 | 82 |
| Over 2% | 66 | 10 |
| **Total** | **636** | **100%** |

**Uncollectables** are a serious problem in many firms, as shown:

| Percent of Fees Billed Which Are Uncollectable | N | % of Responses |
|---|---|---|
| 2% or less | 530 | 41% |
| 3–8% | 391 | 30 |
| 9–12% | 199 | 15 |
| 13% or more | 169 | 13 |
| **Total** | **1,289** | **100%** |

© 2008 Colorado Bar Association. All rights reserved. 34

## Average Work Week and Time-Keeping Practices

Attorneys report a varied work week as to billable hours and other activities comprising their professional time. **Exhibit 37** shows the range of time spent on a variety of activities.

*Exhibit 37*    Profile of 2008 Work Week Components in Hours (All Attorneys)

| Work Week Component | N | Mean (Ave.) | 25th. | Median | 75th. | 95th. |
|---|---|---|---|---|---|---|
| Compensable Legal Work (total) | 2,116 | 38 | 15 | 40 | 45 | 60 |
| Based on Hourly Rate | 1,597 | 29 | 5 | 30 | 40 | 50 |
| Based on Flat Rate | 974 | 27 | 2 | 28 | 40 | 60 |
| Based on Contingency Work | 383 | 18 | 1 | 10 | 30 | 59 |
| Office Administration | 1,562 | 8 | 1 | 5 | 10 | 20 |
| Marketing Activities | 1,140 | 5 | 1 | 3 | 5 | 12 |
| Unbilled Community/Public Service | 1,102 | 7 | 1 | 3 | 5 | 15 |
| Nonlegal Employment | 203 | 16 | 1 | 10 | 20 | 45 |
| **Total Hours in Work Week** | **2,175** | **50** | **23** | **45** | **55** | **90** |
| Continuing Legal Education (Hrs./Year) | 1,828 | 21 | 8 | 15 | 20 | 45 |
| Unbilled (*pro bono*) Legal Work (Hrs./Year) | 1,170 | 50 | 5 | 30 | 50 | 150 |

© 2008 Colorado Bar Association.  All rights reserved.                                                                35

## Other Aspects of Law Office Economics of Colorado Attorneys

### Introduction

This section summarizes various economic aspects of the private practice of law in Colorado. The following topics are discussed:

- Law office overhead expenses and gross receipts
- Staffing patterns for secretaries and paralegals
- Salary levels for associates, paralegals and secretaries
- Legal services marketing and advertising practices

### 2007 Overhead Expenses and Gross Receipts per Attorney

About 640 respondents, representing solo practitioners and firms, provided financial information on 2007 operating expenses and gross revenues per attorney. **Exhibits 38 and 39** summarize three categories of overhead expenses against gross receipts by firm size and office location. Overhead components are differentially reported (that is, some report components, while others don't); thus, "total expenses" is not the exact sum of components. Only those respondents reporting all components or a summary value are used to derive overhead rates.

Personnel expenses generally correlate directly with firm size, while total expenses are most sensitive to the "all other cost" category, which includes taxes and insurance. The range of overhead ratios is wider when comparing firms by office location as opposed to firm size. Reporting of overhead data is skewed toward smaller firms and solo practitioners.

*Exhibit 38*      **2007 Operating Expenses and Gross Receipts per Attorney by Office Location**

| | Median Values for Offices by Geographic Location | | | | | | |
|---|---|---|---|---|---|---|---|
| | Downtown Denver | Denver Not Downtown | Greater Metro Area | Boulder Broomfield | Outstate Metro Area | East of Divide | West of Divide |
| **Expenditures per Attorney** | | | | | | | |
| Non-lawyer personnel | $38,964 | $31,047 | $36,500 | $31,000 | $31,322 | $15,333 | $30,000 |
| Rent/phone/utilities | 17,391 | 12,000 | 12,250 | 12,500 | 12,000 | 7,200 | 12,738 |
| All other expenses | 21,250 | 15,000 | 12,000 | 15,000 | 13,000 | 5,500 | 10,000 |
| **Total expenses** | **88,760** | **64,000** | **47,822** | **52,306** | **54,000** | **25,350** | **41,500** |
| **Gross receipts per attorney** | **$227,922** | **$165,000** | **$137,500** | **$150,000** | **$165,333** | **$91,200** | **$132,500** |
| Ratio of expenditures to receipts | 42% | 39% | 40% | 42% | 38% | 33% | 36% |
| Number of responses | 95 | 129 | 160 | 67 | 124 | 27 | 38 |

