*Exhibit 43*     2008 Annual Compensation of Associates, Paralegals and Secretaries by Years of Experience

| Level of Service | N | Mean (Ave.) | 25th. | Median | 75th. | 95th. |
|---|---|---|---|---|---|---|
| **Associates** | | | | | | |
| Assoc. w/o exp | 134 | $70,216 | $50,000 | $60,000 | $85,000 | $120,000 |
| Assoc. wi 1-3 yrs exp | 260 | 72,378 | 55,000 | 65,000 | 85,000 | 125,000 |
| Assoc. wi 4-5 yrs exp | 193 | 87,468 | 67,000 | 80,000 | 100,000 | 150,000 |
| Assoc. wi 6-9 yrs exp | 173 | 102,186 | 80,000 | 95,000 | 117,500 | 170,000 |
| Assoc. wi 10+ yrs exp | 114 | 120,566 | 90,000 | 112,000 | 146,250 | 227,250 |
| **Paralegals** | | | | | | |
| Paralegal w/o exp | 72 | $31,951 | $28,000 | $32,000 | $35,000 | $43,050 |
| Parfalegal wi 1-3 yrs exp | 161 | 36,218 | 30,000 | 36,000 | 42,000 | 50,000 |
| Paralegal wi 4-5 yrs exp | 131 | 45,195 | 40,000 | 45,000 | 50,000 | 65,000 |
| Paralegal wi 6-9 yrs exp | 136 | 48,899 | 42,000 | 49,589 | 55,000 | 75,750 |
| Paralegal wi 10+ yrs exp | 224 | 55,035 | 45,000 | 52,000 | 64,000 | 83,750 |
| **Secretaries** | | | | | | |
| Sec. w/o exp | 110 | $26,935 | $21,950 | $25,000 | $32,000 | $40,000 |
| Sec. wi 1-3 yrs exp | 175 | 30,569 | 25,000 | 30,000 | 37,000 | 45,000 |
| Sec. wi 4-5 yrs exp | 131 | 37,671 | 30,000 | 37,000 | 45,000 | 53,200 |
| Sec. wi 6-9 yrs exp | 129 | 42,118 | 35,000 | 42,000 | 50,000 | 59,000 |
| Sec. wi 10+ yrs exp | 195 | 45,775 | 40,000 | 48,000 | 53,000 | 65,000 |

## Salaries by Firm Size and Office Location

**Exhibits 44 to 49** summarize the impact of 2008 associate, paralegal and secretary compensation levels based on firm size and office location.

*Exhibit 44*



2008 Associate Compensation by Firm Size

© 2008 Colorado Bar Association. All rights reserved.

38

Case 1:09-cv-00799-SJJ-RLM Document 195-23 Filed 09/19/11 USDC Colorado Page 45 of 52

*Exhibit 45*



*Exhibit 46*



© 2008 Colorado Bar Association. All rights reserved.

39

Case 1:09-cv-00799-SJJ-RLM Document 199-21 Filed 09/19/11 USDC Colorado Page 46 of 52

*Exhibit 47*



*Exhibit 48*



© 2008 Colorado Bar Association. All rights reserved.

40

*Exhibit 49*



### Legal Services Marketing

Approximately 69% of respondents market their services through a variety of mechanisms (marketing vehicles). **Exhibit 50** ranks the relative percent usage of each marketing vehicle considering responses from all firms. For example, 53% of respondents utilize online professional directories, 11% are *considering* using these directories, 22% view the directories as *not important now* and 14% denote they *don't ever need* to use online directories.

**Exhibits 51-54** rank respondent preferences within various firm-size groups with the highest level of usage ranked first for each group.

© 2008 Colorado Bar Association. All rights reserved.

