| | |
|---|---|
| FULBRIGHT &Jaworski L.L.P. | **BIOGRAPHY: Jane Snoddy Smith** |

estate and energy developers and big box and department store retailers.

She has advised clients in all areas of compliance, including FCPA, land use regulation and development, including Brownfield No Further Action letters, zoning, taxation, green building (LEED), ADA and FHA accessibility standards, air rights, wind energy, public parks, public art and impact fees.

**REPRESENTATIVE EXPERIENCE**
Jane's recent projects include representing:

- One of the largest public retirement systems in a transaction recognized nationally as a mega deal and only one of few to close since the credit markets froze in the purchase of a portfolio of over ninety buildings containing more than 9 million square feet of industrial property located in nine states. The innovative structure guaranteed a closing without requiring the purchaser to select properties or to allocate the purchase price until just before closing.

- A national investment advisor to a state pension fund in the Midwest in the build-to-suit acquisition of multi-family housing in a city planned redevelopment project financed through tax abatements. City resolutions were successfully obtained so that all contract milestones were achieved on time.

- A Canadian developer in the development, sale and financing of a regional shopping center with an associated planned residential, office and industrial community in the southeast involving a master plan of easements to divert existing waterways and control flooding in conjunction with the U.S. Army Corps of Engineers. All government permits were obtained and a layer of multiple covenant and restriction agreements permitted the development of the properties. The diversion of water also provided a recreational lake.

- The nation's second largest bank in the finance of a U.S. REIT's acquisition of a substantial portion of the U.S. retail assets of a Dutch holding company. This transaction was completed on a fast track basis over a holiday season.

- A national insurance company's foreign investment fund in the sale of a retail shopping center in Chicago prior to the completion of a Remedial Action Plan and receipt of a No Further Action letter. The client was able to close the fund as scheduled.

- A pension fund advisor in the acquisition of a historic downtown Boston office building involving zoning issues and neighboring redevelopment concerns. The client was able to complete acquisitions within the quarter, allowing them to meet financial projections.

**PROFESSIONAL ACTIVITIES AND MEMBERSHIPS**
- International Council of Shopping Centers
  - Law Conference, Chair (2008)
  - Board (2000 - 2011)

| | |
|---|---|
| **FULBRIGHT & Jaworski L.L.P.** | **BIOGRAPHY: Jane Snoddy Smith** |
| | • CREW Network |
| |     • Trustee, CREW Foundation (2011) |
| |     • Executive Committee and Immediate Past President (2010) |
| |     • President (2009) |
| |     • President Elect (2008) |
| |     • Director (2007 - 2009) |
| | • Founder, Center for Women in Law, University of Texas School of Law (2011) |
| | • CREW Austin, Inc., President (2005) |
| | • The General Counsel Forum - Austin San Antonio Chapter, Secretary (2011) |
| | • *Commercial Leasing and Strategy* - Monthly Newsletter Editorial Board |
| | • American Bar Association - Real Property, Probate and Trust Law Section |
| | • State Bar of Texas |
| | • State Bar of Georgia |
| | • Missouri Bar Association |
| | **PROFESSIONAL HONORS** |
| | • American College of Real Estate Lawyers (ACREL), Fellow |
| | • "Woman of Influence," Real Estate Forum (2008 - 2009) |
| | • *The Best Lawyers in America,* Real Estate Law (2008 - 2011) |
| | • "Texas Super Lawyer," Thomson Reuters, Legal (2008 - 2011) |
| | • "Profiles in Power," Finalist, *Austin Business Journal* (2008) |
| | • Featured in *New York Times* article, "Women in Commercial Real Estate: Reaching Out to a Strong Network in a Weak Economy" (2008) |
| | **PUBLICATIONS** |
| | Jane has published more than 30 articles on numerous topics and presented papers at the International Council of Shopping Centers (ICSC) Conferences, American College of Real Estate Lawyers (ACREL) meeting, the Georgia Real Property Law Institute, Texas Bar Advanced Commercial Real Estate Seminar and the Mortgage Lending Institute. |
| | Some of her recent publications and speeches include: |
| | • "Overreaching by Lenders and Borrowers: How the Terms of Loan Documents Can Become Tangled and Undone," ALI-ABA, August 3, 2011 |
| | • "Whether Inside or Outside of the U.S. What You Need to Know to Avoid Compliance Fines and Charges from Your Real Estate Projects", RECon |

