# FULBRIGHT & Jaworski L.L.P.

# BIOGRAPHY: S. A. Hayden Briggle



**S. A. Hayden Briggle**
hbriggle@fulbright.com
D: +1 512 536 2410

**Austin**
98 San Jacinto Boulevard
Suite 1100
Austin, TX 78701-4255

*Austin*
*Beijing*
*Dallas*
*Denver*
*Dubai*
*Hong Kong*
*Houston*
*London*
*Los Angeles*
*Minneapolis*
*Munich*
*New York*
*Pittsburgh-Southpointe*
*Riyadh*
*San Antonio*
*St Louis*
*Washington, D.C.*

**S. A. Hayden Briggle**
Associate

## AREAS OF CONCENTRATION
- Corporate
- Health
- Litigation

## EXPERIENCE
Hayden Briggle is an associate in Fulbright & Jaworski L.L.P.'s Austin office. He focuses his practice on corporate law, health care law and litigation matters.

## EDUCATIONAL BACKGROUND
2007 - J.D., honors, The University of Texas School of Law
2004 - M.P.A., Masters in Professional Accounting, The University of Texas at Austin
2002 - B.A., honors, Plan II and Spanish, The University of Texas at Austin

While in law school, Hayden was a member of the *Texas Law Review*.

He is admitted to practice law in Texas.

## INTERESTS
Hayden enjoys all sports, especially football, hunting and golf.



# FULBRIGHT
## &Jaworski L.L.P.

# BIOGRAPHY: Jerod Christopher Neas

**Jerod Christopher Neas**
jneas@fulbright.com
D: +1 512 536 2454

**Austin**
98 San Jacinto Boulevard
Suite 1100
Austin, TX 78701-4255
T: +1 512 474 5201
F: +1 512 536 4598

**Industries**
- *Banking and Finance*
- *Energy and Utilities*

*Austin*
*Beijing*
*Dallas*
*Denver*
*Dubai*
*Hong Kong*
*Houston*
*London*
*Los Angeles*
*Minneapolis*
*Munich*
*New York*
*Pittsburgh-Southpointe*
*Riyadh*
*San Antonio*
*St Louis*
*Washington, D.C.*

**Jerod Christopher Neas**
**Counsel**

### AREAS OF CONCENTRATION
- Corporate

### EXPERIENCE
Jerod Neas joined the Austin office of Fulbright & Jaworski L.L.P. in 2007. As an associate, he works with the firm's corporate practice group.

### PUBLICATIONS
- "*Dura* Duress: Loss Causation Under Rule 10b-5," 78 U. Colo. L. Rev. 347 (2007)

### EDUCATIONAL BACKGROUND
2007 - J.D., University of Colorado
2004 - B.S., high distinction, University of Colorado

While in law school, Jerod was an associate editor of the *University of Colorado Law Review*.



# BIOGRAPHY: Holly Marie Kipp



**Holly Marie Kipp**
hkipp@fulbright.com
D: +1 512 536 5267

**Austin**
98 San Jacinto Boulevard
Suite 1100
Austin, TX 78701-4255
T: +1 512 474 5201
F: +1 512 536 4598

**Experience**
- Litigation Readiness
- Reviewing and producing documents
- Analyzing due diligence
- Preparing document retention policies

**Industries**
- Banking and Finance
- Pharmaceutical Medical Devices
- Insurance

- *Austin*
  *Beijing*
  *Dallas*
  *Denver*
  *Dubai*
  *Hong Kong*
  *Houston*
  *London*
  *Los Angeles*
  *Minneapolis*
  *Munich*
  *New York*
  *Pittsburgh-Southpointe*
  *Riyadh*
  *San Antonio*
  *St Louis*
  *Washington, D.C.*

**Holly Marie Kipp**
**Associate**

**AREAS OF CONCENTRATION**
- Litigation
- Pharmaceutical and Medical Devices

**EXPERIENCE**
Fulbright & Jaworski L.L.P. counsel Holly Kipp focuses her practice on complex litigation emphasizing pharmaceutical and commercial litigation. She is experienced in litigation readiness, preparing document retention policies and litigation holds, the processing, review and production of electronic documents, analyzing due diligence, and other matters.

