```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX041798
Cashier ID: sq
Transaction Date: 09/30/2011
Payer Name: BROOK GRIPP
--------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: BROOK GRIPP
 Amount:         $455.00
--------------------------------
CREDIT CARD
 Amt Tendered:   $455.00
--------------------------------
Total Due:       $455.00
Total Tendered:  $455.00
Change Amt:      $0.00

09-CV-799

A fee of $45.00 will be assessed on
any returned check.
```