IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-00799-ZLW-KLM (SJ)

GRANITE SOUTHLANDS TOWN CENTER LLC,

Plaintiff,

v.

ALBERTA TOWN CENTER, LLC AND
LAND TITLE GUARANTEE COMPANY,

Defendants.

---

**PLAINTIFF GRANITE SOUTHLANDS TOWN CENTER LLC'S WITHDRAWAL OF ITS REQUEST FOR PRELIMINARY INJUNCTION**

---

COMES NOW Plaintiff Granite Southlands Town Center LLC, by and through its undersigned attorneys, and withdraws its request for a preliminary injunction.

Based upon information obtained during Alberta's deposition on October 3, 2011, and the previously withheld information that Alberta's counsel finally revealed to this Court at the October 4, 2011 preliminary injunction hearing, it appears to Plaintiff that the preliminary injunction sought against Alberta would serve no purpose. The evidence shows Alberta transferred and disbursed all available funds from the Callison settlement before (the day before) this Court could issue the Temporary Restraining Order. Although Granite finds this behavior extremely unsavory and demonstrative of the need for the Temporary Restraining Order in the first place, Granite does not wish to waste this Court's time or resources to enjoin the distribution of funds that we now know already are gone.

In the interest of relieving the Court and the Court's staff of the burden of deciding this issue, Plaintiff hereby withdraws its request for a preliminary injunction, without prejudice as to its rights to seek other or further relief in relation to Alberta's acts or omissions.

DATED: October 5, 2011.

Respectfully submitted,

*/s/ Paul Trahan*________________________

OSBORNE J. DYKES, III
BENJAMIN M. VETTER
FULBRIGHT & JAWORSKI L.L.P.
370 Seventeenth Street, Suite 2150
Denver, CO 80202
(303) 801-2700 – Telephone
(303) 801-2777 – Facsimile
jdykes@fulbright.com
bvetter@fulbright.com

PAUL TRAHAN
FULBRIGHT & JAWORSKI L.L.P.
600 Congress Avenue, Suite 2400
Austin, TX 78701
(512) 474-5201 – Telephone
(512) 536-4598 – Facsimile
ptrahan@fulbright.com
**COUNSEL FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of October, 2011, the foregoing was served on all counsel of record as follows:

Stuart N. Bennett — sbennett@joneskeller.com
Steven Kabler — skabler@joneskeller.com
JONES & KELLER, P.C.
1999 Broadway, Suite 3150
Denver, CO 80202
*Attorneys for Alberta Town Center, LLC*
***Via e-mail and Fax***

Stephen L. Waters — swaters@rwolaw.com
Kimberly A. Bruetsch — kbruetsch@rwolaw.com
ROBINSON WATERS & O'DORISIO, P.C.
1099 18th Street, Suite 2600
Denver, CO 80202
*Attorneys for Land Title Guarantee*
***Via e-mail and Fax***

*/s/ Paul Trahan*______________________________