# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-00799-ZLW-KLM

GRANITE SOUTHLANDS TOWN CENTER, LLC,

        Plaintiff

v.

ALBERTA TOWN CENTER, LLC,
LAND TITLE GUARANTEE COMPANY,

        Defendants.

## ORDER GRANTING DEFENDANT ALBERTA TOWN CENTER, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND EXPENSES

The matter before the Court is Defendant Alberta Town Center, LLC's ("Alberta") Unopposed Motion for Extension of Time to Respond to Plaintiff's Motion for Attorneys' Fees and Expenses ("Unopposed Motion"). The Court, being advised in the premises, hereby

ORDERS that Alberta's Unopposed Motion is GRANTED. Alberta shall have until and including October 20, 2011 to respond to Plaintiff Granite Southland Town Center, LLC's Motion for Attorneys' Fees and Expenses.

DATED at Denver, Colorado, this _____ day of October, 2011.

BY THE COURT:

_____
United States District Court Judge