# EXHIBIT A



Land Title
GUARANTEE COMPANY

FULBRIGHT & JAWORSKI
AUSTIN, TEXAS

MAR 1 0 2009

RECEIVED

March 6, 2009

Mr. Donald G. Provost
Alberta Town Center, LLC
c/o Alberta Development Partners
5460 S. Quebec Street, Suite 100
Englewood, CO 80111

Mr. Andrew Piekarski
GRANITE SOUTHLANDS TOWN CENTER LLC
c/o BlackRock Realty Advisors, Inc.
300 Campus Drive, 3rd Floor
Florham Park, NJ 07932

RE:    LTGC Escrow No. AC70210076
       Estoppel Escrow

Gentlemen:

Land Title Guarantee Company is receipt of various letters making demand from both Albert Town Center, LLC and Granite Southlands Town Center, LLC for the funds held in connection with the above referenced file.

Please be advised that these letters contain conflicting instructions and we are not able to comply with the demand instructions. Land Title is in the process of having the funds interplead with the Courts. The escrowed funds will remain in escrow pending final resolution of this matter.

If you should need any additional information concerning this matter, please feel free to contact me directly.

Sincerely,

Thomas J. Blake
Assistant Vice President

3033 East First Avenue

Suite 600

Denver, CO 80206

303-321-1880

Fax 303-329-0749

cc:    Jane Snoddy Smith – Fulbright & Jaworski LLP
       Drew C. Flowers – Gibson, Dunn & Crutcher LLP
       Leigh Renfro – Land Title Guarantee Company