# EXHIBIT B



**Land Title**
GUARANTEE COMPANY

March 11, 2009

US Mail and Fax – 303-771-4086

Alberta Town Center, LLC
Attn: Donald G. Provost
c/o Alberta Development Partners
5460 S. Quebec Street, Suite 100
Englewood, CO 80111

US Mail and Fax – 213-229-6885

Gibson, Dunn & Crutcher LLP
Attn: Drew Flowers
333 S. Grand Avenue
Los Angles, CA 90071

US Mail and Fax – 646-521-4965

Granite Southlands Town Center, LLC
Attn: Christopher Silva
c/o BlackRock Realty Advisors, Inc.
300 Campus Drive, 3rd Floor
Florham Park, NJ 07932

US Mail and Fax – 512-536-4598

Fulbright & Jaworski L.L.P.
Attn: Jane S. Smith
600 Congress Avenue, Suite 2400
Austin, TX 78701

RE:     LTGC Escrow No. AC70210076
          Estoppel Escrow
          Dispute Notice

To Whom It May Concern:

Land Title Guarantee Company is in receipt of various letters making demand from Alberta Town Center, LLC and Granite Southland Town Center, LLC for the funds held in connection with the above referenced file.

Pursuant to section 4.1 of the escrow agreement, this letter shall serve as the required 30-day notice to all parties of our intention to interplead the escrow.

If you should need any additional information, please feel free to contact me directly.

Sincerely,

Thomas J. Blake
Assistant Vice President

tjb/
cc:     Leigh Renfro – Land Title
        File

3033 East First Avenue

Suite 600

Denver, CO 80206

303-321-1880

Fax 303-329-0749