# EXHIBIT C

| | |
|---|---|
| From: | Kimberly A. Bruetsch [kbruetsch@rwolaw.com] |
| Sent: | Monday, June 14, 2010 6:01 PM |
| To: | Trahan, Paul; Dykes, Jeff; Stuart N. Bennett |
| Cc: | Kristi Kellow |
| Subject: | RE: Document Request - Granite/Alberta |

Paul,

Per your request, here is a break down of the fees.  The total as of the last billing period was $10,421.

| | |
|---|---|
| April 2009 | $456.00 |
| May 2009 | $1423.50 |
| June 2009 | $1238.00 |
| July 2009 | $1391.00 |
| August 2009 | $120.00 |
| September 2009 | $1584.00 |
| October 2009 | $1570.00 |
| November 2009 | $594.50 |
| December 2009 | $192.00 |
| January 2010 | $939.00 |
| April 2010 | $607.00 |

Costs: $306.00

Thanks
Kim


-----Original Message-----
From: Trahan, Paul [mailto:ptrahan@fulbright.com]
Sent: Monday, June 14, 2010 8:18 AM
To: Kimberly A. Bruetsch
Subject: RE: Document Request - Granite/Alberta

Kim,

Thanks for these documents.  With respect to legal fees, can you at least provide a break down of what fees were incurred when, by month?

Paul

Paul Trahan, Partner
Fulbright & Jaworski L.L.P. . 600 Congress Avenue, Suite 2400 . Austin, Texas 78701-2978
T: 512 536 5288 . F: 512 536 4598 . ptrahan@fulbright.com . www.fulbright.com/ptrahan


-----Original Message-----
From: Kimberly A. Bruetsch [mailto:kbruetsch@rwolaw.com]
Sent: Friday, June 11, 2010 12:16 PM
To: Trahan, Paul; Stuart N. Bennett; Dykes, Jeff
Cc: Kristi Kellow

1

Subject: Document Request - Granite/Alberta

Paul,

Per your request, attached please find the documents from Land Title's file and accounting that you requested.
If an agreement is reached regarding the interpleader and dismissal, the legal invoices will be provided at that time.

Thanks
Kim

Robinson Waters & O'Dorisio, P.C.
1099 18th Street, Suite 2600
Denver, Colorado 80202
Telephone: 303-297-2600
Facsimile: 303-297-2750

==========================================
This electronic mail transmission and any accompanying documents contain information belonging to the sender which may be confidential and legally privileged.  This information is intended only for the use of the individual or entity to whom this electronic mail transmission was sent as indicated above.  Any disclosure, copying, distribution or action taken in reliance on the contents of the information contained in this transmission is strictly prohibited.  If you have received this transmission in error, please delete the message and notify us by calling 303-297-2600 or e-mailing kkellow@rwolaw.com.  Thank you.
==========================================




This email message and any attachments are for the sole use of the intended recipient(s). Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and any attachments.

To reply to our email administrator directly, send an email to postmaster@fulbright.com.

2