# EXHIBIT D



```
Comments

Primary Party    ALBERTA DEVELOPMENT PARTNERS LLC
Address          SOUTHLANDS TOWN CENTER
Description      Exchange Proceeds LTEC INFO
Date Printed     04-26-2010
Current Balance  $650,000.00

            Activity Report for Escrow      AC70210076
```

| Active Date | Check | Activity Description | Depos & Int | Disb & Corr |
|---|---|---|---|---|
| 12-16-2008 |  | DEP CK 6178800 | 650,000.00 |  |
| 12-31-2008 |  | INT | 326.80 |  |
| 01-09-2009 | 6185862 | ALBERTA DEVELOPMENT |  | 326.80 |
| 01-30-2009 |  | INT | 615.73 |  |
| 02-06-2009 | 6195842 | ALBERTA DEVELOPMENT |  | 615.73 |
| 02-28-2009 |  | INT | 556.16 |  |
| 03-31-2009 |  | INT | 616.12 |  |
| 04-02-2009 | 6219529 | ALBERTA DEVELOPMENT |  | 1,172.28 |
| 04-30-2009 |  | INT | 595.84 |  |
| 05-11-2009 | 6235431 | ALBERTA DEVELOPMENT |  | 595.84 |
| 05-31-2009 |  | INT | 615.86 |  |
| 06-17-2009 | 6254942 | ALBERTA DEVELOPMENT |  | 615.86 |
| 06-30-2009 |  | INT | 596.22 |  |
| 07-13-2009 | 6266297 | ALBERTA DEVELOPMENT |  | 596.12 |
| 07-31-2009 |  | INT | 615.90 |  |
| 08-05-2009 | 6276522 | ALBERTA DEVELOPMENT |  | 616.00 |
| 08-31-2009 |  | INT | 615.70 |  |
| 09-16-2009 | 6289827 | ALBERTA DEVELOPMENT |  | 615.70 |
| 09-30-2009 |  | INT | 576.24 |  |
| 10-08-2009 | 6297488 | ALBERTA DEVELOPMENT |  | 576.24 |
| 10-31-2009 |  | INT | 615.83 |  |
| 11-04-2009 | 0 | BANK 9-30 INT ERROR |  | 576.24 |
| 11-04-2009 |  | BANK 9-30 INT CORR | 596.10 |  |
| 11-04-2009 | 6306568 | ALBERTA DEVELOPMENT |  | 635.69 |
| 11-30-2009 |  | INT | 541.69 |  |
| 12-14-2009 | 6317823 | ALBERTA DEVELOPMENT |  | 541.69 |
| 12-31-2009 |  | INT | 503.90 |  |
| 01-07-2010 | 6323596 | ALBERTA DEVELOPMENT |  | 503.90 |
| 01-31-2011 |  | INT | 503.78 |  |
| 02-11-2010 | 6331810 | ALBERTA DEVELOPMENT |  | 503.78 |
| 02-28-2010 |  | INT | 455.11 |  |
| 03-10-2010 | 6340318 | ALBERTA DEVELOPMENT |  | 455.11 |
| 03-31-2010 |  | INT | 503.84 |  |
| 04-08-2010 | 6350742 | ALBERTA DEVELOPMENT |  | 503.84 |

Page 1

```
3033 East First Avenue   Suite 600   Denver, CO 80206   P.O. Box 5440   Denver, CO 80217   (303)321-1880   FAX(303)399-8193

Form LTE.ACT.RPT        Requested by     Rebecca Jean Hammer
```

Plaintiff Trial Exhibit No. 100 - 001          LT 00100