# EXHIBIT E



**Land Title**
GUARANTEE COMPANY

Date: February 26, 2010

Don Provost
Alberta Development Partners LLC
VIA FAX: 303-771-4086

RE:   LTG Escrow No. AC70210076

Mr. Provost:

Land Title Guarantee Company issued two checks on 12-14-09 and 1-7-10, payable to Alberta Development Partners LLC, in the amounts of $541.69 and 503.90. As of this date, the above referenced checks have not been presented to our bank for payment.

Please let me know if you have received the checks or if we need to reissue them. These are the interest checks we issue to you monthly and another one was just issued on 2-11-10. We have been mailing the checks to 5460 S Quebec St #100, Greenwood Village, CO 80111

Thank you for your help.

Sincerely,

Pam Shafer
Escrow Coordinator
Long Term Escrow Department
pshafer@ltgc.com

5975 Greenwood Plaza Blvd., Suite 125
Greenwood Village, CO 80111
303-270-0402

LT 00001