IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-00799-ZLW-KLM (SJ)

GRANITE SOUTHLANDS TOWN CENTER LLC,
    Plaintiff,

v.

ALBERTA TOWN CENTER, LLC, and
LAND TITLE GUARANTEE COMPANY,
    Defendants.

## PLAINTIFF'S SUPPLEMENTAL MOTION FOR ATTORNEYS' FEES AND EXPENSES

    Plaintiff Granite Southlands Town Center LLC ("Granite"), as the prevailing party, filed a Motion for Attorneys' Fees ("Motion") to recover from Defendant Alberta Town Center, LLC ("Alberta") the attorneys' fees and expenses Granite incurred in direct relation to the claims which were the subject of the February 2011 trial. (Dkt. # 199). Since filing this Motion, counsel for Plaintiff discovered that certain summaries of the invoices, attached to the Motion and on file with the Court, contain mathematical errors. Plaintiff files this Supplement to correct, and alert the Court to, these errors.

    The net effect of these changes is that Granite's request for attorneys' fees is reduced from $ 685,925.12 to $ 674,477.98, the total number of hours worked is revised from 1637.40 to 1749.90, and the average hourly rate is reduced from $ 385.54 to $ 354.21. The following corrections are made to the Motion and exhibits:

86190017.4

### A. Total Amount of Fees and Expenses

Granite revises the amount sought by way of its Motion to $ 674,477.98. This amount accurately reflects the hours worked and fees incurred on the Escrow Claims. The following table summarizes how Granite reached this figure for attorneys' fees and expenses:

|  | **HOURS** | **AVERAGE RATE** | **TOTAL** |
|---|---|---|---|
| **FEES ALREADY INVOICED** | 1,610.40 | $353.30 | $568,956.18 |
| **EXPENSES ALREADY INVOICED** | N/A | N/A | $54,642.80 |
| **FEES NOT YET INVOICED** | 109.50 | $355.06 | $38,879.00 |
| **ESTIMATE OF FUTURE FEES** | 30.0 | $400.00 | $12,000.00 |
|  |  | **TOTAL** | **$674,477.98** |

These figures are fully supported by affidavits attesting to the reasonableness of the underlying services, rates, fees, and expenses, along with invoices that provide a detailed description of the services provided. A more detailed summary of hours worked and fees charged is provided on Addendum B-1, which is part of the Amended Affidavit of Paul Trahan in Support of Granite's Motion for Attorneys' Fees, attached hereto as Exhibit B ("Revised Trahan Affidavit").

### B. Revisions to Exhibits and Addenda

The following documents submitted with the Motion have been revised to correct mathematical errors:

<u>Exhibit B</u>     Affidavit of Paul Trahan

        Addendum B-1     Revised Summary of Hours & Fees

        Addendum B-2     Revised Summary of Rates, Hours & Fees for Core Team

<u>Exhibit C</u>     Affidavit of Jeff Dykes

        Addendum C-1     Revised Summary of Hours & Fees

## C.    <u>Revised Summary</u>

The following table contains a revised, condensed overview of the hours worked and legal services provided (and replaces the table beginning at page 8 of the original Motion for Attorneys' Fees):

| Invoice Date | Escrow Related Hours | Escrow Related Fees | General Description of Work |
|---|---|---|---|
| 04/14/2009 | 2.50 | $1,147.50 | Initial investigation of claims, assess and prepare demands to Land Title |
| 05/11/2009 | 41.15 | $17,130.90 | Pursue Settlement, Continued investigation, research claims, prepare complaint, confer with opposing counsel |
| 06/12/2009 | 16.35 | $6,234.33 | Research remedies, confer with Land Title, prepare report to client, review answer & counterclaims, prepare summary of agreements and timeline |
| 07/09/2009 | 18.95 | $7,564.58 | Confer with opposing counsel, address scheduling issues, legal research, prepare settlement statement for magistrate |
| 08/12/2009 | 19.65 | $7,739.89 | Initial disclosures, Pretrial Order, Settlement Statement, Confer with Land Title, Scheduling Hearing, Assess Defendants' Disclosures, Confer on Disclosures |

| Invoice Date | Escrow Related Hours | Escrow Related Fees | General Description of Work |
|---|---|---|---|
| 09/09/2009 | 1.80 | $663.00 | Assess Status & Discovery |
| 09/09/2009 | 0.80 | $406.30 | Protective Order, Confer with Opposing Counsel |
| 10/08/2009 | 37.30 | $10,110.75 | Protective Order Assessment, Motion, Discussions & Hearing, Settlement Assessment, Document Production |
| 11/11/2009 | 5.70 | $1,742.92 | Assess Status & Discovery |
| 12/11/2009 | 0.60 | $181.08 | Prepare Discovery |
| 01/12/2010 | 84.50 | $29,259.98 | Assess & Respond to Alberta Summary Judgment, Interview Witnesses, Review Discovery Requests, Confer w/ Opposing Counsel re: Discovery Disputes, Prepare Summary Judgment Response w/ Evidence |
| 02/12/2010 | 267.20 | $97,147.78 | Review of Granite Documents for Production to Alberta, Review Alberta documents, Prepare for and Take Depositions, Settlement Discussions, Prepare for and Defend Depositions, Discovery Disputes, Interpleader Issues, Surreply to Summary Judgment, Mass Document Review & Production |
| 03/08/2010 | 423.85 | $119,338.51 | Continue Mass Document Review in Response to Alberta Discovery, Privilege Review of Documents, Take Depositions, Confer re: Discovery Disputes |
| 04/09/2010 | 64.65 | $25,346.79 | Take Multiple Depositions, Respond to Discovery Disputes, Prepare Multiple Witnesses for Depositions, |
| 05/10/2010 | 118.55 | $52,811.14 | Prepare for & Attend Settlement Conference, Prepare & Defend Depositions, Address Interpleader Issues |
| 06/09/2010 | 5.70 | $2,495.17 | Address Escrow Issues, Settlement Assessment |

