CHECK REQUISITION/EXPENSE REIMBURSEMENT

DATE: March 21, 2011

DATE & TIME NEEDED:

ISSUE CHECK PAYABLE TO: PAUL TRAHAN

TAX ID NUMBER:

CHECK SIGNER
VOUCHER #

pd och 06
116-08
4-8-11

$2,631.57  2309.34

| FIRM RECHARGE | ACCOUNT NAME/DESCRIPTION | ACCOUNT NUMBER XX-XXX-XX-XXXX-XXX OFC-DPT-TM-MAJ-SUB | DOLLAR AMOUNT |
|---|---|---|---|
| | | | |

DESCRIPTION:

| MAJ-SUB | SELECTED ACCTS. | MAJ-SUB | SELECTED ACCTS. | MAJ-SUB | SELECTED ACCTS. |
|---|---|---|---|---|---|
| 6300-010 | MEETINGS & RETREAT-MEALS | 7030-020 | BUSINESS ENTERTAINMENT/TRAVEL | 8060-040 | RECRUITING-OTHER INC |
| 6300-040 | MEETINGS & RETREAT-OTHER | 7040-010 | CONV./INSTITUTES-MEALS/ENT | 8070-010 | SUMMER CLERKS-MEALS/ENT |
| 7030-010 | TRAVEL & INCIDENTAL-MEALS | 7040-020 | CONV./INSTITUTES-TRAVEL/OTHER | 8071-010 | SUMMER CLERKS-LUNCHES |
| 7010-040 | TRAVEL & INCIDENTAL-OTHER | 7040-035 | CONV./INSTITUTES-REGISTRATION FEE | 8072-010 | SUMMER CLERKS-DINNERS |
| 7020-040 | BAR ASSOCIATION DUES | 7050-010 | PROFESSIONAL ASSOC. MEALS | 8670-020 | SUMMER CLERKS-TRAVEL/MISC |
| 7020-040 | PROFESSIONAL ASSOCIATION DUES | 7050-010 | RECRUITING-MEALS/ATTY INTERVIEWS | 8070-040 | SUMMER CLERKS-OTHER |
| 7040-010 | BUSINESS ENTERTAINMENT/MEALS | 7060-020 | RECRUITING-TRAVEL/MISC | 1130-000 | CLIENT UNALLOCATED REFUND |

OFFICE CODES

| | | | | | | DEPT. CODES | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | INDUSTRY | 08 | AUSTIN | 15 | LONDON | 21 | BEIJING | 000 | BANKRUPTCY | 015 | HEALTH | 030 | ENERGY & REAL PROP |
| 02 | NEW YORK | 09 | WASHINGTON | 16 | ST. LOUIS | | | 006 | CORP & BANK | 021 | LABOR | 035 | TAX |
| 03 | LOS ANGELES | 10 | HONG KONG | 17 | RIYADH | | | 007 | TECHNOLOGY | 024 | LITIGATION | 048 | ADMIN |
| 06 | SAN ANTONIO | 11 | MINNEAPOLIS | 18 | DUBAI | | | 009 | ENVIRONMENTAL | 050 | INTEL PROP | 092 | SUMMER CLERKS |
| 07 | DALLAS | 12 | MUNICH | 19 | DENVER | | | 012 | FAMILY | 033 | PUBLIC | 099 | GENERAL |

PLEASE PROVIDE DETAILED SUPPORT FOR ALL MEALS, ENTERTAINMENT AND TRAVEL EXPENSES (FIRM RECHARGE AND CLIENT RECHARGE) ON THE REVERSE SIDE AND ATTACH RECEIPTS IN ACCORDANCE WITH IRS REGULATIONS.

CLIENT RECHARGE

| COST CODE | MATTER # | CLIENT AND MATTER NAME | AMOUNT | | COST CODES | |
|---|---|---|---|---|---|---|
| E110 | 10904447 | BlackRock/Southlands | 2201.52 | | E121 | ARBITRATORS/MEDIATORS |
| | | | | | F200 | CONFERENCE EXPENSES |
| | | | | | E107 | DELIVERY SERVICES |
| Round trip air fare from Austin to Denver – ($493.40); parking at Austin airport ($54.00); cab from airport in Denver to hotel ($61.75) and hotel ($1,550.47) and internet use at hotel ($21.90) early check-in ($20.00) | | | | | E115 | DEPOSITIONS/MANSCRPTS |
| | | | | | E101 | DUPLICATING EXPENSES |
| | | | | | E119 | EXPERTS |
| | | | | | E112 | FILING FEES/COURT FEES |
| E111 | 10904447 | BlackRock/Southlands | 107.82 | | F211 | FOREIGN ASSOCIATE |
| | | | | | E105 | LD TELEPHONE |
| | | | | | E118 | LITIGATION SUPPORT VENDORS |
| | | | | | F209 | LOBBY - MEALS/ENT |
| Meals while traveling to and from Denver, CO, and meals while in Denver preparing for trial | | | | | F203 | LOBBY-OTHER |
| | | | | | E122 | LOCAL COUNSEL |
| | | | | | E109 | LOCAL TRAVEL |
| | | | | | E111 | MEALS |
| | | | | | E106 | ON-LINE RESEARCH |
| | | | | | E123 | OTHER PROFESSIONALS |
| | | | | | E124 | OTHER (EXPLAIN) |
| | | | | | E310 | OUT OF TOWN TRAVEL |
| | | | | | E102 | OUTSIDE PRINTING |
| | | | | | E108 | POSTAGE |
| | | | | | E120 | PRIVATE INVESTIGATIONS |
| | | | | | F201 | PTO FEES |
| | | | | | F213 | PTO MAINTENANCE FEE |
| | | | | | F207 | RECORDS |
| | | | | | F214 | REFUND OF CLIENT COST CREDIT |
| | | | | | F204 | SECRETARY OVERTIME |
| | | | | | E113 | SUBPOENA FEES |
| | | | | | E117 | TRIAL EXHIBITS |
| | | | | | E116 | TRIAL TRANSCRIPTS |
| | | | | | E114 | WITNESS FEES |

ALL MEALS AND ENTERTAINMENT MUST BE SEPARATELY DISCLOSED ABOVE AND ON THE REVERSE SIDE.

DELIVER CHECK TO: JULIE WRIGHT

P. L TRAHAN
ATTORNEY NAME (PRINT)

ATTORNEY SIGNATURE

08733
ATTORNEY #

# DETAIL OF EXPENSES

## BUSINESS MEALS AND ENTERTAINMENT

| DATE | PLACE (NAME OF CLUB, RESTAURANT, ETC.) | NAME (TITLE OF PERSON IN ATTENDANCE) | TOTAL $ |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

DEPARTURE POINT/ DESTINATION

TRAVEL DETAILS

## DAILY RECORD — MEALS

| DATE | | # OF MEALS | $ AMOUNT |
|---|---|---|---|
| SUN | | | |
| MON | | | |
| TUE | | | |
| WED | 2/10/11 | 1 | 25.02 |
| THURS | 2/11/11 | 1 | 30.00 |
| FRI | 2/12/11 | 2 | 28.41 |
| SAT | 2/13/11 | 1 | 8.64 |
| SUN | 2/14/11 | 1 | 6.79 |
| MON | 2/15/11 | 1 | 8.96 |
| TUE | | | |
| WED | | | |
| THURS | | | |
| FRI | | | |
| TOTAL | | 7 | 107.82 |

## OTHER TRAVEL & SUBSISTENCE

| # OF MI | AUTO EXP. | AIR TRAVEL | HOTEL | PARKING, TAXI, LIMO, ETC. | TELEPHONE | OTHER DESCRIPTION | AMOUNT | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | 246.70 | 330.77 | 61.75 | 10.95(internet) | Early check in | 10.00 | 685.19 |
| | | | 279.08 | | | | | 309.08 |
| | | | 279.08 | | 10.95(internet) | | | 307.49 |
| | | | 330.77 | | | | | 350.36 |
| | | | 330.77 | | | | | 337.56 |
| | | 246.70 | | 54.00 | | Early check in | 10.00 | 319.66 |
| | | 493.40 | 1550.47 | 115.75 | 21.90 | | 20.00 | 2309.34 |



Mr Paul Trahan
600 Congress Ave Ste2400
stin TX 78701
US

| | | |
|---|---|---|
| Room No. | : | 851 |
| Arrival | : | 02/10/11 |
| Departure | : | 02/15/11 |
| Page No. | : | 1 of 2 |

## INFORMATION INVOICE

| | | |
|---|---|---|
| Reference # | | 27196SY113838 |
| A/R Number | : | |
| Group Code | : | |
| Company Name | : | |

| | | |
|---|---|---|
| Folio No. | : | |
| Conf. No. | : | 12718712 |
| Cashier No. | : | 133 |

| Date | Text | Charges USD | Credits USD |
|---|---|---|---|
| 02/10/11 | Internet charge | 10.95 | |
| 02/10/11 | Room Service | 34.02 | 22.67 |
| 02/10/11 | Food and Bev Sales Tax 8.1% | 2.35 | |
| 02/10/11 | Room Charge | 288.00 | |
| 02/10/11 | Room Taxes | 42.77 | |
| 02/11/11 | In Room Entertainment | 17.61 | |
| 02/11/11 | Room Charge | 243.00 | |
| 02/11/11 | Room Taxes | 36.08 | |
| 02/12/11 | Internet charge | 10.95 | |
| 02/12/11 | Room Charge | 243.00 | |
| 02/12/11 | Room Taxes | 36.08 | |
| 02/13/11 | Room Charge | 288.00 | |
| 02/13/11 | Room Taxes | 42.77 | |
| 02/14/11 | Room Charge | 288.00 | |
| 02/14/11 | Room Taxes | 42.77 | |
| 02/14/11 | American Express | | |

1,687.00

$1,610.00

$1,598

$1562.47

The Brown Palace Hotel and Spa Denver | 321 17th Street | Denver, CO 80202
Telephone: 1 303 297 3111 | Facsimile: 1 303 312 5900 | Toll Free: 1 800 321 2599
Web Address: www.brownpalace.com | Contact Us: reservations@brownpalace.com

Mr Paul Trahan
?? Congress Ave Ste2400
stin TX 78701
US

| | | |
|---|---|---|
| Room No. | : | 851 |
| Arrival | : | 02/10/11 |
| Departure | : | 02/15/11 |

**INFORMATION INVOICE**

| | | | Page No. | : | 2 of 2 |
|---|---|---|---|---|---|
| Reference # | | 27196SY113838 | Folio No. | : | |
| A/R Number | : | | Conf. No. | : | 12718712 |
| Group Code | : | | Cashier No. | : | 133 |
| Company Name | : | | | | |

| Date | Text | Charges USD | Credits USD |
|---|---|---|---|
| | Total | 1,627.00 | 1,627.00 |
| | Balance | 0.00 USD | |

The Brown Palace Hotel and Spa Denver  |  321 17th Street  |  Denver, CO 80202
Telephone: 1 303 297 3111  |  Facsimilie: 1 303 312 5900  |  Toll Free: 1 800 321 2599
Web Address: www.brownpalace.com  |  Contact Us: reservations@brownpalace.com

Southwest Airlines - Purchase Confirmation                                Page 1 of 2



**Th_k you for your purchase!**

Air Confirmation:    X58NVD

Austin, TX to Denver, CO (02/10/2011 - 02/16/2011)

| Air | Car | Hotel |
|-----|-----|-------|
| Conf # X58NVD | Choose from 14 different rental companies. | Shop over 40,000 hotels |
| Air Total $493.40 | Browse cars | Browse hotels |

|  |  |
|---|---|
| **Total Paid Now** | **$493.40** |
| **Trip Total** | **$493.40** |

## Air

| Passenger Type | Name | | Confirmation Number | Rapid Rewards Number |
|---|---|---|---|---|
| ADULT | PAUL TRAHAN | | X58NVD | 00000051704940 |

**ITINERARY**

| | | | | | |
|---|---|---|---|---|---|
| DEPART FEB 10 | Austin, TX to Denver, CO Thursday, February 10, 2011 Travel Time 2 h 20 m (Nonstop) | #420 | Depart Austin, TX (AUS) Arrive in Denver, CO (DEN) | 5:25 PM 6:45 PM |
| RETURN FEB 16 | Denver, CO to Austin, TX Wednesday, February 16, 2011 Travel Time 2 h 05 m (Nonstop) | #1547 | Depart Denver, CO (DEN) Arrive in Austin, TX (AUS) | 7:15 PM 10:20 PM |

**PRICE**

| Passenger Type | Trip | Routing | Fare Type | Base Fare | Quantity | Total |
|---|---|---|---|---|---|---|

Southwest Airlines - Purchase Confirmation

| | | | | | Govt. Taxes and Fees | | |
|---|---|---|---|---|---|---|---|
| Adult | Depart | AUS-DEN | Business Select | $219.53 | $27.17 | 1 | $246.70 |
| Adult | Return | DEN-AUS | Business Select | $219.53 | $27.17 | 1 | $246.70 |

Please read the fare rules associated with this purchase.

| | | | |
|---|---|---|---|
| Eff. January 28, 2011, unused travel funds may only be applied toward the purchase of future travel for the individual named on the ticket. | $439.06 | $54.34 | 1 | $493.40 |

**Total      $493.40**

## Billing

| Purchaser Name | Billing Address |
|---|---|
| Paul Trahan | 2106 Headwater<br>Austin, TX 78746 |

| Form of Payment | Amount Applied |
|---|---|
| American Express - XXXXXXXXXXX-1009 | $493.40 |

**Total Paid Now      $493.40**

**Trip Total**
**$493.40**

WARDHOUSE DENVER
303.572.9273

Server: Sean A.                DOB: 02/14/2011
12:25 AM                            02/15/2011
Table 23/1                          7/70096

AMEX                                6291512
Card #XXXXXXXXXXX1009

Magnetic card present: TRAHAN P
Approval: 500855

Amount:        51.08

Round Up For Charity

10        + Tip:

$61.08    Total:

X

Use your debit or credit card
to round up your total to the
nearest dollar and help
feed the needs of
your community.
www.rounditupamerica.org

Merchant Copy



THE
BROWN
PALACE
HOTEL
SPA

Ellyngton's
Date:      Feb15'11 09:51AM
Card Type: Amex
Acct #:    XXXXXXXXXXX1009
Exp Date:  XX/XX
Auth Code: 523503
Check:     2676
Table:     26/1
Server:    5049 Chelsey

