# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-00799- SJJ-KLM

GRANITE SOUTHLANDS TOWN CENTER, LLC,

        Plaintiff

v.

ALBERTA TOWN CENTER, LLC,
LAND TITLE GUARANTEE COMPANY,

        Defendants.

---

**DEFENDANT ALBERTA TOWN CENTER, LLC'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO GRANITE SOUTHLANDS TOWN CENTER LLC'S MOTION FOR ATTORNEYS' FEES AND EXPENSES (DOCKET # 199)**

---

      Defendant Alberta Town Center, LLC ("Alberta"), by and through its attorneys, Jones & Keller, P.C., submits this Second Unopposed Motion for Extension of Time to Respond to Plaintiff's Motion for Attorneys' Fees and Expenses ("Second Unopposed Motion"), and states the following in support thereof:

      Pursuant to D.C.Colo.L.Civ.R. 7.1A, undersigned counsel certifies that he has communicated with counsel for Plaintiff before filing this Second Unopposed Motion and advises that Plaintiff has no objection to the relief sought thereby.

      1.     On September 19, 2011, Plaintiff filed its Motion for Attorneys' Fees and Expenses ("Motion"). Docket # 199. Plaintiff served its Motion on Alberta electronically. Alberta's response was originally due on October 13, 2011.

      2.     Alberta requested additional time to respond via its Unopposed Motion for Extension of Time to Respond to Plaintiff's Motion for Attorneys' Fees and Expenses ("Unopposed Motion"), and therefore requested a 7-day extension of time, up to and including October 20, 2011. Docket # 220.

      3.     The Court granted Alberta's Unopposed Motion on or around October 17, 2011. Alberta's response to Plaintiff's Motion is therefore currently due on October 20, 2011.

      4.     On October 19, 2011, Plaintiff filed a Supplemental Motion for Attorneys' Fees and Expenses ("Supplemental Motion"). Docket # 223.

5.      Due to the voluminous nature of the records attached to Plaintiff's Supplemental Motion, Alberta needs additional time to respond and therefore requests a 6-day extension of time, up to and including October 26, 2011.

6.      No party will be prejudiced by the relief requested herein.

WHEREFORE, Alberta respectfully requests that this Court grant this Second Unopposed Motion and enter an order granting it a 6-day extension of time, up to and including October 26, 2011, in which to respond to Plaintiff's Motion.

Dated: October 20, 2011

Respectfully submitted,

*s/   Steven R. Kabler*
Steven R. Kabler
**JONES & KELLER, P.C.**
1999 Broadway, Suite 3150
Denver, CO 80202
Telephone:     (303) 573-1600
Fax:              (303) 573-8133
E-mail:         skabler@joneskeller.com
Attorneys for Defendant Alberta Town Center, LLC

{JK00317435.1 }

I hereby certify that on October 20, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | | |
|---|---|---|
| *Attorneys for Plaintiff & Counter Defendant Granite Southlands Town Center, LLC* | jdykes@fulbright.com<br>bvetter@fulbright.com | Osborne J. Dykes, III<br>Benjamin M. Vetter<br>Fulbright & Jaworski LLP<br>370 – 17th Street, Suite 2150<br>Denver, CO   80202 |
| *Attorneys for Plaintiff & Counter Defendant Granite Southlands Town Center, LLC* | ptrahan@fulbright.com | Paul Trahan<br>Fulbright & Jaworski LLP<br>600 Congress Avenue, Suite 2400<br>Austin, TX  78701 |
| *Defendant Land Title Guarantee Company* | kbruetsch@rwolaw.com | Kimberly A. Bruetsch<br>Robinson, Waters & O'Dorisio PC<br>1099 – 18th Street, 26th Floor<br>Denver, CO   80202 |

And I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner indicated by the non-participant's name:    NONE

*s/    Steven R. Kabler*
Steven R. Kabler
Attorneys for Defendant Alberta Town Center, LLC
**JONES AND KELLER, P.C.**
1999 Broadway, Suite 3150
Denver, CO 80202
Telephone:             303-573-1600
Fax:                        303-573-8133
E-mail:          skabler@joneskeller.com

{JK00317435.1 }