## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-00799- SJJ-KLM

GRANITE SOUTHLANDS TOWN CENTER, LLC,

      Plaintiff

v.

ALBERTA TOWN CENTER, LLC,
LAND TITLE GUARANTEE COMPANY,

      Defendants.

---

**ORDER GRANTING DEFENDANT ALBERTA TOWN CENTER, LLC'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO GRANITE SOUTHLANDS TOWN CENTER LLC'S MOTION FOR ATTORNEYS' FEES AND EXPENSES**

---

The matter before the Court is Defendant Alberta Town Center, LLC's ("Alberta") Second Unopposed Motion for Extension of Time to Respond to Plaintiff's Motion for Attorneys' Fees and Expenses ("Second Unopposed Motion"). The Court, being advised in the premises, hereby

ORDERS that Alberta's Second Unopposed Motion is GRANTED. Alberta shall have until and including October 26, 2011 to respond to Plaintiff Granite Southland Town Center, LLC's Motion for Attorneys' Fees and Expenses.

DATED at Denver, Colorado this ____ day of October, 2011.

                BY THE COURT:

                _____
                United States District Court Judge

{JK00317433.1 }