IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00799-SJJ-KLM

GRANITE SOUTHLANDS TOWN CENTER LLC,

    Plaintiff,

v.

ALBERTA TOWN CENTER, LLC, and
LAND TITLE GUARANTEE COMPANY,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant Alberta Town Center, LLC's **Second Unopposed Motion for Extension of Time to Respond to Granite Southlands Town Center LLC's Motion for Attorneys' Fees and Expenses (Docket # 199)** [Docket No. 224; Filed October 20, 2011] (the "Motion").  As an initial matter, the Motion does not comply with D.C.COLO.LCivR 10.1E., which provides that all papers filed with the Court shall be double-spaced.  The Motion is subject to denial on this basis alone.  Nevertheless, in the interest of expedience,

    IT IS HEREBY **ORDERED** that the Motion [#224] is **GRANTED**.  Accordingly,

    IT IS FURTHER **ORDERED** that Defendant Alberta Town Center, LLC, shall file a response to Plaintiff's Motion for Attorneys' Fees and Expenses [#199] no later than **October 26, 2011**.

    Dated:  October 21, 2011