IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

In the Matter of:

Granite Southlands Town Center, LLC v. Alberta Town Center, LLC

09-cv-00799-ZLW-KLM

DEPOSITION OF:

# MARKO BLINDER

DATE TAKEN: December 9, 2009

PAGES: 1-66

REPORTED BY: Marchelle Hartwig, CSR

H+G
Hunter+Geist, Inc.
(303) 832-5966
www.huntergeist.com
depo@huntergeist.com
1900 Grant Street, Suite 800
Denver, Colorado 80203
Fax: (303) 832-9525
Toll Free: 1-800-525-8490

EXHIBIT
tabbies
3

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00799-ZLW-KLM

GRANITE SOUTHLANDS TOWN CENTER, LLC,

Plaintiff,

v.

ALBERTA TOWN CENTER, LLC,
LAND TITLE GUARANTEE COMPANY,
DONALD G. PROVOST, ALLAN G. PROVOST,
and PETER M. CUDLIP,
Defendants.

DEPOSITION OF: MARKO BLINDER - December 9, 2009

PURSUANT TO NOTICE, the deposition of MARKO BLINDER was taken on behalf of the Plaintiff at 6155 South Main Street, Suite 260, Aurora, Colorado 80016, on December 9, 2009, at 9:04 a.m., before Marchelle Hartwig, Certified Shorthand Reporter and Notary Public within Colorado.

A P P E A R A N C E S

For the Plaintiff: OSBORNE J. DYKES, III, ESQ.
Fulbright & Jaworski L.L.P.
370 17th Street, Suite 2150
Denver, Colorado 80202

For the Defendants: Alberta Town Center, LLC, Donald G. Provost, and Peter M. Cudlip
STUART N. BENNETT, ESQ.
Lindquist & Vennum, PLLP
600 17th Street
Suite 1800 South
Denver, Colorado 80202

Also Present: Jeff Nemec

2

I N D E X

EXAMINATION OF MARKO BLINDER: PAGE
December 9, 2009

By Mr. Dykes 3, 62

By Mr. Bennett 32

3

WHEREUPON, the following proceedings were taken pursuant to the Federal Rules of Civil Procedure.

* * * * *

MARKO BLINDER,

having been first duly sworn to state the whole truth, testified as follows:

EXAMINATION

BY MR. DYKES:

Q. Would you state your name, please.
A. Marko Paul Blinder.
Q. And Mr. Blinder, you and I met yesterday, but to reintroduce myself, my name is Jeff Dykes. I'm a lawyer and I am representing Granite Southlands Town Center, LLC, the owner of Southlands Mall here. I know you understand that we're involved in a lawsuit, and that's why we're asking for your testimony here today, correct?
A. Yes.
Q. Okay. And Granite Southlands Town Center, LLC, is the plaintiff in the lawsuit and the defendants in the lawsuit are Alberta Town Center, LLC, Land Title Guarantee Company, Donald Provost, Allan Provost, and Peter Cudlip. You understand those are the people on the other side of the lawsuit?

4

A. Yes.
Q. Okay. And do you understand that the object and purpose of your testimony here today is simply to tell the truth?
A. Yes.
Q. If I ask you a question that you do not understand, please tell me.
A. Okay.
Q. And after I ask you questions this morning, Mr. Bennett, representing the defendants, will also have an opportunity to ask you questions.
A. Yes.
Q. First, let me ask you: What is your position here at Southlands Mall?
A. I am maintenance technician.
Q. And what are your job responsibilities as a maintenance technician?
A. Preventive maintenance, repair of broken equipment or structures; any help to tenants, what they need.
Q. How many buildings -- how many separate buildings are under your responsibility here?
A. Sorry. I am responsible for west side of Town Center, so it's 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15 buildings.

**A**

able 14:15,16 21:15 27:15 37:7 45:13
above-named 67:8
absolutely 35:23 57:5
accurate 56:7 65:3
acquaintance 8:14 31:3
Action 1:2
adjust 37:8 59:5
affiliated 6:21 7:22
affixed 66:12
aforesaid 66:7
afraid 14:1 20:7 47:17
afternoon 19:12
agents 34:14
ago 6:8 13:12 29:9,10 33:2 56:12
agree 60:22
agreed 67:8
ahead 63:2
al 67:5
Alberta 1:6,19 3:22 6:21 7:23 32:8 36:9 59:20,24 60:1,7,20 61:8 67:5
alcoholic 60:24
alcoholics 61:13,15
Allan 1:7 3:24 30:23 54:12
amendment 67:10,11
amendments 65:4,5
Angela 53:10,11
angle 18:1,6 19:10 20:5 37:21
angled 18:22
angles 20:7
answered 11:24
anybody 20:5 38:18 39:14 45:12 46:8,17 47:12 48:24 53:25 54:3 59:19 61:12
apart 23:7
appear 26:15
appoint 60:6
appointment 67:17
appropriate 67:13
approximate 64:2
approximately 13:19 49:18
April 7:24 8:1 9:3 26:1 39:17 40:13,13,22 41:17 44:10 50:16,17 66:13
Architects 20:13,20 22:5,9,12 23:9 39:19 40:17,23
area 22:6 23:23 24:4,5 43:14 47:7 49:12,15 49:22 56:17 57:21
58:8,15
argue 24:13 57:4
arguing 25:8
arrange 67:9
arrived 35:11
asked 11:23 33:8 54:6 60:6,14 66:8
asking 3:17
assignment 50:10
assignments 9:14 10:6 27:17 56:22 57:5,9,10
assigns 54:22
assistants 62:5
assume 63:3
attached 48:11 65:4,5
attend 33:19
attention 17:5 18:2 26:22 30:11 43:25 49:3 52:18,19,20 67:18
attorney 67:13
August 62:12
Aurora 1:13
autumn 29:25
available 67:16,17
aware 14:10 30:16
a.m 1:13 32:1,1 64:2

