Reservations | View Video | Photo Gallery | Directions
Location | Careers | Contact Us | Press Room | Gift Cards | FAQ



## The Elite Choice Of Downtown Denver Hotels...

**The Brown Palace Hotel** has set the standard for downtown Denver hotels for more than a century. Knee-deep in tradition and historic ambience, we've continually renovated and modernized the entire structure to meet the needs and cares of today's traveler.

As a result, The Brown Palace has been attracting the city's most prominent elite ever since. Everyone from presidents to royalty have slept at this exclusive hotel in downtown Denver, Colorado. Experience the finest in modern luxury accommodations and personalized service - all in an exceptional setting:

- Conveniently located in the heart of downtown Denver, Colorado
- 3 miles from upscale shopping in Cherry Creek North
- 6 blocks from the Colorado Convention Center
- 10 blocks from world class culture at the Denver Performing Arts Complex
- 1 mile from the major league action at Coors Field
- Only 22 miles from Denver International Airport (DEN)
- One of Travel + Leisure's Top 500 Worlds Best Hotels 2010

Click here for more about the rich history of our Denver luxury hotel.

As Denver's only Forbes Four-Star and AAA Four-Diamond hotel, The Brown Palace is a national treasure. Experience the peak of high-end luxury from our select location in the heart of the Mile High City. Book your reservations at this Denver luxury hotel online today for our **exclusive guest rates**.

Share |








Home | Reservations | Opentable Dining Reservation | Specials & Packages | Accommodations | Amenities | Dining | Spa & Salon
Meetings & Weddings | Flower shop | About the Brown | Photo Gallery | Directions | Location | Careers | Contact Us
Press Room | Gift Cards | Green Initiatives | BP Cares | Entertainment

321 17th Street, Denver, Colorado 80202 | Phone. 303.297.3111 | Fax. 303.312.5900 | Toll Free. 800.321.2599
2011 The Brown Palace. All rights reserved. | **Privacy Policy**
Hotel Internet Marketing by TIG Global



EXHIBIT 7