IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-00799- SJJ-KLM

GRANITE SOUTHLANDS TOWN CENTER, LLC,

      Plaintiff

v.

ALBERTA TOWN CENTER, LLC,
LAND TITLE GUARANTEE COMPANY,

      Defendants.

## AFFIDAVIT OF STUART N. BENNETT, ESQ.

| | |
|---|---|
| STATE OF COLORADO | ) |
| | ) ss: |
| CITY AND COUNTY OF DENVER | ) |

      Before me, the undersigned Notary Public, did personally appear, Stuart N. Bennett and being first duly sworn, deposed and stated the following:

      1.      My name is Stuart N. Bennett. I am over the age of 18 years, have personal knowledge of the matters set forth herein and would be competent to testify thereto if called as a witness in this matter.

      2.      I am a litigation partner in the firm of Jones & Keller, P.C. and am counsel of record for Defendant Alberta Town Center, LLC ("Alberta") in the above-captioned matter. I have practiced law in Denver for the past 37 years and am familiar with attorney billing practices in both Colorado and Denver.

      3.      During my 37 years of practice in the Denver area, I have only rarely observed attorney hourly billing rates in excess of $500 for matters in Colorado State or Federal Courts. Those rare cases have been limited to highly experienced attorneys practicing in complex securities litigation, bankruptcy or corporate taxation fields. I am not aware of any Colorado based practitioners with as little as 15 years' experience whose billing rates are in excess of $500 per hour.

      4.      I am familiar with the dispute between the parties in the above-captioned matter. The parties proceeded to trial in this matter on a narrow issue: whether Colorado Cinema, LLC's estoppel certificate constituted an "Approved Tenant Estoppel Certificate" under sections 7.2(i) and 8.1(k)(ii) of the Forward Purchase and Sale Agreement.

{JK00315606.1 }

5. Due to the simplicity of this narrow issue, the parties required only a one-day trial to the Court, consisting of five witnesses and twenty-five exhibits in total. Given the limited scope of the trial, the presence at trial of only one attorney per party was necessary.

6. In my experience, the amount of attorneys' fees and costs properly chargeable by a Denver attorney to a client who proceeds to such a limited trial on such a narrow issue is approximately $75,000.

7. The depositions taken by Alberta in this case of Michael Krier and Angela Kralovec were necessary to the "true-up" claims and Alberta's defense of Granite Southlands Town Center, LLC's ("Granite") fraud claims in this case, which Granite repeatedly attempted to reinstitute and sought to preserve on appeal. These depositions related to Granite's First Claim for Relief seeking declaratory judgment ("Escrow Claim") only in passing and then only to confirm that these witnesses had no involvement in Granite's decision to reject the Cinema Estoppel certificate as non-conforming with the requirements of the Forward Purchase and Sale Agreement.

8. On February 22, 2010, Alberta downloaded from Fulbright's website all documents Granite produced in response to Alberta's discovery requests. At no time did Alberta request that Granite maintain the website for future access. Granite never furnished a privilege-log of documents withheld from production. Further, Granite never itself moved for summary judgment on the issues that were ultimately tried to the Court on February 14, 2011.

DATED: October 18, 2011.

_____
Stuart N. Bennett

Subscribed and sworn to before me this 18th day of October, 2011 by Stuart N. Bennett.

Witness my hand and official seal.

_____
Notary Public

My Commission Expires 3/16/2014.

{JK00315606.1 }