**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-CV-00799-SJJ-KLM

GRANITE SOUTHLANDS TOWN CENTER, LLC,

      Plaintiff

v.

ALBERTA TOWN CENTER, LLC, and
LAND TITLE GUARANTEE COMPANY,

      Defendants.

---

**ORDER GRANTING ALBERTA TOWN CENTER LLC'S MOTION FOR LEAVE TO CONDUCT LIMITED DISCOVERY AND SUBMIT SUPPLEMENTAL BRIEFING CONCERNING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND EXPENSES**

---

This matter comes before the Court upon Alberta Town Center LLC's Motion for Leave to Conduct Limited Discovery and Submit Supplemental Briefing Concerning Plaintiff's Motion For Attorneys' Fees and Expenses ("Alberta's Motion"). The Court, being advised in the premises, hereby

ORDERS that Alberta's Motion is GRANTED. Alberta shall have the opportunity to propound 10 total requests for production, 10 total interrogatories, and conduct one 30(b)(6) deposition with respect to Plaintiff and/or Plaintiff's attorneys. The discovery cut-off deadline for this limited discovery is _____. Alberta shall furthermore have ten days following the close of this limited discovery to file a sur-response to Plaintiff's Motion for Attorneys' Fees and Expenses.

{JK00317908.2 }

DATED in Denver, Colorado, this _____ day of _____, 2011

BY THE COURT:

_____
United States District Court Judge

{JK00317908.2 }