## TRANSCRIPT ORDER FORM - DIRECTIONS ON THE REVERSE SIDE

**PART I - To be completed by appellant within fourteen days of filing the notice of appeal**

Short Title: **Granite Southlands Town Center v. Alberta Town Center, LLC**      District: **Colorado**
District Court Number: **09-CV-00799-SJJ-KLM**    Circuit Court Number: **11-1459**
Name of Attorney:    **Stuart N. Bennett**
    Name of Law Firm:    **Jones & Keller, P.C.**
    Address of Firm:    **1999 Broadway, Suite 3150, Denver, CO   80202**
    Telephone of Firm:    **303-573-1600**    Attorneys for:    **Alberta Town Center, LLC**
Name of Court Reporter:    **Adrienne Whitlow**    Telephone of Reporter:    **303-695-1121**

**PART II - COMPLETE SECTION A OR SECTION B**
SECTION A -   **I HAVE NOT ORDERED A TRANSCRIPT BECAUSE**
    [] A transcript is not necessary for this appeal, or
    X The necessary transcript is already on file in District Court    **See USDC Docket #188**
    [] The necessary transcript was ordered previously in appeal
      number _____

SECTION B -   **I HEREBY ORDER THE FOLLOWING TRANSCRIPT:**
(Specify the date and proceeding in the space below)
Voir dire:_____; Opening Statements:_____;
Trial proceedings: _____; Instruction Cnf:_____;
Jury Instructions: _____; Closing Arguments: _____;
Post Trial Motions: _____; Other Proceedings: _____.
(Attach additional pages if necessary)

[] **Appellant will pay the cost of the transcript.**
**My signature on this form is my agreement to pay for the transcript ordered on this form.**

[] **This case is proceeding under the Criminal Justice Act.**
**NOTE:**   Leave to proceed *in forma pauperis* does not entitle appellant to a free transcript.   An order of the district court allowing payment for the transcript at government expense must be obtained.   *See* 28 U.S.C. §753(f).

CERTIFICATE OF COMPLIANCE
I certify that I have read the instructions on the reverse of this form and that copies of this transcript order form have been served on the **court reporter (if transcript ordered), the Clerk of U.S. District Court, all counsel of record or pro se parties, and the Clerk of the U.S. Court of Appeals for the Tenth Circuit.**  I further certify that satisfactory arrangements for payment for any transcript ordered have been made with the court reporter(s).

  Signature of Attorney/Pro Se:   *s/   Stuart N. Bennett*    Date:   **10-31-11**

**PART III -   TO BE COMPLETED BY THE COURT REPORTER**
    Upon completion, please file one copy with the Clerk of the U.S. Court of Appeals and one copy with the Clerk of the U.S. District Court.

Date arrangements for payment completed: _____
Estimated completion date: _____
Estimated number of pages: _____
I certify that I have read the instructions on the reverse side and that adequate arrangements for payment have been made.

Signature of Court Reporter: _____    Date:_____

**CERTIFICATE OF SERVICE**

I, Stuart N. Bennett, attorney for Appellant Alberta Town Center, hereby certify that on October 31, 2011, I served a copy of the foregoing **TRANSCRIPT ORDER FORM** to the following at the last known address/email address via the Court's CM/ECF electronic system:

| | | |
|---|---|---|
| *Attorneys for Plaintiff & Counter Defendant Granite Southlands Town Center, LLC* | jdykes@fulbright.com<br>bvetter@fulbright.com | Osborne J. Dykes, III<br>Benjamin M. Vetter<br>Fulbright & Jaworski LLP<br>370 – 17th Street, Suite 2150<br>Denver, CO   80202 |
| *Attorneys for Plaintiff & Counter Defendant Granite Southlands Town Center, LLC* | ptrahan@fulbright.com | Paul Trahan<br>Fulbright & Jaworski LLP<br>600 Congress Avenue, Suite 2400<br>Austin, TX   78701 |
| *Defendant Land Title Guarantee Company* | kbruetsch@rwolaw.com | Kimberly A. Bruetsch<br>Robinson, Waters & O'Dorisio PC<br>1099 – 18th Street, 26th Floor<br>Denver, CO   80202 |
| *Attorneys for the Estate of Allan G. Provost* | DBP@HAPLAW.NET | Dennis B. Polk<br>Holley, Albertson & Polk PC<br>Building 19, #100<br>1667 Cole Boulevard<br>Lakewood, CO   80401 |
| *Attorneys for Defendants Donald G. Provost & Peter M. Cudlip* | adiamond@diamondmccarthy.com | Allen Brent Diamond<br>Diamond McCarthy LLP<br>909 Fannin Street, Suite 1400<br>Houston, TX   77010 |
| *Attorneys for Defendants Donald G. Provost & Peter M. Cudlip* | aelberg@diamondmccarthy.com | Amos B . Elberg<br>Diamond McCarthy LLP<br>620 8th Avenue, 39th Floor<br>New York, NY   10018 |

| | | |
|---|---|---|
| *Attorneys for Defendants Donald G. Provost & Peter M. Cudlip* | rhicks@diamondmccarthy.com | Reda Marie Hicks<br>Diamond McCarthy LLP<br>909 Fannin Street, Suite 1400<br>Houston, TX   77010 |

*s/   Stuart N. Bennett*
Stuart N. Bennett
Attorney for Appellant Alberta Town Center, LLC
**JONES & KELLER, P.C.**
1999 Broadway, Suite 3150
Denver, CO     80202
Telephone:    303-573-1600
E-mail:sbennett@joneskeller.com

{JK00322495.1 }