UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLORADO

Civil Action No. 09-CV-00799-ZLW-KLM

GRANITE SOUTHLANDS TOWN CENTER, LLC,

    Plaintiff,

v.

ALBERTA TOWN CENTER, LLC and
LAND TITLE GUARANTEE COMPANY,

    Defendants.

---

### DEFENDANT LAND TITLE GUARANTEE COMPANY'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY IN SUPPORT OF ITS MOTION FOR ATTORNEYS FEES AND COSTS

---

Defendant, Land Title Guarantee Company ("Land Title"), through its undersigned counsel, hereby submits this Unopposed Motion for Extension of Time to Reply in Support of its Motion for Attorneys Fees and Costs and, in support thereof, states as follows:

1. Pursuant to D.C.Colo.L.Civ.R. 7.1A, counsel for Defendant Land Title states that she communicated with counsel for Plaintiff who has advised that he has no objection to the relief sought herein.

2. Plaintiff electronically served and filed its Response to Land Title's Motion for Attorneys' Fees and Costs on October 18, 2011. Land Title's reply is due November 4, 2011.

3. Due to an unexpected expedited injunction hearing in another matter to which the undersigned has had to devote immediate and extensive attention, Land Title is requesting a one

1

week extension up to and including November 11, 2011 in which to file its reply in support of its motion for attorneys fees and costs.

4. No party will be prejudiced by this extension of time.

WHEREFORE, Land Title Guarantee Company requests that this Court grant it an extension of time up to and including November 11, 2011 in which to reply in support of its Motion for Attorneys' Fees and Costs.

DATED this 3rd day of November 2011.

Respectfully submitted,

*s/ Kimberly A. Bruetsch*
Stephen L. Waters
Kimberly A. Bruetsch
ROBINSON WATERS & O'DORISIO, P.C.
1099 18th Street, Suite 2600
Denver, Colorado 80202
(303) 297-2600
*Counsel for Land Title Guarantee Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of November 2011, a true and correct copy of the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY IN SUPPORT OF ITS MOTION FOR ATTORNEYS FEES AND COSTS** was served via CM/ECF on the following:

Osborne J. Dykes, III, Esq.
Benjamin M. Vetter, Esq.
Fulbright & Jaworski LLP
370 Seventeenth Street, Suite 2150
Denver, Colorado  80202
jdykes@fulbright.com
bvetter@fulbright.com

Paul Trahan, Esq.
Fulbright & Jaworski LLP
600 Congress Avenue, Suite 2400
Austin, Texas  78701
ptrahan@fulbright.com

Stuart N. Bennett, Esq.
Lindquist & Vennum, P.L.L.P.
600 17th Street, Suite 1800-South
Denver, Colorado  80202
sbennett@lindquist.com

*s/Kristi Kellow*