UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLORADO

Civil Action No. 09-CV-00799-ZLW-KLM

GRANITE SOUTHLANDS TOWN CENTER, LLC,

 Plaintiff,

v.

ALBERTA TOWN CENTER, LLC and
LAND TITLE GUARANTEE COMPANY,

 Defendants.

---

**ORDER GRANTING DEFENDANT LAND TITLE GUARANTEE COMPANY'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY IN SUPPORT OF ITS MOTION FOR ATTORNEYS FEES AND COSTS**

---

THIS MATTER coming before the Court on Defendant Land Title Guarantee Company's Unopposed Motion for Extension of Time to Reply in Support of its Motion for Attorneys' Fees and Costs and the Court being duly advised herein,

IT IS ORDERED that Land Title's Unopposed Motion is GRANTED. Land Title shall have up to and including November 11, 2011 in which to reply in support of its motion for attorneys' fees and costs.

DATED this ____ day of November, 2011.

            BY THE COURT:

            _____
            District Court Judge

4