IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-00799-SJJ-KLM

GRANITE SOUTHLANDS TOWN CENTER LLC,

        Plaintiff,

v.

ALBERTA TOWN CENTER, LLC and
LAND TITLE GUARANTEE COMPANY,

        Defendants.

**UNOPPOSED MOTION FOR EXTENSION OF TIME
FOR PLAINTIFF TO FILE REPLY IN SUPPORT OF
MOTION FOR ATTORNEYS' FEES AND EXPENSES**

Plaintiff Granite Southlands Town Center LLC ("Granite"), through its undersigned counsel, submits this Unopposed Motion for Extension of Time to File Reply in Support of Motion for Attorneys' Fees and Expenses ("Unopposed Motion") and, in support thereof, states as follows:

1.      Pursuant to D.C.Colo.L.R. 7.1A, undersigned counsel for Granite certifies that he communicated with counsel for Defendant Alberta Town Center, LLC ("Alberta") before filing this Unopposed Motion and that counsel for Alberta has no objection to the relief sought herein.

2.      On September 19, 2011, Granite filed its Motion for Attorneys' Fees and Expenses ("Motion") (Docket # 199). Plaintiff served its Motion on Alberta electronically. Alberta's response was originally due on October 13, 2011. Alberta requested additional time to respond via its Unopposed Motion for Extension of Time to Respond to Plaintiff's Motion for

Attorneys' Fees and Expenses ("Alberta's First Unopposed Motion"), and therefore requested a 7-day extension of time, up to and including October 20, 2011 (Docket # 220). On October 19, 2011, Plaintiff filed a Supplemental Motion for Attorneys' Fees and Expenses ("Granite's Supplemental Motion") (Docket # 223). On October 20, 2011, Alberta filed its Second Unopposed Motion for Extension of Time to Respond to Plaintiff's Motion for Attorneys' Fees and Expenses ("Alberta's Second Unopposed Motion"). The Court granted Alberta's Second Unopposed Motion, allowing Alberta until October 26, 2011 to file its Response (Docket # 226).

3.     On October 26, 2011, Alberta filed its Brief in Opposition to Granite's Motion for Attorneys' Fees and Expenses and Granite's Supplemental Motion for Attorneys' Fees and Expenses ("Alberta's Brief in Opposition") (Docket # 228). Without the requested extension, Granite's Reply to Alberta's Brief in Opposition would be due November 9, 2011.

4.     To allow sufficient time for Granite to provide the information necessary for the Court to fully assess the merits of Granite's Motion for Attorneys' Fees and Expenses and the issues raised in Alberta's Brief in Opposition, Granite requests a 7-day extension of time, up to and including November 16, 2011, to file its Reply. Granite has not requested any other extensions in relation to its request for attorney's fees and expenses.

5.     No party will be prejudiced by the relief requested herein.

WHEREFORE, Granite respectfully requests that this Court grant this Unopposed Motion and enter an order granting it a 7-day extension of time, up to and including November 16, 2011, in which to respond to Alberta's Brief in Opposition.

Respectfully submitted this 7th day of November, 2011.

          _/s/ Paul Trahan_____
OSBORNE J. DYKES, III
BENJAMIN M. VETTER
FULBRIGHT & JAWORSKI L.L.P.
370 Seventeenth Street, Suite 2150
Denver, CO  80202
(303) 801-2700 – Telephone
(303) 801-2777 – Facsimile
jdykes@fulbright.com
bvetter@fulbright.com

PAUL TRAHAN
FULBRIGHT & JAWORSKI L.L.P.
600 Congress Avenue, Suite 2400
Austin, TX  78701
(512) 474-5201 – Telephone
(512) 536-4598 – Facsimile
ptrahan@fulbright.com
**COUNSEL FOR PLAINTIFF**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on the 7th day of November, 2011, I electronically filed the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE REPLY IN SUPPORT OF MOTION FOR ATTORNEYS' FEES AND EXPENSES** with the Clerk of Court using the CM/ECF system which will send notification of such filing to attorneys for plaintiffs at the following e-mail addresses:

Steven R. Kabler
Stuart N. Bennett
**JONES & KELLER, P.C.**
1999 Broadway, Suite 3150
Denver, CO 80202
Telephone: (303) 573-1600
Fax: (303) 573-8133
E-mail: skabler@joneskeller.com
Email: sbennett@joneskeller.com

Kimberly A. Bruetsch
**Robinson, Waters & O'Dorisio, P.C.**
1099 18th Street
Granite Tower
#2600
Denver, CO 80202-1937
303-297-2600
Fax: 303-297-2750
Email: kbruetsch@rwolaw.com

*/s/ Paul Trahan*