UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Sterling J. Johnson

K. Weckwerth
Deputy Clerk

Case Number: 09-cv-00799-SJJ-KLM

Date: October 4, 2011

GRANITE SOUTHLANDS TOWN CENTER, LLC        Paul Trahan

       v.

ALBERTA TOWN CENTER, LLC, et al        Stuart Bennett

**PRELIMINARY INJUNCTION HEARING**

Court in Session: 10:09 am

Court calls case and appearances of counsel.   Senior Judge Johnson appearing by video feed.

Mr. Trahan refers to time line regarding funds.

Court questions counsel.

Mr. Bennett explains source of funds.

**ORDERED:**  Court will reserve ruling.

Mr. Trahan questions the court regarding disclosure of settlement funds.

Mr. Benett addresses the court regarding the confidentiality agreement.

**ORDERED:**  Defense counsel to disclose amount of settlement funds immediately. The court reserves decision on the preliminary injunction.

Mr. Trahan requests that the settlement fund disclosure be placed on the record.

Mr. Bennett discloses the information regarding settlement funds.

Court in recess: 10:37 am
Total Time: 18 minutes

Hearing concluded.