**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker | | Douglas E. Cressler |
| Clerk of Court | November 10, 2011 | Chief Deputy Clerk |

Mr. Gregory Langham
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

**RE:**   **10-1453, Granite Southlands Town Center v. Alberta Town Center, LLC, et al**
Dist/Ag docket: 1:09-CV-00799-ZLW-KLM

Dear Clerk:

Please be advised that the mandate for this case has issued today. Please file accordingly in the records of your court.

Please contact this office if you have questions.

Sincerely,

*Elisabeth A. Shumaker*

Elisabeth A. Shumaker
Clerk of the Court

cc:   Stuart N. Bennett
Kimberly A. Bruetsch
Allan B. Diamond
Osborne J. Dykes III
Amos B. Elberg
Marcy Hogan Greer
Reda Marie Hicks
Steven Robert Kabler

Dennis B. Polk
Paul Trahan
Benjamin M. Vetter
Sara Janes Wolf


EAS/kf

2