## Kimberly Bruetsch

**From:** Dykes, Jeff [jdykes@fulbright.com]
**Sent:** Tuesday, May 05, 2009 9:27 AM
**To:** Kim Bruetsch
**Cc:** Vetter, Benjamin
**Subject:** Granite v. Alberta/proposed stipulation

Kim,

Thanks for your call yesterday. I look forward to reviewing the proposed stipulation.

Jeff

**Jeff Dykes**, *Partner-in-Charge, Denver*
**FULBRIGHT** & *Jaworski L.L.P.* • ***Celebrating 90 Years*** • jdykes@fulbright.com • www.fulbright.com/jdykes
Denver: Republic Plaza • 370 17th Street, Suite 2150 • Denver, Colorado 80202-5638 • T: 303 801 2745 • F: 303 801 2777
Houston: Fulbright Tower • 1301 McKinney, Suite 5100 • Houston, Texas 77010-3095 • T: 713 651-5545 • **F:** 713 651-5246



EXHIBIT 1

1