## Kristi Kellow

**From:** Elizabeth Hyatt [ehyatt@starrslaw.com]
**Sent:** Tuesday, May 26, 2009 12:36 PM
**To:** Kim Bruetsch; jdykes@fulbright.com; Elizabeth Starrs; Vetter, Benjamin; Elizabeth Hyatt; Kristi Kellow; Steve Waters
**Subject:** RE: Granite Southlands

Kim:

The stipulation is fine with Alberta except that paragraph 2 states the funds in escrow were to be held "until closing," rather than "from closing."

Betsy

Elizabeth J. Hyatt, Esq.
STARRS MIHM & PULKRABEK LLP
707 Seventeenth Street, Suite 2600
Denver, CO 80202

(303) 592-5900 (phone)
(303) 592-5910 (fax)

ehyatt@starrslaw.com
www.starrslaw.com


------ Original Message ------

From: Kim Bruetsch (kbruetsch@rwolaw.com)
Sent: Wed 5/20/2009 03:42 PM
Rcvd: Wed 5/20/2009 03:42 PM
To: jdykes@fulbright.com; Elizabeth Starrs (ESTARRS); Vetter, Benjamin (bvetter@fulbright.com); Elizabeth Hyatt (EHYATT)
CC: Kristi Kellow (kkellow@rwolaw.com); Steve Waters (swaters@rwolaw.com)
Subject: Granite Southlands

===================================================

<< DENVER-#186168-v1-Land_Title_(Granite_Southlands)_-_Motion_for_Entry_of_Stipulated_Order.DOC >>


EXHIBIT 2

Counsel,

I apologize for the delay in circulating the stipulation we discussed. Attached is a draft for your review and comment.
Please modify this in any way you see fit. I have had several of these approved in State Court but, admittedly, have not submitted one in the federal court.

In addition, the initial scheduling conference set on June 23, 2009 conflicts with an existing trial on my calendar. Therefore, I will need to request that conference be continued. Would a date the following week of June 29, 2009 work for you? Please let me know if a day that week will work and I will file the necessary motion to re-schedule.


5/26/2009

Please let me know if you have any questions.

Thank You

Kim

Kimberly Bruetsch
Robinson Waters & O'Dorisio, P.C.
1099 18th Street, Suite 2600
Denver, Colorado 80202
Telephone: 303-297-2600
Facsimile: 303-297-2750
=========================================
This electronic mail transmission and any accompanying documents contain information belonging to the sender which may be confidential and legally privileged. This information is intended only for the use of the individual or entity to whom this electronic mail transmission was sent as indicated above. Any disclosure, copying, distribution or action taken in reliance on the contents of the information contained in this transmission is strictly prohibited. If you have received this transmission in error, please delete the message and notify us by calling 303-297-2600 or e-mailing kkellow@rwolaw.com. Thank you.
=========================================

5/26/2009

## Kimberly Bruetsch

**From:** Kim Bruetsch
**Sent:** Wednesday, June 24, 2009 6:01 PM
**To:** 'Elizabeth Hyatt'; jdykes@fulbright.com; Elizabeth Starrs; Vetter, Benjamin; Kristi Kellow; Steve Waters
**Subject:** RE: Granite Southlands
**Attachments:** DENVER-#186168-v1-Land_Title_(Granite_Southlands)_-_Motion_for_Entry_of_Stipulated_Order.DOC

Just to bring it back to everyone's attention, attached is the draft Stipulation we circulated along with Betsy's comments. Paul or Ben, please let me know if this is acceptable.

Thanks
Kim

---

**From:** Elizabeth Hyatt [mailto:ehyatt@starrslaw.com]
**Sent:** Tuesday, May 26, 2009 12:36 PM
**To:** Kim Bruetsch; jdykes@fulbright.com; Elizabeth Starrs; Vetter, Benjamin; Elizabeth Hyatt; Kristi Kellow; Steve Waters
**Subject:** RE: Granite Southlands

Kim:

The stipulation is fine with Alberta except that paragraph 2 states the funds in escrow were to be held "until closing," rather than "from closing."

Betsy

Elizabeth J. Hyatt, Esq.
STARRS MIHM & PULKRABEK LLP
707 Seventeenth Street, Suite 2600
Denver, CO 80202

(303) 592-5900 (phone)
(303) 592-5910 (fax)

ehyatt@starrslaw.com
www.starrslaw.com


------ Original Message ------

From: Kim Bruetsch (kbruetsch@rwolaw.com)
Sent: Wed 5/20/2009 03:42 PM
Rcvd: Wed 5/20/2009 03:42 PM
To: jdykes@fulbright.com; Elizabeth Starrs (ESTARRS); Vetter, Benjamin (bvetter@fulbright.com); Elizabeth Hyatt (EHYATT)
CC: Kristi Kellow (kkellow@rwolaw.com); Steve Waters (swaters@rwolaw.com)
Subject: Granite Southlands

1

<< DENVER-#186168-v1-Land_Title_(Granite_Southlands)_-_Motion_for_Entry_of_Stipulated_Order.DOC >>

Counsel,

I apologize for the delay in circulating the stipulation we discussed. Attached is a draft for your review and comment. Please modify this in any way you see fit. I have had several of these approved in State Court but, admittedly, have not submitted one in the federal court.

In addition, the initial scheduling conference set on June 23, 2009 conflicts with an existing trial on my calendar. Therefore, I will need to request that conference be continued. Would a date the following week of June 29, 2009 work for you? Please let me know if a day that week will work and I will file the necessary motion to re-schedule.

Please let me know if you have any questions.

Thank You

Kim

Kimberly Bruetsch
Robinson Waters & O'Dorisio, P.C.
1099 18th Street, Suite 2600
Denver, Colorado 80202
Telephone: 303-297-2600
Facsimile: 303-297-2750
==========================================

This electronic mail transmission and any accompanying documents contain information belonging to the sender which may be confidential and legally privileged. This information is intended only for the use of the individual or entity to whom this electronic mail transmission was sent as indicated above. Any disclosure, copying, distribution or action taken in reliance on the contents of the information contained in this transmission is strictly prohibited. If you have received this transmission in error, please delete the message and notify us by calling 303-297-2600 or e-mailing kkellow@rwolaw.com. Thank you.
==========================================