**Kimberly Bruetsch**

**From:** Trahan, Paul [ptrahan@fulbright.com]
**Sent:** Thursday, July 02, 2009 11:27 AM
**To:** Kimberly A. Bruetsch; Elizabeth Hyatt
**Cc:** Vetter, Benjamin; Elizabeth Starrs
**Subject:** RE: Southlands - Revised Scheduling Order

Kim,  We are leaning toward requesting that the money be placed into the registry of the court at this point.  Let's discuss this when we are together on Monday.  Thanks, Paul

---

**From:** Kimberly A. Bruetsch [mailto:kbruetsch@rwolaw.com]
**Sent:** Thursday, July 02, 2009 11:26 AM
**To:** Trahan, Paul; Elizabeth Hyatt
**Cc:** Vetter, Benjamin; Elizabeth Starrs
**Subject:** RE: Southlands - Revised Scheduling Order

Paul and Ben,

Have you had a chance to review the Stipulated Motion I proposed with respect to Land Title?
If it is acceptable, I would like to get it filed so perhaps the Magistrate could address it at the conference on Monday.

Thanks
Kim



EXHIBIT 3