# Kimberly Bruetsch

**From:** Kimberly A. Bruetsch
**Sent:** Monday, December 21, 2009 9:12 AM
**To:** 'Trahan, Paul'
**Subject:** RE: Granite protective order sig.pdf - Adobe Acrobat Professional

Paul,

When counsel changed and Mr. Bennett came into the case, I discussed this issue with him.
He was going to speak with you about it because I can't do anything without everyone's consent.
I told Mr. Bennett that if everyone agreed, I am willing to prepare the Stip to interplead the funds.
However, it is cheaper if one of you prepare it. Land Title was initially willing to waive the fees it incurred in this matter, but due to the delays, I am not certain that is still the case.

Perhaps a conference call with all counsel is needed.

Thanks
Kim

---

**From:** Trahan, Paul [mailto:ptrahan@fulbright.com]
**Sent:** Monday, December 21, 2009 8:42 AM
**To:** Kimberly A. Bruetsch
**Subject:** RE: Granite protective order sig.pdf - Adobe Acrobat Professional

Kim,

Please let us know if your client has the funds and still plans to interplead the funds. We are getting concerned about your failure to respond to our prior inquiries on these two fronts.

Thank you,
Paul

**Paul Trahan**, *Partner*
FULBRIGHT & *Jaworski L.L.P.* • *Celebrating 90 Years*
600 Congress Avenue, Suite 2400 • Austin, Texas 78701-2978
T: 512 536 5288 • F: 512 536 4598 • ptrahan@fulbright.com • www.fulbright.com/ptrahan

---

**From:** Kimberly A. Bruetsch [mailto:kbruetsch@rwolaw.com]
**Sent:** Thursday, December 17, 2009 4:12 PM
**To:** Trahan, Paul
**Cc:** Vetter, Benjamin; Kristi Kellow
**Subject:** RE: Granite protective order sig.pdf - Adobe Acrobat Professional

Yes, that one is fine.

Kim

---

**From:** Trahan, Paul [mailto:ptrahan@fulbright.com]
**Sent:** Thursday, December 17, 2009 3:12 PM
**To:** Kimberly A. Bruetsch
**Cc:** Vetter, Benjamin
**Subject:** Granite protective order sig.pdf - Adobe Acrobat Professional


EXHIBIT 4

1

Kim,

Can we use this signature for the revised order that we circulated a few minutes ago?

Paul

**Paul Trahan**, *Partner*
FULBRIGHT & *Jaworski L.L.P.* • **Celebrating 90 Years**
600 Congress Avenue, Suite 2400 • Austin, Texas 78701-2978
T: 512 536 5288 • F: 512 536 4598 • ptrahan@fulbright.com • www.fulbright.com/ptrahan