### Kristi Kellow

**From:** Kimberly A. Bruetsch
**Sent:** Wednesday, January 13, 2010 4:08 PM
**To:** Kristi Kellow
**Subject:** FW: Granite v. Alberta/mo for reconsideration and for leave to amend

---

**From:** Dennis B. Polk [mailto:dbp@haplaw.net]
**Sent:** Wednesday, January 13, 2010 4:07 PM
**To:** Kimberly A. Bruetsch
**Subject:** RE: Granite v. Alberta/mo for reconsideration and for leave to amend

I do not care

---

**From:** Kimberly A. Bruetsch [mailto:kbruetsch@rwolaw.com]
**Sent:** Wednesday, January 13, 2010 12:16 PM
**To:** Dykes, Jeff; Stuart N. Bennett; Dennis B. Polk; Stephen L. Waters
**Cc:** Trahan, Paul
**Subject:** RE: Granite v. Alberta/mo for reconsideration and for leave to amend

Jeff,

Land Title will not take a position one way or the other on the Motion.

With respect to Land Title's presence in the case, could you all please re-visit how you want to handle the escrowed funds. If you eliminate Land Title, we will not incur add'l atty fees that have to be paid from the escrowed funds.

Finally, would anyone object to Land Title filing a Motion to not appear at the mediation or, in the alternative, appear by phone. Again, it will reduce the atty fees that need to be paid to Land Title.

Thanks
Kim

---

**From:** Dykes, Jeff [mailto:jdykes@fulbright.com]
**Sent:** Wednesday, January 13, 2010 12:12 PM
**To:** 'Stuart N. Bennett'; 'DBP@Haplaw.net'; Kimberly A. Bruetsch; Stephen L. Waters
**Cc:** Trahan, Paul
**Subject:** Granite v. Alberta/mo for reconsideration and for leave to amend

**EXHIBIT 5**

Stu, Dennis, and Kim,

We anticipate filing on behalf of plaintiff a Motion for Reconsideration and For Leave to Amend Complaint, probably later today. The motion will ask the Court to reconsider the order of dismissal to make it "without prejudice" and will ask the court for leave to amend the complaint. The proposed amended complaint that we will ask leave to file will plead that Alberta's failure to disclose material changes in the condition of the property was a breach of contract and that Granite was induced to close through fraud on the part of Alberta and the

1/13/2010

Principals. The Escrow Holdback claim versus Land Title and Alberta will be carried forward without substantial change.

Do you oppose this motion?

We are still finalizing the papers, and I am sending this email to you now in the interest of time, and in the expectation that your decision to oppose or not will be easy for you to make. If you would like to discuss, please do call.

Thanks.

Jeff

**Jeff Dykes**, *Of Counsel, Denver*
FULBRIGHT & *Jaworski L.L.P.* • Republic Plaza • 370 17th Street, Suite 2150 • Denver, Colorado 80202-5638
T: 303 801 2745 • F: 303 801 2777 • Cell 832 746 9303 jdykes@fulbright.com • www.fulbright.com/jdykes

1/13/2010