LAW OFFICES OF
# ROBINSON WATERS & O'DORISIO, P.C.

October 15, 2010

Via e-mail: ptrahan@fulbright.com
Paul Trahan, Esq.
Fulbright & Jaworski, LLP
600 Congress Avenue, Suite 2400
Austin, Texas 78701

Via e-mail: jdykes@fulbright.com
Jeff Dykes, Esq.
Fulbright & Jaworski, LLP
370 17th Street, Suite 2150
Denver, Colorado 80202

Via e-mail: sbennett@joneskeller.com
Stuart N. Bennett, Esq.
Jones & Keller P.C.
1999 Broadway, Suite 3150
Denver, Colorado 80202

   Re: *Granite Southlands Town Center, LLC v. Alberta Town Center, LLC and Land Title Guarantee Company*

Dear Counsel:

  As the trial date rapidly approaches, I want once again attempt to resolve the issue of the escrowed funds and the status of Land Title's desire to interplead the funds and be dismissed from this matter. As the trial date approaches, Land Title will be forced to comply with trial deadlines and will incur significant attorneys fees and costs. I want to raise this issue because, pursuant to the terms of the agreement, Land Title is entitled to recoup its attorneys fees and costs.

  Land Title still believes that a Stipulation interpleading the funds and dismissing Land Title is still the most desirable resolution. If that is not possible, however, it seems that we should at least discuss a stipulation to permit Land Title to limit its participation in the pre-trial requirements and attendance at the actual trial. Such a stipulation would serve to limit the attorneys fees and costs Land Title will incur.




EXHIBIT 6

1099 18TH STREET, SUITE 2600 • DENVER, COLORADO, 80202-1926
info@rwolaw.com • www.rwolaw.com
DENVER: (303) 297-2600 • TELLURIDE: (970) 728-3029

PRIMERUS

October 15, 2010
Page 2

      Please let me know your respective positions regarding these issues as soon as possible. Please call me if you have any questions or wish to discuss this matter further.

                Sincerely,

                Stephen L. Waters
                Kimberly A. Bruetsch