# LAW OFFICES OF
# ROBINSON WATERS & O'DORISIO, P.C.

October 26, 2010

Via e-mail: ptrahan@fulbright.com
Paul Trahan, Esq.
Fulbright & Jaworski, LLP
600 Congress Avenue, Suite 2400
Austin, Texas 78701

Via e-mail: jdykes@fulbright.com
Jeff Dykes, Esq.
Fulbright & Jaworski, LLP
370 17th Street, Suite 2150
Denver, Colorado 80202

Via e-mail: sbennett@joneskeller.com
Stuart N. Bennett, Esq.
Jones & Keller P.C.
1999 Broadway, Suite 3150
Denver, Colorado 80202

    Re:    *Granite Southlands Town Center, LLC v. Alberta Town Center, LLC and Land Title Guarantee Company*

Dear Counsel:

On Friday, I received a notice from the Court resetting the trial in this matter to February 14, 2011. I spoke with Nancy, Judge Weinshienk's clerk, who advised that she had been lead to believe that the date had been cleared with all counsel. This firm was not called and this date is not convenient.

As you know, Land Title has been attempting to get a stipulation in place to allow it to interplead funds and be dismissed from this matter for some time. Last week, I sent a letter again suggesting this resolution. I received no response from Fulbright & Jaworski to my letter. It is in all parties' best interests to not have Land Title participate and incur fees with respect to the upcoming trial. Since it appears that the attorney fee issue is the impediment to getting a stipulation in place, Land Title is willing to have issues with respect to its fees be determined once liability issues have been decided. We could stipulate that Land Title shall hold the funds until the Court issues an Order following trial and that the parties will defer resolution of Land Title's claim for attorneys fees until that time as well. That permits Land Title to be excused from participation in trial and we will not have to expend any further attorneys fees.





EXHIBIT 7

October 26, 2010
Page 2

      That being said, if it cannot be agreed that Land Title does not need to participate in the trial, then the trial currently set for February 14, 2011, will need to be reset yet again. Judge Weinshienk's clerk has advised that in lieu of filing a motion that counsel should confer and reach a date convenient with all counsels' calendars. This firm is available for trial the week of March 14, March 21 or March 28. Please check your calendars and advise me of your availability.

      I would appreciate a response to my proposal to enter into a stipulation to interplead funds or to at least agree to no involvement by Land Title at the trial. Please let me know your respective positions regarding these issues as soon as possible. Please call me if you have any questions or wish to discuss this matter further.

Sincerely,

Stephen L. Waters
Kimberly A. Bruetsch