# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-00799-ZLW-KLM (SJ)

GRANITE SOUTHLANDS TOWN CENTER LLC,
        Plaintiff,
v.

ALBERTA TOWN CENTER, LLC, and
LAND TITLE GUARANTEE COMPANY,
        Defendants.

### AFFIDAVIT OF PAUL TRAHAN

| | |
|---|---|
| THE STATE OF TEXAS | § |
| | § |
| COUNTY OF TRAVIS | § |

    BEFORE ME, the undersigned authority, on this day personally appeared Paul Trahan who, being by me duly sworn, on oath stated as follows:

    1.    "My name is Paul Trahan. I am over 21 years of age, of sound mind, and capable of making this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct. This affidavit supplements my prior affidavits in this matter.

    2.    This affidavit is filed concurrently and in support of Granite Southlands Town Center LLC's ("Granite") Reply to Defendant Alberta Town Center, LLC's ("Alberta") Brief in Opposition to Granite's Motion for Attorneys' Fees and Expenses and Granite's Supplemental Motion for Attorneys' Fees and Expenses, and it further supports the attorneys' fees and expenses that Granite incurred in relation to the escrow claims that were tried to this Court in February 2011, on which Granite prevailed ("Escrow Claims").

    3.    From August 2009 through the trial of this case, Granite's counsel segregated its invoices in an effort to bill its client separately for services rendered on the Escrow Claim. These invoices segregated work performed on the Fraud Claim from the Escrow Claim. For invoices prior to August 2009, Granite's counsel has gone through and redacted those entries unrelated to the Escrow Claim and reduced the amount of time and fees charged for work and fees which were not related to the Escrow Claim.

    4.    Granite filed its Motion for Attorneys' Fees and Expenses on September 19, 2011. At that time, Granite estimated its future fees related to the preparation and presentation of the Motion to be $12,000. Between September 19, 2011 and October 31, 2011, Granite incurred

more than the $12,000 it estimated as future fees. These amounts have been actually incurred and billed to the client."

Further affiant sayeth not.

_____
Paul Trahan

SUBSCRIBED AND SWORN TO BEFORE ME, on November 16, 2011, to witness my hand and seal of office.

_____
NOTARY PUBLIC, State of Texas

JULIANN R. WRIGHT
Notary Public, State of Texas
My Commission Expires
JULY 3, 2013