# EXHIBIT F

**EXHIBIT D - DEFENDANT ALBERTA TOWN CENTER'S TRIAL EXHIBIT LIST**

CASE NUMBER: 09-CV-00799-ZLW-KLM
CASE CAPTION: GRANITE SOUTHLANDS v. ALBERTA TOWN CENTER et al

PLAINTIFF'S LIST: _
DEFENDANTS' LIST: x
THIRD PARTY LIST: _

| Exhibit | WITNESS | DESCRIPTION | STIP. | OFFERED | ADMITTED | REFUSED | RULING RESERVED | COMMENTS/ INFO |
|---|---|---|---|---|---|---|---|---|
| A | | Tri-Party Agreement | | | | | | |
| B | | Construction Loan Agreement | | | | | | |
| C | | Colorado Cinema Lease | | | | | | |
| C1 | | First Amendment to Colorado Cinema Lease | | | | | | |
| C2 | | Second Amendment to Colorado Cinema Lease | | | | | | |
| C3 | | Third Amendment to Colorado Cinema Lease | | | | | | |
| D1 | | American Fidelity Assurance Company Tenant Estoppel Certificate | | | | | | |
| D2 | | American Family Insurance Tenant Estoppel Certificate | | | | | | |
| D3 | | Ann Taylor Loft Tenant Estoppel Certificate | | | | | | |
| D4 | | Banana Republic Tenant Estoppel Certificate | | | | | | |
| D5 | | Barnes & Noble Tenant Estoppel Certificate | | | | | | |
| D6 | | Bath & Body Works Tenant Estoppel Certificate (Depo. Ex. 108) | | | | | | |

**EXHIBIT D - DEFENDANT ALBERTA TOWN CENTER'S TRIAL EXHIBIT LIST**

CASE NUMBER:  09-CV-00799-ZLW-KLM
CASE CAPTION:  GRANITE SOUTHLANDS  v. ALBERTA TOWN CENTER et al

PLAINTIFF'S LIST:  _
DEFENDANTS' LIST:  x
THIRD PARTY LIST:  _

| Exhibit | WITNESS | DESCRIPTION | STIP. | OFFERED | ADMITTED | REFUSED | RULING RESERVED | COMMENTS/ INFO |
|---|---|---|---|---|---|---|---|---|
| D7 | | Chicos' FAS Tenant Estoppel Certificate (Depo. Ex. 65) | | | | | | |
| D8 | | Chipotle Tenant Estoppel Certificate (Depo. Ex. 105) | | | | | | |
| D9 | | Christopher & Banks Tenant Estoppel Certificate | | | | | | |
| D10 | | Coldwater Creek Tenant Estoppel Certificate | | | | | | |
| D11 | | CJ Banks Tenant Estoppel Certificate | | | | | | |
| D12 | | Eddie Bauer Tenant Estoppel Certificate | | | | | | |
| D13 | | Family Life Counselling Tenant Estoppel Certificate (Depo. Ex. 62) | | | | | | |
| D14 | | Finish Line Tenant Estoppel Certificate (Depo. Ex. 107) | | | | | | |
| D15 | | Gap Kids Tenant Estoppel Certificate | | | | | | |
| D16 | | Gymboree Tenant Estoppel Certificate | | | | | | |
| D17 | | Hallmark Tenant Estoppel Certificate (Depo. Ex. 106) | | | | | | |
| D18 | | Hot Topic Tenant Estoppel Certificate | | | | | | |

