# EXHIBIT J

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-00799-SJJ-KLM

GRANITE SOUTHLANDS TOWN CENTER LLC,
        Plaintiff,

v.

ALBERTA TOWN CENTER, LLC and
LAND TITLE GUARANTEE COMPANY,
        Defendants.

## AFFIDAVIT OF ANGELA KRALOVEC

Angela Kralovec states and declares under penalty of perjury, the following:

1. "My name is Angela Kralovec. I am over the age of 21, have never been convicted of a felony, and declare that the facts stated in this declaration are true and correct and are based on my own personal knowledge.

2. I am an employee of BlackRock Realty Advisors, Inc. ("BlackRock Realty") and serve as an asset manager responsible for managing multi-housing, retail, and office real estate investments in California, Denver, and Minnesota on behalf of institutional investors advised by BlackRock Realty. I am authorized by BlackRock Realty to make this affidavit on behalf of Granite Southlands Town Center LLC ("Granite"). BlackRock Realty is investment manager to Granite's ultimate parent ("Granite's Parent") and has responsibility for managing the Southlands Town Center in Aurora, Colorado.

3. I have had primary responsibility for managing the Southlands Town Center since Granite purchased the property in December 2008. In my role with BlackRock Realty, I have become familiar with the attorneys' fees and expenses charged in connection with the captioned lawsuit. In fact, I testified as a witness for Granite at the February 2011 trial of the dispute over the escrowed funds ("Escrow Claim"). Legal fees charged in relation to the captioned lawsuit, including those charged for the Escrow Claim, are among the expense items for the Southlands Town Center for which I account. I reviewed the invoices attached as Exhibit A to Granite's Motion for Attorneys' Fees and Expenses ("Southlands Legal Invoices ").

4. The legal fees and expenses reflected in the Southlands Legal Invoices were incurred and paid by Granite. As investment manager, BlackRock Realty received all of these legal invoices, reviewed and approved them as appropriate expenses of Granite, and caused Granite's Parent to write checks in payment of the invoices. The Southlands Legal Invoices then were charged to Granite as an expense of the Southlands Town Center. So, although the invoices are directed to BlackRock Realty, as with other expenses for the Southlands Town Center, the Southlands Legal Invoices were paid by Granite's Parent then charged to Granite. Consequently, the fees reflected in the Southlands Legal Invoices were paid and incurred by Granite."

Further Affiant sayeth not.

*Angela Khalovec*

## California Jurat with Affiant Statement Attached

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**

State of California

County of __Orange__ } ss.

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–5 to be completed only by document signer(s), *not* Notary)

_Angela Kralovec_
Signature of Document Signer No. 1

_____
Signature of Document Signer No. 2 (if any)

Subscribed and sworn to (or affirmed) before me on this __16th__ day of __November__, __2011__, by

(1) __Angela Kralovec__
     Name of Signer

☐ Personally known to me
☒ Proved to me on the basis of satisfactory evidence to be the person who appeared before me (.) ☒
     (and

(2) _____
     Name of Signer

☐ Personally known to me
☐ Proved to me on the basis of satisfactory evidence to be the person who appeared before me.)

_Ryan B. Snow_
Signature of Notary Public

**RYAN B. SNOW**
Commission # 1841391
Notary Public - California
Orange County
My Comm. Expires Mar 21, 2013

Place Notary Seal Above

— **OPTIONAL** —

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Further Description of Any Attached Document**

Title or Type of Document: __Affidavit of Angela Kralovec__

Document Date: __No Date__    Number of Pages: __2__

Signer(s) Other Than Named Above: __None__

RIGHT THUMBPRINT OF SIGNER #1 — Top of thumb here
RIGHT THUMBPRINT OF SIGNER #2 — Top of thumb here

©2004 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org  Item #5910  Reorder: Call Toll-Free 1-800-876-6827