IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00799-SJJ-KLM

GRANITE SOUTHLANDS TOWN CENTER LLC,

    Plaintiff,

v.

ALBERTA TOWN CENTER, LLC,
LAND TITLE GUARANTEE COMPANY,
DONALD G. PROVOST, and
PETER M. CUDLIP,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court *sua sponte*.

IT IS HEREBY **ORDERED** that on or before **December 8, 2011**, the parties shall file a Joint Status Report:

1. Identifying the substantive claims remaining for resolution;

2. Setting forth the status of responses to the remaining substantive claims by the defendants named in those claims; and

3. Setting forth the parties' proposals (or proposal, if they agree) regarding scheduling and discovery on the remaining substantive claims and attorneys' fees issues.

Dated: November 29, 2011