IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-00799-SJJ-KLM

GRANITE SOUTHLANDS TOWN CENTER LLC

    Plaintiff,

v.

ALBERTA TOWN CENTER, LLC, PETER M. CUDLIP,
DONALD G. PROVOST and
LAND TITLE GUARANTEE COMPANY

    Defendants.

## JOINT STATUS REPORT

In compliance with the Minute Order entered by Magistrate Judge Kristen L. Mix dated November 29, 2011 (Dkt. #246), Granite Southlands Town Center LLC ("Granite") submits this Joint Status Report, which has been approved by Defendants as to form.

**1.     Identify the substantive claims remaining for resolution.**

The only remaining substantive claim is Granite's claim set forth in its First Amended Complaint (Dkt. #36) against Donald Provost, Peter Cudlip, and Allan Provost (now deceased) entitled "Fraudulent Intent as to the Release."  Prior to Granite's appeal and the Tenth Circuit's subsequent reversal and remand of this fraud claim, Granite sought leave to amend its Complaint but was denied.  Granite will ask the Court to reconsider its motion for leave to amend, which the Tenth Circuit suggested the Court should reconsider.  *See* Footnote 1, Order and Judgment, Case No. 10-1453, *Granite Southlands Town Center, LLC v. Donald G. Provost, Peter M. Cudlip, Alberta Town Center, LLC, Land Title Guarantee Company, and Allan G. Provost*, attached hereto as Exhibit A.

**2.     Set forth the status of responses to remaining substantive claims by the defendants named in those claims.**

On November 23, 2011, Defendants filed Peter M. Cudlip and Donald G. Provost's Answer to First Amended Complaint (Dkt. # 245).

**3.     Set forth the parties' proposals (or proposal, if they agree) regarding scheduling and discovery on remaining substantive claims and attorneys fees issues.**

    **a.     Remaining Substantive Claims**

Given that the Tenth Circuit only recently remanded the fraud claim to this court, the parties still must conduct discovery on this claim. In addition to written discovery, Granite estimates between five and ten fact witness depositions and two to four expert depositions. Defendants Cudlip and Provost believe that discovery previously conducted in this case, including the depositions of Mr. Cudlip and Mr. Provost, adequately covered the issues raised in the remaining fraud claim. Mr. Cudlip and Mr. Provost oppose any effort by Plaintiff to duplicate discovery previously taken and therefore believe that substantially less discovery will be required. In any event, the parties agree the case should be ready for trial by July 2012.

    **b.     Attorneys' Fees Issues**

        (i)     **Plaintiff's Proposal**

Plaintiff proposes that the Court decide its Motion for Attorneys' Fees and Expenses based upon the pleadings and evidence currently before Magistrate Judge Mix pursuant to Memorandum of Reference (Dkt. #202) filed September 21, 2011 and Memorandum of Reference (Dkt. #225) filed October 21, 2011. The pleadings relating to Granite's Motion for Attorneys' Fees and Expenses are set forth in the following table.

| DKT. # | PLEADING |
|---|---|
| 199 | Granite's Motion for Attorneys' Fees and Expenses |
| 200 | Notice of Errata (relating to Dkt. # 199) |
| 223 | Plaintiff's Supplemental Motion for Attorneys' Fees and Expenses (revisions to Dkt. #199) |
| 228 | Defendant, Alberta Town Center, LLC's Brief in Opposition to Granite Southlands Town Center LLC's Motion and Supplemental Motion for Attorneys' Fees and Expenses (response to Dkt. #199, 223) |
| 229 | AlbertaTown Center LLC's Motion for Leave to Conduct Limited Discovery and Submit Supplemental Briefing Concerning Plaintiff's Motion and Supplemental Motion for Attorneys' Fees and Expenses |
| 238 | Plaintiff's Opposition to Defendant's Motion for Leave to Conduct Limited Discovery and Submit Supplemental Briefing Concerning Plaintiff's Motion and Supplemental Motion for Attorney's Fees and Expenses (response to Dkt. #229) |
| 239 | Plaintiff Granite Southland Town Center, LLC's Reply to Defendant's Brief in Opposition to its Motion and Supplemental Motion for Attorneys' Fees and Expenses (Dkt. #228) |
| 247 | Alberta's Reply Re: Motion for Leave to Conduct Limited Discovery and Submit Supplemental Briefing Concerning Plaintiff's Motion and Supplemental Motion for Attorneys' Fees and Expenses (Docket #229) |

(ii)   **Defendant's Proposal**

Alberta proposes that its Motion to Conduct Limited Discovery and Submit Supplemental Briefing Concerning Plaintiff's Motion and Supplemental Motion for Attorney's Fees and Expenses (Dkt. #229), Granite's Opposition thereto (Dkt. #238) and Alberta's Reply (Dkt. #247) should be decided before considering Granite's Motion and Supplemental Motion for Attorney's Fees and Expenses. Alberta's Motion to Conduct Limited Discovery is fully briefed and ready

for decision by Magistrate Judge Mix pursuant to the Court's Memorandum of Reference dated November 21, 2011 (Dkt. #242).

        (iii)    **Land Title**

The only remaining issue affecting Land Title is its claim for attorneys' fees, for which all motions, evidence, and briefing is before the Court. Land Title's claim has also been referred to Magistrate Judge Mix by Memorandum of Reference, (Dkt. #242).

    Respectfully submitted,

*//s// Paul Trahan*
Osborne J. Dykes, III
Benjamin M. Vetter
FULBRIGHT & JAWORSKI L.L.P.
370 Seventeenth Street, Suite 2150
Denver, CO  80202
(303) 801-2700 – Phone / (303) 801-2777 – Fax
jdykes@fulbright.com
bvetter@fulbright.com
Paul Trahan
FULBRIGHT & JAWORSKI L.L.P.
98 San Jacinto Blvd., Suite 1100
Austin, TX  78701
(512) 474-5201 – Phone / (512) 536-4598 – Fax
ptrahan@fulbright.com
*Counsel for Plaintiff*

-5-

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2011, I electronically filed the foregoing **JOINT STATUS REPORT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to attorneys for the remaining parties at the following e-mail addresses:

> Stuart N. Bennett
> Steven R. Kabler
> JONES & KELLER, P.C.
> 1999 Broadway, Suite 3150
> Denver, Colorado 80202
> sbennett@joneskeller.com
> skabler@joneskeller.com
> *Attorneys for Alberta Town Center, LLC
> Peter M. Cudlip and Donald G. Provost*
>
> Kimberly A. Bruetsch
> ROBINSON WATERS & O'DORISIO, P.C.
> 1099 18th Street, Suite 2600
> Denver, Colorado 80202
> swaters@rwolaw.com
> kbruetsch@rwolaw.com
> *Attorneys for Land Title Guarantee*

*/s/ Paul Trahan*
Paul Trahan
