**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**December 20, 2011**

**Elisabeth A. Shumaker**
**Clerk of Court**

# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

---

| | |
|---|---|
| GRANITE SOUTHLANDS TOWN CENTER, LLC, | |
| Plaintiff - Appellee, | |
| v. | No. 11-1459 |
| ALBERTA TOWN CENTER, LLC, | (D.C. No. 1:09-CV-00799-SJJ-KLM) |
| Defendant - Appellant, | |
| and | |
| LAND TITLE GUARANTEE COMPANY, | |
| Defendant. | |

---

**ORDER**

---

The court reserves judgment on the issues regarding whether the order being appealed is final and appealable. The matter will be referred to the panel assigned to hear this appeal on the merits. The motion to abate is also referred to the merits panel.

Briefing on the merits shall proceed. The appellant shall file its opening brief within 40 days of the date of this order. Subsequent briefing shall proceed in

accordance with the schedule set forth in the Federal Rules of Appellate Procedure and the Tenth Circuit Rules.

                                Entered for the Court,
                                ELISABETH A. SHUMAKER, Clerk

                                *Ellen Rich Reiter* (signature)

                                Ellen Rich Reiter
                                Deputy Clerk/Jurisdictional Attorney