IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00799-SJJ-KLM

GRANITE SOUTHLANDS TOWN CENTER LLC,

    Plaintiff,

v.

ALBERTA TOWN CENTER, LLC,
LAND TITLE GUARANTEE COMPANY,
PETER M. CUDLIP, and
DONALD G. PROVOST,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court *sua sponte*.  On December 9, 2011, the Court issued a Minute Order directing Plaintiff to submit any fee agreement governing the fees paid for services rendered by counsel to Plaintiff in relation to the Escrow Claims, including any fee agreement between BlackRock Realty Advisors, Inc. and counsel, or Granite's "Parent" and counsel, or in lieu of the agreement(s), a status report explaining the absence of any agreement, for the Court's review, due on or before December 28, 2011 [#250].  To date, Plaintiff has not complied with this Minute Order, nor has it requested an extension of time in which to do so.  Accordingly,

    IT IS HEREBY **ORDERED** that the deadline for Plaintiff to comply with the instruction in the Minute Order issued December 9, 2011 [#250] is extended up to and including **January 9, 2012**.  Again, when submitting the agreement(s) or status report, Plaintiff may file an appropriate motion pursuant to D.C.COLO.LCivR 7.2 if it so chooses.  **If Plaintiff fails to meet the January 9, 2012 deadline, the Court will deny its pending Motion for Attorneys' Fees and Expenses [#199] and accompanying supplement [#223].**

    Dated:  January 3, 2012