IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-00799-SJJ-KLM

GRANITE SOUTHLANDS TOWN CENTER LLC

    Plaintiff,

v.

ALBERTA TOWN CENTER, LLC, PETER M. CUDLIP,
DONALD G. PROVOST and
LAND TITLE GUARANTEE COMPANY

    Defendants.

## STATUS REPORT

Granite submits this Status Report to the Court in response to, and compliance with, those Minute Orders dated December 12, 2011 (Docket #250) and January 3, 2012 (Docket #252).

Granite and its predecessor and related entities have been clients of Fulbright & Jaworski L.L.P. and the attorney primarily responsible for managing the relationship, Jane Snoddy Smith, for many years. Given the relationship, other than as reflected in the invoices themselves, Fulbright & Jaworski L.L.P. has no written agreement with Granite, any related entity, or any entity, which governs the fees paid for services rendered by counsel for Plaintiff in relation to the Escrow Claims.

Respectfully submitted,

*/s/ Paul Trahan*
Osborne J. Dykes, III
Benjamin M. Vetter
FULBRIGHT & JAWORSKI L.L.P.
370 Seventeenth Street, Suite 2150
Denver, CO  80202
(303) 801-2700 – Phone / (303) 801-2777 – Fax
jdykes@fulbright.com
bvetter@fulbright.com

Paul Trahan
FULBRIGHT & JAWORSKI L.L.P.
98 San Jacinto Blvd., Suite 1100
Austin, TX  78701
(512) 474-5201 – Phone / (512) 536-4598 – Fax
ptrahan@fulbright.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2012, I electronically filed the foregoing **STATUS REPORT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to attorneys for the remaining parties at the following e-mail addresses:

Stuart N. Bennett
Steven R. Kabler
JONES & KELLER, P.C.
1999 Broadway, Suite 3150
Denver, Colorado 80202
sbennett@joneskeller.com
skabler@joneskeller.com
*Attorneys for Alberta Town Center, LLC*
*Peter M. Cudlip and Donald G. Provost*

Kimberly A. Bruetsch
ROBINSON WATERS & O'DORISIO, P.C.
1099 18th Street, Suite 2600
Denver, Colorado 80202
swaters@rwolaw.com
kbruetsch@rwolaw.com
*Attorneys for Land Title Guarantee*

*/s/ Paul Trahan*
Paul Trahan