### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Magistrate Judge Kristen L. Mix

**Civil Action No.: 09-CV-00799-SJJ-KLM**  **FTR** - Reporter Deck - Courtroom C-204
Byron G. Rogers United States Courthouse
**Date: January 11, 2012**  Courtroom Deputy, Monique Wiles

---

| | |
|---|---|
| GRANITE SOUTHLANDS TOWN CENTER LLC, | Paul Trahan |
| **Plaintiff(s),** | |
| v. | |
| ALBERTA TOWN CENTER, LLC, | Stuart N. Bennett |
| LAND TITLE GUARANTEE COMPANY, | |
| DONALD G. PROVOST, | Stuart N. Bennett |
| PETER M. CUDLIP | Stuart N. Bennett |
| **Defendant(s).** | |

---

### COURTROOM   MINUTES  /  MINUTE   ORDER

**HEARING: RULE 16(b) SCHEDULING CONFERENCE**
**Court in Session: 11:01 a.m.**
Court calls case. Appearance of counsel.

**The following will confirm the actions taken and dates set at the scheduling conference held this date:**

Deadline for Joinder of parties / Motion for Leave to Amend is **FEBRUARY 13, 2012.**

Discovery Cut-off is **JULY 31, 2012.**

Dispositive Motions deadline is **AUGUST 31, 2012.**

Parties shall designate experts **on or before JUNE 29, 2012.**

Parties shall designate rebuttal experts **on or before JULY 13, 2012.**

Each side shall be limited to three (3) newly retained Expert witnesses, absent further leave of court.

Each side shall be limited to ten (10) Depositions, absent further leave of court.

Parties shall be limited to fifteen (15) Interrogatories, twenty-five (25) Requests for Production, and twenty-five (25) Requests for Admissions per side, without further leave of Court.

**Counsel shall call the Court by joint conference call to schedule hearings regarding unresolved discovery disputes prior to filing any discovery motions.**

**An early neutral evaluation of the case will be held on joint motion of the parties.**

No **STATUS CONFERENCE** is set at this time. If the Court determines one is necessary, one will be set by Minute Order. The parties may request a status conference by contacting Chambers (303) 335-2770, preferably as a joint conference call, and request that one be set.

**FINAL PRETRIAL CONFERENCE** is set for **OCTOBER 29, 2012 at 9:30 a.m.** Final Pretrial Order is due **no later than five (5) days** before the Final Pretrial Conference. (See the court's website **www.cod.uscourts.gov** for Instructions for Preparation and Submission). In accordance with FED.R.Civ.P. 16(d), the conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties.

Counsel and the parties must notify chambers (303-335-2770) at least **3 business days in advance** of any hearing requiring presentation of documentary evidence, so that the courtroom can be equipped with the appropriate electronic technology.

**TRIAL** Trial Preparation Conference and Trial dates will be provided at a future date by The Honorable Sterling Johnson, Jr.

Parties anticipate a five (5) day Jury Trial.

Court discusses Magistrate Judge Mix's practice standards with counsel.

- Scheduling Order is signed and entered with interlineations on January 11, 2012.

HEARING CONCLUDED.

**Court in recess: 11:23 a.m.**
Total In-Court Time:   22  minutes
To order a transcript of this proceeding, contact Avery Woods Reporting at (303) 825-6119.