# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-00799-SJJ-KLM

GRANITE SOUTHLANDS TOWN CENTER, LLC,

    Plaintiff

v.

ALBERTA TOWN CENTER, LLC,
PETER M. CUDLIP,
DONALD G. PROVOST, and
LAND TITLE GUARANTEE COMPANY,

    Defendants.

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND

Defendants Alberta Town Center, LLC, Peter M. Cudlip, and Donald G. Provost (collectively, "Alberta"), by and through undersigned counsel, hereby file this Unopposed Motion for Extension of Time to Respond to Plaintiff's Motion for Leave to Amend ("Unopposed Motion") and state the following in support thereof:

### CERTIFICATE OF CONFERRAL

Pursuant to D.C.Colo.L.Civ.R. 7.1A, undersigned counsel certifies that he has communicated with counsel for Plaintiff Granite Southlands Town Center, LLC ("Granite") before filing this Unopposed Motion and advises that Granite has no objection to the relief sought thereby.

1.    On February 13, 2012, Granite filed its Motion for Leave to Amend Complaint. Docket # 259.  Alberta's response is therefore due on March 8, 2012.

{JK00363130.1 }

2. The parties have been engaged in settlement discussions with the assistance of the Tenth Circuit mediation office. In furtherance of those discussions, Defendants have furnished voluminous financial records to Plaintiff for review after which the parties anticipate engaging in further settlement negotiations.

3. To facilitate these discussions, the parties have heretofore agreed to postpone various filing deadlines in the other two matters that are now pending between them. Alberta therefore requests the Court to grant it additional time to respond to Granite's Motion for Leave to Amend Complaint so that the Plaintiff may have time to review the documents that Defendants have furnished and so that the parties may engage in further settlement discussions.

4. No party will be prejudiced by the relief requested herein.

WHEREFORE, Alberta respectfully requests that this Court enter an order granting this Unopposed Motion and granting Alberta a 14-day extension of time, up to and including March 22, 2012, in which to respond to Granite's Motion for Leave to Amend Complaint.

Dated: March 8, 2012

Respectfully submitted,

s/   Stuart N. Bennett
Stuart N. Bennett
**JONES AND KELLER, P.C.**
1999 Broadway, Suite 3150
Denver, CO 80202
Telephone:       (303) 573-1600
Fax:             (303) 573-8133
E-mail:          sbennett@joneskeller.com
Attorneys for Defendant Alberta Town Center, LLC

{JK00363130.1 }

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | | |
|---|---|---|
| *Attorneys for Plaintiff Granite Southlands Town Center, LLC* | jdykes@fulbright.com<br>bvetter@fulbright.com | Osborne J. Dykes, III<br>Benjamin M. Vetter<br>Fulbright & Jaworski LLP<br>370 – 17th Street, Suite 2150<br>Denver, CO   80202 |
| *Attorneys for Plaintiff Granite Southlands Town Center, LLC* | ptrahan@fulbright.com | Paul Trahan<br>Fulbright & Jaworski LLP<br>600 Congress Avenue, Suite 2400<br>Austin, TX  78701 |
| *Defendant Land Title Guarantee Company* | kbruetsch@rwolaw.com | Kimberly A. Bruetsch<br>Robinson, Waters & O'Dorisio PC<br>1099 – 18th Street, 26th Floor<br>Denver, CO   80202 |

And I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner indicated by the non-participant's name:    NONE

    *s/    Stuart N. Bennett*
Stuart N. Bennett
Attorneys for Defendant Alberta Town Center, LLC
**JONES AND KELLER, P.C.**
1999 Broadway, Suite 3150
Denver, CO 80202
Telephone:           303-573-1600
Fax:                      303-573-8133
E-mail:                 sbennett@joneskeller.com

{JK00363130.1 }