IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-00799-SJJ-KLM

GRANITE SOUTHLANDS TOWN CENTER, LLC,

        Plaintiff

v.

ALBERTA TOWN CENTER, LLC,
PETER M. CUDLIP,
DONALD G. PROVOST, and
LAND TITLE GUARANTEE COMPANY,

        Defendants.

---

**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND**

---

THIS MATTER comes before the Court upon Defendants Alberta Town Center, LLC, Peter M. Cudlip, and Donald G. Provost's (collectively, "Alberta") Unopposed Motion for Extension of Time to Respond to Plaintiff's Motion for Leave to Amend ("Unopposed Motion"). The Court, having reviewed the Unopposed Motion and being otherwise advised in the premises, hereby ORDERS that the Unopposed Motion is GRANTED. Alberta shall have up to and including March 22, 2012, to respond to Plaintiff's Motion for Leave to Amend Complaint.

Date: _____     By the Court: _____

{JK00363269.1 }