# Exhibit B




**LAND TITLE GUARANTEE COMPANY**
3033 E 1ST AVE #600
PO BOX 5440
DENVER, CO 80206
Phone: 303-321-1880
Fax:    303-331-6374

**STATEMENT OF SETTLEMENT
"SELLERS"**

PROPERTY ADDRESS:   SOUTHLANDS TOWN CENTER

SELLER(S):   ALBERTA TOWN CENTER, LLC, A COLORADO LIMITED LIABILITY COMPANY

BUYER(S):   GRANITE SOUTHLANDS TOWN CENTER LLC, A DELAWARE LIMITED LIABILITY COMPANY

SETTLEMENT DATE: 12/12/08    DATE OF PRORATION: December 12, 2008

| ITEM DESCRIPTION | Debit | Credit |
|---|---|---|
| Sales Price | | 161,172,662.15 |
| Payoff to BANK OF AMERICA | 159,022,662.15 | |
| Endorsement 116 | 100.00 | |
| Current Taxes 01/01/08-12/12/08 @ $541.0553 | 187,205.13 | |
| Current Taxes 01/01/08-12/12/08 @ $393.4952 | 136,149.34 | |
| Current Taxes 01/01/08-12/12/08 @ $545.9723 | 188,906.42 | |
| Current Taxes 01/01/08-12/12/08 @ $664.0204 | 229,751.06 | |
| Current Taxes 01/01/08-12/12/08 @ $442.6802 | 153,167.35 | |
| Current Taxes 01/01/08-12/12/08 @ $250.8538 | 86,795.41 | |
| Current Taxes 01/01/08-12/12/08 @ $14.7560 | 5,105.58 | |
| Current Taxes 01/01/08-12/12/08 @ $167.2365 | 57,863.79 | |
| Current Taxes 01/01/08-12/12/08 @ $393.4936 | 136,148.79 | |
| LEGAL FEES - OTTEN, JOHNSON, ROBINSON, NEFF & RAGONETTI, P.C. | 11,500.00 | |
| EXCESS CASH FLOW ESCROW | | 68,497.41 |
| ESTOPPEL ESCROW | 650,000.00 | |
| ESCROW FEE | 200.00 | |
| LEGAL FEES - GISON, DUNN & CRUTCHER LLP | 1.00 | |
| RENT PRORATION | 439,868.40 | |
| SECURITY DEPOSITS | 218,135.51 | |
| **** SubTotals **** | 161,523,559.93 | 161,241,159.56 |
| Due From Seller | | 282,400.37 |
| Totals | 161,523,559.93 | 161,523,559.93 |

The above figures do not include sales or use taxes on property

Land Title Guarantee Company and/or its underwriter assumes no responsibility or any liability for the adjustment of real estate taxes, special taxes or assessments. Real Estate taxes will be re-adjusted between the Buyer(s) and Seller(s), Land Title Guarantee Company, or its underwriter will not make or be responsible for this re-adjustment.

It is hereby agreed by the undersigned that Land Title Guarantee Company has not asked for a final reading of the metered water and sewer accounts or calculated a proration of any standard bills, included water, sewer and storm drainage. Furthermore, Land Title Guarantee Company makes no representations or guarantee as to the status of said account(s). The Seller(s) and Buyer(s) herein agree that Land Title Guarantee Company or its underwriter are not responsible for any penalties for non-payment.

APPROVED AND ACCEPTED

SELLER(S):
ALBERTA TOWN CENTER, LLC, A COLORADO LIMITED LIABILITY COMPANY

_____
PETER M. CUDLIP, MANAGER

Form 13348   06/2008   ltg2.dt          ABD70210076   {7182849}

DP/PC 006815

LAND TITLE CLOSING AGENT:

_____
Leigh Renfro

# EXHIBIT A

Tax Schedule Number: 2071-19-2-09-001 (4.82 ACRES PER ASSESSOR)
    Current Year Taxes have been adjusted as of the date of closing based on Assessed Value and Mill Levy
        Land Assessment 2008: $426,240.00
        Improvement Assessment 2008: $2,763,770.00
        Mill Levy 2007: 124.154
        **Percentage of Tax: 50%**
        Total Estimated Taxes: $198,026.25

