**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-CV-00799-SJJ-KLM

GRANITE SOUTHLANDS TOWN CENTER, LLC,

       Plaintiff

v.

ALBERTA TOWN CENTER, LLC,
PETER M. CUDLIP,
DONALD G. PROVOST, and
LAND TITLE GUARANTEE COMPANY,

       Defendants.
_____

**ENTRY OF APPEARANCE OF AARON D. GOLDHAMER OF JONES & KELLER**
**ON BEHALF OF DEFENDANTS ALBERTA TOWN CENTER, LLC;**
**PETER M. CUDLIP AND DONALD G. PROVOST**
_____

       Aaron D. Goldhamer of the Firm of Jones & Keller, P.C. hereby enters his appearance on behalf of Defendants Alberta Town Center, LLC; Peter M. Cudlip and Donald G. Provost.

       DATED:   June 5, 2012.

                              Respectfully submitted,

                              *s/   Aaron D. Goldhamer*
                              Aaron D. Goldhamer
                              **JONES AND KELLER, P.C.**
                              1999 Broadway, Suite 3150
                              Denver, CO 80202
                              Telephone:        (303) 573-1600
                              Fax:                   (303) 573-8133
                              E-mail:              agoldhamer@joneskeller.com
                              Attorneys for Defendants Alberta Town Center, LLC,
                              Peter M. Cudlip and Donald G. Provost

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | | |
|---|---|---|
| *Attorneys for Plaintiff Granite Southlands Town Center, LLC* | jdykes@fulbright.com<br>bvetter@fulbright.com | Osborne J. Dykes, III<br>Benjamin M. Vetter<br>Fulbright & Jaworski LLP<br>370 – 17th Street, Suite 2150<br>Denver, CO   80202 |
| *Attorneys for Plaintiff Granite Southlands Town Center, LLC* | ptrahan@fulbright.com | Paul Trahan<br>Fulbright & Jaworski LLP<br>600 Congress Avenue, Suite 2400<br>Austin, TX  78701 |
| *Defendant Land Title Guarantee Company* | kbruetsch@rwolaw.com | Kimberly A. Bruetsch<br>Robinson, Waters & O'Dorisio PC<br>1099 – 18th Street, 26th Floor<br>Denver, CO   80202 |

And I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner indicated by the non-participant's name:    NONE

*s/  Aaron D. Goldhamer*
Aaron D. Goldhamer
Attorneys for Defendants Alberta Town Center, LLC, Peter M. Cudlip and Donald G. Provost
**JONES AND KELLER, P.C.**
1999 Broadway, Suite 3150
Denver, CO 80202
Telephone:         303-573-1600
Fax:                    303-573-8133
E-mail:               agoldhamer@joneskeller.com

{JK00388184.1 }