IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-00799-SJJ-KLM

GRANITE SOUTHLANDS TOWN CENTER LLC,

       Plaintiff,

v.

ALBERTA TOWN CENTER, LLC,
PETER M. CUDLIP,
DONALD G. PROVOST, and
LAND TITLE GUARANTEE COMPANY

       Defendants.

---

## UNOPPOSED JOINT MOTION TO CONTINUE DISCOVERY CUT-OFF

---

Plaintiff Granite Southlands Town Center, LLC, ("Plaintiff" or "Granite") and defendants Peter M. Cudlip and Donald G. Provost (the "Defendants") (collectively, the "Parties") hereby move the Court to continue the discovery cut-off deadline in this matter from July 31, 2012 to September 28, 2012. In support of this request, the Parties would show as follows:

1.      Pursuant to the Court's January 11, 2012 Scheduling Order (Dkt. # 257), the discovery cut-off in this matter is currently July 31, 2012.

2.      The final pretrial conference in this matter is set for October 29, 2012. The trial date has not been set.

3.      The Parties are also engaged in litigation pending in Arapahoe County District Court (the "State Court Action").

52186064.1

4.      The deadline to depose fact witnesses in the State Court Action is September 14, 2012, and the deadline to depose expert witnesses is September 28, 2012.  The trial is scheduled to commence October 29, 2012.  The Parties therefore anticipate requesting the Court to reschedule the presently scheduled October 29, 2012 final pretrial conference to a date shortly after the conclusion of the State Court Action.

5.      The Parties anticipate conducting depositions in the State Court Action in August and September 2012.

6.      The Parties believe it would be most efficient to handle any depositions for this action while the Parties are convened for the depositions in the State Court Action.

7.      The Parties have been actively prosecuting their claims and defenses in the State Court Action while awaiting the Court's ruling on Plaintiff's Motion for Leave to Amend Complaint in this action (Dkt. # 259) that was filed February 13, 2012.  This pending motion affects whether there are any pending claims remaining to be tried against Defendant Alberta Town Center, LLC and the scope of the discovery that must be completed by the Parties. Accordingly, the Parties respectfully request that the Court continue the discovery cut-off in this matter until September 28, 2012.  The Parties do not believe that extending the discovery cut-off to September 28, 2012 will require changing any other deadlines in this matter.

Respectfully submitted this 31st day of July, 2012.

> _//s// Mark Oakes_
> Osborne J. Dykes, III
> FULBRIGHT & JAWORSKI L.L.P.
> 370 Seventeenth Street, Suite 2150
> Denver, CO  80202
> (303) 801-2700 – Phone / (303) 801-2777 – Fax
> jdykes@fulbright.com
> bvetter@fulbright.com
>
> --and--
>
> Paul Trahan
> Mark Oakes
> FULBRIGHT & JAWORSKI L.L.P.
> 98 San Jacinto Blvd., Suite 1100
> Austin, TX  78701
> (512) 474-5201 – Phone / (512) 536-4598 – Fax
> ptrahan@fulbright.com
> moakes@fulbright.com
> _Attorneys for Plaintiff_

> _//s// Stuart Bennett_
> Stuart N. Bennett
> Steven R. Kabler
> Aaron Goldhamer
> JONES & KELLER, P.C.
> 1999 Broadway, Suite 3150
> Denver, Colorado 80202
> Telephone: (303) 573-1600
> Fax: (303) 573-8133
> sbennett@joneskeller.com
> skabler@joneskeller.com
> _Attorneys for Alberta Town Center, LLC_
> _Peter M. Cudlip and Donald G. Provost_

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on July 31, 2012, I electronically filed the foregoing with the Clerk

of Court using the CM/ECF system which will send notification of such filing to attorneys for

the remaining parties at the following e-mail addresses:

Stuart N. Bennett
Steven R. Kabler
JONES & KELLER, P.C.
1999 Broadway, Suite 3150
Denver, Colorado 80202
sbennett@joneskeller.com
skabler@joneskeller.com
*Attorneys for Alberta Town Center, LLC*
*Peter M. Cudlip and Donald G. Provost*


*//s// Mark Oakes*