IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-00799-SJJ-KLM

GRANITE SOUTHLANDS TOWN CENTER LLC,

      Plaintiff,

v.

ALBERTA TOWN CENTER, LLC,
PETER M. CUDLIP,
DONALD G. PROVOST, and
LAND TITLE GUARANTEE COMPANY

      Defendants.

## ORDER

After considering the Parties Unopposed Joint Motion to Continue Discovery Cut-Off (the "Motion"), the Court hereby **GRANTS** the Motion. The discovery cut-off deadline in this matter is extended until September 28, 2012.

DATED: _____, 2012

                                            BY THE COURT:

                                            _____
                                            United States Magistrate Judge