IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-00799-SJJ-KLM

GRANITE SOUTHLANDS TOWN CENTER LLC,
    Plaintiff,

v.

ALBERTA TOWN CENTER, LLC, and
LAND TITLE GUARANTEE COMPANY,
    Defendants.

## MOTION TO WITHDRAW ATTORNEY OF RECORD
## BENJAMIN M. VETTER

Plaintiff Granite Southlands Town Center LLC ("Granite") files this Motion to Withdraw Attorney of Record Benjamin M. Vetter.

Paul Trahan, Osborne J. Dykes, III, and Benjamin M. Vetter of the firm of Fulbright & Jaworski L.L.P. are currently attorneys of record for Granite. Mr. Vetter is no longer with the firm of Fulbright & Jaworski L.L.P. and Granite wishes to withdraw him as attorney of record. Paul Trahan and Osborne J. Dykes, III, will continue as attorneys of record for Granite.

WHEREFORE, PREMISES CONSIDERED, Granite prays that this Court remove Benjamin M. Vetter as attorney of record for Plaintiff Granite Southlands Town Center LLC.

Dated: August 20, 2012

Respectfully submitted,

*/s/ Osborne J. Dykes, III*
Osborne J. Dykes, III
FULBRIGHT & JAWORSKI L.L.P.
1200 Seventeenth Street, Suite 1000
Denver, CO  80202
(303) 801-2700 – Telephone
(303) 801-2777 – Facsimile
jdykes@fulbright.com


Paul Trahan
FULBRIGHT & JAWORSKI L.L.P.
98 San Jacinto Blvd., Suite 1100
Austin, TX  78701
(512) 474-5201 – Telephone
(512) 536-4598 – Facsimile
ptrahan@fulbright.com

**COUNSEL FOR PLAINTIFF**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that today, August 20, 2012, I electronically filed the foregoing Motion to Withdraw Attorney of Record Benjamin M. Vetter with the Clerk of Court using the CM/ECF system which will send notification of such filing to attorneys for defendants at the following e-mail addresses:

>   Stephen L. Waters          swaters@rwolaw.com
>   Kimberly A. Bruetsch       kbruetsch@rwolaw.com
>   ROBINSON WATERS & O'DORISIO, P.C.
>   1099 18th Street, Suite 2600
>   Denver, CO 80202
>   *Attorneys for Land Title Guarantee*
>
>   Stuart N. Bennett          sbennett@joneskeller.com
>   Steven R. Kabler           skabler@joneskeller.com
>   JONES & KELLER, P.C.
>   1999 Broadway, Suite 3150
>   Denver, CO 80202
>   *Attorneys for Alberta Town Center, LLC*

>                              */s/ Susan Quinn*
>                              Susan Quinn