IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-00799-SJJ-KLM

GRANITE SOUTHLANDS TOWN CENTER LLC,
       Plaintiff,

v.

ALBERTA TOWN CENTER, LLC, and
LAND TITLE GUARANTEE COMPANY,
       Defendants.

---

## NOTICE OF CHANGE OF ADDRESS

Please take notice that, effective immediately, the mailing address of the Denver office of

Fulbright & Jaworski L.L.P., has changed as follows:

Fulbright & Jaworski L.L.P.
1200 17th Street, Suite 1000
Denver, Colorado 80202-5835

The phone and fax numbers have not changed.  The undersigned respectfully requests the

Court's records be updated to reflect the new mailing address.

DATED:  August 20, 2012.

*/s/ Osborne J. Dykes, III*
Osborne J. Dykes, III
FULBRIGHT & JAWORSKI L.L.P.
1200 Seventeenth Street, Suite 1000
Denver, CO  80202
(303) 801-2700 – Telephone
(303) 801-2777 – Facsimile
jdykes@fulbright.com

Paul Trahan
FULBRIGHT & JAWORSKI L.L.P.
98 San Jacinto Blvd., Suite 1100
Austin, TX 78701
(512) 474-5201 – Telephone
(512) 536-4598 – Facsimile
ptrahan@fulbright.com

**COUNSEL FOR PLAINTIFF**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that today, August 20, 2012, I electronically filed the foregoing Notice of

Change of Address with the Clerk of Court using the CM/ECF system which will send

notification of such filing to attorneys for defendants at the following e-mail addresses:

Stephen L. Waters                  swaters@rwolaw.com
Kimberly A. Bruetsch               kbruetsch@rwolaw.com
ROBINSON WATERS & O'DORISIO, P.C.
1099 18th Street, Suite 2600
Denver, CO 80202
*Attorneys for Land Title Guarantee*

Stuart N. Bennett                  sbennett@joneskeller.com
Steven R. Kabler                   skabler@joneskeller.com
JONES & KELLER, P.C.
1999 Broadway, Suite 3150
Denver, CO 80202
*Attorneys for Alberta Town Center, LLC*

*/s/ Susan Quinn*
Susan Quinn