IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00799-SJJ-KLM

GRANITE SOUTHLANDS TOWN CENTER LLC,

    Plaintiff,

v.

ALBERTA TOWN CENTER, LLC,
LAND TITLE GUARANTEE COMPANY,
PETER M. CUDLIP, and
DONALD G. PROVOST,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court *sua sponte*. On October 12, 2012, the District Court Judge issued an Order [Docket No. 271] setting a Status Conference before him on November 2, 2012. In consideration of the pending Status Conference,

    IT IS HEREBY **ORDERED** that the Final Pretrial Conference set for October 29, 2012 at 9:30 a.m. is **VACATED**. The Final Pretrial Conference will be reset, if necessary, after the Status Conference.

    Dated: October 15, 2012