IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-00799-SJJ-KLM

GRANITE SOUTHLANDS TOWN CENTER LLC

    Plaintiff,

v.

ALBERTA TOWN CENTER, LLC, PETER M. CUDLIP,
DONALD G. PROVOST and
LAND TITLE GUARANTEE COMPANY

    Defendants.

## JOINT STATUS REPORT

In compliance with the Minute Order entered October 12, 2012 (Dkt. #271), Granite Southlands Town Center LLC ("Granite") submits this Joint Status Report, which has been approved by Defendants Alberta Town Center, LLC, Peter M. Cudlip, and Donald G. Provost, as to form.

**1.  Substantive claims remaining for resolution and pending motions.**

The only pending substantive claim is Granite's claim set forth in its First Amended Complaint (Dkt. #36) against Donald Provost, Peter Cudlip, and Allan Provost (now deceased) entitled "Fraudulent Intent as to the Release."

On February 13, 2012, Granite filed a motion for leave to amend the complaint to: (1) add an additional breach of contract claim; (2) revise the complaint to account for the fact that the escrow dispute referred to in the complaint was already tried; (3) delete Allan Provost, now deceased, from the complaint; and (4) add defendant Alberta Town Center, LLC as a defendant to the existing fraud claim (Dkt. # 259).  This motion is currently pending.

Also pending before the Court is Granite's objection to the recommendation of United States Magistrate Judge Mix regarding attorneys' fees (Dkt. #262).

**2.      The parties' positions regarding scheduling and discovery.**

All deadlines in the scheduling order have passed (Dkt. # 257).

Plaintiff Granite's position is that all claims, including those for which Granite seeks leave to amend, are ready to proceed to trial and anticipates the trial will take one to two days if only the fraud claim is tried. If the additional breach of contract claim is tried, Granite anticipates the trial will take two to three days.

Defendants' position is that if Granite is granted leave to amend its complaint, all pretrial deadlines set forth in the scheduling order will have to be reopened to enable the Defendants to have an opportunity to prepare their defenses to the amended claims. Even if Granite is not granted leave to amend, Defendants may seek to reopen the dispositive motions deadline because of developments in related litigation between the parties where Granite appears to be taking positions inconsistent with its positions in this litigation. The Court in Arapahoe County, Colorado has required Granite to file an amended complaint in that litigation by October 31, 2012. Depending upon the claims asserted therein, Defendants may seek to reopen dispositive motions in this case.

-3-

    Respectfully submitted,

    */s/ Paul Trahan*
    Osborne J. Dykes, III
    FULBRIGHT & JAWORSKI L.L.P.
    370 Seventeenth Street, Suite 2150
    Denver, CO  80202
    (303) 801-2700 – Phone / (303) 801-2777 – Fax
    jdykes@fulbright.com

    Paul Trahan
    FULBRIGHT & JAWORSKI L.L.P.
    98 San Jacinto Blvd., Suite 1100
    Austin, TX  78701
    (512) 474-5201 – Phone / (512) 536-4598 – Fax
    ptrahan@fulbright.com
    *Counsel for Plaintiff*

-4-

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2012, I electronically filed the foregoing **JOINT STATUS REPORT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to attorneys for the remaining parties at the following e-mail addresses:

    Stuart N. Bennett
    Steven R. Kabler
    JONES & KELLER, P.C.
    1999 Broadway, Suite 3150
    Denver, Colorado 80202
    sbennett@joneskeller.com
    skabler@joneskeller.com
    *Attorneys for Alberta Town Center, LLC*
    *Peter M. Cudlip and Donald G. Provost*

    Kimberly A. Bruetsch
    ROBINSON WATERS & O'DORISIO, P.C.
    1099 18th Street, Suite 2600
    Denver, Colorado 80202
    swaters@rwolaw.com
    kbruetsch@rwolaw.com
    *Attorneys for Land Title Guarantee*

    */s/  Paul Trahan*
    Paul Trahan