**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-CV-00799-SJJ-KLM

GRANITE SOUTHLANDS TOWN CENTER, LLC,

       Plaintiff,

v.

ALBERTA TOWN CENTER, LLC,
LAND TITLE GUARANTEE COMPANY, and
DONALD G. PROVOST,

       Defendants.

---

**RENEWED MOTION TO WITHDRAW
ATTORNEY OF RECORD BENJAMIN M. VETTER**

---

    Benjamin Vetter, formerly counsel for Granite Southlands Town Center, LLC, files this Renewed Motion to Withdraw as Attorney of Record. The first Motion to Withdraw Attorney of Record was filed August 20, 2012. Dkt. #269.

    Mr. Vetter has not represented Granite Southlands in any capacity since resigning his employment at Fulbright & Jaworski, LLP at the end of May 2012. He currently is employed as an attorney for the United States Securities and Exchange Commission, and is counsel of record for the Commission in matters pending before the United States Court of Appeals for the Tenth Circuit, and before other circuit courts of appeal.

    Fulbright & Jaworski, LLP continues to represent Granite Southlands, and no party will lack representation as a consequence of granting this motion.

For the forgoing reasons, Mr. Vetter respectfully requests that this court GRANT his Renewed Motion to Withdraw as Attorney of Record.

DATED:  December 17, 2012

Respectfully Submitted,

/s/ Benjamin Vetter
Benjamin Vetter
Securities and Exchange Commission
100 F Street NE
Washington, DC 20549
(202) 551-7945
vetterb@sec.gov

## **CERTIFICATE OF SERVICE**

       I hereby certify that on December 17, 2012, a copy of the foregoing was served to the following via the Court's CM/ECF electronic system:

| | |
|---|---|
| Paul Trahan<br>Mark Thomas Oakes<br>Fulbright & Jaworski L.L.P.<br>98 San Jacinto Boulevard, Suite 1100<br>Austin, TX 78701-4255<br>ptrahan@fulbright.com<br>moakes@fulbright.com | Stuart N. Bennett, Esq.<br>Steven Robert Kabler<br>Aaron David Goldhamer<br>Jones & Keller, P.C.<br>1999 Broadway, Suite 3150<br>Denver, CO 80202<br>sbennett@joneskeller.com<br>skabler@joneskeller.com<br>agoldhamer@joneskeller.com |
| Osborne J. Dykes, III<br>Fulbright & Jaworski L.L.P.<br>1200 17th Street, Suite 1000<br>Denver, CO 80202<br>jdykes@fulbright.com | *Attorneys for Alberta Town Center, LLC* |
| *Attorneys for Granite Southlands Town Center, LLC* | Allan Brent Diamond<br>Reda Marie Hicks<br>Diamond McCarthy, LLP-Houston<br>909 Fannin Street #1500<br>Houston, TX 77010<br>adiamond@diamondmccarthy.com<br>rhicks@diamondmccarthy.com |
| Kimberly A. Bruetsch<br>Robinson Waters & O'Dorisio P.C.<br>1099 18th Street, Suite 2600<br>Denver, CO 80202<br>kbruetsch@rwolaw.com | Amos B. Elberg<br>Diamond McCarthy, LLP-New York<br>620 8th Avenue, 39th Floor<br>New York, NY 10018-1443<br>aelberg@diamondmccarthy.com |
| *Attorney for Land Title Guarantee Company* | *Attorneys for Donald G. Provost.* |

                                                     */s/ Benjamin Vetter*
                                                     Benjamin Vetter