# Exhibit A

# PLAINTIFFS' ORIGINAL EXHIBIT LIST

CASE NUMBER ___09-CV-00799___ PLAINTIFF __X__ DEFENDANT _____ OTHER PARTY _____ DATE: _1/17/2013___

CASE CAPTION ___Granite Southlands Town Center LLC___ VS. ___Donald G. Provost, Peter M. Cudlip et al___ PAGE NUMBER __1____

LIST PLAINTIFF'S EXHIBITS BY NUMBER (1,2,3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO./LETTER | WITNESS | DESCRIPTION | STIP. | OFFERED | ADMITTED | REFUSED | RULING RESERVED | COMMENTS/ INFORMATION |
|---|---|---|---|---|---|---|---|---|
| 1. | | Forward Purchase and Sale Agreement and Escrow Instructions dated September 29, 2005 | | | | | | |
| 2. | | June 28, 2012 Summary Report of Wiss, Janney, Elstner Associates, Inc., along with its exhibits and appendices | | | | | | |
| 3. | | Amendment and Agreement dated April 30, 2007 | | | | | | |
| 4. | | First Amendment to Amendment and Agreement effective as of June 1, 2007 | | | | | | |
| 5. | | Second Amendment to Amendment and Agreement effective as of June 29, 2007 | | | | | | |
| 6. | | Third Amendment to Amendment and Agreement effective as of July 24, 2007 | | | | | | |
| 7. | | Fourth Amendment to Amendment and Agreement and Termination Agreement effective as of August 31, 2007 | | | | | | |
| 8. | | Fifth Amendment to Amendment and Agreement and Termination Agreement effective as of December 13, 2007 | | | | | | |
| 9. | | Sixth Amendment to Amendment and Agreement and Termination Agreement effective as of February 15, 2008 | | | | | | |

52551547.1

# PLAINTIFFS' ORIGINAL EXHIBIT LIST

CASE NUMBER   09-CV-00799   PLAINTIFF   X   DEFENDANT   _____   OTHER PARTY   _____   DATE: 1/17/2013

CASE CAPTION   Granite Southlands Town Center LLC   VS.   Donald G. Provost, Peter M. Cudlip et al   PAGE NUMBER   2

LIST PLAINTIFF'S EXHIBITS BY NUMBER (1,2,3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO./LETTER | WITNESS | DESCRIPTION | STIP. | OFFERED | ADMITTED | REFUSED | RULING RESERVED | COMMENTS/ INFORMATION |
|---|---|---|---|---|---|---|---|---|
| 10. | | Seventh Amendment to Amendment and Agreement and Termination Agreement effective as of February 22, 2008 | | | | | | |
| 11. | | Eighth Amendment to Amendment and Agreement and Termination Agreement effective as of February 28, 2008 | Yes | | | | | |
| 12. | | Ninth Amendment to Amendment and Agreement and Termination Agreement effective as of March 14, 2008 | | | | | | |
| 13. | | Tenth Amendment to Amendment and Agreement and Termination Agreement effective as of March 27, 2008 | | | | | | |
| 14. | | Eleventh Amendment to Amendment and Agreement and Termination Agreement effective as of April 9, 2008 | | | | | | |
| 15. | | Twelfth Amendment to Amendment and Agreement and Termination Agreement effective as of April 25, 2008 | | | | | | |
| 16. | | Thirteenth Amendment to Amendment and Agreement and Termination Agreement effective as of May 8, 2008 | | | | | | |
| 17. | | Fourteenth Amendment to Amendment and Agreement and Termination Agreement effective as of May 14, 2008 | | | | | | |

52551547.1

# PLAINTIFFS' ORIGINAL EXHIBIT LIST

CASE NUMBER ___09-CV-00799___ PLAINTIFF __X__ DEFENDANT _____ OTHER PARTY _____ DATE: 1/17/2013___

CASE CAPTION  Granite Southlands Town Center LLC   VS.  Donald G. Provost, Peter M. Cudlip et al        PAGE NUMBER __3____

LIST PLAINTIFF'S EXHIBITS BY NUMBER (1,2,3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO./LETTER | WITNESS | DESCRIPTION | STIP. | OFFERED | ADMITTED | REFUSED | RULING RESERVED | COMMENTS/ INFORMATION |
|---|---|---|---|---|---|---|---|---|
| 18. | | Fifteenth Amendment to Amendment and Agreement and Termination Agreement effective as of December 8, 2008 (Deposition Ex. 37) | | | | | | |
| 19. | | Release and Termination Agreement dated December 12, 2008 (Deposition Ex. 59) | | | | | | |
| 20. | | Designation of Buyer Controlled Affiliate dated December 12, 2008 | | | | | | |
| 21. | | Escrow Agreement dated December 12, 2008 | | | | | | |
| 22. | | Purchaser's Settlement Statement dated December 12, 2008 (Deposition Ex. 85) | Yes | | | | | |
| 23. | | Seller's Settlement Statement dated December 12, 2008 | Yes | | | | | |
| 24. | | Tenant Estoppel Certificate from Colorado Cinema Group, LLC, dated January 13, 2009 (Deposition Exhibit 3) | Yes | | | | | |
| 25. | | Tenant Estoppel Certificate from Colorado Cinema Group, LLC, dated May 12, 2008 (Deposition Exhibit 2) | Yes | | | | | |
| 26. | | Tenant Estoppel Certificate from DCC Architects, LLC, dated January 28, 2009 | | | | | | |
| 27. | | Letters from Anest & Brown, P.C., to Granite Southlands Town Center LLC dated January 28, 2009 | | | | | | |
| 28. | | Tenant Estoppel Certificate from DCC Architects, LLC, dated May 7, 2008 | | | | | | |

52551547.1

# PLAINTIFFS' ORIGINAL EXHIBIT LIST

CASE NUMBER   09-CV-00799   PLAINTIFF   X   DEFENDANT   _____   OTHER PARTY   _____   DATE: 1/17/2013

CASE CAPTION   Granite Southlands Town Center LLC   VS.   Donald G. Provost, Peter M. Cudlip et al   PAGE NUMBER __4____

LIST PLAINTIFF'S EXHIBITS BY NUMBER (1,2,3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO./LETTER | WITNESS | DESCRIPTION | STIP. | OFFERED | ADMITTED | REFUSED | RULING RESERVED | COMMENTS/ INFORMATION |
|---|---|---|---|---|---|---|---|---|
| 29. | | February 18, 2009 E-mail Correspondence from Chris Silva to Peter Cudlip, Donald Provost, and Andrew Piekarski (Deposition Ex. 38) | | | | | | |
| 30. | | February 19, 2009 Letter from Drew Flowers of Gibson, Dunn & Crutcher LLP to BlackRock Granite Property Fund, L.P. | | | | | | |
| 31. | | February 24, 2009 Letter from Jane Snoddy Smith of Fulbright & Jaworski L.L.P. to Alberta Town Center, LLC (Deposition Exhibit 40) | Yes | | | | | |
| 32. | | February 27, 2009 Letter from Drew Flowers of Gibson, Dunn & Crutcher LLP to BlackRock Granite Property Fund, L.P. (Deposition Exhibit 41) | | | | | | |
| 33. | | March 2, 2009 Letter from Drew Flowers of Gibson, Dunn & Crutcher LLP to Land Title Guarantee Company | | | | | | |
| 34. | | March 3, 2009 Letter from Jane Snoddy Smith of Fulbright & Jaworski L.L.P. to Land Title Guarantee Company | | | | | | |
| 35. | | March 3, 2009 Letter from Jane Snoddy Smith of Fulbright & Jaworski L.L.P. to Alberta Town Center, LLC | | | | | | |
| 36. | | March 4, 2009 Letter from Jane Snoddy Smith of Fulbright & Jaworski L.L.P. to Alberta Town Center, LLC | | | | | | |

