IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-00799-SJJ-KLM

GRANITE SOUTHLANDS TOWN CENTER LLC,

      Plaintiff,

v.

ALBERTA TOWN CENTER, LLC,
PETER M. CUDLIP,
DONALD G. PROVOST, and
LAND TITLE GUARANTEE COMPANY,

      Defendants.

---

**JOINT MOTION TO CONTINUE PRETRIAL
HEARINGS AND DEADLINE FOR SUBMISSION OF
PROPOSED FINAL PRETRIAL ORDER**

---

Alberta Town Center, LLC ("Alberta"), Peter M. Cudlip, and Donald. G. Provost (collectively, "Defendants") and Granite Southlands Town Center LLC ("Plaintiff") (together with Defendants, the "Parties) jointly move for a continuance of the current pretrial hearings scheduled for January 22, 2013 and January 25, 2013, and also move for an extension of the January 17, 2013 deadline to submit a Proposed Pretrial Order.  Contemporaneously with this filing, the Parties are also submitting a Proposed Pretrial Order in the event the Court does not wish to continue the deadlines.  In support of this motion, the Parties state as follows:

      1.   On December 14, 2012, the Parties participated in a status conference before the Court.  At the status conference, the Court ordered that a Final Pretrial Conference be scheduled before Magistrate Judge Mix, and that a status conference take place before the Court on January 25, 2013, at 9:30 a.m. (and after the Final Pretrial Conference before Magistrate Judge Mix).

86807494.1

2.   On December 14, 2012, Magistrate Judge Mix scheduled the Final Pretrial Conference for January 22, 2013, and set a January 17, 2013 deadline to file a Proposed Pretrial Order.  There is currently no trial date.

3.   On November 28, 2012, the Parties participated in a mediation before Eugene R. Commander of Polsinelli Shughart, 1515 Wynkoop Street, Suite 600, Denver, Colorado 80202, (303) 572-9300.

4.   The Parties made progress at the mediation on an initial draft settlement agreement proposal, and have continued to exchange drafts of proposed settlement agreements since that time.  The Parties have exchanged over half a dozen drafts of proposed settlement agreements over the past six weeks.  The proposed settlement agreement is inherently complex and therefore requires careful consideration and drafting.

5.   On December 21, 2012, counsel for Plaintiff provided an acceptable agreement in principle to Defendants, subject to certain drafting particulars.  On December 24, 2012, counsel for Mr. Provost and Mr. Cudlip provided a revised draft with any necessary changes.  Settlement negotiations slowed over the holidays, due to client availability.  Plaintiff anticipate providing a revised draft within the next week.

6.   On January 4, 2013, the 10th Circuit Court of Appeals postponed the parties' appellate argument in a related appellate matter, previously scheduled for January 17, 2013, to allow for the completion of settlement negotiations and drafting efforts as well.

7.   The Parties have narrowed any outstanding issues relating to the proposed settlement and counsel are working cooperatively to resolve any final settlement construct or

drafting issues.  Undersigned counsel remain optimistic that they can work together to resolve this matter amicably and without the need for trial on the merits.

8.   In light of the settlement progress, and to conserve the Parties' and the Court's resources, the Parties wish to postpone the upcoming Final Pretrial Conference, status conference, and deadline to submit a Proposed Pretrial Order.

9.   In the event the Court does not wish to postpone these deadlines, the Parties are also filing a Proposed Pretrial Order contemporaneously with this Motion.

10. Copies of this Motion will be served simultaneously with its filing on the attorneys' clients as required by D.C.COLO.L.Civ.R. 6.1.

WHEREFORE, the Parties respectfully request that the Court continue the deadline to file a Proposed Pretrial Order until on or after March 1, 2013, and continue the Final Pretrial Conference and status conference before the Court until dates in March 2013.

DATED: January 17, 2013

Respectfully submitted,

/s/ Paul Trahan
OSBORNE J. DYKES, III
FULBRIGHT & JAWORSKI L.L.P.
Tabor Center
1200 Seventeenth Street, Suite 1000
Denver, CO  80202
(303) 801-2700 – Telephone
(303) 801-2777 – Facsimile
jdykes@fulbright.com

PAUL TRAHAN
MARK OAKES
FULBRIGHT & JAWORSKI L.L.P.
98 San Jacinto Boulevard, Suite 1100
Austin, TX  78701
(512) 474-5201 – Telephone
(512) 536-4598 – Facsimile
ptrahan@fulbright.com

**COUNSEL FOR PLAINTIFF GRANITE
SOUTHLANDS TOWN CENTER LLC**

/s/ Stuart N. Bennett
STUART N. BENNETT
Jones & Keller, P.C.
1999 Broadway, Suite 3150
Denver, CO  80202
(303) 573-1600 – Telephone
(303) 573-8133 – Facsimile
sbennett@joneskeller.com

**COUNSEL FOR DEFENDANT ALBERTA TOWN
CENTER, LLC, DONALD PROVOST, AND
PETER CUDLIP**

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

- Stuart N. Bennett sbennett@joneskeller.com, kjohnson@joneskeller.com

- Dennis Boyd Polk DBP@HAPLAW.NET, kg@haplaw.net

- Steven Robert Kabler skabler@joneskeller.com, cfulton@joneskeller.com

- Kimberly A. Bruetsch kbruetsch@rwolaw.com, kkellow@rwolaw.com

- Osborne J. Dykes, III jdykes@fulbright.com, squinn@fulbright.com

- Paul D. Trahan ptrahan@fulbright.com, jwright@fulbright.com

- Aaron David Goldhamer agoldhamer@joneskeller.com,

- Allan Brent Diamond adiamond@diamondmccarthy.com,

- Amos B. Elberg aelberg@diamondmccarthy.com

- Reda Marie Hicks rhicks@diamondmccarthy.com

- Mark Thomas Oakes moakes@fulbright.com, cladd@fulbright.com


/s/ Mark Oakes
Mark Oakes