IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-00799-SJJ-KLM

GRANITE SOUTHLANDS TOWN CENTER LLC,

    Plaintiff,

v.

ALBERTA TOWN CENTER, LLC,
PETER M. CUDLIP,
DONALD G. PROVOST, and
LAND TITLE GUARANTEE COMPANY,

    Defendants.

**[PROPOSED] ORDER GRANTING JOINT MOTION TO CONTINUE PRETRIAL HEARINGS AND DEADLINE FOR SUBMISSION OF PROPOSED FINAL PRETRIAL ORDER**

This matter is before the Court on the parties' Joint Motion to Continue Pretrial Hearings and Deadline for Submission of Proposed Final Pretrial Order (the "Motion"). After being advised of the premises and finding good cause,

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the deadline to file a Proposed Pretrial Order shall be continued to March 1, 2013, and that the Final Pretrial Conference set for January 22, 2013, and the status conference set for January 25, 2013, are hereby continued until such times and dates as may be determined by the Court.

IT IS SO ORDERED.

                                              United States District Judge

52552152.1