## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Magistrate Judge Kristen L. Mix

| | |
|---|---|
| **Civil Action No.: 09-cv-00799-SJJ-KLM** | FTR - Reporter Deck - Courtroom C-204 |
| | Byron G. Rogers United States Courthouse |
| **Date: January 22, 2013** | Courtroom Deputy, Robin Mason |

| | |
|---|---|
| GRANITE SOUTHLANDS TOWN CENTER, LLC, | Osborne J. Dykes, III |
| **Plaintiff,** | |
| v. | |
| ALBERTA TOWN CENTER, LLC, *et al.*, | Aaron David Goldhamer |
| **Defendants.** | |

## COURTROOM   MINUTES  /  MINUTE  ORDER

**HEARING: FINAL PRETRIAL CONFERENCE**
**Court in Session:  1:29 p.m.**
Court calls case.   Appearance of counsel.

The court addresses the parties regarding the defendants' MOTION to Continue Pretrial Hearings and Deadline for Submission of Proposed Final Pretrial Order (Docket No. 281, filed on1/17/2013).  The court advises the parties that since this motion was not referred by Judge Sterling Johnson, the Court shall move forward with this Final Pretrial Conference.

Discussion is held regarding the proposed Final Pretrial Order and Exhibit Lists.

**It is ORDERED:**   The proposed Final Pretrial Order which was submitted to the court is approved with interlineations and made an order of court.  The parties shall supplement the Final Pretrial Order by filing Final Exhibit Lists, in accordance with the directions of the Court, **on or before FEBRUARY 22, 2013**.

HEARING CONCLUDED.
**Court in recess:    1:33 p.m.**     Time In Court:   00:04
To order a transcript of this proceeding, contact Avery Woods Reporting at (303) 825-6119.