IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-00799-SJJ-KLM

GRANITE SOUTHLANDS TOWN CENTER LLC,

    Plaintiff,

v.

ALBERTA TOWN CENTER, LLC,
PETER M. CUDLIP,
DONALD G. PROVOST, and
LAND TITLE GUARANTEE COMPANY,

    Defendants.

## STATUS REPORT

1. Granite Southlands Town Center LLC ("Plaintiff") submits this status report in response to the Court's January 22, 2013 order.

2. The parties believe they are close to reaching a resolution to this matter. On December 21, 2012, Plaintiff provided an acceptable agreement in principle to Defendants, subject to certain drafting particulars. On December 24, 2012, Defendants provided a revised draft of the proposed settlement agreement to Plaintiff. On January 18, 2013, Plaintiff provided a revised draft of the proposed settlement agreement to Defendants. On January 25, 2013, Defendants provided comments and a revised draft of the proposed settlement agreement to Plaintiff. On February 1, 2013, Plaintiff provided a revised draft of the proposed settlement agreement to Defendants.

3. Absent further direction from the Court, the parties will provide a further update to the Court no later than February 15, 2013.

52584607.1

-2-

DATED: February 1, 2013                    Respectfully submitted,


                */s/ Mark Oakes*
                OSBORNE J. DYKES, III
                FULBRIGHT & JAWORSKI L.L.P.
                Tabor Center
                1200 Seventeenth Street, Suite 1000
                Denver, CO  80202
                (303) 801-2700 – Telephone
                (303) 801-2777 – Facsimile
                jdykes@fulbright.com

                PAUL TRAHAN
                MARK OAKES
                FULBRIGHT & JAWORSKI L.L.P.
                98 San Jacinto Boulevard, Suite 1100
                Austin, TX  78701
                (512) 474-5201 – Telephone
                (512) 536-4598 – Facsimile
                ptrahan@fulbright.com

                **COUNSEL FOR PLAINTIFF GRANITE SOUTHLANDS TOWN CENTER LLC**

52584607.1

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

- Stuart N. Bennett sbennett@joneskeller.com, kjohnson@joneskeller.com

- Dennis Boyd Polk DBP@HAPLAW.NET, kg@haplaw.net

- Steven Robert Kabler skabler@joneskeller.com, cfulton@joneskeller.com

- Kimberly A. Bruetsch kbruetsch@rwolaw.com, kkellow@rwolaw.com

- Osborne J. Dykes, III jdykes@fulbright.com, squinn@fulbright.com

- Paul D. Trahan ptrahan@fulbright.com, jwright@fulbright.com

- Aaron David Goldhamer agoldhamer@joneskeller.com,

- Allan Brent Diamond adiamond@diamondmccarthy.com,

- Amos B. Elberg aelberg@diamondmccarthy.com

- Reda Marie Hicks rhicks@diamondmccarthy.com

- Mark Thomas Oakes moakes@fulbright.com, cladd@fulbright.com

/s/ Mark Oakes
Mark Oakes