UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Sterling J. Johnson

K. Weckwerth
Deputy Clerk

Case Number: 09-cv-00799-SJJ-KLM

Date: February 15, 2013

GRANITE SOUTHLANDS TOWN CENTER, LLC         Osborne Dykes

        v.

ALBERTA TOWN CENTER, LLC, et al         Aaron Goldhamer

## STATUS CONFERENCE

Court in Session: 9:05 am

Court calls case and appearances of counsel.  Senior Judge Johnson appearing by video.

Mr. Dykes informs the court that the parties have reached settlement.  Settlement includes this case, appellate case and pending state case.  All other issues are now moot.

Court questions counsel.

**ORDERED:**  Parties should provide settlement documents to 601 chambers for signature on February 25 or February 26, 2013. The court will be in trial in Denver on Monday, February 25, 2013.

Mr. Dykes indicates that there is a five year duration before the settlement will be fully consummated.  The parties request administrative closure of the case.

The court questions the clerk regarding administrative closure of case.

Court in recess: 9:08 am
Total Time: 3 minutes

Hearing concluded.