IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-00799-SJJ-KLM

GRANITE SOUTHLANDS TOWN CENTER LLC,

    Plaintiff,

v.

ALBERTA TOWN CENTER, LLC,
PETER M. CUDLIP and
DONALD G. PROVOST,

    Defendants.

## JOINT MOTION TO ADMINISTRATIVELY CLOSE LAWSUIT

Alberta Town Center, LLC, Peter M. Cudlip, and Donald. G. Provost (collectively, "Defendants") and Granite Southlands Town Center LLC ("Plaintiff") (together with Defendants, the "Parties) jointly move for an order administratively closing this lawsuit pursuant to D.C. Colo. L. Civ. R. 41.2. In support of this motion, the Parties state as follows:

1. Some combination of Plaintiff and Defendants have been or are parties to: (1) this lawsuit; (2) a lawsuit in state court styled *Granite Southlands Town Center LLC v. Ground Engineering Consultants, Inc., et al.*, Case No. 2010cv1175 (Arapahoe County District Court); and (3) an appeal styled *Granite Southlands Town Center LLC v. Alberta Town Center LLC, et al.*, Case No. 11-1459 (United States Court of Appeals for the Tenth Circuit).

2. The Parties recently entered into a Confidential Mutual Release and Settlement Agreement (the "Settlement Agreement"). The Settlement Agreement will resolve all of the

pending litigation amongst the Parties, subject to contingencies outlined in the Settlement Agreement.

3. Pursuant to the Settlement Agreement, the Parties have agreed to request that the Court administratively close this case pending satisfaction of the obligations set forth in the Settlement Agreement for the purpose of enforcing the settlement, if necessary. The Settlement Agreement provides that the Parties shall, upon completion of the actions set forth in the Settlement Agreement, promptly take steps to dismiss this lawsuit with prejudice. The Settlement Agreement also provides that Plaintiff may reopen this case for the purpose of obtaining an agreed judgment in the event of an uncured default.

4. Good cause exists to grant this motion. The Parties have agreed to resolve Plaintiff's claims without having to bear the financial and other costs of further litigation. The Court should grant administrative closure of this case based on the "strong public policy favoring dispute resolution rather than continued litigation" and the fact that administrative closure will encourage settlement of this dispute, while continued litigation would impede settlement. *See Colo. Environmental Coalition v. Salazar*, No. 09-cv-00085-JLK, 2011 WL 1773874, at *2, 4 (D. Colo. May 10, 2011) (court administratively closed case while the parties complied with the terms of a settlement agreement due to the interests of judicial economy).

5. Based on the foregoing, the Parties respectfully request that the Court enter the attached proposed order administratively closing the case. The Parties will file a Motion to Dismiss With Prejudice upon completion of the actions set forth in the Settlement Agreement.

-3-

| | |
|---|---|
| DATED: March 14, 2013 | Respectfully submitted, |
| */s/ Paul Trahan* | */s/ Stuart N. Bennett* |
| OSBORNE J. DYKES, III | STUART N. BENNETT |
| FULBRIGHT & JAWORSKI L.L.P. | Jones & Keller, P.C. |
| Tabor Center | 1999 Broadway, Suite 3150 |
| 1200 Seventeenth Street, Suite 1000 | Denver, CO  80202 |
| Denver, CO  80202 | (303) 573-1600 – Telephone |
| (303) 801-2700 – Telephone | (303) 573-8133 – Facsimile |
| (303) 801-2777 – Facsimile | sbennett@joneskeller.com |
| jdykes@fulbright.com | |
| | **COUNSEL FOR DEFENDANT ALBERTA TOWN CENTER, LLC, DONALD PROVOST, AND PETER CUDLIP** |
| PAUL TRAHAN | |
| MARK OAKES | |
| FULBRIGHT & JAWORSKI L.L.P. | |
| 98 San Jacinto Boulevard, Suite 1100 | |
| Austin, TX  78701 | |
| (512) 474-5201 – Telephone | |
| (512) 536-4598 – Facsimile | |
| ptrahan@fulbright.com | |
| | |
| **COUNSEL FOR PLAINTIFF GRANITE SOUTHLANDS TOWN CENTER LLC** | |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

- Stuart N. Bennett sbennett@joneskeller.com, kjohnson@joneskeller.com

- Dennis Boyd Polk DBP@HAPLAW.NET, kg@haplaw.net

- Steven Robert Kabler skabler@joneskeller.com, cfulton@joneskeller.com

- Kimberly A. Bruetsch kbruetsch@rwolaw.com, kkellow@rwolaw.com

- Osborne J. Dykes, III jdykes@fulbright.com, squinn@fulbright.com

- Paul D. Trahan ptrahan@fulbright.com, jwright@fulbright.com

- Aaron David Goldhamer agoldhamer@joneskeller.com,

- Allan Brent Diamond adiamond@diamondmccarthy.com,

- Amos B. Elberg aelberg@diamondmccarthy.com

- Reda Marie Hicks rhicks@diamondmccarthy.com

- Mark Thomas Oakes moakes@fulbright.com, cladd@fulbright.com

/s/ Mark Oakes
Mark Oakes

-4-