IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-00799-SJJ-KLM

GRANITE SOUTHLANDS TOWN CENTER LLC,

    Plaintiff,

v.

ALBERTA TOWN CENTER, LLC,
PETER M. CUDLIP and
DONALD G. PROVOST,

    Defendants.

**ORDER ADMINISTRATIVELY CLOSING THE CASE**

    This matter is before the Court on the Joint Motion to Administratively Close the Case pursuant to D.C. Colo. L. Civ. R. 41.2 (the "Motion"). Pursuant to the terms of a Confidential Mutual Release and Settlement Agreement (the "Settlement Agreement"), Alberta Town Center, LLC, Peter M. Cudlip, and Donald. G. Provost (collectively, "Defendants") and Granite Southlands Town Center LLC ("Plaintiff") (together with Defendants, the "Parties) have requested that the Court administratively close the case.

    IT IS HEREBY ORDERED that the Motion is granted. This case is hereby administratively closed. The Court shall retain jurisdiction over this matter for purposes of enforcing the Settlement Agreement, if necessary. The Parties are instructed to file a motion to dismiss this lawsuit with prejudice upon completion of the actions set forth in the Settlement Agreement.

90937592.1

-5-

Dated:_____       _____
                                JUDGE PRESIDING

90937592.1

-5-