**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | April 05, 2013 | Douglas E. Cressler<br>Chief Deputy Clerk |

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

Mr. Stuart N. Bennett
Steven Robert Kabler
Jones & Keller, P.C.
1999 Broadway, Suite 3150
Denver, CO 80202

Ms. Kimberly A. Bruetsch
Robinson Waters & O'Dorisio P.C.
1099 18th Street
Suite 2600
Denver, CO 80202-0000

Mr. Stephen Andrew Calhoun
Mr. Osborne J. Dykes III
Marcy Hogan Greer
Mr. Paul Trahan
Fulbright & Jaworski
98 San Jacinto Boulevard, Suite 1100
Austin, TX 78701-4255

**RE:** 11-1459, Granite Southlands Town Center v. Alberta Town Center, LLC, et al
Dist/Ag docket: 1:09-CV-00799-SJJ-KLM

Dear Clerk:

Attached please find an order issued today by the court dismissing this case.

In addition, please be advised that the mandate for this case has issued today. The clerk of the originating court or agency shall file accordingly.

Please contact this office if you have questions.

    Sincerely,

    Elisabeth A. Shumaker
    Clerk of the Court

EAS/pdw