**FILED**
United States Court of Appeals
Tenth Circuit

**April 5, 2013**

**Elisabeth A. Shumaker**
**Clerk of Court**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

---

GRANITE SOUTHLANDS TOWN CENTER, LLC,

    Plaintiff - Appellee,

v.

ALBERTA TOWN CENTER, LLC,

    Defendant - Appellant,

and

LAND TITLE GUARANTEE COMPANY,

    Defendant.

No. 11-1459
(D.C. No. 1:09-CV-00799-SJJ-KLM)

---

## ORDER

---

The joint motion filed by the appellant and appellee to dismiss the captioned appeal with prejudice is granted. Each party shall bear its own costs.

A copy of this order shall stand as and for the mandate of this court.

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk

# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker　　　　　　　　　　April 05, 2013　　　　　　　　　　Douglas E. Cressler
Clerk of Court　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chief Deputy Clerk

Mr. Stuart N. Bennett
Steven Robert Kabler
Jones & Keller, P.C.
1999 Broadway, Suite 3150
Denver, CO 80202

**RE:**　　11-1459, Granite Southlands Town Center v. Alberta Town Center, LLC, et al
　　　　　　Dist/Ag docket: 1:09-CV-00799-SJJ-KLM

Dear Counsel/Appellant:

Enclosed please find an order issued today by the court.

Please contact this office if you have questions.

　　　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　　　*Elisabeth A. Shumaker*

　　　　　　　　　　　　　　　　　　　　　　Elisabeth A. Shumaker
　　　　　　　　　　　　　　　　　　　　　　Clerk of the Court

cc:　　Kimberly A. Bruetsch
　　　　Stephen Andrew Calhoun
　　　　Osborne J. Dykes III
　　　　Marcy Hogan Greer
　　　　Paul Trahan

EAS/pdw