*Exhibit 39*      **2007 Operating Expenses and Gross Receipts per Attorney by Firm Size**

| | Median Values by Size of Firm | | | | | |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3-6 | 7-10 | 11+ | All Firms |
| **Expenditures per Attorney** | | | | | | |
| Non-lawyer personnel | $32,000 | $31,750 | $30,000 | $35,714 | $40,064 | $33,000 |
| Rent/phone/utilities | 10,005 | 13,500 | 12,500 | 14,625 | 19,662 | 12,500 |
| All other expenses | 10000 | 15463 | 19113 | 35029 | 28488 | 15,000 |
| **Total expenses** | **$39,000** | **$70,500** | **$82,427** | **$100,000** | **$109,700** | **$58,156** |
| **Gross receipts per attorney** | **$125,000** | **$160,383** | **$195,833** | **$244,490** | **$298,818** | **$164,000** |
| Ratio of expenditures to receipts | 35% | 45% | 44% | 38% | 42% | 39% |
| Number of responses | 330 | 100 | 129 | 35 | 41 | 635 |

© 2008 Colorado Bar Association. All rights reserved.     36

## Support Staff Staffing Patterns

The ratio of secretaries to attorneys and paralegals to attorneys varies by firm size as shown in **Exhibits 40 and 41.** For example, 21% of responding firms with 1 to 10 attorneys have 1 paralegal for 2 attorneys (ratio equals .5), while 77% of large firms (those with more than 25 attorneys) report a ratio of 1 paralegal for 4 or more attorneys (ratio equals < .25).

*Exhibit 40*      Ratio of Paralegals to Attorneys by Firm Size

|  |  |  | Percent Distribution by Size of Firm | | |
|---|---|---|---|---|---|
| Ratio of Staffer to Attorney | All | N | 1-10 | 11-25 | >25 |
| < .25 | 35% | 453 | 16% | 53% | 77% |
| .25-.49 | 29 | 373 | 29 | 32 | 22 |
| .5 | 13 | 164 | 21 | 2 | 1 |
| .51-.99 | 10 | 136 | 13 | 10 |  |
| 1 | 9 | 118 | 15 | 0 |  |
| >1 | 4 | 52 | 6 | 3 |  |
| Total | 100% | 1,296 | 100% | 100% | 100% |

*Exhibit 41*      Ratio of Secretaries to Attorneys by Firm Size

|  |  |  | Percent Distribution by Size of Firm | | |
|---|---|---|---|---|---|
| Ratio of Staffer to Attorney | All | N | 1-10 | 11-25 | >25 |
| < .5 | 61% | 866 | 50% | 79% | 81% |
| .5 | 17 | 236 | 23 | 6 | 6 |
| .5-.99 | 11 | 158 | 10 | 13 | 12 |
| 1 | 9 | 123 | 14 | 1 |  |
| >1 | 3 | 37 | 3 | 1 | 1 |
| Total | 100% | 1,420 | 100% | 100% | 100% |

**Exhibit 42** compares the effects of the presence of administrators on median gross revenues per attorneys within 3 firm-size groupings.

*Exhibit 42*      Revenues/Attorney by Firm Size & Presence of Administrators

|  | Size of Firm | | | | | | | |
|---|---|---|---|---|---|---|---|---|
|  | 1 to 10 | | 11 to 25 | | >25 | | All Firms | |
| Number of Administrators | N | Median | N | Median | N | Median | N | Median |
| None | 165 | $136,667 | 3 | $382,353 | 0 | . | 168 | $140,000 |
| 1 | 43 | $246,667 | 28 | $292,297 | 3 | $412,298 | 74 | $274,076 |
| 1.1-5 | 11 | $216,667 | 2 | $432,806 | 2 | $348,884 | 15 | $287,303 |
| 5+ | 3 | $350,000 | 0 | . | 0 | . | 3 | $350,000 |

## Starting and Current Salary Levels for Associates, Paralegals and Secretaries

**Exhibit 43** distributes 2008 salary levels for 5 categories of associates, paralegals and secretaries.

© 2008 Colorado Bar Association. All rights reserved.     37