Exhibit 50



© 2008 Colorado Bar Association. All rights reserved. 42

Exhibit 51



© 2008 Colorado Bar Association. All rights reserved.                    43

*Exhibit 52*



Exhibit 53



*Exhibit 54*



© 2008 Colorado Bar Association. All rights reserved. 46

# EXHIBIT D

| | BIOGRAPHY: Paul Trahan |
|---|---|



**Paul Trahan**
ptrahan@fulbright.com
D: +1 512 536 5288

**Austin**
98 San Jacinto Boulevard
Suite 1100
Austin, TX 78701-4255
T: +1 512 474 5201
F: +1 512 536 4598

**Industries**
- *Banking and Finance*
- *Construction and Building Materials*
- *Government*
- *Real Estate*
- *Semiconductor*
- *Motor Vehicle*
- *Technology*
- *Transportation*

**Paul Trahan**
**Partner**

**AREAS OF CONCENTRATION**

- Complex Commercial Litigation
- High Tech Litigation
- Real Estate & Construction Litigation
- Trade Secret
- Copyright & Patent Litigation
- Injunctions & Extraordinary Remedies
- Product Liability Litigation
- Class Action Litigation
- Texas Public Information Act Litigation
- Fiduciary Litigation

**EXPERIENCE**

As a partner in Fulbright & Jaworski's Austin office, Paul Trahan's litigation practice is focused on complex commercial matters in a variety of industries, including technology, real estate, construction, banking, motor vehicle, health care, mining and retail.

Paul has significant jury trial, bench trial and arbitration experience. He has represented corporate clients across the country, handling all aspects of pretrial and trial work. Paul attempts to bring common sense and creativity to the table along with his passion for the courtroom.

Prior to attending law school and joining Fulbright & Jaworski, Paul was a commercial banker in Houston, Texas.

**REPRESENTATIVE EXPERIENCE**
- Take nothing judgment for a hospital holding company following a jury trial and appeal to the Texas Supreme Court
- Take nothing judgment for a motor vehicle manufacturer following a jury trial
- Favorable plaintiff's verdict for a Mexican transport company against a multi-national company, including findings of fraud and breach of contract
- Summary Judgment in favor of a lottery services provider against a former consultant, successfully disposing of the entire case
- Summary Judgment in favor of a city in a death case, successfully disposing of the entire case
- Injunction preventing disclosure of proprietary commercial information under the Public Information Act in response to a competitor's request
- Injunction preventing disclosure of personal information under the Public Information Act in response to media requests
- Favorable ruling in Bankruptcy Court following trial of a dispute over an

| FULBRIGHT & Jaworski L.L.P. | **BIOGRAPHY: Paul Trahan** |
|---|---|
| *Austin*<br>*Beijing*<br>*Dallas*<br>*Denver*<br>*Dubai*<br>*Hong Kong*<br>*Houston*<br>*London*<br>*Los Angeles*<br>*Minneapolis*<br>*Munich*<br>*New York*<br>*Pittsburgh-*<br>*Southpointe*<br>*Riyadh*<br>*San Antonio*<br>*St Louis*<br>*Washington, D.C.* | aircraft<br><br>• Transfer of venue in a class action lawsuit, resulting in plaintiff's dismissal of the entire case<br><br>• Appointment and successful representation of a receiver in managing and liquidating an internet banking company<br><br>• Successful defense of a court reporting company before its governing state agency<br><br>• Injunctions and appointment of receivers in various pre-foreclosure proceedings, including appointment of federal court receiver regarding properties in multiple states<br><br>• Successful representations of a pipeline company and transmission company in condemnation proceedings<br><br>• Dismissal of a foreign defendant for lack of jurisdiction in a commercial dispute<br><br>**PROFESSIONAL ACTIVITIES AND MEMBERSHIPS**<br>• Federal Bar Association<br>• State Bar of Texas<br>• Texas Bar Association<br>• Texas Bar Foundation (by invitation, <1% of Texas attorneys)<br>• Austin Bar Association (Judicial Affairs Committee)<br><br>**EDUCATIONAL BACKGROUND**<br>1997 - J.D., The University of Texas School of Law<br>1988 - M.B.A., Finance concentration, The University of Texas<br>1985 - B.A., cum laude, English major, French minor, Texas A&M University<br><br>While in law school, Paul served as a law clerk, served on the Board of Texas Law Fellowships and was active in trial advocacy competitions.<br><br>**INTERESTS**<br>Paul enjoys spending time with his family, fishing, cooking and following sports.<br><br>**CIVIC INVOLVEMENT**<br>• Diversity Mentoring Program<br>• Eanes Education Foundation, past President and Board Member<br>• Volunteer Legal Services, Board of Directors<br>• Leadership Austin<br>• High School mentor<br>• Special Education Parent Clinic volunteer |