| FULBRIGHT & Jaworski L.L.P. | **BIOGRAPHY: Jane Snoddy Smith** |
|---|---|
| | ICSC Convention, May 23, 2011 |
| | • "Show Me the Money - Maximizing your Stimulus Dollars," CREWNetwork, San Francisco, CA, October 22, 2010 |
| | • "Pigs Get Fed and Hogs Get Slaughtered - Making Sausage from Butchered Deals," American College of Real Estate Lawyers, Toronto, Canada, October 7, 2010 |
| | • "Ten Things I Hate about My last Deal - What to Do Better Next Time: Practical Advice for Real Estate Lawyers," Mortgage Lending Institute, Dallas, TX and Austin, TX, September 24, and October 15, 2010 |
| | • "Go Green, Get Green: Environmentally Friendly Buildings May Help Property-Owners Survive," *Scotsman Guide*, January 2010 |
| | • "Gains of Building Green in Long Run Can Outweigh Initial Costs," *Austin Business Journal*, November 2009 |
| | • "Greening Real Estate Transactions: What Real Estate Attorneys Should Know About Being Green," Advanced Real Estate Strategies, Texas Bar, Sante Fe, NM, October 16, 2009 |
| | • "On the Ropes: Commercial Real Estate Relationships in Today's Challenging Climate: Considerations for Lenders, Landlords, Tenants, and Brokers," CTCAR, Austin, TX, September 25, 2009 |
| | • "Career Trends and Critical Job Skills in 2010s," ReCon, Las Vegas, NV, May 19, 2009 |
| | • "The Art of Business Conversation in an Increasingly Diverse Business World," ICSC 2008 ReCon, Las Vegas, NV, May 21, 2008; BOMA International Conference, Denver, CO, June 24, 2008; CREW Network Convention, Houston, TX, October 16, 2008 |
| | • "Commercial Leases and Acquisitions: Serving the Unique Needs of Real Estate Investors and Users," (CTCAR - CLE) Instructor, Austin, TX, July 17, 2008 |
| | • "Joint Venture Investing", NAREIM (National Association of Real Estate Investment Managers), Senior Officer Asset/Portfolio Management Discussion Forum, Chicago, IL, April 14, 2008 |
| | • "Four Things Lawyers Should Know About the Margin Tax," *Texas Lawyer*, February 18, 2008 |
| | • "Effective Management of Corporate Real Estate Portfolios," CCIM/IREM Success Series 2007, San Antonio, TX, October 19, 2007 |
| | • "Protecting and Attacking Exclusive Use Provisions in Retail Leases," *Commercial Leasing Law & Strategy*, June 2007 |
| | • "Recent Developments in Real Estate Law," International Council of Shopping Center Law Conference, Orlando, FL, October 2006 |

| **FULBRIGHT** *& Jaworski L.L.P.* | **BIOGRAPHY: Jane Snoddy Smith** |
|---|---|
| *Austin*<br>*Beijing*<br>*Dallas*<br>*Denver*<br>*Dubai*<br>*Hong Kong*<br>*Houston*<br>*London*<br>*Los Angeles*<br>*Minneapolis*<br>*Munich*<br>*New York*<br>*Pittsburgh-Southpointe*<br>*Riyadh*<br>*San Antonio*<br>*St Louis*<br>*Washington, D.C.* | • "How Smart Tenants Lease Brownfields," *Commercial Leasing Law & Strategy*, February 2005<br><br>• "Recent Developments in Real Estate Law," International Council of Shopping Center Law Conference, Orlando, FL, October 2006<br><br>**EDUCATIONAL BACKGROUND**<br>1983 - J.D., Emory University School of Law<br>1976 - M.S., Special Education: Educational & Diagnostic Testing, Vanderbilt University<br>1975 - B.S., Biology, College of William and Mary<br><br>Jane is admitted to practice law in Texas, Georgia and Missouri.<br><br>**INTERESTS**<br>Jane enjoys spending time with her husband and three children. She is dedicated to causes involving the health and development of young adults and advocacy for people with disabilities.<br><br>**CIVIC INVOLVEMENT**<br>• "Fight SMA," a foundation supporting medical research for spinal muscular atrophy, Board Member (1991 - 2009)<br><br>• United Way Law Section Women's Leadership Giving Program (1997 - 2011)<br><br>• Trained Stephen's Minister |