**PROFESSIONAL ACTIVITIES AND MEMBERSHIPS**
- State Bar of Texas

**PUBLICATIONS**
- Co-Author with Lana Varney, "Seeing Is Believing: Trial Exhibits That Work," IADC 2009 Midyear Meeting, Carlsbad, California, February 21, 2009

- Co-Author with Lana Varney, "Causation and the Role of Meta-Analysis in Product Liability Litigation," 2008 Page Keeton Civil Litigation Conference, Austin, Texas, October 31, 2008

- Co-Author with Lana Varney, "Demonstrative Evidence: The Jury Hears What it Sees", presented at the 2008 SBOT 21st Annual Advanced Evidence and Discovery Course, April 24-25, 2008, Houston, Texas, and May 22-23, 2008, San Antonio, Texas

- Co-Author with Terry Tottenham, "Pharmaceutical Mass Tort Litigation Update," presented at the 14th Annual AdvaMed Medical Malpractice Course, Santa Fe, New Mexico, March 15-16, 2007

**SPEECHES**
- "I Know That's What I Wrote, But It's Not What I Meant: Avoiding The E-Mail Trap," Presented at the Healthcare Businesswomen's Association Leadership Conference, November 6, 2008

**EDUCATIONAL BACKGROUND**
2006 - J.D., The University of Texas School of Law, Austin, Texas
2002 - B.A., Political Science, Texas A&M University

While in law school, Holly worked as Staff Editor for the *Texas Review of Entertainment and Sports Law*.



# BIOGRAPHY: Leaf Dilts McGregor



**Leaf Dilts McGregor**
smcgregor@fulbright.com
D: +1 612 321 2239

**Minneapolis**
2100 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2112
T: +1 612 321 2800
F: +1 612 321 2288

**Industries**
- *Energy and Utilities*
- *Construction and Building Materials*
- *Education*

**Leaf Dilts McGregor**
**Associate**

### AREAS OF CONCENTRATION
- Litigation
- e-Discovery and Information Governance
- Labor and Employment

### EXPERIENCE
Leaf Dilts McGregor joined the Minneapolis office of Fulbright & Jaworski L.L.P. in 2008. As an associate, he works in the litigation department.

### REPRESENTATIVE EXPERIENCE
Leaf has recently:

- Defended class actions, successfully avoiding certification
- Defended several claims based on federal consumer lending regulations, including FDCPA, FCRA, RESPA and TILA actions
- Brought complex commercial foreclosure actions
- Defended complex commercial eviction action
- Managed review and production of e-discovery in several cases
- Helped coordinate a large, international, internal investigation
- Successfully drafted and argued dispositive motions
- Obtained receivership in complex commercial foreclosure actions

### PROFESSIONAL ACTIVITIES AND MEMBERSHIPS
- The Federal Bar Association
- The State Bar of Minnesota
- Adjunct Professor, University of Minnesota Law School, Legal Research and Writing (2010 - 2011)

### PUBLICATIONS
- Co-author with Cynthia Bremer, "Using Negotiation and Settlement Skills to Your Tactical Advantage," Minnesota CLE, March 3, 2010
- Co-author with Ronn Kreps and Meika Vogel, "The Smoking Gun (in 140 Characters or Less): Getting Your E-Discovery into Evidence at Trial or on Summary Judgment," *Minnesota CLE*, August 2009
- Co-author with Cynthia Bremer, "8th Circuit Update," *2009 Upper Midwest Employment Law Institute*, May 28, 2009