| Invoice Date | Escrow Related Hours | Escrow Related Fees | General Description of Work |
|---|---|---|---|
| 07/12/2010 | 13.90 | $5,880.30 | Address Pretrial Order, Settlement, Escrow Funds Issues |
| 08/09/2010 | 90.35 | $32,228.17 | Address Pretrial Order, Exhibit & Witness Lists, Review Settlement Issues, Settlement Memo |
| 09/09/2010 | 0.20 | $63.75 | Assess Alberta's Motion to Expedite |
| 10/13/2010 | 12.40 | $5,655.90 | Prepare for & Attend Settlement Conference |
| 11/12/2010 | 6.90 | $2,425.05 | Assess Settlement, Trial Logistics |
| 12/14/2010 | 2.80 | $1,290.30 | Review issues relating to Interpleader of Funds, Trial Logistics |
| 01/12/2011 | 13.50 | $6,248.35 | Trial Prep, Status Conference, Pretrial Matters, Motion in Limine |
| 02/09/2011 | 42.10 | $15,615.35 | Pretrial Motions, Amended Complaint, Prepare Exhibits, Settlement Discussions, Damages Statement, Voir Dire Questions |
| 03/10/2011 | 228.00 | $95,385.73 | Prepare for and Attend Trial, Review Pretrial Submissions, Exhibit Objections, Witness Outlines, Witness Preparation, Findings of Fact & Conclusions of Law, Written Closing |
| 04/12/2011 | 48.90 | $8,815.94 | Research Attorneys' Fees & Post-trial Issues |
| 05/13/2011 | 32.50 | $12,536.22 | Post-trial Issues including Review of Transcript, Revising Proposed Findings of Fact and Conclusions of Law |
| 05/13/2011 | 1.20 | $418.20 | Review issues relating to Attorneys' Fees claim |
| 06/13/2011 | 2.50 | $1,115.63 | Address Post-Trial Issues |
| 06/13/2011 | 5.90 | $2,056.15 | Review invoices in anticipation of Claim for Attorneys' Fees to delete unrelated fees |

| Invoice Date | Escrow Related Hours | Escrow Related Fees | General Description of Work |
|---|---|---|---|
| Fees Not Yet Invoiced (for July, August & September 2011) | | $38,879.00 | Assess Court's Ruling in favor of Granite, Begin Preparation of Atty. Fees Request w/ supporting evidence & Confer w/ Land Title |
| Estimate of Future Fees | | $12,000.00 | Pursue Atty. Fees & Collection of Judgment & Address Post-trial issues (not appeal, which will be addressed separately) |

### D.  Conclusion

The figures cited in the Conclusion of Granite's motion should reflect that Granite respectfully requests an award of legal fees and expenses in the amount of  $ 674,477.98.

Respectfully submitted,

*/s/ Paul Trahan*
OSBORNE J. DYKES, III
BENJAMIN M. VETTER
FULBRIGHT & JAWORSKI L.L.P.
370 Seventeenth Street, Suite 2150
Denver, CO  80202
(303) 801-2700 – Telephone
(303) 801-2777 – Facsimile
jdykes@fulbright.com
bvetter@fulbright.com

PAUL TRAHAN
FULBRIGHT & JAWORSKI L.L.P.
600 Congress Avenue, Suite 2400
Austin, TX  78701
(512) 474-5201 – Telephone
(512) 536-4598 – Facsimile
ptrahan@fulbright.com

**COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

      I certify that on October 19, 2011, I conferred with counsel for Alberta Town Center, LLC, who informed me that Alberta does not oppose the filing of Granite Southlands Town Center, LLC's Supplemental Motion for Attorneys' Fees and Expenses, provided that Alberta be given until Wednesday, October 26, 2011 to respond.

                                                                                           */s/ Paul Trahan*
                                                                                           Paul Trahan

## CERTIFICATE OF SERVICE

      I hereby certify that on Wednesday, October 19, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to attorneys for plaintiffs at the following e-mail addresses:

        Stephen L. Waters                        swaters@rwolaw.com
        Kimberly A. Bruetsch                   kbruetsch@rwolaw.com
        ROBINSON WATERS & O'DORISIO, P.C.
        1099 18th Street, Suite 2600
        Denver, CO 80202
        *Attorneys for Land Title Guarantee*

        Stuart N. Bennett                          sbennett@joneskeller.com
        JONES & KELLER, P.C.
        1999 Broadway, Suite 3150
        Denver, CO 80202
        *Attorneys for Alberta Town Center, LLC*

                                                                                          */s/ Paul Trahan*
                                                                                         Paul Trahan