Subtotal:      51.89

Tip: _____ $10.00

Total: _____ $61.89

Signature

I agree to pay above total
according to my card issuer
agreement.
*Customer Copy*

0174
Server: KAREN D (#144)          Rec:108
02/14/11 20:58, Swiped    T: 41 Term: 3

KATIE MULLENS
1550 COURT PLACE
DENVER, CO. 80221
(303)573-0336
MERCHANT #:

CARD TYPE        ACCOUNT NUMBER
AMERICAN EXPRES  XXXXXXXXXXXX1009
Name: P TRAHAN
00 TRANSACTION APPROVED
AUTHORIZATION #: 586071
Reference: 0214010000174
TRANS TYPE: Credit Card SALE

CHECK:           101.99

TIP:             $15.00

TOTAL:           $116.99

X _____Dan R_____

***Duplicate Copy***

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT

Client Dev.
Duncan,
Arnold, Silva,
Trahan, Kratonec



Lobby Tea
Date:        Feb14'11 07:27PM
Card Type:   Amex
Acct #:      XXXXXXXXXXX1009
Exp Date:    XX/XX
Auth Code:   540799
Check:       6441
Table:       5/4
Server:      2005 Mariana

Subtotal:         70.27

Tip:              $12.00

Total:            $82.27

Signature    DT

I agree to pay above total
according to my card issuer
agreement.
*Customer Copy*

Client Dev.
Arnold, Silva, Trahan,
Kratonec,
Dykes



296035

**AUSTIN-BERGSTROM INTERNATIONAL AIRPORT PARKING**

CITY OF AUSTIN

572 02/10 15:56 02/15 17:17 $54.00 1009

3794 814743 51009

10

TRAHAN
FULBRIGHT & JAWORSKI

5062104

| QTY. | DESCRIPTION | AMOUNT | |
|------|-------------|--------|---|
| | | 54 | 15 |
| | TAX | | |
| SALES SLIP | TIP/MISC | 7 | 20 |
| | **TOTAL** | 61 | 75 |

PURCHASER SIGN HERE

X

Cardholder acknowledges receipt of goods and/or services in the amount of the Total shown hereon and agrees to perform the obligations set forth in the Cardholder's agreement with the Issuer.

CUSTOMER COPY

**IMPORTANT: RETAIN THIS COPY FOR YOUR RECORDS**

```
WELCOME TO SCHLOTZSKYS!
=====================================

        ORDER # 94

Name : P. TRAHAN
=====================================

Location: DNCAUS02
Kiosk: THSAUSXPEKSK03
Order ID: 177163
POS Order Id: 3994
Date: 02/15/2011
Time: 04:51 PM

        Dine In

=====================================
1 Turkey Original-Style      $5.79
+Wheat
+No Black Olives
+Add Mustard
-------------------------------------
1 Add Chips/Soda - Medium    $2.49
+Jalapeno
+Sierra Mist
=====================================
Sub-Total                    $8.28
Sales Tax                    $0.68
TOTAL                        $8.96

Customer Name: P TRAHAN
Paid - Card#: ************1009
                             $8.96
```

Thank you for your business. Comments or
questions please call 512-530-2903

```
Jasons Deli DTN
702 16th St.
Denver, CO 80202
(303)243-5599

        A

Host: ASHLEY              02/14/2011
A                            7:53 AM
REPRINT# 1                     10005

Sunshine Sandwich             4.99
  Ham
Jason's Java                  1.29

Sub Total                     6.28
Tax                           0.51

TO GO Total                   6.79

CASH                         22.00

Change                       15.21
```

FREE COOKIE ON NEXT VISIT!
Just complete our survey @
www.jasonsdelifeedback.com or
call: 1-800-537-5441
Use Store # 601 and write down
redemption code:

```
Delectable Egg
1625 Court Place
Denver, CO 80202
303-832-5720

Check#: 62\00    Server:Tour
Date: 02/15/11   Time:01:26
Table: TO GO 1

--[Seat 1]--
1 Santa Fe Salad          $7.99
1 Nc Bev                  $0.00

Subtotal                  $7.99
Tax:                      $0.65
Sub w/Tax:                $8.64
Total                     $8.64

Cash                      $8.64

Change Due:               $1.??

Thank You!
```



**MARLOWE'S**

Date: 2/12/11   Time: 10:08:13 PM

Status:          Approved

Card Type:       American Express
Card Number:     XXXXXXXXXXX1009
Swipe/Manual:    Swipe
Person #:        1
Server ID:       125
Server Name:     Kristin
Check Number:    928390
Tab Number:      8928
Card Owner:      trahan/p

**YARDHOUSE DENVER**
303.572.9273

Server: BAR PM 3        DOB: 02/11/2011
10:41 PM                     02/11/2011
TRAHAN P/1                   9/90183

AMEX                         9437262
Card #XXXXXXXXXXX1009

Magneti card present: TRAHAN P
Approval 503164

Amount:          42.43

Round Up For Charity _____

+ Tip:    8 00

Total:   50.43

X                        $30

Use your debit or credit card
to round up your total to the
nearest dollar and help
the needs of
your community.
www.rounditupamerica.org

Guest Copy

AMOUNT     13.52

TIP     3.00

TOTAL   16.82

Approval: 503422

I AGREE TO COMPLY WITH
THE CARDHOLDER AGREEMENT

***** CUSTOMER COPY *****

COOK'S FRESH MARKET
303-893-2277
THE DIFFERENCE IS IN THE TASTE!
REGISTER CODE 16001
DATE 02/12/2011 SAT    TIME 12:03

PreparedFood T1           $2.00
PreparedFood T1           $4.19
PreparedFood T1           $4.81
SUBTOTAL                 $11.89
SUBTOTAL                 $11.00
TAXABLE1                 $11.00
TAX 1 RATE               8.100%
TAX1                      $0.89
TOTAL                    $11.89
CASH                     $12.00
CHANGE                    $0.11
THANK YOU VERY MUCH
LAUREAN       No.207083   00000

CHECK REQUISITION/EXPENSE REIMBURSEMENT

DATE: January 11, 2010

DATE & TIME NEEDED:

ISSUE CHECK PAYABLE TO: Paul Trahan

TAX ID NUMBER

CHECK SIGNER
VOUCHER #

ACCTG USE ONLY

*pd CK# 67356 12/1/2010* (handwritten)

$1,039.34

| FIRM RECHARGE | ACCOUNT NAME/DESCRIPTION | ACCOUNT NUMBER XX-XXX-XX-XXXX-XXX OFC-DPT-TM-MAJ-SUB | DOLLAR AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

DESCRIPTION:

| MAJ-SUB | SELECTED ACCTS. | MAJ-SUB | SELECTED ACCTS. | MAJ-SUB | SELECTED ACCTS. |
|---|---|---|---|---|---|
| 6300-010 | MEETINGS & RETREAT-MEALS | 7030-020 | BUSINESS ENTERTAINMENT/TRAVEL | 8060-040 | RECRUITING-OTHER INC. |
| 6300-040 | MEETINGS & RETREAT-OTHER | 7040-010 | CONV./INSTITUTES-MEALS/ENT. | 8070-010 | SUMMER CLERKS MEALS/ENT. |
| 7010-010 | TRAVEL & INCIDENTAL-MEALS | 7040-020 | CONV./INSTITUTES-TRAVEL/OTHER | 8071-010 | SUMMER CLERKS-LUNCHES |
| 7010-040 | TRAVEL & INCIDENTAL-OTHER | 7040-030 | CONV./INSTITUTES-REGISTRATION FEE | 8072-010 | SUMMER CLERKS-DINNERS |
| 7020-000 | BAR ASSOCIATION DUES | 7060-010 | PROFESSIONAL/BAR ASSOC. MEALS | 8070-010 | SUMMER CLERKS-TRAVEL/INCID. |
| 7020-040 | PROFESSIONAL ASSOCIATION DUES | 8060-010 | RECRUITING-MEALS ATTY INTERVIEWS | 8070-040 | SUMMER CLERKS-OTHER |
| 7030-010 | BUSINESS ENTERTAINMENT/MEALS | 8060-020 | RECRUITING-TRAVEL/ACCD | 1132-000 | CLIENT UNALLOCATED REFUND |

OFFICE CODES

DEPT. CODES

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 01: HOUSTON | 09: AUSTIN | 15: LONDON | 21: BEIJING | 004: BANKRUPTCY | 015: HEALTH | 034: ENERGY & REAL PROP. |
| 02: NEW YORK | 10: WASHINGTON | 16: ST. LOUIS | | 006: CORP. & BANK | 021: LABOR | 030: TAX |
| 03: LOS ANGELES | 10: HONG KONG | 17: RIYADH | | 007: TECHNOLOGY | 024: LITIGATION | 048: ADMIN |
| 06: SAN ANTONIO | 11: MINNEAPOLIS | 18: DUBAI | | 009: ENVIRONMENTAL | 032: INTEL. PROP | 002: SUMMER CLERKS |
| 07: DALLAS | 12: MUNICH | 19: DENVER | | 013: FAMILY | 033: PUBLIC | 000: GENERAL |

PLEASE PROVIDE DETAILED SUPPORT FOR ALL MEAL, ENTERTAINMENT AND TRAVEL EXPENSES (FIRM RECHARGE AND CLIENT RECHARGE) ON THE REVERSE SIDE AND ATTACH RECEIPTS IN ACCORDANCE WITH IRS REGULATIONS.

CLIENT RECHARGE

| COST CODE | MATTER # | CLIENT AND MATTER NAME | AMOUNT |
|---|---|---|---|
| E1 | 10904447 | Southlands/Blackrock | 419.40 |

Air fare from Austin to Denver, return to Austin

| E110 | 10904447 | Southlands/Blackrock | 447.94 |

Hotel while in Denver for depositions

| E110 | 10904447 | Southlands/Blackrock | 172.00 |

Taxis and parking for trip to Denver for depositions (parking $50.00/taxi $122.00)

COST CODES

| | |
|---|---|
| E121 | ARBITRATORS/MEDIATORS |
| F200 | CONFERENCE EXPENSES |
| E107 | DELIVERY SERVICES |
| E115 | DEPOSITIONS/TRANSCRIPTS |
| E101 | DUPLICATING EXPENSES |
| E110 | EXPERTS |
| E112 | FILING FEES/COURT FEES |
| F211 | FOREIGN ASSOCIATE |
| E105 | L.D. TELEPHONE |
| E116 | LITIGATION SUPPORT VENDORS |
| F206 | LOBBY - MEALS/ENT |
| F209 | LOBBY OTHER |
| E122 | LOCAL COUNSEL |
| E109 | LOCAL TRAVEL |
| E111 | MEALS |
| E106 | ONLINE RESEARCH |
| E123 | OTHER PROFESSIONALS |
| E124 | OTHER (EXPLAIN) |
| E110 | OUT OF TOWN TRAVEL |
| E102 | OUTSIDE PRINTING |
| E108 | POSTAGE |
| E120 | PRIVATE INVESTIGATIONS |
| F201 | PTO FEES |
| F212 | PTO-MAINTENANCE FEE |
| F207 | RECORDS |
| F214 | REFUND OF CLIENT COST CREDIT |
| F204 | SECRETARY OVERTIME |
| E113 | SUBPOENA FEES |
| E117 | TRIAL EXHIBITS |
| E119 | TRIAL TRANSCRIPTS |
| E114 | WITNESS FEES |

NARRATIVE:

ALL MEALS AND ENTERTAINMENT MUST BE SEPARATELY DISCLOSED ABOVE AND ON THE REVERSE SIDE.

DELIVER CHECK TO: JULIE WRIGHT

PAUL TRAHAN
ATTORNEY NAME (PRINT)

ATTORNEY SIGNATURE

08733
ATTORNEY #

DETAIL OF EXPENSES

## BUSINESS MEALS AND ENTERTAINMENT

| DATE | PLACE (NAME OF CLUB, RESTAURANT, ETC) | NAME (TITLE OF PERSON) IN ATTENDANCE | TOTAL $ |
|------|---------------------------------------|--------------------------------------|---------|
|      |                                       |                                      |         |
|      |                                       |                                      |         |
|      |                                       |                                      |         |
|      |                                       |                                      |         |
|      |                                       |                                      |         |
| BUSINESS PURPOSE |                             |                                      |         |

BUSINESS PURPOSE:

| DEPARTURE POINT/ DESTINATION | TRAVEL DETAILS |
|------------------------------|----------------|
|                              |                |

| DAILY RECORD | DATE | MEALS # OF MEALS | $ AMOUNT | OTHER TRAVEL & SUBSISTENCE # OF MI | AUTO EXP. | AIR TRAVEL | HOTEL | PARKING, TAXI, LIMO, ETC. | TELEPHONE | OTHER DESCRIPTION | AMOUNT | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SUN |  |  |  |  | $ |  |  |  |  |  |  |  |
| MON |  |  |  |  |  |  |  |  |  |  |  |  |
| TUE |  |  |  |  |  |  |  |  |  |  |  |  |
| WED | 1/6/2010 |  |  |  |  | 209.70 |  | 62.00 |  |  |  | 271.70 |
| THURS | 1/7/2010 |  |  |  |  |  |  |  |  |  |  |  |
| FRI | 1/8/2010 |  |  |  |  | 209.70 | 447.94 | 110.00 |  |  |  | 767.64 |
| SAT |  |  |  |  |  |  |  |  |  |  |  |  |
| SUN |  |  |  |  |  |  |  |  |  |  |  |  |
| MON |  |  |  |  |  |  |  |  |  |  |  |  |
| TUE |  |  |  |  |  |  |  |  |  |  |  |  |
| WED |  |  |  |  |  |  |  |  |  |  |  |  |
| THURS |  |  |  |  |  |  |  |  |  |  |  |  |
| FRI |  |  |  |  |  |  |  |  |  |  |  |  |
| TOTAL |  |  |  |  |  | 419.40 | 447.94 | 172.00 |  |  |  | $1,039.34 |

**AUSTIN BERGSTROM**
INTERNATIONAL AIRPORT PARKING

024842

# $50⁰⁰

FFRWPVTT

$60ª
taxi receipt
to airport
on 1/8/2010



5528 3200 4253 2857

98        10/10
PAUL D TRAHAN
FULBRIGHT & JAWORSKI

87983·0·6665
METRO TAXI
DENVER CO

DATE 1-6.                SERIAL NUMBER

AUTHORIZATION NO.   REFERENCE NO.