**B**

B 5:2
bachelor 32:19
back 5:15 6:11 10:3,9 24:11,18,20 25:13,15 30:13 37:9,15 38:2 41:17,19 46:6 47:8,9
backdoors 17:10,12
backer 52:8,11
backside 12:21
bad 35:11 56:16 60:5
base 18:3,5,14,18 19:5 19:14,18,23 42:19 48:2
baseboard 41:24
basement 58:19
basis 9:10 46:20
beginning 26:17
behalf 1:12
Bellio 59:25 60:6,8,19 61:10,11,17
belong 28:13
belongs 27:13 31:9,11
bend 16:20 45:18
bending 16:9,25 17:5 45:22
Bennett 1:19 2:4 4:10 10:13,19 13:7 19:13 31:23,24 32:3 37:9 62:14,24 63:6 67:24
bent 16:8,13,18,22 45:16,18 46:2
best 12:2 13:4 19:19 63:3
better 25:7,17 63:21,22
big 14:16,18 17:16 18:23 21:15 28:14 36:13,15 40:12 42:7 47:18
bigger 27:24 29:16
biggest 26:12
birth 33:12
bit 60:12
Blinder 1:10,12 2:2 3:5 3:11,12 31:22 32:4,13 62:18 65:1,9,13 66:5 67:6
board 40:5 41:6 52:12 54:1,19
bordered 49:10
bottom 22:17,18,24
bottoms 22:21
break 31:25
Breaker 35:18
breakers 35:19
Brian 41:4,5
bricks 55:5,7
broke 37:23 43:10
broken 4:18 24:15 37:24 43:25 44:3,7 48:5 59:2,7,15
Bubble 58:13
buddies 60:25 61:6
building 10:22,22,25 10:25 11:2,4,5,6,7 12:15,15,21 13:22,22 14:6,23 17:14 20:13 20:17 23:14,14 27:1,4 27:5,8,9,10,13,14,16 27:18,19 28:2,5,7,15 28:17 29:8,20 30:14 36:13,13 37:18 41:9 47:4,10,11 49:2,13,15 50:18 51:1,3,6 52:3 58:18
buildings 4:21,22,25 5:1 26:25 27:2,3,7 61:21 62:1,3
bunch 56:5
business 12:3 20:6
businesses 17:8,10

**C**

c 1:15 5:2 67:24
cabinet 19:1,2,5,10
cabinets 17:25 18:4,21 20:7
call 57:14
called 8:7 10:2 17:4
candy 36:19
capacity 34:24
capital 33:18
care 9:18,22
carpet 35:12
Carter 41:4,5
case 13:14 32:10
cases 13:25
caulk 13:13,13 29:12 46:14 50:22 51:9
caulked 38:25 46:25 51:8 52:9
caulking 13:18 47:1
cause 15:8
caused 15:16
ceiling 15:3,5 37:2,22 37:22,24 43:3,6,8,14 49:7,11
ceilings 49:3,25
cement 24:20,24 25:2,3 25:3
center 1:3,6,19 3:15,21 3:22 4:24 5:3,4,7,8,16 8:17 30:3 32:8 34:23 36:9 53:1 54:18 61:24,24 65:25 67:5,5
centers 35:18
CERTIFICATE 66:1
Certified 1:14 66:4
certify 65:1 66:5,10
chamber 57:15,19,20 58:1
chance 31:23
change 7:21 12:8 67:15
changed 60:12
changes 67:10
check 28:10 54:21
Chicago 61:3
Christopher 53:18
cinema 51:24 52:16
circumstances 67:15
city 7:20,23,24 9:4,20 9:20 21:12,13 24:10 28:13 31:7 33:6 40:5 41:3,6,16 44:9 46:14 50:15 52:12,18 53:25 54:19 62:2 66:3
Civil 1:2 3:2
clean 27:23
cleaning 35:12
client 8:17
clog 58:2
clogged 58:4
close 37:7
closer 47:10
closing 30:3 36:8 49:18 50:7,21 52:25 53:7
clothes 14:8
cold 28:11
Colorado 1:1,13,14,18 1:21 5:24 6:3 34:22 35:8,10 65:15 66:2,4 67:4
column 18:3,5,8,9,11 18:14,18 19:5,9,15,19 19:23 42:18,19,20 48:2,2,3,4
come 8:13 14:12 23:3 25:17 26:2 31:5 40:22 49:24 57:16 59:8 63:9
comes 27:21 31:2
coming 5:12 54:1,19
commander 25:12
commencement 66:5
commission 65:20 66:13
Commons 12:23
company 1:7 3:23 6:19 6:20,21,24 7:19,22,23 9:21,22 27:13 35:1,2 35:12
complain 60:6 61:11
complained 14:13 22:13 23:11 40:19 60:23 61:9
complaint 47:16
complaints 61:5
comply 67:12
computer 58:21
concerns 59:20
concluded 64:2
concrete 27:18 51:25 52:15 57:20 58:7
condition 36:7 42:1 43:4 50:8 52:14 59:17
conduit 16:10,15,17,22 45:3,5,15,22,22 46:1 46:1
conduits 16:6,8,10,11 16:19,25 17:5 44:17 44:21 45:11
conference 22:10,11 39:23
connected 15:12,15 48:8,9
connection 15:5
connections 50:2
consider 9:1
considered 10:18
construction 28:9
contact 67:16
contains 17:16 58:19
continue 16:20 20:4 21:23 45:5,17 48:16 51:10
continued 21:22 45:16
continues 23:4 29:6 42:9
contractor 47:2
contractors 50:12
control 35:18 58:19,25

59:8,12
ıtroversy 66:6
ɲversation 60:7,8,10 60:11
conversations 61:8
conveyors 35:25
copies 67:14
copy 67:9,15,17
corner 18:5 52:3,4
correct 3:18 9:7 17:14 19:15,16 23:11 25:2 26:23 32:5 36:5 45:24 48:12 51:16,25 63:7,10
correction 63:13
corrections 63:14,15 67:17
corridor 14:23 15:1 16:3,4,5 17:7,11 44:18
counsel 66:10 67:14
country 6:5 33:13
county 65:14 66:3
course 25:6 36:3 42:6 59:10 61:4
COURT 1:1
cover 27:24 38:21 42:4 45:9 46:11
covers 51:9
-work 62:11
-worker 62:6
ɾack 28:14 30:14,15 37:1 40:6 50:4,12 51:14,14,21
cracked 24:6,17 47:19 47:21 50:2,4
cracking 10:11 13:23 27:2 41:23 49:14
cracks 11:18,19,24 12:4,8,13 13:6,9,14 16:23 22:4 26:6,7,12 26:15 27:5 28:24 29:1,4,7 36:14,15,16 37:15 38:6,8,12,16 39:6,8 42:5 46:14 50:11,18 51:1,2,6
crazy 24:13 25:9
CSR 67:22
Cudlip 1:8,21 3:24 30:23 31:13 32:8 54:15 60:15
curator 59:25
current 36:10 44:9
customers 12:22
cut 16:14,20,24 21:14 21:16,19 44:17 45:4 45:10,19,21,25 59:15
cuts 45:13 46:9