**EXHIBIT D - DEFENDANT ALBERTA TOWN CENTER'S TRIAL EXHIBIT LIST**

CASE NUMBER: 09-CV-00799-ZLW-KLM
CASE CAPTION: GRANITE SOUTHLANDS v. ALBERTA TOWN CENTER et al

PLAINTIFF'S LIST: _
DEFENDANTS' LIST: x
THIRD PARTY LIST: _

| Exhibit | WITNESS | DESCRIPTION | STIP. | OFFERED | ADMITTED | REFUSED | RULING RESERVED | COMMENTS/ INFO |
|---|---|---|---|---|---|---|---|---|
| D19 | | Jos A Bank Tenant Estoppel Certificate | | | | | | |
| D20 | | Lane Bryant Tenant Estoppel Certificate | | | | | | |
| D21 | | Lenscrafters Tenant Estoppel Certificate | | | | | | |
| D22 | | Limited Too Tenant Estoppel Certificate | | | | | | |
| D23 | | Main Street Dental Tenant Estoppel Certificate (Depo. Ex. 63) | | | | | | |
| D24 | | McCabes Bistro Tenant Estoppel Certificate | | | | | | |
| D25 | | New York Co Tenant Estoppel Certificate | | | | | | |
| D26 | | Pacific Sunwear (Pac Sun) Tenant Estoppel Certificate | | | | | | |
| D27 | | Qual Dent Tenant Estoppel Certificate (Depo. Ex. 64) | | | | | | |
| D28 | | Regis Corp.. Tenant Estoppel Certificate | | | | | | |
| D29 | | Select Comfort Tenant Estoppel Certificate | | | | | | |
| D30 | | Sports Authority Tenant Estoppel Certificate | | | | | | |

**EXHIBIT D - DEFENDANT ALBERTA TOWN CENTER'S TRIAL EXHIBIT LIST**

CASE NUMBER:  09-CV-00799-ZLW-KLM
CASE CAPTION:  GRANITE SOUTHLANDS  v. ALBERTA TOWN CENTER et al

PLAINTIFF'S LIST:  _
DEFENDANTS' LIST:  x
THIRD PARTY LIST:  _

| Exhibit | WITNESS | DESCRIPTION | STIP. | OFFERED | ADMITTED | REFUSED | RULING RESERVED | COMMENTS/ INFO |
|---|---|---|---|---|---|---|---|---|
| D31 | | Sunglass Hut Tenant Estoppel Certificate | | | | | | |
| D32 | | Sweet and Sassy Tenant Estoppel Certificate (Depo. Ex. 103) | | | | | | |
| D33 | | Exhibit D33 - Talbots Tenant Estoppel Certificate | | | | | | |
| D34 | | Ted's Montana Grill Tenant Estoppel Certificate | | | | | | |
| D35 | | The Childrens' Place Regional Office Tenant Estoppel Certificate | | | | | | |
| D36 | | Tween Brands Tenant Estoppel Certificate (Depo. Ex. 109) | | | | | | |
| D37 | | Wetzels Pretzels-CinnaMonster Tenant Estoppel Certificate | | | | | | |
| D38 | | Yankee Candle Tenant Estoppel Certificate | | | | | | |
| E | | Neujahr and Gorman  8-8-08 Report | | | | | | |
| F | | Southlands Town Center Office Lease from DCC Architect | | | | | | |
| G | | E-mails  (Depo. Ex. 110) | | | | | | |
| H | | E-mails (Depo Ex. 112) | | | | | | |

**EXHIBIT D - DEFENDANT ALBERTA TOWN CENTER'S TRIAL EXHIBIT LIST**

CASE NUMBER:  09-CV-00799-ZLW-KLM
CASE CAPTION:  GRANITE SOUTHLANDS  v. ALBERTA TOWN CENTER et al

PLAINTIFF'S LIST: _
DEFENDANTS' LIST: x
THIRD PARTY LIST: _

| Exhibit | WITNESS | DESCRIPTION | STIP. | OFFERED | ADMITTED | REFUSED | RULING RESERVED | COMMENTS/ INFO |
|---|---|---|---|---|---|---|---|---|
| I | | E-mails (Depo. Ex. 113) | | | | | | |
| J | | Affidavit of Angela Kralovec (Depo. Ex. 69) | | | | | | |
| K | | 2/6/09 Letter  (Depo. Ex. 111)(Depo. Ex. 111) | | | | | | |
| L | | 3/3/09 Letter (Depo. Ex. 115) | | | | | | |
| M | | 10/24/2008 (Depo. Ex. 28) | | | | | | |
| N | | 2-19-09 letter from Flowers to BlackRock (Granite Ex. 29) | | | | | | |
| O | | 2-27-09 letter Flowers to BlackRock (Granite Ex. 31) | | | | | | |
| P | | 3-2-09 letter Flowers to Land Title (Granite Ex. 32) | | | | | | |
| Q | | 11-21-08 letter from flowers (Granite Ex. 63) | | | | | | |