Tax Schedule Number: 2071-19-3-03-001 (7.044 ACRES PER ASSESSOR)
    Current Year Taxes have been adjusted as of the date of closing based on Assessed Value and Mill Levy
        Land Assessment 2008: $622,910.00
        Improvement Assessment 2008: $1,697,100.00
        Mill Levy 2007: 124.154
        **Percentage of Tax: 50%**
        Total Estimated Taxes: $144,019.26

Tax Schedule Number: 2071-19-2-09-002 (5.862 ACRES PER ASSESSOR)
    Current Year Taxes have been adjusted as of the date of closing based on Assessed Value and Mill Levy
        Land Assessment 2008: $518,350.00
        Improvement Assessment 2008: $2,700,650.00
        Mill Levy 2007: 124.154
        **Percentage of Tax: 50%**
        Total Estimated Taxes: $199,825.86

Tax Schedule Number: 2071-19-2-09-003 (6.565 ACRES PER ASSESSOR)
    Current Year Taxes have been adjusted as of the date of closing based on Assessed Value and Mill Levy
        Land Assessment 2008: $580,490.00
        Improvement Assessment 2008: $3,334,510.00
        Mill Levy 2007: 124.154
        **Percentage of Tax: 50%**
        Total Estimated Taxes: $243,031.46

Tax Schedule Number: 2071-19-2-09-004 (5.519 ACRES PER ASSESSOR)
    Current Year Taxes have been adjusted as of the date of closing based on Assessed Value and Mill Levy
        Land Assessment 2008: $488,030.00
        Improvement Assessment 2008: $2,121,970.00
        Mill Levy 2007: 124.154
        **Percentage of Tax: 50%**
        Total Estimated Taxes: $162,020.97

Tax Schedule Number: 2071-19-2-09-005 (2.347 ACRES PER ASSESSOR)
    Current Year Taxes have been adjusted as of the date of closing based on Assessed Value and Mill Levy
        Land Assessment 2008: $207,560.00
        Improvement Assessment 2008: $1,271,450.00
        Mill Levy 2007: 124.154
        **Percentage of Tax: 50%**
        Total Estimated Taxes: $91,812.50

Tax Schedule Number: 2071-19-2-09-006 (.715 ACRES PER ASSESSOR)
    Current Year Taxes have been adjusted as of the date of closing based on Assessed Value and Mill Levy
        Land Assessment 2008: $63,250.00
        Improvement Assessment 2008: $23,750.00
        Mill Levy 2007: 124.154
        **Percentage of Tax: 50%**
        Total Estimated Taxes: $5,400.70

Tax Schedule Number: 2071-19-2-09-007 (1.54 ACRES PER ASSESSOR)
    Current Year Taxes have been adjusted as of the date of closing based on Assessed Value and Mill Levy
        Land Assessment 2008: $136,150.00
        Improvement Assessment 2008: $849,860.00
        Mill Levy 2007: 124.154
        **Percentage of Tax: 50%**
        Total Estimated Taxes: $61,208.54

Form 13348    06/2008    ltg2.dt        ABD70210076    {7182849}

Tax Schedule Number: 2071-19-2-09-009 (2.713 ACRES)
    Current Year Taxes have been adjusted as of the date of closing based on Assessed Value and Mill Levy
        Land Assessment 2008:  $239,920.00
        Improvement Assessment 2008:  $2,080,080.00
        Mill Levy 2007:  124.154
        **Percentage of Tax: 50%**
        Total Estimated Taxes:  $144,018.64