52551547.1

# PLAINTIFFS' ORIGINAL EXHIBIT LIST

CASE NUMBER   09-CV-00799       PLAINTIFF   __X__     DEFENDANT   _____     OTHER PARTY   _____     DATE: 1/17/2013

CASE CAPTION   Granite Southlands Town Center LLC     VS.   Donald G. Provost, Peter M. Cudlip et al         PAGE NUMBER __5____

LIST PLAINTIFF'S EXHIBITS BY NUMBER (1,2,3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO./LETTER | WITNESS | DESCRIPTION | STIP. | OFFERED | ADMITTED | REFUSED | RULING RESERVED | COMMENTS/ INFORMATION |
|---|---|---|---|---|---|---|---|---|
| 37. | | March 6, 2009 Letter from Thomas Blake of Land Title Guarantee Company to Alberta Town Center, LLC, and Granite Southlands Town Center LLC. | | | | | | |
| 38. | | March 11, 2009 Letter from Thomas Blake of Land Title Guarantee Company to Alberta Town Center, LLC, and Granite Southlands Town Center LLC. | | | | | | |
| 39. | | April 14, 2009 Letter from Greg Kimmel of Zumiez, Inc., to Southlands Center Management, LLC, Granite Southlands Town Center LLC, and BlackRock Realty Advisors | | | | | | |
| 40. | | September 16, 2008 Letter from Michael Policicchio of Kerasotes Theatres to Jose Inclan of Southlands Shopping Center Management, LLC (Deposition Exhibit 26) | | | | | | |
| 41. | | June 3, 2009 Letter from Anest & Brown, P.C., to Angela Kralovec | | | | | | |
| 42. | | July 27, 2009 Letter from Anest & Brown, P.C., to Angela Kralovec | | | | | | |
| 43. | | September 8, 2008 Letter from Ground Engineering Consultants, Inc., to Joe Bellio of Alberta Development Partners, LLC (Deposition Ex. 8) | | | | | | |
| 44. | | March 5, 2009 Letter from Bryan McFarland (ALBERTA 001824-001825 ) | | | | | | |

# PLAINTIFFS' ORIGINAL EXHIBIT LIST

CASE NUMBER   09-CV-00799   PLAINTIFF   X   DEFENDANT _____   OTHER PARTY _____   DATE: 1/17/2013

CASE CAPTION   Granite Southlands Town Center LLC   VS.   Donald G. Provost, Peter M. Cudlip et al   PAGE NUMBER __6____

LIST PLAINTIFF'S EXHIBITS BY NUMBER (1,2,3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO./LETTER | WITNESS | DESCRIPTION | STIP. | OFFERED | ADMITTED | REFUSED | RULING RESERVED | COMMENTS/ INFORMATION |
|---|---|---|---|---|---|---|---|---|
| 45. | | Exhibit H to Forward Purchase and Sale Agreement (Deposition Ex. 1) | | | | | | |
| 46. | | June 20, 2008 E-mail from Mike McGee to Joe Bellio and Bryan McFarland (Deposition Ex. 4) | | | | | | |
| 47. | | July 2, 2008 E-mail from Jose Inclan (Deposition Ex. 5) | | | | | | |
| 48. | | July 17, 2008 E-mail from Jose Inclan (Deposition Ex. 6) | | | | | | |
| 49. | | September 8, 2008 E-mail correspondence (Deposition Ex. 7) | | | | | | |
| 50. | | September 23, 2008 E-mail correspondence (Deposition Ex. 11) | | | | | | |
| 51. | | Southlands Meeting Agendas (Deposition Ex. 13) | | | | | | |
| 52. | | October 24, 2008 Letter from Brownstein, Hyatt Farber Schreck to Colorado Cinema Group, LLC (Deposition Ex. 14) | | | | | | |
| 53. | | November 4, 2008 E-mail correspondence (Deposition Ex. 15) | | | | | | |
| 54. | | E-mail containing Letter from Martin/Martin to Jose Inclan (Deposition Ex. 16) | | | | | | |
| 55. | | November 19, 2008 Letter from Wiss, Janney, Elstner Associates, Inc., to Jose Inclan (Deposition Ex. 17) | | | | | | |

# PLAINTIFFS' ORIGINAL EXHIBIT LIST

CASE NUMBER __09-CV-00799__   PLAINTIFF __X__   DEFENDANT _____   OTHER PARTY _____   DATE: _1/17/2013___

CASE CAPTION __Granite Southlands Town Center LLC__   VS. __Donald G. Provost, Peter M. Cudlip et al__   PAGE NUMBER __7____

LIST PLAINTIFF'S EXHIBITS BY NUMBER (1,2,3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO./LETTER | WITNESS | DESCRIPTION | STIP. | OFFERED | ADMITTED | REFUSED | RULING RESERVED | COMMENTS/ INFORMATION |
|---|---|---|---|---|---|---|---|---|
| 56. | | April 4, 2008 e-mail correspondence from Joe Bellio regarding DCC Architects LLC premises (Deposition Ex. 20) | | | | | | |
| 57. | | June 30, 2008 e-mail correspondence from Joseph Bellio regarding DCC Architects LLC premises (Deposition Ex. 23) | | | | | | |
| 58. | | July 2, 2008 e-mail correspondence from Jose Inclan (Deposition Ex. 24) | | | | | | |
| 59. | | October 29, 2008 e-mail correspondence from Jose Inclan (Deposition Ex. 29) | | | | | | |
| 60. | | January 15, 2009 e-mail correspondence from Jose Inclan (Deposition Ex. 30) | | | | | | |
| 61. | | Surveying Proposal Reference from Martin/Martin (Deposition Ex. 33) | | | | | | |
| 62. | | November 21, 2008 Letter from Drew Flowers of Gibson, Dunn & Crutcher LLP (Deposition Ex. 34) | | | | | | |
| 63. | | Invoice from Construction Logic, L.L.C. (Deposition Ex. 35) | | | | | | |
| 64. | | December 18, 2008 Letter from DLA Piper (Deposition Ex. 36) | | | | | | |
| 65. | | February 24, 2009 E-mail Correspondence from Donald Provost to Peter Cudlip (Deposition Ex. 39) | | | | | | |
| 66. | | Affidavit of Peter Cudlip (Deposition Ex. 42) | | | | | | |

52551547.1

# PLAINTIFFS' ORIGINAL EXHIBIT LIST

CASE NUMBER   09-CV-00799   PLAINTIFF   X   DEFENDANT _____   OTHER PARTY _____   DATE: 1/17/2013

CASE CAPTION   Granite Southlands Town Center LLC   VS.   Donald G. Provost, Peter M. Cudlip et al   PAGE NUMBER   8

LIST PLAINTIFF'S EXHIBITS BY NUMBER (1,2,3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO./LETTER | WITNESS | DESCRIPTION | STIP. | OFFERED | ADMITTED | REFUSED | RULING RESERVED | COMMENTS/ INFORMATION |
|---|---|---|---|---|---|---|---|---|
| 67. | | Colorado Cinema Group Lease, as amended (Deposition Ex. 52) | | | | | | |
| 68. | | June 25, 2008 Letter to Jose Inclan from DCC Architects LLC (Deposition Ex. 58) | | | | | | |
| 69. | | Revised Cash Flow Report for January 2008 (Deposition Ex. 86) | | | | | | |
| 70. | | Revised Cash Flow Report for February 2008 (Deposition Ex. 87) | | | | | | |
| 71. | | Revised Cash Flow Report for March 2008 (Deposition Ex. 88) | | | | | | |
| 72. | | Revised Cash Flow Report for April 2008 (Deposition Ex. 89) | | | | | | |
| 73. | | Revised Cash Flow Report for May 2008 (Deposition Ex. 90) | | | | | | |
| 74. | | Revised Cash Flow Report for June 2008 (Deposition Ex. 91) | | | | | | |
| 75. | | Revised Cash Flow Report for July 2008 (Deposition Ex. 92) | | | | | | |
| 76. | | Revised Cash Flow Report for August 2008 (Deposition Ex. 93) | | | | | | |
| 77. | | Revised Cash Flow Report for September 2008 (Deposition Ex. 94) | | | | | | |
| 78. | | Revised Cash Flow Report for October 2008 (Deposition Ex. 95) | | | | | | |
| 79. | | Revised Cash Flow Report for November 2008 (Deposition Ex. 96) | | | | | | |