# FULBRIGHT & Jaworski L.L.P.

## BIOGRAPHY: Osborne J. Dykes, III

**Osborne J. Dykes, III**
jdykes@fulbright.com

**Denver**
Republic Plaza
370 17th Street
Suite 2150
Denver, CO 80202-5638
D: +1 303 801 2745
T: +1 303 801 2700
F: +1 303 801 2777

**Houston**
Fulbright Tower
1301 McKinney
Suite 5100
Houston, TX 77010-3095
D: +1 713 651 5545
T: +1 713 651 5151
F: +1 713 651 5246

**Experience**
- First-chair litigator for jury trials
- Represents both plaintiffs and defendants

**Industries**
- Energy and Utilities
- Oil and Petroleum Products
- Natural Gas
- Pipelines
- Insurance

**Osborne J. Dykes, III**
Of Counsel, Denver

**AREAS OF CONCENTRATION**

- Litigation
- Energy
- Environmental
- Construction
- Contract
- Tort
- Libel and Slander

**EXPERIENCE**

Jeff Dykes' practice as a trial lawyer has covered a wide range of cases, including energy, environmental, tort, contract, and construction matters. He has tried over seventy cases to jury verdict and he is certified as a Specialist in Civil Trial Law by the Texas Board of Legal Specialization.

Significant cases include:

- Representation of an owner of a nuclear power plant in litigation against the architect-engineer-constructor and the project manager for cost and schedule overruns. The appeal of one aspect of this litigation is reported as *City of Austin v. Houston Lighting and Power Co.*, 844 S.W. 2d 773 (Tex. App--Dallas 1992, writ denied)

- Representation of major airline company in defense of suit by partners for alleged failure to properly manage project to develop state-of-the-art software for hospitality industry

- Lead counsel for waste disposal company in suit against environmental insurance company for bad faith denial of claims

- Lead counsel for a pipeline company against three gas producers in a fraud suit to terminate a long-term gas purchase contract

- Lead counsel for major oil and gas company in binding arbitration against royalty owners involving valuation of the royalty interest

- Lead counsel for a chemical company in a defamation suit involving patent and technology rights

- Lead counsel for oil and gas company in suit by state environmental agency for recovery of remediation expense; appeal is reported as *In the Matter of Crystal Oil Co.*, 158 F.3d 291 (5th Cir. 1998)

- Lead counsel for oil and gas company in suit by state highway department for environmental clean-up costs; appeal of one aspect of the case in reported as *Louisiana Department of Transportation and Development v. Kansas City Southern Railway*, 827 So. 2d 443 (La. App. 2d Cir. 2002), *rev'd* 846 So. 2d 734 (2003)

- Lead counsel for oilfield services company in toxic tort suit by over 1,000 plaintiffs for alleged personal injuries and diminution of property values

- Lead counsel for coal mining and quarry companies in antitrust price-fixing suit against manufacturers of commercial explosives

|  | **BIOGRAPHY: Osborne J. Dykes, III** |
|---|---|
| | • Lead counsel for an oil and gas company in an alleged class action suit in which plaintiff royalty owners claimed intentional undermeasurement of purchased oil on a statewide basis for over a fourteen-year period<br><br>• Lead counsel for 22 pipeline companies as plaintiffs against a state port authority and the U.S. Army Corps of Engineers concerning the cost of relocating pipelines to accommodate a federal-state navigation project; appeal is reported as *Air Liquide America Corp. v. U.S. Army Corps of Engineers,* 359 F.3d 358 (5th Cir. 2004) *cert. denied* 125 S.Ct.107 (2004)<br><br>• Lead counsel for transmission pipeline companies in suits by municipalities for franchise or "street-crossing" fees<br><br>• Lead counsel for a physician staffing company in suit against medical malpractice insurer for bad faith cancellation of coverage; appeal is reported as *Scottsdale Ins. Co. v. National Emergency Services, Inc.,* 175 S.W.3d 284 (Houston [1st Dist.] 2004, *pet. denied*)<br><br>• Lead counsel for a Qualified Scheduling Entity in antitrust suits alleging manipulation of the Texas wholesale electricity market. The appeal of one such case is reported as *Texas Commercial Energy v. TXU Energy, Inc.*, 413 F.3d 503 (5th Cir. 2005) *cert. denied* 126 S.Ct. 1033 (2006)<br><br>• Lead counsel for directors of parent company of insolvent HMOs in litigation raising issues of corporate governance and corporate separateness<br><br>• Representation of a former owner of an aluminum extrusion plant in an action under CERCLA for costs to respond to groundwater contamination<br><br>• Representation of pipeline company in dispute arising from construction of gas processing plant in Wyoming, in which contractor made claim for additional compensation not covered by change orders<br><br>• Lead counsel for exploration and production company in suits by surface owners to compel directional drilling and for surface damages. In one such case, the trial court's rulings on summary judgment and following trial are reported as *Zeiler Farms, Inc. v. Anadarko E&P Company et al.*, 2009 WL 890716 and 2010 WL 2681724 (D. Colo.)<br><br>• Representation of oil and gas operator in suit for damages allegedly caused by subsurface trespass and migration of coal bed methane gas<br><br>• Representation of NASCAR racetrack owner in suit for breach of contract to sell racetrack<br><br>• Representation of individual in *quantum meruit* suit against Las Vegas Sands, Inc. to recover value of services in obtaining gaming license in Macau. An appeal of this case is reported as *Las Vegas Sands, Inc. v. Suen*, 2010 WL 4673567 (Nevada)<br><br>• Representation of title insurance company in suit for policy proceeds and bad faith<br><br>• Representation of major interstate pipeline company in suit for breach of contract against Minerals Management Service of U.S. Department of Interior<br><br>• Lead counsel for major health insurance company in trademark infringement suit |