# FULBRIGHT & Jaworski L.L.P.

# BIOGRAPHY: Bryan W. Patrick



**Bryan W. Patrick**
bpatrick@fulbright.com
D: +1 512 536 3180

**Austin**
98 San Jacinto Boulevard
Suite 1100
Austin, TX 78701-4255
T: +1 512 474 5201
F: +1 512 536 4598

**Experience**
- Acquistions and dispositions
- Leases for both landlords and tenants
- Real estate development joint ventures
- General corporate matters

**Industries**
- Real Estate
- Construction and Building Materials
- Retail
- Health Care Products and Services
- Insurance

**Bryan W. Patrick**
**Sr. Associate**

### AREAS OF CONCENTRATION
- Real Estate
- Corporate

### EXPERIENCE
Fulbright & Jaworski L.L.P. Associate Bryan Patrick practices in the firm's Austin office. He focuses on corporate and real estate law.

### REPRESENTATIVE EXPERIENCE

Real Estate:

- Acquisitions and dispositions of warehouses, apartment complexes, shopping centers and various real property assets
- Negotiates leases for both landlords and tenants
- Assists with the formation and negotiation of real estate development joint ventures

Corporate:

- Corporate formation and organization
- Contract preparation and negotiation
- Mergers and acquisitions
- Contract review and due diligence

### PROFESSIONAL ACTIVITIES AND MEMBERSHIPS
- State Bar of Texas
- Real Estate Council of Austin

### PUBLICATIONS
- "5 Things to Understand about the Texas Broker's Lien," *CTCAR Newsletter*, December 2009
- "Leveraging Your Lease in These Turbulent Times," *Commercial Leasing Law and Strategy*, November 2009
- "Potential Tax-Saving Tool: The Cost Segregation Study," *Flick Report*, February / March 2008
- "Protecting and Attacking Exclusive Use Provisions in Retail Leases," *Commercial Leasing Law and Strategy*, June 2007

| FULBRIGHT & Jaworski L.L.P. | **BIOGRAPHY: Bryan W. Patrick** |
|---|---|
| *Austin*<br>*Beijing*<br>*Dallas*<br>*Denver*<br>*Dubai*<br>*Hong Kong*<br>*Houston*<br>*London*<br>*Los Angeles*<br>*Minneapolis*<br>*Munich*<br>*New York*<br>*Pittsburgh-Southpointe*<br>*Riyadh*<br>*San Antonio*<br>*St Louis*<br>*Washington, D.C.* | **SPEECHES**<br>• Panelist, "On The Ropes: Commercial Real Estate Relationships in Today's Challenging Climate: Considerations for Lenders, Landlords, Tenants, and Brokers," CTCAR Presentation, Austin, Texas, September 25, 2009<br><br>• Panelist, "Commercial Leases and Acquisitions: Serving the Unique Needs of Real Estate Investors and Users," CTCAR and CLBA Presentation, Austin, Texas, July 17, 2008<br><br>• Panelist, "Real Estate Development and the Needs of New Corporate America," Lorman Education Seminar, Austin, Texas, February 23, 2007<br><br>**EDUCATIONAL BACKGROUND**<br>2005 - J.D., with honors, University of Texas School of Law<br>1999 - B.B.A., Accounting, Texas A&M University<br><br>While in law school, Bryan was a member of the Texas Law Review. He was admitted to practice law in 2005.<br><br>**INTERESTS**<br>Bryan enjoys college football, basketball and travel.<br><br>**CIVIC INVOLVEMENT**<br>• United Way Capital Area Young Leaders Society (2009 - 2010)<br><br>• Mesa Community Church, Apostolic Team Member (2004 - 2009)<br><br>• Micah 6 Food Pantry, Volunteer (2006 - 2008) |

| **FULBRIGHT & Jaworski L.L.P.** | **BIOGRAPHY: Lucy D. Arnold** |
|---|---|



**Lucy D. Arnold**
larnold@fulbright.com
D: +1 303 801 2705

**Denver**
Republic Plaza
370 17th Street
Suite 2150
Denver, CO 80202-5638
T: +1 303 801 2700
F: +1 303 801 2777

**Lucy D. Arnold**
**Associate**

**AREAS OF CONCENTRATION**
- Litigation
- Corporate

**EXPERIENCE**
Lucy Arnold joined Fulbright & Jaworski L.L.P.'s New York office in 2007, transferring to the Denver office in 2009. Lucy's practice includes both litigation and corporate matters and is focused on energy related issues.