### EDUCATIONAL BACKGROUND

| FULBRIGHT &Jaworski L.L.P. | **BIOGRAPHY: Leaf Dilts McGregor** |
|---|---|
| *Austin*<br>*Beijing*<br>*Dallas*<br>*Denver*<br>*Dubai*<br>*Hong Kong*<br>*Houston*<br>*London*<br>*Los Angeles*<br>*Minneapolis*<br>*Munich*<br>*New York*<br>*Pittsburgh-Southpointe*<br>*Riyadh*<br>*San Antonio*<br>*St Louis*<br>*Washington, D.C.* | 2008 - J.D., magna cum laude, University of Minnesota<br>1998 - B.A., with honors, English, Illinois State University<br><br>Leaf is admitted to practice law in Minnesota State Court and in Federal Court in the District of Minnesota.<br><br>**INTERESTS**<br>Leaf enjoys running, cycling, reading and traveling. |



# BIOGRAPHY: Mary W. Murchison



**Mary W. Murchison**
mmurchison@fulbright.com
D: +1 512 536 2428

**Austin**
98 San Jacinto Boulevard
Suite 1100
Austin, TX 78701-4255
T: +1 512 474 5201
F: +1 512 536 4598

*Austin*
*Beijing*
*Dallas*
*Denver*
*Dubai*
*Hong Kong*
*Houston*
*London*
*Los Angeles*
*Minneapolis*
*Munich*
*New York*
*Pittsburgh-Southpointe*
*Riyadh*
*San Antonio*
*St Louis*
*Washington, D.C.*

**Mary W. Murchison**
**Project Assistant**

### AREAS OF CONCENTRATION
- Intellectual Property and Technology
- Corporate

### EXPERIENCE
A Project Assistant in Fulbright & Jaworski L.L.P's Intellectual Property & Technology Department, Mary focuses on U.S. and international trademark prosecution, litigation and general enforcement matters on behalf of a wide variety of clients in a several industries.

### REPRESENTATIVE EXPERIENCE
- Manage national and international trademark prosecution portfolios for clients from the clearance search stage through post-registration maintenance
- Maintain daily communications with clients regarding their trademark prosecution matters
- Audit and inventory incoming trademark portfolios
- Coordinate client corporate filings with Secretary of State
- Research and retrieval of corporate and other statutory documents from numerous state agencies
- Maintain numerous dockets and enforcement files
- Internet research
- Electronic document filing

### PROFESSIONAL ACTIVITIES AND MEMBERSHIPS
- Lexis-Nexis Level I Certificate of Mastery in Initial Case Analysis, Site Checking, Locating and Profiling People, and Corporate and Financial Research

### EDUCATIONAL BACKGROUND
1994 - B.A., Liberal Arts, St. Edwards University

### CIVIC INVOLVEMENT
- Paramount Theatre's 95th & State Theatre's 75th Anniversary Gala, auction committee (2011)
- HeartGift Foundation, committee member (2010)
- Volunteer Adult Literacy Instructor, Literacy Austin (2005 - 2007)

| | |
|---|---|
| **FULBRIGHT & Jaworski L.L.P.** | **BIOGRAPHY: Jennifer Sherrill** |



**Jennifer Sherrill**
jsherrill@fulbright.com
D: +1 512 536 5249

**Austin**
98 San Jacinto Boulevard
Suite 1100
Austin, TX 78701-4255
T: +1 512 474 5201
F: +1 512 536 4598

**Experience**
- *Commercial and multi-family residential property sales and purchases*
- *Construction matters*
- *Commercial leasing*
- *Property-related disputes and litigation*
- *Alternate/sustainable energy projects*

**Industries**
- *Real Estate*
- *Manufacturing*
- *Health Care Products and Services*
- *Consumer Products*
- *Alternative Energy*
- *Manufacturing*

**Jennifer Sherrill**
**Counsel**

**AREAS OF CONCENTRATION**
- Real Estate
- Litigation
- Corporate
- Mergers & Acquisitions

**EXPERIENCE**
As counsel in Fulbright & Jaworski L.L.P.'s Austin location, Jennifer Sherrill focuses her practice on real estate matters. Jennifer's experience includes commercial and multi-family residential property sales and purchases, construction matters, commercial leasing, green development projects, property-related disputes, litigation, environmental issues, oil and gas matters, sustainable/alternate energy and wind energy development projects. She is a member of Fulbright's Change in Climate Practice Group.