5657917

| QTY. | DESCRIPTION | AMOUNT |
| --- | --- | --- |
| | | 54 |
| SALES SLIP | TAX | |
| | TIP / MISC | 7 50 |
| | TOTAL | 62 |

CUSTOMER COPY

PURCHASER SIGN HERE
X

Cardholder acknowledges receipt of goods and/or services in the amount
of the Total shown hereon and agrees to perform the obligations set forth
in the Cardholder's agreement with the Issuer.

**IMPORTANT: RETAIN THIS COPY FOR YOUR RECORDS**

# FULBRIGHT & JAWORSKI L.L.P.

A Registered Limited Liability Partnership
600 Congress Avenue, Suite 2400
Austin, Texas 78701-2978
www.fulbright.com

## MEMORANDUM

**TO:**       Accounting Dept.

**FROM:**   Paul Trahan

**DATE:**   January 19, 2010

**MATTER:**  10904447

**RE:**       Civil Action No. 09-CV-00799-ZLW-KLM; *Granite Southlands Town Center LLC v. Alberta Town Center, LLC, Land Title Guarantee Company, Donald G. Provost, Allan G. Provost, and Peter M. Cudlip;* In the United States District Court for the District of Colorado

On January 8, 2010, I took a cab from my hotel in Denver, Colorado to the Denver airport. The cost of the cab was $60.00.

/jw



Document3



Mr Paul Trahan
) Congress Ave Ste2400
stin TX 78701
US

| | |
|---|---|
| Room No. | : 626 |
| Arrival | : 01/06/10 |
| Departure | : 01/08/10 |
| Page No. | : 1 of 1 |

**INFORMATION INVOICE**

| | | | |
|---|---|---|---|
| Reference # | | Folio No. | : |
| A/R Number | : | Conf. No. | : 5691196 |
| Group Code | : | Cashier No. | : 113 |
| Company Name | : | | |

| Date | Text | Charges USD | Credits USD |
|---|---|---|---|
| 01/06/10 | Room Charge | 195.00 | |
| 01/06/10 | Room Taxes | 28.97 | |
| 01/07/10 | Room Charge | 195.00 | |
| 01/07/10 | Room Taxes | 28.97 | |
| 01/07/10 | Mastercard | | 447.94 |
| | **Total** | **447.94** | **447.94** |
| | **Balance** | **0.00 USD** | |

The Brown Palace Hotel and Spa Denver  |  321 17th Street  |  Denver, CO 80202
Telephone: 1 303 297 3111  |  Facsimile: 1 303 312 5900  |  Toll Free: 1 800 321 2599
Web Address: www.brownpalace.com  |  Contact Us: reservations@brownpalace.com

Southwest Airlines - Purchase Confirmation

Page 1 of 1



# Thank you!
# Your Confirmation is NZZVD2

 **Continue to Book Your Car**
Our fares are low, and so are our car rental rates.
Search cars using the travel dates and destination from
your air reservation.



Book a Hotel

Book a Flight

 Book a Cruise

## Air

**Adult 1: PAUL TRAHAN**          Acct#: 00000051704940          Confirmation # NZZVD2

AIR ITINERARY

| DEPART JAN 8 | **Denver, CO to Austin, TX** Friday, January 8, 2010 Travel Time 2 h 10 m (Nonstop) | #3138 | Depart Denver, CO (DEN) Arrive in **Austin**, TX (AUS) | 4:15 PM 7:25 PM |

## YOU JUST SAVED UP TO $100 ROUNDTRIP!



### BAG FEES = $0.00
Bags Fly Free on Southwest.
First and second checked bags. Weight and size limits apply.

### BILLING

| Purchaser Name | Billing Address | City, State & Zip |
| --- | --- | --- |
| Paul Trahan | 2106 Headwater | Austin, TX 78746 |

| Form of Payment | Number | Amount Applied | Remaining Balance |
| --- | --- | --- | --- |
| Visa | XXXXXXXXXXXX80B2 | $209.70 | N/A |

### AIR PRICING

| Passenger Type | Trip | Routing | Fare Type | Base Fare | Govt. Taxes and Fees | Quantity | Total |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Adult | Depart | DEN-AUS | Anytime | $185.12 | $24.58 | 1 | $209.70 |
| | | | | $185.12 | $24.58 | 1 | $209.70 |

**TRIP GRAND TOTAL: $209.70**

Search All Cars          Search All Hotels          Earn Rapid Rewards

$419.40

https://www.southwest.com/flight/confirm-flight.html?companyName=&cid=&memberName=&disc=0...    01/08/2010

**Wright, Julie**

**⌐⌐ Jm:** Southwest Airlines [SouthwestAirlines@luv.southwest.com]
**Sent:** Friday, January 08, 2010 2:11 PM
**To:** Wright, Julie
**Subject:** Ticketless Travel Passenger Itinerary



This e-mail contains Southwest Airlines Ticketless Travel Information and is being sent to you at the request of the Purchaser, Passenger, or individual responsible for arranging this air travel.

**Confirmation Number**
**NZZVD2**

Be prepared when you get there!
Consult **Travel Guide** for relevant
tips from real travelers.

**Passenger(s):**
PAUL TRAHAN

**Itinerary**
Depart: Denver to Austin

*Travel Time: 2 hrs 10 mins*

| Date | Flight | Routing Details |
|------|--------|-----------------|
| Fri Jan 08 | 3138 | Depart Denver(DEN) at 04:15 PM |
|      |        | Arrive in Austin(AUS) at 07:25 PM |

This is an itinerary only and is not considered a receipt.

**Click 'n Save ®**
Sign up today at www.southwest.com/email to receive a weekly e-mail announcing our latest special offers!

**Important Checkin Requirement**
Passengers who do not obtain a boarding pass and are not present and available for boarding in the departure gate area at least ten minutes prior to scheduled departure time may have their reserved space cancelled and will not be eligible for denied boarding compensation.

**Southwest Airlines Co. Notice of Incorporated Terms**
Air transportation by Southwest Airlines is subject to Southwest Airlines' Passenger Contract of Carriage, the terms of which are incorporated by reference.

**Notice of Incorporated Terms**

**Additional Information for Travelers**
Online Checkin | Free Baggage Allowance | Checkin Requirements
Inflight Service | Travel Tools | Refund Information | Privacy Policy | Southwest Airlines Destinations

01/08/2010

Southwest Airlines - Pricing and Restrictions                                    Page 1 of 1

 **SOUTHWEST.COM**

# Austin, TX to Denver, CO

## Air Itinerary and Pricing

### AIR PRICING

| Passenger Type | Trip | Routing | Fare Type | Base Fare | Govt. Taxes and Fees | Quantity | Total |
|---|---|---|---|---|---|---|---|
| Adult | Depart | AUS-DEN | Anytime | $185.12 | $24.58 | 1 | $209.70 |
| | | | | $185.12 | $24.58 | 1 | $209.70 |

Total Due  $209.70

# 1 TICKET. 2 BAGS. 0 FEES.



# BAG FEES = $0.00

Fly Southwest and save up to $100 roundtrip.
First and second checked bags. Weight and size limits apply.

### AIR ITINERARY



ART JAN 6 | **Austin, TX to Denver, CO** Wednesday, January 6, 2010 Travel Time 2 h 20 m (Nonstop) | #2913 Depart **Austin, TX (AUS)** Arrive in Denver, CO (DEN) | 5:40 PM 7:00 PM

**I accept the fare rules and want to continue with this purchase**

[CONTINUE]

Save $20 on today's purchase! Plus receive up to 16 Rapid Rewards credits—enough for a free flight. Apply Now!
* Receive a $20 credit on your Chase billing statement





05th January 2010

Mr Paul Trahan
600 Congress Ave Ste2400
Austin TX 78701
US

Mr Paul Trahan

Thank you for choosing the The Brown Palace Hotel and Spa Denver. We have reserved the following accommodations for Paul Trahan. Arrival on the 06th January 2010 and departure on the 08th January 2010 :

In anticipation of your guest's arrival, we would like you to review the following information:

| | |
|---|---|
| Guestname : | Paul Trahan |
| Confirmation # : | 5691196 |
| Room Rate : | $ |
| Number of Guests : | 1 |
| Room Reserved: | Superior 1 King Bed |
| Guaranteed : | Guaranteed to Credit Card |

Check In Time: 3:00 PM     Check Out Time: 12:00 PM



Your Confirmation Number is 5691196, and you are guaranteed for late arrival. If you find it necessary to cancel or change plans, please inform us by 12:00 pm Mountain Standard Time day prior to your arrival date to avoid one night's room and tax charge to your credit card.

For driving directions to the hotel, please press *here*

Again, thank you for choosing the The Brown Palace Hotel and Spa Denver. We look forward to having you as our guest.

Sincerely,
The Brown Palace Room Reservations Staff

The Brown Palace Hotel and Spa Denver  |  321 17th Street  |  Denver, CO 80202
Telephone: 1 303 297 3111  |  Facimille: 1 303 312 5900  |  Toll Free: 1 800 321 2599
Web Address: www.brownpalace.com  |  Contact Us: reservations@brownpalace.com

**Wright, Julie**

From:   Southwest Airlines [SouthwestAirlines@luv.southwest.com]
Sent:   Tuesday, January 05, 2010 11:04 AM
To:     Wright, Julie
Subject: Ticketless Travel Passenger Itinerary



This e-mail contains Southwest Airlines Ticketless Travel information and is being sent to you at the request of the Purchaser, Passenger, or individual responsible for arranging this air travel.

### Confirmation Number
### Q44X53

**Be prepared when you get there!**
Consult Travel Guide for relevant tips from real travelers.

**Passenger(s):**
PAUL TRAHAN

**Itinerary**
**Depart: Austin to Denver**                              Travel Time: 2 hrs 20 mins

| Date | Flight | Routing Details |
|------|--------|-----------------|
| Wed Jan 06 | 2913 | Depart Austin(AUS) at 05:40 PM |
|  |  | Arrive in Denver(DEN) at 07:00 PM |

This is an itinerary only and is not considered a receipt.

**Click 'n Save ®**
Sign up today at www.southwest.com/email to receive a weekly e-mail announcing our latest special offers!

**Important Checkin Requirement**
Passengers who do not obtain a boarding pass and are not present and available for boarding in the departure gate area at least ten minutes prior to scheduled departure time may have their reserved space cancelled and will not be eligible for denied boarding compensation.

**Southwest Airlines Co. Notice of Incorporated Terms**
Air transportation by Southwest Airlines is subject to Southwest Airlines' Passenger Contract of Carriage, the terms of which are incorporated by reference.

Notice of Incorporated Terms

### Additional Information for Travelers
Online Checkin | Free Baggage Allowance | Checkin Requirements
Inflight Service | Travel Tools | Refund Information | Privacy Policy | Southwest Airlines Destinations

01/05/2010

CHECK REQUISITION/EXPENSE REIMBURSEMENT

DATE: January 21, 2010

DATE & TIME NEEDED:

ISSUE CHECK PAYABLE TO: Paul Trahan

TAX NUMBER

CHECK SIGNER
VOUCHER #

ACCTG VR# 0447

$951.40

| FIRM RECHARGE | ACCOUNT NAME/DESCRIPTION | ACCOUNT NUMBER XX-XXX-XX-XXXX-XXX OFC-DPT-TM-MAJ-SUB | DOLLAR AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

DESCRIPTION:

| MAJ-SUB | SELECTED ACCTS. | MAJ-SUB | SELECTED ACCTS. | MAJ-SUB | SELECTED ACCTS. |
|---|---|---|---|---|---|
| 0300-010 | MEETINGS & RETREAT-MEALS | 7030-020 | BUSINESS ENTERTAINMENT/TRAVEL | 8060-010 | RECRUITING-OTHER INC. |
| 0300-040 | MEETINGS & RETREAT-OTHER | 7040-010 | CONV/INSTITUTES-MEALS/ENT. | 8070-010 | SUMMER CLERKS-MEALS/ENT |
| 7010-010 | TRAVEL & INCIDENTAL-MEALS | 7040-020 | CONV/INSTITUTES-TRAVEL/OTHER | 8071-010 | SUMMER CLERKS-LUNCHES |
| 7010-040 | TRAVEL & INCIDENTAL-OTHER | 7040-030 | CONV/INSTITUTES-REGISTRATION FEE | 8072-010 | SUMMER CLERKS-DINNERS |
| 7020-000 | BAR ASSOCIATION DUES | 7060-010 | PROFESSIONAL/BAR ASSOC. MEALS | 8070-020 | SUMMER CLERKS-TRAVEL/INC/O |
| 7030-010 | PROFESSIONAL ASSOCIATION DUES | 8000-010 | RECRUITING-MEALS ATTY INTERVIEWS | 8070-040 | SUMMER CLERKS-OTHER |
| | BUSINESS ENTERTAINMENT/MEALS | 8060-020 | RECRUITING-TRAVEL/INC/O | 1132-000 | CLIENT UNALLOCATED REFUND |

OFFICE CODES
01: HOUSTON   06: AUSTIN   15: LONDON   21: BEIJING
02: NEW YORK   09: WASHINGTON   16: ST. LOUIS
03: LOS ANGELES   10: HONG KONG   17: RIYADH
04: SAN ANTONIO   11: MINNEAPOLIS   18: DUBAI
07: DALLAS   12: MUNICH   19: DENVER

DEPT. CODES
006: BANKRUPTCY   015: HEALTH   036: ENERGY & REAL PROP   038: TAX
007: CORP. & BANK   021: LABOR   039: ADMIN
017: TECHNOLOGY   024: LITIGATION   048: SUMMER CLERKS
000: ENVIRONMENTAL   030: INTEL PROP   092: GENERAL
012: FAMILY   033: PUBLIC

PLEASE PROVIDE DETAILED SUPPORT FOR ALL MEAL, ENTERTAINMENT AND TRAVEL EXPENSES (FIRM RECHARGE AND CLIENT RECHARGE) ON THE REVERSE SIDE AND ATTACH RECEIPTS IN ACCORDANCE WITH IRS REGULATIONS.

| CLIENT RECHARGE COST CODE | MATTER # | CLIENT AND MATTER NAME | AMOUNT |
|---|---|---|---|
| E110 | 10904447 | Blackrock/Southlands | 489.10 |

Air fare from Austin to Orange County, CA and return to Austin – Blackrock personnel depos

| E110 | 10904447 | Blackrock/Southlands | 200.00 |

Expense for rent car while in California for Blackrock personnel depositions

| E110 | 10904447 | Blackrock/Southlands | 249.30 |

Hotel while in California for Blackrock personnel depositions

| E111 | 10904447 | Blackrock/Southlands | 13.00 |

NARRATIVE:
Breakfast with M. Krier (deponent)

COST CODES
E171   ARBITRATORS/MEDIATORS
F200   CONFERENCE EXPENSES
E107   DELIVERY SERVICES
E115   DEPOSITIONS/TRANSCRIPTS
E101   DUPLICATING EXPENSES
E119   EXPERTS
E112   FILING FEES/COURT FEES
F211   FOREIGN ASSOCIATE
E105   I.D. TELEPHONE
E118   LITIGATION SUPPORT VENDORS
F208   LOBBY - MEALS/ENT
F209   LOBBY OTHER
E172   LOCAL COUNSEL
E109   LOCAL TRAVEL
E111   MEALS
E106   ONLINE RESEARCH
E123   OTHER PROFESSIONALS
E124   OTHER (EXPLAIN)
E110   OUT OF TOWN TRAVEL
E102   OUTSIDE PRINTING
E108   POSTAGE
E120   PRIVATE INVESTIGATIONS
F201   PTO FEES
F213   PTO MAINTENANCE FEE
F207   RECORDS
F214   REFUND OF CLIENT COST CREDIT
F204   SECRETARY OVERTIME
E113   SUBPOENA FEES
E117   TRIAL EXHIBITS
E116   TRIAL TRANSCRIPTS
E114   WITNESS FEES

ALL MEALS AND ENTERTAINMENT MUST BE SEPARATELY DISCLOSED ABOVE AND ON THE REVERSE SIDE.