D

D 2:1 27:5,8 28:5,7 29:8,20 30:14 51:2,6
daily 9:10
damage 30:10 43:19,22
damaged 44:15
damages 44:22 49:16
dangerous 13:14 24:15 24:22 25:5 57:22
dangers 14:13
dark 44:1,2
date 9:4 56:10 67:12
dated 56:10
day 21:23 23:2 24:21 25:24 46:25 55:23,23 56:22,23 59:18 64:3 65:15 66:13
days 24:9 26:2 56:24 67:12
DCC 20:13,20 22:5,8 22:12 23:9 39:19 40:17,22
deal 23:17
deals 20:6
dealt 25:22
Dear 67:7
December 1:10,13 2:2 5:11,13,17 6:11 8:4 8:18,20,21 10:3,9,23 13:17 26:1 30:4,5,8 36:7 37:12,13,14 38:15 39:8 40:9 42:10,14,23 43:5,12 43:23 44:15 48:19 50:7,17 51:7 52:16 64:3 66:13 67:1
decided 8:15 25:5 60:5
decision 60:23
decoration 37:3
defendants 1:9,19 3:22 4:10 32:9
degree 32:14,16,22 33:2 34:12 42:15
delivered 17:12
delivery 14:23 16:2,4,5 17:7,11 44:18 45:12 46:9
Denver 1:18,21 28:13 35:3 66:3 67:4
department 46:14,18 56:5
DEPONENT 63:7,16 63:19
deposition 1:10,12 65:2 66:7 67:6
deposition(s) 67:8
describe 56:14
described 36:2 37:15 50:8,19 51:2 60:19
describing 9:8 10:25 12:14 13:18 18:13
19:2
designated 5:1
destructions 23:12
Development 6:21 7:23 60:7
diameter 27:24
difference 18:16,17
different 35:23
differential 19:13,23
diploma 34:4,5
direction 41:2
discuss 31:13,21
discussed 60:20
discussion 20:9
display 37:4,4,8
distance 19:18
District 1:1,1 9:22 31:9 31:10,12
division 55:9
doing 6:1 55:10,10,12
Don 54:6
Donald 1:7,20 3:23 30:22 32:7
door 20:23,23,24 21:3 21:4,5,6,7,10,14,16 21:25 22:5,6 26:13 36:21 50:2,3 55:7,7 59:14
doors 21:17 55:6
downstairs 11:11
drawers 37:5,6,6,7
drink 61:3
drive 51:25 52:15
driver's 34:9,10
drunk 61:4,16
dry 57:21 59:14
drywall 14:2,4,11,14 14:17 15:2,7,12,14,16 16:7,7,14,23 29:2,4 37:23 43:7,14,20,22 44:15,18 45:5,8,21,25 47:4,18,19,22,23 48:7 48:9,19,22 49:5,14 55:10
drywalls 43:25 55:3
duly 3:6 66:5
duties 54:18
duty 47:14
Dykes 1:16 2:3 3:9,13 7:18 10:16,24 13:10 62:17,23 63:1,12,17 63:23 67:2,7

E

E 1:15,15 2:1 10:22 11:4,5,7 12:15 13:22 17:14 20:13,17 23:14 27:1,4,10 28:17 36:12 37:18 41:9 47:5 49:13,15 50:18 51:3
earlier 9:9 16:3
easily 18:22
edge 18:5 19:4,8
education 15:24 32:13 33:11,12
educational 34:12
effort 38:21 42:3
eight 16:6 24:5
either 54:10
electric 35:1,2,5,13,14
electrical 9:13,15,19,19 32:14,23 33:25 35:2 35:16,17,21 55:2,9 57:14,15,21
electrician 9:14
electronics 59:9,13
elevator 50:1,3
elevators 36:1
employed 41:2 66:10
employer 6:11 7:19 44:9
employment 36:4
enclosed 67:8,9,10
engineer 15:23 32:23
engineering 15:24 34:2
engineers 34:11
English 35:11 63:19
enter 21:7 32:24
Enterprise 7:20
entrance 12:22 21:6,7 26:13 50:3 58:1,2
equipment 4:19 35:16 35:17 58:20 59:14
errata 63:13
especially 39:3
Esq 1:16,19 67:2,24
estimate 19:19 55:8,11
et 67:5
evaluate 32:18
everybody 12:12 36:14 36:16 38:24
evidence 16:21 30:2
exactly 7:9 10:23 13:10 17:2,2 21:2 25:25 26:3 27:12 29:9,10 30:5,18,20 38:10 43:24 48:20 49:10 50:9 52:4
examination 2:2 3:8 32:2 62:16 66:5
example 5:5 15:11 35:25 36:18 55:6 56:9 57:6,11,12,13
examples 9:11 35:24
Excuse 49:9
exist 28:17 42:10 44:22 51:7
existed 40:7 42:1 44:15 50:6
expensive 58:20
expertise 10:20
expires 65:20 66:13
explain 25:14 56:12
explained 47:15,16 48:15 60:8
exposed 13:16 36:14 46:25
extent 32:12
exterior 51:24 52:15

F

faced 12:23
fall 14:2 47:17 58:1,7
familiar 8:19 15:25 28:4 31:20
fan 59:14
fashion 50:24
fast 22:3 26:20
faster 20:4
Federal 3:2
feet 14:20,20 38:8,13 48:6 49:4 52:5,6
fell 37:23 43:7
fellow 7:6
figure 15:25 22:14 40:23 44:4
figured 22:16 40:24
file 19:2,5
filled 55:25
find 15:3
finger 12:12,13 26:9,21 36:14 49:20,20 50:5
fingers 38:6
finished 28:9
fire 13:12,14 46:13,17
fired 62:7
fire-protected 13:13
first 3:6 4:13 10:10,16 10:21 11:18 12:9 14:6 15:1 17:15 18:17 19:22 20:25 21:1,20,25 24:14 26:15 27:4,19,23 29:3 29:5,7,10 30:15,16 35:10 41:10 44:3,6 49:2 54:23 55:16,17 63:20
fit 12:12 29:15 49:20
fits 22:24
five 22:11
fix 10:6 13:13 14:15,15 20:23 21:20 22:15 24:4 25:2 27:17,20,22 35:19 37:4 50:12,22 52:19 54:23 55:1,2,3 55:5,16 59:15
fixed 21:2 26:6 37:2 54:24 56:11
fixing 54:25 55:9
fixtures 44:1

flexible 30:9 46:4 51:9
flooded 59:13
floor 11:13 12:24 14:6 17:15 18:1,2,5,6,12 18:13,19,24 19:6,8,9 19:15,19,24 20:16 22:19,23,25 23:23,23 23:24 25:1,21 26:8 28:7,16,18,20,23,24 28:25 29:11,18 37:2,6 37:20,21 39:24 40:10 40:25 41:10,13 42:15 42:18 48:3 49:2,14,17 49:19 50:12,13 58:1
foam 27:23,24 52:8,11
focus 36:6
focusing 37:11
following 3:1
follows 3:7
forced 13:12 25:13
foregoing 65:2 66:8
Forest 7:20,23,24 9:4 9:20,20 21:12,13 24:9 28:13 31:7 40:4 41:2 41:6,16 44:9 46:14 50:15 52:12,18 53:25 54:19 62:2
form 10:13,19 13:7 30:9 55:25 63:14 66:8
formal 32:12 55:19
former 15:24 37:11,19
forth 5:2
found 22:18 28:14 59:12
foundation 10:14,20 13:8
fountain 58:13,14,14 58:18,19,20,25 59:8 59:12
four 6:3 20:21 33:2 35:7,9,10 56:10
frame 20:24 21:21 22:14,24 36:11 40:21
Fulbright 1:17 67:3
furniture 17:25 18:4,25 37:20
further 66:10
Fuzziwiggs 36:20,21