LAND TITLE GUARANTEE COMPANY
3033 E 1ST AVE #600
PO BOX 5440
DENVER, CO 80206
Phone: 303-321-1880
Fax:   303-331-6374



**STATEMENT OF SETTLEMENT**
**"PURCHASERS"**

PROPERTY ADDRESS:   SOUTHLANDS TOWN CENTER

SELLER(S):   ALBERTA TOWN CENTER, LLC, A COLORADO LIMITED LIABILITY COMPANY

BUYER(S):   GRANITE SOUTHLANDS TOWN CENTER LLC, A DELAWARE LIMITED LIABILITY COMPANY

SETTLEMENT DATE: 12/12/08   DATE OF PRORATION: December 12, 2008

| ITEM DESCRIPTION | Debit | Credit |
|---|---:|---:|
| Sales Price | 161,172,662.15 | |
| Earnest Money  Land Title Guarantee Company | | 1,116,070.09 |
| Title Insurance ALTA Owner's Policy  LAND TITLE GUARANTEE COMPANY | 70,058.00 | |
| Endorsement  DELETION 1-3 | 100.00 | |
| Endorsement  DELETION4 | 10.00 | |
| Endorsement  Alta 9.2 | 14,012.00 | |
| Endorsement  123.2A | 2,000.00 | |
| Endorsement  103.4 | 100.00 | |
| Endorsement  Creditor Rights Exclusion | 100.00 | |
| Endorsement  116.1 | 3,000.00 | |
| Endorsement  Subd Map | 3,000.00 | |
| Endorsement  Tax Parcel | 100.00 | |
| Endorsement  Arbitration Deletion | 100.00 | |
| Endorsement  Utilities Avail | 3,000.00 | |
| Endorsement  Fairway-LLC | 14,012.00 | |
| Tax Report  LAND TITLE GUARANTEE COMPANY | 125.00 | |
| RECORDING ESCROW | 3,000.00 | |
| Documentary Fee | 16,117.27 | |
| Current Taxes  01/01/08-12/12/08  @ $541.0553 | | 187,205.13 |
| Current Taxes  01/01/08-12/12/08  @ $393.4952 | | 136,149.34 |
| Current Taxes  01/01/08-12/12/08  @ $545.9723 | | 188,906.42 |
| Current Taxes  01/01/08-12/12/08  @ $664.0204 | | 229,751.06 |
| Current Taxes  01/01/08-12/12/08  @ $442.6802 | | 153,167.35 |
| Current Taxes  01/01/08-12/12/08  @ $250.8538 | | 86,795.41 |
| Current Taxes  01/01/08-12/12/08  @ $14.7560 | | 5,105.58 |
| Current Taxes  01/01/08-12/12/08  @ $167.2365 | | 57,863.79 |
| Current Taxes  01/01/08-12/12/08  @ $393.4936 | | 136,148.79 |
| Closing Fee  LAND TITLE GUARANTEE COMPANY | 900.00 | |
| TI/LEASING ESCROW BEING HELD BY LAND TITLE(AC70102243) | | 2,530,075.83 |
| EXCESS CASH FLOW ESCROW | | 68,497.42 |
| RENT PRORATION | | 439,868.40 |
| SECURITY DEPOSITS | | 218,135.51 |
| **** SubTotals **** | 161,302,396.42 | 5,553,740.12 |
| Due From Buyer/Borrower | | 155,748,656.30 |
| Totals | 161,302,396.42 | 161,302,396.42 |

Form 13347   06/2008   ltg1.dt       ABD70210076   {7182459}

DP/PC 003945

The above figures do not include sales or use taxes on property

Land Title Guarantee Company and/or its underwriter assumes no responsibility or any liability for the adjustment of real estate taxes, special taxes or assessments. Real Estate taxes will be re-adjusted between the Buyer(s) and Seller(s), Land Title Guarantee Company, or its underwriter will not make or be responsible for this re-adjustment.

It is hereby agreed by the undersigned that Land Title Guarantee Company has not asked for a final reading of the metered water and sewer accounts or calculated a proration of any standard bills, included water, sewer and storm drainage. Furthermore, Land Title Guarantee Company makes no representations or guarantee as to the status of said account(s). The Seller(s) and Buyer(s) herein agree that Land Title Guarantee Company or its underwriter are not responsible for any penalties for non-payment.

APPROVED AND ACCEPTED

**PURCHASER(S):**

GRANITE SOUTHLANDS TOWN CENTER LLC, A DELAWARE
LIMITED LIABILITY COMPANY
BY: BlackRock Granite Property Fund, L.P.,
   a Delaware limited partnership, its Sole Member
 BY: BlackRock Granite Property Fund, LLC
   a Delaware Limited Liability Company, its General Partner
 BY: BlackRock Granite Property Fund, Inc.,
   a Maryland corporation, its Sole Member
 BY: BlackRock Realty Advisors, Inc.,
   a Delaware corporation, its Investment Manager

BY: *See attached*

NAME:

ITS:

**LAND TITLE CLOSING AGENT:**

*LEIGH RENFRO*

Form 13347   06/2008   ltg1.dt          ABD70210076   {7182459}

DP/PC 003946

**GRANITE SOUTHLANDS TOWN CENTER LLC,**
a Delaware limited liability company

By: BlackRock Granite Property Fund, L.P.,
    a Delaware limited partnership,
    its Sole Member

    By: BlackRock Granite Property Fund, LLC,
        a Delaware limited liability company,
        its General Partner