52551547.1

# PLAINTIFFS' ORIGINAL EXHIBIT LIST

CASE NUMBER    09-CV-00799    PLAINTIFF    X    DEFENDANT _____    OTHER PARTY _____    DATE: 1/17/2013

CASE CAPTION  Granite Southlands Town Center LLC    VS.  Donald G. Provost, Peter M. Cudlip et al    PAGE NUMBER  9

LIST PLAINTIFF'S EXHIBITS BY NUMBER (1,2,3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO./LETTER | WITNESS | DESCRIPTION | STIP. | OFFERED | ADMITTED | REFUSED | RULING RESERVED | COMMENTS/ INFORMATION |
|---|---|---|---|---|---|---|---|---|
| 80. | | Revised Cash Flow Report for December 2008 (Deposition Ex. 97) | | | | | | |
| 81. | | Cash Flow Summary (Deposition Ex. 98) | | | | | | |
| 82. | | Marked Copy of Alberta's Latest Revised Operating Deficit Analysis for the Twelve Months Ending December 31, 2008 | | | | | | |
| 83. | | Current Revised Operating Deficit Analysis for the period from 12/14/2007 to 12/12/2008 | | | | | | |
| 84. | | Property Tax Statements for the Southlands Town Center for the 2007 tax year | | | | | | |
| 85. | | Property Tax Statements for the Southlands Town Center for the 2008 tax year | | | | | | |
| 86. | | Photographs of the Southlands Town Center | | | | | | |
| 87. | | E-mail correspondence relating to November 28, 2008 Proposal from Accurate EngiSurv LLC (ALBERTA  003630) | | | | | | |
| 88. | | DCC Architects LLC Lease, as amended | | | | | | |
| 89. | | December 11, 2008 e-mail correspondence from Peter Cudlip to Bryan Patrick and Erica Weber regarding true-up obligations | | | | | | |

52551547.1

# PLAINTIFFS' ORIGINAL EXHIBIT LIST

CASE NUMBER    09-CV-00799    PLAINTIFF   X    DEFENDANT _____    OTHER PARTY _____    DATE: 1/17/2013
CASE CAPTION   Granite Southlands Town Center LLC    VS.   Donald G. Provost, Peter M. Cudlip et al    PAGE NUMBER
__10____

LIST PLAINTIFF'S EXHIBITS BY NUMBER (1,2,3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO./LETTER | WITNESS | DESCRIPTION | STIP. | OFFERED | ADMITTED | REFUSED | RULING RESERVED | COMMENTS/ INFORMATION |
|---|---|---|---|---|---|---|---|---|
| 90. | | Correspondence from Peter Cudlip, Steve Zezulak, and other Alberta representatives to Angela Kralovec and other Granite representatives relating to the True-Up dispute. | | | | | | |
| 91. | | Neujahr & Gorman Report dated August 8, 2008 (ALBERTA 003643-51) | | | | | | |
| 92. | | Deed from Southlands Colorado LLC to Alberta Town Center LLC dated September 29, 2005 | | | | | | |
| 93. | | Operating Agreement of Alberta Town Center, LLC | | | | | | |
| 94. | | Articles of Organization of Alberta Town Center, LLC | | | | | | |
| 95. | | Articles of Organization of Alberta Development Partners, LLC f/k/a New Alberta, LLC | | | | | | |
| 96. | | Amendment to the Articles of Organization of Alberta Development Partners, LLC | | | | | | |
| 97. | | Certificate of Formation of Southlands Colorado, LLC | | | | | | |
| 98. | | Certificate of Formation of Southlands Colorado Offshore Funds, L.P. | | | | | | |
| 99. | | Exh. 1 to J. Inclan Deposition – Exhibit H – Form of Estoppel Certificate | | | | | | |
| 100. | | Exh. 2 to J. Inclan Deposition – Estoppel Certificate dated 05/02/08 | | | | | | |

52551547.1

# PLAINTIFFS' ORIGINAL EXHIBIT LIST

CASE NUMBER    <u>09-CV-00799</u>    PLAINTIFF   <u>X</u>    DEFENDANT  <u>   </u>   OTHER PARTY  <u>    </u>   DATE:<u> 1/17/2013 </u>
CASE CAPTION   <u>Granite Southlands Town Center LLC</u>    VS.   <u>Donald G. Provost, Peter M. Cudlip et al</u>    PAGE NUMBER <u>__11____</u>

LIST PLAINTIFF'S EXHIBITS BY NUMBER (1,2,3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO./LETTER | WITNESS | DESCRIPTION | STIP. | OFFERED | ADMITTED | REFUSED | RULING RESERVED | COMMENTS/ INFORMATION |
|---|---|---|---|---|---|---|---|---|
| 101. | | Exh. 3 to J. Inclan Deposition – Estoppel Certificate dated 01/13/09 | | | | | | |
| 102. | | Exh. 4 to J. Inclan Deposition – Email to Bellio, McFarland from McGee dated 06/20/08 re Southlands Cinema with attached emails (ALBERTA003617 – 3618) | | | | | | |
| 103. | | Exh. 5 to J. Inclan Deposition – Gmail to Je, Me, Melissa from Inclan dated 07/02/08 with attached email (ALBERTA003619 – 3620) | | | | | | |
| 104. | | Exh. 6 to J. Inclan Deposition – Email to Mydlowski from Inclan dated 07/17/08 re Cinema (ALBERTA003614) | | | | | | |
| 105. | | Exh. 7 to J. Inclan Deposition – Gmail to Joe, Me, Mark from Suedkamp dated 09/08/08 with attached emails (ALBERTA003623 – 3626) | | | | | | |
| 106. | | Exh. 8 to J. Inclan Deposition – Letter to Bellio from Guikema and Suedkamp dated 09/08/08 re Settlement with Pac Sun and the theater (ALBERTA003660 – 3662) | | | | | | |
| 107. | | Exh. 9 to J. Inclan Deposition – Letter of Transmittal to Kerasotes Theatres from Murray & Stafford, Inc. dated 09/12/08 re Southlands Cinema | | | | | | |

52551547.1

# PLAINTIFFS' ORIGINAL EXHIBIT LIST

CASE NUMBER   09-CV-00799   PLAINTIFF   X   DEFENDANT _____   OTHER PARTY _____   DATE: 1/17/2013

CASE CAPTION   Granite Southlands Town Center LLC   VS.   Donald G. Provost, Peter M. Cudlip et al   PAGE NUMBER __12____