| **FULBRIGHT & Jaworski L.L.P.** | **BIOGRAPHY: Osborne J. Dykes, III** |
|---|---|

**PROFESSIONAL ACTIVITIES AND MEMBERSHIPS**
- Colorado Bar Association
- The Rocky Mountain Mineral Law Foundation
- Denver Petroleum Club, Director
- Federal Bar Association, Past President, Southern District of Texas Chapter
- Texas Bar Association
- Texas Association of Civil Trial and Appellate Specialists, Director and Past President

**PROFESSIONAL HONORS**
- American Board of Trial Advocates, Advocate
- "Colorado Super Lawyer," *Law & Politics*
- "Texas Super Lawyer," *Law & Politics*
- *Chambers USA*, ranked among the leading attorneys in Energy & Natural Resources in Texas
- *Legal 500 US*, noted for Energy: Litigation work (2011)
- *The Best Lawyers in America*
- *Who's Who in American Law*

**PUBLICATIONS**
- Co-author, *Trends In Energy Litigation*, 2007
- Co-author, "Issues Impacting the Energy Industry After the Hurricanes," State Bar of Texas, *Oil, Gas, and Energy Section Report*, December 2005
- Co-author, *Trends In Energy Litigation*, 2004
- "Street Crossing Fees: A Misconceived Attack On The Pipeline Industry," *World Energy*, 1998

**SPEECHES**
- "Surface Owners vs. Mineral Lessees," Denver Petroleum Club, March 2008
- "Duties of Directors," Fulbright & Jaworski L.L.P. Client Seminar, Denver, Colorado, September 2007
- "Getting Ahead of the Game: Planning for E-Discovery Before Litigation Happens," Fulbright & Jaworski L.L.P. Client Seminar, Denver, Colorado, May 2007
- "Oil and Gas Development in the Rockies: The Risks and Rewards," Fulbright & Jaworski L.L.P. and IPAMS Client Seminar, Panel Moderator, Denver, Colorado, October 2006
- "Current Issues in Gas Marketing, Civil and Criminal Perspectives," Fulbright & Jaworski L.L.P. Client Seminar, Panel Moderator, Denver, Colorado, September 2006
- "The Energy Industry After the Hurricanes: Dealing with Storms of Controversy and Private Law," Fulbright & Jaworski L.L.P. Client Seminar, Panel Moderator, Houston, Texas, November 2005