**REPRESENTATIVE EXPERIENCE**
- Lead counsel in representation of non-U.S. oil and gas exploration and development company in disputes with surface owners
- Lead counsel in representation of non-U.S. energy company entry into participation agreement
- Lead counsel in dispute between participants in a participation agreement and joint operating agreement
- Representation of non-U.S. energy companies in asset acquisitions and corporate acquisitions of U.S. oil and gas assets
- Representation of mid-stream gas company in development of new gas processing contracts
- Lead counsel in representation of local medical management company asserting breach of contract claim
- Lead counsel in defense of brokerage house against unauthorized trading claim
- Representation of major gas pipeline company asserting breach of contract claim against the Department of Interior
- Defense of international pharmaceutical company against failure to warn claim
- Lead counsel in defense of real property seller against claim for breach of contract
- Defense of major brokerage house in arbitration with former broker; successfully argue for expungement of broker's record
- Defense of regional oil producer against claim for breach of contract by surface owner
- Defense of major title insurance company against $4 million claim for bad faith breach of insurance contract
- Lead counsel in defense of major monthly publication against defamation

| | |
|---|---|
| **FULBRIGHT** *& Jaworski L.L.P.* | **BIOGRAPHY: Lucy D. Arnold** |
| *Austin*<br>*Beijing*<br>*Dallas*<br>*Denver*<br>*Dubai*<br>*Hong Kong*<br>*Houston*<br>*London*<br>*Los Angeles*<br>*Minneapolis*<br>*Munich*<br>*New York*<br>*Pittsburgh-Southpointe*<br>*Riyadh*<br>*San Antonio*<br>*St Louis*<br>*Washington, D.C.* | claim<br>• Representation of minority shareholder in dispute with closely held corporation<br>• Representation of a Fortune 500 company CEO in state tax audit<br><br>**PROFESSIONAL ACTIVITIES AND MEMBERSHIPS**<br>• Colorado State Bar<br>• New York State Bar<br>• Women in Energy<br>• Women in Sustainable Energy<br><br>**PUBLICATIONS**<br>• "I Didn't Say That!: 'No Oral Modification Clauses in Energy Transactions'," *Western Lands & Energy Newsletter,* March 2011<br><br>**EDUCATIONAL BACKGROUND**<br>2007 - J.D., cum laude and Order of the Coif, University of Washington School of Law<br>1994 - A.B., cum laude, Harvard University<br><br>In law school, Lucy was a managing editor of the *Washington Law Review* and a member of the Student Health Law Organization. She also was a Moot Court Local Mediation Competition winner.<br><br>Lucy is admitted to practice law in the states of New York and Colorado, the Southern District of New York and the District of Colorado.<br><br>**CIVIC INVOLVEMENT**<br>• American Red Cross - AmeriCorps, volunteer |



# FULBRIGHT & Jaworski L.L.P.

## BIOGRAPHY: Benjamin Vetter

**Benjamin Vetter**
bvetter@fulbright.com
D: +1 303 801 2720

**Denver**
Republic Plaza
370 17th Street
Suite 2150
Denver, CO 80202-5638
T: +1 303 801 2700
F: +1 303 801 2777

**Industries**
- *Energy and Utilities*
- *Government*

**Benjamin Vetter**
**Sr. Associate**

### AREAS OF CONCENTRATION
- Litigation
- Environmental
- Western Lands and Energy Practice
- Appellate

### EXPERIENCE
Benjamin Vetter joined the Denver office of Fulbright & Jaworski L.L.P. in 2008, where he works primarily in the Western Lands & Energy and Litigation practice groups.

Before joining Fulbright, Benjamin clerked for Justice Nathan B. Coats, Supreme Court of Colorado, and the Honorable Harris L Hartz, United States Court of Appeals for the Tenth Circuit. Between his clerkships, he worked as an associate in the securities litigation and appellate practice groups at a large Chicago law firm. During his time in Chicago, he gained significant experience representing clients in securities class action litigation. He also gained extensive appellate experience while working on cases on appeal to the Illinois Supreme Court, the Missouri Supreme Court, and the United States Supreme Court.

In recognition of briefing filed before both the United States and Illinois Supreme Courts, Benjamin, along with three other attorneys, was named Pro Bono Advocate of the Year by the Cook County Public Guardian in 2006.