Before joining Fulbright in 2006, Jennifer was Assistant General Counsel, Litigation Counsel and Director of Real Estate for a Fortune 500 manufacturing company. She was second in command for all litigation and was responsible for internal investigations and compliance matters. As Director of Real Estate, she managed a portfolio of more than 550 leased and owned properties, both domestic and international. In that capacity, and currently as outside counsel for that company, she coordinates the disposition of the company's excess properties in the U.S. and several countries, and has developed a property auction protocol to facilitate that effort.

**PROFESSIONAL ACTIVITIES AND MEMBERSHIPS**
- CREW Network
    - CREW Network Communication and Editorial Committee (2010)
    - CREW Network Recognition Committee (2009)
- CREW Austin, Inc
    - Commercial Real Estate Leadership Conference (2009)
    - Board of Directors (2008 - 2010)
        - Treasurer (2010 - 2011)
        - Secretary (2009 - 2010)
    - Co-Chair, Foundation (Advisor CREW Careers/U CREW) (2008 - 2009)
    - Co-Chair CREW Careers (2007 - 2008)
- Central Texas Commercial Association of Real Estate Professionals

| FULBRIGHT & Jaworski L.L.P. | **BIOGRAPHY: Jennifer Sherrill** |
|---|---|
| | <ul><li>Board of Directors (2008 - 2011)</li><li>Education Committee (2008 - 2010)</li><li>Residential Outreach Committee (2009 - 2010)</li><li>Liaison between CTCAR and CREW Austin, Inc.</li></ul><ul><li>Real Estate Counsel of Austin</li><li>Missouri Bar Association</li><li>Texas Bar Association</li></ul>**PROFESSIONAL HONORS**<ul><li>Nominated for "20 Under 40," CREW Network, Inc. (May 2009)</li></ul>**PUBLICATIONS**<ul><li>"Making the Corporate Cut," *Commercial Investment Real Estate Magazine*, May/June 2008.</li></ul>**SPEECHES**<ul><li>"Green-- It's the New Black: Future of Green -- Considerations for the Real Estate Professional", Moderator, 2010 CREW Network Convention, San Francisco, California, October 21, 2010</li><li>"On the Ropes: Commercial Real Estate Relationships in Today's Challenging Climate: Considerations for Lenders, Landlords, Tenants, and Brokers," Moderator, Central Texas Commercial Association of Realtors (CTCAR), Austin, Texas, September 25, 2009</li><li>"Not Easy Being Green," Panelist, CREW Austin, Austin, Texas, June 16, 2009</li><li>"Effective Management of Corporate Real Estate Portfolios," 2008 CREW Network Convention, Houston, Texas, October 16, 2008</li><li>"Commercial Leases and Acquisitions: Serving the Unique Needs of Real Estate Investors and Users," Instructor, Austin, Texas, July 17, 2008</li><li>"Effective Management of Corporate Real Estate Portfolios," Panelist, Success Series 2007 by CCIM & IREM, San Antonio, Texas, October 19, 2007</li><li>"Real Estate Development and the Needs of the New Corporate America," Panelist, Lorman Education Seminar, Austin, Texas, February 23, 2007</li><li>"The Top Ten Things You Should Do and Shouldn't Do in Managing Corporate Real Estate," Panelist, ACCA Austin chapter meeting, Austin, Texas, February 15, 2007</li></ul>**EDUCATIONAL BACKGROUND**<br>1995 - J.D., The University of Texas School of Law |

| FULBRIGHT & Jaworski L.L.P. | **BIOGRAPHY: Jennifer Sherrill** |
|---|---|
| *Austin*<br>*Beijing*<br>*Dallas*<br>*Denver*<br>*Dubai*<br>*Hong Kong*<br>*Houston*<br>*London*<br>*Los Angeles*<br>*Minneapolis*<br>*Munich*<br>*New York*<br>*Pittsburgh-Southpointe*<br>*Riyadh*<br>*San Antonio*<br>*St Louis*<br>*Washington, D.C.* | 1992 - B.A., The University of Texas<br><br>Jennifer was a law clerk to former Texas Supreme Court Judge Lloyd Doggett. She is admitted to practice law in Texas and Missouri.<br><br>**INTERESTS**<br>Jennifer enjoys spending time with her husband and four children, snow skiing, traveling, running, reading and listening to live music.<br><br>**CIVIC INVOLVEMENT**<br>• American Lung Associate (Austin Chapter)<br>• Board Member (2010) |