DC    CHECK TO:    JULIE WRIGHT

PAUL TRAHAN                                                                08733
ATTORNEY NAME (PRINT)                     ATTORNEY SIGNATURE            ATTORNEY #

## DETAIL OF EXPEN.

### BUSINESS MEALS AND ENTERTAINMENT

| DATE | PLACE (NAME OF CLUB, RESTAURANT, ETC) | NAME (TITLE OF PERSON) IN ATTENDANCE | TOTAL $ |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

BUSINESS PURPOSE

BUSINESS PURPOSE

### TRAVEL DETAILS

| DEPARTURE POINT/ | |
|---|---|
| DESTINATION | |

### DAILY RECORD — MEALS

| DATE | # OF MEALS | $ AMOUNT |
|---|---|---|
| SUN | | |
| MON | | |
| TUE | | |
| WED 1/13/10 | | |
| THURS 1/14/10 | | |
| FRI 1/15/10 | 1 | 13.00 |
| SAT | | |
| SUN 1/17/10 | | |
| MON | | |
| TUE | | |
| WED | | |
| THURS | | |
| FRI | | |
| TOTAL | | 13.00 |

### OTHER TRAVEL & SUBSISTENCE

| # OF MEALS | AUTO EXP. | AIR TRAVEL | HOTEL | PARKING, TAXI, LIMO, ETC. | TELEPHONE | OTHER DESCRIPTION | AMOUNT | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | $ | | | | | | | |
| | | | | | | | | |
| | | 140.40 | | | | | | 140.40 |
| | | | 249.30 | 200.00 | | | | 462.30 |
| | | | | | | | | |
| | | 348.70 | | | | | | 348.70 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | 489.10 | 249.30 | 200.00 | | | | 951.40 |

*Radisson*

Paul Trahan
2601 Headwater
Austin,  78746
US

**INVOICE**

| | |
|---|---|
| Membership No. | : |
| A/R Number | : |
| Group Code | : |
| Company Name | : |

| | | |
|---|---|---|
| Room No. | : | 0525 |
| Arrival | : | 01-13-10 |
| Departure | : | 01-15-10 |
| Page No. | : | 1 of 1 |
| Folio No. | : | 1040778 |
| Conf. No. | : | 1004530 |
| Cashier No. | : | 1008 |

01-15-10

| Date | Text | | Charges | Credits |
|---|---|---|---|---|
| | | | | 249.30 |
| 01-13-10 | Advance Deposit Transferred at | | | |
| 01-13-10 | Room | | 119.20 | |
| 01-13-10 | City Tax /Assessment 10.1% | | 12.04 | |
| 01-13-10 | Newport Beach Tourism Assess | | 2.38 | |
| 01-14-10 | Room | | 103.20 | |
| 01-14-10 | City Tax /Assessment 10.1% | | 10.42 | |
| 01-14-10 | Newport Beach Tourism Assess | | 2.06 | |
| 01-15-10 | Tiffany's | CHECK# 9228 | 13.00 | |
| 01-15-10 | Mastercard | | | 13.00 |
| | XXXXXXXXXXXX2857  XX/XX | | | |

| | | Charges | Credits |
|---|---|---|---|
| **Total** | | 262.30 | 262.30 |
| **Balance** | | | 0.00 |

Join goldpoints plus today!  Enroll in goldpoints plus at a participating hotel front desk or on line at
goldpointsplus.com and start earning Gold Points today!

**Thank You For Staying With Us**

I agree that my liability for this bill is not waived and agree to be held personally responsible in the event that the indicated person, company or association fails to pay for any portion or the full amount of these charges.

Guest Signature_____

Radisson Hotel Newport Beach
4545 MacArthur Boulevard
Newport Beach, CA 92660
Telephone: (949) 833-0570 Fax: (949) 833-3927
Email: RHI_NEBE@radisson.com

Reservation Confirmation



## Confirmation Number: 722CNYD

**Radisson Hotel Newport Beach**

0.0 from Downtown

4545 Macarthur Boulevard
Newport Beach, CA 92660
(949) 833-0570
**Map & Directions**

Next to John Wayne Airport, Broadcom, Toshiba and Deloitte

**Hotel Details**　　**More Photos**

## Reservation Summary

| | | | |
|---|---|---|---|
| **Check In:** | Wed Jan 13, 2010<br>**Check In Time** is 15:00 | **Guest Name:** | Paul Trahan |
| **Check Out:** | Fri Jan 15, 2010<br>**Check Out Time** is 12:00 | **Address:** | 2601 Headwater<br>Austin, US 78746 |
| | | **Phone:** | (512) 751-5288 |
| **Number of Rooms:** | 1 | **Email:** | PTRAHAN@FULBRIGHT.COM |
| **Guests:** | 1 (1 Adult, 0 Children) | **goldpoints plus:** | |

**Hot Deals Rate-Guest Room-Balcony**

**Room 1 Summary:**

| | |
|---|---|
| **Adult:** | Paul Trahan |
| **Guests:** | 1 (1 Adult, 0 Children) |
| **Room Desc:** | Guest Room-Balcony-High Speed Internet<br>King size /queen size bed requested |

Special requests can not be guaranteed and are subject to availability.

## Rate Summary

**Room Cost**

| | |
|---|---|
| Wed Jan 13, 2010 | $119.20 USD |
| Thu Jan 14, 2010 | $103.20 USD |

**Guarantee Policy**

VI ************8082 Exp 03/11 Card will be billed
249.31 USD by hotel at time of booking

**Cancellation Policy**

Reservation Confirmation

| | |
|---|---|
| Room 1 Cost | $222.40 USD |
| **Estimated Taxes and Fees** | $26.91 USD |
| **Total Estimated Cost for 1 Room** | **$249.31 USD** |

Additional taxes and surcharges may apply.
Total estimated cost is only available in the currency applicable to the hotel.

Penalty applies to all cancellations. Cancel today thru Jan 13 2010 = 133.62 USD.

Avis Rent A Car: Print Reservation



## Thank you Paul, for renting with us! Your car is reserved.

Your Confirmation Number: **49952614US5**

| | |
|---|---|
| Base Rate: 3 day(s) , 12 hour(s) | 286.40 USD |
| **Taxes & Surcharges:** | 70.16 USD |
| Surcharge | 42.28 USD |
| $0.10 per day (Vehicle License Fee) | |
| 3.50% (Tourism Assessment Fee) | |
| 11.11% (Concession Recovery Fee) | |
| Tax ( 8.750% ) | 27.88 USD |
| Mileage: | Unlimited |
| **Approximate Total** | **356.56 USD** |

Rate Rules:
Maximum 4 Day(s) and 2 hour(s)

**Estimated Total**          **356.56 USD**

Notes:
• Your rate was calculated based on the information provided. Some modifications may change this rate.

### Contact Us
Reservations & Avis.com
Assistance
1-800-230-4898
Wizard Number / Preferred
Profile Updates
1-866-842-5552
Monday - Friday 8am-5pm EST



**Thank you for renting from Avis.**

| RENTAL NUMBER | CAR NUMBER | CAR GROUP |
|---|---|---|
| 692067796 | 41909836 | B |

TRAHAN, PAUL
AWD = A597500
CV - CMXXXXXXXXXXXX2867

```
  OUT SNA 13JAN10/1838 MI =  5147
  IN  SAN 17JAN10/0624 MI =  5383
      236 MI@    .00 =
          HR@   53.70 =
        4 DY@   71.60 =     286.40
 **11.11% FEE          =      31.86
 FUEL SERVICE          =        .40
 $  0.10 /DY VLF       =
 TAXABLE SUBTOT        =     318.66
 TAX  8.750%           =      27.88
 #3.5% TAF             =      10.02

 TOTAL CHARGES         =     356.56
 **CONCESSION RECOVERY FEE
 #TOURISM ASSESSMENT FEE
 * VEH LICENSE RECOUP FEE
```

*Please check your car for personal effects.*

Recharge
$200

### YOUR TIME & PLACE

**Pick-up Information**
Wednesday, January 13, 2010 @ 07:00 PM
John Wayne Airport - SNA
18601 Airport Way
NA Santa Ana CA 92707
U S A
(1) 949-660-5200
Sun - Sat 6:00 AM - 11:30 PM

*AVIS Preferred service*

**Return Information**
Sunday, January 17, 2010 @ 06:30 AM
San Diego Intl Airport - SAN
3180 North Harbor Drive
NA San Diego CA 92101
U S A
(1) 619-688-5000
Sun - Sat Open 24 hrs

*AVIS Preferred service*

### RATE & BENEFIT INFORMATION

| | |
|---|---|
| AWD Number: | A597500 |
| Rate Type: | Lowest |
| Rate Code: | 4W |
| Coupon Number: | N/A |

Receive rental receipts by email every time you rent.
And get access to special offers & more. See reverse.

Avis Rent A Car: Print Reservation



## YOUR CAR

**Compact Chevrolet Cobalt or similar**




- 👤 4
- 🧳 1
- 🧳 1
- ⛽ 22/32

- 4 or 5 doors
- AM/FM Radio
- Air Conditioning
- Cruise Control
- Automatic

## YOUR OPTIONS

| | |
|---|---|
| Rental Options: | None |

| Protections - Coverages: | | |
|---|---|---|
| | Loss Damage Waiver (LDW) | Declined |
| | Personal Accident Insurance (PAI) | Declined |
| | Personal Effects Protection (PEP) | Declined |
| | Additional Liability Insurance (ALI) | Declined |

## YOUR INFORMATION

| | |
|---|---|
| **no:** | |
| **Email Address:** | Paul Trahan |
| | PTRAHAN@FULBRIGHT.COM |
| **Phone:** | 512-751-5288 |
| **Miles / Points:** | N/A |
| **Flight Information:** | – Flight#: 2525 |
| **Wizard Number:** | N/A |

## Reservation Terms & Conditions:

Credit Card Policies
Debit Card Policies
Additional Fees
Age Requirements
DMV Checks
Estimated Totals
Rental Options

### Credit Card Policies

Avis accepts most major credit cards as credit identification at the time of rental.

Accepted credit card list: Avis Charge Card, American Express, AT&T Capital, Diner's Club, Diner's Club Int'l, Discover, GE Capital, JCB, MasterCard, Peterson, Howell and Heather (PHH), Sears and Visa.

Some locations may not accept each of the referenced cards.

🔺Top

Avis Rent A Car: Print Reservation

**Debit Card Policies**

This location does accept bank debit cards with the MasterCard or Visa logo at the time of rental if you are at least 25 years of age. You will be subject to a credit check to determine creditworthiness.

Avis reserves the right, in its sole discretion, to seek a Debit Card authorization hold in excess of the estimated rental charges. When using a debit card at Avis there may be a minimum hold of $500 and a maximum hold of the estimated rental charges will be placed on your account.

Upon returning the vehicle, Avis will process a release of the unused portion of the hold subject to your Bank's procedures. The hold may take up to 2 weeks to be released by your bank.

If you fail to return the vehicle as agreed, Avis will obtain additional authorizations from your account to cover the rental charges.

Avis is not responsible for any returned checks or over-drafts based on this policy.

Positive identification in addition to your driver's license may be required.

In the United States, Debit, Cash or Check cards can be used at the end for payment of rental charges. For acceptable credit identification and payment methods in countries outside of the United States, please consult the Renter's Guide and search for the specific location.

**Note:** Prepaid Debit/Gift cards are not acceptable methods of credit identification to pick up a car at any location. One of the above mentioned cards must be presented. Prepaid Debit/Gift cards are accepted at time of return only.

⬆Top

**Additional Fees**

Extensions or late returns result in additional charges.

⬆Top

**Age Requirements**

Rather than requiring customers to be 25 to rent, Avis at this location now rents to customers between the ages of 21-24 with a valid credit card and driver's license. At time of rental, we will automatically apply an additional $27-per-day underage surcharge for these drivers.

Additionally, the following restrictions also will apply for renters between the ages of 21-24: Renters of luxury cars, mini-vans, 12-passenger vans, specialty cars, full-size SUVs and premium SUVs will not be permitted.