G

G 1:7,7,20
gap 22:18 27:17,21,23 29:11,13,15,17 30:1 30:12 40:10 49:19,20 49:25 51:24 52:14
gaps 28:16,19 51:9,12 51:22
garage 17:16,18 43:14 44:4,18
gaskets 22:13 40:20
GEIST 67:22
general 7:8,12 26:22 46:22 47:7 62:19
gentleman 59:24
getting 10:7
give 9:11 31:23 34:7 35:24 55:24 57:11,12
given 66:9
gives 55:16
glass 22:11,12,13,16,17 22:18,19,20,22,24,24 23:7 37:5 39:23 40:10,25
go 5:15 16:6 30:13 37:9 38:2 63:2
goes 12:21 50:3 57:19
going 10:9 22:15 26:2 31:23 40:23 44:5 60:2
good 32:4,6,7 53:4 56:18 60:13 62:7
government 34:6,7
governmental 34:13
grand 8:8,9,11,13
Granite 1:3 3:14,20 8:16 36:10 52:24 53:6 54:2,2 65:25 67:5
gray-colored 51:17
greet 31:3
grew 33:15
group 16:5
grow 33:17
Guarantee 1:7 3:23
guy 56:6,6

H

half 7:11 18:20 27:19
hallway 21:5,8,17 26:5 26:12 45:13 46:9
handle 62:25
handwritten 55:20 56:1
hanging 15:7 47:21
happened 15:8
happens 17:7
hard 32:17 52:17
Hartwig 1:14 66:4 67:22
hear 37:10 46:23
heating 9:15 28:10
heavy 57:16
hedge 57:16,16,17,18 57:25 58:6
height 49:4
help 4:19 23:1 62:11
hereto 66:6
he/she 67:16
hide 42:3 50:24
high 18:21,23,25 32:25 33:1,19 44:1 49:2,4 58:10 59:3,9
higher 23:25 24:14 25:4 31:17 32:20 58:22
highest 23:25
hired 5:11 6:12 7:7,12 8:10,15 44:8
hold 22:13 30:9 40:20
hole 16:10,11,14 45:10 48:15,21 57:25
holes 16:24
hour 60:25 64:2
housekeeping 17:15,17
huge 16:10 20:5 22:18 26:5,7 33:13
HUNTER 67:22
Hut 36:23,24,25 37:1

I

identify 54:1
idiot 57:5,7,8,9
idiots 57:5
III 1:16 67:2
impinge 45:6
important 63:20
impossible 56:24
Incan 7:14,15
inch 18:21,24 21:17 27:19 40:7,8 42:25
inches 18:25 19:20 27:20 42:17,21,22,22 43:1 49:21
Inclan 7:6,16,17 25:12 25:14,17 31:18 60:3 60:23,25 61:4,12
incorrect 25:6
indicated 6:4
indicating 18:7
individuals 53:20
informed 8:19 11:19
injure 14:3 47:18
inside 12:12 16:19 22:8 22:25 57:15,16,19
inspect 14:15 54:20 60:2
inspected 10:5 22:15 44:5
install 59:4
installation 25:1
installed 22:6
interested 66:11
invisible 26:11
invited 37:4
involved 3:16
issued 34:13
issues 60:15,21

J

J 1:16 67:2
James 62:9
January 39:17
Jaworski 1:17 67:3
jeans 14:8
Jeff 1:22 3:13 28:11 30:11 36:19 46:22 62:19,20 63:8,8
jet 58:13
job 4:16 9:11,24 15:23 35:15 56:21 57:1,2
Joe 59:25
joke 20:2,8
Jose 7:6,12 25:12,14 31:2,18 60:3,23
jump 58:22
jumped 22:13 40:20
jumping 40:24
June/July 23:22

K

kept 24:19 56:7
Kiev 33:17,19
kill 47:18
kind 24:18 34:6,16 35:15,17,19 51:3,17
kinds 9:15,16
King 6:16,17,23 7:25 10:5 11:21,22 12:1 17:4,13,20 20:1,9,22 24:3,10 25:8 26:4 37:20 38:1 41:5 48:15 55:24 56:3,15 59:21 60:3,24 61:5,12 62:7
King's 17:23 42:13 43:4,15 48:2
knees 58:3
know 3:16 10:3 12:4 15:10,22 27:12 30:9 30:15,22,24,25 31:3 31:21 32:11,17 33:13 34:15 38:10 44:25 45:2 49:1 52:23 53:5 53:8,11,12,17,19,20 53:22 54:3,6,12,14 56:12 58:15 60:11,24 61:14,16 63:9,19
knowledge 13:4 46:20
Kralovec 53:10
Krier 53:16
K-r-a-l-o-v-e-c 53:11
K-r-i-e-r 53:16

L

lack 10:13,19,20 13:7
lady 7:9
Land 1:7 3:23
language 63:20
lawsuit 3:16,21,22,25
lawyer 3:14
lazy 56:13
leads 21:5
learning 32:18
leave 48:13
left 45:8,10 46:8 48:15 48:21
legs 37:8
length 14:19 38:11
Lengthy 38:8
Leningrad 32:14 33:7 33:25
letter 5:1 67:12
letters 5:4 44:5
let's 6:14 37:9 38:2,3 39:4 42:13
level 31:16 50:1 54:4 58:3,10 59:9
license 34:2,8,9,10,13 34:17,19
licensing 34:6
lift 58:6
light 44:1 58:6
lighting 9:15
lights 9:23
Lindquist 1:19
list 55:16,18,19,20 56:1 60:9
litigation 66:11
little 60:12
LLC 1:3,6,20 3:15,21 3:23 6:20,22 7:22 8:17 32:8 65:25 67:5 67:5
lobby 12:21,22 28:15 28:19 29:11,18,19 49:12,15,22 50:18 51:1,3,6
located 33:5 42:20
long 5:9 6:1 11:18,19 22:1 29:9 35:6 38:9 38:13 56:12
longer 41:5
look 44:2
looked 25:17 26:23 38:19 48:25
looks 24:22
loose 15:7 23:5
lot 59:1
low 15:4
lower 44:2 58:22 59:5
L.L.P 1:17 67:3

M

M 1:8,21
machine 66:7
mail 63:8 67:13
main 1:13 9:14 12:20 29:19
maintenance 4:15,17