        By: BlackRock Granite Property Fund, Inc.,
            a Maryland corporation,
            its Sole Member

            By: BlackRock Realty Advisors, Inc.
                a Delaware corporation, its Investment Manager

                By: _____
                Name: Christopher Silva
                Its: Director

SIGNATURE PAGE TO SETTLEMENT STATEMENT

# EXHIBIT A

Tax Schedule Number: 2071-19-2-09-001 (4.82 ACRES PER ASSESSOR)
    Current Year Taxes have been adjusted as of the date of closing based on Assessed Value and Mill Levy
        Land Assessment 2008:  $426,240.00
        Improvement Assessment 2008:  $2,763,770.00
        Mill Levy 2007:  124.154
        **Percentage of Tax:  50%**
        Total Estimated Taxes:  $198,026.25

Tax Schedule Number: 2071-19-3-03-001 (7.044 ACRES PER ASSESSOR)
    Current Year Taxes have been adjusted as of the date of closing based on Assessed Value and Mill Levy
        Land Assessment 2008:  $622,910.00
        Improvement Assessment 2008:  $1,697,100.00
        Mill Levy 2007:  124.154
        **Percentage of Tax:  50%**
        Total Estimated Taxes:  $144,019.26

Tax Schedule Number: 2071-19-2-09-002 (5.862 ACRES PER ASSESSOR)
    Current Year Taxes have been adjusted as of the date of closing based on Assessed Value and Mill Levy
        Land Assessment 2008:  $518,350.00
        Improvement Assessment 2008:  $2,700,650.00
        Mill Levy 2007:  124.154
        **Percentage of Tax:  50%**
        Total Estimated Taxes:  $199,825.86

Tax Schedule Number: 2071-19-2-09-003 (6.565 ACRES PER ASSESSOR)
    Current Year Taxes have been adjusted as of the date of closing based on Assessed Value and Mill Levy
        Land Assessment 2008:  $580,490.00
        Improvement Assessment 2008:  $3,334,510.00
        Mill Levy 2007:  124.154
        **Percentage of Tax:  50%**
        Total Estimated Taxes:  $243,031.46

Tax Schedule Number: 2071-19-2-09-004 (5.519 ACRES PER ASSESSOR)
    Current Year Taxes have been adjusted as of the date of closing based on Assessed Value and Mill Levy
        Land Assessment 2008:  $488,030.00
        Improvement Assessment 2008:  $2,121,970.00
        Mill Levy 2007:  124.154
        **Percentage of Tax:  50%**
        Total Estimated Taxes:  $162,020.97

Tax Schedule Number: 2071-19-2-09-005 (2.347 ACRES PER ASSESSOR)
    Current Year Taxes have been adjusted as of the date of closing based on Assessed Value and Mill Levy
        Land Assessment 2008:  $207,560.00
        Improvement Assessment 2008:  $1,271,450.00
        Mill Levy 2007:  124.154
        **Percentage of Tax:  50%**
        Total Estimated Taxes:  $91,812.50

Tax Schedule Number: 2071-19-2-09-006 (.715 ACRES PER ASSESSOR)
    Current Year Taxes have been adjusted as of the date of closing based on Assessed Value and Mill Levy
        Land Assessment 2008:  $63,250.00
        Improvement Assessment 2008:  $23,750.00
        Mill Levy 2007:  124.154
        **Percentage of Tax:  50%**
        Total Estimated Taxes:  $5,400.70

Tax Schedule Number: 2071-19-2-09-007 (1.54 ACRES PER ASSESSOR)
    Current Year Taxes have been adjusted as of the date of closing based on Assessed Value and Mill Levy
        Land Assessment 2008:  $136,150.00
        Improvement Assessment 2008:  $849,860.00
        Mill Levy 2007:  124.154
        **Percentage of Tax:  50%**
        Total Estimated Taxes:  $61,208.54

Form 13347    06/2008    ltg1.dt             ABD70210076    {7182459}

Tax Schedule Number: 2071-19-2-09-009 (2.713 ACRES)
    Current Year Taxes have been adjusted as of the date of closing based on Assessed Value and Mill Levy
        Land Assessment 2008:  $239,920.00
        Improvement Assessment 2008:  $2,080,080.00
        Mill Levy 2007:  124.154
        **Percentage of Tax:  50%**
        Total Estimated Taxes:  $144,018.64

Form 13347    06/2008    ltg1.dt            ABD70210076        {7182459}