LIST PLAINTIFF'S EXHIBITS BY NUMBER (1,2,3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO./LETTER | WITNESS | DESCRIPTION | STIP. | OFFERED | ADMITTED | REFUSED | RULING RESERVED | COMMENTS/ INFORMATION |
|---|---|---|---|---|---|---|---|---|
| 108. | | Exh. 10 to J. Inclan Deposition – Letter to Inclan from Policicchio dated 09/16/08 re Colorado Cinema | | | | | | |
| 109. | | Exh. 11 to J. Inclan Deposition – Email to Inclan from Mydlowski dated 09/23/08 re Cinema Building Movement with attached emails (ALBERTA003591 – 3592) | | | | | | |
| 110. | | Exh. 12 to J. Inclan Deposition – Email to McFarland from Inclan dated 09/24/08 re Accepted: Southlands Cinema geo-technical (ALBERTA003590) | | | | | | |
| 111. | | Exh. 13 to J. Inclan Deposition – Southland Meeting Agenda (ALBERTA003652 – 3659) | | | | | | |
| 112. | | Exh. 14 to J. Inclan Deposition – Letter to Colorado Cinema Group, LLC, and Providence Equity Partners, Inc. from Brownstein Hyatt Farber Schreck dated 10/24/08 re Colorado Cinema (ALBERTA000588 – 589) | | | | | | |
| 113. | | Exh. 15 to J. Inclan Deposition – Gmail from Me to Inclan dated 11/04/08 re forensic engineer (ALBERTA003627 – 3628) | | | | | | |
| 114. | | Exh. 16 to J. Inclan Deposition – Letter to Inclan from Martin Martin Consulting Engineers re Authorization for Services (ALBERTA003631) | | | | | | |

52551547.1

# PLAINTIFFS' ORIGINAL EXHIBIT LIST

CASE NUMBER   09-CV-00799   PLAINTIFF   X   DEFENDANT _____   OTHER PARTY _____   DATE: 1/17/2013
CASE CAPTION   Granite Southlands Town Center LLC   VS.   Donald G. Provost, Peter G. Cudlip et al   PAGE NUMBER
__13____

LIST PLAINTIFF'S EXHIBITS BY NUMBER (1,2,3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO./LETTER | WITNESS | DESCRIPTION | STIP. | OFFERED | ADMITTED | REFUSED | RULING RESERVED | COMMENTS/ INFORMATION |
|---|---|---|---|---|---|---|---|---|
| 115. | | Exh. 17 to J. Inclan Deposition – Letter to Inclan from Wiss Janney Elstner Associates dated 11/19/08 re Proposal for Engineering Services | | | | | | |
| 116. | | Exh. 18 to J. Inclan Deposition – Gmail to Jose, Me, Michael, Robin from Kralovec dated 01/06/09 re Southlands Final Agenda (ALBERTA003637 – 3639) | | | | | | |
| 117. | | Exh. 19 to J. Inclan Deposition – Email to Kralovec from Zezulak dated 04/16/09 re Town Center True Up – Original Budget Variance Reports (ALBERTA000072 – 144) | | | | | | |
| 118. | | Exh. 20 to P. Cudlip Deposition – Email to Inclan, Deeter from Bellio dated 04/04/08 re Bldg. E, Suite 235 (ALBERTA003673) | | | | | | |
| 119. | | Exh. 21 to P. Cudlip Deposition – Email to Inclan from Bellio dated 06/02/08 re Colorado Cinema at Southlands (ALBERTA003674 – 3675) | | | | | | |
| 120. | | Exh. 22 to P. Cudlip Deposition – Email to McFarland, Bellio from McGee dated 06/20/08 re Southlands Cinema (ALBERTA003616 – 3618) | | | | | | |
| 121. | | Exh. 23 to P. Cudlip Deposition – Email to Cudlip from Bellio dated 06/30/08 re DCC Interior Damages ltr 062508 (ALBERTA003676 – 3677) | | | | | | |

52551547.1

# PLAINTIFFS' ORIGINAL EXHIBIT LIST

CASE NUMBER   09-CV-00799   PLAINTIFF   X   DEFENDANT _____   OTHER PARTY _____   DATE: 1/17/2013
CASE CAPTION   Granite Southlands Town Center LLC   VS.   Donald G. Provost, Peter M. Cudlip et al   PAGE NUMBER
__14____

LIST PLAINTIFF'S EXHIBITS BY NUMBER (1,2,3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO./LETTER | WITNESS | DESCRIPTION | STIP. | OFFERED | ADMITTED | REFUSED | RULING RESERVED | COMMENTS/ INFORMATION |
|---|---|---|---|---|---|---|---|---|
| 122. | | Exh. 24 to P. Cudlip Deposition – Gmail to Joe, Me, Melissa from Inclan dated 07/02/08 re Structural Engineer (ALBERTA003619 – 3620) | | | | | | |
| 123. | | Exh. 25 to P. Cudlip Deposition – Letter to Bellio from Guikema and Suedkamp re Settlement with Pac Sun and theater | | | | | | |
| 124. | | Exh. 26 to P. Cudlip Deposition – Letter to Inclan from Policicchio dated 09/16/08 re Colorado Cinema | | | | | | |
| 125. | | Exh. 27 to P. Cudlip Deposition – Email to Cudlip, Inclan, Bellio, McFarland and Deeter from McGee dated 09/23/08 re Cinema Building Movement (ALBERTA003601 – 3615) | | | | | | |
| 126. | | Exh. 28 to P. Cudlip Deposition – Letter to Colorado Cinema Group and Providence Equity Partners, Inc. dated 10/24/08 re Colorado Cinema (ALBERTA000588 – 589) | | | | | | |
| 127. | | Exh. 29 to P. Cudlip Deposition – Email to Cudlip from Inclan dated 10/29/08 re Building Movement (ALBERTA003690) | | | | | | |
| 128. | | Exh. 30 to P. Cudlip Deposition – Email to Kralovec from Inclan dated 01/15/09 re Forensic Engineers Proposal (ALBERTA003692) | | | | | | |

52551547.1

# PLAINTIFFS' ORIGINAL EXHIBIT LIST

CASE NUMBER   09-CV-00799   PLAINTIFF   X   DEFENDANT _____ OTHER PARTY _____ DATE: 1/17/2013

CASE CAPTION   Granite Southlands Town Center LLC   VS.   Donald G. Provost, Peter M. Cudlip et al   PAGE NUMBER __15____

LIST PLAINTIFF'S EXHIBITS BY NUMBER (1,2,3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO./LETTER | WITNESS | DESCRIPTION | STIP. | OFFERED | ADMITTED | REFUSED | RULING RESERVED | COMMENTS/ INFORMATION |
|---|---|---|---|---|---|---|---|---|
| 129. | | Exh. 31 to P. Cudlip Deposition – Email to Cudlip from Inclan dated 11/04/08 re forensic engineer (ALBERTA003691) | | | | | | |
| 130. | | Exh. 32 to P. Cudlip Deposition – Letter to Inclan from Martin/Martin Consulting Engineers re Authorization for Services (ALBERTA003631) | | | | | | |
| 131. | | Exh. 33 to P. Cudlip Deposition - Letter from Accurate EngiSurv LLC to Martin Martin dated 11/28/08 re Monitoring Services (ALBERTA003630) | | | | | | |
| 132. | | Exh. 34 to P. Cudlip Deposition – Letter to Silva and Litt from Flowers dated 11/21/08 re Southlands Town Center FPSA dated 09/29/05 | | | | | | |
| 133. | | Exh. 35 to P. Cudlip Deposition – Invoice from Construction Logic, LLC to Southlands Management dated 11/26/08 (ALBERTA003665) | | | | | | |
| 134. | | Exh. 36 to P. Cudlip Deposition – Letter to Kahn from Schmetterer dated 12/18/08 re Colorado Cinema | | | | | | |
| 135. | | Exh. 37 to P. Cudlip Deposition – Fifteenth Amendment to Amendment and Agreement and Termination Agreement | | | | | | |

52551547.1

# PLAINTIFFS' ORIGINAL EXHIBIT LIST

CASE NUMBER   09-CV-00799   PLAINTIFF   X   DEFENDANT _____   OTHER PARTY _____   DATE: 1/17/2013

CASE CAPTION   Granite Southlands Town Center LLC   VS.   Donald G. Provost, Peter M. Cudlip et al   PAGE NUMBER __16____