| **FULBRIGHT** *& Jaworski L.L.P.* | **BIOGRAPHY: Osborne J. Dykes, III** |
|---|---|
| *Austin*<br>*Beijing*<br>*Dallas*<br>*Denver*<br>*Dubai*<br>*Hong Kong*<br>*Houston*<br>*London*<br>*Los Angeles*<br>*Minneapolis*<br>*Munich*<br>*New York*<br>*Riyadh*<br>*San Antonio*<br>*St Louis*<br>*Washington, D.C.* | • "Best Practice: Establish a Records Management Policy - And Designate One Person Who Is Truly Responsible," Panelist, Martindale-Hubbell Counsel-to-Counsel Forum, Houston, Texas, November 2005<br>• "Directors' Duties in the Zone Of Insolvency," Financial Executives International, Houston, Texas, September 2004<br>• "Cities versus Pipelines: Issues On And Below The Surface," Fulbright & Jaworski L.L.P. Client Seminar, Houston, Texas, May 2004<br>• "Energy Litigation Trends 2004," Fulbright & Jaworski L.L.P. Client Seminar, Panel Moderator, Houston, Texas, April 2004<br>• "Changing The Rules (State and Federal)," El Paso Corporation, Legal Department, Houston, Texas, February 2004<br><br>**EDUCATIONAL BACKGROUND**<br>1972 - J.D., University of Texas School of Law<br>1968 - M.A., Humanities and German, Stanford University<br>1966 - B.A., with distinction, Germanic Languages, Stanford University<br><br>While attending Stanford University, Jeff was elected to Phi Beta Kappa. He attended the Free University of Berlin on an exchange graduate fellowship. While attending law school, he was elected to the Order of the Coif and the *Texas Law Review*. In 1972-73, Jeff served as a law clerk for the Honorable Homer Thornberry of the United States Court of Appeals for the Fifth Circuit.<br><br>Jeff is admitted to the bar in Colorado and Texas, and he is admitted to practice before the United States Supreme Court, the U.S. Courts of Appeals for the Fifth, Tenth, and Eleventh Circuits, and the U.S. District Courts for the District of Colorado and the Southern, Eastern, and Northern Districts of Texas.<br><br>**INTERESTS**<br>Jeff is an avid bicyclist and a founding member of the Rocket Sprockets cycling team. He has completed the 500-mile "Pedal The Peaks" tour of the Rockies, twelve MS 150 bicycle tours from Houston to Austin (182 miles), and the 120-mile "Triple Bypass" and the 80-mile "Copper Triangle" in Colorado.<br><br>**LANGUAGE CAPABILITIES**<br>• German – Fluent<br>• French – Limited Proficiency |
|  | 8/12/11 |

# FULBRIGHT & Jaworski L.L.P.

## BIOGRAPHY: Jane Snoddy Smith



**Jane Snoddy Smith**
jsmith@fulbright.com
D: +1 512 536 5238

**Austin**
98 San Jacinto Boulevard
Suite 1100
Austin, TX 78701-4255
T: +1 512 474 5201
F: +1 512 536 4598

**Experience**
- Complex multi-state and multi-national transactions and FCPA
- Extensive shopping center transactions
- All types of lending secured by real estate
- Retail, multi-family, mixed use hotel, residential & office development
- Compliance, ADA, FHA, Land use regulation and impact fees
- Brownfield redevelopments wind and alternative energy LEED green building

**Industries**
- Real Estate
- Banking and Finance
- Construction and Building Materials
- Retail
- Energy and Utilities
- Health Care Products and Services

**Jane Snoddy Smith**
**Partner**

*"Creative business solutions and sound risk management strategies"*

### AREAS OF CONCENTRATION

- Real Estate
- Real Estate Tax
- Retail and Mixed Use Developments
- Environmental
- Structured and Project Finance
- Climate Change
- Energy
- Health Care
- Wind and Solar Energy

### EXPERIENCE
Jane Smith's practice focuses on transactional law with a concentration in commercial real estate. Her broad range of experience extends to the:

- Creation of joint ventures for multi-family, retail and office projects
- Sale of industrial and office properties
- Evaluation of distressed properties
- Formation of urban redevelopment and public private partnerships
- Evaluation of alternative energy projects
- Operation of shopping centers
- Negotiation of office, industrial, and retail space leases
- Development of medical office buildings
- Construction of mixed use and brownfield projects

Jane has extensive expertise in shopping centers, having worked on transactions involving more than 130 regional, million-plus square foot centers in more than 34 states. She also has experience with equity investments in real estate, all types of lending secured by real estate representing life insurance companies, national banking associations and investment funds.

She represents clients on a range of complex multi-state and multi-national transactions. Her client counsel includes tax advantage strategies for investment property, the redevelopment of manufacturing sites into commercial uses, in-fill and mixed-used development and dispositions of properties needing remedial action plans.

Her clients have included banking institutions, hospitals, real estate investment trusts (REITs), national insurance companies, pension fund advisors, national real