### PROFESSIONAL ACTIVITIES AND MEMBERSHIPS
- North Dakota Bar Association
- Denver Bar Association
- North Dakota Petroleum Council

### PROFESSIONAL HONORS
- Cook County Public Guardian, Pro Bono Advocate of the Year, 2006

### EDUCATIONAL BACKGROUND
2004 - J.D., University of Chicago Law School
1999 - M.A., American Studies, Baylor University
1997 - B.A., English, Pensacola Christian College

While in law school, Benjamin was a member of the *Chicago Law Review*.

He is admitted to practice law in Colorado, Wyoming, North Dakota, and Illinois. He is also admitted to practice before the United States Courts of Appeal for the Seventh and Tenth Circuits, the United States District Courts for the District of

| FULBRIGHT &Jaworski L.L.P. | **BIOGRAPHY: Benjamin Vetter** |
|---|---|
| *Austin*<br>*Beijing*<br>*Dallas*<br>*Denver*<br>*Dubai*<br>*Hong Kong*<br>*Houston*<br>*London*<br>*Los Angeles*<br>*Minneapolis*<br>*Munich*<br>*New York*<br>*Pittsburgh-Southpointe*<br>*Riyadh*<br>*San Antonio*<br>*St Louis*<br>*Washington, D.C.* | Colorado and the Northern District of Illinois. |

**FULBRIGHT & Jaworski L.L.P.**

# BIOGRAPHY: Christopher Weimer



**Christopher Weimer**
cweimer@fulbright.com
D: +1 512 536 4553

**Austin**
98 San Jacinto Boulevard
Suite 1100
Austin, TX 78701-4255
T: +1 512 474 5201
F: +1 512 536 4598

**Christopher Weimer**
**Associate**

### AREAS OF CONCENTRATION
- Litigation
- Securities Litigation and Enforcement Actions
- Intellectual Property and Technology
- Bankruptcy and Insolvency
- Corporate

### EXPERIENCE
Chris joined the Austin office of Fulbright & Jaworski, L.L.P. in 2010. As an associate, Chris focuses his time on a variety of litigation matters. He has drafted pleadings and dispositive motions, coordinated e-discovery, argued to defend privileged material, taken fact depositions and negotiated settlements. He has also participated in trademark, corporate, labor and employment, real estate and health care compliance matters.

### REPRESENTATIVE EXPERIENCE
- Defended national retailer in premises liability action, obtaining a favorable early settlement
- Obtained grant of asylum for torture victim and his family in pro bono representation
- Assisted health care providers in responding to Requests to Examine from the Texas Attorney General
- Helped win transfer of a disputed domain name in proceedings before the National Arbitration Forum
- Prepared entity formation documents for LLCs
- Assisted quick service food chain in protecting international trademark portfolio

### PROFESSIONAL ACTIVITIES AND MEMBERSHIPS
- State Bar of Texas
- U.S. - Mexico Bar Association
- American Bankruptcy Institute

### PUBLICATIONS
- Co-Author, "Supreme Court Finds Adverse Event Reports 'Material' Despite Lack of Statistical Significance," *Fulbright Alert*, March 23, 2011.

### SPEECHES
- Co-Presenter, "An Update and Refresher of Constructing and Proving Damages," 34th Annual Page Keeton Civil Litigation CLE, October 28-29,

| FULBRIGHT & Jaworski L.L.P. | **BIOGRAPHY: Christopher Weimer** |
|---|---|
| *Austin*<br>*Beijing*<br>*Dallas*<br>*Denver*<br>*Dubai*<br>*Hong Kong*<br>*Houston*<br>*London*<br>*Los Angeles*<br>*Minneapolis*<br>*Munich*<br>*New York*<br>*Pittsburgh-Southpointe*<br>*Riyadh*<br>*San Antonio*<br>*St Louis*<br>*Washington, D.C.* | 2010<br><br>**EDUCATIONAL BACKGROUND**<br>2009 – J.D., high honors, The University of Texas School of Law<br>2003 – B.A., History, and American Studies, Wesleyan University<br><br>While in law school, Chris served as an Articles Editor for the *Texas Law Review*, and as the Society Coordinator for the Gus Hodges Society. He was also a member of the U.S. - Mexico Bar Association (UT Law Chapter) and the Order of the Coif.<br><br>Chris is admitted to practice in the State of Texas and the Federal District Court for the Western District of Texas.<br><br>**INTERESTS**<br>Prior to joining Fulbright, Chris worked for several years in Monterrey, Mexico.<br><br>**LANGUAGE CAPABILITIES**<br>• Spanish - Fluent<br>• Portuguese - Limited Proficiency |