# FULBRIGHT & Jaworski L.L.P.

# BIOGRAPHY: Travis J. Siebeneicher

**Travis J. Siebeneicher**
tsiebeneicher@fulbright.com
D: +1 512 536 4585

**Austin**
98 San Jacinto Boulevard
Suite 1100
Austin, TX 78701-4255
T: +1 512 474 5201
F: +1 512 536 4598

**Experience**
- *Real estate and corporate matters*

**Industries**
- *Real Estate*

**Travis J. Siebeneicher**
**Sr. Associate**

**AREAS OF CONCENTRATION**
- Real Estate
- Corporate
- Alternative Energy
- Climate Change
- Bankruptcy and Insolvency

**EXPERIENCE**
Travis Siebeneicher focuses his practice on transactional law with a focus on real estate and corporate matters. Travis's experience includes assisting with the representation of clients related to the following:

- Purchase, sale, financing and development of office, industrial, shopping center and multi-family residential projects
- Formation of joint ventures with equity and debt interests in commercial real estate projects
- Construction matters
- Commercial leasing and subleasing (tenant and landlord)
- Leasing and development of health care projects
- The development of sustainable–alternative energy projects

**PROFESSIONAL ACTIVITIES AND MEMBERSHIPS**
- Austin Bar Association
    - Real Estate Section – Board of Directors (2008-2009)
- Austin Young Lawyers Association
- Real Estate Counsel of Austin
    - Transportation Committee
    - Affordable Housing Committee
- Texas Bar Association

**PUBLICATIONS**
- Co-author, "Siting Projects in the U.S.," *US-China Quarterly Market Review*, a collaborative report by American Council on Renewable Energy (ACORE) and Chinese Renewable Energies Industries Association (CREIA), May 2011
- Co-author with Ronald J. Mann, "Just One Click: The Reality of Internet Retail Contracting," 108 Columbia Law Review 984, May 2008
- Co-author with Jane Snoddy Smith, "Preparing Form Leases for Mixed-Use

Case 1:09-cv-00799-SJJ-KLM Document 199-28 Filed 09/19/11 USDC Colorado Page 36 of 36

# FULBRIGHT & Jaworski L.L.P.

**BIOGRAPHY: Travis J. Siebeneicher**

Projects," 21 Commercial Leasing Law & Strategy 1, June 2008

**SPEECHES**

- Co-panelist with Jerry Converse, "Acquisition Letters of Intent: The What, Why, When and How," Commercial Leases and Acquisitions: Serving the Unique Needs of Real Estate Investors and Users (CTCAR-CLE), Austin, Texas, July 17, 2008

- Co-panelist with Amy Mitchell, "How to Add Value Negotiating Work Letters," Commercial Leases and Acquisitions: Serving the Unique Needs of Real Estate Investors and Users (CTCAR-CLE), Austin, Texas, July 17, 2008

- Panelist, "Real Estate Development and the Needs of New Corporate America," Lorman Education Seminar, Austin, Texas, February 23, 2007

**EDUCATIONAL BACKGROUND**
2006 - J.D., high honors, University of Texas School of Law
2003 - B.B.A., summa cum laude, Economics, Texas State University

While in law school, Travis was an Articles Editor for the *Texas Law Review*; a fellow in the Center for Law, Business, & Economics; and a member of the Order of the Coif and of the University of Texas Chancellors. Travis is admitted to practice law in Texas.

*Austin*
*Beijing*
*Dallas*
*Denver*
*Dubai*
*Hong Kong*
*Houston*
*London*
*Los Angeles*
*Minneapolis*
*Munich*
*New York*
*Pittsburgh-Southpointe*
*Riyadh*
*San Antonio*
*St Louis*
*Washington, D.C.*