**Government Minimum Age Policy - Military (FEMA, US Postal Dept., Navy and Army) and Civilian Personnel**

- Minimum age - 18 years (no underage surcharge will apply) with government travel or purchase order
- Minimum age - 21 years (no underage surcharge will apply) with no government travel or purchase order

⬆Top

**DMV Checks**

At the time of rental, the renter or authorized driver may be subject to an electronic DMV check from the issuing state of the driver's license, or may be asked to sign a declaration attesting to specific criteria:



- The renter/authorized driver has a valid license that is not currently suspended, expired, revoked, canceled or surrendered.
- The renter/authorized driver has not, within the last 36 months had 1 or more convictions for

https://www.avis.com/car-rental/reservation/print-res-confirmation.ac

01/12/2010

Avis Rent A Car: Print Reservation

reckless driving.
- The renter/authorized driver has not, within the last 36 months had 1 or more convictions for driving under the influence (DUI), driving while intoxicated (DWI), or driving while alcohol impaired (DWAI).
- The renter/authorized driver has not, within the last 36 months failed to report or leave the scene of an accident.
- The renter/authorized driver has never been in possession of a stolen vehicle or used a vehicle in a crime.
- The renter/authorized driver has not, within the last 24 months had 3 or more convictions for moving violations (including seat belt violations).
- The renter/authorized driver has not, within the last 36 months had 3 or more accidents

▲Top

**Estimated Totals**

Approximate total includes base rate, taxes, and surcharges. Items such as coupon discounts, child safety seats and gas are NOT included in the estimated total. Optional coverages and one-way fees are subject to tax in certain locations. This tax is not reflected in the Estimated Total.

Estimated total is subject to change based upon exchange rates at the time of rental.

▲Top

**Rental Options**

If you have added any of the following rental options to your reservation, terms and conditions may apply.

Where2 GPS Navigation:

- Taxes not included.
- Available at participating locations.
- Minimum age is 25 but may vary by location, underage surcharges may apply at certain locations.
- Reliability of directions subject to timing of software implementation as well as that of which has been provided by the maker of the installed maps.
- I (renter) acknowledge that the rental vehicle may be equipped with Where2 which utilizes global positioning satellites. I acknowledge that Where2 may be limited by atmospheric or topographical conditions. I further acknowledge that Where2 may be rendered inoperative if Where2 is tampered with or destroyed and or damaged in an accident or if the satellite systems are obstructed and inoperative.
- Customer is responsible for all costs in the event of lost, stolen or damaged Where2 Unit and all of its components.
- Renter agrees to release and hold Avis harmless for any Where2 failures.

Gas Service Option:

- Fees for the Gas Service Option are not included in the Estimated Total.
- Fees are assessed and applied at the time of rental.
- Fees vary by location and are determined by current market value of gasoline in surrounding area of rental location and the fuel tank size of rental vehicle.
- Customer will receive no credit or refund for unused fuel left in tank at time of return.

▲Top

01/12/2010

Southwest Airlines - Purchase Confirmation



# Thank you!
# Your Confirmation is NW5YRO

✓ Extra Convenience
✓ Better Boarding Position      Get it Now
✓ Earlier Access to Overhead Bins      Learn More ›

Book a Car

Book a Hotel

Book a Flight

## Air

**Adult 1:** PAUL TRAHAN        Acct#: 00000051704940        Confirmation # NW5YRO

AIR ITINERARY

| DEPART JAN 13 | **Austin, TX to Orange County, CA** Wednesday, January 13, 2010 Travel Time 5 h 15 m (1 stop, includes 1 plane change) | #26 | Depart **Austin, TX (AUS)** | 3:15 PM |
| | | | Arrive in Phoenix, AZ (PHX) | 4:55 PM |
| | | #2525 | Change  in Phoenix, AZ (PHX) | 6:15 PM |
| | | | Arrive in **Orange County, CA (SNA)** | 6:30 PM |

# YOU JUST SAVED UP TO $100 ROUNDTRIP!

# BAG FEES = $0.00
Bags Fly Free on Southwest.
First and second checked bags. Weight and size limits apply.

## BILLING

| Purchaser Name | Billing Address | City, State & Zip |
|---|---|---|
| Paul Trahan | 2106 Headwater | Austin, TX 78746 |

| Form of Payment | Number | Amount Applied | Remaining Balance |
|---|---|---|---|
| Visa | XXXXXXXXXXXX8082 | $140.40 | N/A |

## AIR PRICING

| Passenger Type | Trip | Routing | Fare Type | Base Fare | Govt. Taxes and Fees | Quantity | Total |
|---|---|---|---|---|---|---|---|
| Adult | Depart | AUS-PHX-SNA | Wanna Get Away | $110.70 | $29.70 | 1 | $140.40 |
| | | | | $110.70 | $29.70 | 1 | $140.40 |

## TRIP GRAND TOTAL: $140.40

Southwest Airlines - Purchase Confirmation







Search All Cars

Search All Hotels

Earn Rapid Rewards

**Wright, Julie**

| | |
|---|---|
| From: | Southwest Airlines [SouthwestAirlines@luv.southwest.com] |
| Sent: | Tuesday, January 12, 2010 11:09 AM |
| To: | Wright, Julie |
| Subject: | Ticketless Travel Passenger Itinerary |



This e-mail contains Southwest Airlines Ticketless Travel information and is being sent to you at the request of the Purchaser, Passenger, or individual responsible for arranging this air travel.

**Confirmation Number**
NW5YRO

Be prepared when you get there!
Consult Travel Guide for relevant
tips from real travelers.

**Passenger(s):**
PAUL TRAHAN

**Itinerary**
Depart: Austin to Orange County      *Travel Time: 5 hrs 15 mins*

| Date | Flight | Routing Details |
|---|---|---|
| Wed Jan 13 | 26 | Depart Austin(AUS) at 03:15 PM<br>Arrive in Phoenix(PHX) at 04:55 PM |
| | 2525 | Change planes in Phoenix(PHX) departing at 06:15 PM<br>Arrive in Orange County(SNA) at 06:30 PM |

This is an itinerary only and is not considered a receipt.

**Click 'n Save ®**
Sign up today at www.southwest.com/email to receive a weekly e-mail announcing our latest special offers!

**Important Checkin Requirement**
Passengers who do not obtain a boarding pass and are not present and available for boarding in the departure gate area at least ten minutes prior to scheduled departure time may have their reserved space cancelled and will not be eligible for denied boarding compensation.

**Southwest Airlines Co. Notice of Incorporated Terms**
Air transportation by Southwest Airlines is subject to Southwest Airlines' Passenger Contract of Carriage, the terms of which are incorporated by reference.

Notice of Incorporated Terms

**Additional Information for Travelers**
Online Checkin | Free Baggage Allowance | Checkin Requirements
Inflight Service | Travel Tools | Refund Information | Privacy Policy | Southwest Airlines Destinations

01/12/2010

Southwest Airlines - Purchase Confirmation

Page 1 of 1



**S THWEST.COM®**

# Thank you!
# Your Confirmation is NXDYR4

✓ Extra Convenience
✓ Better Boarding Position
✓ Earlier Access to Overhead Bins

Get it Now
Learn More ›

Book a Car
Book a Hotel
Book a Flight

## Air

**Adult 1: PAUL TRAHAN**          Acct#: 00000051704940          Confirmation # NXDYR4

**AIR ITINERARY**

| DEPART JAN 17 | Anytime Fare **San Diego, CA to Austin, TX** Sunday, January 17, 2010 Travel Time 2 h 45 m (Nonstop) | #1365 | Depart **San Diego, CA (SAN)** Arrive in **Austin, TX (AUS)** | 8:05 AM 12:50 PM |
|---|---|---|---|---|

**BILLING**

| Form of Payment | Number | Amount Applied | Remaining Balance |
|---|---|---|---|
| Exchanged Southwest Travel Funds | NXDYR4 - 6272 | $348.70 | $10.70 |

**AIR PRICING**

| Passenger Type | Trip | Routing | Fare Type | Base Fare | Govt. Taxes and Fees | Quantity | Total |
|---|---|---|---|---|---|---|---|
| Adult | Depart | SAN-AUS | Anytime | $314.42 | $34.28 | 1 | $348.70 |
| | | | | **$314.42** | **$34.28** | **1** | **$348.70** |



Search All Cars



Search All Hotels



Earn Rapid Rewards

Wright, Julie

From:      Southwest Airlines [SouthwestAirlines@luv.southwest.com]
Sent:      Tuesday, January 12, 2010 11:25 AM
To:        Wright, Julie
Subject:   Ticketless Travel Passenger Itinerary


**SOUTHWEST.COM**

This e-mail contains Southwest Airlines Ticketless Travel information and is being sent to you at
the request of the Purchaser, Passenger, or individual responsible for arranging this air travel.

**Confirmation Number**          **Be prepared when you get there!**
**NXDYR4**                       Consult <u>Travel Guide</u> for relevant
                                 tips from real travelers.

**Passenger(s):**
PAUL TRAHAN

**Itinerary**
**Depart:** San Diego to Austin                    *Travel Time: 2 hrs 45 mins*

  **Date**          **Flight**    **Routing Details**
  Jn Jan 17         1365          Depart San Diego(SAN) at 08:05 AM
                                  Arrive in Austin(AUS) at 12:50 PM

This is an itinerary only and is not considered a receipt.

**Click 'n Save ®**
Sign up today at www.southwest.com/email to receive a weekly e-mail announcing our latest
special offers!

**Important Checkin Requirement**
Passengers who do not obtain a boarding pass and are not present and available for boarding in
the departure gate area at least ten minutes prior to scheduled departure time may have their
reserved space cancelled and will not be eligible for denied boarding compensation.

**Southwest Airlines Co. Notice of Incorporated Terms**
Air transportation by Southwest Airlines is subject to Southwest Airlines' Passenger Contract of
Carriage, the terms of which are incorporated by reference.

<u>Notice of Incorporated Terms</u>

**Additional Information for Travelers**
Online Checkin | Free Baggage Allowance | Checkin Requirements
Inflight Service | Travel Tools | Refund Information | Privacy Policy | Southwest Airlines Destinations

01/12/2010

CHECK REQUISITION/EXPENSE REIMBURSEMENT

DATE: January 27, 2010

DATE & TIME NEEDED:

CHECK SIGNER
VOUCHER #

ISSUE CHECK PAYABLE TO: Paul Trahan

TAX ID NUMBER

ACCTG. USE ONLY

CX 01623040

$121.20

| FIRM RECHARGE | ACCOUNT NAME/DESCRIPTION | | ACCOUNT NUMBER XX-XXX-XX-XXXX-XXX OFC-DPT-TM-MAJ-SUB | DOLLAR AMOUNT |
|---|---|---|---|---|
| | Business Entertainment/meals | | 08-024-7030-010 | 61.12 |
| | | | | |
| | | | | |
| | | | | |

DESCRIPTION: Dinner with client

| MAJ-SUB | SELECTED ACCTS. | MAJ-SUB | SELECTED ACCTS. | MAJ-SUB | SELECTED ACCTS. |
|---|---|---|---|---|---|
| 8300-010 | MEETINGS & RETREAT-MEALS | 7050-020 | BUSINESS ENTERTAINMENT/TRAVEL | 8060-040 | RECRUITING-OTHER INC. |
| 8300-040 | MEETINGS & RETREAT-OTHER | 7040-010 | CONV./INSTITUTES-MEALS/ENT. | 8070-010 | SUMMER CLERKS-MEAL/ENT |
| 7010-010 | TRAVEL & INCIDENTAL-MEALS | 7040-020 | CONV./INSTITUTES-TRAVEL/OTHER | 8071-010 | SUMMER CLERKS-LUNCHES |
| 7010-040 | TRAVEL & INCIDENTAL-OTHER | 7040-030 | CONV./INSTITUTES-REGISTRATION FEE | 8072-010 | SUMMER CLERKS-DINNERS |
| 7020-000 | BAR ASSOCIATION DUES | 7040-030 | PROFESSIONAL/BAR ASSOC, MEALS | 8070-010 | SUMMER CLERKS-TRAVEL/INCID. |
| 7020-040 | PROFESSIONAL ASSOCIATION DUES | 8060-010 | RECRUITING-MEALS,ATTY INTERVIEWS | 8070-040 | SUMMER CLERKS-OTHER |
| 7030-010 | BUSINESS ENTERTAINMENT/MEALS | 8060-020 | RECRUITING-TRAVEL/INCID. | 1132-000 | CLIENT UNALLOCATED REFUND |

| OFFICE CODES | | | | DEPT. CODES | | | |
|---|---|---|---|---|---|---|---|
| 01: HOUSTON | 09: AUSTIN | 15: LONDON | 21: BEIJING | 004: BANKRUPTCY | 018: HEALTH | 039: TAX | 040: ENERGY & REAL PROP |
| 02: NEW YORK | 09: WASHINGTON | 16: ST. LOUIS | | 006: CORP & BANK | 021: LABOR | 041: ADMIN | 091: SUMMER CLERKS |
| 03: LOS ANGELES | 10: HONG KONG | 17: RIYADH | | 007: TECHNOLOGY | 024: LITIGATION | 092: SUMMER CLERKS | 000: GENERAL |
| 06: SAN ANTONIO | 11: MINNEAPOLIS | 18: DUBAI | | 009: ENVIRONMENTAL | 030: INTEL. PROP | | |
| 08: DALLAS | 12: MUNICH | 19: DENVER | | 012: FAMILY | 033: PUBLIC | | |

PLEASE PROVIDE DETAILED SUPPORT FOR ALL MEAL, ENTERTAINMENT AND TRAVEL EXPENSES (FIRM RECHARGE AND CLIENT RECHARGE) ON THE REVERSE SIDE AND ATTACH RECEIPTS IN ACCORDANCE WITH IRS REGULATIONS.

| CLIENT RECHARGE | | | | | | |
|---|---|---|---|---|---|---|
| COST CODE | MATTER # | | CLIENT AND MATTER NAME | AMOUNT | COST CODES | |
| E1 | 10904447 | | Southlands | 60.00 | E121 | ARBITRATORS/MEDIATORS |
| | | | | | F200 | CONFERENCE EXPENSES |
| | | | | | E107 | DELIVERY SERVICES |
| | | | | | E115 | DEPOSITIONS/TRANSCRIPTS |
| Parking at Austin Airport while in California to defend client depositions | | | | | E101 | DUPLICATING EXPENSES |
| | | | | | E119 | EXPERTS |
| | | | | | E112 | FILING FEES/COURT FEES |
| | | | | | F211 | FOREIGN ASSOCIATE |
| | | | | | E105 | LD TELEPHONE |
| | | | | | E118 | LITIGATION SUPPORT VENDORS |
| | | | | | F208 | LOBBY - MEALS/ENT |
| | | | | | F209 | LOBBY OTHER |
| | | | | | E122 | LOCAL COUNSEL |
| | | | | | E109 | LOCAL TRAVEL |
| | | | | | E111 | MEALS |
| | | | | | E106 | ONLINE RESEARCH |
| | | | | | E123 | OTHER PROFESSIONALS |
| | | | | | E124 | OTHER (EXPLAIN) |
| | | | | | E110 | OUT OF TOWN TRAVEL |
| | | | | | E102 | OUTSIDE PRINTING |
| | | | | | E108 | POSTAGE |
| | | | | | E120 | PRIVATE INVESTIGATIONS |
| | | | | | F201 | PTO FEES |
| | | | | | F213 | PTO MAINTENANCE FEE |
| | | | | | F207 | RECORDS |
| | | | | | F214 | REFUND OF CLIENT COST CREDIT |
| | | | | | F204 | SECRETARY OVERTIME |
| | | | | | E113 | SUBPOENA FEES |
| | | | | | E117 | TRIAL EXHIBITS |
| | | | | | E116 | TRIAL TRANSCRIPTS |
| | | | | | E114 | WITNESS FEES |

ALL MEALS AND ENTERTAINMENT MUST BE SEPARATELY DISCLOSED ABOVE AND ON THE REVERSE SIDE.