4:18 5:10,24 6:2 7:4 7:5 9:12,16 17:17,19 24:19 28:12 31:14 37:19 60:15,21 62:4
mall 3:15 4:14 5:10,25 6:10 8:4,6,15,16 10:17 26:2,21 49:19 60:1 62:4
manage 62:2
management 11:7,14 11:25 12:4,6,25 13:12 14:13 23:11 25:16,20 25:23 26:4,13,16 39:4 39:6,9,14 50:10,14 59:20
manager 6:16 7:4,5,8 7:12 11:19,20 14:12 14:14 16:8 17:17,18 17:19 22:12,14,19 23:22 24:3,11 26:21 26:22 28:12 37:3,19 40:16,21 41:2 46:22 47:14 54:22 60:3 62:19
manner 25:2
Manny 28:11
March 24:10 41:19
Marchelle 1:14 66:4 67:22
Marko 1:10,12 2:2 3:5 3:11 63:4 65:1,9,13 66:5 67:6
marshals 13:12
Maskato 28:12
material 54:24
materials 10:7
matter 32:21 33:11 67:18
matters 66:6
McCabe 61:2
mean 5:22 6:13 13:9 26:4 27:7 37:24
means 28:17 29:6 67:9
meant 25:12
measure 13:5
meet 31:2
meetings 31:1
mentioned 16:3 18:8 62:19
merchandise 17:11
met 3:12 32:4
metal 17:25 18:10,10 19:2,4,10 57:16
method 25:1,6
Metro 9:21,21 31:8,9 31:12
mh 65:25
Michael 53:16
million 58:5
mills 5:25 6:3 34:23
35:9,10
missing 43:6
money 48:17
month 17:2 21:2 30:21
months 8:10 9:2 12:10 20:5 22:2,3 24:12 26:19,20 56:8,10
morning 4:10 32:4,6,7 59:11
motors 35:18,19,21,22
movable 48:8,9,11
move 15:9,13 16:8 17:25 18:6 21:22 48:7,14 57:17
moved 15:10,10 16:18 17:12 19:9 21:21 37:6,20 48:1,3
movement 15:15,17 18:2 20:3,23 22:3,17 22:20 23:3,4,8 26:19 27:6 29:6 40:25 42:9 48:16,17 49:17 51:10
movie 27:6,8,10,13,16 28:2
moving 10:11 15:19,22 16:11,22 18:3,13 19:7 27:2,3,6 28:18,18
mulch 57:18,18 58:1,4 58:7,8

N

N 1:15,19 2:1 67:24
name 3:10,13 6:20 7:3 7:8,9,10,13 9:21 14:5 33:6,24 58:14 59:24 62:8,9
named 5:3 7:6 53:10
names 5:4
nature 10:11,12 13:23
near 49:6
nearby 22:6 24:15 48:5
neat 56:6,6
necessary 67:10
need 4:20 7:10 10:7 19:21 24:7,16 26:6 48:17 52:19 54:22,25 55:1,16 57:17 58:5,7 59:3,4
needed 20:24 21:16,18 22:2 37:7
needs 10:4 56:21 57:1
negotiations 31:8
Nemec 1:22 7:16 36:20 36:23,25 62:20 63:4
never 31:16,20 40:18 44:2 50:21 56:20
new 8:15,23 25:16 26:2 50:9,14 52:18
nighttime 59:11
north 10:21 11:16
12:15 13:9 22:4 26:13 36:12 37:16 47:9 52:6
northwest 52:3,4
notarized 67:11
Notary 1:14 65:20 66:4
NOTICE 1:12
notify 67:16
November 10:23
number 5:5 36:2

O

object 4:3 10:13 13:7
Objection 10:19
observations 10:1 36:3 36:7
observe 10:10,17 11:17 12:8 13:22 20:20 27:16 49:13
obviously 43:19
occupied 17:14
occurred 8:18 13:18
October 8:6,11
offer 58:9
offered 22:19
office 11:13,14 12:25 12:25 13:13 14:13 17:13,19,23 20:6,13 21:5 22:10 23:3,9,11 25:20,21,23,23 26:5,5 26:14,16 37:19,21 38:1 39:5,6,9,14 42:13 43:4,15 48:2 60:7 67:11,16,17,17
offices 11:7,13 17:17 21:8
Oh 36:18 51:20
okay 3:20 4:2,8 6:4 7:13 13:4,15 21:24,25 26:25 28:1 30:7,22 31:12,22 32:12 35:21 36:2,8 38:3 39:5 42:8 43:9 45:20 46:4,23 47:12 50:6 51:13 53:18 54:15 56:17 58:12,17,24 59:6,6,19 62:10,24 63:16,23
old 8:22 33:3 61:2
once 54:20
one-eighth 18:24 42:25
open 8:6,15 13:16 37:7 55:7 57:25
opened 8:5 59:14
opening 8:8,9,12,13 45:4
operate 58:20
opinion 45:2
opportunity 4:11
order 23:22 55:25 56:4 56:9,11
ordered 14:12,14 16:8 20:22 22:14 24:11 25:12 26:9 29:12 40:22
orders 55:14 56:4,6,7 60:3
ordinarily 12:18 13:1 24:23
original 46:1 67:8,13 67:14
originally 33:9
Osborne 1:16 67:2
outcome 66:11
outside 9:18 28:11 43:14 49:24 55:5 57:19,25
overtime 57:2,3
owner 3:15 8:23,23 22:12 23:11 40:16
owners 26:2 36:10