LIST PLAINTIFF'S EXHIBITS BY NUMBER (1,2,3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO./LETTER | WITNESS | DESCRIPTION | STIP. | OFFERED | ADMITTED | REFUSED | RULING RESERVED | COMMENTS/ INFORMATION |
|---|---|---|---|---|---|---|---|---|
| 136. | | Exh. 38 to P. Cudlip Deposition – Email to Cudlip, dgp@albdev.com, Piekarski from Silva dated 02/18/09 re Escrow Release | | | | | | |
| 137. | | Exh. 39 to P. Cudlip Deposition – Email to Don Provost from Cudlip dated 02/24/09 re sorry I missed you (ALBERTA003672) | | | | | | |
| 138. | | Exh. 40 to P. Cudlip Deposition – Letter to Donald Provost, Fed Pillon, Drew Flowers from Jane Smith dated 02/24/09 re Southlands Town Center FPSA | | | | | | |
| 139. | | Exh. 41 to P. Cudlip Deposition – Letter to Silva and Litt from Flowers dated 02/27/09 re Southlands Town Center FPSA | | | | | | |
| 140. | | Exh. 42 to P. Cudlip Deposition – Affidavit of P. Cudlip dated 12/01/09 | | | | | | |
| 141. | | Exh. 43 to P. Cudlip Deposition – Exh. A-4 (portions of Cinema lease) | | | | | | |
| 142. | | Exh. 44 to P. Cudlip Deposition – Defendant Alberta Town Center's Answer and Counterclaims to Plaintiff's Original Complaint | | | | | | |
| 143. | | Exh. 45 to P. Cudlip Deposition – Post True Up, Revised Operating Deficit Analysis prepared 12/10/09 | | | | | | |

52551547.1

# PLAINTIFFS' ORIGINAL EXHIBIT LIST

CASE NUMBER    09-CV-00799    PLAINTIFF   X    DEFENDANT _____    OTHER PARTY _____    DATE: 1/17/2013
CASE CAPTION   Granite Southlands Town Center LLC    VS.   Donald G. Provost, Peter M. Cudlip et al    PAGE NUMBER __17____

LIST PLAINTIFF'S EXHIBITS BY NUMBER (1,2,3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO./LETTER | WITNESS | DESCRIPTION | STIP. | OFFERED | ADMITTED | REFUSED | RULING RESERVED | COMMENTS/ INFORMATION |
|---|---|---|---|---|---|---|---|---|
| 144. | | Exh. 46 to P. Cudlip Deposition – Post Close True Up, Revised Operating Deficit Analysis for the twelve months ending 12/31/08 | | | | | | |
| 145. | | Exh. 47 to P. Cudlip Deposition – Revised Project Cash Flow Report, March, 2008 (ALBERTA003761 – 3770) | | | | | | |
| 146. | | Exh. 48 to P. Cudlip Deposition – Revised Project Cash Flow Report, July 31, 2008 (ALBERTA003801 – 3809) | | | | | | |
| 147. | | Exh. 49 to P. Cudlip Deposition – Revised Project Cash Flow Report, August 31, 2008 (ALBERTA003810 – 3820) | | | | | | |
| 148. | | Exh. 50 to P. Cudlip Deposition – Year to Date Ledger – Accrual (ALBERTA003871 – 3883) | | | | | | |
| 149. | | Exh. 51 to P. Cudlip Deposition – Paid Pre Closing (ALBERTA003861 ) | | | | | | |
| 150. | | Exh. 52 to P. Cudlip Deposition – Colorado Cinema Lease dated 08/02/04 | | | | | | |
| 151. | | Exh. 53 to P. Cudlip Deposition – Defendant Alberta Town Center's Answer and Counterclaims to Plaintiff's First Amended Complaint | | | | | | |
| 152. | | Exh. 54 to D. Provost Deposition – Eighth Amendment to Amendment and Agreement and Termination Agreement | | | | | | |

# PLAINTIFFS' ORIGINAL EXHIBIT LIST

CASE NUMBER  09-CV-00799  PLAINTIFF  X  DEFENDANT _____  OTHER PARTY _____  DATE: 1/17/2013

CASE CAPTION  Granite Southlands Town Center LLC  VS.  Donald G. Provost, Peter M. Cudlip et al  PAGE NUMBER __18____

LIST PLAINTIFF'S EXHIBITS BY NUMBER (1,2,3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO./LETTER | WITNESS | DESCRIPTION | STIP. | OFFERED | ADMITTED | REFUSED | RULING RESERVED | COMMENTS/ INFORMATION |
|---|---|---|---|---|---|---|---|---|
| 153. | | Exh. 55 to D. Provost Deposition – Letter to Piekarski from Noack dated 01/28/09 re Form of Estoppel Certificate, DCC Architects, LLC lease of Premises | | | | | | |
| 154. | | Exh. 56 to D. Provost Deposition – Letter to Piekarski from Noack dated 01/28/09 re DCC Architects Lease of Premises, damage to property/requested repairs and requested revisions to Form of Estoppel Certificate | | | | | | |
| 155. | | Exh. 57 to D. Provost Deposition – Form of Estoppel Certificate dated 01/28/09 | | | | | | |
| 156. | | Exh. 58 to D. Provost Deposition – Letter to Inclan from Bow-Richardson dated 06/28/08 | | | | | | |
| 157. | | Exh. 59 to D. Provost Deposition – Release and Termination Agreement dated 12/12/08 | | | | | | |
| 158. | | Exh. 60 to D. Provost Deposition – letter to Callison Architecture, Magnussen Klemencic Associates, HC Beck, and Ground Engineering Consultants from McFarland dated 03/05/09 re Southlands Town Center (ALBERTA001824 – 1825) | | | | | | |

52551547.1

# PLAINTIFFS' ORIGINAL EXHIBIT LIST

CASE NUMBER   09-CV-00799   PLAINTIFF   X   DEFENDANT _____   OTHER PARTY _____   DATE: 1/17/2013

CASE CAPTION   Granite Southlands Town Center LLC   VS.   Donald G. Provost, Peter M. Cudlip et al   PAGE NUMBER __19____

LIST PLAINTIFF'S EXHIBITS BY NUMBER (1,2,3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO./LETTER | WITNESS | DESCRIPTION | STIP. | OFFERED | ADMITTED | REFUSED | RULING RESERVED | COMMENTS/ INFORMATION |
|---|---|---|---|---|---|---|---|---|
| 159. | | Exh. 101 to C. Silva Deposition – Forward Purchase and Sale Agreement and Escrow Instructions Packet | | | | | | |
| 160. | | Exh. 102 to C. Silva Deposition – BlackRock Granite Property Fund, Inc. Consolidated Financial Statements as of and for the period ended June 30, 2008 and year ended December 31, 2007 | | | | | | |
| 161. | | Exh. 103 to C. Silva Deposition – Estoppel Certificate, Diversified Properties Management Group, Inc. d/b/a Sweet & Sassy | | | | | | |
| 162. | | Exh. 104 to C. Silva Deposition – Estoppel Certificate, American Fidelity Assurance Company | | | | | | |
| 163. | | Exh. 105 to C. Silva Deposition – Estoppel Certificate, Chipotle Mexican Grill, Inc. | | | | | | |
| 164. | | Exh. 106 to C. Silva Deposition – Estoppel Certificate, Hallmark Retail, Inc. | | | | | | |
| 165. | | Exh. 107 to C. Silva Deposition – Estoppel Certificate, The Finish Line, Inc. | | | | | | |
| 166. | | Exh. 108 to C. Silva Deposition – Estoppel Certificate, LimitedBrands, Bath & Body Works | | | | | | |
| 167. | | Exh. 109 to C. Silva Deposition – Tenant Estoppel, Tween Brands, Inc. | | | | | | |