# FULBRIGHT & Jaworski L.L.P.

## BIOGRAPHY: Tamsen Barrett



**Tamsen Barrett**
tbarrett@fulbright.com
D: +1 512 536 3123

**Austin**
98 San Jacinto Boulevard
Suite 1100
Austin, TX 78701-4255
T: +1 512 474 5201
F: +1 512 536 4598

**Experience**
- Intellectual property matters
- Domestic and foreign patent prosecution

**Industries**
- Biotechnology
- Health Care Products and Services
- Pharmaceutical Industry

**Tamsen Barrett**
**Associate**

### AREAS OF CONCENTRATION
- Intellectual Property and Technology
- Patent Prosecution
- IP Portfolio Management
- IP Due Diligence

### EXPERIENCE
Tamsen Barrett joined Fulbright & Jaworski L.L.P.'s Austin office in 2007. As an associate, she focuses her practice on intellectual property matters which include both domestic and foreign patent prosecution.

Tamsen's experience includes patent counseling and patent prosecution, with an emphasis in biotechnology related matters. Her practice includes:

- Preparing and prosecuting patent applications relating to biotechnology, pharmaceuticals, renewable energy, and organic chemistry
- Supervising the prosecution of patent applications before many foreign patent offices
- Evaluating new products and processes to determine patentability and advising clients on the same

Prior to joining the firm, Tamsen worked as a registered contract patent agent and served as an intern for the District Court of the Honorable Judge Joy Flowers Conti.

### REPRESENTATIVE EXPERIENCE
- Experience in preparing patent applications, responses to office actions, appeal briefs, examiner interviews and a variety of other related prosecution matters
- Formulating strategies for prosecuting patent applications in foreign jurisdictions
- Assisted with developing strategies and process of IP review and clearance during product development
- Managed the monitoring and maintenance of a company's patent portfolio
- Researched and advised a company on the process of design registration in foreign jurisdictions
- Assisted with due diligence projects for clients looking to acquire or sell intellectual property

### PROFESSIONAL ACTIVITIES AND MEMBERSHIPS

| FULBRIGHT & Jaworski L.L.P. | **BIOGRAPHY: Tamsen Barrett** |
|---|---|
| *Austin*<br>*Beijing*<br>*Dallas*<br>*Denver*<br>*Dubai*<br>*Hong Kong*<br>*Houston*<br>*London*<br>*Los Angeles*<br>*Minneapolis*<br>*Munich*<br>*New York*<br>*Pittsburgh-Southpointe*<br>*Riyadh*<br>*San Antonio*<br>*St Louis*<br>*Washington, D.C.* | • Austin Intellectual Property Association (AIPLA)<br>• US Patent and Trademark Office<br>• State Bar of Texas<br>• State Bar of Minnesota<br><br>**PUBLICATIONS**<br>• "En Banc Federal Circuit Holds Section 112, First Paragraph Does Include A Separate Written Description Requirement," *Fulbright & Jaworski L.L.P. Briefing,* March 26, 2010<br><br>**EDUCATIONAL BACKGROUND**<br>2006 – J.D., University of Pittsburgh<br>2003 – B.S., Biochemistry, Iowa State University<br><br>While in law school, Tamsen was honored as a member of the Order of the Barristers and received the CALI Excellence for the Future Award in Patent Law in 2004. Tamsen also participated in the Giles Rich Moot Court Competition and served as the Vice President to the Student Intellectual Property Law Society.<br><br>Tamsen is admitted to practice in Texas and Minnesota.<br><br>**INTERESTS**<br>Tamsen enjoys scuba diving and following her favorite NHL team, the Minnesota Wild. |

# FULBRIGHT & Jaworski L.L.P.

# BIOGRAPHY: David Joseph Diamond



**David Joseph Diamond**
ddiamond@fulbright.com
D: +1 512 536 2423

**Austin**
98 San Jacinto Boulevard
Suite 1100
Austin, TX 78701-4255
T: +1 512 474 5201
F: +1 512 536 4598

*Austin*
*Beijing*
*Dallas*
*Denver*
*Dubai*
*Hong Kong*
*Houston*
*London*
*Los Angeles*
*Minneapolis*
*Munich*
*New York*
*Pittsburgh-*
*Southpointe*
*Riyadh*
*San Antonio*
*St Louis*
*Washington, D.C.*

**David Joseph Diamond**
**Associate**

### AREAS OF CONCENTRATION
- Litigation
- Intellectual Property and Technology

### EXPERIENCE
David Diamond joined the Austin office of Fulbright & Jaworski L.L.P. in 2010. As an associate, David focuses his practice on litigation and intellectual property matters. He has also participated in labor and employment matters as well as FCPA and international anti-corruption matters.