DELIVER CHECK TO: JULIE WRIGHT

PAUL TRAHAN
ATTORNEY NAME (PRINT)

ATTORNEY SIGNATURE

08733
ATTORNEY #

## DETAIL OF EX...

### BUSINESS MEALS AND ENTERTAINMENT

| DATE | PLACE (NAME OF CLUB, RESTAURANT, ETC.) | NAME (TITLE OF PERSON) IN ATTENDANCE | TOTAL $ |
|---|---|---|---|
| 1/14/2010 | Billy's at the Beach | P. Trahan, Michael Krier and Angela Kralovec | 61.12 |

**BUSINESS PURPOSE**

Dinner with Blackrock personnel while in Calif. Preparing them for and defending their depositions

**BUSINESS PURPOSE**

| DEPARTURE POINT/ | TRAVEL DETAILS |
|---|---|
| DESTINATION | |

**DAILY RECORD**

| DATE | MEALS # OF MEALS | MEALS $ AMOUNT |
|---|---|---|
| SUN | | |
| MON | | |
| TUE | | |
| WED  1/13/2020 | | |
| THURS | | |
| FRI | | |
| SAT | | |
| SUN | | |
| MON | | |
| TUE | | |
| WED | | |
| THURS | | |
| FRI | | |
| TOTAL | | |

**OTHER TRAVEL & SUBSISTENCE**

| # OF 10 | AUTO EXP. | AIR TRAVEL | HOTEL | PARKING, TAXI, LIMO, ETC. | TELEPHONE | OTHER DESCRIPTION | AMOUNT | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | $ | | | | | | | |
| | | | | | | | | |
| | | | | 60.00 | | | | 60.00 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | 60.00 | | | | 60.00 |

AUSTIN-BERGSTROM
INTERNATIONAL AIRPORT PARKING
CITY OF AUSTIN

$.60

$80.00 2857

1356 01/13 14:05 01/17 12:41

147525

B I L L Y ' S
A T   T H E   B E A C H
Newport Beach, CA
Date:          Jan14.'10 01:00PM
Card Type:     MC
Acct #:        XXXXXXXXXXXX2857
Trans Key:     61EQQ2132009651
Exp Date:      XX/XX
Auth Code:     531208
Check:         8261
Table:         73/1
Server:        1004 Kristin

Subtotal:              53.12

TIP _____ 8.00

TOTAL _____ $ 61.12

SIGNATURE
I AGREE TO PAY THE ABOVE TOTAL
ACCORDING TO MY CARD ISSUER
AGREEMENT!

CHECK REQUISITION/EXPENSE REIMBURSEMENT

DATE: July 10, 2009

DATE & TIME NEEDED:

ISSUE CHECK PAYABLE TO: Paul Trahan

TAX ID NUMBER

| CHECK SIGNER | |
| VOUCHER # | |
| | |
| ACCTG. USE ONLY | |

$ 588.28  544.28

**FIRM RECHARGE**

| ACCOUNT NAME/DESCRIPTION | ACCOUNT NUMBER XX-XXX-XX-XXXX-XXX OFC-DPT-TM-MAJ-SUB | DOLLAR AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

DESCRIPTION

| MAJ-SUB | SELECTED ACCTS. | MAJ-SUB | SELECTED ACCTS. | MAJ-SUB | SELECTED ACCTS. |
|---|---|---|---|---|---|
| 6330-010 | MEETINGS & RETREAT-MEALS | 7010-010 | BUSINESS ENTERTAINMENT/TRAVEL | 8060-010 | RECRUITING-OTHER INC. |
| 6330-040 | MEETINGS & RETREAT-OTHER | 8040-010 | CONV./INSTITUTES-MEALS-ENT | 8070-010 | SUMMER CLERKS MEALS-ENT |
| 7010-010 | TRAVEL & INCIDENTAL-MEALS | 8050-010 | CONV./INSTITUTES-TRAVEL/OTHER | 8072-010 | SUMMER CLERKS LODGING |
| 7010-040 | TRAVEL & INCIDENTAL-OTHER | 7040-010 | CONV./INSTITUTES-REGISTRATION FEE | 8072-040 | SUMMER CLERKS-DINNERS |
| 7020-000 | BAR ASSOCIATION DUES | 6320-010 | PROFESSIONAL/BAR ASSOC. MEALS | 8070-020 | SUMMER CLERKS-TRAVEL/MISC |
| 7020-040 | PROFESSIONAL ASSOCIATION DUES | 8065-010 | RECRUITING-MEALS ATTY. INTERVIEWS | 8070-040 | SUMMER CLERKS-OTHER |
| 7010-010 | BUSINESS ENTERTAINMENT/MEALS | 8050-040 | RECRUITING-TRAVEL/MISC | 1100-600 | CLIENT UNALLOCATED REFUND |

OFFICE CODES

| 01 HOUSTON | 04 AUSTIN | 15 LONDON | 21 BEIJING |
|---|---|---|---|
| 02 NEW YORK | 05 WASHINGTON | 16 ST. LOUIS | |
| 03 LOS ANGELES | 10 HONG KONG | 17 MIAMI | |
| 08 SAN ANTONIO | 11 SINGAPORE | 14 DUBAI | |
| 07 DALLAS | 12 MUNICH | 19 DENVER | |

DEPT. CODES

| 003 BANKRUPTCY | 015 HEALTH | 006 ENERGY & REAL PROP. |
|---|---|---|
| 006 CORP. & BANK | 021 LABOR | 009 TAX |
| 002 TECHNOLOGY | 022 LITIGATION | 014 AUSTIN |
| 005 ENVIRONMENTAL | 023 PUBLIC | 032 SUMMER CLERKS |
| 002 FAMILY | | 040 GENERAL |

PLEASE PROVIDE DETAILED SUPPORT FOR ALL MEAL, ENTERTAINMENT AND TRAVEL EXPENSES (FIRM RECHARGE AND CLIENT RECHARGE) ON THE REVERSE SIDE AND ATTACH RECEIPTS IN ACCORDANCE WITH IRS REGULATIONS.

**CLIENT RECHARGE**

| COST CODE | MATTER # | CLIENT AND MATTER NAME | AMOUNT |
|---|---|---|---|
| E1 | 10904447 | Granite/Southland | 196.60 |

Air fare from Denver CO to Austin, TX

| E110 | 10904447 | Granite/Southland | 109.58 |

Car rental while in Denver, CO for hearing and site inspection

| E110 | 10904447 | Granite/Southland | 238.10  215.10 |

Hotel while in Denver CO for hearing and site inspection

| E110 | 10904447 | Granite/Southland | 44.00 |

NARRATIVE

Parking and cab fare while in Denver for hearing & site inspection/ cab fare from Austin airport to office

**COST CODES**

| E121 | ARBITRATORS/MEDIATORS |
|---|---|
| E200 | CONFERENCE EXPENSES |
| E107 | DELIVERY SERVICES |
| E115 | DEPOSITIONS/TRANSCRIPTS |
| E101 | DUPLICATING EXPENSES |
| E113 | EXPERTS |
| E112 | FILING FEES/COURT FEES |
| E211 | FOREIGN ASSOCIATE |
| E105 | LD TELEPHONE |
| E118 | LITIGATION SUPPORT VENDORS |
| E204 | LOBBY - MEALS/ENT |
| E209 | LOBBY OTHER |
| E123 | LOCAL COUNSEL |
| E109 | LOCAL TRAVEL |
| E111 | MEALS |
| E106 | ONLINE RESEARCH |
| E123 | OTHER PROFESSIONALS |
| E124 | OTHER (EXPLAIN) |
| E110 | OUT OF TOWN TRAVEL |
| E102 | OUTSIDE PRINTING |
| E108 | POSTAGE |
| E120 | PRIVATE INVESTIGATORS |
| E201 | PTO FEES |
| E213 | RFD MAINTENANCE FEE |
| E207 | RECORDS |
| E214 | REFUND OF CLIENT COST   CREDIT |
| E204 | SECRETARY OVERTIME |
| E119 | SUBPOENA FEES |
| E117 | TRIAL EXHIBITS |
| E116 | TRIAL TRANSCRIPTS |
| E114 | WITNESS FEES |

ALL MEALS AND ENTERTAINMENT MUST BE SEPARATELY DISCLOSED ABOVE AND ON THE REVERSE SIDE.

DELIVER CHECK TO:  JULIE WRIGHT

PAUL TRAHAN                                                08733

ATTORNEY NAME (PRINT)        ATTORNEY SIGNATURE        ATTORNEY #

DETAIL OF EXPENSE

**BUSINESS MEALS AND ENTERTAINMENT**

| DATE | PLACE (NAME OF CLUB, RESTAURANT, ETC.) | NAME (TITLE OF PERSON) IN ATTENDANCE | TOTAL $ |
|---|---|---|---|
| | | | |

BUSINESS PURPOSE

**TRAVEL & INCIDENTAL**

DEPARTURE POINT/
DESTINATION

TRAVEL DETAILS

**DAILY RECORD**

| DATE | MEALS | | OTHER TRAVEL & SUBSISTENCE | | | | | | OTHER | | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | # OF MEALS | $ AMOUNT | # OF MI | AUTO EXP. | AIR TRAVEL | HOTEL | PARKING, TAXI, LIMO, ETC | TELEPHONE | DESCRIPTION | AMOUNT | |
| SUN | | | | $ | | | | | | | |
| MON  7/6/09 | | | | | 196.60 | 238.10 | 153.58 | | | | 588.28 |
| TUE | | | | | | | | | | | |
| WED | | | | | | | | | | | |
| THU | | | | | | | | | | | |
| FRI | | | | | | | | | | | |
| SAT | | | | $ 0.00 | | | | | | | |
| SUN | | | | $ 0.00 | | | | | | | |
| MON | | | | $ 0.00 | | | | | | | |
| TUE | | | | $ 0.00 | | | | | | | |
| WED | | | | | | | | | | | |
| THU | | | | $ 0.00 | | | | | | | |
| FRI | | | | $ 0.00 | | | | | | | |
| TOTAL | | | | | 196.60 | 238.10 | 153.58 | | | | 588.28 |

```
                                    636
                                    169.00
Paul Trahan                         1
Fulbright And Jaworski/spb          247960      EX-A
600 Congress Ave                    1
Suite 2400                          05-JUL-09    00:27
Austin, TX 78701                    06-JUL-09
                                    MC
```

|  |  |  |  |
|---|---|---|---|
| 05-JUL-09 | RT636 | Room Chrg Corp Volume NLRA | 169.00 |
| 05-JUL-09 | RT636 | Occupancy/Tourism | 25.10 |
| 05-JUL-09 | RT636 | Parking | 21.00 |
| 06-JUL-09 | MC | MasterCard/Euro | 215.10- |
|  |  | Balance Due | 0.00 |

For your convenience, we have prepared this zero-balance folio indicating a $0 balance on your account. Please be advised that any charges not reflected on this folio will be charged to the credit card on file with the hotel. While this folio reflects a $0 balance your credit card may not be charged until after your departure.  You are ultimately responsible for paying all of your folio charges in full.

EXPENSE REPORT SUMMARY

| Date | ROOM | F&B | Phn/Intrnt | Misc. | Laundry | Misc. | Other |
|---|---|---|---|---|---|---|---|
| 05-JUL-09 | 194.10 | 0.00 | 0.00 | 0.00 | 0.00 | 21.00 | 0.00 |
| Total | 194.10 | 0.00 | 0.00 | 0.00 | 0.00 | 21.00 | 0.00 |

| Date | Total | Payment |
|---|---|---|
| 05-JUL-09 | 215.10 | 0.00 |
| Total | 215.10 | 0.00 |

Thank you for choosing Starwood Hotels. We look forward to welcoming you back soon!

As a Starwood Preferred Guest, you could have earned 338 Starpoints for this visit. Please provide your member number or enroll today.
Paul Trahan
FOLIO  247960    05-JUL-09

Southwest Airlines Receipt and Itinerary                                    Page 1 of 2

**Trahan, Paul**

**From:** Southwest Airlines [SouthwestAirlines@mail.southwest.com]
**Sent:** Monday, June 29, 2009 11:29 AM
**To:** Trahan, Paul
**Subject:** Ticketless Confirmation - TRAHAN/PAUL - JL2TAM



**SOUTHWEST.COM**

Receipt and Itinerary as of 06/29/09 11:29 AM

**Confirmation Number**
**JL2TAM**

Confirmation Date: 06/29/09
Received: WN/PAUL TRAHAN BY ICBM



**Be prepared when you get there!**
Consult Travel Guide for relevant
tips from real travelers.

**Passenger Information**

| Passenger Name | Account Number | Ticket# | Expiration[1] |
|---|---|---|---|
| TRAHAN/PAUL | 00000051704940 | 5262138829383 | 06/29/10 |

[1] All travel involving funds from this Confirmation Number must be completed by the expiration date.

**Itinerary**

| Date | Flight | Routing Details |
|---|---|---|
| Mon Jul 06 | 2889 | Depart DENVER CO (DEN) at 7:15 PM. Arrive in AUSTIN TX (AUS) at 10:25 PM |

**Cost and Payment Summary**

| | |
|---|---|
| Air | $ 173.02 |
| Tax | $ 16.58 |
| PFC Fee | $ 4.50 |
| Security Fee | $ 2.50 |

**Total Payment:**  196.60

Current payment(s)
06/29/09 Visa XXXXXXXXXXXX8082 $196.60

**Fare Rule(s)**
Valid only on Southwest Airlines. NON REFUNDABLE/ STANDBY REQ UPGRADE TO YL. All
travel involving funds from this Confirmation Number must be completed by the expiration date.
Any change to this itinerary may result in a fare increase.