P

P 1:15,15
page 2:2 63:13
pages 67:13
pages(s) 67:8
page(s) 67:9,11
paid 18:1
painting 9:17 55:3
panels 35:18 57:15,21
paper 47:22 63:8,10
paperwork 56:5
part 5:3 15:4,14,19 16:12 27:11 28:7 33:13 47:9 61:23,24
particular 17:22 55:12 55:14,23 56:21
parties 66:6,10
patch 26:7,10 50:10
patched 51:21
patching 51:24
Patricia 7:10
Paul 3:11
pavement 55:5
pavers 55:7
pay 26:22 30:11 43:25 49:3 52:17,18,19
pen 29:15 50:5
people 3:25
Perfect 63:23
period 8:22,25 9:1 25:25 31:5 56:24 62:2,10
person 6:13,15 7:8
personally 46:23
personnel 12:25 14:1 39:3
perspective 56:19
Pete 31:9,11
Peter 1:8,20 3:24 30:23
30:24 31:13 32:8 54:14,15
Petersburg 33:6,16,22 33:23
picture 11:6
piece 15:10,11,13,14 23:6,23,24 24:6 25:18 41:13,17 43:7 45:19 47:17 48:7,8,10 49:5
pieces 14:2,4,14,16,18 14:21,22 15:2,16 22:11,18 24:15 37:22 44:6 47:18 48:14 49:6
pipe 59:15
pipes 59:1,2,7
pit 57:24 58:2
place 15:11 18:3 33:12 37:16 48:5,6,6 66:7
placed 67:14
plainly 38:18 39:13
plaintiff 1:4,12,16 3:21
plane 20:24 21:3,13,15 21:18 22:2
planed 21:10,20,24
plastic 59:1
plaza 58:15,15
please 3:10 4:7 24:18 45:19 53:2 67:11,16
PLLP 1:19
plumbing 9:17 55:3,10
plus 11:13 27:9,10
poles 9:19,23
position 4:14 7:3
possible 29:14
Power 5:4,7 61:24
Present 1:22
presently 7:18
pressure 46:5 59:2,3,4 59:5
pretty 22:3,5 26:20 32:17 58:20 60:5,13 63:20
prevent 16:9,17,25
Preventive 4:18
previous 8:23 66:5
prior 7:21 50:21 52:25 53:7,25 54:19
priority 54:23 55:17
problem 10:4 11:25 12:5 13:23 15:8 16:3 23:1 26:18,23,24 31:21 47:13,15 52:20 56:11 60:24
problems 10:10,17 15:25 17:22 20:20 22:9,16 23:17,18 25:22 26:12 27:1 28:1,3,6 31:14 40:19 55:3 59:20 60:9

Procedure 3:3
proceedings 3:1 64:1 66:9
process 22:2
professional 9:14 34:13 34:17,19,24 67:23
program 58:21,22
proof 61:15
property 10:5 28:12 53:7,23 54:20 62:3
protect 22:20
prove 61:16
Provost 1:7,7,20 3:23 3:24 30:22,23 32:8 54:6,9,12
pub 61:2
public 1:14 12:19,20 13:1 23:15,18 39:3 41:9 65:20 66:4
pull 57:17,25
pump 57:24 58:2,3
pumps 57:24
purchase 10:8 36:9
purpose 4:3
pursuant 1:12 3:2
push 22:21
put 22:19,23,25 23:6 24:11,16,18,20,24 25:3,5,13 27:24 29:21 38:6 41:17,19 44:5 51:11,13 52:8 58:7 59:14

Q
question 4:6 33:8 45:19 53:3,4 62:19
questions 4:9,11 62:15 66:8
quit 7:12

R
R 1:15
rail 22:24,25
rarely 13:3,4
reach 50:1
read 63:9,21,21,22 65:2 67:17
Reading 66:15,16,17
real 56:21
really 7:3 32:20
reason 22:16 26:3,3 40:24 45:21
reasons 56:18
rebuilt 35:2,16,22
recall 12:2
receive 17:8
Recess 32:1
recognize 52:24 53:6,9 53:14 54:10
reduced 66:8

referring 49:23
Registered 67:23
Regular 25:1
regulator 59:4
reintroduce 3:13
related 66:10
relation 66:6
relations 60:12
relationship 56:14,18 60:4,5
relative 18:13 19:9
relieved 46:5
remain 46:2
remember 7:9 10:23 14:3 17:2 25:24 26:3 30:18,20 44:16 50:9
remembers 7:11
removed 48:10 49:6
removing 48:21
repair 4:18 9:12 10:4 13:5 20:10 26:11 38:16,23 44:21 48:13 48:16
repaired 26:6 39:11,12 39:16
repairs 9:13,17 10:2 41:20 54:16 55:10,10
repeat 45:19 53:2
replace 24:7,16 58:6
replaced 43:11,12
report 54:22
Reporter 1:14 66:4
Reporters 67:23
REPORTER'S 66:1
represent 8:17 32:7
representatives 52:24 53:6
representing 3:14 4:10 32:9
requested 66:15
required 46:21 56:22 66:17
respect 13:6
responsibilities 4:16 9:9
responsibility 4:22 27:11
responsible 4:23 31:10 54:21 59:25 62:1,3
restaurants 61:2
restroom 41:21
restrooms 23:15,18 41:9
result 15:17
retail 11:10,12 13:21 13:23,25 14:5,24 15:1 17:8,10 47:4 49:1
return 46:1 67:11
returned 46:3
review 63:4 67:16

Ridiculous 57:9
right 5:18 7:13 8:5,18 8:25 9:6,8,25 11:1,2 11:15 18:12 19:1,4,17 20:14 25:19 28:5 31:10 33:4 34:20 36:4,8,13 37:14 38:2 38:15,16,19 39:6,13 39:17 40:1,5,9,10 41:7,11,20,21 42:21 43:17,18 44:20,25 45:23 46:15 47:5,8,24 48:10,11,18,22 49:24 49:25 50:1 51:12,23 52:23 54:5,7,10,13 57:23 59:16,18 61:20 62:21 63:6,12
rod 52:8
rods 27:23,24 52:11
room 22:10,11 39:23 53:13 54:9 57:14 58:14,19 59:1,8,13
round 57:16
rubber 22:13,17 40:20 40:24
Rules 3:2
Russian 34:6

S
S 1:15
Saint 33:6,16,21,23
sale 52:25
sand 26:10
saw 10:21 11:18,24 12:3,9 18:2,17 19:18 20:7 21:14 28:2 29:4 29:11,11 30:11,14,15 31:1,7 38:10 42:6 44:3,6 50:11 52:23 56:10 61:3
saying 55:20
scared 11:25 12:4
school 32:25,25 33:1,19 33:21
scratch 20:24 21:15
scratches 55:7
screwed 47:23
screws 15:12 47:25
sealed 67:14
second 11:13 12:24 20:16 25:21 28:7,23 28:24 48:1 55:17
secondary 32:25
security 11:13 12:25 25:20,23 26:5 56:5 59:12
see 5:5,6,9 8:13 11:23 16:1,4,21 17:22 18:22 19:22 22:8 23:8,10,17 26:11 27:15 28:16,19