52551547.1

# PLAINTIFFS' ORIGINAL EXHIBIT LIST

CASE NUMBER    09-CV-00799    PLAINTIFF    X    DEFENDANT _____ OTHER PARTY _____ DATE: 1/17/2013
CASE CAPTION   Granite Southlands Town Center LLC    VS.   Donald G. Provost, Peter M. Cudlip et al    PAGE NUMBER __20____

LIST PLAINTIFF'S EXHIBITS BY NUMBER (1,2,3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO./LETTER | WITNESS | DESCRIPTION | STIP. | OFFERED | ADMITTED | REFUSED | RULING RESERVED | COMMENTS/ INFORMATION |
|---|---|---|---|---|---|---|---|---|
| 168. | | Exh. 110 to C. Silva Deposition – Email dated 01/28/09 | | | | | | |
| 169. | | Exh. 111 to C. Silva Deposition – Letter with attachments dated 02/06/09 | | | | | | |
| 170. | | Exh. 112 to C. Silva Deposition – Email dated 02/18/09 | | | | | | |
| 171. | | Exh. 113 to C. Silva Deposition – Email dated 02/21/09 | | | | | | |
| 172. | | Exh. 114 to C. Silva Deposition – Letter dated 02/24/09 | | | | | | |
| 173. | | Exh. 115 to C. Silva Deposition – Letter dated 03/03/09 | | | | | | |
| 174. | | Exh. 116 to C. Silva Deposition - Letter dated 03/03/09 | | | | | | |
| 175. | | Exh. 117 to C. Silva Deposition – Fax dated 03/04/09 | | | | | | |
| 176. | | Exh. 118 to C. Silva Deposition – Statement of Settlement "Sellers" | | | | | | |
| 177. | | Exh. 119 to C. Silva Deposition – Statement of Settlement "Purchasers" | | | | | | |
| 178. | | Exh. 120 to C. Silva Deposition – Email dated 09/22/08 | | | | | | |
| 179. | | Exh. 121 to C. Silva Deposition – Email dated 11/11/08 | | | | | | |

52551547.1

# PLAINTIFFS' ORIGINAL EXHIBIT LIST

CASE NUMBER    09-CV-00799    PLAINTIFF   X    DEFENDANT _____   OTHER PARTY _____   DATE: 1/17/2013
CASE CAPTION   Granite Southlands Town Center LLC   VS.   Donald G. Provost, Peter M. Cudlip et al    PAGE NUMBER __21____

LIST PLAINTIFF'S EXHIBITS BY NUMBER (1,2,3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO./LETTER | WITNESS | DESCRIPTION | STIP. | OFFERED | ADMITTED | REFUSED | RULING RESERVED | COMMENTS/ INFORMATION |
|---|---|---|---|---|---|---|---|---|
| 180. | | Exh. 122 to A. Piekarski Deposition – BlackRock memo to Investment Committee from Piekarski and Silva dated 11/17/08 re Southlands Town Center (BR0011434.0001 – 11434.0005) | | | | | | |
| 181. | | Exh. 123 to A. Piekarski Deposition – Memo from Piekarski and Silva to Lieblich, Zuzack and Alexander dated 04/03/08 (BR0011431.0001 – 11431.0005) | | | | | | |
| 182. | | Exh. 124 to A. Piekarski Deposition – Fourteenth Amendment to Amendment and Agreement and Termination Agreement (BR0011711.0001 – 11711.0016) | | | | | | |
| 183. | | Exh. 125 to A. Piekarski Deposition – Email from Silva to Kralovec and Krier dated 09/10/08 re reimbursement issue (BR0013278.001) | | | | | | |
| 184. | | Exh. 126 to A. Piekarski Deposition – Email from Silva to Piekarski and Brown dated 09/17/08 re Financing/Southlands (BR0011375.0001 – 11375.0002) | | | | | | |

52551547.1

# PLAINTIFFS' ORIGINAL EXHIBIT LIST

CASE NUMBER   09-CV-00799   PLAINTIFF   X   DEFENDANT _____   OTHER PARTY _____   DATE: 1/17/2013
CASE CAPTION   Granite Southlands Town Center LLC   VS.   Donald G. Provost, Peter M. Cudlip et al   PAGE NUMBER
__22____

LIST PLAINTIFF'S EXHIBITS BY NUMBER (1,2,3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO./LETTER | WITNESS | DESCRIPTION | STIP. | OFFERED | ADMITTED | REFUSED | RULING RESERVED | COMMENTS/ INFORMATION |
|---|---|---|---|---|---|---|---|---|
| 185. | | Exh. 127 to A. Piekarski Deposition  - Email from Provost to Piekarski, Flowers, Smith, and Champion dated 11/28/08 re Southlands Supplement Agreement (BR0014674.0001 – 14674.0002) | | | | | | |
| 186. | | Exh. 128 to A. Piekarski Deposition – Email from Piekarski to Provost dated 12/03/08 re buyout figure (ALBERTA007456 – 7458) | | | | | | |
| 187. | | Exh. 129 to A. Piekarski Deposition – Email from Mannion to Harilal re Payoff letter (BR0013541) | | | | | | |
| 188. | | Exh. 1 to P. Cudlip 30(b)(6) Deposition – Notice of Deposition of a Corporate Representative of Alberta Town Center LLC for Preliminary Injunction Hearing | | | | | | |
| 189. | | Exh. 2 to P. Cudlip 30(b)(6) Deposition – Plaintiff's Request for Production for Preliminary Injunction Hearing | | | | | | |
| 190. | | Exh. 3 to P. Cudlip 30(b)(6) Deposition – Email to Stuart Bennett from James Stoetzer re Callison/Alberta with attachments | | | | | | |
| 191. | | Exh. 4 to P. Cudlip 30(b)(6) Deposition – Alberta Town Center, LLC Balance Sheet as of 09/30/11 with attachments | | | | | | |

# PLAINTIFFS' ORIGINAL EXHIBIT LIST

CASE NUMBER   09-CV-00799   PLAINTIFF   X   DEFENDANT _____   OTHER PARTY _____   DATE: 1/17/2013___
CASE CAPTION   Granite Southlands Town Center LLC   VS.   Donald G. Provost, Peter M. Cudlip et al   PAGE NUMBER
__23____

LIST PLAINTIFF'S EXHIBITS BY NUMBER (1,2,3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO./LETTER | WITNESS | DESCRIPTION | STIP. | OFFERED | ADMITTED | REFUSED | RULING RESERVED | COMMENTS/ INFORMATION |
|---|---|---|---|---|---|---|---|---|
| 192. | | Exh. 5 to P. Cudlip 30(b)(6) Deposition – Alberta Town Center, LLC Balance Sheet as of 08/31/11 with attachments | | | | | | |
| 193. | | Exh. 6 to P. Cudlip 30(b)(6) Deposition – Alberta Town Center, LLC Balance Sheet as of 07/31/11 with attachments | | | | | | |
| 194. | | Exh. 7 to P. Cudlip 30(b)(6) Deposition – Alberta Town Center, LLC Balance Sheet as of 06/30/11 with attachments | | | | | | |
| 195. | | Exh. 8 to P. Cudlip 30(b)(6) Deposition – Alberta Town Center, LLC Balance Sheet as of 05/31/11 with attachments | | | | | | |
| 196. | | Exh. 9 to P. Cudlip 30(b)(6) Deposition – Alberta Town Center, LLC Balance Sheet as of 04/30/11 with attachments | | | | | | |
| 197. | | Exh. 10 to P. Cudlip 30(b)(6) Deposition – Agreed Protective Order | | | | | | |
| 198. | | Exh. 1 to P. Cudlip 06/06/12 Deposition – Infrastructure Acquisition Agreement | | | | | | |
| 199. | | Exh. 2 to P. Cudlip 06/06/12 Deposition – Tri-Party Agreement | | | | | | |
| 200. | | Exh. 3 to P. Cudlip 06/06/12 Deposition – Forward Purchase and Sale Agreement and Escrow Instructions (ADPATC 05153 – 5237) | | | | | | |