In his litigation experience, David has been involved in toxic tort matters, real estate and construction litigation, and insurance class actions. Additionally, David's intellectual property experience includes trademark litigation in federal district court, opposition proceedings before the Trademark Trial and Appeal Board, and advising clients in trademark policing. Through his pro bono practice, David has assisted in the representation of criminal clients in federal district court.

### PROFESSIONAL ACTIVITIES AND MEMBERSHIPS
- State Bar of Texas
- Austin Bar Association
- Austin Young Lawyers Association

### EDUCATIONAL BACKGROUND
2010 - J.D., Yale Law School
2007 - B.A., summa cum laude, Economics, Wake Forest University

While in law school, David was a Senior Editor for the *Yale Law Journal*.

### INTERESTS
When not focused on his clients, David enjoys backpacking, swimming and ACC basketball.

# FULBRIGHT & Jaworski L.L.P.

# BIOGRAPHY: Todd Ryan Hambidge



**Todd Ryan Hambidge**
thambidge@fulbright.com
D: +1 212 318 3010

**New York**
666 Fifth Avenue
New York, NY 10103-3198
T: +1 212 318 3000
F: +1 212 318 3400

**Experience**
- *General litigation*
- *Arbitration*
- *Trademark prosecution*
- *Trademark litigation*
- *Patent litigation*

*Austin*
*Beijing*
*Dallas*
*Denver*
*Dubai*
*Hong Kong*
*Houston*
*London*
*Los Angeles*
*Minneapolis*
*Munich*
*New York*
*Pittsburgh-Southpointe*
*Riyadh*
*San Antonio*
*St Louis*
*Washington, D.C.*

**Todd Ryan Hambidge**
**Associate**

### AREAS OF CONCENTRATION
- Litigation
- Arbitration
- Intellectual Property and Technology
- Trademarks

### EXPERIENCE
Todd Hambidge joined the New York office of Fulbright & Jaworski L.L.P. in 2007. As an associate, he works with the firm's Intellectual Property and Litigation practices. Todd's experience includes:

- Conducting research and drafting memoranda and briefs for patent, trademark, privacy, and general litigation
- Drafting complaints and other pleadings for trademark and general litigation
- Drafting interrogatories and document requests and responses to same
- Managing litigation discovery
- Drafting lines of questioning for cross-examination
- Prosecution of trademark and copyright applications
- Assisting in opposition and cancellation proceedings
- Assisting in management of foreign trademark portfolios
- Assisting in enforcing trademark and copyright rights through cease and desist letters and Notice and Takedown letters
- Negotiating and drafting settlement, coexistence, and licensing agreements
- Conducting trademark due diligence

### PROFESSIONAL ACTIVITIES AND MEMBERSHIPS
- International Trademark Association (INTA)
- New York County Bar Association
- American Bar Association
  - Trademark Litigation Committee
  - IP Licensing Committee

### PUBLICATIONS
- "Containing Online Copyright Infringement: Use of the Digital Millennium Copyright Act's Foreign Site Provision to Block U.S. Access to Infringing Foreign Websites," *Vanderbilt Law Review*, Volume 60, Page 905, 2007

| FULBRIGHT<br>&Jaworski L.L.P. | **BIOGRAPHY: Todd Ryan Hambidge** |
|---|---|
| | **EDUCATIONAL BACKGROUND**<br>2007 - J.D., Vanderbilt University Law School<br>2004 - B.A., magna cum laude, Political Science, DePauw University<br><br>As an undergraduate, Todd was a member of Phi Beta Kappa and a Frees Management Scholar. During law school, Todd participated in Mock Trial and was the Notes Development Editor of the *Vanderbilt Law Review*. In addition to being admitted to practice in the State of New York, Todd is admitted to practice in New York's Southern and Eastern District Courts. |