Fare Calculation:

DEN WN AUS173.02YL 173.02 END ZPDEN XFDEN4.5 AY2.50$DEN2.50

06/29/2009

Southwest Airlines Receipt and Itinerary                                    Page 2 of 2

**Important Checkin Requirement**
Passengers who do not obtain a boarding pass and are not present and available for boarding in the departure gate area at least ten minutes prior to scheduled departure time may have their reserved space cancelled and will not be eligible for denied boarding compensation.

**Southwest Airlines Co. Notice of Incorporated Terms**
Air transportation by Southwest Airlines is subject to Southwest Airlines' Passenger Contract of Carriage, the terms of which are incorporated by reference.

<u>Notice of Incorporated Terms</u>

**Additional Information for Travelers**
Online Checkin | Free Baggage Allowance | Checkin Requirements | Print Security Document
Inflight Service | Travel Tips | Refund Information | Privacy Policy | Southwest Airlines Destinations

We can notify you of flight departure or arrival status via text messages on your cell phone, pager, personal digital assistant (PDA), or e-mail account. Or, use our automated phone service by calling 1-888-SWA-TRIP.

06/29/2009

RENTAL RECEIPT (e-Receipt)                                          Page 1 of 1

Login   Register Now   Country / Language   Custom

SEARCH

## RENTAL RECEIPT (e-Receipt)

Your Rental Agreement Number: 104065990

Contact Us

| Rate Information | | TAXABLE SUBTOTAL | 71.46 | Contact Us |
| --- | --- | --- | --- | --- |
| MINIMUM CHARGE | 67.00 | TAX 13.350% | 9.54 | Reservations & Assistance |
| **Taxable Extras** | | Non Taxable Extras | | 1-800-230-4898 |
| | | | | Wizard Number |
| Per Day Surcharge | 1.60 | S 2.00 /DY SSU | 2.00 | Profile Updates |
| CNTY FAC FEE | 2.18 | EDT . SERVICE | 28.60 | 1-866-842-5552 |
| S /DY/DY FRF | 82 | | | Global - Image Worldwide Toll Numbers ... 009 |

| TAXABLE SUBTOTAL | 71.45 | **Total Charges** | **109.58**  USD |
| --- | --- | --- | --- |

CONCESSION RECOVERY FEE
7DAILY FACILITY USE FEE
ENERGY RECOVERY FEE 67/DY
CO ROAD SAFETY PROG FEE

GET FREQUENT MILES/POINTS

PRINT A COPY OF THIS PAGE

MAIL A COPY OF THIS RECEIPT

EMAIL A COPY OF THIS RECEIPT

MAKE A NEW RESERVATION

CREATE MY AVIS ACCOUNT

## YOUR INFORMATION

| | |
| --- | --- |
| Name: | PAUL TRAHAN |
| Username / Wizard: | N/A |
| ID Number: | W1936988 |
| Method of Payment: | MasterCard |
| Credit Card Number: | XXXXXXXX3857 |
| Miles / Points Partner: | N/A |
| Membership Number: | N/A |
| Residence: | US |

## YOUR RENTAL

**Pick-up Information**
Location:         Denver Intl Airport
                  25500 East 78th Avenue, Denver, CO 80249 US
Date & Time:      Sunday, July 05, 2009 @ 11:48 PM
Mileage:          10522        Fuel:        N/A

**Return Information**
Location:         Denver Intl Airport
                  25500 East 78th Avenue, Denver, CO 80249 US
Date & Time:      Monday, July 06, 2009 @ 05:28 PM
Mileage:          10898        Fuel:        N/A

## YOUR CAR

Car Description: Pontiac Vibe or similar
Car Group: 1
Car Number: 03577840




**Fare Receipt**

Austin, TX (512) 452-9999

*Yellow Cab*

Date  7-6-09

Received of

the Sum of  $23.00

from  Airport

to  office

Yellow Cab

No. _____   Driver _____



AVIS   Thank you for renting from Avis.

RENTAL NUMBER       CAR NUMBER        CAR GROUP

104065990            03577630          F

TRAHAN,PAUL
      = A193900
      CMXXXXXXXXXXXX2857

```
Please check your car for personal effects.                    Please check your car for personal effects.
```

OUT DEN 05JUL09/2340 MI = 10632
IN  DEN 05JUL09/1728 MI = 10658
          78 MI@    .00  =
          18 HR@   46.51
              DY@   62.00   =          62.00
MINIMUM CHARGE               =           1.60
$1.60/DAY FEE                =            .67
$.67/DY ERF                  =           7.10
  .11 11% FEE                =          71.46
TAXABLE SUBTOTAL             =           9.54
TAX 13.350%                  =          26.59
FUEL SERVICE                 =           2.00
$ 2.00 /DY SSU

TOTAL CHARGES                =         105.??
TRANSPORTATION RECOVERY FEE
DAILY FACILITY USE FEE
ENERGY RECOVERY FEE     .67/DY
CO ROAD SAFETY PROG FEE

Receive rental receipts by email every time you rent.
And get access to special offers & more. See reverse.

CHECK REQUISITION/EXPENSE REIMBURSEMENT   **#188814**   **3/9/**

DATE: February 21, 2011

DATE & TIME NEEDED: ASAP

ISSUE CHECK PAYABLE TO: Chris Allen

TAX ID NUMBER
REQUIRED for payments to attorneys/law firms and individuals (other than clients, employees and partners)

ADDRESS:

| CHECK SIGNER VOUCHER # |
|---|
| ACCTG. USE ONLY |

**AMOUNT: $21.00**

| FIRM RECHARGE | ACCOUNT NAME/DESCRIPTION | ACCOUNT NUMBER XX-XXX-XX-XXXX-XXX OFC-DPT-TM-MAJ-SUB | DOLLAR AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

DESCRIPTION:

| MAJ-SUB | SELECTED ACCTS. | MAJ-SUB | SELECTED ACCTS. | MAJ-SUB | SELECTED ACCTS. |
|---|---|---|---|---|---|
| 6300-010 | MEETINGS & RETREAT-MEALS | 7030-020 | BUSINESS ENTERTAINMENT/TRAVEL | 8060-040 | RECRUITING-OTHER INC. |
| 6300-040 | MEETINGS & RETREAT-OTHER | 7040-010 | CONV./INSTITUTES-MEALS/ENT. | 8070-010 | SUMMER CLERKS-MEALS/ENT. |
| 7010-010 | TRAVEL & INCIDENTAL-MEALS | 7040-020 | CONV./INSTITUTES-TRAVEL/OTHER | 8071-010 | SUMMER CLERKS-LUNCHES |
| 7010-040 | TRAVEL & INCIDENTAL-OTHER | 7040-030 | CONV./INSTITUTES-REGISTRATION FEE | 8072-010 | SUMMER CLERKS-DINNERS |
| 7020-010 | BAR ASSOCIATION DUES | 7060-010 | PROFESSIONAL/BAR ASSOC. MEALS | 8070-010 | SUMMER CLERKS-TRAVEL/INCID. |
| 7020-040 | PROFESSIONAL ASSOCIATION DUES | 8060-010 | RECRUITING-MEALS.ATTY INTERVIEWS | 8070-040 | SUMMER CLERKS-OTHER |
| 7030-010 | BUSINESS ENTERTAINMENT/MEALS | 8060-020 | RECRUITING-TRAVEL/INCID. | 1132-000 | CLIENT UNALLOCATED REFUND |

OFFICE CODES
01: HOUSTON    08: LONDON    15: LONDON    21: BEIJING
02: NEW YORK    09: WASHINGTON    16: ST. LOUIS
03: LOS ANGELES    10: HONG KONG    17: RIYADH
06: SAN ANTONIO    11: MINNEAPOLIS    18: DUBAI
07: DALLAS    12: MUNICH    19: DENVER

DEPT. CODES
004: BANKRUPTCY    015: HEALTH    036: ENERGY & REAL PROP.
006: CORP. & BANK    021: LABOR    039: TAX
007: TECHNOLOGY    024: LITIGATION    048: ADMIN
009: ENVIRONMENTAL    030: INTEL. PROP    092: SUMMER CLERKS
012: FAMILY    033: PUBLIC    000: GENERAL

PLEASE PROVIDE DETAILED SUPPORT FOR ALL MEAL, ENTERTAINMENT AND TRAVEL EXPENSES (FIRM RECHARGE AND CLIENT RECHARGE) ON THE REVERSE SIDE AND ATTACH RECEIPTS IN ACCORDANCE WITH IRS REGULATIONS.

CLIENT RECHARGE

| COST CODE | MATTER # | CLIENT AND MATTER NAME | AMOUNT |
|---|---|---|---|
| E109 | 10904447 | Granite v. Southlands | 21.00 |

NARRATIVE:
Parking charges to deliver/pickup exhibits to court for hearing

NARRATIVE:

NARRATIVE:

NARRATIVE:

| COST CODES | |
|---|---|
| E121 | ARBITRATORS/MEDIATORS |
| E200 | CONFERENCE EXPENSES |
| E107 | DELIVERY SERVICES |
| E115 | DEPOSITIONS/TRANSCRIPTS |
| E101 | DUPLICATING EXPENSES |
| E119 | EXPERTS |
| E112 | FILING FEES/COURT FEES |
| E211 | FOREIGN ASSOCIATE |
| E105 | LD TELEPHONE |
| E118 | LITIGATION SUPPORT VENDORS |
| F208 | LOBBY – MEALS/ENT |
| F209 | LOBBY OTHER |
| E122 | LOCAL COUNSEL |
| E109 | LOCAL TRAVEL |
| E111 | MEALS |
| E106 | ONLINE RESEARCH |
| E123 | OTHER PROFESSIONALS |
| E124 | OTHER (EXPLAIN) |
| E110 | OUT OF TOWN TRAVEL |
| E102 | OUTSIDE PRINTING |
| E108 | POSTAGE |
| E120 | PRIVATE INVESTIGATIONS |
| F201 | PTO FEES |
| F213 | PTO MAINTENANCE FEE |
| F207 | RECORDS |
| F214 | REFUND OF CLIENT COST CREDIT |
| F204 | SECRETARY OVERTIME |
| E113 | SUBPOENA FEES |
| E117 | TRIAL EXHIBITS |
| E116 | TRIAL TRANSCRIPTS |
| E114 | WITNESS FEES |

ALL MEALS AND ENTERTAINMENT MUST BE SEPARATELY DISCLOSED ABOVE AND ON THE REVERSE SIDE.

DELIVER CHECK TO: Chris Allen - Denver

Poe Leggette
ATTORNEY NAME (PRINT)

*L.P. Leggette*
ATTORNEY SIGNATURE

LL01283
ATTORNEY #



175396

**Express Park Receipt**
Denver Pavilions
500 Sixteenth Street
Denver, CO 80202

SOUTHLAND PRINTING - SHREVEPORT, LA.          632902

7090 02/14 18:06 02/14 19:02 $7.00   44a7



175379

**Express Park Receipt**
Denver Pavilions
500 Sixteenth Street
Denver, CO 80202

SOUTHLAND PRINTING - SHREVEPORT, LA.          632902

7029 02/14 08:29 02/14 17:19 $14.00   44a7

FULBRIGHT & JAWORSKI L.L.    VENDOR:  013455   Lucy D. Amold                    CHECK NO:  188877

| APPR#<br>13455 | INVOICE#<br>022211/13455 | DATE<br>02-22-11 | AMOUNT<br>211.05 | DESCRIPTION<br>02/14/11 Demonstrative exhibits for<br>trial | VOUCH#<br>11220178 |
|---|---|---|---|---|---|

CHECK REQUISITION/EXPENSE REIMBURSEMENT

DATE: February 23, 2011

DATE & TIME NEEDED:

| CHECK SIGNER |
|---|
| VOUCHER # |
| |
| ACCTG. USE ONLY |

ISSUE CHECK PAYABLE TO: **3B Studio, Inc.**

TAX ID NUMBER   76-0691453

405 Main Street, #1100

Houston, TX 77002                     $435.00

FIRM RECHARGE

| ACCOUNT NAME/DESCRIPTION | ACCOUNT NUMBER XX-XXX-XX-XXXX-XXX OFC-DPT-TM-MAJ-SUB | DOLLAR AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |

DESCRIPTION:

| MAJ-SUB | SELECTED ACCTS. | MAJ-SUB | SELECTED ACCTS. | MAJ-SUB | SELECTED ACCTS. |
|---|---|---|---|---|---|
| 6300-010 | MEETINGS & RETREAT-MEALS | 7030-020 | BUSINESS ENTERTAINMENT-TRAVEL | 8080-040 | RECRUITING-OTHER INC. |
| 6300-020 | MEETINGS & RETREAT-OTHER | 7040-010 | CONV./INSTITUTES-MEAL SENT. | 8070-010 | SUMMER CLERKS-MEAL RENT |
| 7010-010 | TRAVEL & INCIDENTAL-MEALS | 7040-020 | CONV./INSTITUTE-TRAVEL/OTHER | 8071-010 | SUMMER CLERKS-LUNCHES |
| 7010-040 | TRAVEL & INCIDENTAL-OTHER | 7040-030 | CONV./INSTITUTES-REGISTRATION FEE | 8072-010 | SUMMER CLERKS-DINNERS |
| 7020-000 | BAR ASSOCIATION DUES | 7050-010 | PROFESSIONAL/BAR ASSOC. MEALS | 8070-020 | SUMMER CLERKS-TRAVEL/OTHER |
| 7020-040 | PROFESSIONAL ASSOCIATION DUES | 8050-010 | RECRUITING-MEALS-ATTY INTERVIEWS | 8070-040 | SUMMER CLERKS-OTHER |
| 7030-010 | BUSINESS ENTERTAINMENT-MEALS | 8060-020 | RECRUITING-TRAVEL/INCD. | 1133-000 | CLIENT UNALLOCATED REFUND |

OFFICE CODES

| | | | | | | | | DEPT. CODES | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01: | HOUSTON | 08: | AUSTIN | 16: | LONDON | 21: | BEIJING | 004: | BANKRUPTCY | 018: | HEALTH | 038: | ENERGY & REAL PROP. |
| 02: | NEW YORK | 09: | WASHINGTON | 16: | ST. LOUIS | | | 006: | CORP. & BANK | 021: | LABOR | 024: | TAX |
| 03: | LOS ANGELES | 10: | HONG KONG | 17: | RIYADH | | | 007: | TECHNOLOGY | 024: | LITIGATION | 043: | ADMIN |
| 06: | SAN ANTONIO | 11: | MINNEAPOLIS | 18: | DUBAI | | | 009: | ENVIRONMENTAL | 030: | INTEL. PROP | 092: | SUMMER CLERKS |
| 07: | DALLAS | 12: | MUNICH | 19: | DENVER | | | 012: | FAMILY | 033: | PUBLIC | 000: | GENERAL |

PLEASE PROVIDE DETAILED SUPPORT FOR ALL MEAL, ENTERTAINMENT AND TRAVEL EXPENSES (FIRM RECHARGE AND CLIENT RECHARGE) ON THE REVERSE SIDE AND ATTACH RECEIPTS IN ACCORDANCE WITH IRS REGULATIONS.