29:5,7 30:10,12 31:3 36:15,16 37:23 38:24 45:13 46:9,24 48:25 49:17 51:10,11,14,14 51:20 59:16 61:15
seen 53:22
sell 14:7
send 63:2,2
separate 4:21
separating 39:23
separation 23:8 49:13
September 30:6,8 62:13
severe 49:16 60:5
shape 46:1
sheet 63:13
Sheetrock 29:1
sheets 67:10
sheet(s) 67:11
shift 61:1
shim 22:21
shimmed 40:1,6,13,25
shimming 40:4 41:1
shims 22:20,23,25 23:1 23:4,5
shop 17:16 24:19,20
shopping 30:3 34:23 54:18
short 31:24 57:2
shortage 57:22
shortages 58:10
shorter 21:17
shorthand 1:14 66:4,7
shortly 41:16
show 30:2
showed 17:24 19:13,13 20:1,2 43:13 47:15
Sid 6:16,17,23 7:25 10:5 11:21,22 12:1 17:4,13,20,23,24 20:9 20:22 24:3,7,10 25:8 26:1,4 29:12 37:20 38:1 41:5 42:13 48:2 48:15 59:11 60:3,4,10 61:5 62:7
side 3:25 4:23 38:11 44:23 47:10 49:24,25 50:1 52:5,6
sides 50:4
Sid's 60:23
sign 63:5,10 67:17
signature 62:25 63:3 65:13 66:13 67:8,9,9 67:11
signed 67:11
Signing 66:15,16,17
silicon 24:20,21,24 25:4 25:6 27:25 29:13,14 29:21 30:1,8,12 51:11 51:13,15,17,19,21,22

similar 51:2
simply 4:4
Sincerely 67:19
sir 32:6,17 43:24 53:2
site 54:17
situation 14:11 48:4
six 32:18
slowly 53:2
small 29:13 30:16
smaller 27:5 28:17 50:5 51:4,5
sold 8:16 26:21 30:3 49:19
soldier 25:11
somebody 14:3 47:18
soon 45:25 46:5
sorry 4:23 19:21 32:16 53:2
sort 5:17 55:19
South 1:13,20
southern 47:10
Southland 5:16
Southlands 1:3 3:14,15 3:20 4:14 5:10,22 6:10,20 7:22 8:4,17 34:23 36:4,10 52:25 54:18 65:25 67:5
Soviet 15:24 33:11 34:3 34:7,9
space 11:10 13:21,24 17:16 20:20 22:9,20 27:21 28:22 29:8 30:13 39:20 47:4
spaces 11:12 14:1,24 28:8,10,14
speak 40:16,18 60:18
speaking 29:17
special 54:25 58:14
specialist 5:24
specialty 55:2
speed 26:19
spelling 63:17
spend 55:12
spoke 60:14
spring 12:11 17:1 19:25 44:22
springtime 17:3
ss 66:2
stairwell 10:22 11:16 11:16 12:14,15,17,18 12:20,21,22,24 13:2,9 22:4,7 26:13 29:19,19 36:12 37:15,16 38:3,5 38:11,23 39:2 46:15 47:8,9
stand 18:4
standing 37:20
stands 48:3,5
start 7:24 10:8 15:9,13 16:7 18:5 20:23 48:7

55:1 57:4 58:4 59:8 61:3 62:2
started 5:15 6:10 8:1,4 10:3,10 24:13
starting 17:25
state 3:6,10 65:15 66:2 66:4
States 1:1 34:11,20,25
statute 67:12
stay 15:11,15 18:3 23:2 60:13
stayed 24:21
steel 18:10
stock 17:9
stop 16:12 31:23
stops 48:17
store 14:5 36:19,22 37:4,8
stores 36:15 49:1
straight 8:3
straighten 45:15
straightened 46:5
street 1:13,17,20 12:23 12:23 67:3
streets 9:22,23 31:10
structural 10:18 18:9 18:10
structures 4:19
Stuart 1:19 67:24
studs 15:12,13,15 47:23 48:8,11
style 25:3
subject 32:21
subscribed 65:14
sucked 59:10
Suite 1:13,17,20 67:3
summer 23:21 48:20
summertime 9:18
sump 57:24 58:2,3
sunglass 36:21,25 37:1
sunglasses 37:5
sunk 42:15
supervisor 6:16 7:2,25 41:6 52:18 55:15 56:13
sure 7:11 45:1,3 57:12
surrounded 24:14 27:18
surrounding 24:1
survey 44:4,8
suspended 37:22
sworn 3:6 65:14 66:5
Sylva 53:18
system 28:10

T

take 9:22 14:16 23:22 31:24 38:3 48:18
taken 1:12 3:2 13:5 32:1 66:7
taken-down 24:6
talk 31:13,18 39:4 42:13 46:17 47:12 49:12 59:19,23
talked 31:14 39:19 42:14 51:23 54:16
talking 19:14 21:4 36:17
tasks 55:13
team 44:4,8
tearing 15:16
Technical 32:15 33:25
technician 4:15,17 5:10 62:4
teen 14:8
tell 4:4,7 7:10 12:1 15:18,20 21:2 29:9 30:18 43:24 44:16 52:17 54:23,24 59:18 61:5,14,17 63:21
tells 55:15
ten 24:5
tenants 4:19 12:24
test 35:19
testified 3:7 39:5,22 40:1,15 41:10 42:17 45:4,4,21 46:13 47:3
testify 66:6
testimony 3:17 4:3 37:11 63:8 65:4 66:9
Thank 31:22 62:15,23 67:18
theater 27:6,8,11,13 52:3
thick 22:12
thing 51:3
things 14:8 55:10,20,24 56:2
think 6:4 7:1 8:11,20 9:2 10:21 11:12 12:11 14:20 15:9 17:1,3 18:20 19:20,25 20:3,12,21 23:21 25:7 26:17 27:12 29:10,14 29:25 30:2 31:8 32:19,20 33:8 35:8 37:11 38:14 44:22 48:4 49:3,4,17 54:5 56:13 61:20 62:13 63:1
thought 61:12
three 5:13 9:2 13:12,18 14:16,22 21:3,10,13 24:9 26:2 51:4 56:10 56:23 59:17
tight 23:4,6,6
tile 23:23,24 24:12,14 24:25 25:13,15,18 41:14,17,24 43:6 49:25
tiles 24:1,5,5,18 25:2 37:23,24,24 43:3,8 49:19 50:13
time 5:15 6:12 8:1,10 8:25 10:21 17:24 21:1,20,25 22:1 26:6 29:3,5,9,11 31:5 33:10,13 36:8,11 38:3 38:5 40:19 42:5 43:1 44:3,6,23 49:18 50:7 55:9,11 56:12,21,25 57:3 59:7 61:9 62:10 66:7
times 20:21,22 21:3,11 21:13 27:20 31:1,6 37:3,8 51:5 58:5,9 59:3 60:2,22 61:3,4
timing 8:3
tiny 11:18,19 26:18
tipped 19:10
Title 1:7 3:23
today 3:18 4:3 13:17,19 19:17 31:15 33:3 42:7 53:13 55:21,22 57:3 61:25 62:20
told 8:14 10:7 14:1 19:21 22:4 24:4,7,8 24:17 25:9,11,16 26:1 26:7,19 28:4 36:12 43:3 44:17 46:22 50:11 55:1 56:3 57:1 57:3 58:5 59:3,5,12
tools 10:7 54:25
top 14:2,4 16:12 18:22 18:25 26:8 28:24 37:5 42:18,19,19 43:7 49:6,9,11
torn 16:20 30:10,12 47:25 48:9 51:11
touch 16:12 23:12 26:10
touched 13:11
Town 1:3,6,19 3:14,20 3:22 4:24 5:3,7,16 8:17 32:8 36:9 61:24 65:25 67:5,5
transcript 66:8 67:14 67:15
transcription 65:3
transcript(s) 67:9
transition 8:22 9:1 25:25
tried 50:22
true 65:3 66:8
truth 3:6 4:4 66:6
try 14:15 16:9,24 45:8
trying 63:1
Twice 51:4
two 8:10 12:10 13:11 14:16 17:17 18:4
20:5 22:1,3 24:5,9,15 24:16 26:1,18,20 27:3 27:7 29:10 38:6,11 39:1 56:23 60:2,25 61:1
Two-fingers-wide 37:1
type 6:2 9:11,12 10:18 13:5
types 9:16
typewritten 66:8
typical 54:17 55:11