# PLAINTIFFS' ORIGINAL EXHIBIT LIST

CASE NUMBER     09-CV-00799     PLAINTIFF   X     DEFENDANT _____     OTHER PARTY _____     DATE: 1/17/2013

CASE CAPTION   Granite Southlands Town Center LLC     VS.   Donald G. Provost, Peter G. Cudlip et al     PAGE NUMBER __24____

LIST PLAINTIFF'S EXHIBITS BY NUMBER (1,2,3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO./LETTER | WITNESS | DESCRIPTION | STIP. | OFFERED | ADMITTED | REFUSED | RULING RESERVED | COMMENTS/ INFORMATION |
|---|---|---|---|---|---|---|---|---|
| 201. | | Exh. 4 to P. Cudlip 06/06/12 Deposition – Construction Loan Agreement dated 09/29/05 (ADPATC 04732 – 4931) | | | | | | |
| 202. | | Exh. 5 to P. Cudlip 06/06/12 Deposition – Exhibit D, Project Budget (ADPATC 04824) | | | | | | |
| 203. | | Exh. 6 to P. Cudlip 06/06/12 Deposition – Engineer's Report on District Improvements and Estimate of Probable Costs, prepared June 5, 2007 (NVF 00430 – 450) | | | | | | |
| 204. | | Exh. 7 to P. Cudlip 06/06/12 Deposition – Draw #3, Southlands Town Center, Costs Through August 31, 2005 | | | | | | |
| 205. | | Exh. 8 to P. Cudlip 06/06/12 Deposition – Fourteenth Amendment to Amendment and Agreement and Termination Agreement (ADPATC 04550 – 4565) | | | | | | |
| 206. | | Exh. 9 to P. Cudlip 06/06/12 Deposition – Fifteenth Amendment to Amendment and Agreement and Termination Agreement (ADPATC 03218 – 3234) | | | | | | |
| 207. | | Exh. 10 to P. Cudlip 06/06/12 Deposition – Alberta Town Center, LLC, Project Cost Summary as of 12/31/08 | | | | | | |

52551547.1

# PLAINTIFFS' ORIGINAL EXHIBIT LIST

CASE NUMBER   09-CV-00799   PLAINTIFF   X   DEFENDANT _____   OTHER PARTY _____   DATE: 1/17/2013

CASE CAPTION   Granite Southlands Town Center LLC   VS.   Donald G. Provost, Peter M. Cudlip et al   PAGE NUMBER __25____

LIST PLAINTIFF'S EXHIBITS BY NUMBER (1,2,3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO./LETTER | WITNESS | DESCRIPTION | STIP. | OFFERED | ADMITTED | REFUSED | RULING RESERVED | COMMENTS/ INFORMATION |
|---|---|---|---|---|---|---|---|---|
| 208. | | Exh. 11 to P. Cudlip 06/06/12 Deposition – Statement of Settlement "Sellers" (ADPATC 02651 – 2654) | | | | | | |
| 209. | | Exh. 12 to P. Cudlip 06/06/12 Deposition – Statement of Settlement "Purchasers" (ADPATC 02655 – 2659) | | | | | | |
| 210. | | Exh. 13 to P. Cudlip 06/06/12 Deposition – Alberta Town Center, LLC, Analysis of Metro District Reimbursement, August 2007 to December 2008 | | | | | | |
| 211. | | Exh. 14 to P. Cudlip 06/06/12 Deposition – Alberta Town Center Balance Sheet, December 31, 2006 | | | | | | |
| 212. | | Exh. 15 to P. Cudlip 06/06/12 Deposition – Alberta Town Center Balance Sheet, December 31, 2007 | | | | | | |
| 213. | | Exh. 16 to P. Cudlip 06/06/12 Deposition – First Amendment to Infrastructure Acquisition Agreement | | | | | | |
| 214. | | Exh. 17 to P. Cudlip 06/06/12 Deposition – Second Amendment to Infrastructure Acquisition Agreement | | | | | | |
| 215. | | Exh. 1 to A. Piekarski 09/20/12 Deposition – Pre-Construction Project Review (GSTC001308 – 1338) | | | | | | |

52551547.1

# PLAINTIFFS' ORIGINAL EXHIBIT LIST

CASE NUMBER     09-CV-00799     PLAINTIFF     X     DEFENDANT _____     OTHER PARTY _____     DATE: 1/17/2013

CASE CAPTION   Granite Southlands Town Center LLC     VS.   Donald G. Provost, Peter M. Cudlip et al     PAGE NUMBER __26____

LIST PLAINTIFF'S EXHIBITS BY NUMBER (1,2,3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO./LETTER | WITNESS | DESCRIPTION | STIP. | OFFERED | ADMITTED | REFUSED | RULING RESERVED | COMMENTS/ INFORMATION |
|---|---|---|---|---|---|---|---|---|
| 216. | | Exh. 2 to A. Piekarski 09/20/12 Deposition – FTC Summary dated 11/17/05 (GSTC002095 – 2107) | | | | | | |
| 217. | | Exh. 3 to A. Piekarski 09/20/12 Deposition – Forward Purchase and Sale Agreement and Escrow Instructions dated 09/29/05 (GSTC000001 – 52) | | | | | | |
| 218. | | Exh. 4 to A. Piekarski 09/20/12 Deposition – Service plan for Southlands Metropolitan District No. 1, dated 09/03/02 (BR0014540.0001 – 14540.0047) | | | | | | |
| 219. | | Exh. 5 to A. Piekarski 09/20/12 Deposition – Southlands Metropolitan District No. 1 plats (BR0014538.0001 – 14538.0047) | | | | | | |
| 220. | | Exh. 6 to A. Piekarski 09/20/12 Deposition – Exhibit D Project Budget from Construction Loan Agreement dated 09/29/05 (BR0015059.0001, 15059.0093) | | | | | | |
| 221. | | Exh. 7 to A. Piekarski 09/20/12 Deposition – Marx/Okubo Monthly Progress Report No. 1 (GSTC001339 – 1356) | | | | | | |
| 222. | | Exh. 8 to A. Piekarski 09/20/12 Deposition - Marx/Okubo Monthly Progress Report No. 19 (GSTC002051 – 2060) | | | | | | |

52551547.1

# PLAINTIFFS' ORIGINAL EXHIBIT LIST

CASE NUMBER    09-CV-00799        PLAINTIFF    X        DEFENDANT _____        OTHER PARTY _____        DATE: 1/17/2013

CASE CAPTION    Granite Southlands Town Center LLC    VS.    Donald G. Provost, Peter G. Cudlip et al        PAGE NUMBER __27____