CLIENT RECHARGE

| COST CODE | MATTER # | CLIENT AND MATTER NAME | AMOUNT |
|---|---|---|---|
| E123 | 10904447 | Granite Southlands | 435.00 |

For taking pdf documents, changing to tif and loading on to Sanctions database for use at trial.

| COST CODES | |
|---|---|
| E121 | ARBITRATORS/MEDIATORS |
| F200 | CONFERENCE EXPENSES |
| E107 | DELIVERY SERVICES |
| E115 | DEPOSITIONS/TRANSCRIPTS |
| E301 | DUPLICATING EXPENSES |
| E119 | EXPERTS |
| E112 | FILING FEES/COURT FEES |
| F211 | FOREIGN ASSOCIATE |
| E105 | LD TELEPHONE |
| E118 | LITIGATION SUPPORT VENDORS |
| F208 | LOBBY - MEAL/ENT |
| F209 | LOBBY OTHER |
| E122 | LOCAL COUNSEL |
| E109 | LOCAL TRAVEL |
| E111 | MEALS |
| E106 | ONLINE RESEARCH |
| E123 | OTHER PROFESSIONALS |
| E124 | OTHER (EXPLAIN) |
| E110 | OUT OF TOWN TRAVEL |
| E102 | OUTSIDE PRINTING |
| E108 | POSTAGE |
| E120 | PRIVATE INVESTIGATIONS |
| F201 | PTO FEES |
| F213 | PTO MAINTENANCE FEE |
| F207 | RECORDS |
| F214 | REFUND OF CLIENT COST CREDIT |
| F204 | SECRETARY OVERTIME |
| E113 | SUBPOENA FEES |
| E117 | TRIAL EXHIBITS |
| E116 | TRIAL TRANSCRIPTS |
| E114 | WITNESS FEES |

ALL MEALS AND ENTERTAINMENT MUST BE SEPARATELY DISCLOSED ABOVE AND ON THE REVERSE SIDE.

DELIVER CHECK TO:   MAIL

PAUL TRAHAN                                              08733

ATTORNEY NAME (PRINT)          ATTORNEY SIGNATURE          ATTORNEY #



## studio inc.
Litigation Graphics & Technology Firm

405 Main Street, #1100
Houston, Texas 77002

FEB 22 2011
RECEIVED

February 21, 2011

*Sent Via Fedex*

Stacey Jett
Fulbright & Jaworski
600 Congress, Suite 2400
Austin, Texas 78701

*Re: Granite Southlands*

Dear Stacey:

The enclosed fees are for work performed on the above referenced matter. In addition, any expenses involved while performing the work are included as well.

**Invoice Total**

These fees and expenses are inclusive through February 8, 2011 and are complete for all work and expenses performed on the project to date.

**Invoice Total:**                                $435.00

*took pdf docs - changed to tif docs for loading onto Sanction data base for use at trial.*

**Invoice Summary**

**Fees**

As stated in the engagement letter, 3B Studio bills at an hourly rate based upon the task being performed. Below are the total fees for the tasks performed during the time for this invoice:

Technical Support                    $435.00
Rate: $145.00 hr
Hours: 3

713-222-7075 studio   713-222-7061 fax   www.3bstudio.com

*Page 2,*

**Total Fees**                    **$435.00**

**Expenses**

**No Job Related Expenses**

Stacey, we at 3B Studio appreciate the opportunity to have served you and your client on this matter and look forward to further successful projects.

Sincerely,

Ron Migl
3B Studio, Inc.
Federal Tax ID# 76-0691453

# ADDENDUM B-5

**Granite v. Alberta (U.S. District Court of Colorado) - Summary of Invoices**

| Invoice | Date | | Fees | | Cost | | Total | Status |
|---------|------|---|------|---|------|---|-------|--------|
| 10975747 | 04/14/2009 | $ | 6,477.30 | $ | - | $ | 6,477.30 | PAID |
| 10982815 | 05/11/2009 | $ | 39,479.52 | $ | 1,609.05 | $ | 41,088.57 | PAID |
| 10993023 | 06/12/2009 | $ | 25,522.95 | $ | 866.90 | $ | 26,389.85 | PAID |
| 11000150 | 07/09/2009 | $ | 16,623.02 | $ | 169.31 | $ | 16,792.33 | PAID |
| 11010482 | 08/12/2009 | $ | 33,245.62 | $ | 570.04 | $ | 33,815.66 | PAID |
| 11018175 | 09/09/2009 | $ | 406.30 | $ | 0.18 | $ | 406.48 | PAID |
| 11018180 | 09/09/2009 | $ | 39,995.90 | $ | 966.54 | $ | 40,962.44 | PAID |
| 11018185 | 09/09/2009 | $ | 840.65 | $ | - | $ | 840.65 | PAID |
| 11025990 | 10/08/2009 | $ | 46,422.32 | $ | 525.87 | $ | 46,948.19 | PAID |
| 11037073 | 11/11/2009 | $ | 24,840.40 | $ | 1,328.89 | $ | 26,169.29 | PAID |
| 11037076 | 11/11/2009 | $ | 20,419.55 | $ | - | $ | 20,419.55 | PAID |
| 11037080 | 11/11/2009 | $ | 1,742.92 | $ | - | $ | 1,742.92 | PAID |
| 11045841 | 12/11/2009 | $ | 26,604.57 | $ | 414.35 | $ | 27,018.92 | PAID |
| 11045856 | 12/11/2009 | $ | 1,127.95 | $ | - | $ | 1,127.95 | PAID |
| 11045862 | 12/11/2009 | $ | 181.05 | $ | - | $ | 181.05 | PAID |
| 11052391 | 01/12/2010 | $ | 85,173.40 | $ | 2,202.10 | $ | 87,375.50 | PAID |
| 11052424 | 01/12/2010 | $ | 30.17 | $ | - | $ | 30.17 | PAID |
| 11052436 | 01/12/2010 | $ | 29,568.10 | $ | - | $ | 29,568.10 | PAID |
| 11061048 | 02/12/2010 | $ | 117,665.92 | $ | 7,458.82 | $ | 125,124.74 | PAID |
| 11061056 | 02/12/2010 | $ | 94,148.12 | $ | 3.84 | $ | 94,151.96 | PAID |
| 11061078 | 02/12/2010 | $ | 2,659.65 | $ | - | $ | 2,659.65 | PAID |
| 11067197 | 03/08/2010 | $ | 214,426.52 | $ | 7,539.93 | $ | 221,966.45 | PAID |
| 11067317 | 03/08/2010 | $ | 29,209.40 | $ | - | $ | 29,209.40 | PAID |
| 11067321 | 03/08/2010 | $ | 181.90 | $ | - | $ | 181.90 | PAID |
| 11067325 | 03/08/2010 | $ | 1,432.67 | $ | - | $ | 1,432.67 | PAID |
| 11075185 | 04/09/2010 | $ | 4,672.45 | $ | 70.76 | $ | 4,743.21 | PAID |
| 11075190 | 04/09/2010 | $ | 1,405.90 | $ | - | $ | 1,405.90 | PAID |
| 11075191 | 04/09/2010 | $ | 7,492.75 | $ | - | $ | 7,492.75 | PAID |
| 11075192 | 04/09/2010 | $ | 31,931.95 | $ | 4,407.76 | $ | 36,339.71 | PAID |
| 11083128 | 05/10/2010 | $ | 63,410.85 | $ | 7,217.72 | $ | 70,628.57 | PAID |
| 11083148 | 05/10/2010 | $ | 8,168.07 | $ | - | $ | 8,168.07 | PAID |
| 11083155 | 05/10/2010 | $ | 710.17 | $ | - | $ | 710.17 | PAID |
| 11083162 | 05/10/2010 | $ | 379.52 | $ | - | $ | 379.52 | PAID |
| 11083165 | 05/10/2010 | $ | 227.37 | $ | - | $ | 227.37 | PAID |
| 11083177 | 05/10/2010 | $ | 657.47 | $ | - | $ | 657.47 | PAID |
| 11093316 | 06/09/2010 | $ | 2,558.92 | $ | 6,825.86 | $ | 9,384.78 | PAID |
| 11093428 | 06/09/2010 | $ | 1,088.42 | $ | - | $ | 1,088.42 | PAID |
| 11093434 | 06/09/2010 | $ | 3,982.25 | $ | - | $ | 3,982.25 | PAID |
| 11093438 | 06/09/2010 | $ | 904.40 | $ | - | $ | 904.40 | PAID |
| 11102102 | 07/12/2010 | $ | 3,977.57 | $ | - | $ | 3,977.57 | PAID |
| 11102107 | 07/12/2010 | $ | 7,865.05 | $ | 4,705.36 | $ | 12,570.41 | PAID |
| 11102113 | 07/12/2010 | $ | 5,617.65 | $ | - | $ | 5,617.65 | PAID |
| 11109197 | 08/09/2010 | $ | 33,777.30 | $ | 8,665.20 | $ | 42,442.50 | PAID |
| 11109203 | 08/09/2010 | $ | 28,693.45 | $ | - | $ | 28,693.45 | PAID |
| 11109228 | 08/09/2010 | $ | 286.87 | $ | - | $ | 286.87 | PAID |
| 11109229 | 08/09/2010 | $ | 202.30 | $ | - | $ | 202.30 | PAID |

| Invoice | Date | Fees | Cost | Total | Status |
|---|---|---|---|---|---|
| 11117060 | 09/09/2010 | $ 17,454.32 | $ 4,032.45 | $ 21,486.77 | PAID |
| 11117077 | 09/09/2010 | $ 90.95 | $ - | $ 90.95 | PAID |
| 11117085 | 09/09/2010 | $ 63.75 | $ - | $ 63.75 | PAID |
| 11117102 | 09/09/2010 | $ 4,414.05 | $ - | $ 4,414.05 | PAID |
| 11127403 | 10/13/2010 | $ 4,671.17 | $ - | $ 4,671.17 | PAID |
| 11127431 | 10/13/2010 | $ 5,655.90 | $ - | $ 5,655.90 | PAID |
| 11136349 | 11/12/2010 | $ 43,996.00 | $ 11,616.45 | $ 55,612.45 | PAID |
| 11136365 | 11/12/2010 | $ 3,432.30 | $ 14.72 | $ 3,447.02 | PAID |
| 11136366 | 11/12/2010 | $ 3,564.90 | $ - | $ 3,564.90 | PAID |
| 11145137 | 12/14/2010 | $ (3,387.13) | $ 3,554.82 | $ 167.69 | PAID |
| 11145139 | 12/14/2010 | $ 3,584.02 | $ - | $ 3,584.02 | PAID |
| 11151559 | 01/12/2011 | $ 6,248.35 | $ 3,535.82 | $ 9,784.17 | PAID |
| 11151566 | 01/12/2011 | $ 828.32 | $ - | $ 828.32 | PAID |
| 11151571 | 01/12/2011 | $ 1,881.05 | $ - | $ 1,881.05 | PAID |
| 11151582 | 01/12/2011 | $ 505.75 | $ - | $ 505.75 | PAID |
| 11158183 | 02/09/2011 | $ 15,615.35 | $ 6,954.14 | $ 22,569.49 | PAID |
| 11158195 | 02/09/2011 | $ 43,164.27 | $ 146.14 | $ 43,310.41 | PAID |
| 11158256 | 02/09/2011 | $ 3,774.85 | $ - | $ 3,774.85 | PAID |
| 11163455 | 02/25/2011 | $ 4,154.37 | $ 49.36 | $ 4,203.73 | PAID |
| 11167414 | 03/10/2011 | $ 95,429.07 | $ 7,648.42 | $ 103,077.49 | PENDING |
| 11167425 | 03/10/2011 | $ 2,473.50 | $ - | $ 2,473.50 | PAID |
| 11174413 | 04/12/2011 | $ 8,815.94 | $ 5,412.96 | $ 14,228.90 | PAID |
| 11174420 | 04/12/2011 | $ 737.37 | $ - | $ 737.37 | PAID |
| 11174456 | 04/12/2011 | $ 556.75 | $ - | $ 556.75 | PAID |
| 11184051 | 05/13/2011 | $ 12,536.22 | $ 6,157.68 | $ 18,693.90 | PAID |
| 11184167 | 05/13/2011 | $ 11,907.65 | $ - | $ 11,907.65 | PAID |
| 11184276 | 05/13/2011 | $ 8,829.37 | $ - | $ 8,829.37 | PAID |
| 11184301 | 05/13/2011 | $ 418.20 | $ - | $ 418.20 | PAID |
| 11192319 | 06/13/2011 | $ 1,312.50 | $ - | $ 1,312.50 | PENDING |
| 11192438 | 06/13/2011 | $ 2,419.00 | $ - | $ 2,419.00 | PENDING |
| | **Total Billed** | **$ 1,436,925.40** | **$ 110,778.19** | **$ 1,547,703.59** | |
| | **Total Paid** | $ 1,337,764.83 | $ 103,129.77 | $ 1,440,894.60 | |
| | **Total Pending** | $ 99,160.57 | $ 7,648.42 | $ 106,808.99 | |

| | |
|---|---|
| **Total Escrow Related Fees & Expenses Billed*** | $ 635,046.12 |
| **Total Escrow Related Fees & Expenses Paid** | $ 528,237.13 |
| **Total Escrow Fees & Costs Pending** | $ 106,808.99 |

*Exclusive of amounts sought in Bill of Costs