U

ugly 24:22 26:23
Uh-huh 43:16
Ukraine 6:6 33:9,15,18
ultimately 21:19
underground 57:13,15 57:19
understand 3:16,24 4:2 4:7 15:21 18:23 20:3 23:10 26:23 36:10 44:19 47:20,22 52:2 54:5 56:20 57:22 58:11,23 63:7,16,22
understood 56:20
underwater 58:11 59:13
uneven 15:10 23:24 55:6
Union 15:24 33:11 34:3 34:7
United 1:1 34:11,20,24
university 32:15,19,24 33:5,16,23,24 34:1,4
use 12:17,20,22 13:1,3 24:23,24,24 25:3,4 27:23 29:14 35:22,23 51:18
uses 27:14
usually 10:5 12:20,22 55:14 56:3,4

V

v 1:5 67:5
vacant 28:8,8,10,14,22 29:8 30:13
valve 59:15
vault 57:14
Vennum 1:19
view 57:10
visible 38:18 39:13
visited 28:9
VR 5:4,5,6

W

wait 48:17
waived 66:16
walk 51:25
walked 39:14 45:12
46:8 48:24 53:13 54:9
wall 9:17 15:4,5,6,6,9 15:18,19,22 16:6,7,11 16:12,18,21,23 20:23 21:21 22:6,7,11,16 23:7 26:8 27:18 28:20 29:18 43:7 44:17,19,24 48:1,6 49:9,11,14,19,25 50:1 50:2,3,4,12 51:24 52:15 59:16
walls 10:11 14:2,5 23:9 26:19 27:1 28:16,18 29:12 38:11,12 44:3 49:17 50:11 57:20 58:25
want 9:25 14:25 24:16 57:11 59:16 62:24
wanted 25:15
wants 25:17 26:4,4
wasn't 8:10 14:15 21:15 26:24 37:7 40:12 43:12 53:4 56:4,6 60:11,22
waste 48:16
water 27:21 57:19,25 58:3,10,21 59:2,5,8,9 59:10
way 25:7 38:22 40:16 42:4 45:9 46:11 63:3
Weaver 35:1,4,5,13,14 35:22
week 54:20 55:12 60:2
weeks 13:12,18 39:1
Wendy 7:9
went 19:12 26:8 33:15 33:21 44:17
west 4:23 52:5
we're 3:16,17 10:25 13:17
we've 31:14
WHEREOF 66:12
white 51:20 62:9
white-colored 51:19
wide 12:12 22:5 26:9 26:20
wider 12:11,13 27:24 29:6 36:14
width 14:20
wires 16:19,20 58:11
witness 66:12 67:16,16
woman 53:10
wood 23:6 57:18
word 57:7
words 12:18 21:19
work 5:17 6:2,19 7:19 21:25 34:22 55:25 56:4,4,7,9 58:4 61:4
worked 34:24 54:2

worker 62:7
working 5:19 6:23 20:22 31:6 35:1,12
wouldn't 45:5 53:14 54:10
write 63:10
written 56:4
wrong 54:21 60:9 63:10,11

**X**
X 2:1 66:15

**Y**
yeah 6:9,18 7:7,17 8:6 8:19 11:23 12:10 16:16,19 17:15,24 18:10 19:11 20:2,21 21:6,12 22:1,10,23 25:24 28:21,24 33:1 33:10,17 36:12 37:13 38:20 39:2 40:3,6,11 40:18 41:4,12 42:5,12 47:25 48:20 49:1,10 49:16 50:16 51:4,22 52:1 59:22
year 7:12 35:10,12 44:11 60:4 62:6
years 5:13 6:3,8 29:10 32:18 33:2 35:7,9,10 59:17
yesterday 3:12 6:5 19:12,17 28:9 29:3 30:10 32:5 42:6 43:13 46:24

**Z**
zones 33:14
Zumiez 14:5,7,11 15:1 47:4,7,10,13 48:24

**0**
06 10:3
07 10:24
09-cv-00799-ZLW-K... 1:2

**1**
1 4:24 7:24 8:1 9:3 26:1 44:10 50:16
1st 40:22
10 4:24 52:5,5
10/9/09 65:25
10:02 32:1
10:09 32:1
11 4:25 33:13
11:04 64:2
12 4:25 6:8 30:4
13 4:25 11:12 61:21
14 4:25

15 4:25 11:13 61:21,22 61:23 62:1
16 8:11
17 67:1
17th 1:17,20 66:13 67:3
1800 1:20
19 66:13
1970 33:2

**2**
2 4:24 14:20 18:25 19:20 27:20 42:17,21 42:22,22 43:1 48:6 49:21
20 38:8,13 49:4 52:6
2006 5:11,17 6:11 8:4,6 8:11 10:9
2007 10:23 11:16 14:3 62:12
2008 8:18,20,21 12:11 14:4 17:1,2 19:25 21:1,2 23:21,22 26:1 26:17 29:25 30:1,4,19 30:20 36:8 37:12,14 38:5,15 39:8 40:9 42:1,11,14,23 43:5,23 44:15,22 48:19,20 49:18 50:7,17 51:7 52:16 62:13
2009 1:10,13 2:2 5:13 7:24 8:1 9:4 13:17 24:9,10 26:1 39:17,17 40:13,13,22 41:17 44:12 64:3 65:16 66:13 67:1
2013 66:13
2150 1:17 67:3
260 1:13
28 41:19
29 41:19

**3**
3 2:3 4:24 14:20 18:25 48:6
30 38:8 67:12
32 2:4
370 1:17 67:3

**4**
4 4:24

**5**
5 4:24 5:5

**6**
6 4:24 5:5
600 1:20
6155 1:13
62 2:3
63 33:4

**7**
7 4:24

**8**
8 4:24
80016 1:13
80202 1:18,21 67:4

**9**
9 1:10,13 2:2 4:24 13:17
9th 64:3
9:04 1:13