LIST PLAINTIFF'S EXHIBITS BY NUMBER (1,2,3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO./LETTER | WITNESS | DESCRIPTION | STIP. | OFFERED | ADMITTED | REFUSED | RULING RESERVED | COMMENTS/ INFORMATION |
|---|---|---|---|---|---|---|---|---|
| 223. | | Exh. 9 to A. Piekarski 09/20/12 Deposition – Email from Silva to dgp@albdec.com dated 01/28/08 re Southlands Collateral Requirement (BR0013338.001 – 13338.003) | | | | | | |
| 224. | | Exh. 10 to A. Piekarski 09/20/12 Deposition – Email from Silva to Provost dated 02/02/08 re Southlands Town Center (BR0013081.001 – 13081.004) | | | | | | |
| 225. | | Exh. 11 to A. Piekarski 09/20/12 Deposition – Email from Silva to Juli Elston and dgp@albdec.com dated 02/02/08 re Southlands Town Center (BR0013346.001 – 13346.005) | | | | | | |
| 226. | | Exh. 12 to A. Piekarski 09/20/12 Deposition – Email from Hellmer to Flowers, Smith and Patrick dated 03/12/08 re Southlands Town Center – FPSA Extension (BR0015091.001) | | | | | | |
| 227. | | Exh. 13 to A. Piekarski 09/20/12 Deposition – Email from Silva to dgp@albdev.com dated 03/12/08 re visit with counsel (BR0013453.001) | | | | | | |
| 228. | | Exh. 1 to D. Provost  10/12/12 Deposition – Email from Silva to Hellmer and Patrick dated 02/18/08 re Southlands – Seventh Amendment – March 14 (BR0014993_001 – 14993_002) | | | | | | |

52551547.1

# PLAINTIFFS' ORIGINAL EXHIBIT LIST

CASE NUMBER __09-CV-00799__   PLAINTIFF __X__   DEFENDANT _____   OTHER PARTY _____   DATE: _1/17/2013___

CASE CAPTION __Granite Southlands Town Center LLC__   VS. __Donald G. Provost, Peter M. Cudlip et al__   PAGE NUMBER __28____

LIST PLAINTIFF'S EXHIBITS BY NUMBER (1,2,3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO./LETTER | WITNESS | DESCRIPTION | STIP. | OFFERED | ADMITTED | REFUSED | RULING RESERVED | COMMENTS/ INFORMATION |
|---|---|---|---|---|---|---|---|---|
| 229. | | Exh. 2 to D. Provost  10/12/12 Deposition – Email from Smith to Hellmer and Patrick dated 02/28/08 re Southlands – Eighth Amendment – Extension to 03/14 (BR0013759 _001 – 13759_002) | | | | | | |
| 230. | | Exh. 3 to D. Provost  10/12/12 Deposition – Email from Flowers to Smith and Patrick dated 03/21/08 re Granite/Alberta JV (BR0015094_001) | | | | | | |
| 231. | | Exh. 4 to D. Provost  10/12/12 Deposition – Email from Silva to dgp@albdev.com dated 03/26/08 re Southlands Financing – Possible Structure with NY Life and B of A (BR0013340_001 – 13340_004) | | | | | | |
| 232. | | Exh. 5 to D. Provost  10/12/12 Deposition – Email from Silva to dgp@albdev.com dated 03/26/08 (BR0013443_001 – 13443_002) | | | | | | |
| 233. | | Exh. 6 to D. Provost  10/12/12 Deposition – Email from Silva to dgp@albdev.com dated 03/27/08 (BR013442_001) | | | | | | |
| 234. | | Exh. 7 to D. Provost  10/12/12 Deposition – Email from Silva to dgp@albdev.com dated 04/15/08 (BR0013423_001 – 13423_002) | | | | | | |

# PLAINTIFFS' ORIGINAL EXHIBIT LIST

CASE NUMBER ___09-CV-00799___ PLAINTIFF __X___ DEFENDANT _____ OTHER PARTY _____ DATE:_1/17/2013___
CASE CAPTION ___Granite Southlands Town Center LLC___ VS. __Donald G. Provost, Peter M. Cudlip et al__ PAGE NUMBER __29____

LIST PLAINTIFF'S EXHIBITS BY NUMBER (1,2,3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO./LETTER | WITNESS | DESCRIPTION | STIP. | OFFERED | ADMITTED | REFUSED | RULING RESERVED | COMMENTS/ INFORMATION |
|---|---|---|---|---|---|---|---|---|
| 235. | | Exh. 8 to D. Provost  10/12/12 Deposition – Email from Hellmer to Flowers, Smith and Patrick dated 04/16/08 re Southlands – Revised Modification Terms (BR0015268_001 – 15268_002) | | | | | | |
| 236. | | Exh. 9 to D. Provost  10/12/12 Deposition – Email from Silva to dgp@albdev.com dated 04/22/08 re ATC (BR0013414_001 – 13414_002) | | | | | | |
| 237. | | Exh. 10 to D. Provost  10/12/12 Deposition – Email from Silva to Don Provost and Peter Cudlip dated 04/28/08 re Summary of Issues (BR0013141_001) | | | | | | |
| 238. | | Exh. 11 to D. Provost  10/12/12 Deposition – Email from Silva to Peter Cudlip dated 05/12/08 re Alberta's Advances (BR0013482_001) | | | | | | |
| 239. | | Exh. 12 to D. Provost  10/12/12 Deposition – Email from Silva to dgp@albdev.com dated 07/24/08 re Southlands Town Center – Revised (BR0013354_001 – 13354_002) | | | | | | |
| 240. | | Exh. 13 to D. Provost  10/12/12 Deposition – Email from Cudlip to Provost, Piekarski and Silva dated 10/14/08 re Southlands Town Center (BR0013156_001 – 13156_002) | | | | | | |

# PLAINTIFFS' ORIGINAL EXHIBIT LIST

CASE NUMBER    09-CV-00799    PLAINTIFF    X    DEFENDANT _____    OTHER PARTY _____    DATE: 1/17/2013
CASE CAPTION   Granite Southlands Town Center LLC    VS.   Donald G. Provost, Peter G. Cudlip et al    PAGE NUMBER __30____

LIST PLAINTIFF'S EXHIBITS BY NUMBER (1,2,3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO./LETTER | WITNESS | DESCRIPTION | STIP. | OFFERED | ADMITTED | REFUSED | RULING RESERVED | COMMENTS/ INFORMATION |
|---|---|---|---|---|---|---|---|---|
| 241. | | Exh. 14 to D. Provost  10/12/12 Deposition – Email from Provost to Smith and Flowers dated 11/03/08 re Southlands Town Center Granite Loan (BR0013165_001 – 13165_002) | | | | | | |
| 242. | | Exh. 15 to D. Provost  10/12/12 Deposition – Email from Smith to Champion and Flowers dated 11/21/08 re Southlands Documents (BR0014597_001 – 14597_008; BR0014598_001 – 14598_111) | | | | | | |
| 243. | | Exh. 16 to D. Provost  10/12/12 Deposition – Email from Piekarski to Silva dated 12/02/08 re Southlands loan documents outstanding issues list (BR0013207_001 – 13207_004) | | | | | | |
| 244. | | Exh. 17 to D. Provost  10/12/12 Deposition – Email from Smith to Flowers and Champion dated 12/04/08 re Southlands 15th Amendment to Forward Purchase Agreement (BR0014325_001) | | | | | | |
| 245. | | Exh. 18 to D. Provost  10/12/12 Deposition – Email from Flowers to Smith dated 12/04/08 re FPSA Amendment (BR0014334_001) | | | | | | |
| 246. | | Exh. 1 to C. Silva 09/21/12 Deposition – Email from Silva to Cudlip dated 05/12/08 re Alberta's Advances (BR0013482.001 – 13482.002) | | | | | | |

# PLAINTIFFS' ORIGINAL EXHIBIT LIST

CASE NUMBER    09-CV-00799    PLAINTIFF    X    DEFENDANT _____    OTHER PARTY _____    DATE: 1/17/2013

CASE CAPTION    Granite Southlands Town Center LLC    VS.    Donald G. Provost, Peter M. Cudlip et al    PAGE NUMBER    31

LIST PLAINTIFF'S EXHIBITS BY NUMBER (1,2,3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

52551547.1